UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

AFFIADAVIT OF FACT

| | |
|---|---|
| AVENIR AGAJ | ) |
|   Complainant, | ) |
| | ) |
| V | ) |
| | ) |
| BOSTON COLLEGE | ) |
|   Respondent | ) |
| | ) |

I, AVENIR AGAJ was hired by BOSTON COLLEGE to work as landscaper level 3 on the 19 October 2020. On the 04/23/2021 BOSTON COLLEGE started sending e-mails about covid 19 vaccine. On the 06/23/2021 i submitted a request for vaccine exemptions. My request was denied on 07/08/2021. At that time the covid 19 vaccine was not a condition of employment. On the same day 07/08/2021 DAY of my denial i received an e-mail from Mr. DAVID TRAINOR Vice President of HR stating that been vaccinated by august 13th is a condition of employment. In response i submitted another exemption form on the 07/25/2021. On this form i clearly stated my CONTRADICTION to vaccines due to my SINCERE HELD RELIGIOUS BELIEFS as BOGOMIL and my MEDICAL PRACTICE CHOICE AS ETHNOBOTANY (FOLK MEDICINE).

As soon as BOSTON COLLEGE learned about My SINCERE HELD RELIGIOUS BELIEFS and MEDICAL PRACTICE stopped engaging on the process of exemption and acted in bad faith violating my rights under the LAW TITLE VII ACT 1964 and DISCRIMINATED me because of my CREED.

I was terminated on the 31 august 2021 in retaliation due to my SINCERE HELD RELIGIOUS BELIEFS of the faith of BOGOMILS and my MEDICAL PRACTICE OF ETHNOBOTANY.

I have filed a discrimination COMPLAINT with the EEOC #16C-2021-01642

And MCDA #21BEM01863

After years of waiting and exchanging information and discovery they have decided not to pursue and investigate the case any further for political reasons and influential connections.

Therefore, I am compelled to bring this case to court and ask that my legal rights are upheld as written TITLE VII, 1A, ACT 1964, and M.G.L 151B SECTION 4 PARAGRAPH 1A.

In court I will provide evidence and prove the following:

BOSTON COLLEGE DISCRIMINATED me intentionally because of my SINCERE HELD RELIGIOUS BELIEFS AS A BOGOMIL a minority religion, and my MEDICAL PRACTICE ETHNOBOTANY.

BOSTON COLLEGE DISCRIMINATED against my culture and origins as legal immigrant minority.

BOSTON COLLEGE VIOLATED my PRIVACY.

BOSTON COLLEGE made false representations.

BOSTON COLLEGE showed intend to DECEIVE.

BOSTON COLLEGE violated BONA FIDE Good Faith.

BOSTON COLLEGE tried under DURESS to make me resign.

BOSTON COLLEGE was DE FACTO opposed to exemption for the unvaccinated.

BOSTON COLLEGE PUT BARRIER to my employment by terminating me as unvaccinated, but on the other hand allowing unvaccinated vendors, contractors and sellers to operate and access the campus and work violating my equal opportunity act.

BOSTON COLLEGE clearly disproved and opposed my SINCERE HELD RELIGIOUS BELIEFS AND CULTURAL ORIGINS.

BOSTON COLLEGE was actively engaged in HARASSEMENT, COERSION, INTIMIDATION, DISCRIMINATION, AND RETALIATION ON THE BASIS OF MEDICAL AND SINCERELY HELD RELIGIOUS BELIEFS.

BOSTON COLLEGE denials for exemption were based pretentious paranoia without proven facts.

BOSTON COLLEGE caused me MORAL, EMOTIONAL PAIN, MENTAL DISTRESS, SUFFERING AND A GREAT LOSS OF REVENUE AND BENEFITS, INTURRUPTION OF A CAREER, AND UNDUE HARDSHIP THAT FOLLOWED AFTER MY TERMINATION.

Therefore, I demand and hold BOSTON COLLEGE, LIABLE for 1.200000.00 $ in damages OR 300000.00$ in BACK PAY and BENEFITS and REINSTATED ON MY POSITION.

PRECEDEND ON MY CASE, DI CAPUA V CITY OF NEW YORK.

AVENIR AGAJ

14 PAUL STREEET

BURLINGTON,

MA,01803

CELL:857-544-0780

E-MAIL: AVIAGA10@HOTMAIL.COM

DATED 04/04/2024

SIGNED UNDER PENALTIES OF PERJURY

AVENIR AGAJ

*AVENIR A GAJ* x