# EXHIBIT 1

Case 1:24-cv-10884-JEK    Document 20-1    Filed 06/03/24    Page 1 of 3

**BOSTON COLLEGE**

Jan Lent &lt;lent@bc.edu&gt;

## Vaccination Plans
1 message

**University President William P. Leahy, S.J.** &lt;donotreply@bc.edu&gt;      Fri, Apr 23, 2021 at 4:47 PM
To: lent@bc.edu

[View online]



**BOSTON COLLEGE**
OFFICE OF THE PRESIDENT

April 23, 2021

Dear Members of the Boston College Community:

I want to provide important information about COVID-19 vaccination at Boston College.

First, promoting the health and safety of our campus community and surrounding neighborhood is essential and a priority for everyone. In light of that goal, the University will require all students, faculty, and staff to be fully vaccinated (with FDA-approved vaccines) against COVID-19 before participating in any on-campus activity related to the 2021-2022 academic year. Exceptions will be granted for legitimate religious and medical reasons. Boston College staff will assist international students and faculty who may have difficulty in meeting this vaccination requirement.

Second, the University learned two days ago that 4,500 doses of the Pfizer COVID-19 vaccine will be available from the federal government for distribution on campus next week. Opportunity for vaccination will be offered first to all currently enrolled undergraduates, given that almost all live on or adjacent to campus. Additional vaccines for campus distribution may become available for graduate and professional students, staff, and faculty in the near future.

The vaccine will be administered in Conte Forum on April 26 from 8:00 a.m. to 6:00 p.m., and on April 27 and 28 from 9:00 a.m. to 5:00 p.m. The corresponding second dose will be provided on May 17, 18, and 19 for those still on campus or who live within driving distance. Students who will already be at home can obtain their second Pfizer dose at a Walgreens or CVS Pharmacy, or through their state and local vaccination sites.

This weekend all enrolled BC undergraduates will be sent a link via email to a reservation system to book their appointments, which will be on a first-come, first-served basis. They will also receive a consent form, which will include a request for individual or parental medical insurance information. This document must be printed, completed, and presented at Conte Forum. I urge that undergraduates reserve their times as soon as possible to assist the vaccination process. Any unfilled appointment times will be offered to other members of the Boston College community via email.

The months since COVID-19 surfaced more than a year ago have been challenging, but our campus community has responded with generosity, commitment, and grace. I ask that we continue to help and care for one another as the spring semester comes to an end and planning for another academic year moves forward.

Sincerely,

*William P. Leahy, S.J.*

William P. Leahy, S.J.
President

Office of the President
140 Commonwealth Avenue
Chestnut Hill, MA 02467