UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVENIR AGAJ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON COLLEGE, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:24-CV-10884-JEK |

### DEFENDANT BOSTON COLLEGE'S MOTION FOR LEAVE
### TO FILE REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Defendant Trustees of Boston College ("Boston College") hereby moves for leave to file a short Reply Brief, not exceeding five pages, in further support of its Motion to Dismiss.

On June 3, 2024, Boston College filed its Motion to Dismiss and supporting Memorandum of Law. ECF 19, 20. The deadline for Plaintiff, Avenir Agaj ("Plaintiff"), to file any opposition was June 17, 2024. On June 21, 2024, this Court issued an Order to Show Cause stating that "Agaj has until July 8, 2024, to show cause why this case should not be dismissed and file his opposition to the pending motion to dismiss. Failure to do so may result in immediate dismissal of this action." ECF 21. On June 21, 2024, Plaintiff filed his Opposition Motion Response to Memorandum of Law and Motion to Dismiss filed by Boston College ("Opposition") and 159 pages of exhibits thereto. ECF 23. Plaintiff's Opposition raises factual assertions and legal arguments that were not made in Plaintiff's Complaint, and the majority of the exhibits to the Opposition were not attached to or referenced in the Complaint. Boston College requests leave to file a brief reply, no longer than five pages, which it submits will

benefit the Court in identifying those assertions and material that should not be considered on a motion to dismiss and will respond to any arguments properly before the Court.

WHEREFORE, Boston College respectfully requests that this Court grant its Motion for Leave to File a Reply Brief in Further Support of its Motion to Dismiss. If allowed, Boston College will file its Reply brief on or by July 3, 2024.

Respectfully submitted,

TRUSTEES OF BOSTON COLLEGE

By its attorneys,

/s/Alan D. Rose
Alan D. Rose (BBO # 427280)
Meredith Wilson Doty (BBO # 652220)
ROSE LAW PARTNERS LLP
One Beacon Street, 23rd Floor
Boston, Massachusetts 02108
Telephone: (617) 536-0040
Facsimile: (617) 536-4400
adr@rose-law.net
mwd@rose-law.net

Date: June 26, 2024

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Meredith Wilson Doty, hereby certify that on June 25, 2024, I emailed *pro se* plaintiff, Avenir Agaj, and attempted in good faith to resolve or narrow the issues raised in Boston College's Motion. As of the time of filing, we had not received a response from Mr. Agaj.

/s/Meredith Wilson Doty
Meredith Wilson Doty

Date: June 26, 2024

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

                                                                                                  /s/Alan D. Rose  
                                                                                                 Alan D. Rose

Date:  June 26, 2024