UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVENIR AGAJ | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| | ) | |
| BOSTON COLLEGE | ) | |
| | ) | |
| Defendant | ) | |

SETTLEMENT PROPOSALS

TO BOSTON COLLEGE

I AVENIR AGAJ FORMER EMPLOYEE OF BOSTON COLLEGE,

AS I AM REQUIRED UNDER LOCAL RULE 16.1 EARLY ASSESMENT OF THE CASES

PART C.

THIS SETTLEMENT PROPOSAL IS OFFERED TO RESOLVE ALL CLAIMS RAISED BY ME AVENIR AGAJ AGAINST BOSTON COLLEGE

I WILL MAKE TO BOSTON COLLEGE THE FOLLOWING PROPOSITIONS FOR A SETTLEMENT ON THIS AND OTHER CLAIMS.

1) THE PAYMENT OF 300.000 USD IN BACK WAGES, BENEFITS, MY OLD POSITION BACK.

AS LANDSCAPER 3 AT BOSTON COLLEGE FACILITY GROUNDS DEPARTMENT WITH THE SAME TIME SCHEDULE AND LOCATION ASSIMENTS

ALL SENIORITY TIME THAT I MISSED WOULD BE COUNTED ON THE ROASTER AS SENIORITY TIME STARTING FROM THE DAY OF HIRE OCTOBER 19/ 2020.

ALL HOURS OF VACTION AND SICK TIME ACCRUALS MISSED DURING MY ABSENCE DUE TO MY TERMINATION.

ALL PAY INCREASES THAT I MISSED DURING MY TERMINATION

FREE PARKING IN ALL THE CAMPUSES DURING MY WORKING HOURS

NO DEDUCTION FOR UNION FEES REQUIREMENT.

GURATEED EMPLOYMENT AND IF I WERE TO BE FIRED FOR ANY REASON BEYOND MY CONTROL CONTINUED REGULAR PAY UNTILL THE COURT HAS THE FINAL WORD.

CLEAN MY PERSONAL EMPLOYEE FILE OF ALL NEGATIVE AND FALSE INFORMATION REGARDING MY PERSONAE ALSO REMOVAL OF ALL SENSITIVE INFORMATION.

AND ABOVE ALL  A RELIGIOUS AND MEDICAL EXEMPTION FOR ANY VACCINE OR ANY MEDICAL REQUIREMENT OR PRACTICE THAT UNIVERSITY MIGHT WANT TO INTRODUCE IN THE FUTURE FOR ANY REASON.

OPTION

2) PAY 1.2 MILLION DOLLARS IN PUNITIVE DAMAGES.
   THEN WE CAN DISCUSS THE REST.

   I WOULD LIKE THAT YOU CHOOSE THE FIRST OPTION.
   THAT IS MORE OF THE JUSTICE I AM LOOKING FOR.

   PLEASE ASK YOUR CLIENT BOSTON COLLEGE  GIVE IT SERIOUS
   CONSIDERATION TO MY PROPOSAL .
   THANK YOU BEST REGARDS
   AVENIR AGAJ.

**AVENIR AGAJ**

**Signed Avenir Agaj         Date  12/06/2024**

*AVENIR AGAJ*

**14 PAUL STREET**

**BURLINGT0N**

**MA,01803**

**857-544-0780**

**Aviaga10@hotmail.com**