UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **AVENIR AGAJ** | ) | |
| Plaintiff | ) | |
| V. | ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| **BOSTON COLLEGE** | ) | |
| Defendant | ) | |

**MEMORANDUM AND ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

**ANSWER TO THE QUESTIONS ECF 57 BY AVENIR AGAJ TO**

HONORABLE /s/ Julia E. Kobick

UNITED STATES DISTRICT JUDGE

**VERY CONFIDENTIAL INFORMATION!!!**

**PRO SE I AVENIR AGAJ .**

Pro se plaintiff Avenir Agaj have filed an application to Proceed in District Court Without

**Prepaying Fees or Costs (docketed as a motion for leave to proceed in forma pauperis) so that the**

**Court may determine his financial eligibility for appointment of pro bono counsel. ECF 57. The**

**Court has DENIED my application without prejudice to renewal because, as set forth below, portions**

**of it are unclear or incomplete. I UNDERSTAND.**

**I AVENIR Agaj again want the Court to further consider my financial**

**eligibility for appointment of pro bono counsel, the court allowed me within twenty-eight days, file a renewed**

**Application as instructed below.**

**• Question 2. In Question 2, Agaj Agaj represents that his gross pay is "55.000." The Court**

**understands this to mean that his yearly salary is fifty-five thousand dollars, which is**

**written as "55,000" by banks within the United States. If Agaj files a renewed Application,**

**he must clarify this response.**

**ANSWEAR 2**

**I am providing the court with my offer letter of my employment were my yearly salary is clearly stated also my last pay stub for the year 2024 from my past and present employment.**

**I think that should be enough for the court to determine my base yearly income from wages.**

**ANY FURTHER QUESTIONS PLEASE REACH OUT TO ME.**

**3. In Question 3, Agaj should report any income he received in the last twelve**

**months other than the employment income he reported in Question 2. Question 3 lists six**

broad categories under which this type of income could fall: "Business, profession, or other self- employment"; "Rent payments, interest, or dividends"; "Pension, annuity, or life

insurance payments"; "Disability, or worker's compensation payments"; "Gifts, or

inheritances"; and the catch-all category "Any other sources." The litigant is directed to

check a "Yes" or "No" box for each category of income, and, for any "Yes" response,

identify the source and amount of such income, and the amount the litigant expects to

receive in the future.

Agaj checked the "No" box for the first five categories of income. He checked the "Yes"

box for the "Any other sources" category but did not identify the source of that income,

the amount received, and what he expects to receive in the future. If Agaj has, in the past

twelve months, received any income other than the employment income reported in

Question 2, in the renewed Application he must identify the source of that income, the

amount received, and what he expects to receive in the future.

### ANSWER 3

I have received 5084 $ Five Thousand and Eighty-4our dollars from interest income from CERTIFICATE OF DEPOSIT, SAVING, AND CHECKING ACCOUNTS.

In the future i predict that the amount i receive in interest will decrease due to to factors nr 1) interest rates are falling 2) my certificate of deposit are short term. 6 MONTHS OR LESS.

Regarding the part on question 2 what he expects to receive in the future

I DO EXPEXT TO BE AWARDED AND RECEIVE PUNITIVE DAMAGES OR BACK PAY BY THE US DISTRICT COURT MASSACHUSETTS ACCORDING TO THE LAW, IN THE FUTURE as my case progresses AGAINST BOSTON COLLEGE.

• Question 4. In Question 4, the litigant is instructed to identify the amount of money he has

in cash or in a checking or savings account. In response, Agaj wrote "130.000." It is unclear

if "130.000" refers to one hundred thirty thousand dollars (written as $130,000 by banks

within the United States) or one hundred thirty dollars (written as $130.00). If Agaj files a

renewed Application, he must clarify this issue.

ANSWER 4

130,000 $ ONE HUNDRED AND THIRTY THOUSAND THE TOTAL AMOUNT THAT INCLUDE, is divided in CERTIFICATE OF DEPOSIT, SAVING, CHECKING, CASH, AND INTEREST INCOME EARNED FOR THE YEAR 2024.

• Question 5. In Question 5, the litigant is instructed to identify any asset of value and its

approximate value. In response, Agaj indicated that he owns an SUV but did not identify

its approximate value. If Agaj files a renewed Application, he must provide the

approximate value of the SUV and of any other asset of value.

ANSWER 5

The value of my SUV ranges from 500-4000 $ from EDMUNDS, CARFAX, ECT,i will provide a copy of my car insurance to give you a better understand the real value in details. MILAGE IS 170000.


• Question 6. In Question 6, Agaj identified rent and utilities as monthly expenses but did

not provide the amount of either expense. If Agaj files a renewed Application, he must

state the monthly cost of rent, utilities, and any other monthly expense

**Answer 6**

As stated, before i have rent pay, fuel, insurance, maintenance cost for my car, phone and internet bills, medical insurance, food and clothing, and i have to support my mother who is my dependent total cost 2500-3000 monthly most of the time over that amount with the inflation. EVERY MONTH IS DIFFERENT.

**THANK YOU.**

**RESPECTFULLY AVENIR AGAJ.**

**AVENIR AGAJ   PRO SE.**

Signed: *AVENIR AGAJ*    Date 01/21/2025

**14 PAUL STREET**

**BURLINGT0N**

**MA,01803**

**857-544-0780**

**Aviaga10@hotmail.com**