UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| AVENIR AGAJ ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| ) | |
| BOSTON COLLEGE ) | |
| Defendant ) | |

### INITIAL DISCLOSURES

PRO SE.

PLAINTIFF AVENIR AGAJ.

Pursuant to Federal Rule of Civil Procedure 26(a)(1)

Plaintiff hereby submits the following initial disclosure to the Opposing Party BOSTON COLLEGE.

**1) INDIVIDUALS WITH DISCOVERABLE INFORMATION.**

CHRISTINE LAFLAME

MANAGER, HUMAN RESOURCES

FACILITIES BUSINESS SERVICES CENTER,

BOSTON COLLEGE

PHONE: 617-522-0325

christine.laflame@bc.edu


PAUL McGOVAN

DIRECTOR- PROCUREMENT SERVICES

BOSTON COLLEGE

617-552-3055


DAVID TRAINOR

VICE PRESIDENT HUMAN RECOURCES

BOSTON COLLEGE

david.trainor@bc.edu


EDILMA REYES HOSEIN

ASSISTANT DIRECTOR

OFFICE FOR INSTITUTIONAL DIVERSITY, HUMAN RESOURCES

BOSTON COLLEGE

129 LAKE STREET, BRIGHTON CAMPUS, ROOM 215

PHONE:617-552-2373

W:www.bc.edu/diversity

accomodation@bc.edu

**PATRICIA LOWE**

**OFFICE FOR INSTITUTIONAL DIVERSITY HUMAN RESOURCES**

narcisse@bc.edu

**JOHN BOGDAN**

**DIRECTOR OF EMPLOYMENT**

**BOSTON COLLEGE**

**Department of Human Services**

**129 Lake Street**

**Boston, MA,02135**

john.bogdan@bc.edu

**PHONE: 781-405-6452**

**WILLIAM J. MURPHY**

**ASSOCIATE VICE PRESIDENT, HUMAN RESOURSES**

**BOSTON COLLEGE**

william.murphy@bc.edu

**PHONE:617-552-1272**

**JACK BURKE**

**DIRECTOR OF BENEFITS PERSONEL FILE**

**BOSTON COLLEGE**

Jack.burke@bc.edu

PHONE:617-552-3329

DOUGLAS COMEAU

Director UNIVERSITY HEALTH SERVICES AND PRIMARY CARE SPORTS MEDICINE

BOSTON COLLEGE

Douglas.comeau@bc.edu

PHONE 617-414-4465

2) DOCUMENTS AND TANGABLE THINGS.

ALL THE PERSONS NAMED ABOVE HAVE KNOWLEDGE AND INFORMATION RELATED TO THE CASE.

ON THE SUBJECT MATTER.

THEY WERE DIRECTLY INVOLVED ON MY INVOLONTARY SEPARATION FROM MY EMPLOYMENT FROM BOSTON COLLEGE,

AND SOME OF THEM HAVE ACTIVELY ENGAGED ON BEHALF OF BOSTON COLLEGE DIRECTLY AGAINST ME IN AN UNLAWFUL PRACTICES VIOLATING MY EMPLOYEE RIGHTS UNDER THE STATUE.

LOCAL, STATE, FEDERAL.

ENGAGING AND PRACTICING DIRECTLY RELIGIOUS DISCRIMINATION, HARASSEMENT, COERCION, RETALIATION, WAGE THEFT, WAGE DISCRIMINATION, MEDICAL DISRIMINATION, DISCRIMINATION BASED ON NATIONAL ORIGINS. FALSE REPRESANTATION, PURJURY, FALSIFICATION OF PAY STUBS, WITH HOLDING PAY WITHOUT CONSENT, INVASION OF PRIVACY, IDENTITY THEFT, FAILURE TO PROTECT PERSONAL INFORMATION AND OTHER UNLAWFUL PRACTICES.

