UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVENIR AGAJ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-CV-10884-JEK |
| | ) | |
| BOSTON COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Avenir Agaj together with Defendant Trustees of Boston College jointly request that this Court enter the attached Proposed Protective Order governing the designation, use, and disclosure of Confidential Information in this litigation.

Dated: June 5, 2025

Respectfully submitted,

By: */s/Alan D. Rose*
Alan D. Rose (BBO #427280)
Meredith Wilson Doty (BBO #652220)
ROSE LAW PARTNERS LLP
One Beacon Street, 23rd Floor
Boston, MA 02108
617-536-0040
adr@rose-law.net
mwd@rose-law.net

*Attorneys for Defendant*

By: */s/Jay Marshal Wolman*
Jay Marshall Wolman (BBO # 666053)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
702-420-2001
jmw@randazza.com

*Attorney for Plaintiff*

1

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that pursuant to D. Mass. Local Rule 7.1(A)(2), counsel for Defendant conferred with counsel to Plaintiff, who joins in and assents to the relief requested herein.

/s/Alan D. Rose
Alan D. Rose

## CERTIFICATE OF SERVICE

I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

/s/Alan D. Rose
Alan D. Rose
