UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVENIR AGAJ,<br>    Plaintiff,<br>v.<br>BOSTON COLLEGE,<br>    Defendant. | Civil Action No. 1:24-cv-10884<br><br>**DECLARATION OF JAY M. WOLMAN** |

I, Jay M. Wolman, declare:

1. I am over the age of 18 years and am fully competent to make this Declaration. The facts set forth in this Declaration are within my personal knowledge and are true and correct to the best of my knowledge and belief.

2. I am currently the attorney of record at Randazza Legal Group ("RLG") for Plaintiff Avenir Agaj (Client) in this matter.

3. In February 2025, Plaintiff retained RLG to represent him in matters related to the above captioned action.

4. Since then, I propounded and responded to discovery requests on behalf of Plaintiff.

5. The relationship between Plaintiff and myself has irretrievably broken down.

6. I can no longer represent Plaintiff.

7. Plaintiff has been informed of this motion and advised to obtain new counsel.

8. Due to these disputes, there exists an actual conflict between Client and RLG.

9. Due to these disputes, there is a complete breakdown of the attorney-client relationship.

10. The attorney-client relationship is in discord and cannot be repaired.

/

/

/

11. Thus, the motion to withdraw and stay should be allowed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2025.

_____
Jay M. Wolman