UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVENIR AGAJ,<br>    Plaintiff,<br>v.<br>BOSTON COLLEGE,<br>    Defendant. | Civil Action No. 1:24-cv-10884<br><br>**NOTICE OF LIEN<br>PURSUANT TO G.L. c. 221, § 50** |

  NOW COMES Attorney Jay M. Wolman of Randazza Legal Group, PLLC, and, pursuant to G.L. c. 221, § 50, gives notice of lien for Attorney Wolman's and Randazza Legal Group's reasonable fees and expenses upon Plaintiff Avenir Agaj ("Client"), Client's claims for fees and expenses, and any claims for sanctions under Fed. R. Civ. P. 11 & 37, 28 U.S.C. § 1927, and/or the Court's inherent authority, any judgments, decrees, or orders that may enter in Client's favor or made in this proceeding, and upon the proceeds derived therefrom. Such attorney shall, as needed, seek to have this Court determine and enforce this lien.

Dated: July 1, 2025    Respectfully Submitted,

            /s/ Jay M. Wolman
            Jay M. Wolman, BBO# 666053
            jmw@randazza.com
            RANDAZZA LEGAL GROUP, PLLC
            30 Western Avenue
            Gloucester, MA 01930
            Tel: (978) 801-1776

            *Attorney for Plaintiff*

RANDAZZA | LEGAL GROUP

Civil Action No. 1:24-cv-10884

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

A true and correct copy of the foregoing document was also served upon Plaintiff Avenir Agaj via electronic mail to Aviaga10@hotmail.com , which Plaintiff previously utilized as a *pro se* filer.

/s/ Jay M. Wolman<br>JAY M. WOLMAN

RANDAZZA | LEGAL GROUP