UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVENIR AGAJ,<br><br>       Plaintiff,<br><br>    v.<br><br>BOSTON COLLEGE,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:24-CV-10884-JEK<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT BOSTON COLLEGE'S OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR PLAINTIFF AND <u>EMERGENCY MOTION TO STAY</u>**

Defendant Trustees of Boston College ("Boston College") hereby opposes the pending motion for leave to withdraw and motion to stay proceedings for 60 days. As grounds, Boston College states that it wishes to respect the Court's efficient management of its docket. Currently, following substantial communications among counsel, Plaintiff's deposition is scheduled to be held in person on Friday, July 11, 2025. To accommodate a specific request from Plaintiff's counsel, Boston College has arranged to have its three corporate designees appear for the Rule 30(b)(6) deposition on one day, July 29, 2025. Boston College believes strongly that these depositions will be conducted smoothly only if conducted with counsel present. With the current case calendar in place, and desiring not to seek or facilitate further delay, Boston College seeks a court order requiring Mr. Wolman to remain as counsel through the completion of the already scheduled (and repeatedly rescheduled) depositions. Boston College acknowledges, however, that it has minimal insight into the referenced irreconcilable conflict, and the Court may wish to conduct *in camera* assessment of the identified conflict. Boston College welcomes the Court's guidance on this issue.

WHEREFORE, Boston College opposes the pending motions for leave to withdraw and to stay proceedings for 60 days.

Respectfully submitted,

By: */s/Alan D. Rose*
Alan D. Rose (BBO #427280)
Meredith Wilson Doty (BBO #652220)
ROSE LAW PARTNERS LLP
One Beacon Street, 23rd Floor
Boston, MA 02108
617-536-0040
adr@rose-law.net
mwd@rose-law.net

*Attorneys for Defendant Boston College*

Dated: July 2, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

*/s/Alan D. Rose*
Alan D. Rose