UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVENIR AGAJ,<br><br>                Plaintiff,<br><br>v.<br><br>BOSTON COLLEGE,<br><br>                Defendant. | Civil Action No. 1:24-cv-10884<br><br>**REPLY IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR PLAINTIFF AND EMERGENCY MOTION FOR STAY** |

      Although undersigned counsel appreciates that Defendant would prefer that Plaintiff remain represented through the two upcoming deposition dates, such is simply impractical. Undersigned counsel does not believe he can effectively prepare Mr. Agaj for his own deposition in light of the breakdown in the attorney-client relationship. Nor does undersigned counsel believe it proper that he be forced to prepare for and take the corporate representative deposition(s).[1]

      Defendant argues that the depositions would be conducted "smoothly" with counsel present. While undersigned counsel appreciates the confidence Defendant has in his abilities, a breakdown in the relationship means that it is not likely to go as smoothly as Defendant would hope.

      Defendant also argues that they do not want further delay. This is not a particularly old case. Deposition dates can likely easily be rescheduled. Dispositive motions are not even due until December 19, 2025. Even with the requested stay to ensure Mr. Agaj has a chance to obtain new counsel, it would be but a few months. While Defendant may have a desire to have the matter determined sooner, a brief stay does not impose any identified prejudice.

      As Defendant has offered no reason that supersedes the need for the undersigned to withdraw, the motion should be allowed.

---

[1] A single notice was issued. Defendant has chosen to designate multiple witnesses based on different topics.

Dated: July 2, 2025                     Respectfully Submitted,

/s/ Jay M. Wolman
Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorney for Plaintiff*

Civil Action No. 1:24-cv-10884

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

A true and correct copy of the foregoing document was also served upon Plaintiff Avenir Agaj via electronic mail to Aviaga10@hotmail.com , which Plaintiff previously utilized as a *pro se* filer.

/s/ Jay M. Wolman
JAY M. WOLMAN