UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

|  |  |  |
|---|---|---|
| AVENIR AGAJ, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:24-CV-10884-JEK |
| BOSTON COLLEGE, | ) | |
| Defendant. | ) | |

SUPPORT OF MOTION TO WITHDRAW AND
EMERGENCY MOTION FOR STAY

I PLAINTIFF AVENIR AGAJ ASK THE COURT TO
GRANT IMMEDIATE WITHDRAW APPERANCE TO
RANDAZZA LEGAL GROUP ATTORNEY MR JAY M.
WOLMAN AND ALSO GRANT ME A MINIMUM
STAY OF 60 DAYS OR SHORTER IF I MANAGE TO
FIND LEGAL REPRESENTATION BEFORE.
(WHICH EVER COMES FIRST)
I ASSURE YOU I HAVE INTENTION TO ACTIVELY
SEEK LEGAL REPRESANTATION.
LAST THING I WANT IS ANY INTENTIONAL
DELAYS ON COURT PROCEEDING.
THAT WAS NEVER MY INTERESS UNLIKE THE
DEFENDANT BOSTON COLLEGE AS YOU ARE
WELL AWARE.
THIS SHOULD SATISFY DEFENDANTS LAWYER
CONCERNS.
AS MR ATTORNEY JAY M. WOLMAN EXPLAINED
BELOW THE REASONS.

- 1 - Reply in Support of Motion to Withdraw and Emergency Motion for Stay 1:24-cv-10884 UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS AVENIR AGAJ, Plaintiff, v. BOSTON COLLEGE, Defendant. Civil Action No. 1:24-cv-10884 REPLY IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR

PLAINTIFF AND EMERGENCY MOTION FOR STAY Although undersigned counsel appreciates that Defendant would prefer that Plaintiff remain represented through the two upcoming deposition dates, such is simply impractical. Undersigned counsel does not believe he can effectively prepare Mr. Agaj for his own deposition in light of the breakdown in the attorney-client relationship. Nor does undersigned counsel believe it proper that he be forced to prepare for and take the corporate representative deposition(s). 1 Defendant argues that the depositions would be conducted "smoothly" with counsel present. While undersigned counsel appreciates the confidence Defendant has in his abilities, a breakdown in the relationship means that it is not likely to go as smoothly as Defendant would hope. Defendant also argues that they do not want further delay. This is not a particularly old case. Deposition dates can likely easily be rescheduled. Dispositive motions are not even due until December 19, 2025. Even with the requested stay to ensure Mr. Agaj has a chance to obtain new counsel, it would be but a few months. While Defendant may have a desire to have the matter determined sooner, a brief stay does not impose any identified prejudice. As Defendant has offered no reason that supersedes the need for the undersigned to withdraw, the motion should be allowed. 1 A single notice was issued. Defendant has chosen to designate multiple witnesses based on different topics. Case 1:24-cv-10884-JEK Document .

PRO SE.

Date: JULY /03/2025

AVENIR AGAJ

SIGNED: AVENIR AGAJ

*Avenir Agaj* (signature)

14 PAUL  STREEET
BURLINGTON
MA, 01803
CELL:857-544-0780
AVIAGA10@HOTMAIL.COM

2