FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS  -3  PM 3: 10

| | |
|---|---|
| AVENIR AGAJ, | ) |
| | ) |
| | ) |
| Plaintiff, ) | |
| | ) |
| v. | ) |
| | ) |
| BOSTON COLLEGE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Civil Action No. 1:24-CV-10884-JEK

## MEMORANDUM IN OPPOSITION TO NOTICE OF LIEN FILED BY ATTORNEY JAY M. WOLMAN OF RANDAZZA LEGAL GROUP.

PRO SE.

NOTICE OF CONTEST OF A LIEN

I Plaintiff AVENIR AGAJ FIRMLY OPPOSE THE MOTION (REQUEST) filed by attorney JAY M. WOLMAN at RANDAZZA LEGAL GROUP to impose a LIEN on my case and the COURT should DENY the lien.

STATEMENT OF REASONS.

VIOLATION

PURSUANT RULE 12 CFR 19.8 CONFLICT OF INTEREST
19.8

(a) Conflict of interest in representation. No person may appear as counsel for another person in an adjudicatory proceeding if it reasonably appears that such representation may be materially limited by that counsels' responsibilities to a third person or by the counsels' own interests. The ALJ may take corrective measures at any stage of a proceeding to cure a conflict of interest in representation, including the issuance of an ORDER limiting the scope of representation or disqualifying an individual from appearing in a representative capacity for the duration of the proceeding.

(1) That the counsel has personally and fully discussed the possibility of
with each such party and non-party; and

(2) That each such party and non-party waive any right it might otherwise have had to assert any
known conflicts or to assert any non-material conflicts of interest during the course of the
proceeding.

Federal rules prohibit unethical conduct in various contexts, including legal practice,
government service, and workplace settings. These rules aim to ensure fairness, integrity, and
accountability in professional and public life.


VIOLATION

Federal Rule of Civil Procedure 11, pertaining to the signing of pleadings and other papers, has a
counterpart in Massachusetts. While both rules address the requirement of signing documents
and the consequences of improper signing, there are some differences in their specific language
and application.
Federal Rule of Civil Procedure 11:
- Requires every pleading, written motion, and other paper to be signed by at least one
  attorney of record (or by the party if not represented).
- The signature serves as a certification that the signer has read the document, believes it has a
  good-faith basis, and it is not interposed for delay.
- Provides for sanctions against attorneys or parties
-
VIOLATION

Model Rule 8.4, titled "Misconduct," outlines behaviors that constitute professional misconduct
for lawyers. It essentially defines what actions, if taken by a lawyer, can lead to disciplinary
action. The rule encompasses various forms of misconduct, including violating the rules of
professional conduct, assisting others in violating those rules, and engaging in conduct involving
dishonesty, fraud, deceit, or misrepresentation
Here's a breakdown of key aspects of Model Rule 8.4:
- **Violating or Assisting in Violation:**
A lawyer violates the rule by directly violating the Rules of Professional Conduct, knowingly
assisting another in violating them, or using an agent to do so.
-
- **Dishonesty and Misrepresentation:**
Rule 8.4 prohibits lawyers from engaging in conduct involving dishonesty, fraud, deceit, or
misrepresentation.

Attorney JAY M. WOLMAN has acted in bad faith towards damaged my position as plaintiff and profited from my complex situation to draw advantages, to achieve own goals with complete disregards for my opinions on any matter.

He willfully disobeyed my directives how to proceed on the case looking only to his personal gains and exercised pressure at any given time by filing with the court orders without my approval or consent and intentionally misleading me and the court on all my rights and obligations.

He intentionally created unnecessary delays on the case in collusion with the defendant attorney Mr. A. ROSE.

Furthermore, has agreed without my consent to the confidentiality order and made me aware after the done fact i have clearly opposed that may times.

Has agreed to time extension for DURING produce of documents with BOSTON COLLEGE without even asking.

Only a few weeks ago i was made aware that he did not intent to persecute my case in court but in intends to seek an out of court settlement again against my and publics interests.

INTENTIONALLY withheld evidence from me under the pretexts of review during discovery.

Made me dismiss the case in SUFFOLK SUPERIOR COURT against BOSTON COLLEGE with deception.

NOW is asking for money and putting a LIEN on my case after an UPHOLING ETHICS VIOLATION.

That un doubly WILL have an adverse effect on my ability to get a new counsel.

Attorney JAY M. WOLMAN of RANDAZZA legal group FAILED ME IN ALL HIS legal OBLIGATIONS and VIOLATED ALL ETHICAL STANDARDS OF THE LAWYER PROFFESION

I intend to refer HIM and complain BOARD OF BAR OVERSEERS.

I CAN AND WILL PROVIDE EVIDENCE TO THE COURT IF REQUIRED.

IF the court considers putting a lien, then it should be QUANTUM MERUIT.

_____

PRO SE.

Date: JULY /03/2025

AVENIR AGAJ

SIGNED: AVENIR AGAJ

14 PAUL   STREEET
BURLINGTON
MA, 01803
CELL:857-544-0780
AVIAGA10@HOTMAIL.COM

4