UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

AVENIR AGAJ, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:24-CV-10884-JEK
)
BOSTON COLLEGE, )
)
Defendant. )
)

STATEMENT OF POSITION TO THE DISTRICT COURT OF MASSACHUSSETTS

Honorable District Judge Julia E. Kobick .

PRO SE
AVENIR AGAJ

First i would like to thank you HONORABLE DISTRICT JUDGE JULIA E. KOBICK for making the right and lawful, DECISION to allow me to continue further on my claim by ordering a temporary STAY (in order to allow me to obtain new counsel and i Promisse to do my best), also allowing the withdraw of my former attorney Mr JAY M .WOLMAN as my defense attorney from my case given the unfortunate circumstances, ,his actions and behavior which are unacceptable to me , in relation to my defense, also i thank you again your HONOR for the cancelling of the hearing of the status conference that was due on the 07/08/2025, and the new rescheduling on the 09/10/2025 at 03:30 pm in the which i am willing and will be requesting to be attending in person and be

communicate the court via Deputy Ms HALEY CURRIE in an official request regardless when it happens as per court rules. After all this case concerns me more than any one as been the damaged party (PLAINTIFF).

I PLAINTIFF AVENIR AGAJ
PRO SE.
Intend to INFORM the court on current position and disclose to the court a few facts.
I intend to charge my lawyer attorney Jay M. Wolman at Randazza Legal Group, for legal malpractice, they have made significant errors or omissions in my case that caused me harm.
I am willing to demonstrate that my lawyer's actions fell below the expected standard of care, that their negligence caused me harm, and that i suffered damages as a result.

Here's a more detailed explanation:

## Legal malpractice?

Legal malpractice occurs when a lawyer's actions or inactions fall below the acceptable standard of care for legal professionals, causing harm to their client. This can include a wide range of errors, such as:

- Missing deadlines
- Failing to properly investigate a case
- Providing inadequate legal advice
- Conflicts of interest
- Settling or attempting to settle the case without your consent.
- Failing to follow your instructions and provide me as client with evidence received in a timely manner.

I CAN PROVE ALL THE ABOVE.

- I will prove malpractice, and prove the following :

1. **Duty:** My lawyer had a professional duty to me as their client.

    AND HE FAILED ON THAT!

2. **Breach:** My lawyer breached that duty through negligence or incompetence and self-interests. Namely profit personal gains,

3. **Causation:** The lawyer's breach of duty directly caused me harm or financial loss.

Prevented me from pursuing other claims that i had going against BOSTON COLLEGE, IN SUFFOLK SUPERIOR COURT under state violations LAW. (2484CV01444) made false and misleading representations and convinced me with deception to dismiss my claims UNDER FALSE Pretension in order to achieve his personal goals profit on my case, and exploited my vulnerability and betrayed my trust.

4. **Damages:** I AVENIR AGAJ HAVE suffered actual damages as a result of the lawyer's actions and the case dismissal.

The American Bar Association Model Rule 1.2 states that clients control the objectives of litigation, while the attorney controls the means or strategies to get there. The client should always have the final say when making decisions about their case. The Rules state that "a lawyer shall abide by a client's decisions concerning the objectives of representation" and "a client's decision whether to settle a matter." My attorney Jay M. Wolman denied me the opportunity to make any decision on any matter and willfully misled me to the choices he made for me from the beginning to the end. I will provide examples of that.

He actively extended deadlines for the discovery without consulting me and act without my consent, he would inform me after the fact, and he would go against any objection that i had regarding his decisions. He agreed the confidentiality order without my consent and i was told that he had agreed after that fact even knowing very well that i opposed this agreement with Boston College. E-mails May-June. That is the reason why you don't see my signature on that document. I was told after. I can

prove that. I had another case against Boston College at Suffolk Superior Court against Boston College where attorney Wolman colluded with Boston College to make me Dismiss my case without Prejudice from the court ,not only lied to me about the reasons to dismiss my case but he also did not provide me with a copy of the motion to dismiss he filed on my behalf.
IN VIOLATION OF Federal Rule of Civil Procedure 11 .
Requires every pleading, written motion, and other paper to be signed by at least one attorney of record (or by the party if not represented).

The signature serves as a certification that the signer has read the document, believes it has a good-faith basis, and it is not interposed for delay.
Provides for sanctions against attorneys or parties who violate the rule, including striking the document or other appropriate action.
THERE IS A REASON WHY THE DOCUMENTS AGREED DONT BEAR MY SIGNATURE.

NO DOCUMENT WAS SENT OR PRESENTED PRIOR TO ME REGARDING THE MODIFICATION OR EXTENTION OF ANY DEADLINE REGARDING THE DISCOVERY, CHANGES TO THE SCHEDULING HEARING CONFERENCE, DEPOSITION TERMS AND CONDITIONS, OR CONFIDENTIALITY AGREEMENT untill after the facts. THERE FORE I WILL BE ASKING YOUR HONOUR TO GIVE ME THE OPPORTYNITY TO UNDO (VOID)ALL THE AGREEMENT THAT MY FORMER ATTORNEY HAS ENTERED WITH BOSTON COLLEGE ON MY BEHALF AS THEY WERE DONE IN VIOLATION OF THE  FEDERAL RULE 11 ,MODEL RULE 8.4 AND and i asked him to do it before hes withdrawal. I CAN PROVE THAT.

