UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVENIR AGAJ | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| | ) | |
| BOSTON COLLEGE | ) | |
| | ) | |
| Defendant | ) | |

**MOTION FOR IN PERSON HEARING REQUEST**

TO THE HONORABLE JUDGE JULIA E. KOBICK.

PRO SE.

I AVENIR AGAJ.

HAVE RECEIVED A SCHEDULED STATUS CONFERENCE HEARING FOR SEPTEMBER 10/ 2025 AT 3:30 PM

THIS HEARING WAS TO BE HELD REMOTELY.

I HAVE CONCERNS OR HAVE SOME TECHNICAL ISSUES.

I AM REACHING OUT AND REQUEST TO YOU THE HONORABLE JUDGE JULIA E. KOBICK, JUDGE TO THE US DISTRICT COURT OF MASSACHUSETTS THE FOLLOWING:

THAT THE HEARING BE HELD IN PERSON INSTEAD OF USING A VIDEO TELECONFERENCING.

I HAVE CONFER WITH THE COUSEL FOR THE DEFENDANTS PURSUANT THE LOCAL RULE AND THEY HAVE AGREED.

I WILL PROVIDE PROVE OF THAT IF REQUESTED.

THANK YOU.

RESPECTFULLY AVENIR AGAJ.

PRO SE.

AVENIR AGAJ

Signed: *AVENIR AGAJ*    Date 09/02/2025

14 PAUL STREET

BURLINGT0N

MA,01803

857-544-0780

Aviaga10@hotmail.com