UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **AVENIR AGAJ** | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| | ) | |
| **BOSTON COLLEGE** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

MOTION TO COMPEL RANDAZZA LEGAL GROUP

TO THE HONORABLE JUDGE JULIA E. KOBICK.

PRO SE

AVENIR AGAJ

**PURSUANT RULE 1.15 A RULES OF PROFESIONAL CONDUCT**

**I Avenir Agaj motions to this Court for an order compelling Randazza Legal Group to respond completely and accurately and provide me and the US District Court all the documented information named on the list below to the requests served in relation to this matter Avenir Agaj v Boston College for the reasons set forth in the materials filed in support of this Motion, good cause exists to grant this Motion.**

**Randazza Legal Group failed to comply with my first request and return all the originals ,copy's of my documents regarding Avenir Agaj V Boston College.**

On Mon, Jun 9, 2025 at 8:36AM Ave Aga <aviaga10@hotmail.com> wrote:
Good morning, dear Ali Gregoire
Thank you for the notice!
I have an official request to make
to you at Randazza legal group .
Please i would like to receive back
ALL Original and Copies of
DOCUMENTS i have given you so
far without EXEMPTION .
Please let me know when would be
a good time to come and collect
them in person .
Thank you, best regards.
Avenir Agaj
To: Ave Aga <aviaga10@hotmail.com>
Subject: Re: Adv. Boston College | New Documents
Mr. Agaj,
I have all documents in the
Gloucester office. I will be back on
Monday, June 16 to Gloucester as I
am currently working out of our
Vegas office for the week. Let me
know when you would like to pick
them up anytime after that. Thank Alison Gregoire* | Randazza Legal


From: Ave Aga
aviaga10@hotmail.com
To: Ali Gregoire aag@randazza.com
Sent: Monday, June 9 at 11:42AM
Thank you very much in that case i

would like to pick them up on the 17 of
June after my deposition if that is
convenient for you .
Take good care !!!
Best Avenir Agaj

From: Ali Gregoire <aag@randazza.com>
From: Ali Gregoire <aag@randazza.com>
Sent: Tuesday, June 17, 2025 1:07:46 PM
To: Ave Aga <aviaga10@hotmail.com>
Subject: Re: Dear Ms Ali Gregoire
Absolutely. Friday will be fine. Thank
you.
Alison Gregoire* | Randazza Legal

Sent: Monday, June 9, 2025 11:39:14 AM From: Ave Aga
aviaga10@hotmail.com
To: Ali Gregoire aag@randazza.com
Sent: Tuesday, June 17 at 3:54PM
Dear Ms Ali Gregoire thank you very
much for the reply i will be arriving at
your office around 10 Am Friday.
Best
Avenir Agaj

When I picked them up on the 17 th I asked Ms Ali Gregoire if all the documents that I gave them all of them were in the box.
She replied yes!
After some time, I started checking them I released that She lied to me!
They were many original and copied documents missing from my file namely my Newton small claims court documents, Suffolk Superior court, Us District Court, Personal employee file, MCAD complaint file, EEOC file .Documents missing include original documents and copies and are in part critical in proving my claims against Boston College. The missing documents are solid evidence
Initially I realized that the documents missing were only my pay stubs but after checking several times I realized it was worse than that .
I contacted Randazza Legal Group regarding the missing documents and their answer was as follows.
And made again a second request.

   On Aug 15, 2025, at 2:29 PM, Ave Aga <aviaga10@hotmail.com> wrote:

> Dear Ms Ali Gregoire
> Avenir Agaj Here!
> I was going through my documents and i have noticed that my original documened Pay Stubbs from Boston College records are missing .I gave them to you in good faith and asked preivosly to be returned to me.
> I insist that you return them to me at once without delay .
> Thank you!

On Fri, Aug 15, 2025 at 2:37 PM Jay Marshall Wolman <jmw@randazza.com> wrote:
Dear Mr. Agaj

Please be advised that Ms. Gregoire no longer works at our firm.

Your documents were scanned, and they were sent to you electronically.

I will endeavor to see about getting the paper to you, but the electronic version should be usable for any purpose you might need.

Regards
Jay Wolman

From: Jay M. Wolman <jmw@randazza.com>
Sent: Friday, August 15, 2025 2:57:18 PM
To: Ave Aga <aviaga10@hotmail.com>
Cc: Ali Gregoire <aag@randazza.com>; Staff <staff@randazza.com>; Marc John Randazza <mjr@randazza.com>
Subject: Re: Adv. Boston College | New Documents

Dear Mr. Agaj,

I have specifically uploaded a scan for you, though it was included with the prior file transfer:-------------------------

Do you actually require paper versions?  I would be happy to have a copy sent to print at a FedEx Office or Staples near you as that may be the quickest way of getting you a paper version.

Sincerely,
Jay Wolman

On Fri, Aug 15, 2025 at 3:08 PM Ave Aga <aviaga10@hotmail.com> wrote:
NO!!!i don't want a copy i want the original documents the very same i gave you in paper .I asked you before to return to me all the documents i gave you in the original form those

pay Stubbs were the originals i need them returned to me as they were. I want the originals you will be held legally responsible if you don't return them to me .
I want to pick them up at the office in person ,i just want the documents nothing more. If you say yes i will be there in one hour
From: Marc Randazza <mjr@randazza.com>
Sent: Friday, August 15, 2025 3:12:25 PM
To: Ave Aga <aviaga10@hotmail.com>
Cc: Jay M. Wolman <jmw@randazza.com>; Ali Gregoire <aag@randazza.com>; Staff <staff@randazza.com>
Subject: Re: Adv. Boston College | New Documents

Mr. Aga,

You're going to need to wait until the office is staffed. At this point, Ms. Gregoire does not work here anymore. Cassie is out on maternity leave. Mr. Wolman is in the Hartford office. And I am out on wedding leave for a month.

