


# Re: Dear Ms Ali Gregoire

1 message

**Ave Aga** <aviaga10@hotmail.com>  Tue, Jun 17, 2025 at 3:54 PM
To: Ali Gregoire <aag@randazza.com>

Dear Ms Ali Gregoire thank you very much for the reply i will be arriving at your office around 10 Am Friday.
Best
Avenir Agaj

Get Outlook for Android

---

**From:** Ali Gregoire <aag@randazza.com>
**Sent:** Tuesday, June 17, 2025 1:07:46 PM
**To:** Ave Aga <aviaga10@hotmail.com>
**Subject:** Re: Dear Ms Ali Gregoire

Absolutely. Friday will be fine. Thank you.

**Alison Gregoire* | Randazza Legal Group**
30 Western Avenue, Harbor Room | Gloucester, MA 01930
Tel: 702-420-2001 | Email: aag@randazza.com
Firm Offices - Las Vegas | Miami | New England

* Paralegal – not licensed to practice law.

On Tue, Jun 17, 2025 at 12:36 PM Ave Aga <aviaga10@hotmail.com> wrote:

> Hi dear Ms Ali Gregoire how are you doing today.
>
> As we discussed earlier in a previous e-mail , i would like to receive back ALL Original and Copies of DOCUMENTS i have given you so far without EXEMPTION .
> I am available to come and pick them up at any time it is convenient for you on Thursday or Friday this week .
> Please let me know when would be a good time to come and collect them in person .
> Thank you, best regards.
> Avenir Agaj
>
>
> Get Outlook for Android

# Re: Adv. Boston College | New Documents
1 message

**Randazza Marc John** <mjr@randazza.com>　　　　　　　　　　　　　Fri, Aug 15, 2025 at 3:21 PM
To: Ave Aga <aviaga10@hotmail.com>
Cc: Jay Marshall Wolman <jmw@randazza.com>, Ali Gregoire <aag@randazza.com>, Staff <staff@randazza.com>

We will not be able to meet your deadline. I am not coming back to the office from my honeymoon for this, and Cassie is not coming back from maternity leave for this. Mr. Wolman wouldn't even be able to begin to know where to look, even if he were to drive from Hartford.

You will have it when my staff returns.

That is not going to be prior to the first week of September.

On Aug 15, 2025, at 15:17, Ave Aga <aviaga10@hotmail.com> wrote:

I don t want no copy i want the originals .You have 2 weeks to comply if you dont i will hold you legally responsable Tampering with evidence is the act of altering, concealing, falsifying, or destroying evidence with the intent to obstruct an investigation or legal proceeding. This is a serious criminal offense in many jurisdictions, including federal and state law in the United States. Understood!
I bid you good day!Sir

Get Outlook for Android

**From:** Marc Randazza <mjr@randazza.com>
**Sent:** Friday, August 15, 2025 3:12:25 PM
**To:** Ave Aga <aviaga10@hotmail.com>
**Cc:** Jay M. Wolman <jmw@randazza.com>; Ali Gregoire <aag@randazza.com>; Staff <staff@randazza.com>
**Subject:** Re: Adv. Boston College | New Documents

Mr. Aga,

You're going to need to wait until the office is staffed. At this point, Ms. Gregoire does not work here anymore. Cassie is out on maternity leave. Mr. Wolman is in the Hartford office. And I am out on wedding leave for a month.

The copies can suffice, for now. And when the office is re-staffed in a few weeks, someone can locate them for you.

On Fri, Aug 15, 2025 at 3:08 PM Ave Aga <aviaga10@hotmail.com> wrote:
> NO!!!i don't want a copy i want the original documents the very same i gave you in paper .I asked you before to return to me all the documents i gave you in the original form those pay Stubbs were the originals i need them returned to me as they were. I want the originals you will be held legally responsible if you don't return them to me .
> I want to pick them up at the office in person ,i just want the documents nothing more. If you say yes i will be there in one hour
>
>
> Get Outlook for Android
> ___
> **From:** Jay M. Wolman <jmw@randazza.com>
> **Sent:** Friday, August 15, 2025 2:57:18 PM
> **To:** Ave Aga <aviaga10@hotmail.com>
> **Cc:** Ali Gregoire <aag@randazza.com>; Staff <staff@randazza.com>; Marc John Randazza <mjr@randazza.com>
> **Subject:** Re: Adv. Boston College | New Documents
>
> Dear Mr. Agaj,
>
> I have specifically uploaded a scan for you, though it was included with the prior file transfer: https://www.dropbox.com/scl/fi/z1zvi3gtrs8ce7mtz20jq/BC-Pay-Stubs.pdf?rlkey=e1hqkn2l1zmqeekoc7y6c6k68&st=tuz0f331&dl=0
>
> Do you actually require paper versions? I would be happy to have a copy sent to print at a FedEx Office or Staples near you as that may be the quickest way of getting you a paper version.
>
> Sincerely,
> Jay Wolman
> ___
> **Jay Marshall Wolman, CIPP/US, Counsel***
> **Randazza Legal Group, PLLC**
> 100 Pearl Street, 14th Floor | Hartford, CT 06103
> 30 Western Avenue,, Gloucester, MA 01930
> 353 Ocean Ave Ste. 4E, Brooklyn, NY 11226
> Tel: 702-420-2001 | Email: jmw@randazza.com
> ___
> * Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them. Thank you.

On Fri, Aug 15, 2025 at 2:37 PM Jay Marshall Wolman <jmw@randazza.com> wrote:
> Dear Mr. Agaj
>
> Please be advised that Ms. Gregoire no longer works at our firm.
>
> Your documents were scanned and they were sent to you electronically.
>
> I will endeavor to see about getting the paper to you, but the electronic version should be usable for any purpose you might need.
>
> Regards
> Jay Wolman
>
>> On Aug 15, 2025, at 2:29 PM, Ave Aga <aviaga10@hotmail.com> wrote:
>>
>> Dear Ms Ali Gregoire
>> Avenir Agaj Here!
>> I was going through my documents and i have noticed that my original documened Pay Stubbs from Boston College records are missing .I gave them to you in good faith and asked preivosly to be returned to me.
>> I insist that you return them to me at once without delay .
>> Thank you!
>> 
>> ---
>> 
>> **From:** Jay M. Wolman <jmw@randazza.com>
>> **Sent:** Monday, June 30, 2025 5:48:34 PM
>> **To:** Ave Aga <aviaga10@hotmail.com>
>> **Cc:** Ali Gregoire <aag@randazza.com>; Staff <staff@randazza.com>
>> **Subject:** Re: Adv. Boston College | New Documents
>>
>> Dear Mr. Agaj,
>>
>> It is your prerogative to disagree with me. However, we will not be able to continue representing you under these circumstances.
>> We will be moving to withdraw and for 60 days' stay so you can procure new counsel. Please advise as to your position on this.
>>
>> Sincerely,