UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVENIR AGAJ | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| | ) | |
| BOSTON COLLEGE | ) | |
| | ) | |
| Defendant | ) | |

MOTION TO VOID THE PROTECTIVE ORDER

PLAINTIFF AVENIR AGAJ

TO THE HONORABLE JUDGE JULIA E. KOBICK.

PRO SE

AVENIR AGAJ

I Avenir Agaj Pursuant Federal R.26 (c). REQUEST this Court and plead with this motion to COMPLETELY VOID NULLIFY

THE previously granted   JOINT MOTION FOR PROTECTIVE ORDER   between me PLAINTIFF AVENIR AGAJ and Defendant Trustees of BOSTON COLLEGE.

REASONING for my request are the following.

1) IT is ILLEGAL and has no legal basis.
2) NO prior copy of this agreement was sent to me as plaintiff.
3) No informed consent of any form was given to attorney Jay M. WOLMAN regarding this agreement.
4) This order was not signed or agreed by me. Exhibit A.
5) I have undisputedly declined a similar agreement with BOSTON COLLEGE and i will never enter one never.
6) Was obtained using DECEPTION, FRAUD, ABUSE and it is an act of perjury by both legal counsels WHO undersigned on this order SHOULD be held accountable for their actions.
7) I ASKED attorney JAY M. WOLMAN to void this order while been technically my attorney he declined. OfCourse!
AFTER ALL HE HAS ONLY A DUTY TO HIMSELF AND HES NEW MASTERS AT BOSTON COLLEGE.

SO, PLEASE!
I ASK YOU HONORABLE JUDGE JULIA E. KOBICK TO VOID THIS ORDER OF AGREEMENT of Protective Order between Plaintiff Avenir AGAJ v BOSTON COLLEGE.
DATED    5  OF JUNE 2025
IMMIDEATELY I WILL PROVIDE PROOF WHAT I HAVE STATED.

RESPECTFULLY SUBMITTED THIS AVENIR AGAJ.
PRO SE.

AVENIR AGAJ

Signed : *AVENIR AGAJ*    Date 09/09/2025

14 PAUL STREET

BURLINGT0N

MA,01803

857-544-0780

Aviaga10@hotmail.com