Cc: **Jay Marshall Wolman** jmw@randaz…
**Ali Gregoire** aag@randazza.com
**Staff** staff@randazza.com
Tuesday, September 9 at 6:52 PM

📄 **motion for in person hear…**
PDF - 91 KB

📎 2 attachments (392 KB)   ⬇ Save attachments

Dear attorney Jay M. Wolman

Please see the below document for your records. Thank you.

Sincerely

Gmail

# Out of Office Re: Adv. Boston College | New Documents
1 message

**Marc Randazza** <mjr@randazza.com>　　　　　　　　　　　　　　　　　　Tue, Sep 9, 2025 at 6:52 PM
To: aviaga10@hotmail.com <aviaga10@hotmail.com>

I'm on my **honeymoon**. Ya, seriously.

If you're a normal human, you'll understand this. But yeah, my happiness is not necessarily your problem. Fortunately, in addition to having the most magnificent wife ever, I have one of the greatest teams a managing partner ever had. So they'll cover you as I ignore my emails. Like seriously, I'm gonna try to not even look at my phone at all.

I mean, what do you expect? You want me to work on my honeymoon? Go slap yourself.

If you are a potential client, contact Cassie Flavin, my assistant at staff@randazza.com

If you are an existing client, contact her as well, and she will see to it that another lawyer gets back to you.

If you're one of my cool opposing counsels, cut me some slack.

If this is a press inquiry, then reach out to Jay Wolman (jmw@randazza.com)

If you're not sure what you are, or you just need to talk to someone, go through Cassie. She'll figure it all out.

If you're one of the sociopathic prick opposing attorneys I have to deal with, you'll try and take advantage of the fact that I am out of the office. Yeah, you know who you are.

Then guess what? My team will make your life hell until I get back, and then I will devote myself to doing so for the rest of your existence.

For the rest of you, talk to you in two weeks when I get back.

--

---

**Marc John Randazza, JD, MAMC, LLM\* | Randazza Legal Group**
8991 W. Flamingo Road, Unit B, Las Vegas, NV 89147
30 Western Avenue, Gloucester, MA 01930
2 S Biscayne Boulevard, Suite 2680, Miami, FL 33131
Tel: 702-420-2001 | Email: mjr@randazza.com
Firm Offices - Las Vegas | Miami | New England

---

\* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.

# Out of Office Re: Adv. Boston College | New Documents

**From:** Marc Randazza

mjr@randazza.com

**To:** aviaga10@hotmail.com

aviaga10@hotmail.com

**Sent:** Tuesday, September 9 at 6:52 PM

I'm on my **honeymoon**. Ya, seriously.

If you're a normal human, you'll understand this. But yeah, my happiness is not necessarily your problem. Fortunately, in addition to having the most magnificent wife ever, I have one of the greatest teams a managing partner ever had. So they'll cover you as I ignore my emails. Like seriously, I'm gonna try to not even look at my phone at all.

I mean, what do you expect? You want me to work on my honeymoon? Go slap yourself.

If you are a potential client, contact Cassie Flavin, my assistant at staff@randazza.com

If you are an existing client, contact her as well, and she will see to it that another lawyer gets back to you.

If you're one of my cool opposing counsels, cut me some slack.

If this is a press inquiry, then reach out to Jay Wolman (jmw@randazza.com)

If you're not sure what you are, or you just need to talk to someone, go through Cassie. She'll figure it all out.

If you're one of the sociopathic prick opposing attorneys I have to deal with, you'll try and take advantage of the fact that I am out of the office. Yeah, you know who you are.

Then guess what? My team will make your life hell until I get back, and then I will devote myself to doing so for the rest of your existence.

For the rest of you, talk to you in two weeks when I get back.


--

———

**Marc John Randazza, JD, MAMC, LLM**\* |

**Randazza Legal Group**

8991 W. Flamingo Road, Unit B, Las Vegas, NV 89147

30 Western Avenue, Gloucester, MA 01930

2 S Biscayne Boulevard, Suite 2680, Miami, FL 33131

Tel: 702-420-2001 | Email: mjr@randazza.com

Firm Offices - Las Vegas | Miami | New England

———

———

\* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.