UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| AVENIR AGAJ ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| ) | |
| BOSTON COLLEGE ) | |
| ) | |
| Defendant ) | |
| ) | |

OPPOSITION MOTION RESPONSE TO

MEMORANDUM OF LAW AND MOTION TO DISSMISS

FILED BY BOSTON COLLEGE

PRO SE.

I AVENIR AGAJ state the following FACTS:

IN RESPONSE.

I OPPOSSE THE ACTION REQUESTED BY BOSTON COLLEGE IN THE MEMORANDUM OF LAW AND MOTION TO DISMISS for the reasons stated BELOW.

1) BOSTON COLLEGE first moved to dismiss my Affidavit of Facts and on the other hand asked for an oral hearing on this motion.

QUESTION? If all the stated facts by BOSTON COLLEGE are true and enough evidence presented in the MOTION TO DISMISS all claims, why does BOSTON COLLEGE request a hearing for an oral argument on this motion AFTER initially requesting the COURT to dismiss all claims, based on the evidence presented, I think BOSTON COLLEGE should have asked for an oral argument and a hearing before filing a motion to dismiss all claims against itself. I see a contradiction to what BOSTON COLLEGE is requesting the COURT to do.

2)I can confirm that MS MEREDITH WILSON DOTY ON JUNE 3 SEND ME AN ULTIMATUM EMAIL AT 12:18 PM Let in me know what they BOSTON COLLEGE INTENT to do and the ULIMATUM state that i should reply and acknowledge or discuss with them my position by 4 PM at the very same day.

AT 5PM received via e-mail by MS LILY CYRAN copy of MOTION TO DISMISS PLAITIFF AFFIDAVIT OF FACT, MEMORANDUM IN SUPPORT OF MOTION TO DISMISS,

EXHIBITS 1-6 PROVIDED

Facts

1) BOSTON COLLEGE had from 04/12/2024 till 06/03/2024 to file an answer to my complaint and during this time they could have asked my position at any day before the deadline, but they claim they attempted in good faith to resolve or narrow the issue in between 12:18 pm until 4:00 pm on 06/03 issuing an ultimatum to respond and claiming that i did not respond. THE TRUTH IS THAT THEY DID NOT WANTED ME TO RESPOND.

a) I was at work and the use of personal devices is not allowed. I finish after 4:00 PM

b) The choice of date and time by MS M. DOTY was coincidence and so was the timeline ultimatum.

If the attempt of MS M. DOTY was genuinely in good faith to resolve or narrow down the issue raised by BOSTON COLLEGE MOTION should have contacted beforehand and not leave it on the 11th hour and expect a prompt response. That was not a coincidence.

**EXHIBIT 1**

2) IN RESPONSE TO INTRUDUCTION SUBBMITED BY BOSTON COLLEGE Memorandum and Motion to Dismiss.

**NO DISPUTE ABOUT WHEN I STARTED WORKING AT BOSTON COLLEGE. OCT 2020- AUGUST 2021.**

**A) ON 06/23 /2021 submitted a vaccination request EXEMPTION and was actively asked with great insistence and harassed to prove WITH DOCUMENTATION my sincere religious beliefs and prove of medical practice of choice afterwards at BOSTON COLLEGE. So affirms that for BOSTON COLLEGE if you do not have and ID from church or a doctor you don't have a RELIGION, or you can't practice other alternative MEDICINE. Clearly proves discrimination on MINORITY RELIGIOUS BELIEFS and MEDICAL PRACTICE in my case BOGOMIL FAITH and ETHNOBOTANY.**

**Initially i declined to answer to the questions for prove of sincere religious beliefs and medical practice,**

**EXHIBIT 2**

**3) Due to my rights of privacy provided to me under Massachusetts law, RIGHT OF PRIVACY, MGL, Part III, Title I Chapter 214 Section 1B STATES A PERSON SHALL HAVE THE RIGHT AGAINST UNREASONABLE, SUBSTANTIAL OR SERIOUS INTERFERENCE WITH HIS PRIVACY.I reserve that right for myself.**

**EXHIBIT 3**

**4)BOSTON COLLEGE mandated the covid vaccine for employees before the CDC issued initial EMERGENCY USE INSTRUCTIONS (EUI) for Pfizer covid vaccine on November 17 ,2021 and another EUI for the MODERNA vaccine on FEBRUARY 11 ,2022.**

**Well before the CDC (EUI) approval and my unlawful termination date.**

**EXHIBIT 4**

**5) The vaccine mandate under MASSACHUSETTS law were subject to BARGAINING OBLIGATIONS between BOSTON COLLEGE and UNION 32 BJ SEIU.**

**BOSTON COLLEGE unliterally made the decision to mandate vaccines as condition of employment without an agreement with the union and violated my employment contract.**

**EXHIBIT 5**

6) Under (PREP) act declaration vaccine manufactures were provided (IDEMNITY) IMMUNITY FROM LIABILITY. Dated 03/17/2020.

