UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| AVENIR AGAJ )<br>      Plaintiff )<br>)<br>V. )<br>)<br>BOSTON COLLEGE )<br>)<br>      Defendant )<br>) | Civil ACTION No. 1:24 –CV-10884-JEK |

**MOTION TO DETERMINE AND DISCHARGE ATTORNEYS' LIEN JAY M. WOLMAN OF RANDAZZA LEGAL GROUP, PLLC**

    PRO SE.

AVENIR AGAJ.

Pursuant to M.G.L. c. 221, § 50    i **AVENIR AGAJ i am** challenging the lien, **and i am** able to prove that a valid, enforceable contract existed and that your attorney's actions constituted a material breach.

Evidence that supports my claim, including:

1 ) Material breach of contract.

The retainer agreement: This contract detail the scope of the representation, the fee structure, and the attorney's obligations. Dated 02/18/2025.
PARAGRAPH 1. of the contract states:

1. The claim, controversy other matters with reference to which the services are to be performed are:

Client hires RGL to represent Client with respect to religious discrimination claims against BOSTON COLLEGE now pending in U.S DISTRICT COURT for the DISTRICT of MASSACHUSETTS.

(VERY IMPORTANT)

**REPRESENTATION of CLIENT in any other matters or beyond this scope MUST be SEPARATELY AGREED to in writing and a SEPARATE RETAINER WILL BE REQUIRED.**

**Fact is that RGL attorney JAY M. WOLMAN on the 05/23/2025 have with DECEPTION, no written CONTRACT or SEPARATE RETAINER have entered an appearance on my behalf to dismiss another claim i had going on against BOSTON COLLEGE at COMMONWEALTH OF MASSACHUSETTS SUFFOLK SUPPERIOUR COURT**
**CIVIL ACTION NO.2484CV01444**
**HE ENTERED A NOTICE OF VOLONTARY DISMISSAL WITHOUT PREJUDICE.**
**And did not even send me a copy.**
**HES ACTIONS VOIDS THE CONTRACT AS PARAGRAPH 1 STATES.**

As client who suffer harm from the breach can file a malpractice lawsuit, demonstrating the attorney's duty, breach of that duty, and resulting harm

This action was in clear violation of the contract and deception was used by attorney JAY M. WOLMAN to obtain my unofficial approval and was done without contract. He colluded with BOSTON COLLEGE counsel and got rewarded for his actions by BOSTON COLLEGE. He was BRIBED!

- This action caused me a lot of harm i have in the past refused a similar agreement with Boston College.

Communication records: Saved copies of emails, letters, to demonstrate the attorney's actions or failure to act .Case records: I have Collected court documents, filings, and other materials relevant to my case that can show how the attorney's performance fell short of their contractual obligations and i believe that i have a strong claim, against the attorney for breach of contract.

Disclosure of confidential information by attorney against the client, harming their defense and potentially affecting the outcome of their case

Clients may suffer direct financial losses or reputational damage because of the unauthorized disclosure and i did.

I AVENIR AGAJ have suffered damages as a direct result of the attorney's breach. Voiding the lien through the court i specifically request that the court void the attorney's lien as part of the requested relief.

A breach of contract by your attorney also constitutes legal malpractice, which can include claims for negligence or breach of fiduciary duty.

Elements of the claim that exist are.

Duty: An attorney-client relationship existed, creating a duty of care.
Breach: The attorney was negligent and breached all their professional duties.
Causation: The breach of duty directly caused you financial harm.

2) If a lawyer withdraws from a case, they may lose their right to an attorney's charging lien, which gives them a claim on the client's recovery. However, this depends on whether the withdrawal was voluntary or for justifiable cause.
**The withdraw of JAY M. WOLMAN attorney has no justifiable cause.**
**It was done simply for his own interests and accord at the worst possible moment.**
**THIS LIEN WOULD HAVE A VERY ADVERSE EFFECT AND MAKE IT VERY DIFFICULT TO OBTAIN NEW COUNSEL.**

SEE ALSO DECLARATION OF ATTORNEY JAY M. WOLMAN

DATED JULY 1 /2025

HE ALSO RECOGNISE THE FACT THAT HE CAN NOT REPRESENT ME PROFESSIONALLY.

AND CAN NOT REPRESENS CLIENTS INTEREST.

SEE MOTION TO WITHDRAW DATED JULY 1/2025

ALL THIS FACTS ARE SUFFICIANT TO DENY A LIEN ON MY CASE.

ALSO, IN SUPPORT OF THIS MOTION I WILL FILE AN AFFIDAVIT OF FACT

IN CONCLUSION I WOULD SAY THAT THIS LIEN SHOULD BE DENIED GIVEN ALL THE REASONS.


PRO SE.

AVENIR AGAJ

Signed : *AVENIR AGAJ*   Date 09/10/2025


14 PAUL STREET

BURLINGT0N

MA,01803

857-544-0780

Aviaga10@hotmail.com