# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF MASSACHUSETTS

_____

)
**AVENIR AGAJ**                )
               **Plaintiff**        )
                                )
       **V.**                     )    **Civil ACTION No. 1:24 –CV-10884-JEK**
                                )
**BOSTON COLLEGE**             )
                                )
               **Defendant**        )
                                )
_____)

**AFFIDAVIT OF FACT IN SUPPORT OF MOTION TO DETERMINE AND DISCHARGE ATTORNEYS LIEN JAY M. WOLMAN OF RANDAZZA LEGAL GROUP PLLC**

**TO THE HONORABLE JUDGE JULIA E. KOBICK.**

**PRO SE**

**I, AVENIR AGAJ DECLARE**

**I am over the age of 18 years old and fully competent to make decisions. The facts set forth in this Declaration are within my personal knowledge and are true and correct to the best knowledge and belief.**

I am currently representing myself PRO SE, on the matters related to the above captioned action. This representation began after i AVENIR AGAJ was involuntary separated from my employment as Landscaper level 3 from BOSTON COLLEGE.

I requested and signed a contact and entered an AGREEMENT with RANDAZZA LEGAL GROUP as condition of providing me with legal services on the matter AVENIR AGAJ v BOSTON COLLEGE.

This agreement was willfully terminated by their own accord by RANDAZZA LEGAL GROUP and the attorney JAY M. WOLMAN withdraw from the case and representation concluded JULY 2025.

Let me start from the beginning and say that RANDAZZA LEGAL GROUP started representing me in February 2025 legally.

**FEBRUARY.2025**

Attorney JAY M. Wolman entered appearance on my behalf.

I started producing the documents to RANDAZZA LEGAL GROUP, received by the opposing party and brought to them all information, evidence i had gathered during the trial.

And provided them with all the necessary authorization signed forms to HIPPA, Employment etc. to make the required inquiry's regarding the discovery process. Back and forth e-mails,

Asked attorney Wolman to extend a deadline he refused .

On Wed, Feb 19, 2025 at 5:58 PM Ave Aga <aviaga10@hotmail.com> wrote:

Thank you for the update. Yes, i have received discovery questions by them i will forward them to you. Also, on the 02/21/2025 is the deadline to file pleadings and amendments, from the scheduling order, if possible, please ask for an extension. Thank you very much for all your help.

On Wed, Feb 19, 2025 at 5:59 PM Jay M. Wolman <jmw@randazza.com> wrote:

Mr Agaj

This is a deadline set by the court.  I cannot get it extended without cause

I'm not aware of anything that we would need to amend in the complaint

If there is something that needs amending, please let me know immediately

Regards

Jay Wolman

Hi Mr. Agaj,

I am the new paralegal assigned to your case. Please provide me with the following information so we may prepare a HIPAA authorization:

1.  Your current place of employment.
2.  Who your current and prior medical providers are/were.

Additionally, attached, please find our draft responses to the first set of interrogatories and requests for production of documents. Please carefully review and provide us with responses were indicated throughout the draft response interrogatories document. Please also carefully review the attached responses to the requests for production of documents and provide any documentation.

Our deadline to serve the responses is March 14, 2025. As such, please provide all responses and documents to us by Friday, March 7th, so we may have time to prepare and finalize these responses. If you have any questions or concerns, please reach out.

sincerely,
Alison Gregoire* | Randazza Legal Group

30 Western Avenue, Harbor Room | Gloucester, MA 01930
Tel: 702-420-2001 | Email: aag@randazza.com
Firm Offices - Las Vegas | Miami | New England
**rom: Cassidy Curran <csc@randazza.com>**
**Sent: Wednesday, February 19, 2025 3:41:17 PM**
**To: aviaga10@hotmail.com <aviaga10@hotmail.com>**
**Cc: Jay Marshall Wolman <jmw@randazza.com>; Marc J. Randazza <staff@randazza.com>**
**Subject: Adv. Boston College | Notice of Filing**

**Hi Mr. Agaj,**

**Please find the below memo from Attorney Wolman concerning the attached filing:**

**I have entered my appearance in your case.  From here on, all filings with the court and communications with opposing counsel and BC will be done by us.We will begin working on our discovery plan and keep you posted of all developments.If they have served any discovery requests on you, please send them to us so we can draft appropriate objections and otherwise facilitate your responses.**

**MARCH**

**03/13/2025**

**Hi Mr. Agaj,**

**Attached, please find your Interrogatory responses for your review and signature. Please note that we made edits to your answers, so please be sure to carefully review for accuracy. Once reviewed and approved, please sign and date the verification page and scan back to us. As a reminder, these responses are due tomorrow.**

**Sincerely,**
**Sincerely,**
**Cassidy Curran\* | Randazza Legal Group**
30 Western Avenue, Harbor Room | Gloucester, MA 01930
Tel: 702-420-2001 | Email: csc@randazza.com
Firm Offices - **Las Vegas | Miami | New England**

\* Paralegal – not licensed to practice law.
**Hi Ms Cassidy Curran.**
**Here is the document signed by me.I am fine with the changes. Please let me know is ok with you what i have just sent. Thank you.**
**Best,**
**Avenir Agaj.**

**From: Cassidy Curran <csc@randazza.com>**
**Sent: Friday, March 14, 2025 1:05:03 PM**
**To: Ave Aga <aviaga10@hotmail.com>**
**Cc: Jay M. Wolman <jmw@randazza.com>; Marc J. Randazza <staff@randazza.com>**
**Subject: Re: Adv. Boston College | Notice of Filing**


