# <u>Exhibit B</u>

Declaration of Alison Gregoire

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVENIR AGAJ,<br>    Plaintiff,<br>v.<br>BOSTON COLLEGE,<br>    Defendant. | Civil Action No. 1:24-cv-10884<br><br>**DECLARATION OF ALISON GREGOIRE** |

I, Alison Gregoire, declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. I was employed as a Paralegal at Randazza Legal Group, PLLC ("RLG") until August 3, 2025.

3. Mr. Agaj came to the RLG office in Gloucester, Massachusetts on multiple occasions to drop off and pick up his documents.

4. On March 10, 2025, he came into the office with various documents, including his original pay stubs. Mr. Agaj specified that while most of the documents were copies, the pay stubs were original and he required them to be returned to him.

5. On March 11, 2025, I observed Cassidy Flavin, another Paralegal at the Gloucester office of RLG, scan the pay stubs and place them in a small shopping bag to be returned to Mr. Agaj.

6. These were kept at my desk until Mr. Agaj returned to pick them up.

7. On April 14, 2025, Mr. Agaj again came into the Gloucester office to provide RLG with more documents.

8. On that date, both I and Cassidy Flavin were present in the Gloucester office. We returned the pay stubs to him on that date.

9. Mr. Agaj placed those paystubs in a backpack before leaving the office.

10. Also on April 14, I attempted to return the rest of the documents he had provided us with on March 10. Mr. Agaj informed me that they were all copies, he had additional copies in his possession, and he did not want them back.

11. Nevertheless, Cassidy Flavin, my direct supervisor at the time, instructed me that the documents needed to be returned to Mr. Agaj, and should not be kept by us, and could not be otherwise destroyed.

12. I kept the documents in a box to return to Mr. Agaj at the time of his next office visit.

13. On June 20, 2025, Mr. Agaj again returned to the Gloucester office to pick up the remainder of the documents he had provided us with. Mr. Agaj entered the office without announcing himself before 9 a.m., although he was scheduled to arrive at 10 a.m. He appeared angry and visibly upset. I was alone in the office with him at that time, as Cassidy Flavin was then on maternity leave. I returned all documents in RLG's possession to Mr. Agaj in a large box, which he took and left. Although I endeavored to satisfy all of our clients, this particular incident made an impression on me as I had no desire for him to have any reason to return and I was confident that he had been given every piece of paper he ever gave us.

14. Upon the return of such documents, no physical documents belonging to Mr. Agaj remained in RLG's possession.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/15/2025                    By: _____
                                         Alison Gregoire