# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVENIR AGAJ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:24-CV-10884-JEK |
| BOSTON COLLEGE, | ) |
| Defendant. | ) |

### DEFENDANT TRUSTEES OF BOSTON COLLEGE'S MOTION TO STRIKE

Pursuant to Fed. R. Civ. P. 12(f), Defendant Trustees of Boston College ("Boston College" or "BC") respectfully moves this Court to strike portions of Plaintiff Avenir Agaj's ("Plaintiff" or "Agaj") Motion to Void the Protective Order, Statement of Position, Motion to Determine and Discharge Attorneys Lien Jay Wolman of Randazza Lega Group PPLC, and Affidavit of Fact in Support of Motion to Determine and Discharge Attorneys Lien Jay Wolman of Randazza Lega Group PPLC. ECF 97, 91, 103, 104. Portions of these filings contain demonstrably false and immaterial information regarding Boston College's former employee and current counsel. For these reasons, and those set forth in the accompanying Memorandum, the offensive portions must be stricken.

Respectfully submitted,

TRUSTEES OF BOSTON COLLEGE

By its attorneys,

/s/ Alan D. Rose
Alan D. Rose (BBO # 427280)
Meredith Wilson Doty (BBO # 652220)
Rose Law Partners LLP
One Beacon Street, 23rd Floor
Boston, Massachusetts 02108
Telephone: (617) 536-0040
Facsimile: (617) 536-4400
adr@rose-law.net
mwd@rose-law.net

Date: September 23, 2025

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Meredith Wilson Doty, hereby certify that on September 23, 2025, I emailed *pro se* plaintiff, Avenir Agaj, in a good faith attempt to resolve or narrow the issues raised in Boston College's Motion. As of the time of filing, we had not received a response from Mr. Agaj.

/s/Meredith Wilson Doty
Meredith Wilson Doty

Date: September 23, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

/s/ Alan D. Rose
Alan D. Rose

Date: September 23, 2025