# 2312SC000170 Agaj, Avenir v. Boston College

- Case Type:
- Small Claims
- Case Status:
- Disposed for Statistical Purposes
- File Date
- 04/21/2023
- DCM Track:
- 
- Initiating Action:
- Small Claim over $5000
- Status Date:
- 06/08/2023
- Case Judge:
- 
- Next Event:

| All Information | Party | Judgment | Event | Docket | Disposition |

## Party Information

**Agaj, Avenir**
- Plaintiff

| Alias | Party Attorney |

More Party Information

**Boston College**
- Defendant

| Alias | Party Attorney |
| | Attorney |
| | Rose, Esq., Alan D |
| | Bar Code |
| | 427280 |
| | Address |
| | Rose Law Partners LLP |
| | One Beacon St 23rd Floor |
| | Boston, MA  02108 |
| | Phone Number |
| | (617)536-0040 |

More Party Information

## Judgments

| Date | Type | Method | For | Against |
|---|---|---|---|---|
| 06/08/2023 | Judgment for Defendant(s) | , after trial by a magistrate | Boston College | Agaj, Avenir |

## Events

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 06/08/2023 10:00 AM | Small Claims | | Magistrates Hearing - Small Claims | Held |
| 08/24/2023 10:00 AM | Small Claims | | Motion Hearing (CV) | Held |

## Docket Information

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 04/21/2023 | Statement of Small Claim entered. | | 1 | |
| 04/25/2023 | Small Claims Magistrate Hearing scheduled and notices sent to parties.<br>Event: Magistrates Hearing - Small Claims<br>Date: 06/08/2023  Time: 10:00 AM<br>Result: Held | | | |
| 06/08/2023 | Event Resulted:  Magistrates Hearing - Small Claims scheduled on:<br>          06/08/2023 10:00 AM<br>Has been: Held<br>Henry H Shultz, Presiding | | | |
| 06/08/2023 | Judgment Entered:: Judgment for Defendant(s)     , after trial by a magistrate<br>Presiding: Henry H Shultz<br><br>        Judgment For:       Boston College<br><br>        Judgment Against:  Avenir Agaj<br><br>Terms of Judgment:  Jdgmnt Date: 06/08/2023 | | | |
| 07/13/2023 | Form generated:<br><br>Notice of Next Event(Event Notice) CV<br>Sent On:  07/13/2023 11:17:01 | | | |
| 07/13/2023 | Motion for New Trial filed. | | 2 | |
| 07/20/2023 | Appearance filed<br>On this date Alan D Rose, Esq. added as Private Counsel for Defendant Boston College | | 3 | |
| 08/16/2023 | Opposition to Motion filed<br><br>Denied<br><br>Judge: Berlo, Casey A<br><br>Judgment Still Stands. | | 4 | |
| 08/24/2023 | Event Resulted:  Motion Hearing (CV) scheduled on:<br>          08/24/2023 10:00 AM<br>Has been: Held<br>Casey A Berlo, Presiding | | | |
| 05/03/2024 | Motion for a New Trial filed. | | 5 | |
| 05/03/2024 | Motion for a New Trial denied. | | | |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | |