UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

AVENIR AGAJ,                              )
                                          )
                    Plaintiff,            )
                                          )   Civil Action No. 24-CV-10884-JEK
v.                                        )
                                          )
BOSTON COLLEGE,                           )
                                          )
Defendant.   )
                                          )
_____)

MOTION TO EXTEND TIME FOR FACT DISCOVERY
AND   MOTION TO VACATE PROTECTIVE ORDER


TO     HONORABLE JUDGE MAGISTRATE JENNIFER C. BOAL


PRO SE.
AVENIR AGAJ

According to the revised scheduling ORDER by HONORABLE DISTRICT JUDGE JULIA E. KOBICK. the DEADLINE for FACT DISCOVERY MUST BE COMPLETED BY 01/15/2025.

In the light of the information received I Avenir AGAJ request an extension of 2 MONTHS
And be completed by February 23/2026 for good cause as shown below.

1)MY FORMER ATTORNEY JAY M. WOLMAN disabled the access link to the documents and did not disclose that information to me, further he stated that he did so to protect the classified information. Which is not true because the link was blacked with a pen by me before it was filed in court.
In conclusion, he intentionally prevented me from accessing the relevant files, causing a delay.
He provided me with a new drop box link on December 15/2025 the which i have begun examining.

On the same conversation he claimed that he returned my original documents which is not true because on the December 18 via FedEx i received a package with my original pay studs and a few documents namely a short

1) Cover letter signed JAY M. WOLMAN
2) Notice concerning plaintiffs' documents
3) Declaration of Ms. RACHEL SINCLAIR
4) Declaration of Ms. CASSIDY FLAVIN
5) Declaration of Mr. JAY M. WOLMAN

To the which i will respond soon.

In reading a little i understand that the RGL had filed a response ECF 105 on September 17 /2025.

Well i let the Honorable and the Court know that i never received a copy of such filing from RGL therefore they have acted EXPARTE.

I am sure that the opposing counsel received a copy though .

So much for keeping everybody in the same page is that right Mr. WOLMAN.

SEE THE PROVIDED E-MAILS( EXHIBIT 1)

2) On 09/09/2025 i filed a MOTION to COMPEL RANDAZZA LEGAL GROUP.

Pursuant RULE of PROFESSIONAL CONDUCT.

So far, the COURT has not ruled on this motion, and RGL has not complied with all the requests creating intentionally more delay ON MY CASE.

BOSTON COLLEGE COUNSEL

1) On September 23 at 9;41 am i received an email from Ms. MEREDITH DOTY STATING THE FOLLOWING

Dear Mr. Agaj,

Pursuant to Local Rule 7.1, defendant Trustees of Boston College ("Boston College") intends to move to strike portions of Plaintiff's Motion to Void the Protective Order, Statement of Position, Motion to Determine and Discharge Attorneys Lien Jay Wolman of Randazza Lega Group PPLC, and Affidavit of Fact in Support of Motion to Determine and Discharge Attorneys Lien Jay Wolman of Randazza Lega Group PPLC. ECF 91, 97, 103, 104. The portions of these filings that Boston College seeks to strike involve false and immaterial information regarding Boston College's former employee and current counsel. Please advise as to your position on the motion by 3 pm today.

Thank you,
Meredith Doty

Now, as you can imagine, this is at short notice.
No time to respond immediately regardless i would like to inform the court that i never received the copy of the filings mentioned above. Therefore, defendant counsel acted as EXPARTE and is not the first time.
ANY DECISION TAKEN BETWEEN SEP 24 TIL DEC 15 SHOULD BE VACATED FOR THE REASONS STATED BELOW.

Exhibit 2

2) I received the link to download the files now i will let the court know that the documents 900 pages that Boston college counsel claims to have provided contains:
A) 3-6 copies of the same documents,
B) Completely blank documents,
C) Edited redacted documents.
D) documents unrelated to the case.
And what is most disturbing is that they are marked all confidential.
Therefore, BOSTON COLLEGE counsel has violated intentionally rule 37 and is guilty of failure to make disclosures required by RULE 26a.
For this reason, also i would like to move to compel disclosure of the other party and that the court move to penalize the defendant.

Now to the HONORABLE JUDGE MAGISTRATE JENNIFER C. BOAL
With all due respect, your HONOR.
I asked the court for an explanation why i was not informed on the filings DURING SEP-DEC 2025 PERIOD and on the orders that the court has issued during that time.
No credible answer was given to me by the court. EXHIBIT 3
   1) Why has the court violated their own RULES and acted EXPARTE and with PEJUDICE towards me the PLAINTIFF?
2) I Request the court to disclose any conflicts of interest regarding my case and any objection to my pursuit of a JURY trial.
3) I Request that the court holds accountable for the person responsible for failure to inform all parties.
4) Request that all the orders taken after September 24 /2025 till December 15 /2025 be vacated SINCE THEY were based on EXPARTE actions and are bias creating even further PREJUDICE, at least until a hearing is held. PROVIDE RELIEF.
I demand that this court act and address all the reported issues above.
THIS SITUATION IS UNACCETABLE.


I strongly believe in SUB LEGE LIBERTAS!


PRO SE AVENIR AGAJ
14 PAUL STREET
BURLINGTON
MA,01803
E-MAIL aviaga10@hotmail.com

DATE 12/22/2025

SIGNED: AVENIR AGAJ
*/s/ Avenir Agaj*

PHONE 857-544-0780