# EXHIBIT 1

FILED
IN CLERKS OFFICE
2026 JAN -7 PM 2:19
U.S. DISTRICT COURT
DISTRICT OF MASS.











NO DOC LABELLED







```
IM,BC000910,D,1,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000911, ,2,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000912, ,3,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000913, ,4,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000914, ,5,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000915, ,6,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000916, ,7,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000917, ,8,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000918, ,9,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000919, ,10,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000920, ,11,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000921, ,12,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000922, ,13,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000923, ,14,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000924, ,15,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000925, ,16,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000926, ,17,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000927, ,18,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000928, ,19,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000929, ,20,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000930, ,21,@BC-Agaj Production 061125;IMAGES\001\;BC000910.pdf;6
IM,BC000931,D,1,@BC-Agaj Production 061125;IMAGES\001\;BC000931.pdf;6
IM,BC000932,D,1,@BC-Agaj Production 061125;IMAGES\001\;BC000932.pdf;6
IM,BC000933,D,1,@BC-Agaj Production 061125;IMAGES\001\;BC000933.pdf;6
IM,BC000934,D,1,@BC-Agaj Production 061125;IMAGES\001\;BC000934.pdf;6
IM,BC000935,D,1,@BC-Agaj Production 061125;IMAGES\001\;BC000935.pdf;6
IM,BC000936, ,2,@BC-Agaj Production 061125;IMAGES\001\;BC000935.pdf;6
IM,BC000937,D,1,@BC-Agaj Production 061125;IMAGES\001\;BC000937.pdf;6
IM,BC000938,C,1,@BC-Agaj Production 061125;IMAGES\001\;BC000938.pdf;6
IM,BC000939,D,1,@BC-Agaj Production 061125;IMAGES\001\;BC000939.pdf;6
```