# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

_____

)
**AVENIR AGAJ**                                        )
      **Plaintiff**                              )
)
V.                                                             )    **Civil ACTION No. 1:24 –CV-10884-JEK**
)
**BOSTON COLLEGE**                          )
)
    **Defendant**                              )  **PLAINTIF AVENIR AGAJ FIRST SET OF**
)  **INTERROGATORIES AND REQUEST FOR**
_____)  **PRODUCTION OF DOCUMENTS TO**

**DEFENDANT BOSTON COLLEGE**


PRO SE .

AVENIR AGAJ.

Dear BOSTON CLLEGE COUNSEL.

In connection with the above-referenced matter, please find the following documents:

1.     Plaintiff Avenir Agaj; REQUEST to Defendant Boston College's First Set of Interrogatories; and

2.     Plaintiff Avenir Agaj; REQUEST to Defendant Boston College's First Request for Production of Documents Defendant Boston College's.

3. PLAINTIFF'S FIRST SET OF SET OF INTERROGATORIES TO DEFENDANT

4. BOSTON COLLEGE
5. Plaintiff Avenir Agaj ("Plaintiff") hereby requests that Defendant Boston College
6. ("Defendant") answer the following interrogatories within thirty (30) days from the date of service
7. or such other time as may be agreed to by the parties or ordered by the Court.
8. DEFINITIONS
9. Plaintiff incorporates by reference the Uniform Definitions in Discovery Requests set
10. forth in Local Rule 26.4, several of which are restated below for convenience, and otherwise
11. defines terms used in these requests as follows:
12. 1. You. The term "You" or "Boston College" or "BC" refers to Boston College, and
13. specifically includes, without limitation, any agents, representatives, shareholders, employees, or
14. any other individuals or entities working for You, or acting on Your behalf or at Your direction
15. including, but not limited to, attorneys, consultants, and independent contractors.
16. 2. Plaintiff. The term "Plaintiff" or "Avenir Agaj" or "Agaj" refers to Plaintiff Avenir
17. Agaj, and specifically includes, without limitation, any agents, representatives, shareholders,
18. employees, or any other individuals or entities working for Plaintiff, acting on Plaintiff's behalf or
19. at Plaintiff's direction including, but not limited to, attorneys, consultants, and independent 2 -
20. Plaintiff's First Set of Interrogatories to Defendant Boston College

Defendant. The term "Defendant" refers to Boston College, and specifically
includes, without limitation, any agents, representatives, shareholders, employees, or any other
individuals or entities working for Defendant(s) or acting on Defendant's behalf or at its direction
including, but not limited to, attorneys, consultants, and independent contractors.
4. Communication. The term "communication" means the transmittal of information
(in the form of facts, ideas, inquiries, or otherwise).
5. Document. The term "document" is defined to be synonymous in meaning and
equal in scope to the usage of the term "documents or electronically stored information" in Fed.

R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning
of this term.

6. Identify (with respect to persons). When referring to a person, "to identify" means
to give, to the extent known, the person's full name, present or last known address, and when
referring to a natural person, additionally, the present or last known place of employment. Once a
person has been identified in accordance with this subparagraph, only the name of that person needs
be listed in response to subsequent discovery requesting the identification of that person.

7. Identify (with respect to documents). When referring to documents, "to identify"
means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date
of the document; and (iv) author(s), addressee(s) and recipient(s). In the alternative, the responding
party may produce the documents, together with identifying information sufficient to satisfy Fed.
R. Civ. P. 33(d).

8. Parties. The terms "plaintiff" and "defendant" as well as a party's full or
abbreviated name or a pronoun referring to a party mean the party and, where applicable, its
officers, directors, employees, partners, corporate parent, subsidiaries or affiliates. This definition

3 -
Plaintiff's First Set of Interrogatories to Defendant Boston College

is not intended to impose a discovery obligation on any person who is not a party to the litigation.

