UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

FILED

2026 FEB -2 PM 12:29

_____

|  |  |  |
|---|---|---|
| AVENIR AGAJ | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| | ) | |
| BOSTON COLLEGE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

_____)

MOTION FOR DISQUALIFICATION OF HONORABLE JENNIFER C. BOAL U.S. MAGISTRATE JUDGE PRO SE.

AVENIR AGAJ

PRELIMINARY STATEMENT

I PLAINTIFF AVENIR AGAJ RESPECTFULLY MOVES TO THIS COURT FOR AND ORDER RECUSING THE HONORABLE MAGISTRATE JUDGE JENNIFER C. BOAL FROM PRESIDING OVER THIS MATTER.THIS MOTION IS MADE ON THE GROUNDS THAT THE JUDGE HAS A PERSONAL BIAS OR PREJUDICE AGAINST ME PLAINTIFF AVENIR AGAJ PRO SE.

FACTUAL BACKGROUNG, ARGUMENT, EVIDENCE AND CONCLUSIONS WILL BE ATTACHED ON FACTUAL AFFIDAVIT.

LEGAL STANDARD   /  PURSUANT,

Two primary statutes in Title 28 of the U.S. Code set the standards:
- **28 U.S.C. § 455:** This broad statute requires any federal judge or magistrate to disqualify themselves in any proceeding where their **"impartiality might reasonably be questioned"**. It covers specific conflicts such as personal bias, financial interests, or prior legal involvement in the case.
- **28 U.S.C. § 144:** This specifically addresses **actual bias or prejudice**. It is triggered when a party files a "timely and sufficient" affidavit stating the judge has a personal bias against them or in favor of an adverse party.
- **Common Grounds for Recusal**
- **Personal Bias:** The judge has a personal prejudice concerning a party or personal knowledge of disputed facts.

I ask that HONORABLE U.S. MAGISTRATE JENNIFER C. BOAL TO HAVE THE ETHICAL OBLIGATION RECUSE YOUR SELF FOM THIS CASE for the reasons stated above.

- THANK YOU, BEST REGARDS,

PRO SE.

AVENIR AGAJ.

Signed: AVENIR AGAJ    Date 02/02/2026

**14 PAUL STREET**

**BURLINGT0N**

**MA,01803**

**857-544-0780**

**Aviaga10@hotmail.com**