FILED
IN CLERK'S OFFICE

2026 FEB -2  PM 12: 29

U.S. DISTRICT OF MASS.

# EXHIBIT   1



**RANDAZZA**
LEGAL GROUP

Jay Marshall Wolman, JD
Licensed in CT, MA, NY, DC

**17 December 2025**

<u>Via FedEx Overnight</u>
Avenir Agaj
14 Paul Street
Burlington, MA 01803

> Re:    *Agaj v. Boston College | Original Paystubs*

Dear Mr. Agaj,

Consistent with the notice we are filing today, a copy of which is enclosed, we have located your original paystubs. It appears Ms. Gregoire misinformed us when she said she had returned them to you. We discovered them yesterday by happenstance; we apologize. This is not indicative at all how we handle client files and we are sorry that they were not returned to you sooner.

While we continue to disagree with your other accusations, we do take responsibility for this error. We wish you success in your ongoing litigation against Boston College.

Sincerely,

Jay M. Wolman

encl:   Original Paystubs

100 Pearl Street, 14th Floor, Hartford, Connecticut 06103
jmw@randazza.com | 888.887.1776