FILED
IN CLERK'S OFFICE

2026 FEB -2 PM 12: 29

U.S.
DISTRICT OF MASS.

# EXHIBIT 2

**From:** Cassidy Curran <csc@randazza.com>
**Sent:** Friday, March 14, 2025 1:05:03 PM
**To:** Ave Aga <aviaga10@hotmail.com>
**Cc:** Jay M. Wolman <jmw@randazza.com>; Marc J. Randazza <staff@randazza.com>
**Subject:** Re: Adv. Boston College | Notice of Filing

Hi Mr. Agaj,

Please find the below memo from Attorney Wolman concerning the

Thank you for your assistance. Today, we served to BC your discovery responses and the documents you provided us that we felt were responsive to their requests.

We also made demands of them for interrogatory answers and documents as well. We incorporated some of what you had prepared---we used our judgment as to what is proper and best for your case. (Some additional questions you prepared may be used at a deposition or request for admission later).

Please let us know if you have any questions or concerns.

## UNITED STATES DISTRICT COURT

## DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| **AVENIR AGAJ** ) |  |
|     **Plaintiff** ) |  |
| ) |  |
| **V.** ) | **Civil ACTION No. 1:24 –CV-10884-JEK** |
| ) |  |
| **BOSTON COLLEGE** ) |  |
| ) |  |
|     **Defendant** ) |  |
| ) |  |

Dear

In connection with the above-referenced matter, please find the following documents:

1. Plaintiff Avenir Agaj; REQUEST to Defendant Boston College's First Set of Interrogatories; and

2. Plaintiff Avenir Agaj; REQUEST to Defendant Boston College's First Request for Production of Documents Defendant Boston College's.

**DOCUMENT REQUESTED**

**REQUESTS for DOCUMENTS**

1) All email records documents COPIES sent to agaja@bc.edu during the years 2020-2021.

2) Access of documents in person to my personal employee file at BOSTON COLLEGE.

3) Copies of all document's exemption requests submitted to BOSTON COLLEGE by employees.NAME, ADDRESS, PHONE, POSITION, DATE,

4) Copies of all document's exemption denials for covid 19 vaccine to employees issued by BOSTON COLLEGE.NAME, ADDRESS, PHONE, POSITION, DATE

5) Copies of all document's exemption approvals for covid vaccine to employees issued by BOSTON COLLEGE.NAME, ADDRESS, PHONE, POSITION, DATE,

6) Name, Address, Phone, Position, Date documents of all employees involuntary separated from employment, resigned, due to covid 19 vaccine BOSTON COLLEGE as condition of employment policy.

7) Name, Address, Phone, Position, Date, documents of all unvaccinated employees who got REHIRED by BOSTON COLLEGE 2022,23,24,25 (the which were previously involuntary separated because of covid 19 BC condition of employment).

8) All email, documents, records and communications between individual's regarding my exemptions request during 2021.

NAIMELY COMMUNICATIONS BETWEEN Mr and Ms WILLIAM-P. LEAHY-JOHN T.BUTLER-EDILMA HOSEIN-ANTHONY PENNA-PATRICIA LOWE-CHRISTINE LAFLAME-DAVID TRAINOR-DOUGLAS COMEAU-ROBERT J.NACIEMENTO .

9) All records, emails, discussions, documents, agreements, communications between the union members32 BJ SEIUP and BOSTON COLLEGE regarding covid 19 vaccine as condition of employment.

10) Copies, offers, records ,documents of any accommodation or exemption offered to me by BOSTON COLLEGE.

11) Copies of all documents my covid testing records at BOSTON COLLEGE.

12) Records of my sick leave used time. (MISSED DAYS WORK DUE TO ILLNESS)

13) Copies of all documents W2 record for all landscaper level 2 –3 DURING years 2020,21,22,23,24,25 FOR BOSTON COLLEGE

14) NAME,COMPANY,ADDRESS,PHONE, DOCUMENTS OF ALL CONTRACTING LANDSCAPER AND MOVING COMPANIES THAT HAVE WORKED FOR BOSTON COLLEGE DURING 2O20,21,22,23,24,25

15) Copies of all documents BOSTON COLLEGE vaccine and testing policy for Contractors' Vendors and Suppliers.

16) Copies and documents of ALL financial aid received by BOSTON COLLEGE from FEDERAL, STATE, PRIVATE INDIVIDUALS during the years 2020,21,22,23,24,25.

17) Copies of documents of ALL TAX Federal, State PAID by BOSTON COLLEGE during the years 2020,21,22,23,24,25.

18) List WITH DOCUMENTS real estate property's owned and acquired by BOSTON COLLEGE during 2020,21,22,23,24,25.

