# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVENIR AGAJ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON COLLEGE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:24-CV-10884-JEK |

## DEFENDANT TRUSTEES OF BOSTON COLLEGE'S OPPOSITION TO PLAINTIFF'S MOTION FOR <u>DISQUALIFICATION OF HONORABLE JENNIFER C. BOAL</u>

Defendant Trustees of Boston College ("Boston College") hereby opposes Plaintiff Avenir Agaj's ("Plaintiff" or "Agaj") Motion for Disqualification of Honorable Jennifer C. Boal. As grounds therefore, Boston College states that Plaintiff has not satisfied the standard or requirements for disqualification set forth in 28 U.S.C. § 455 and 28 U.S.C. § 144. Plaintiff's Motion for Disqualification cites no reason why Judge Boal's impartiality might reasonably be questioned, and does not set forth any evidence of personal bias or prejudice in this matter.

WHEREFORE, this Court should deny Plaintiff's Motion for Disqualification of Honorable Jennifer C. Boal.

[*Signature block appears on the following page*]

Respectfully submitted,

TRUSTEES OF BOSTON COLLEGE

By its attorneys,

/s/ Alan D. Rose
Alan D. Rose (BBO # 427280)
Meredith Wilson Doty (BBO # 652220)
Rose Law Partners LLP
One Beacon Street, 23rd Floor
Boston, Massachusetts 02108
Telephone: (617) 536-0040
Facsimile: (617) 536-4400
adr@rose-law.net
mwd@rose-law.net

Date: February 6, 2026

## CERTIFICATE OF SERVICE

I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

/s/ Alan D. Rose
Alan D. Rose

Date: February 6, 2026