# EXHIBIT   1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AVENIR AGAJ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-CV-10884-JEK |
| | ) | |
| BOSTON COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT BOSTON COLLEGE'S OBJECTIONS
### TO PLAINTIFF AVENIR AGAJ'S SECOND SET OF INTERROGATORIES
### AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 33 and 34, Defendant Boston College ("Boston College") hereby serves its objections to Plaintiff Avenir Agaj's ("Agaj" or "Plaintiff") Second Set of Interrogatories and Request for Production of Documents to Defendant (the "Second Requests").[1] On January 23, 2026, the Court denied Plaintiff's Motion to Extend Discovery, finding Plaintiff's Second Requests objectionable on several grounds and noncompliant with the Rules of Civil Procedure. ECF 130. That Order is set forth below.

ELECTRONIC ORDER entered denying 125 Motion for Extension of Time to Complete Discovery. Plaintiff Avenir Agaj moves to extend the fact discovery deadline to February 23, 2026, to pursue allegedly missing documents and obtain interrogatory responses. Judge Kobick previously extended the discovery deadline for Agaj's pursuit of missing documents. See Docket Nos. 112 , 127 at 4. As noted in a subsequent ruling, Agaj's former counsel has since filed two sworn affidavits from current and former paralegals asserting that all original documents were returned to Agaj and none remain in counsel's possession. Docket No. 118. Accordingly, an extension for this reason does not appear to be appropriate.

In addition, in one of his two reply memoranda, Agaj seeks for the first time to serve a second set of interrogatories. Docket No 128 -2. There are a number of

---

[1] Plaintiff titled his recently served discovery requests as his "First Set" but previously served his First Set of Interrogatories and First Set of Document Requests to Boston College on March 14, 2025. ECF 127, p. 2.

problems with this request. Setting aside that it is improper to file two reply
memoranda, the request to serve additional interrogatories should not appear for
the first time in a reply. Nevertheless, because Agaj is unrepresented, this Court
will not rule based on these reasons alone.

This Court notes, however, several additional issues that compel the denial of
Agaj's request to serve a second set of interrogatories. First, the request is
untimely. See Docket No. 54 . Second, the interrogatories exceed the twenty-five
request limit established by Local Rule 26.2(c). Agaj previously served a set of
interrogatories on March 14, 2025, to which Boston College responded on May 7,
2025. Docket No 127 at 2-3. In his second set, although Agaj intersperses new
interrogatory requests with document requests, the filing contains at least 44 new
interrogatories. Even without accounting for the previously answered
interrogatory requests, this second set alone exceeds the permitted limit. Docket
No. 128 -2 at 11-14. Finally, many of the interrogatories are not relevant nor
proportional to the needs of the case or are otherwise objectionable. Accordingly,
the motion is denied. To the extent that the motion also seeks to vacate the
protective order, or serve new document requests, those requests are also
denied. See Docket Nos. 117 , 126. (AHH) (Entered: 01/23/2026).

ECF 130.  Pursuant to the Court's Order, Boston College objects to all of Plaintiff Avenir Agaj's

[Second] Set of Interrogatories and Request for Production of Documents to Defendant Boston

College as it is not required to provide responses to such Requests.

> Respectfully submitted,
>
> BOSTON COLLEGE
>
> By its attorneys,
>
> /s/ Alan D. Rose
> Alan D. Rose (BBO # 427280)
> Meredith Wilson Doty (BBO # 652220)
> ROSE LAW PARTNERS LLP
> One Beacon Street, 23rd Floor
> Boston, Massachusetts 02108
> Telephone: (617) 536-0040
> Facsimile: (617) 536-4400
> adr@rose-law.net
> mwd@rose-law.net

Date: February 2, 2026

## CERTIFICATE OF SERVICE

I, Alan D. Rose, hereby certify that on February 2, 2026, a true copy of the above document was served to Plaintiff via email:

Avenir Agaj
14 Paul Street
Burlington, MA 01803
857-544-0780
aviaga10@hotmail.com

/s/ Alan D. Rose
Alan D. Rose

3