**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2025 MAR 16 PM 2:31

U.S. DISTRICT COURT
DISTRICT OF MASS.

_____

)
AVENIR AGAJ                    )
       **Plaintiff**        )
                              )
V.                            )    **Civil ACTION No. 1:24 –CV-10884-JEK**
                              )
BOSTON COLLEGE                )
                              )
       **Defendant**       )
                              )
_____)

**MOTION TO RECUSE HONORABLE JUDGE JULIA E . KOBICK**

**AND HER APPOINTED HONORABLE MAGISTRATE JUDGE JENNIFER C.BOAL**

FROM THE CASE HERE   NAMED ABOVE ,FOR THE   FACTS AND REASONS  OF GROSS
JUDICICAL MISCONDUCT WHICH INCLUDES IMPROPER EX-PARTE
COMMUNICATIONS PERSONAL,DUE PROCESS VIOLATION, PREJUDICE ,BIAS AND
COLLUSION WITH THE DEFENDANT BOSTON COLLEGE.

TO HONORABLE DISTRICT JUDGE JULIA E. KOBICK

AND HONORABLE MAGISTRATE JUDGE JENNIFER C.BOAL

PRO SE .

AVENIR AGAJ

**IN THE LIGHT OF THE DISCOVERY AND NEW EVIDENCE OBTAINED BY ME FROM THE COURT RECORDS (DOCKET SHEET LIST AND THE INTIRE COURT FILE) I PRO SE. LITIGANT PLAINTIFF AVENIR AGAJ REQUEST THE FOLLOWING WITH IMMIDIATE EFFECT:**

**1 ) THAT YOU, HONORABLE  JUDGE JULIA E. KOBICK RECUSE YOUR SELF AND YOUR APPOINTED JUDGE MAGISTRATE JENNIFER C. BOAL FROM THE CASE FOR THE FOR**

**REASONS:**

**BECAUSE OF GROSS JUDICICAL MISCONDUCT  (IMPROPER EXPARTE COMMUNICATIONS) AND COLLUSION WITH THE DEFENDANT BOSTON COLLEGE ,DUE PROCESS VIOLATION FOR FAILURE TO GIVE NOTICE OF PROCEEDINGS (WHICH IS A VIOLATION OF THE FITFTH  AMENDMENT S" DUE PROCESS CLAUSE" WHICH REQUIRES NOTICE AND OPPORTUNITY TO BE HEARD BIAS AND PREJUDICE AGAINST ME PRO SE PLAINTIFF AVENIR AGAJ.**

**Ethical Violations: Federal Judges must disqualify oneself when a conflict of interest exists, personal bias, prejudice or if their impartiality might reasonably be questioned according  to 28 u.s.c 455 .Communicating Improperly with only one side of a case IMPROPER  (Ex Parte communications), under 28 CFR § 76.15 -**

**IN THE CASE**

**AVENIR AGAJ  V BOSTON COLLEGE Civil ACTION No. 1:24 –CV-10884-JEK**

**AND REQUEST A NEW IMPARTIAL JUDGE BE ASSIGNED TO THIS CASE WITH NO CONNECTIONS TO THE DEFENDANT BOSTON COLLEGE OR CONFLICTS OF INTEREST.**

**2) THAT ALL THE ORDERS AND RULING ISSUED BY MAGISTRATE JUDGE JENNIFER C. BOAL AND JULIA E KOBICK BE VACATED AND VOID FROM 09/01/2025 UNTILL YESTERDAY 03/15/2026 UNDER RULE  60 (b) (6) ANY OTHER REASON:**

**This is a" catch -all "provision used for extraordinary circumstances where a judgment is unfair, including cases where the courts' actions prevented a party from participating.**

**LEGAL GROUNDS FOR RELIEF .**

**LACK OF NOTICE  CAUSED ME PLAINTIFF AVENIR AGAJ TO MISS A DEADLINEAS THEY WERE DONE WITHOUT ME BEEN INFORMED OR GIVEN A FAIR CHANCE OR HEARING TO RESPOND  AS A PARTY   REGARDING ALL THE FACTS (IMPROPER EXPARTE COMMUNICATIONS) I JUST DISCOVERED MORE EVIDENCE OF EX-PARTE COMMUNICATIONS BETWEEN MY FORMER ATTORNEY Mr JAY M.WOLMAN ,OPPOSING COUNSEL OF BOSTON COLLEGE,HONORABLE JUDGE JULIA KOBICK AND MAGISTRATE JUDGE HONORABLE JENNIFER C.BOAL THE WHICH ALL  COLLUDED PLOTTED TOGETHER AGAINST ME AS PLAINTIFF AND HAVE TRIED  INTENTIONALLY PREVENT TO FROM  PROVING MY CASE FOR RELIGIOUS DISCRIMINATION AND OTHER CLAIMS AGAINST BOSTON COLLEGE.**

**LEGAL STANDARD   /  PURSUANT,**

**Ex parte communications, defined as discussions between a judge and one party outside the presence of opposing counsel, are generally forbidden in federal court to ensure fairness and transparency, as outlined in 28 CFR § 76.15 AND**

**ABA Rule 2.9 and Canon 3 of the Code of Conduct for United States Judges**

**Exceptions include scheduling or administrative matters, provided no tactical advantage is gained. Violations can lead to disqualification or legal challenges.**

**Two primary statutes in Title 28 of the U.S. Code set the standards:
28 CFR § 76.15 - Ex parte communications.**

**RULE 2.2**

**IMPARTIALITY AND FAIRNESS.**

**§ 76.15 Ex parte communications.**

**(a) Generally. The JUDGE shall not consult with any PARTY attorney or person (except persons in the office of the Judge) on any legal or factual issue unless upon notice and opportunity for all parties to participate. No PARTY or attorney representing a PARTY shall communicate in any instance with the PARTY on any matter at issue in a case, unless notice and opportunity has been afforded for the other  PARTY to participate. This provision does not prohibit a PARTY or attorney from inquiring about the status of a case or asking questions concerning administrative functions or procedure.**

(b) Sanctions. A PARTY or participant who makes a prohibited Ex -Parte communication, or who encourages or solicits another to make any such communication, may be subject to any appropriate sanctions. An attorney who makes a prohibited ex parte communication, or who encourages or solicits another to make any such communication, may be subject to sanctions, including, but not limited to, exclusion from the proceedings.

