# EXHIBIT   3

## RE: 1:24-cv-10884-JEK Agaj v. Boston College

---

**From:** Haley Currie

Haley_Currie@mad.uscourts.gov

**To:** Ave Aga aviaga10@hotmail.com

**Cc:** Aaron Hutchins

Aaron_Hutchins@mad.uscourts.gov

**Sent:** Tuesday, December 16, 2025 at 7:54 AM

Hi Mr. Agaj,

As noted at ECF 114 – this case was referred to Magistrate Judge Boal's session. I am cc'ing her clerk here because the case is not with Judge Kobick at this time. He will be able to help you.



**Haley Currie**

Clerk's Office

United States District Court - Massachusetts

One Courthouse Way, Suite 2300 Boston, MA 02210

**From:** Ave Aga

<aviaga10@hotmail.com>

**Sent:** Monday, December 15, 2025

**To:** Haley Currie
<Haley_Currie@mad.uscourts.gov>

**Subject:** Re: 1:24-cv-10884-JEK Agaj v. Boston College

**CAUTION - EXTERNAL:**

Hello Ms clerk Haley Currie Avenir Agaj here .How are you today . I was browsing the internet and came across this information regarding an motion denial. ORDER ON PLAINTIFF'S MOTION TO VOID PROTECTIVE ORDER [Docket No. 97] November 12, 2025 Boal, M.J. Unrepresented Plaintiff Avenir Agaj has moved to void the protective order in this case Civil Action No. 24-CV-10884-JEK 1)

For the following reasons, I deny the motion. by the Honorable /s/ Jennifer C. Boal JENNIFER C. BOAL U.S. MAGISTRATE JUDGE

I have a question why the court failed to inform me about it??? Would you be able to send me the certificate of service regarding this document or any other documents filed.

2 ) I would like to receive the complete list of all the filings ECF of documents from August 2025 up until today 12/15/2025. I have not received any correspondence from the defendant Boston College or the US District Court since September 2025. Looking forward to hear from you.

Thank you!
Have a great day.
Best
Avenir Agaj

Get Outlook for Android

_____

**From:** Haley Currie <Haley_Currie@mad.uscourts.gov>

**Sent:** Wednesday, September 24, 2025 5:07:33 PM

**To:** Ave Aga <aviaga10@hotmail.com>

# Activity in Case 1:24-cv-10884-JEK Agaj v. Boston College Copy Mailed

---

**From:** ECFnotice@mad.uscourts.gov
ECFnotice@mad.uscourts.gov
**To:** CourtCopy@mad.uscourts.gov
CourtCopy@mad.uscourts.gov
**Sent:** Monday, February 9 at 1:50 PM


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 2/9/2026 at 1:49 PM EST and filed on 2/9/2026

**Case Name:** Agaj v. Boston College

**Case Number:** 1:24-cv-10884-JEK

**Filer:**

**Document Number:** 134(No document attached)

**Docket Text:**
**Copy re [133] Order on Motion to Disqualify Judge mailed to Avenir Agaj and emailed to Avenir Agaj to the email address on the docket on 2/9/2026. (JAM)**

**1:24-cv-10884-JEK Notice has been electronically mailed to:**

Alan D. Rose, Sr    adr@rose-law.net

Meredith Wilson Doty    mwd@rose-law.net

Avenir Agaj    aviaga10@hotmail.com

Notice will not be electronically mailed to:

# RE: Good morning!

_____

**From:** Aaron Hutchins
Aaron_Hutchins@mad.uscourts.gov
**To:** Ave Aga aviaga10@hotmail.com
**Sent:** Monday, December 22, 2025 at
9:35 AM

Avenir Agaj,

The court was not aware that you had not
received documentation until you brought
it to our attention.

The court will ensure you receive any
future correspondence/orders issued by
the Court.

---
**Aaron Hutchins, Esq.**
**Courtroom Deputy to the Hon.**
**Jennifer C. Boal**
**United States District Court**
**District of Massachusetts**
**1 Courthouse Way - Suite 2325**
**Boston, MA 02210**
**(617) 748-9238**

**From:** Ave Aga <aviaga10@hotmail.com>
**Sent:** Monday, December 22, 2025 9:31 AM
**To:** Aaron Hutchins

<Aaron_Hutchins@mad.uscourts.gov>

**Subject:** Good morning!

**CAUTION - EXTERNAL:**


Good morning  Mr.

**Aaron Hutchins, Esq.**

**Courtroom Deputy to the Hon.**

**Jennifer C. Boal**

**United States District Court**

**District of Massachusetts**


**Case Name:**    Agaj v. Boston College

**Case Number:** 1:24-cv-10884-JEK


I received the documents You mailed Saturday December 20 /2025 .
I have a few questions to Ask!

1. Why i was NOT informed by you or the court for the decisions taken by Honorable Judge Jennifer C.Boal on November 12/2025.

2. Please Explain in Detail why i was treated EXPARTE (in writing please )????

3. Can you also confirm that i have NOT been contacted or informed in any way by the United States District Court of Massachusetts from September 24 till December 15 /2025.

4. It looks to me that a lot of things have happened and i was not given the opportunity to respond .

5.

6. Looking forward to hear from you!
Thank you

7. Best Regards.

8. Avenir Agaj

Get Outlook for Android

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.