# EXHIBIT 2

## RE: Good morning!

---

**From:** Aaron Hutchins

Aaron_Hutchins@mad.uscourts.gov

**To:** Ave Aga aviaga10@hotmail.com

**Sent:** Monday, December 22, 2025 at
9:35 AM

Avenir Agaj,

The court was not aware that you had not
received documentation until you brought
it to our attention.

The court will ensure you receive any
future correspondence/orders issued by
the Court.

--

Aaron Hutchins, Esq.

Courtroom Deputy to the Hon.

Jennifer C. Boal

United States District Court

District of Massachusetts

1 Courthouse Way - Suite 2325

Boston, MA 02210

(617) 748-9238

**From:** Ave Aga <aviaga10@hotmail.com>

**Sent:** Monday, December 22, 2025 9:31 AM

**To:** Aaron Hutchins

COURT
COPY
TAMPERED

# RE: Good morning!

---

**From:** Aaron Hutchins
Aaron_Hutchins@mad.uscourts.gov

**To:** Ave Aga aviaga10@hotmail.com

**Sent:** Monday, December 22, 2025 at 9:35 AM

Avenir Agaj,

The court was not aware that you had not received documentation until you brought it to our attention.

The court will ensure you receive any future correspondence/orders issued by the Court.

---

**Aaron Hutchins, Esq.**
**Courtroom Deputy to the Hon.**
**Jennifer C. Boal**
**United States District Court**
**District of Massachusetts**
**1 Courthouse Way - Suite 2325**
**Boston, MA 02210**
(617) 748-9238

---

**From:** Ave Aga <aviaga10@hotmail.com>
**Sent:** Monday, December 22, 2025 9:31 AM
**To:** Aaron Hutchins

AVENIR AGAJ
COPY TO COURT
ORIGINAL