# EXHIBIT 3

# RE: Good Day to you!

**From:** Haley Currie
Haley_Currie@mad.uscourts.gov
**To:** Ave Aga aviaga10@hotmail.com,
Aaron Hutchins
Aaron_Hutchins@mad.uscourts.gov
**Sent:** Tuesday, March 17 at 11:49 AM

Good morning, thanks for reaching out.

Neither Aaron nor I have received anything from customer service regarding your filings as of now. However, that doesn't mean they are not waiting to be scanned to be sent to our sessions. I have reached out to customer service to locate the documents and will docket them as soon as we get them. I apologize for the delay in docketing, but we do not receive them until they are scanned and sent to us. If you brought them in yesterday, the time stamp will reflect yesterday's date. I can confirm the documents are being scanned now and you will be notified when they are on the docket.



NOT RECEIVED

Thank you,



Haley Currie
Clerk's Office
United States District Court -
Massachusetts

One Courthouse Way, Suite 2300 Boston, MA 02210

**From:** Ave Aga

<aviaga10@hotmail.com>

**Sent:** Tuesday, March 17, 2026 11:34 AM

**To:** Aaron Hutchins

<Aaron_Hutchins@mad.uscourts.gov>; Haley Currie

<Haley_Currie@mad.uscourts.gov>

**Subject:** Good Day to you!

CAUTION - EXTERNAL:

Dear  Deputy Clerk Room  Mr Aaron Hutchins to Honorable Magistrate Judge Jennife C.Boal .

Dear Deputy Clerk Room Ms.Haley Currie to Honorable District Judge  Julia E.Kobick.
 I Avenir Agaj Plaintiff Have filed on the 03/16/2026 around 2:30 PM  A Motion 25 page Document plus 3 Exhibits more than few pages long!
MOTION TO RECUSE HONORABLE JUDGE JULIA E . KOBICK

AND HER APPOINTED
HONORABLE MAGISTRATE
JUDGE JENNIFER C.BOAL
FROM THE CASE HERE NAMED
ABOVE ,FOR THE FACTS AND
REASONS OF GROSS
JUDICICAL MISCONDUCT
WHICH INCLUDES IMPROPER
EX-PARTE
COMMUNICATIONS
PERSONAL,DUE PROCESS
VIOLATION, PREJUDICE ,BIAS
AND
COLLUSION WITH THE
DEFENDANT BOSTON
COLLEGE.
TO HONORABLE DISTRICT
JUDGE JULIA E. KOBICK
AND HONORABLE MAGISTRATE
JUDGE JENNIFER C.BOAL

Now My question to you Both is :
1)Has the document and the
respective  exhibits been
received by the court which
undoubtably have because they
were filed in person by me
through the clerks office?
Confirm!
2) Why since yesterday i have not
received confirmation through
an e-mail from the court to

confirm my submission as is usually the case from Pacer .

Do you intend to go back on the old ways ?

What is your answer on the matter?

Looking forward to her back from you both!

I bid you good day!

Best regards Avenir Agaj

Get Outlook for Android

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.