# EXHIBIT    4

## RE: Agaj v. Boston College, D. Mass, Case No. 1:24-cv-10884-JEK

---

**From:** Haley Currie
Haley_Currie@mad.uscourts.gov

**To:** Meredith Doty mwd@rose-law.net,
Aaron Hutchins
Aaron_Hutchins@mad.uscourts.gov

**Cc:** adr_rose-law.net adr@rose-law.net, Fiona Bor afb@rose-law.net,
Ave Aga aviaga10@hotmail.com

**Sent:** Friday, January 23 at 8:03 AM

Good morning,

Your case has been referred to the magistrate judge for all pretrial matters including case management. Please see ECF 114. This matter is with Magistrate Judge Boal and is under advisement with her. When there is a ruling, you will see it on the docket. Thank you!



**Haley Currie**
Clerk's Office
United States District Court - Massachusetts
One Courthouse Way, Suite 2300 Boston, MA 02210



ENTIRE CASE NOT PART