# EXHIBIT 5

## RE: Hi Ms Clerk Haley Currie.

**From:** Haley Currie

Haley_Currie@mad.uscourts.gov

**To:** Ave Aga aviaga10@hotmail.com

**Sent:** Friday, February 27 at 10:13 AM

Good morning Mr. Agaj,

This entire case is with Magistrate Judge
Boal. Although both sessions are notified of
the motion because of the entry on the
docket, your filing at ECF 135 is a motion
with Judge Boal, not Judge Kobick. A ruling
will be made on that motion by Judge Boal.



**Haley Currie**

Clerk's Office

United States District Court -

Massachusetts

One Courthouse Way, Suite

2300 Boston, MA 02210

**From:** Ave Aga

<aviaga10@hotmail.com>

**Sent:** Friday, February 27, 2026 9:52

AM

**To:** Haley Currie

<Haley_Currie@mad.uscourts.gov>

**Subject:** Hi Ms Clerk Haley Currie.

AVÉNIR AGAj COPY TO COURT ENTIRE CASE NOT PART