THE EVIDENCE THEY HOLD REGARDING THIS CASE IS AND NOT LIMITED TO EXCHANGES OF E-MAILS, LETERS, DOCUMENTS, STATEMENTS AND CAN BE FOUND

ON MY EMPLOYEE PERSONAL AND ALSO BOSTON COLLEGE SERVERS AND DATA BASES FILES AT BOSTON COLLEGE THE WHICH BOSTON COLLEGE STILL DENIES ME ACCESS IN PERSON VIOLATING

MASSACHUSETTS LAW MGL PART I TITLE XXI, CHAPTER 149, SECTION 52C.

REGARDING MY RIGHT OF IN PERSON INSPECTION OF MY EMPLOYEE PERSONAL FILE AND IS INTENTIONALLY NOT COOPERATING PREVENTING ME FROM GATHERING FURTHER EVIDENCE ON MY CASE.

MY MULTIPLE DISCRIMINATION AT BOSTON COLLEGE STARTED FROM DAY ONE AND CONTINUED TILL THE LAST DAY.

AND I WILL NAME, SHAME AND EXPOSE EVERY ONE WHO HAD TO DO WITH IT.

3 ) COMPUTATION OF DAMAGES

ECONOMIC DAMAGES THAT BOSTON COLLEGE HAS CAUSED ME INCLUDE AND LOT LIMITED TO

WAGE LOSS, WAGE THEFT, WAGE DISCRIMINATION BACK PAY, FRONT PAY, LOST BENEFITS, LIQUIDATED DAMAGES, FROM THE DATE OF TERMINATION.

BASED ON MY SALARY 100000$ ONE HUNDRED THOUSAND DOLLARS PER YEAR. (THE WHITCH I WOULD EASILY HAVE GOT)

3 YEARS AND 5 MONTHS SINCE MY TERMINATION

341666 $ WAGE LOSS THREE HUNDRED FORTY-ONE THOUSAND SIX HUNDRED SIXTY-SIX DOLLARSTHIS WOULD HAVE BEEN MY FRONT PAY.

THIS IS CALCULATED AND IS A REFERENCE TO WHAT I AM OWED SO FAR IN BACK PAY

AS BOSTON COLLEGE HAS REFUSED TO ENGAGE MITIGATE MY DAMAGES OR PROPOSE A SETTLEMENT THIS COST ARE VERY LIKELY TO RISE IN THE FUTURE AS MY LOSES ARE ONLY GOING UP.

ON TOP OF EVERYTHING ELSE I MIGHT HAVE TO ADD ATTORNEYS' FEES AND OTHER COST TO THE CLAIM IN THE FUTURE AND RESERVE THE RIGHT TO MAKE THIS CHANGES.

AS CLAMED INITIALLY I REMAIN FIRM ON MY CLAIM OF PUNITIVE DAMAGES TO BE AWARDED TO ME BY THE COURT ON THE SUM OF 1200000 $ ONE MILLION TWO HUNDRED THOUSAND DOLLARS TO BE AWARDED TO ME

900000$ NINE HUNDRED THOUSAND DOLLARS IN PUNITIVE DAMAGES AND 300000$ THREE HUNDRED THOUSAND DOLLARS IN WAGES.

THIS SHOULD BE CONSIDERED IN RESPONSE OF BOSTON COLLEGES EGREGIOUS ACTIONS AGAINST MY EMPLOYMENT AND PUNISH BOSTON COLLEGE SO IT WILL DETER SIMILAR BEHAVIOR.

4) AMENDMENTS

I RESERVE THE RIGHT IF NECESSARY TO SUPPLEMENT OR AMEND MY INITIAL DISCLOSURES AS NEW INFORMATION BECOMES AVAILABLE REGARDING MY CASE.

AVENIR AGAJ   PRO SE.

Signed: *AVENIR AGAJ*    Date 01/31/2025

14 PAUL STREET

BURLINGT0N

MA,01803

857-544-0780

Aviaga10@hotmail.com