FURTHER.
And then on June 6 /20/25 I come to learn that my attorney does not want to go to trial.
I was Shocked that i was  Betrayed in such manner!!!
I thought  i hired a Lawyer not a meditator,I don't need a middleman a mediator.

Cause i do intent to go to trial, Truth and Justice is what i seek money is secondary on this matter .

This is blackmail !

Is not enough that Boston College had 2 Lawyers to defend now they have 3.

Further i asked numerous times for all the evidence that Boston College had provided to Randazza all requests were denied under the pretext that they are reviewing the materials send .I only received a zip folder only a few days a go.

E-mail May 16 /2025

Avenir Agaj.

Hello Attorney Jay M. Wolman and Randazza legal Staff how are you doing today.    I would like to touch base regarding a few things on my case.

Nr 1.The person who fired me Mr William J. Murphy no longer works at Boston College as vice president of Human Resources he works at Tuft University since 2024 at the same position as he was at Boston College. It is worth mentioning that he is the person who was directly responsible for my compensation (Wages and Benefits ).

Therefore, the one responsible for my wage theft and wage discrimination also the one who showed up at Newton district court on my trial of small claim together with counsel Alan D.Rose , and under oath committed PURJURY by submitting false forged Pay Stubbs and making false representation regarding my pay and compensation on behalf of Boston College

According to my research the which i will provide above is the way you can get in touch with him and i should advice the he should be called as a potential witness if the case might require.

Nr 2.

Regarding the confidentiality agreement which Boston College is trying to secure my answer is NO, as i stated to counsel Alan D.Rose during our last meeting in December 2024 and i will state the reasons and facts below .

I have suffered from Boston Colleges adverse  actions for almost 4 years just to name a few, Wage theft, wage discrimination, went to trial because of these actions and still denied the obvious facts under Mgl 149 section 148 and 150.

I have suffered identity theft through Boston College during my mandatory back ground check through Creative Services Inc. a company which Boston College required me to grant access to my sensitive P.I in writing for that purpose .Not only Boston College failed to delete my data held by Creative Service inc in the agreed limited time of 1 year but also failed intentionally and neglected to inform me about my stolen sensitive information .

And this was not an isolated case cause the same happened on my Harward pilgrim health insurance at Boston College and my TIAA retirement account at Boston College in both cases Boston College also failed to notify me putting me at a great risk of fraud and theft the which i have suffered already and i will hold them accountable for failing to protect my personal information .

On the other hand, denying me the right under the law MGL section 52c which i shall be granted in person access to my employee personal file.

Failure to notify for all negative information added without my knowledge to my personal file as required under mass law within 10 days of that information also not giving me the chance to contend that information as false and untrue.   That information can have and had a negative effect on my past, present, and future employment.

Failing to participate a provide information on the discovery process as required by the federal law. Court rules.
Under title 7 civil right act 1964
Continued denial of my Sincere Religious Beliefs as practicant ,believer, descendent of Bogomil faith and Discrimination of my sincere held religious beliefs on different negative statement made in court and the press. (Newspapers)
Same goes for my medical practice Ethnobotany under mass law 151B medical discrimination continued and making false statements. What i think.....
In fact, i should consider adding the charge of defamation to my complaint.

Conclusion

They have always acted in Bad Faith Stole Wages from me, Invaded my Privacy ,Harassed, Discriminated, Retaliated, Wrongfully Terminated  me because of my Religious Beliefs Bogomil, Medical Practice Ethnobotany  and they are asking for Confidentiality ,quite the contrary and  i must say that Boston College should be exposed for what they really are Unscrupulous Employer, repeated Discrimination Offender ,Liars and Thief's that is my other goal on top of Justice and Truth  and Compensation in Jury Trial.

Nevertheless, i will make it clear i will not try to Undermind all the hard work you ALL have done and i will always follow your advice as long as it does not require me to go against my principals and beliefs right and wrong.     I will be always open to all compromise when reasonable.
I don't think we should enter any agreement with Boston College regarding anything.     That is my current position.     I state for my Sincere Religious beliefs of the faith of Bogomils, and my Medical Practice Ethnobotany i was prepared to lose my job, what was Boston College is prepared to lose we shall see!
Please let contact me at any time regarding any matters.
Best regards.
Respectfully

. Avenir Agaj.
Protective order Signed by my Arttorney Jay M. Wolman should be voided as i never gave consent in writing or any other means the e-mails explain that i was informed after the fact.And i did made a request to my attorney to remove it beferore his withdrawal .I would never have signed it .

### E-mail Avenir Agaj to Jay M.Wolman 06/05/2025

Hi Mr. Attorney Jay M. Wolman as i have stated before on my e- mail on May 16 my firm opposition against any Proposed Protective Order regarding confidentiality with Boston College.  I would not have ,and don't have to agree anything that Boston College is requesting regarding this.