The copies can suffice, for now. And when the office is re-staffed in a few weeks, someone can locate them for you.

On Aug 15, 2025, at 15:17, Ave Aga <aviaga10@hotmail.com> wrote:


I don t want no copy  i want the originals .You have 2 weeks to comply if you dont i will hold you legally responsible Tampering with evidence is the act of altering, concealing, falsifying, or destroying evidence with the intent to obstruct an investigation or legal proceeding. This is a serious criminal offense in many jurisdictions, including federal and state law in the United States. Understood!
I bid you good day! Sir


message

 From Randazza Marc John <mjr@randazza.com> Fri, Aug 15, 2025 at 3:21 PM
To: Ave Aga <aviaga10@hotmail.com>
Cc: Jay Marshall Wolman <jmw@randazza.com>, Ali Gregoire <aag@randazza.com>, Staff
<staff@randazza.com>
We will not be able to meet your deadline. I am not coming back to the office from my honeymoon for
this, and Cassie is not coming back from maternity leave for this. Mr. Wolman wouldn't even be able to
begin to know where to look, even if he were to drive from Hartford.
You will have it when my staff returns.
That is not going to be prior to the first week of September.

As this e- mails prove they have in the past and present been colluding with BOSTON COLLEGE .

Legal Group has not complied with my requests with the purpose to prevent me to continue with my the legal proceeding.

They are defending their profits interest and so far Randazza Legal Group and acting on behalf of Boston College. As the evidence shows they have created many obstacles regarding my claim.

The documents that they have provided are not useful to me because the files contain corrupted data zip folder. (Like Randazza Legal Group) and are incomplete and I cannot Access anything thing new or relevant to this case and that was done in purpose. I am willing to share that data link with the court to prove it .

For 4 month i have not learned or discovered **NOTHING**  REGARDING my case because of my corrupt attorney Jay M . Wolman.

Therefore, I ask you Honorable Judge **Julia E. Kobick  to GRANT** this motion and Compel Randazza Legal Group and all associates and to provide the following documents.

SINCE I AM THE RIGHT FULL OWNER OF MY FILE

        I AVENIR AGAJ   Request

1.  **All my original pay stubs.**

2. **ALL the COMPLETE file documents that RANDAZZA LEGAL GROUP has received from BOSTON COLLEGE counsel and all associates regarding all litigations in all courts AVENIR AGAJ v BOSTON COLLEGE. In paper or readable pdf no links or zip folders.**

3. **All the original and copied documents removed from my Newton Small Claim Court file**

4. **Includes Right of private action for wage theft (original)the court decision ruling original magistrate Schultz, the answers provided from the defendant Boston College, My appeal documents served in court, copies of the proposed settlement and email exchanges between.**

5. **All the original and removed documents removed from Suffolk Superior Court file. Includes
   Letter from Harvard pilgrim identity theft notice Pbi original
   Identity theft notices TIAA original**

Identity theft notices Creative Service Inc Background check firm employed by Boston College.
Letter from Ms. Anita Maietta and Ms .Kathryn Morelli Fair Labor Division which requests Boston College to provide me a Copy of Employee personal File which their did not comply violating MGL 53 C.


6 .  ALL the original and  copied  documents US DISTRICT COURT OF MASSACHUSETTS file includes .RIGHT of private Action EEOC,MCAD both notices Original.

    Various email correspondence between me and Boston College employees.
    All COVID testing results original paper original.
    Second exemption request submitted to Boston College original.
    Documents and various email removed from my personal file.
    and any other document that was willfully removed.  .

7. In addition, I request that Randazza Legal Group and all associates comply, disclose and provide through this motion all communication (non-redacted) made between Randazza Legal Group myself to the US District Court and a full copy same copy provided to both myself and the court.

8. Request that that Randazza Legal Group and all associates disclose and provides a copy of all Communication (non-redacted) between Opposing Counsel and Randazza Legal Group to myself and the Court (same copy).

9. I request that Randazza Legal Group and all associates make in fully unlimited disclosure and provide all information on all profits, transaction, connections partnership, exchanges, occurred and created in the past, present and future between Boston College and all associates and Randazza Legal Group and all associates.

10. I REQUEST that Randazza Legal Group and all associates disclose formal and informal agreement they had regarding a settlement on my case AVENIR AGAJ v Boston College.


In conclusion i AVENIR AGAJ the client has the property rights on my file, as such i am entitled to review and receive copies and originals of all documents including emails and other correspondence with the opposing party. This is a common practice when a client wants to see what is happening in their case and RANDAZZA LEGAL GROUP HAS SO FAR DENIED me the rights.

1) **INFORMED CONSENT**

2) ACCESS TO MY FILE

3) DUTY TO COMMUNICATE

For the reasons set forth in the materials filed in support of this motion good cause exist to grant this motion.

Jay Marshall Wolman, CIPP/US, Counsel*
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
30 Western Avenue,, Gloucester, MA  01930
353 Ocean Ave Ste. 4E, Brooklyn, NY 11226
Tel: 702-420-2001 | Email: jmw@randazza.com

RESPECTFULLY SUBMITTED THIS AVENIR AGAJ.

PRO SE.

**AVENIR AGAJ**

Signed : *AVENIR AGAJ*    Date 09/09/2025

14 PAUL STREET

BURLINGT0N

MA,01803

857-544-0780

Aviaga10@hotmail.com