If the vaccines work and were safe and secure to use, why would they need immunity from liability.

### EXHIBIT 6

7) BOSTON COLLEGE never disclosed information on the potential SEVERE side effects of taking a vaccine, short, medium, long time SEVERE side effects,

Like MYOCARDITIS, GUILLAIN-BARRE SYNDROME, BRAIN HEMORRAGES, ACUTE CORONARY SYNDROME, ISCHEMIC STROKES amongst others. Even though he was directly responsible for promoting and distributing them and denied my right to make an informed decision about vaccination.

Violating the right of informed consent about a medical procedure.

### EXHIBIT 7

8) As proven over time is that COVID VACCINE did not prevent INDIVIDUALS FROM GETTING, CURING , TRASMITING COVID 19 this is a medical well known and proven FACT.

### EXHIBIT 8

9) I was not informed in anyway before and during my first exemption submission that getting vaccinated for covid would be a CONDITION of EMPLOYMENT.

### EXHIBIT 9

10) BOSTON COLLEGE tested me 16 times for covid during my employment and i was always got negative results.

I never had COVID and i never had a COVID VACCINES, natural immunity works and there is a GOD, no matter the religion.

### EXHIBIT 10

11) I did not disclose my sincere religious and medical practice because of fear or discrimination.

AND I WAS 100 PERCENT RIGHT.

I was openly DISCRIMINATED because of my CREED.

The BOGOMIL religion is regarded as HERESY by the catholic church and Ethnobotany as Witchcraft or Sorcery.

My rights and protections under the FIRST and 14 AMENDEMENT OF US CONSTITUTION were violated by BOSTON COLLEGE.

My request was denied on 07/08/2021 day that i was informed that getting vaccinated for covid 19 were to be a condition of employment by august 13/2021.

### EXHIBIT 11

12) On 07/25/2021 under the pressure of coercion, intimidation and harassment in effort to keep my employment i submitted a new application for exemption to vaccines within the deadline.

In the which i clearly stated my open CONTRADICTION to vaccines due to SINCERE HELD RELIGIOUS BELIEFS as BOGOMIL and my MEDICAL PRACTICE OF CHOICE AS ETHNOBOTANY (FOLK MEDICINE).

BOSTON COLLEGE writes and uses describes my exemption forms out of context IT does not say that the way the covid vaccines are made and distributed goes against my faith and morals. CORRUPTION, LIES, PROFIT, COERCION, I will not be accomplice to them by forcibly abandoning my sincerely held religious beliefs as BOGOMIL and my medical practices ETHNOBOTANY and inject that FILTH on my body and SELF HARM my HEALTH because of BOSTON COLLEGE financial PROFITS INTEREST,

NO WAY!

TO BE CLEAR!!

A) CORRUPTION, LIES, PROFIT, COERCION is against my SINCERE HELD RELIGIOUS BELIEFS AS BOGOMIL.

B) SYNTHETIC DRUG LAB MEDICINE, GENETIC MODIFIED MEDICINE, EMERNEGECY USE MEDICINE, goes against my chosen medical practice of ETHNOBOTANY.

C)I never agreed that IN ORDER to maintain employment for BOSTON COLLEGE i would,

GIVE UP OR WAVE ALL MY LEGAL RIGHTS AND PROTECTION PROVIDED TO ME UNDER STATE AND FEDERAL LAW.

Even though i made clear to BOSTON COLLEGE my OPPOSITION to the VACCINES due to my SINCERE HELD RELIGIOUS BELIEFS and MEDICAL PRACTICE they CONTINUED

to HARASS and COERCE me with e-mails promoting VACCINES and ordering me to get one up until my last day on the job.