**Hi Mr. Agaj,**


**Please find the below memo from Attorney Wolman concerning the attached:**
**Thank you for your assistance**
**Today, we served to BC your discovery responses and the documents you provided us**
**that we felt were responsive to their requests. We also made demands of them for**
**interrogatory answers and documents as well**
**We incorporated some of what you had prepared---we used our judgment as to what is**
**proper and best for your case.  (Some additional questions you prepared may be used at**
**a deposition or request for admission later). Please let us know if you have any**
**questions or concerns.**

**So as the email states i had prepared some questions and interrogatories some were**
**used some were not .**

**Document REQUESTED dated 03/07/2025**
**REQUEST FOR DOCUMENTS.**


**APRIL 2025**

**From: Ali Gregoire <aag@randazza.com>**
**Sent: Thursday, April 10, 2025 4:03:02 PM**
**To: Ave Aga <aviaga10@hotmail.com>**
**Cc: Jay Marshall Wolman <jmw@randazza.com>; Staff <staff@randazza.com>**
**Subject: Re: Adv. Boston College | Second Discovery Requests**


**Hi Mr. Agaj,**

**Sending you a reminder to review Boston College's second request for interrogatories**
**and document production. As a reminder, our responses are due by May 12. Please fill**
**out your responses by early next week. I attached the requests to this email. Let us**
**know if you have any questions. Thank you.**

**Sincerely,**
**Alison Gregoire\* | Randazza Legal Group**
**30 Western Avenue, Harbor Room | Gloucester, MA 01930**
**Tel: 702-420-2001 | Email: aag@randazza.com**
**Firm Offices - Las Vegas | Miami | New England**

**On Fri, Apr 11, 2025 at 2:48 PM Ave Aga <aviaga10@hotmail.com> wrote:**

**Hi Ms Ali Gregoire.**
**Thank you very much for your e-mail.**
**I will work on the documents answer this weekend  and will get back to you this**
**monday.**
**Thank you very much.**
**Best,**
**Avenir Agaj.**


**From: Ali Gregoire <aag@randazza.com>**
**Sent: Thursday, April 24, 2025 10:12:47 AM**
**To: Ave Aga <aviaga10@hotmail.com>**
**Cc: Jay Marshall Wolman <jmw@randazza.com>; Staff <staff@randazza.com>**
**Subject: Re: Adv. Boston College | Second Discovery Requests**

**Good Morning Mr. Agaj,**


**Here are the final copies of BC's second discovery requests. If you could, please**
**review, sign, and return the documents at your earliest convenience. Please note the**
**edits from Attorney Wolman. Thank you.**

**Sincerely,**

**On Fri, Apr 25, 2025 at 7:42 AM Ave Aga <aviaga10@hotmail.com> wrote:**

**Good morning Ms Ali Gregoire I have attached the signed documents if you require**
**any thing else please let me know.**
**I have also attached some other documents regarding Boston College .They might be**
**useful to the case and also they may be helpful to indicate Boston College double**
**standards on the related matters.**
**Thank you very much have a great day you all !**
**Best regards.**
**Avenir Agaj.**

**VERY IMPORTANT**
**Boston COLLEGE was served documents for discovery on 03/14/2025**

PURSUANT Fed R.Civ. P 26 AND 34 THEY HAD 30 DAYS TO COMPLY THAT IS A COURT ORDER .
THEY DID NOT COMLY WITH THE REQUIREMENT.
WHY???????
BECAUSE ATTORNEY WOLMAN WAS BIAS AND GOT BRIBED BY BOSTON COLLEGE.

MAY 2025

From: Cassidy Curran <csc@randazza.com>
Sent: Friday, May 2, 2025 2:42:19 PM
To: Ave Aga <aviaga10@hotmail.com>
Cc: Jay Marshall Wolman <jmw@randazza.com>; Staff <staff@randazza.com>
Subject: Re: Adv. Boston College | Second Discovery Requests

Hi Mr. Agaj,

Please find the below memo from Attorney Wolman concerning the attached:

Thank you for assisting with your discovery responses.  We've formally served them. Please let us know if you have any questions or concerns.

Sincerely,

VERY IMPORTANT

Cassidy Curran* | Randazza Legal Group

To: Ave Aga <aviaga10@hotmail.com>
Cc: Staff <staff@randazza.com>; Jay Marshall Wolman <jmw@randazza.com>; Marc Randazza <mjr@randazza.com>
Subject: Adv. Boston College | BC Responses to First Set of ROG's and RPD's


Hi Mr. Agaj,
Please find the below memo from Attorney Wolman concerning the attached documents.

Dear Mr. Agaj,
BC produced its interrogatory responses and its written document responses, but not its documents.  It wants to enter into a confidentiality order for some of them--we are reviewing that request.

I am also dismayed to learn that you have an ongoing state case arising from the same facts.  This may prove to be problematic procedurally as we move forward here.  Is there anything else you have not told us about your dispute with BC?