9. Person. The term "person" is defined as any natural person or any legal entity,
including, without limitation, any business or governmental entity or association.

10. Concerning. The term "concerning" means relating to, referring to, describing,
evidencing or constituting.

11. Complaint. The term "Complaint" refers to the Complaint filed on April 5,
2024, as appearing on the Docket of this matter at ECF No. 1.

INSTRUCTIONS

1. All/Any/Each. The terms "all," "any," and "each" shall each be construed as encompassing any and all.

2. And/Or. The connectives "and" and "or" shall be construed either disjunctively or

conjunctively as necessary to bring within the scope of the discovery request all responses that

might otherwise be construed to be outside of its scope.

3. Number. The use of the singular form of any word includes the plural and vice versa.

4. In responding to the Requests, furnish any and all information in your possession, custody, or control of including, without limitation, information in the possession, custody, or

control of your agents, representatives, officers, directors, employees, associates, distributors,

attorneys, consultants, investigators, affiliates, partnerships,

parents, subsidiaries, and other

persons under your control.

5. In the interest of time, before objecting to any request as vague or ambiguous,

please contact the undersigned AVENIR AGAJ to clarify what was intended by the request.

4 -

Plaintiff's First Set of Interrogatories to Defendant Boston College

6. If, in responding to any request, you claim an objection or other basis for not fully responding, respond to all parts of the request to which your objection does not apply and separately state what part of the request is objectionable and what documents or information are

being withheld from production. If you are withholding any documents or information that is

potentially responsive to any request, please make that fact known explicitly.

7. If you object to any request or part thereof on the basis of a claim of attorney-client privilege, work product protection, or any other claim of privilege or protection, please produce a

privilege log.

8. If a request asks for specific information, and you are unable to provide the specific information, then provide as much information as you can and indicate, in your response, that the

information being provided is an approximation or is incomplete with respect to the request.

9. Selection, ordering, and numbering of documents from files and other sources should be accomplished so that the source of each document is preserved and may be determined.

By way of example, file folders with tabs or labels or directories of files identifying documents
should be produced intact with such documents and documents attached to each other should not
be separated.

10. If any information responsive to a request is stored electronically, produce the electronically stored information in its native format, with all metadata preserved and produced.
By way of example, electronic mail messages should be produced in .msg or .eml format, rather
than in .txt or .pdf or other non-native formats. You may, at your election, produce the electronically stored information in individual text searchable image files (e.g. PDF or TIFF), but
you must also preserve the integrity of the underlying original formatting, metadata, and revision
history. If any electronically stored information is produced in a
custom, atypical, unconventional, 5 -
Plaintiff's First Set of Interrogatories to Defendant Boston College
custom, atypical, unconventional, 5 -
or other uncommon or non-public proprietary format, you must also produce a copy of the software
necessary to access that information. If you utilize search terms to locate potentially responsive
electronically stored information, you must disclose the search terms used and identify which
documents were located from each search term.

11. Non-electronically stored information may similarly be produced in individual text searchable image files (e.g. PDF or TIFF).

12. If, after a reasonable and thorough investigation using due diligence, you are unable to fully or completely respond to a request, then specify, in detail, the portion of the request that
cannot be responded to fully or completely, the type of documents or information which you allege
are not available, the reason the documents or information are not available, and what efforts you
have undertaken to locate the documents or information. Also, indicate whether the inability to

comply is because a particular document, category of documents, or other information never
existed, was never recorded, has been lost, misplaced, stolen, or destroyed, has never been or is no
longer in Plaintiff's possession, custody, or control, in which case identify any persons known or
believed to have last possessed the document or information. In addition, indicate what knowledge,
information, and beliefs Plaintiff has concerning the unanswered portion of the request including
without limitation identifying persons who may have additional information concerning the Requests.

**REQUESTS for DOCUMENTS**

1) All email records documents COPIES sent to agaja@bc.edu during the years 2020-2021.