19) Copies and documents of all records job assignments received and given to me by SUPERVISIORS Mr. THOMAS O ROURKE, and Mr. CHARLES BALDWIN.(E-MAILS,TEXT,MAIL BOX DOCUMENTS ECT)

20) All documents and records PRESENTED TO ME DURING MY EMPLOYMENT 2021 that my SINCERE HELD RELIGIOUS BELIEFS AS BOGOMIL, and MY MEDICAL PRACTICE ETHNOBOTANY (FOLK MEDICINE) WOULD POSE AN UNDUE HARDSHIP TO BOSTON COLLEGE.

21) DOCUMENTS THAT COVID VACCINE HAS NO SIDE EFECTS AND DOES NOT HARM HUMAN BODY.

22) DOCUMENTS THAT COVID VACCINE STOPS THE SPREAD, TRANSMITION OF COVID AND GIVES YOU IMMUNITY FROM COVID.

23) DOCUMENTS OF VACCINATION RATE at BOSTON COLLEGE DURING 2021-2022.

**PLAINTIFF AVENIR AGAJ INTERROGATORY TO BOSTON COLLEGE DEFENDAND**

1)WHY I WAS HIRED BY BOSTON COLLEGE.(TO DO WHAT)?

2 )WAS I QUALIFIED TO WORK FOR BOSTON COLLEGE AS LANDSCAPER LEVEL 3?

3)IF VACCINATION IS A CONDITION OF EMPLOYMENT WHY I WAS NOT TOLD IN WRITTING ON MY OFFER LETTER?

4)WHY THERE IS NO VACCINE REQUIREMENT ON BOSTON COLLEGE EMPLOYEE HANDBOOK?

5)DOES BOSTON COLLEGE HAVE AN OBLIGATION TO ENGAGE IN COLLECTIVE BARGAIN  WITH THE EMPLOYEE UNION.32 BJ SEIU?

6)DOES BOSTON COLLEGE CONSIDERS VACCINATION AS PART OF WORK?

7)DOES BOSTON COLLEGE HAVE TO ACCOMODATE EMPLOYEES WHO SEEK EXEMPTION FOR COVID VACCINE DUE TO RELIGIOUS OR MEDICAL REASONS?

8)WHY BOSTON COLLEGE REFUSED TO ACCOMODATE EMPLOYEES FOR RELIGIOUS OR MEDICAL REASONS?

9)WHY BOSTON COLLEGE DID NOT INFORM EMPLOYEES BEFORE SUBBMITION OF EXEMPTIONS THAT ACCOMODATING EMPLOYEES WOULD POSE AN UNDUE HARDSHIP?

10) DID BOSTON COLLEGE HAD INTENTIONS OF GRANTING EXEMPTIONS?

11)WHY BOSTON COLLEGE WAS COERCING EMPLOYEES TO GET VACCINATED?

12 )WHY BOSTON COLLEGE DID NOT DISCLOSE THAT VENDORS CONTRACTORS AND SUPLIERS ARE NOT REQUIRED TO BE VACCINATED?

13)DOES ANY OF THE PEOPLE NAMED BELOW HAVE ANY QUALIFICATION ,SKILLS,KNOWLEDGE,PRACTICE OR EXPERIANCE WITH A MEMBER OF THE FAITH OF THE BOGOMIL? (PLEASE PROVIDE DOCUMENTED INFORMATION)

JOHN T.BUTLER,ANTHONY PENNA,EDILMA HOSEIN REYES,PATRICIA LOWE,CHRISTINE LAFLAME,WILLIAM P.LEAHY,DAVID TRAINOR,

14) DID ANY OF THE PEOPLE NAMED ABOVE EVER MEET WITH ME ,OR REQUESTED TO MEET WITH ME AT ANY TIME TO DISCUSS MY EXEMPTION REQUEST DUE TO MY SINCERE HELD RELIGIOUS BELIEFS AS MEMBER OF THE FAITH OF BOGOMIL?

15) DO THE PEOPLE NAMED BELOW HAVE ANY QUALIFICATION ,SKILL,KNOWLEDGE,PRACTICE OR EXPERIANCE ON ETHNOBOTANY ?(FOLK MEDICINE)

DOUGLAS W.COMEAU,WELKIN E.JOHNSON,ROBERT J .NASCIMIENTO ,DAVID TRAINOR,EDILMA HOSEIN,PATRICIA LOWE,CHRISTINE LAFLAME.

16) DO THE PEOPLE NAMED ABOVE HAVE ANY QUALIFICATIONS,SKILLS,KNOWLEDGE,PRACTICE OR EXPERIANCE ON ETHNOBOTANY? (PLEASE PROVIDE DOCUMENTED INFORMATION).

17) WHAT BOSTON COLLEGE KNOWS ABOUT my BOGOMIL FAITH?

18) WERE THE BOGOMILS PERSECUTED BY THE CATHOLIC CHURCH?

INQUISITION,EXECUTION BY BURNING MEMBERS AT THE STAKE, FORCED RELIGIUS CONVERTION ?