SEE eg Strothers v Strothers

SEE also   People v. Bradshaw: Has the Appearance of

Impropriety Standard Supplanted the Requirement

of Demonstrating Prejudice in Ex Parte

Communications.

SEE  also TORRES V MADRID REVEALS ABOUT FACT BIAS IN CIVIL RIGHT CASES

SEE also eg Williams  v Pennsylvania (2016)

Legal Grounds for Recusal Based on Non-Disclosure
- **Appearance of Partiality:** Under 28 U.S.C. § 455(a), a judge must disqualify themselves if their impartiality might *reasonably* be questioned. Intentional concealment of facts suggests a lack of neutrality to an objective observer.
- **Personal Bias:** Under 28 U.S.C. § 144, if the failure to inform is part of a pattern showing favoritism toward the defendant or animosity toward the plaintiff, it can be framed as "personal bias or prejudice".
- **Due Process Violation:** Intentional failure to provide notice often violates the Due Process Clause of the U.S. Constitution, which requires a tribunal free from bias and ensures all parties have a fair opportunity to be heard


- 28 U.S.C. § 455: This broad statute requires any federal judge or magistrate to disqualify themselves in any proceeding where their "impartiality might reasonably be questioned". It covers specific conflicts such as personal bias, financial interests, or prior legal involvement in the case.

- 28 U.S.C. § 144: This specifically addresses actual bias or prejudice. It is triggered when a party files a "timely and sufficient" affidavit stating the judge has a personal bias against them or in favor of an adverse party.
- Common Grounds for Recusal
- Personal Bias: The judge has a personal prejudice concerning a party or personal knowledge of disputed facts.
- athleen M. Devlin, *Disqualification of Federal Judges - Third Circuit Orders District Judge James McGirr Kelly to Disqualify Himself so as to Preserve the Appearance of Justice under 28 U.S.C. 455*, 38 Vill. L. Rev. 1219 (1993).
- Available at: https://digitalcommons.law.villanova.edu/vlr/vol38/iss4/13
- 25.2A. PREJUDICE CONCERNING A PARTY, COUNSEL, OR THE EVIDENCE The most frequently litigated grounds of disqualification are those asserting that the judge has "a personal bias or prejudice concerning a party . . . [or] personal knowledge of disputed evidentiary facts concerning the matter in controversy."20 Generally, such disqualifying "personal" bias or "personal" knowledge must have an extrajudicial origin rather than arising from information gleaned or impressions formed in the performance of the judicial function.21 Thus, cases have held that recusal was not witness in the case in question) may disclose to the parties the basis for his or her disqualification and request that the parties consider a joint waiver of disqualification.
- If the claim is not asserted promptly, counsel will generally be found to have
- acquiesced in the judge's continued participation and will not be heard to raise the issue after the proceedings said in retrospect to have been tainted by judicial bias or prejudice. See, e.g.,
- Commonwealth v. Dane Entertainment Servs., 18 Mass. App. Ct. 446, 448 (1984);

- Edinburg v. Cavers, 22 Mass. App. Ct. 212, 217 (1986) (recusal after hearings begun only for Compelling reasons); Thomajanian v. Odabshian, 272 Mass. 19, 23–24 (1930). The Court suggested in Commonwealth v. Coyne, 372 Mass. 599, 601 (1977), and Commonwealth v. Zine, 52 Mass. App. Ct. 130, 133 (2001), that filing a waiver of jury trial after the denial of a motion to recuse may amount to a waiver of the motion. Also, when a judge discloses circumstances to counsel that he believes are not disqualifying but that he nonetheless wishes to make known so counsel may voice any objection they may have, an election not to object at that time will in all likelihood preclude later resurrection of the issue. See Thomajanian v. Odabshian, 272 Mass.

- 19, 24 (1930). The bringing of a motion to recuse pretrial may, therefore, be essential to protect the appellate record, for the defendant will not be heard to complain on appeal that prejudicial occurrences at trial were the product of bias and prejudice the grounds of which were known before trial, at least where those occurrences do not rise to the level of reversible error.
- On the other side of the waiver question, counsel may, after full disclosure by the court and consultation with the client, agree that the court may continue to participate in the proceeding, at least where the potentially disqualifying reasons do not fall within Canon
- See also 28 U.S.C. § 455(B)(1).
- 21 See, e.g., Commonwealth v. Adkinson, 442 Mass. 410, 415 (2004); Commonwealth v. Foster, 77 Mass. App. Ct. 444, 448 (2010) (citing Adkinson); Commonwealth v. Clerico, 35
- Mass. App. Ct. 407, 415 (1993) (citing Fogarty v. Commonwealth, 406 Mass. 103, 111 (1989));(citing Adkinson); Commonwealth v. Clerico, 35
- Mass. App. Ct. 407, 415 (1993) (citing Fogarty v. Commonwealth, 406 Mass. 103, 111 (1989));
- ; Commonwealth v. Gogan, 389 Mass. 255, 259 (1983); Commonwealth v.
- Leventhal, 364 Mass. 718, 722 (1974); Kennedy v. Justice of the Dist. Court, 356 Mass. 367,