My first concern was Defendant Boston College will try to use protective orders to manipulate the discovery process and delay the case.   So far that has happened!!! FACT.

In my view again i will not benefit me at all as a damaged party. They Boston College have not provided any requested documents so far. That is another FACT.  Yet we agree to all of them demands.

In brief i am not happy at all with this action!

Furthermore, judge honorable J.Kobick was clear during the scheduling session, and she stated that she would not allow delays without proper reasons.

Again, in my opinion we should not have agreed to this. I have said clearly NO to this.

This request benefits more the defendant Boston College than us. Otherwise, they would not have insisted on this so many times . We should not agree and please refrain in the future granting any further extension regarding any deadlines regarding the case on my behalf.
I know that you Mr Attorney Jay M. Wolman doing the best you can to help me with my case but as i have stated i have my point of view on

things and i would greatly appreciate it if it was taken to fully to account beforehand any action is taken regarding my case.
Boston College does not deserve any respect from me .Let me be very clear on that!!!!!

I only look forward to a JURY trial.
That is my objective!


I don't want to settle my case outside the court with the Corrupt, Thieves and Liars of Boston College . I want Justice not Corruption.
This case is not about money.
This is to prove a point Boston College is not above the law.
I am sure you understand me.
Thank you for your continued support.
Best regards.
AVENIR AGAJ.

E- mail from Attorney Jay M. Wolman
06/06/2025
Dear Mr. Agaj,
Thank you for speaking with me.  As discussed, we will be vigilant as to what they declare confidential and I'm glad we generally are on the same page that we can potentially work towards an out of court settlement, though we recognize your desire for a trial.

We are moving your deposition to June 17 due to my schedule.  Theirs is moving to July 8 due to Attorney Rose's schedule.  We will also be filing a short motion to tweak the case calendar to allow for the July 8 deposition date.

**According to Model Rule 1.4, attorneys have a duty to communicate with their clients. Attorneys must "keep the client reasonably informed about the status of the matter" and "promptly comply with reasonable requests for information. (Which they did not do). Attorneys do not have a duty to stay in constant communication with the**

client, but if a lack of communication harms the case, this may be malpractice.

18. A lawyer violating Rule 10 generally refers to actions that contravene the rules governing lawyer conduct, particularly those related to professional responsibility. Rule 10, specifically, could refer to various sets of rules depending on the jurisdiction and context. These rules often address issues like client-lawyer relationships, fiduciary duties, and the handling of client funds. Violations can lead to disciplinary actions, including disbarment, suspension, or other sanctions the which i intend to pursue Against Randazza Legal Group and attorney Jay M. Wolman.

My charge against Randazza Legal Group and Attorney Jay M. Wolman

- **Disciplinary Actions:** Disbarment, suspension, reprimands, and other sanctions imposed by disciplinary boards or courts.
- **Civil Liability:** Clients may pursue legal action against lawyers for malpractice or breach of fiduciary duty.
- **Criminal Charges:** In cases of serious misconduct, lawyers may face criminal charges.

**Furthermore, i came to learn that attorney Jay M .Wolman**

On Wednesday, January 24, 2024, attorney Jay Marshall Wolman was publicly censured by the New York Supreme Court Appellate Division for professional conduct violations. Wolman had previously been reprimanded by the Connecticut Superior Court on January 28, 2022.

The case is entitled "In the Matter of Jay Marshall Wolman," with case no. 2022-0481.

Conclusion

I WILL NOT SEEK AN OUT OF COURT SETTLEMENT OR MEDIATIONS FOR MY CASE WITH BOSTON COLLEGE, I WANT A JURY TRIAL.

I SEEK TRUTH AND JUSTICE AND I THINK THAT IS IN MY BEST PERSONAL AND PUBLIC INTEREST.

I DO RECOGNISE A MAJOR SET BACK BUT I WILL CHOOSE WISELY NEXT TIME I STILL BELIVE IN INTEGRITY, HONESTY , JUSTICE AND TRUTH AS CORE HUMAN VALUES.

I was double-crossed by Randazza Legal Counsel Mr. Jay Wolman the which put his interest first before his clients. And intentionally acts on contrary of the ethics and rules.
I discovered the plot too late.I WILL NOT FORGET THAT LESSON LEARNED THE HARD WAY.
Now i am not aware what e-mails Attorney Wolman sent to you Honorable Judge Julia E .Kobick since i did not receive a copy of them.
But in my experience, they would be bias and heavily edited.
I ask you to investigate and compel all the full disclosure of all Documents, e-mails, meetings, agreements entered officially or not Between Attorney Wolman -Boston College counsel and me.!

Thank you for your time .
HONORABLE JUDGE JULIA E. KOBICK.
RESPECTFULLY , Avenir Agaj
Today

                    PRO SE.

Date: JULY /11/2025           AVENIR AGAJ

SIGNED: AVENIR AGAJ

*/s/ Avenir Agaj*

14 PAUL   STREEET
BURLINGTON
MA, 01803
CELL:857-544-0780
AVIAGA10@HOTMAIL.COM