ALSO, as soon as BOSTON COLLEGE learned about my SINCERE HELD RELIGIOUS BELIEFS as BOGOMIL and MEDICAL PRACTICE as ETHNOBOTANY (folk medicine) STOPPED COMPLETELY engaging on the due process of exemption and acted in BAD FAITH by violating my rights under the FEDERAL law Title VII CIVIL RIGHTS ACT 1964 and engaged in RELIGIOUS AND MEDICAL DISCRIMINATION because of my CREED.

I asked myself what happened suddenly. They are not asking questions any more about my religious beliefs and medical practice. They are not asking for letters and ID from churches or letters and ID from doctors. At one point i m asked who my religious leader was and who my doctor was, after all of the sudden they didn't care. The moment they learn about my religion a medical practice they refused to engage.

BECAUSE OF RELIGIOUS AND MEDICAL CONFLICTS.

THE TRUTH IS THAT I WAS WRONGFULLY TERMINATED AND HARRASED RETALIATED ON AUGUST 31 /2021 BECAUSE OF MY SINCERE HELD RELIGIOUS BELIEFS AS BOGOMIL AND MY MEDICAL PRACTICE OF CHOICE AS ETHOBOTANY, AND NOT BECAUSE OF MY VACCINATION STATUS AS BOSTON COLLEGE CLAIMS.

OTHERVICE by LAW

BOSTON COLLEGE WOULD NOT HAVE ALLOWED UNVACCINATED TRADERS, SUPPLIERS, CONTRACTORS TO BE ON CAMPUS ALL IN WHICH CASE DISCRIMINATES AGAINST ME AS AN EMPLOYEE AND NOT TO MENTION VIOLATES MY EQUAL OPPORTUNITY EMPLOYMENT RIGHTS UNDER THE FEDERAL LAW AND MY CIVIL RIGHTS UNDER THE FEDERAL LAW.

MY SINCERE RELIGIOUS BELIEFS AND MEDICAL PRACTICE DID NOT PLAY A ROLE ON MY HIRING, PROCESS BUT WAS MY BIGGEST REASON FOR MY EMPLOYMENT UNLAWFUL TERMINATION ,REEMPLOYMENT WITH BOSTON COLLEGE. Is clear that BOSTON COLLEGE disagree and disproved with my choisen FAITH and MEDICAL PRACTICE as a minority.

### EXHIBIT 12

13) BOSTON COLLEGE PROFITED DIRECTLY and FINANCIALLY FROM DISTRIBUTING AND MANDATING COVID VACCINATIONS AND ISSUING TERMINATIONS FROM HIGHER EDUCATION EMERGENCY RELIEF FUND (HEERF) and from FEMA millions of

dollars of aid, even though does not pay taxes and is tax exempt under federal and state law and received millions on donations and has over 2 billion in ENDOWMENT.

## EXHIBIT 13

**14) BOSTON COLLEGE STOPED MANDATING COVID VACCINE MANDATES AND DID NOT OFFER ANY JOBS BACK TO THE UNLAFULLY TERMINATED EMPLOYEES.**

## EXHIBIT 14

**15) BOSTON COLLEGE PROCEDURAL HISTORY INTENTIONALLY DOES NOT DISCLOSE NOR MENTION THE FACT THAT BEFORE I FILED A COMPLAINT WITH MCAD I FILED A COMPLAINT WITH EEOC, and it is the EEOC who referred the case to MCAD on October 25/2021.**

**EEOC/HUD CHARGE NUMBER 16C-2021-01642 and the violation date on file is 08/31/2021.**

And the charge was brought under:

Title VII of the Civil Rights ACT 1964, as AMENDED Title VII On the 09/29/2021.

I have provided the COURT the day of the complaint a copy of a letter from EEOC

The which states my right to file a suit based on this charge and the letter states clearly that my lawsuit may be filed in the US DISTRICT COURT.

The DETERMINATION OF THE CHARGE STATES THE FOLLOWING

THE EEOC WILL NOT PROCEED FURTHER WITH ITS INVESTIGATION AND MAKES NO DETERMINATION, THIS DOES NOT MEAN THAT THE CLAIM HAS NO MERIT, THIS DETERMINATION DOES NOT CERTIFY THAT THE RESPONDENT IS IN COMPLIANCE WITH THE STATUE.

 NOTICE OF THE RIGHT TO SUE/ AND I AM DOING IT!