Sincerely,
Alison Gregoire* | Randazza Legal Group
30 Western Avenue, Harbor Room | Gloucester, MA 01930
Tel: 702-420-2001 | Email: aag@randazza.com
Firm Offices - Las Vegas | Miami | New England

* Paralegal – not licensed to practice law.
This email states the obiovius
BOSTON COLLEGE DID NOT PRODUCE ANY DOCUMENTS AND THE ANSWER IS THE SAME FOR ANY DIFFERENT QUESTION.
Attorney WOLMAN was supposed to file a MOTION TO COMPEL he never did.
He was busy colluding with BOSTON COLLEGE and set me up to make me dismiss my other claim on the SUFFOLK SUPPERIOR COURT. CIVIL ACTION NO 2484  CV1444.
He claimed that he did not now about the claim.
1)He knew about the claim the document PLAINTIFFS ANSWERS AND OBJECTIONS TO DEFENDANT FIRST SET OF INTERREGATORIES.
INTERREGATORY NO 16.
Identify every lawsuit within the past 10 years to which you have been a party, including the court where the lawsuit was filed, the docket number, the names of other parties, and the result of the lawsuit.
You may exclude from your answer the claims you filed against BC in
NEWTONDISTRICT COURT, MCAD, EEOC,MASSACHUSETTS SUPERIOR COURT AND THIS COURT.
ANSWER/NONE.

On Fri, May 16, 2025 at 1:12 PM Ave Aga <aviaga10@hotmail.com> wrote:

Hello Attorney Jay M. Wolman and Randazza legal Staff how are you doing today.
I would like to touch base regarding a few things on my case.
Nr 1,
 the person who fired me Mr William J. Murphy no longer works at Boston College as vice president of Human Resources he works at Tuft University since 2024 at the same position as he was at Boston College .

It is worth mentioning that he is the person who was directly responsible for my compensation (Wages and Benefits ).

Therefore, the one responsible for my wage theft and wage discrimination also the one who showed up at Newton district court on my trial of small claim together with counsel Alan D.Rose , and under oath committed PURJURY by submitting false forged Pay Stubbs and making false representation regarding my pay and compensation on behalf of Boston College

According to my research the which i will provide above is the way you can get in touch with him and i should advice the he should be called as a potential witness if the case might require.

Regarding the confidentiality agreement which Boston College is trying to secure my answer is NO, as i stated to counsel Alan D.Rose during our last meeting in December 2024 and i will state the reasons and facts below .

 I have suffered from Boston Colleges adverse  actions for almost 4 years just to name a few, Wage theft, wage discrimination, went to trial because of these actions and still denied the obvious facts under Mgl 149 section 148 and 150.

I have suffered identity theft through Boston College during my mandatory back ground check through Creative Services Inc. a company which Boston College required me to grant access to my sensitive P.I in writing for that purpose .Not only Boston College failed to delete my data held by Creative Service inc in the agreed limited time of 1 year but also failed intentionally and neglected to inform me about my stolen sensitive information .

And this was not an isolated case cause the same happened on my Harward pilgrim health insurance at Boston College and my TIAA retirement account at Boston College in both cases Boston College also failed to notify me putting me at a great risk of fraud and theft the which i have suffered already and i will hold them accountable for failing to protect my personal information .

On the other hand, denying me the right under the law MGL section 52c which i shall be granted in person access to my employee personal file.

Failure to notify for all negative information added without my knowledge to my personal file as required under mass law within 10 days of that information also not giving me the chance to contend that information as false and untrue .

That information can have a accountable for failing to protect my personal information .

On the other hand, denying me the right under the law MGL section 52c which i shall be granted in person access to my employee personal file.

Failure to notify for all negative information added without my knowledge to my personal file as required under mass law within 10 days of that information also not giving me the chance to contend that information as false and untrue. That information can have and had a negative effect on my past, present, and future employment.

Failing to participate a provide information on the discovery process as required by the federal law .Court rules.

Under title 7 civil right act 1964
Continued denial of my Sincere Religious Beliefs as practicant ,believer, descendent of Bogomil faith and Discrimination of my sincere held religious beliefs on different negative statement made in court and the press.(Newspapers)
Same goes for my medical practice Ethnobotany under mass law 151B medical discrimination continued and making false statements. What i think.....
In fact, i should consider adding the charge of defamation to my complaint.
Conclusion
They have always acted in Bad Faith Stole Wages from me, Invaded my Privacy ,Harassed, Discriminated, Retaliated, Wrongfully Terminated  me because of my Religious Beliefs Bogomil, Medical Practice Ethnobotany  and they are asking for Confidentiality ,quite the contrary and  i must say that Boston College should be exposed for what they really are Unscrupulous Employer, repeated Discrimination Offender ,Liars and Thief's that is my other goal on top of Justice and Truth  and Compensation in Jury Trial.

Nevertheless, i will make it clear i will not try to Undermind all the hard work you ALL have done and i will always follow your advice as long as it does not require me to go against my principals and beliefs right and wrong.
I will be always open to all compromise when reasonable.
I don't think we should enter any agreement with Boston College regarding anything .That is my current position
I state for my Sincere Religious beliefs of the faith of Bogomils, and my Medical Practice
Please let contact me at any time regarding any matters .
Best regards .
Respectfully

Avenir Agaj.

From: Jay M. Wolman <jmw@randazza.com>
Sent: Thursday, May 22, 2025 2:45:00 PM
To: Ave Aga <aviaga10@hotmail.com>
Cc: Ali Gregoire <aag@randazza.com>; Staff <staff@randazza.com>; Marc Randazza <mjr@randazza.com>
Subject: Re: Adv. Boston College | BC Responses to First Set of ROG's and RPD's

Dear Mr. Agaj,

I've been reviewing your state court matter.  I believe BC is right that it is improper claim splitting and that your other claims there are not well-founded, including barred by the prior District Court proceeding.