2) Access of documents in person to my personal employee file at BOSTON COLLEGE.

3) Copies of all document's exemption requests submitted to BOSTON COLLEGE by employees.NAME, ADDRESS, PHONE, POSITION, DATE,

4) Copies of all document's exemption denials for covid 19 vaccine to employees issued by BOSTON COLLEGE.NAME, ADDRESS, PHONE, POSITION, DATE

5) Copies of all document's exemption approvals for covid vaccine to employees issued by BOSTON COLLEGE.NAME, ADDRESS, PHONE, POSITION, DATE,

6) Name, Address, Phone, Position, Date documents of all employees involuntary separated from employment, resigned, due to covid 19 vaccine BOSTON COLLEGE as condition of employment policy.

7) Name, Address, Phone, Position, Date, documents of all unvaccinated employees who got REHIRED by BOSTON COLLEGE 2022,23,24,25 (the which were previously involuntary separated because of covid 19 BC condition of employment).

8) All email, documents, records and communications between individual's regarding my exemptions request during 2021.

NAIMELY COMMUNICATIONS BETWEEN Mr and Ms WILLIAM-P. LEAHY-JOHN T.BUTLER-EDILMA HOSEIN-ANTHONY PENNA-PATRICIA LOWE-CHRISTINE LAFLAMEDAVID TRAINOR-DOUGLAS COMEAU-ROBERT J.NACIEMENTO .

9) All records, emails, discussions, documents, agreements, communications between the union members32 BJ SEIUP and BOSTON COLLEGE regarding covid 19 vaccine as condition of employment.

10) Copies, offers, records ,documents of any accommodation or exemption offered to me by BOSTON COLLEGE.

11) Copies of all documents my covid testing records at BOSTON COLLEGE.

12) Records of my sick leave used time. (MISSED DAYS WORK DUE TO ILLNESS)
13) Copies of all documents W2 record for all landscaper level 2 –3 DURING years 2020,21,22,23,24,25 FOR BOSTON COLLEGE

14) NAME,COMPANY,ADDRESS,PHONE, DOCUMENTS OF ALL CONTRACTING LANDSCAPER AND MOVING COMPANIES THAT HAVE WORKED FOR BOSTON COLLEGE DURING 2O20,21,22,23,24,25

15) Copies of all documents BOSTON COLLEGE vaccine and testing policy for Contractors' Vendors and Suppliers.

16) Copies and documents of ALL financial aid received by BOSTON COLLEGE from FEDERAL, STATE, PRIVATE INDIVIDUALS during the years 2020,21,22,23,24,25.

17) Copies of documents of ALL TAX Federal, State PAID by BOSTON COLLEGE during the years 2020,21,22,23,24,25.

18) List WITH DOCUMENTS real estate property's owned and acquired by BOSTON COLLEGE during 2020,21,22,23,24,25.

19) Copies and documents of all records job assignments received and given to me by SUPERVISIORS Mr. THOMAS O ROURKE, and Mr. CHARLES BALDWIN.(E-MAILS,TEXT,MAIL BOX DOCUMENTS ECT)

20) All documents and records PRESENTED TO ME DURING MY EMPLOYMENT 2021 that my SINCERE HELD RELIGIOUS BELIEFS AS BOGOMIL, and MY MEDICAL PRACTICE ETHNOBOTANY (FOLK MEDICINE) WOULD POSE AN UNDUE HARDSHIP TO BOSTON COLLEGE.

21) DOCUMENTS THAT COVID VACCINE HAS NO SIDE EFECTS AND DOES NOT HARM HUMAN BODY.

22) DOCUMENTS THAT COVID VACCINE STOPS THE SPREAD, TRANSMITION OF COVID AND GIVES YOU IMMUNITY FROM COVID.

23) DOCUMENTS OF VACCINATION RATE at BOSTON COLLEGE DURING 2021-2022.