19) ARE BOGOMILS STILL CONSIDERED HERETICS BY THE CATHOLIIC CHURCH?

20) DOES BOSTON COLLEGE AGREES WITH MY SINCERE RELIGIOUS HELD BELIEFS THAT I BELONG TO THE BOGOMIL FAITH?

21) DOES BOSTON COLLEGE AGREES THAT MY BODY IS A TEMPLE OF THE HOLY SPIRIT AND I HAVE THE DUTY AND OBLIGATION TO KEEP IT PURE FREE FROM FILTH?

22) DOES BOSTON COLLEGE AGREES THAT I SHOULD NOT TAKE ANY THING THAT RISKS MY HEALTH AND SPIRITUAL WELLBEING?

23) DOES BOSTON COLLEGE AGREE THAT I SHOULD RELY ONLY ON FOLK MEDICINE OF ETHNOBOTANY AND RELIGIOUS PRAYER FOR MY MEDICAL CARE?

24) DOES BOSTON COLLEGE AGREES THAT THE HOLY BIBLE IS THE WORD OF GOD AND IT SHOULD BE FOLLOWED?

25) DOES BOSTON COLLEGE AGREES THAT I SHOULD GLORIFY GOD IN MY BODY?

26) DOES BOSTON COLLEGE AGREES WE BELONG TO GOD?

**27)DOES BOSTON COLLEGE AGREES GOD HAS THE POWER OF HEALTH AND SICKNESS, LIFE AND DEATH?**

**28)DOES BOSTON COLLEGE AGREES ON THE LORDS LAW OF HEALTH, WHICH STATES AVOID ANYTHING HARMFUL TO YOUR BODY? (LEVICTUS 19)**

**29)DOES BOSTON COLLEGE AGREES THAT ETHNOBOTANY IS CONECTED TO THE HOLY BIBLE AND THE NEW TESTAMENT?**

**30)DOES BOSTON COLLEGE STILL HAVE A COVID MANDATE AS CONDITION OF EMPLOYMENT?**

**31)WAS I AT ANY POINT OFFERED MY POSITION BACK AT BOSTON COLLEGE?**

**32)DID BOSTON COLLEGE PROFITED FINANCILY DURING COVID 2020,21,23 ?**

**33)DID BOSTON COLLEGE INVEST IN ANY WAY ON COVID VACCINES ?**

**34)WHAT CORINTHIANS 6:19-20 SAY IN THE HOLY BIBLE?**

**35)IF THE ORIGINAL VACCINES WERE SAFE AND SECURE AGAINST COVID HOW COME THEY ARE NO LONGER AUTHORISED FOR USE BY THE FDA/CDC?**

**36)DID THE CDC,FDA,OSHA,MCDA,EEOC ORDERED BOSTON COLLEGE TO INVOLONTARY SEPARATE ME FROM MY JOB?**

**37)CAN BOSTON COLLEGE PROVE TO ME THAT MY TERMINATION WAS A PROMOTION AND NOT A PUNISHMENT?**

**38)CAN BOSTON COLLEGE PROVE THAT I DID NOT SUFFERED FINANCIALY AFTER LOOSING THAT INCLUDES LOST WAGES AND BENEFITS MY JOB AT BOSTON COLLEGE?**

**38)CAN BOSTON COLLEGE PROVE THAT I DID NOT SUFFERED MENTAL DISTRESS AS A RESULT NOT ONLY FIRING BUT ALSO FIGHTING IN COURTS,EEOC,MCDA ECT ALONE FOR JUSTICE?**

**39)CAN BOSTON COLLEGE PROVE THAT I WAS NOT DISCRIMINATED AGAINST MY NATIONAL ORIGINS FROM DAY ONE?**

**40)CAN BOSTON COLLEGE PROVE THAT I WAS TREATED FAIRLY BY BOSTON COLLEGE EMPLOYEES FROM DAY ONE?**

**41)CAN BOSTON COLLEGE PROVE THAT THEY DID NOT INVADE MY PRIVACY?**

**42)CAN BOSTON COLLEGE PROVE THAT I WAS PAID THE CORRECT RATE ON MY WAGES?**

**43)CAN BOSTON COLLEGE PROVE THAT I WAS PAID CORRECTLY ON THE DAY OF MY DISCHARGE?**

**44)CAN BOSTON COLLEGE PROVE THAT THEY DID NOT DISCRIMINATE,HARASSED,COERCED,RETALIATE,STOLE WAGES AND HOURS AND COMMITED PERJURY IN COURT ? CAUSE I CAN PROVE ALL THEM THINGS WITH FACTS.**

THANK YOU.

RESPECTFULLY AVENIR AGAJ.

AVENIR AGAJ

Signed: *AVENIR AGAJ*      Date 03/07/2025

14 PAUL STREET

BURLINGT0N

MA,01803

857-544-0780

Aviaga10@hotmail.com