source" factor applies to construction of 28 U.S.C. § 455(a); judicial rulings require recusal only when they evidence "such deep-seated favoritism or antagonism as would make fair judgment impossible"). While "personal" generally connotes bias or prejudice arising from a personal rather than a judicial basis, findings by a trial judge unsupported by the record are evidence that the judge has relied on extrajudicial sources in making such determinations, indicating personal bias and prejudice." Blizard v. Fielding, 454 F. Supp. 318, 321 (D. Mass. 1978), aff'd enquired despite judicial remarks highly critical of a party's prior conduct in the litigation;22 the judge's earlier expression of his opinion as to a matter to be decided;23 very damaging knowledge acquired by the judge while hearing pretrial motions24 or presiding at prior proceedings involving the same defendant;25 or exposure to otherwise inadmissible evidence.26 However, the fact that prejudicial knowledge was acquired by the judge in his judicial role is not dispositive:27 heightened sensibility is called for sub nom. Blizard v. Frechette, 601 F.2d 1217 (1st Cir. 1979).

**TRUE FACTS AND REASONING**

**ACCORDING TO THE DOCKET SHEET**

**1) On the 05/17/2024 i plaintiff AVENIR AGAJ filed a Motion to Recuse Honorable Judge Julia E. Kobick.**

**2) On the 05/23/2024 Ecf 15 that motion was denied by HONORABLE JUDGE JULIA.E KOBICK.**

**3)On 09/24/2025 HONORABLE JUDGE JULIA E. KOBICK Referred the case for FULL Pretrial with case management dispositive motions and reports and recommendations Motions Referred to Honorable Magistrate Judge Jennifer C .Boal ECF 114.**

**Now i have i naturally can make 2 observations regarding this facts.**

**1)Is clearly a fact that on the 05/17/2024 i gave the opportunity to HONORABLE JUDGE JULIA E .KOBICK to Recuse her self from the case at the early stage of the case and she clearly refused that means that she feels is COMPETENT and qualified to handle the case.**

**2)Yet , on 09/24/2026 She went and Referred the case to HONORABLE MAGISTRATE JUDGE JENNIFFER C.BOAL. without giving any explanation or making any conflicts of interest disclosures.**

**NOW**

**EITHER YOU HONORABLE JUDGE JULIA E.KOBICK ARE INCOMPETENT OR UNQUALIFIED,**

**OR SOME ONE ABOVE YOU HONORABLE JUDGE JULIA E.KOBICK HAS PUT PRESURE ON YOU TO REFERRE THE CASE TO HONORABLE MAGISTRATE JUDGE JENNIFFER C. BOAL CAUSE I DONT THINK IT WAS A MERE COINCIDENCE ACCORDING TO THE COURT RECORDS.**

**MY QUESTION TO YOU HONORABLE JULIA E KOBICK IS ,,,,,WHICH ONE IS IT?????**

**Because i am aware and i will argue that :**

**A JUDGE GENERALLY CANNOT HAND -- PICK A SPECIFIC FRIEND TO TAKE OVER THEIR CASE,AS THIS VIOLATES ETHICAL GUIDELINES REGARDING IMPARTIALITY AND THE**

APPERANCE OF IMPROPRIETY.WHILE CASES ARE FREQUENTLY REASSIGNED DUE TO ADMINISTRATIVE REASONS,ILLNESSES OR CONFLICTS OF INTEREST,THE NEW JUDGE IS TYPICALLY ASSIGNED THROUGHT COURT PROCEDURES,NOT PREFERENCE.

PROPER PROCEDURES: IF A JUDGE RECUSES THEMSELVES, THE CASE IS USUALLY TRANSFERRED THROUGH THE CLERKS OFFICE OR BY PRESIDING JUDGE TO ANOTHER JUDGE VIA RANDOM OR ESTABLISHED ADMINISTRATIVE.

VERY IMPORTANT!!!

"" THE JUDGES MUST AVOID LENDING PRESTIGE OF THEIR OFFICE TO ADVANCE THE PRIVATE INTEREST OF OTHERS, INCLUDING FRIENDS.""

AND IT WAS NOT A COINCIDENCE THAT HONORABLE MAGISTRATE JUDGE JENNIFER C.BOAL WAS ASSIGNED TO THIS CASE!!!!

FURTHERMORE, YOU BOTH HAVE NOT DISCLOSED ANY CONFLICTS OF INTEREST THUS FAR REGARDING THE CASE EVENTHOUGH I HAVE SPECIFICALY ASKED FOR DISCLOSURES FROM YOU BOTH.

VERY IMPORTANT!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

MOVING ON EX-PARTE COMMUNICATIONS FACTS.

I WILL DEMOSTRATE THAT BOTH HONORABLE DISTRICT JUDGE JULIA E.KOBICK  AND HONORABLE  MAGISTRATE JUDGE JENNIFER C.BOAL HAVE A PATTERN OF WILLFULLY FAILING TO ACT OR WITHHOLDING INFORMATION  LACK OF NOTICE AGAINST  ME THE PLAINTIFF AVENIR AGAJ.THIS FAILURE IS NOT JUST AN ERROR ,BUT RATHER INTENTIONAL,MALICIOUS MISCONDUCT TO FAVOR THE DEFENDANT BOSTON COLLEGE.

I CAME TO DISCOVER THAT EXPARTE COMMUNICATIONS BETWEEN MY FORMER ATTORNEY, OPPOSING COUNSEL OF BOSTON COLLEGE, DISTRICT JUDGE HONORABLE JULIA E. KOBICK AND HONORABLE MAGISTRATE JUDGE JENNIFER C. BOAL HAS TAKEN PLACE MUCH EARLIER AND LONGER THAN I THOUGHT .