## EXHIBIT 15

**16)**

**A) WHEN BOSTON COLLEGE WRONFULLY TERMINATED ME STATED ON MY UNLAWFUL TERMINATION LETTER STATES THAT I DID NOT PROVIDE PROOF OF VACCINATION.**

**B) WHEN BOSTON COLLEGE TALKED TO UNEMPLOYMENT BENEFITS OFFICE IN MASSACHUSETTS, THEY GIVE THE REASON FOT MY WRONGFUL TERMINATIURE AS,**

**YOU WERE DISCHARGED BECAUSE OF A KNOWING VIOLATION OF A UNIFORMLY ENFORCED COMPANY RULE WILLFULL MISCONDUCT, WHICH THEY FOUND OUT TO BE NOT TRUE.**

**C) WHEN BOSTON COLLEGE YOU TALKED TO MCAD STATED THAT I WAS WRONGFULLY TERMINATED BECAUSE OF UNDUE BURDEN TO THE RESPONDENT.**

**And even if they were to grant me an exemption still, they would have to unlawfully terminate me because of the PRESUMTION of UNDUE HARD SHIP, even though they don't state any monetary loss amount.**

**CONTRADICTIONS**

**Can BOSTON COLLEGE MAKE UP their mind which is the reason for my Wrongful Termination.**

**EXHIBIT 16**

**17)FAILURE TO EXHAUST ADMINISTVE REMEDIES.**

**Not true, THE EEOC DECIDED not to pursue the case any further as stated earlier, And MCAD decided to dismiss the case. I disagree with both decisions therefore i am taking the CASE for FEDERAL VIOLATIONS to US DISTRICT COURT and for State violations to a STATE SUPERIOR COURT. On both cases i have a letter to sue and statute of limitation in MASSACHUSETTS IS 3 YEARS and i am inside that time frame.**

**EXHIBIT 17**

**18)BOSTON COLLEGE ASKED THE COURT TO DISSMIS MY CLAIM FOR FAILIURE TO STATE A CLAIM UNDER TITLE VII AND MGL 151B.**

**AS BOSTON COLLEGE IS WELL AVARE I STATED A CLAIM UNDER FEDERAL LAW TITLE VII 1964 CIVIL RIGHT ACT. (FEDERAL QUESTION).**

I did not state a claim in the US DISTRICT COURT for 151B because it is under MASSACHUSETTS STATE JURISDICTION and not FEDERAL JURISDICTION.

As MR ALAN D. ROSE, counsel of BOSTON COLLEGE very well knows, the EEOC and MCAD are two separate cases of complaints, one is Federal the other one is State.

They have no power of advisory on me where i file my lawsuit and under which question. From the beginning they have tried to question the jurisdiction of the COURT on this case. THE RIGHT TO SUE LETTER from EEOC WILL CLARIFY the matter.

## EXHIBIT 18

19) I CLEARLY STATED MY CLAIM.

LIQUIDADED DAMAGES to be awarded to punish an especially malicious reckless act of DISCRIMINATION.

ON MY COVER SHEET, ON MY AFFIDAVIT OF FACTS, I STATED IN WHICH WAY THE MONETARY RELIEF MIGHT BE GRANTED IN FORM OF OPTION 1) ASKED FOR COMPESATORY AND PUNITIVE DAMAGES 1.200.000.00 $ OR  2) 300.000.00$ IN BACK WAGES AND MY JOB BACK.

BECAUSE OF THE TORT OF RELIGIOUS AND MEDICAL DISCRIMINATION AND WRONGFUL TERMINATION.

## EXHIBIT 19

20) MISCELLANUS CLAIMS.

A) VIOLATION OF PRIVACY,

FAILED TO PROTECT RELIGIOUS, MEDICAL, INFORM FOR DATA BREACHES CSI inc AND TIAA, IDENTITY THEFT, DISCLOSURE OF PERSONAL SENSITIVE INFORMATION WITHOUT CONSENT, FAILED TO ALLOWE ME TO INSNPECT MY PERSONAL EMPLOYEE FILE.FAILED TO NOTYFY ME ABOUT NEGATIVE INFORMATION ADED TO MY PERSONAL EMPLOYEE FILE.