I do not wish to appear on Wednesday in state court to argue it shouldn't be dismissed.  What I'd like to do is file a notice dismissing the state law claims without prejudice.  You don't need them  The Title VII claim for back pay plus additional damages (front pay, emotional distress, punitive, with a 300k statutory cap on these additional damages) is sufficient to compensate you.  I would like to dismiss them without prejudice so that a potentially adverse ruling in state court doesn't come back to harm your federal claims.

Please advise if I may dismiss the state claims.  I would be happy to discuss it.

Sincerely,
Jay Wolman

On Tue, May 27, 2025 at 10:13 AM Ave Aga <aviaga10@hotmail.com> wrote:

Good morning,  Attorney Jay M. Wolman and Randazza legal counsel .
How are you doing today?

I have to ask if you have dismissed the state claims on my behalf?
If yes please can you confirm, and also a question if i am still required to show up in Court Tomorrow? Please let me know.

Thank you all for your continued support at Randazza legal Group Best Regards
Avenir Agaj.

 DID NOT EVEN SEND ME A COPY OF THE FILING WHY WOULD HE THAT VOID OUR CONTRACT OF REPRESENTATION PARAGRAPH 1.

I AM SURE HE GOT HANSOMLY REWARDED SINCE I DECLINED THE OFFERS FROM BC
IN MANY OCCASIONS.
From: Jay M. Wolman <jmw@randazza.com>
Sent: Tuesday, May 27, 2025 2:34:32 PM
To: Ave Aga <aviaga10@hotmail.com>
Cc: Ali Gregoire <aag@randazza.com>; Staff <staff@randazza.com>; Marc Randazza
<mjr@randazza.com>
Subject: Re: Adv. Boston College | BC Responses to First Set of ROG's and RPD's

Dear Mr. Agaj,

The state court matter has been dismissed.  The hearing is cancelled.

Thank you.

Sincerely,
Jay Wolman


JUNE 2025
Hi Mr. Agaj,  06/02/2025

Please see the memo from Attorney Wolman and attached document below for your
records:

Dear Mr. Agaj,

Boston College filed an unnecessary assent to the state court dismissal, largely to put
on the record their position about to what extent we could pursue your claims in
federal court.  We will not be responding.  But we wanted to make sure you had it for
your records.


Alison Gregoire* | Randazza Legal Group


From: Ali Gregoire <aag@randazza.com>
Sent: Thursday, June 12, 2025 5:22:46 PM
To: Ave Aga <aviaga10@hotmail.com>
Cc: Jay Marshall Wolman <jmw@randazza.com>; Staff <staff@randazza.com>
Subject: Adv. Boston College | Randazza Legal Group

Hi Mr. Agaj,

Per Attorney Wolman, additional production came in today from BC and we have not yet had a chance to review.  They are also refusing to produce some documents about COVID-19 testing, but it might not be necessary to fight it out if what they did produce suffices.

Sincerely,
Alison Gregoire* | Randazza Legal Group Mr. Agaj,
I have all documents in the Gloucester office. I will be back on Monday, June 16 to Gloucester as I am currently working out of our Vegas office for the week. Let me know when you would like to pick them up anytime after that. Thank you.

Alison Gregoire* | Randazza Legal Group
Thank you very much in that case  i would like to pick them up on the 17 of June after my deposition if that is convenient for you .
Take good care !!!
Best Avenir Agaj

Hi Mr. Agaj,

Please see the memo from Attorney Wolman below, and the attached document for your records. Thank you.

Dear Mr. Agaj,
In order to complete discovery, we are jointly moving to extend the discovery deadline to July 15 to fit in the BC deposition.  We will also need to use that time to fit in yours-- the 6/17 date is no longer a good date.  (A conflict arose for their lawyer)
Could you do July 1 or 2?

Sincerely,
Alison Gregoire* | Randazza Legal Group
Hello again Mr. Agaj,

Per Attorney Wolman, the judge allowed the Motion we filed. The July 8 status conference will be remote, and the discovery deadline is extended to July 15. Please see the attached documents below for your records. Thanks again.

Alison Gregoire* | Randazza Legal Group
Dear Ms Ali Gregoire.

Acknowledged i confirm will be attending the meeting .On July 1st  at the established time and place .
Thank you.
Best
Avenir Agaj.
Good morning .  06/20/2025
Dear
Ms Ali Gregoire,Mr Attorney Jay Marshall Wolman and Staff.
Thank you for the e-mail.
Note taken!
Regarding my deposition scheduled on the 1st of July at   Unfortunately also i won't be able to attend and the meeting should be canceled and rescheduled at a more convenient time for me.
My flexibility regarding the deposition has changed (and is restricted to work schedule),and my availability is ONLY at any Fridays AFTER 12 NOONE at any week from now to attend.

Thank you for understanding.
Best Regards .
Dear Mr. Agaj,06/20/2025

Thank you for letting us know.  I will endeavor to accommodate, but they are entitled to take your deposition for a full day.

When can you be available for a full day?

Regards,
Jay Wolman
Dear attorney
Jay M. Wolman.
The best i can do will be on a Friday all day at any coming weeks with enough advance notice minimum of one week!
Thank you!

Dear Mr. Agaj,

Please pencil in July 11 for a full day.

Sincerely,
Jay Wolman

Dear attorney Jay M. Wolman.
Done !!!
I will be there on the 11 of July.
Best regard.
Avenir Agaj
Dear Mr. Agaj,

BC served responses to our deposition notice (it's part of what happens when you depose a company, rather than an individual).  Because they are designating 3 different people to testify as to the various topics, we may need to change their date to one where all 3 can appear on the same day.  I will keep you posted.

A copy is attached.