**PLAINTIFF AVENIR AGAJ INTERROGATORY TO BOSTON COLLEGE DEFENDANT**

1. Bogomilism RELIGION DOES STILL EXIST ?
2. The views of the Catholic Church on Bogomilism
3. The treatment of practitioners of Bogomilism by the Catholic Church
4. The treatment of practitioners of Bogomilism by Boston College
5. Boston College's COVID-19 vaccination policy/ies
6. Exemptions from Boston College's COVID-19 vaccination policy/ies, whether as a reasonable accommodation or otherwise
7. Plaintiff's employment with Boston College, including all work performed
8. Plaintiff's request for exemption from Boston College's COVID-19 vaccination policy/ies, including each and every action thereon
9. Plaintiff's landscaper position with Boston College and the occupants of such position
10. Boston College's responses to Plaintiff's requests for production in this matter
11. Boston College's responses to Plaintiff's interrogatories in this matter
12. Any and all documents produced by Boston College in this matter
13. Any and all documents upon which Boston College relied in responding to Plaintiff's complaint in this matter
1) ALL the COMPLETE file documents that BOSTON COLLEGE counsel has received RANDAZZA LEGAL GROUP.
In paper or readable pdf no links or zip
folders.
2) All the original and copied documents from my Newton Small Claim
Court file AVENIR AGAJ V BOSTON COLLEGE.
3) Includes Right of private action for wage theft (original)the court decision ruling original magistrate Schultz, the answers provided from the defendant Boston

College,
4)My appeal documents served in court, copies of the proposed settlement and email exchanges between.
5. All the original and removed documents from Suffolk Superior Court file. Identity theft notices Creative Service Inc Background check firm employed by Boston College.
Letter from Ms. Anita Maietta and Ms .Kathryn Morelli Fair Labor Division which requests Boston College to provide me a Copy of Employee personal File which their did not comply violating MGL 53 C.
6 . ALL the original and copied documents US DISTRICT COURT OF MASSACHUSETTS file includes .RIGHT of private Action EEOC,MCAD both notices Original.
Various email correspondence between me and Boston College employees.
All COVID testing results original paper original.
Second exemption request submitted to Boston College original.
Documents and various email removed from my personal file.
and any other document that was willfully removed.
7. In addition, I request that BOSTON COLLEGE and all associates comply, disclose and provide through this REQUEST all communication (non-redacted) made between BOSTON COLLEGE and Randazza Legal Group .

8. Request that that Randazza Legal Group and all associates disclose and provides a copy of all Communication (non-redacted) between Opposing Counsel and Randazza Legal Group.
9. I request that BOSTON COLLEGE COUNSEL and all associates make in fully unlimited
disclosure and provide all information on all profits, transaction, connections partnership, exchanges, occurred and created in the past, present and future between Boston College and all associates and Randazza Legal Group and all associates.
10. I REQUEST BOSTON COLLEGE and all associates disclose formal and informal agreement they had with RANDAZZA LEGAL GROUP ,regarding a settlement on my case AVENIR AGAJ v
Boston College.

1)WHY I WAS HIRED BY BOSTON COLLEGE.(TO DO WHAT)?

2 )WAS I QUALIFIED TO WORK FOR BOSTON COLLEGE AS LANDSCAPER LEVEL 3?

3)IF VACCINATION IS A CONDITION OF EMPLOYMENT WHY I WAS NOT TOLD IN WRITTING ON MY OFFER LETTER?

4)WHY THERE IS NO VACCINE REQUIREMENT ON BOSTON COLLEGE EMPLOYEE HANDBOOK?

5)DOES BOSTON COLLEGE HAVE AN OBLIGATION TO ENGAGE IN COLLECTIVE BARGAIN WITH THE EMPLOYEE UNION.32 BJ SEIU?

6)DOES BOSTON COLLEGE CONSIDERS VACCINATION AS PART OF WORK?

7)DOES BOSTON COLLEGE HAVE TO ACCOMODATE EMPLOYEES WHO SEEK EXEMPTION FOR COVID VACCINE DUE TO RELIGIOUS OR MEDICAL REASONS?