HERE IS A TIMELINE  ON THE FACTS

**EXHIBIT #1 DOCKET SHEET.**

**On the 09/17/2026 according to the docket sheet my former attorney RANDAZZA LEGAL GROUP PLLC filed opposition Ecf 105,106**

**ECF 105 . Opposition re 96. MOTION to Compel filed by Randazza Legal Group PLLC.**

**Attachments #1 EXHIBIT A-Declaration of Cassidy Flavin,#2 Exhibit B- Declaration of Alison Gregoire (WOLMAN JAY)(ENTERED: 09/17/2025)**

**ECF 106**

**Opposition re 103 MOTION to DETERMINE and DISCHARGE Attorneys Lien Jay M. Wolman of Randazza Legal Group, PLLC filed by Randazza Legal Group PLLC. Attachments: #1 Exhibit A- Declaration of Jay M. Wolman (Wolman Jay) ( Entered:**

**09/17/2025)**

**VERY IMPORTANT!!!!**

**NOW I HAVE STATEMENTS TO MAKE REGARDING THESE ISSUES.**

**"I AVENIR AGAJ DECLARE UNDER PENALTY OF PERJURY THAT I DID NOT RECEIVE A COPY OF ECF 105,106   FILING BY RANDAZZA LEGAL GROUP BY ANY MEANS, AND THAT I DID NOT RECEIVE ANY NOTIFICATIONS BY THE COURTROOM CLERK OF DISTRICT JUDGE JULIA E. KOBICK, Ms .CURRIE HALEY REGARDING THIS FILING BY RANDAZZA LEGAL GROUP FILED ON 09/17/2026."**

**QUESTION?**

**WHY THE COURTROOM CLERK OF DISTRICT JUDGE JULIA E. KOBICK, Ms .CURRIE HALEY FAILED TO NOTIFY ME THE PLAINTIFF AVENIR AGAJ?**

**WHY MY FORMER ATTORNEY FAILED TO PROVIDE ME A COPY OF THE FILINGS?**

**WHY WAS HE ALLOWED TO COMMIT PURJURY IN COURT WITH HIS STATEMENT?**

WHY THE COURT DID NOT SANCIONED HIM FOR COMMITING THE OFFENCE OF PERJURY ?

WHY THE COURT DID NOT COMPEL HIM TO DISCLOSE ALL THE COMMUNICATIONS WITH THE OPPOSING COUNSEL OF BOSTON COLLEGE?

WHY WAS HE ALLOWED TO VIOLATE FCP 5.

WHY WAS THIS FILING REFERRED AND CONSIDERED BU THE JUDGE WITHOUT MY KNOWLEDGE?

WHY MY FORMER ATTORNEY Mr .JAY M .WOLMAN DISCLOSES ONLY THE RESULT NOT THE REASON FOR ATTORNEY –CLIENT BREAK DOWN RELATION?

Dont YOU THINK THE  TRUE  REASON FOR BREAK DOWN ATTORNEY – CLIENT THE FACT STATED BY ME   COLLUSION AND BRIBERY WITH THE OPPOSING COUNSEL OF BOSTON COLLEGE?

1)    CLERICAL ERROR?????

MOREOVER

On the 09/23/2025.    ECF 107 Transcript of status conference held on September 10, 2025. Before Judge Julia E Kobick. Court Reporter Ms Catherine Zelinski.

Redaction Request due 10/14/2025. Redacted Transcript Deadline set for

10/24/2025.

Release of Transcript Restrictions set for 12/22/2025.ENTERED: 09/23/2025

AGAIN,   I AVENIR AGAJ DECLARE UNDER PENALY OF PERJURY THAT I DID NOT RECEIVE ANY NOTIFICATION BY THE COURTROOM CLERK OF HONORABLE DISTRICT JUDGE JULIA E. KOBICK,  Ms HALEY CURRIE REGARDING  ECF 107

ENTERED BY THE COURT ON  THE 09/23/2025.

QUESTIONS!!!

**WHY THE COURTROOM CLERK OF DISTRICT JUDGE JULIA E. KOBICK, Ms .CURRIE HALEY FAILED TO NOTIFY ME THE PLAINTIFF AVENIR AGAJ?**

**DO I HAVE THE RIGHT TO BE INFORMED?**

**2)     CLERICAL ERROR??????**

**ECF 108**

**NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in above-captioned matter.**

**Counsel are referred to the court transcript redaction policy available on the courts website DRK ENTERED : 09/23/2026.**

**I AVENIR AGAJ DECLARE UNDER PENALY OF PERJURY THAT I DID NOT RECEIVE ANY NOTIFICATION BY THE  COURTROOM CLERK OF HONORABLE DISTRICT JUDGE JULIA E. KOBICK, Ms HALEY CURRIE REGARDING ECF 108**

**ENTERED BY THE COURT ON THE 09/23/2025.**

**QUESTIONS!!!!**

**WHY THE COURTROOM CLERK OF DISTRICT JUDGE JULIA E. KOBICK, Ms .CURRIE HALEY FAILED TO NOTIFY ME THE PLAINTIFF AVENIR AGAJ?**

**3)     CLERICAL ERROR ??????**

**VERY IMPORTANT FACT!!!!**

**On 09/23/2025**

**Ecf 109 .     MOTION to Strike 97 MOTION Void Protective Order re 68 Joint MOTION for Protective Order,103 MOTION to Determine and Discharge Attorneys Lien Jay M. Wolman of Randazza Legal Group PLLC,91 Letter/Request (non-motion) 104 Affidavit in Support of Motion by Boston College. (Rose, Alan) (Entered: 09/23/2025)**

**Ecf 110.     MEMORANDUM in Support re 109 MOTION to Strike 97.MOTION Void the Protective Order re 68 Joint MOTION for Protective Order,103 MOTION to Determine**

and Discharge Attorneys Lien Jay M. Wolman of Randazza Legal Group ,PLLC, Letter/ Request (non-motion filed by Boston College. Attachements #1 Exhibit 1(Rose Alan)