B) BOSTON COLLEGE MADE FALSE REPRESENTATION, STATED THAT I WOULD BE PAID ON OR BEFORE THE DAY OF MY DISCHARGE 08/31/2021AND PAID ME 10 DAYS LATTER VIOLATING WAGE ACT149/148 SUBMITED FALSIFYED PAY STUB RECORDS SUBMITED TO SMALL CLAIM

ALSO HIRED ME AS LANDSCAPER LEVEL 3 AND PAID ME AS LAND SCAPER LEVEL 2

**VIOLATING WAGE EQUIALITY FAIR WAGE ACT AND COMMITING WAGE THEFT.AND DID NOT DISCLOSE TO ME THE CORRECT RATE OF PAY FOR LANDSCAPER 3.**

**C) BOSTON COLLEGE ACTED IN BAD FAITH BY NOT GRANTING ME A N EXEMPTION FOR MY SINCERE RELIGIOS BELIEF AND MEDICAL PRACTICE AND ALSO STATING UNDUE HARDSHIP.**

**D)TRIED TO FORCE ME TO RESIGN FROM MY POSITION AND UNDER MASS LAW THAT IS CONSIDERED UNFAIR DISSMISAL.**

**E) BOSTON COLLEGE CLAIMS THAT VENDORS, SUPPLIER, AND CONTRACTORS ARE NOT EMPLOYEES OF BOSTON COLLEGE.**

**NOT TRUE READ BOSTON COLLEGE CONTRACTOR POLICY**

**POLICY STATEMENT UNDER MASS LAW AND FEDERAL LAW AN INDIVIDUAL RECIVING PAYMENT FROM BOSTON COLLEGE IS CONSIDERED BY IRS AND MASS LAW AS PRESUMED AN BOSTON COLLEGE EMPLOYEE.**

I think the IRS and MASSACHUSETS tax services with be greatly interested in this statement.

## EXHIBIT 20

**CONCLUSION**

**I AGAIN AFFIRM MY CLAIM UNDER FEDERAL LAW TITLE VII AND US CONSTITUTION RIGHTS as NOW**

**RELIGIOUS AND MEDICAL DISCRIMINATION IS A VERY SERIOUS MATTER,**

**US SUPPREME COURT** stated, and Judges should give the highest considerations to these cases.

The other matters regarding state law violation be dealt with accordingly by SUPPERIOR STATE COURT as now I am in a federal court for the reason of a federal question.

Covid vaccine mandate ruled UNCONSTITUTIONAL by the 9TH Circuit Court of Appeal TEACHERS V LAUSD

Stating that losing your job or getting a jab interfered with their FUNDEMENTAL RIGHT to refuse MEDICAL TREATMENT.

**Threatening employees with termination for failing to take a vaccination and refusing to grant employees Religious exemption or 14 Amendment related exemptions, has proven to be a CRITICAL MISTAKE in Court.**

**THEREFORE, I WILL CONCLUDE IN BY SAYING THAT MY CLAIM MEETS**

**ALL THE REQUIRED PREPORDERANCE OF THE EVIDENCE.**

**THE COURT HAS FULL JURISDICTION ON THIS CASE.**

**THE US SUPREME COURT RULED THAT EMPLOYERS CANNOT REFUSE TO ACCOMODATE AN EMPLOYEE'S REQUEST FOR RELIGIOUS ACCOMMODATIONS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 UNLESS THEY CAN DEMOSTRATE THAT IT WOULD HAVE A SUBSTANTIAL COST ON DOING BUSINESS.**

**CASE PRECEDENT GROFF V DEJOY NO.22-174 JUNE 29/2023.**

**BOSTON COLLEGE is responsible for DISRIMINATING, HARASSING, RETALIATING and UNLAWFULY TERMINATING ME.**

**The existence of a legal duty that the defendant owes me as plaintiff.**

**The defendants breach of that duty.**

**My sufferance of an injury or tort as a plaintiff.**

**Proof that defendants' breach caused the loss of revenue, loss of benefits, emotional distress, mental anguish, interruption of my career, and other.**

**And it is time that they face the consequences for their unlawful actions in a US DISTRICT COURT in a trial by JURY.**

**I SEEK JUSTICE.**

**I ask the COURT to dismiss BOSTON COLLEGE MOTION AND MEMORANDUM as unfounded claims without rational base and proceed with a JURY TRIAL DATE at the earliest convenience.**

**AVENIR AGAJ**

Signed *AVENIRAGAJ*          Date  06/14/2024

**14 PAUL STREET**

**BURLINGT0N**

**MA,01803**

**857-544-0780**

**Aviaga10@hotmail.com**