Regards,
Jay Wolman

Dear Ms Ali Gregoire.
Good morning thanks you for the e-mail.
Let me start by saying these following facts.
During 2021 Boston College amongst other frauds, and embezzlement they have committed against the federal government covid testing was one of them.
They ,Boston College claimed and received from FEMA more than a million dollars a month for covid 19 testing.
The number of tests were largely inflated so they could claim more money from the us government and they did with the help of corrupt FEMA officials.
They allowed unvaccinated vendors, suppliers and contractors to be on site untested and unvaccinated to do the same jobs as regular employees ,but also while been severely harsh on other Boston College employees. Medically it does not make sense. No wonder they kept receiving positive covid result even after firing the unvaccinated employees. The minimal standard policy enacted by Boston College was clearly discriminatory and unlawful under State and Federal Law. I would like to know who is the doctor that approved that policy cause i would be happy to give them some words of wisdom

Whether or not is important what they have provided is sufficient they have the obligation under the court rules to comply in full with our request to provide the information and the documents requested. That is my take on that.

I would like Continue to receive all the updates regarding my case also a copy of all the documents they have provided.

Thank you for your help and support Attorney Jay M. Wolman and Randazza legal group.

Best regards.

Avenir Agaj.

On Tue, Jun 17, 2025 at 12:36 PM Ave Aga <aviaga10@hotmail.com> wrote:

Hi dear Ms Ali Gregoire how are you doing today.

As we discussed earlier in a previous e-mail , i would like to receive back ALL Original and Copies of DOCUMENTS i have given you so far without EXEMPTION .

I am available to come and pick them up at any time it is convenient for you on Thursday or Friday this week .

Please let me know when would be a good time to come and collect them in person .

Thank you, best regards.

Avenir Agaj

REQUEST TO RETURN OF ALL DOCUMENTS PROVIDED RANDAZZA LEGAL

Dear Ms Ali Gregoire thank you very much for the reply i will be arriving at your office around 10 Am Friday.

Best

Avenir Agaj

Dear Mr Attorney Jay M. Wolman.

Thank you for the information .

I See how it is!

Is Boston College denying any religious affiliation with the catholic church?

Are they claiming that they are not Catholic university ?

Are they claiming that Mr. David Trainor and Ms. Patricia Lowes are experts on religious and medical matters and they now fully understand Bogomilism and Ethnobotany and they were competent to make the right determination even we have never met in person or we never discussed in any shape or form my sincere religious held beliefs of the faith of Bogomil or my medical practice of Ethnobotany with them!

They never asked any questions about my religion or medical practice after my full disclosure on the 2 nd exemption form filled by me.
In the which i have clearly stated them and the judge agreed with me on that point .
This is a religious Discrimination case but they don't want to talk about religion ??? Why ????
What else should we talk about ???
They have insisted to know my sincere held religious beliefs and medical practices i have disclosed them Religion Bogomil medical practice Ethnobotany .
What is not to understand. Someone has a different religion than you, someone practices a different form of medical care than you both are legal under the law. If they had questions they could have asked 4 years ago, but They didn't that is why there is no record of that, that is a fact.
They claimed undue hardship under ASSUMPTION the reason for my exemption denial, well, they have to do better than that. Because they have stated that even if i was to fully comply with the religious or medical request my exemption would have been denied because of assumption not the fact of undue hard ship .I have demonstrated they never had the intention of granting me an exemption especially after learning about my religious beliefs Bogomilsm and my medical practice Ethnobotany.
The email exchange between Ms  Chris la Flamme me and Ms Lowes
Tells the whole story.
That is why i have established prima facie!!!
If religious discrimination had nothing to do with my firing why  i was not offered my job back with back pay like the offered the rehired the employees after they changed their policy. I was very fit and over qualified to perform my duties as landscaper level 3.
Why i was not given the equal opportunity employment?

They have not disclosed the name of the 3rd person if i am not mistaken.
I will end this by saying.
All the answers are the same.
I am not buying any of it!!!
They must fully comply with all our requests after all they have the burden of proof.
Thank you!
Best regards.
Avenir Agaj
Dear Mr. Agaj,

We will know more when we take their deposition(s).
As for the burden of proof--it's complicated.  Most of the burden is on us. I'd be happy to discuss the details with you.

Sincerely,
Jay Wolman
Hi Mr. Agaj,

Please see the memo from Attorney Wolman and attached document for your records below:

Dear Mr. Agaj,

In order to accommodate depositions, the parties have agreed to modify the schedule slightly.
A copy of the joint motion is attached.

Please let us know if you have any questions or require clarification.

Sincerely, Danielle Nicotine | Randazza Legal Group
8991 West Flamingo Road, Suite B | Las Vegas, NV 89147
Tel: (702) 420-2001 | Email: dkn@randazza.com
Firm Offices - Las Vegas | Miami | New England

*Paralegal - Not licensed to practice law
Hi Mr. Agaj,

Per Attorney Wolman, please see the attached document below for your records.
This is the written Re-Notice of Deposition for July 11. Thank you.
Sincerely,
Alison Gregoire* | Randazza Legal Group

Dear Ali Gregoire .
Dear attorney Jay M Wolman
Thank you for the notice.
I have a few objections regarding the Deposition .
1)I object to Deposition to take place in a video or voice recording and i want to take place only by stenographic means as is my right under rule 30.
This is due to well-founded privacy concerns and confidentiality .

2 )I object to Deposition taking place without the disclosure of all names of defendant's representing Boston College planed deposition.