8)WHY BOSTON COLLEGE REFUSED TO ACCOMODATE EMPLOYEES FOR RELIGIOUS OR MEDICAL REASONS?

9)WHY BOSTON COLLEGE DID NOT INFORM EMPLOYEES BEFORE SUBBMITION OF EXEMPTIONS THAT ACCOMODATING EMPLOYEES WOULD POSE AN UNDUE HARDSHIP?

10) DID BOSTON COLLEGE HAD INTENTIONS OF GRANTING EXEMPTIONS?

11)WHY BOSTON COLLEGE WAS COERCING EMPLOYEES TO GET VACCINATED?

12 )WHY BOSTON COLLEGE DID NOT DISCLOSE THAT VENDORS CONTRACTORS AND SUPLIERS ARE NOT REQUIRED TO BE VACCINATED?

13)DOES ANY OF THE PEOPLE NAMED BELOW HAVE ANY QUALIFICATION ,SKILLS,KNOWLEDGE,PRACTICE OR EXPERIANCE WITH A MEMBER OF THE FAITH OF THE BOGOMIL? (PLEASE PROVIDE DOCUMENTED INFORMATION)

JOHN T.BUTLER,ANTHONY PENNA,EDILMA HOSEIN REYES,PATRICIA LOWE,CHRISTINE LAFLAME,WILLIAM P.LEAHY,DAVID TRAINOR,

ALSO THEIR VACCINATION RECORDS FOR THE PAST 5 YEARS.

**14) DID ANY OF THE PEOPLE NAMED ABOVE EVER MEET WITH ME ,OR REQUESTED TO MEET WITH ME AT ANY TIME TO DISCUSS MY EXEMPTION REQUEST DUE TO MY SINCERE HELD RELIGIOUS BELIEFS AS MEMBER OF THE FAITH OF BOGOMIL?**

**15) DO THE PEOPLE NAMED BELOW HAVE ANY QUALIFICATION ,SKILL,KNOWLEDGE,PRACTICE OR EXPERIANCE ON ETHNOBOTANY ?(FOLK MEDICINE)**

**DOUGLAS W.COMEAU,WELKIN E.JOHNSON,ROBERT J .NASCIMIENTO ,DAVID TRAINOR,EDILMA HOSEIN,PATRICIA LOWE,CHRISTINE LAFLAME.**

**16) DO THE PEOPLE NAMED ABOVE HAVE ANY QUALIFICATIONS,SKILLS,KNOWLEDGE,PRACTICE OR EXPERIANCE ON ETHNOBOTANY? (PLEASE PROVIDE DOCUMENTED INFORMATION).**

**17) WHAT BOSTON COLLEGE KNOWS ABOUT my BOGOMIL FAITH?**

**18) WERE THE BOGOMILS PERSECUTED BY THE CATHOLIC CHURCH?**

**INQUISITION,EXECUTION BY BURNING MEMBERS AT THE STAKE, FORCED RELIGIUS CONVERTION ?**

**19) ARE BOGOMILS STILL CONSIDERED HERETICS BY THE CATHOLIIC CHURCH?**

**20) DOES BOSTON COLLEGE AGREES WITH MY SINCERE RELIGIOUS HELD BELIEFS THAT I BELONG TO THE BOGOMIL FAITH?**

**21) DOES BOSTON COLLEGE AGREES THAT MY BODY IS A TEMPLE OF THE HOLY SPIRIT AND I HAVE THE DUTY AND OBLIGATION TO KEEP IT PURE FREE FROM FILTH?**

**22) DOES BOSTON COLLEGE AGREES THAT I SHOULD NOT TAKE ANY THING THAT RISKS MY HEALTH AND SPIRITUAL WELLBEING?**

**23) DOES BOSTON COLLEGE AGREE THAT I SHOULD RELY ONLY ON FOLK MEDICINE OF ETHNOBOTANY AND RELIGIOUS PRAYER FOR MY MEDICAL CARE?**