ENTERED:09/23/2025

Ecf 111 . Opposition re 97 MOTION Void the Protective Order re 68 Joint MOTION for Protective Order filed by Boston College. ROSE ALAN ENTERED :09/23/2025

I AVENIR AGAJ DECLARE UNDER PENALTY OF PERJURY THAT I DID NOT RECEIVE BY ANY MEANS A COPY OF THE DOCUMENTS OF  ECF 109,110.111 FROM BOSTON COLLEGE COUNSEL Mr Rose Alan FILED ON 09/23/2023

I AVENIR AGAJ DECLARE UNDER PENALY OF PERJURY THAT I DID NOT RECEIVE ANY NOTIFICATION BY THE COURTROOM CLERK OF HONORABLE DISTRICT JUDGE JULIA E. KOBICK,  Ms HALEY CURRIE REGARDING ECF  109,110,111

ENTERED BY THE COURT ON THE 09/23/2025.

QUESTION!!!!!

WHY THE COURTROOM CLERK OF DISTRICT JUDGE JULIA E. KOBICK, Ms .CURRIE HALEY FAILED TO NOTIFY ME THE PLAINTIFF AVENIR AGAJ?

WHY THE COURT HAS NOT SANCTIONED THE OPPOSING COUNSEL OF BOSTON COLLEGE  FOR  INTENTIONALLY VIOLATING  OF RULE 5 FEDERAL CIVIL PROCEDURES SERVING AND FILINGS PLEADINGS .

WHAT INTEREST HAVE THE DEFENDANT BOSTON COLLEGE TO DEFEND AND FILE IN SUPPORT OF AN OPPOSING COUNSEL LIENS UNLESS HE WAS WORKING FOR THEM?

WHY THE COURT HAS CONSIDERED AND MADE A RULING WHITHOUT MY KNOWLEDGE AS PLAINTIFF REGARDING THIS FILINGS BY BOSTON COLLEGE?

WHY THE COURT HAS PROVIDED TACTICAL ADVANTAGE TO THE DEFENDANT BOSTON COLLEGE?

WHY WOULD THE JUDGES NOT DISCLOSE CONFLICTS OF INTEREST WITH BOSTON COLLEGE AND ANY ASSOCIATES?

4)    CLERICAL ERROR????????

On the 09/24/2025 Ecf 112,114, was entered by District Judge JULIA E.KOBICK

And i was sent a e-mail copy of Ecf 113 AND Ecf 115 to me by the Court Clerk Ms Haley Currie.

QUESTIONS!!!!

WHY I WAS CONTACTED BY THE COURTROOM CLERK OF DISTRICT JUDGE JULIA E. KOBICK, Ms .CURRIE HALEY ONLY WHEN IT SERVES PURPOSE TO HER ?

DID YOU REALLY THINK YOU WOULD GET AWAY WITH IT?

DID YOU REALLY THINK I WOULD NOT FIND OUT?

WHY HONORABLE JUDGE JULIA E.KOBICK DOES NOT RECOGNISE THE INTENTIONAL ERRORS COMMITED FROM HER OWN CLERK UNDER HER ORDERS?

WHAT ORDERS DID HONORABLE DISTRICT JUDGE GIVE TO HER CLERK Ms .HALEY CURRIE REGARDING COMMUNICATIONS WITH ME THE PLAINTIFF AVENIR AGAJ?

MOVING ON

On the 11/12/2025 Ecf 116 Magistrate Judge Jennifer C.BOAL:ORDER entered DENYING 103 Motion to Determine and Discharge Attorneys Lien( AHH)(Entered: 11/12/2025)

On the 11/12/2025 Ecf 117 Magistrate Judge Jennifer C. BOAL :ORDER entered DENYING 97 Motion to Void Protective Order (AHH) ( Entered 11/12/2025)

On the 11/12/2025 Ecf 118 Magistrate Judge Jennifer C.BOAL :ELECTRONIC ORDER entered GRANTING in part and DENYING in part 96 Motion to Compel.

I AVENIR AGAJ DECLARE UNDER PENALY OF PERJURY THAT I DID NOT RECEIVE ANY NOTIFICATIONS OR DOCUMENTS BY THE COURTROOM DEPUTY CLERK TO THE HONORABLE MAGISTRATE JUDGE JENNIFER C.BOAL Mr Aaron Hutchins, Esq. ON THE DAY OF THE FILING 11/12/2025 FOR ECF 116,117,118

On the 11/21/2025 Ecf 119 Magistrate Judge Jennifer C.BOAL: ELECTRONIC ORDER entered DENYING 109 MOTION to STRIKE.

I AVENIR AGAJ DECLARE UNDER PENALY OF PERJURY THAT I DID NOT RECEIVE ANY NOTIFICATIONS OR DOCUMENTS BY THE COURTROOM DEPUTY CLERK TO THE HONORABLE MAGISTRATE JUDGE JENNIFER C.BOAL Mr Aaron Hutchins, Esq. ON THE DAY OF THE FILING 11/21/2025 FOR ECF 119.

QUESTIONS!!!!!

1) HOW COME THAT COURTROOM DEPUTY CLERK TO THE HONORABLE MAGISTRATE JUDGE JENNIFER C.BOAL Mr Aaron Hutchins, Esq.CLAIMS THAT THE COURT WAS NOT AWARE THAT YOU HAD NOT RECEIVED DOCUMENTATIONS ?

2)WHY HE IS PLAYING DUMB????

3)WHO IS HE PROTECTING?

4)WHAT IS THE JOB OF THE COURTROOM DEPUTY CLERK TO THE HONORABLE MAGISTRATE JUDGE JENNIFER C.BOAL Mr Aaron Hutchins, Esq STATE YOUR BUSINESS?