3) I object taking a Deposition on the established date without having the complete official information when Boston Colleges Deposition will take place date, place time persons involved full name and positions.

4 ) I object to Deposition to take place without a proper counselling or advice session has taken place from Randazza legal group.

5)I object to Deposition to take place without ME first receiving all copies of the documents that Boston College has sent to Randazza legal group.

6) I object to Deposition to take place without first receiving a list of questions to be asked during the deposition .
7) I object to Deposition to take place without knowing Boston College Deposition Will take place before the Scheduled conference
regarding my case.

8) I demand to attend in PERSON the scheduled conference in court.
After all this case concerns me more than anyone.

I bid you good day!!!
Best Avenir Agaj.
Dear Mr. Agaj,

I'm going to respond to your questions/points below:

1)I object to Deposition to take place in a video or voice recording and i want to take place only by stenographic means as is my right under rule 30.
This is due to well-founded privacy concerns and confidentiality .

--There is a confidentiality order we might use if necessary.  However, Rule 30(b)(3)(A) allows them to record the deposition by audiovisual means.  It is their choice, not yours.  I will not be making this demand as I would have no lawful basis to make it.

2 )I object to Deposition taking place without the disclosure of all names of defendant's representing Boston College planed deposition.

--I believe they already provided that information by letter, which my staff sent to you. But, there is no rule that says they must disclose their names before you testify.  I will not be making this objection.

3) I object taking a Deposition on the established date without having the complete official information when Boston Colleges Deposition will take place date, place time persons involved full name and positions.

--It will occur on 7/29. See above. I will not be making this objection.

4 ) I object to Deposition to take place without a proper counselling or advice session has taken place from Randazza legal group.

--I always prepare my clients for deposition. I typically schedule it for about an hour in the days immediately preceding the deposition. When are you available next week? (But, this is technically not an objection even if I failed in my duties, which I don't imagine happening)
5)I object to Deposition to take place without ME first receiving all copies of the documents that Boston College has sent to Randazza legal group.

--We are still processing the documents. We will use your credit card on file to set up an eDiscovery file on the Logikcull platform to process the documents. A number of the documents are marked CONFIDENTIAL and we must take special care with them, even if we don't agree they should be confidential ( Again, this is technically not an objection even if I failed in my duties, which I don't imagine happening)

6) I object to Deposition to take place without first receiving a list of questions to be asked during the deposition .

--Unfortunately, that is not how the process works. They can ask whatever they want and there is no obligation to provide you with questions ahead of time. In fact, answers generally lead to unplanned questions. What you want is not something we can require. I will not be making this objection.
) I object to Deposition to take place without knowing Boston College Deposition Will take place before the Scheduled conference
regarding my case.

--The deposition of BC is on 7/29. The conference is on 7/30.

8) I demand to attend in PERSON the scheduled conference in court.

--No. It is a remote conference. I will be participating by Zoom. You are allowed to attend and I will give you the link when I get it. But this is a remote-only conference. And we will not seek for it to be in person. Routine conferences take place remotely all the time and we see no reason why this should be in person.

Thank you for your attention to this matter.

Sincerely,
Jay Wolman

Jay Marshall Wolman, CIPP/US, Counsel*
Randazza Legal Group, PLLC
 JULY 2025
Thank you!
 Attorney Jay M. Wolman.
for the explanations i disagree with you completely i all the points you make .
Now since you are not willing to stand and perform your duties as my attorney with my
requests  i will make myself a request to the honorable Judge to appear in person
during the scheduled conference that is my right. Regarding the recording i have a
choice i am well aware of that .Since you have again and again refused my reasonable
request  i  let you know that i will be NOT attending the scheduled Deposition until all
my objections are addressed .
Thank you!

Dear Mr. Agaj,

It is your prerogative to disagree with me.  However, we will not be able to continue
representing you under these circumstances.
We will be moving to withdraw and for 60 days' stay so you can procure new counsel.
Please advise as to your position on this.

Sincerely,
Jay Wolman

Good morning !
Dear attorney Jay M. Wolman.

You have the right  to withdraw from my case as you know and i know and you are
welcomed to do so should you choose!

Before you do that,, i demand that you VOID ALL the agreements you have done with
Boston College on my behalf with, and without my consent or approval( Especially
the confidential agreement order).
Also i request all the documents,files,confidential or otherwise you have received
from me or the defandant Boston College regarding my case  to be sent to me.A.S.A.P.

**This is my position.**
**Please inform me on your actions!**
**Thank you .**
**Best of luck to you all.**
**Avenir Agaj.**

**Dear Mr. Agaj,**

**It is your prerogative to disagree with me.  However, we will not be able to continue representing you under these circumstances.**
**We will be moving to withdraw and for 60 days' stay so you can procure new counsel.**
**Please advise as to your position on this.**

**Sincerely,**
**Jay Wolman**

**Good morning !**
**Dear attorney Jay M. Wolman.**

**You have the right  to withdraw from my case as you know and i know and you are welcomed to do so should you choose!**

**Before you do that,, i demand that you VOID ALL the agreements you have done with Boston College on my behalf with, and without my consent or approval( Especially the confidential agreement order).**
**Also i request all the documents,files,confidential or otherwise you have received from me or the defandant Boston College regarding my case  to be sent to me.A.S.A.P.**
**This is my position.**
**Please inform me on your actions!**
**Thank you .**
**Best of luck to you all.**
**Avenir Agaj.**

**Dear Mr. Agaj,**

**I have filed my motion to withdraw and my notice of lien.  Copies are attached.**

**Your files are available for The one starting "Takeout" is the email correspondence.**
**The one starting "Bulk Download" is the bulk of the file**

The one starting "AGAJ eDiscovery" is an export of what we uploaded to our eDiscovery platform and tagged when determining what to produce. (The other 2 AGAJ files are the eDiscovery as produced and stamped).