**24) DOES BOSTON COLLEGE AGREES THAT THE HOLY BIBLE IS THE WORD OF GOD AND IT SHOULD BE FOLLOWED?**

**25) DOES BOSTON COLLEGE AGREES THAT I SHOULD GLORIFY GOD IN MY BODY?**

**26) DOES BOSTON COLLEGE AGREES WE BELONG TO GOD?**

27)DOES BOSTON COLLEGE AGREES GOD HAS THE POWER OF HEALTH AND SICKNESS, LIFE AND DEATH?

28)DOES BOSTON COLLEGE AGREES ON THE LORDS LAW OF HEALTH, WHICH STATES AVOID ANYTHING HARMFUL TO YOUR BODY? (LEVICTUS 19)

29)DOES BOSTON COLLEGE AGREES THAT ETHNOBOTANY IS CONECTED TO THE HOLY BIBLE AND THE NEW TESTAMENT?

30)DOES BOSTON COLLEGE STILL HAVE A COVID MANDATE AS CONDITION OF EMPLOYMENT?

31)WAS I AT ANY POINT OFFERED MY POSITION BACK AT BOSTON COLLEGE?

32)DID BOSTON COLLEGE PROFITED FINANCILY DURING COVID 2020,21,23 ?

33)DID BOSTON COLLEGE INVEST IN ANY WAY ON COVID VACCINES ?

34)WHAT CORINTHIANS 6:19-20 SAY IN THE HOLY BIBLE?

35)IF THE ORIGINAL VACCINES WERE SAFE AND SECURE AGAINST COVID HOW COME THEY ARE NO LONGER AUTHORISED FOR USE BY THE FDA/CDC?

36)DID THE CDC,FDA,OSHA,MCDA,EEOC ORDERED BOSTON COLLEGE TO INVOLONTARY SEPARATE ME FROM MY JOB?

37)CAN BOSTON COLLEGE PROVE TO ME THAT MY TERMINATION WAS A PROMOTION AND NOT A PUNISHMENT?

38)CAN BOSTON COLLEGE PROVE THAT I DID NOT SUFFERED FINANCIALY AFTER LOOSING THAT INCLUDES LOST WAGES AND BENEFITS MY JOB AT BOSTON COLLEGE?

38)CAN BOSTON COLLEGE PROVE THAT I DID NOT SUFFERED MENTAL DISTRESS AS A RESULT NOT ONLY FIRING BUT ALSO FIGHTING IN COURTS,EEOC,MCDA ECT ALONE FOR JUSTICE?

39)CAN BOSTON COLLEGE PROVE THAT I WAS NOT DISCRIMINATED AGAINST MY NATIONAL ORIGINS FROM DAY ONE?

40)CAN BOSTON COLLEGE PROVE THAT I WAS TREATED FAIRLY BY BOSTON COLLEGE EMPLOYEES FROM DAY ONE?

41) CAN BOSTON COLLEGE PROVE THAT THEY DID NOT INVADE MY PRIVACY?

42) CAN BOSTON COLLEGE PROVE THAT I WAS PAID THE CORRECT RATE ON MY WAGES?

43) CAN BOSTON COLLEGE PROVE THAT I WAS PAID CORRECTLY ON THE DAY OF MY DISCHARGE?

44) CAN BOSTON COLLEGE PROVE THAT THEY DID NOT DISCRIMINATE, HARASSED, COERCED, RETALIATE, STOLE WAGES AND HOURS AND COMMITED PERJURY IN COURT WITH ANY FACTS.

THANK YOU.

RESPECTFULLY AVENIR AGAJ.


AVENIR AGAJ

Signed: *AVENIR AGAJ*          Date 01/02/2026


14 PAUL STREET

BURLINGT0N

MA, 01803

857-544-0780

Aviaga10@hotmail.com