5)FOR HOW LONG THE COURTROOM DEPUTY CLERK TO THE HONORABLE MAGISTRATE JUDGE JENNIFER C.BOAL Mr Aaron Hutchins, Esq. HAD THE INTENTION TO NOT INFORM ME?

6)DID THE HONORABLE MAGISTRATE JUDGE JENNIFER C.BOAL HAD THE INTENTION TO DISMISS MY CASE ON THE GROUNDS OF ABANDOMENT?

7)WHY THE COURTROOM DEPUTY CLERK TO THE HONORABLE MAGISTRATE JUDGE JENNIFER C.BOAL Mr Aaron Hutchins, Esq. DID NOT NOTIFY ME PLAINTIFF IN A TIMELY MANNER REGARDING THESE ORDERS AND FILINGS?

8)Why the court failed to inform me for 2 months?

**9)Why the Mr .Aaron Hutchins, Esq. Courtroom Deputy to the Hon. Jennifer C. Boal United States District Court District of Massachusetts is not hold accountable for his actions failing to inform me as a party?**

**10)What objective does this court have regarding my case is it TRUTH AND JUSTICE OR CORRUPTION AND BRIBERY?**

**11)Why the court has not provided me with a credible explanation regarding the matter regarding proceeding Ex-Parte**

**12)Why the court has not apologized to me for tort suffered as plaintiff?**

**13)Why you honorable magistrate judge JENNIFER C.  BOAL , Aaron Hutchins, Esq. Courtroom Deputy to the Hon. Jennifer C. Boal United States District Court District of Massachusetts have not disclosed CONFLICTS OF INTEREST on this case?**

**14)Why you have created intentionally prejudice against me as plaintiff?**

**15)Why you have dismissed my lawfully requests to compel my former attorney RGL and opposing counsel E-MAIL Exchanges?**

**16)Why  you consider my requests though motions untimely even if they are made within and well before the deadlines and according to the rules.**

**17)Why YOU refuse to consider my evidence on this case and side defendant counsel and my former counsel?**

**18)Why i am not treated by the court with fairness and egality?**

**19 )Why the court has not apologized to me for tort suffered as plaintiff?**

**20)Why does the court not abide by her own rules FEDERAL RULES  OF CIVIL PROCEDURE 5/26/37**

**21) Why the Honorable Judge JULIA E .KOBICK and Honorable Magistrate Judge JENNIFER C.BOAL  has not granted me access to PACER system as previously requested by me is my right under court rules  ?**

22)Why i have to wait 5 days for your letter for the order to arrive?

23)DID YOU REALLY THINK YOU WOULD GET AWAY WITH IT?

24)DID YOU REALLY THINK I WOULD NOT FIND OUT?

25)WHY HONORABLE JUDGE MAGISTRATE JENNIFER C. BOAL DOES NOT RECOGNISE THE INTENTIONAL ERRORS COMMITED FROM HER OWN CLERK UNDER HER ORDERS?

26)WHAT ORDERS DID HONORABLE MAGISTRATE JUDGE JENNIFER C.BOAL GIVE TO HER CLERK Ms .HALEY CURRIE REGARDING COMMUNICATIONS WITH ME THE PLAINTIFF AVENIR AGAJ?

27)WHERE ARE MY ANSWERS?????

### 5)   CLERICAL ERROR?????????

On the 12/17/2025 Ecf 122 NOTICE by Randazza Legal Group, PLLC re 105 Opposition to Motion (Attachements :#1 Exhibit 1 – Declaration of Rachel Sinclair,#2 Exhibit 2-Declaration of Cassidy Flawin #3 Exhibit 3- Declaration of Jay Wolman( Wolman Jay ) (Entered: 12/17/2025)

I AVENIR AGAJ affirm that a copy of Ecf 122 was mailed to me by Randazza Legal Group and in the package included were my original paystubs from Boston College.

QUESTIONS???

JUST LIKE MAGIC YOU HAPPEND TO FIND SOME OF MY MISSING DOCUMENTS?

WHY DID YOU COMMIT PERJURY ON YOUR SWORN DECLARATIONS?

WHERE IS THE REST OF THE MISSING DOCUMENTS?

WHAT HAVE YOU DONE WITH THE MISSING DOCUMENTS?

**WERE THEY DESTROYED AND BY WHO?**

**WHY ARE YOU BLAMING YOUR FORMER EMPLOYEES?**

**HOW MUCH DID BOSTON COLLEGE PAY TO WORK FOR THEM?**

**IS IT TRUE WHEN I ASKED YOU MY FORMER ATTORNEY MR JAY M. WOLMAN WHICH WAS MORE IMPORTANT TO YOU JUSTICE OR MONEY YOU RESPONDED MONEY?**

**On the 02/09/2026  Ecf 134. Copy re 133 Order on Motion to Disqualify Judge mailed to Avenir Agaj and emailed to the address on the docket on 02/09/2026.**

**(JAM) (ENTERED: 02/09/2026)**

**I AVENIR AGAJ DECLARE UNDER PENALY OF PERJURY THAT HAVE NOT  RECEIVED EMAILED COPY OF  ECF 133 DOCUMENT BY THE COURTROOM DEPUTY CLERK TO THE HONORABLE MAGISTRATE JUDGE JENNIFER  C.BOAL Mr  Aaron Hutchins, Esq.  ON THE DAY OF THE FILING  02/09/2026 FOR  ECF  133.**

**EXHIBIT 2**

**Good morning Mr.**

**Aaron Hutchins, Esq.**
**Courtroom Deputy to the Hon. Jennifer C. Boal**
**United States District Court**
**District of Massachusetts**

**Case Name:    Agaj v. Boston College**

**I received the documents You mailed Saturday December 20 /2025 .**
   **I have a few questions to Ask!**

Why i was NOT informed by you or the court for the decisions taken by Honorable Judge Jennifer C.Boal on November 12/2025.