CAUTION--in the Bulk Download zip file, there is a subfolker: discovery/Responses - Defendant to Plaintiff/ that contains a file named  OneDrive_1_6-12-2025.zip  . That file is CONFIDENTIAL under the protective order.  It also appears as a separate file in the Dropbox (the other "ONEDRIVE" file is the non-confidential production.)

You asked me to " VOID ALL the agreements you have done with Boston College on my behalf with, and without my consent or approval( Especially  the confidential agreement order)."  I am unable to do this.  Besides the fact that you did ultimately agree with entering into such agreement, it is an order of the court and it cannot be voided without court order.  You will be able to file such a motion once permission for me to withdraw is granted. Thank you.

Sincerely,
Jay Wolman


_____

Jay Marshall Wolman, CIPP/US, Counsel*
Randazza Legal Group, PLLC

Dear Mr. Agaj,

The Court granted my motion to withdraw.  A copy is attached.
We recommend you obtain new counsel to assist you.
As previously indicated, we have transferred our file to you.  Thus, our representation of you is now concluded.


Please be advised that Ms. Gregoire no longer works at our firm.

Your documents were scanned and they were sent to you electronically.

I will endeavor to see about getting the paper to you, but the electronic version should be usable for any purpose you might need.

Regards
Jay Wolman

On Aug 15, 2025, at 2:29 PM, Ave Aga <aviaga10@hotmail.com> wrote:
Dear Ms Ali Gregoire
Avenir Agaj Here!
I was going through my documents and i have noticed that my original documened
Pay Stubbs from Boston College records are missing .I gave them to you in good faith
and asked preivosly to be returned to me.
I insist that you return them to me at once without delay . Do you actually require
paper versions?  I would be happy to have a copy sent to print at a FedEx Office or
Staples near you as that may be the quickest way of getting you a paper version.

Sincerely,
Jay Wolman
_____

Jay Marshall Wolman, CIPP/US, Counsel*
Randazza Legal Group, PLLC

Thank you!
NO!!!i don't want a copy i want the original documents the very same i gave you in
paper .I asked you before to return to me all the documents i gave you in the original
form those pay Stubbs were the originals i need them returned to me as they were. I
want the originals you will be held legally responsible if you don't return them to me .
I want to pick them up at the office in person ,i just want the documents nothing more.
If you say yes i will be there in one hour

 Mr. Aga,

You're going to need to wait until the office is staffed.  At this point, Ms. Gregoire does
not work here anymore.  Cassie is out on maternity leave.  Mr. Wolman is in the
Hartford office.  And I am out on wedding leave for a month.

The copies can suffice, for now.  And when the office is re-staffed in a few weeks,
someone can locate them for you.

I don t want no copy  i want the originals .You have 2 weeks to comply if you dont i will
hold you legally responsable Tampering with evidence is the act of altering,
concealing, falsifying, or destroying evidence with the intent to obstruct an
investigation or legal proceeding. This is a serious criminal offense in many
jurisdictions, including federal and state law in the United States. Understood!
I bid you good day!Sir

We will not be able to meet your deadline.  I am not coming back to the office from my honeymoon for this, and Cassie is not coming back from maternity leave for this. Mr. Wolman wouldn't even be able to begin to know where to look, even if he were to drive from Hartford.

You will have it when my staff returns.

That is not going to be prior to the first week of September.


Dear attorney Jay M. Wolman

Please see the below document for your records. Thank you.

Sincerely,

 FROM MARC J RANDAZZA.  09/09/2025 6:52 PM

I am on my honeymoon. Ya, seriously.

If you're a normal human, you'll understand this.  But yeah, my happiness is not necessarily your problem.  Fortunately, in addition to having the most magnificent wife ever, I have one of the greatest teams a managing partner ever had.  So they'll cover you as I ignore my emails.  Like seriously, I'm gonna try to not even look at my phone at all.

I mean, what do you expect?  You want me to work on my honeymoon?  Go slap yourself.

If you are a potential client, contact Cassie Flavin, my assistant at staff@randazza.com

If you are an existing client, contact her as well, and she will see to it that another lawyer gets back to you.

If you're one of my cool opposing counsels, cut me some slack.

If this is a press inquiry, then reach out to Jay Wolman (jmw@randazza.com)

If you're not sure what you are, or you just need to talk to someone, go through Cassie. She'll figure it all out.

If you're one of the sociopathic prick opposing attorneys I have to deal with, you'll try and take advantage of the fact that I am out of the office.  Yeah, you know who you are.

Then guess what?  My team will make your life hell until I get back, and then I will devote myself to doing so for the rest of your existence.

For the rest of you, talk to you in two weeks when I get back.