Please Explain in Detail why i was treated improperly EXPARTE (in writing please)????

Can you also confirm that i have NOT been contacted or informed in any way by the United States District Court of Massachusetts from September 24 till December 15 /2025.

It looks to me that a lot of things have happened and i was not given the opportunity to respond .

Looking forward to hear from you! Thank you

Best Regards.

Avenir Agaj

**Response e-mail**

Dear Avenir Agaj,

The court was not aware that you had not received documentation until you brought it to our attention.

The court will ensure you receive any future correspondence/orders issued by the Court.

Aaron Hutchins, Esq.

Courtroom Deputy to the Hon. Jennifer C. Boal

United States District Court

District of Massachusetts

1 Courthouse Way - Suite 2325

Boston, MA 02210

(617) 748-9238

Judge Boal denied Agaj's motion for her disqualification under 28 U.S.C. §§ 144 and 455(a), concluding that his allegations failed to establish a sufficient basis for recusal because they lacked evidence of personal bias or prejudice and instead appeared to rest solely on an unfavorable judicial ruling and a corrected clerical error. ECF 133. Agaj contends that Judge Boal's order is both clearly erroneous and contrary to law because "all the ruling orders were based on intentional bias and prejudice" and because she "is unfit to continue and handle this case." ECF [135], at 7. He insists, in part, that she has "refus[ed] to answer or disclose information . . . When, as here, a magistrate judge

decides a non-dispositive motion, the district judge may, given a timely appeal, set aside the order if it is clearly erroneous or is contrary to law. Pergarding the so called (clerical error)." Id. But Judge Boal expressly addressed the clerical error in her denial of Agaj's motion, explaining that the error has been resolved such that no prejudice resulted.

**ANSWER**

**NOT TRUE FACT I AVENIR AGAJ STRONGLY OBJECT TO THIS COMMENT!**

**I WAS THE ONE THAT COUGHT YOU IN THE ACT ,IF IT WASNT FOR ME YOU HAN CLEARLY NO INTENTION OF CONTACTING ME AND YOUR GOAL PROBABLY WAS TO DISMISS MY CASE ON THE GROUNDS OF ABANDOMENT!**

**THE PROBLEM HAS NOT BEEN RESOLVED!!!!!!!!**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**District of Massachusetts**

**Notice of Electronic Filing**

The following transaction was entered on 2/9/2026 at 1:49 PM EST and filed on 2/9/2026

| | |
|---|---|
| **Case Name:** | Agaj v. Boston College |
| **Case Number:** | 1:24-cv-10884-JEK |
| **Filer:** | |
| **Document Number:** | 134(No document attached) |

**Docket Text:**
Copy re [133] Order on Motion to Disqualify Judge mailed to Avenir Agaj and emailed to Avenir Agaj to the email address on the docket on 2/9/2026. (JAM)

**1:24-cv-10884-JEK Notice has been electronically mailed to:**

Alan D. Rose, Sr    adr@rose-law.net

Meredith Wilson Doty    mwd@rose-law.net

Avenir Agaj    aviaga10@hotmail.com

**1:24-cv-10884-JEK Notice will not be electronically mailed to:**

**YOU ARE MAKING FALSE REPRESANTATION.**

**Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**NOW WHERE IS MY FREE ELECTRONIC COPY OF ALL DOCUMENTS FILED ELECTRONACALLY?**

**WHY I HAVE TO WAIT 5 DAYS TO GET THE LETTER THROUGH MAIL RESULTING IN A DELAY AND DISMISAL FOR FILING IN UNTIMELY MATTER.**

**NO PACER ACCESS GRANTED TO ME PLAINTIFF AVENIR AGAJ  WHY BECAUSE YOU WANT TO CONTINUE TO PROCEED EX-PARTE!**

**FUTHER ...**

**FALSE REPRESENTATION MADE ON ORDERS  BY HONORABLE MAGISTRATE JUDGE JENNIFER BOAL**

**1) HONORABLE JUDGE MAGISTRATE JENNIFER C.BOAL  MADE THIS FALSE REPRESANTATION  WHEN SHE STATES  THAT ONLY :THIS COURT NOTES THAT JUDGE KOBICK REMAINS ASSIGNED TO THE CASE AND HAS ONLY REFFERD PORTIONS OF THE CASE TO ME.DOCKET 114 . ECF 133 .PART OF THE CASE HAS**

BEEN REFERRED TO HER BY HONORABLE JUDGE JULIA E KOBICK BECAUSE WHEN IN TRUTH I HAVE ASKED CLERK CURRIE HALEY SHE SAYS THAT THE WHOLE CASE WAS WITH HONORABLE MAGISTRATE JENNIFER C.BOAL Ecf 133

ONE OF YOU IS LYING!!!

NEVER THE LESS AS STATED EARLIER YOU DONT JUS ASSIGNE A CASE TO SOMEONE ESPECIALLY FRIENDS,THAT IS A CONFLICT OF INTERES.


EXHIBIT 3

Ecf 133, emails avenir agaj clerk CURRIE HALEY


2) FALSE REPRESANTATION MADE BY  HONORABLE  MAGISTRATE JUDGE JENNIFER C.BOAL

ECF 97 .Ecf  111 at 4 ORDER ON PLAINTIFF  MOTION TO VOID PROTECTIVE ORDER

IF THIS COURT WERE TO VACATE THE PROTECTIVE ORDER NOW IT WOULD UNFAIRLY  PREJUDICE BOSTON COLLEGE.

"IN CONTRAST AGAJ SUFFERS LITTLE PREJUDICE"DATED NOVEMBER 12 ,2025

YOU CLAIMED THAT I DID NOT SUFFER PREJUDICE???? Ecf 117.