--

_____

**Marc John Randazza, JD, MAMC, LLM\* | Randazza Legal Group**
**8991 W. Flamingo Road, Unit B, Las Vegas, NV 89147**
**30 Western Avenue, Gloucester, MA 01930**
**2 S Biscayne Boulevard, Suite 2680, Miami, FL 33131**
**Tel: 702-420-2001 | Email: mjr@randazza.com**
**Firm Offices - Las Vegas | Miami | New England**

_____

**\* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.**
**THIS WAS THE ANSWER ATTORNEY MARC FORANDAZZA  FOR EMAILING A COPY OF MY MOTION TO COMPEL**

**IN CONCLUSION TO THIS STATEMENT I WILL SAY THAT**
**I intend to charge my lawyer attorney Jay M. Wolman at Randazza Legal Group, for legal malpractice ,they have made significant errors or omissions in my case that caused me harm.**
**I am willing to demonstrate that my lawyer's actions fell below the expected standard of care, that their negligence caused me harm, and that i suffered damages as a result.**
**Here's a more detailed explanation:**
**Legal malpratice .**
**Legal malpractice occurs when a lawyer's actions or inactions fall below the acceptable standard of care for legal professionals, causing harm to their client. This can include a wide range of errors, such as:**
**.Missing deadlines**
**· Failing to properly investigate a case**
**·  Providing inadequate legal advice**

· **Conflicts of interest**

· **Settling or attempting to settle the case without your consent.**

**Failing to follow your instructions and provide me as client with evidence received in a timely manner.**

·

**I will prove the**

**malpractice,  and prove the following:**

**1 Duty: My lawyer had a professional duty to you as their client.**

**2 Breach: My lawyer breached that duty through negligence or incompetence and self-interests.**

**3.  Causation: The lawyer's breach of duty directly caused me harm or financial loss.**

**4 Damages: You suffered actual damages as a result of the lawyer's actions.**


**5.    The American Bar Association Model Rule 1.2 states that clients control the objectives of litigation, while the attorney controls the means or strategies to get there. The client should always have the final say when making decisions about their case. The Rules state that "a lawyer shall abide by a client's decisions concerning the objectives of representation" and "a client's decision whether to settle a matter." My attorney Jay M. Wolman denied me the opportunity to make any decision on any matter and willfully misled me to the choices he made for me from the beginning to the end. I will provide examples of that. He actively extended deadlines for the discovery without consulting me and without my consent ,**

**6.    he would inform me after the fact and he would go against any objection that i had regarding his decisions. He agreed the confidentiality order without my consent and i was told that he had agreed after that fact even knowing very well that i opposed this agreement with Boston College. E-mails May-June. That is the reason why you don't see my signature on that document. I was told after .I can prove that. I had another case against Boston College at Suffolk**

**Superior Court against Boston College where attorney Wolman colluded with Boston College to make me Dismiss my case without Prejudice from the court ,not only lied to me about the reasons to dismiss my case but he also did not provide me with a copy of the motion to dismiss he filed on my behalf .**

**And then on June 6 /2025**

  **I come to learn that my attorney does not want to go to trial.**

   **I was Shocked!!!**

**Betrayal!!!**

 **I thought  i hired a Lawyer not a mediator.  I don't need a middle man a mediator.**

 **Cause i do intent to go to trial, Truth and Justice is what i seek money is secondary on this matter.**

 **There are a lot of e-mails giving a clear picture of the situation .**

**This is blackmail .**

Is not enough that Boston College had 2 Lawyers to defend now they have 3. Further i asked numerous times for all the evidence that Boston College had provided to Randazza all requests were denied under the pretext that they are reviewing the materials send.  According to Model Rule 1.4, attorneys have a duty to communicate with their clients. Attorneys must "keep the client reasonably informed about the status of the matter" and "promptly comply with reasonable requests for information.(Which they did not do). Attorneys do not have a duty to stay in constant communication with the client, but if a lack of communication harms the case, this may be malpractice.

A lawyer violating Rule 10 generally refers to actions that contravene the rules governing lawyer conduct, particularly those related to professional responsibility. Rule 10, specifically, could refer to various sets of rules depending on the jurisdiction and context. These rules often address issues like client-lawyer relationships, fiduciary duties, and the handling of client funds. Violations can lead to disciplinary actions, including disbarment, suspension, or other sanctions the which i intend to pursue Against Randazza Legal Group and attorney Jay M. Wolman.
 My charge against Randazza Legal Group and Attorney Jay M. Wolman.

 Neglect of Client Matters: Failing to diligently pursue a client's case or communicate effectively.
 Failed to pursue my case practiced deception and misled me to believe that all the actions taken would benefit my case.
 Conflicts of Interest: Representing clients with conflicting interests .Randazza Legal Group attorney Jay Wolman made the choice to seek out of court settlement without my consent to pursue their own interest ,,money before my and public interest of a trial.

Breach of Fiduciary Duty: Failing to act in the best interests of the client
They intended to weaken my position so i would i accept any deal that Attorney Jay M Wolman would present and used coercive tactic to achieve that.

Misrepresentation or Fraud: Making false statements or engaging in deceptive practices
Actively engaged on all above practices using deceptive tact by telling me what to except how much my case was worth to them also stating wrongfully what my rights and choices were willfully misleading me to believe that i had no other choices but what they had already chosen for me.

I seek from the court to be given the opportunity to prove all these charges against unethical attorney behavior by Randazza Legal Group and attorney Jay M. Wolman Therefore i request that --- ALL COMMUNICATIONS ----without any Exemptions between myself Avenir Agaj ,All Randazza Legal Group ASSOCIATES  and acting attorneys for Boston College to be provided to the court.
This will undoubtedly will explain a lot
I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

RESPECTFULLY SUBMITTED THIS AVENIR AGAJ.
 PRO SE.

AVENIR AGAJ

Signed :  $A \vee \acute{E} \wedge i \ell \ A \ G \acute{A}_j$          Date 09/10/2025

14 PAUL STREET

BURLINGT0N

MA,01803

857-544-0780

Aviaga10@hotmail.com