3) FALSE REPRESANTATION MADE BY  HONORABLE  MAGISTRATE JUDGE JENNIFER C.BOAL WHERE  SHE STATED DOCKET 133 DATED 02/09/2026 .AGAJ OF COURSE MAY APPEAL ANY RULING MADEBY THIS COURT TO JUDGE KOBICK  BY FILING AN OBJECTION (JAM)

THAT IS COMPLETELY FALSE BECAUSE AS YOU KNOW AND I KNOW NOW I SHOULD REFERRE TO APPEAL COURT AND NOT YOUR FRIEND HONORABLE DISCTRICT JUDGE JULIA E.KOBICK
Legal Recourse for the Plaintiff.
  - Appeal: The primary remedy is to file an appeal with a higher court based on a "due process violation" or "error of law," arguing that the lack of notice prevented a fair trial.
  - Motion for Relief from Judgment (Rule 60): In civil cases, a party can file a motion to set aside a judgment due to fraud, misrepresentation, or misconduct by an opposing party or the court.

- **Motion to Vacate Default Judgment: If the lack of information led to a default judgment against the plaintiff, they can move to vacate it.**
- **Mandamus Petition: In extreme cases, a petition for a writ of mandamus can be filed to command a lower court to perform its mandatory duties.**

**Hello Ms clerk Haley Currie**
**Avenir Agaj here .How are you today . I was browsing the internet and came across this information regarding a motion denial. ORDER ON PLAINTIFF'S MOTION**
**November 12, 2025**
**Boal, M.J. TO VOID PROTECTIVE ORDER**
**[Docket No. 97]**

**Unrepresented Plaintiff Avenir Agaj has moved to void the protective order in this case Civil Action No. 24-CV-10884-JEK**
**1)**

**For the following reasons, I deny the motion. by the Honorable /s/ Jennifer C. Boal**
**JENNIFER C. BOAL**
**U.S. MAGISTRATE JUDGE**
**I have a question why   the court failed to inform me about it??? Would you be able to send me the certificate of service regarding this document or any other documents filed.**

**2 ) I would like to receive the complete list of all the filings ECF of documents from August 2025 up until today 12/15/2025.**
**I have not received any correspondence from the defendant Boston College or the US District Court since September 2025.**
**Looking forward to hear from you.**

**Thank you!**
**Have a great day.**
**Best**
**Avenir Agaj**

Hi Mr. Agaj,

As noted at ECF 114 – this case was referred to Magistrate Judge Boal's session. I am cc'ing her clerk here because the case is not with Judge Kobick at this time. He will be able to help you.
Good morning  Mr.
Aaron Hutchins, Esq.
Courtroom Deputy to the Hon. Jennifer C. Boal
United States District Court
District of Massachusetts

| | |
|---|---|
| **Case Name:** | **Agaj v. Boston College** |
| **Case Number:** | **1:24-cv-10884-JEK** |

I received the documents You mailed Saturday December 20 /2025 .
I have a few questions to Ask!

> Why i was NOT informed by you or the court for the decisions taken by
> Honorable Judge Jennifer C.Boal on November 12/2025.
> Please Explain in Detail why i was treated EXPARTE (in writing please )????
> Can you also confirm that i have NOT been contacted or informed in any way by
> the United States District Court of Massachusetts from September 24 till
> December 15 /2025.
> It looks to me that a lot of things have happened and i was not given the
> opportunity to respond.
>
> I look forward to hearing from you! Thank you
> Best Regards.
> Avenir Agaj

Avenir Agaj,

The court was not aware that you had not received documentation until you brought it to our attention.

**The court will ensure you receive any future correspondence/orders issued by the Court.**

---

**Aaron Hutchins, Esq.**

**Courtroom Deputy to the Hon. Jennifer C. Boal**

**United States District Court**

**District of Massachusetts**

**1 Courthouse Way - Suite 2325**

**Boston, MA 02210**

**(617) 748-9238**

**ATTENTION !!!!!!**

**""""""Good morning Mr. Agaj,**
**This entire case is with Magistrate Judge Boal. Although both sessions are notified of the motion because of the entry on the docket, your filing at ECF 135 is a motion with Judge Boal, not Judge Kobick. A ruling will be made on that motion by Judge Boal.""""""**

**Good morning Mr. Agaj,**

**I was incorrect that Judge Boal would be handling this motion. Judge Kobick has entered the following order. I have put a copy of this in the mail to your address as well. thank you.**

**IN CONCLUSION AND TO PUT IN IT IN PROSPECTIVE  REQUEST THAT YOU BOTH HONORABLE DISTRICT JUDGE JULIA E. KOBICK AND HONORABLE MAGISTRATE JUDGE JENNIFER C. BOAL THAT YOU RECUSE YOUR SELFS FROM THIS CASE !**
**AS YOU WERE COUGHT IN THE ACT AND INTENTIONALLY VIOLATED MY CONSTITUTIONAL RIGHT OF DUE PROCESS DURING A CRITICAL PHASE OF THIS PROCEEDINGS AND HAVE SIDET WITH THE DEFENDANT BOSTN COLLEGE AS THE EVIDENCE PRESENTED PROVES!?!?**
**NOW YOU CAN DO HONORABLE OR THE DISHONORABLE THING.**
**EITHER WAY YOU KNOW WHAT IS COMMING NEXT!**
**I AM NOT DONE!!!!**

**THANK YOU, BEST REGARDS,**

**RESPECTFULLY SUBMITTED**
**FOR HONORABLE DISTRICT**
**JUDGE JULIA E. KOBICK**
**AND HONORABLE MAGISTRATE JUDGE**

**JENNIFER C.BOAL.**

**PRO SE.**

**AVENIR AGAJ.**

**Signed:** *A VÉNi R A GAj*     **Date 03/16/2026**

**14 PAUL STREET**

**BURLINGT0N**

**MA,01803**

**857-544-0780**

**Aviaga10@hotmail.com**