UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2026 MAY 15 PM 1:33

U.S. DISTRICT COURT
DISTRICT OF MASS

_____

)
AVENIR AGAJ                    )
                               )
            Plaintiff          )
                               )
                               )
    V.                         )    Civil ACTION No. 1:24 –CV-10884-JEK
                               )
BOSTON COLLEGE                 )
                               )
            Defendant          )    PLAINTIFF AVENIR AGAJ RESPONSE TO


**DEFENDANT TRUSTEES OF BOSTON COLLEGE'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT**


**PRO SE**

**AVENIR AGAJ.**

Pursuant to Fed. R. Civ. P. 33, I PLAINTIFF AVENIR AGAJ    REBUT    BOSTON Defendant Trustees of Boston College ("Boston College") thehereby supplements its previous answers and objections to ME Plaintiff Avenir Agaj's ("Agaj" or "Plaintiff") First Set of Interrogatories to Defendant (the "Interrogatories"). Boston College reserves its right to supplement these answers and objections as may be necessary.

**ANSWERS TO SPECIFIC INTERROGATORIES**

**INTERROGATORY NO. 1**

Identify all witnesses with knowledge relevant to the subject matter of this action.

**RESPONSE TO INTERROGATORY NO. 1**

Boston College objects to Interrogatory No. 1 on the grounds that it is vague, overly

broad, unduly burdensome, and seeks information neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiver of these objections, Boston College identifies the following individuals:

Name Place of Employment Charles Baldwin Boston College Landscape Services Operations

Douglas W. Comeau, D.O. Boston College Director of University Health Services

Welkin E. Johnson, Ph.D. Boston College Professor and Chair of Biology Department

Patricia Lowe Boston College Associate Vice President, University Title IX/ADA Coordinator

Scott McCoy Boston College Associate Director of Landscape Services

Robert J. Nascimento, M.D. Boston College Head Team Physician and Medical Director of Sports Medicine

Fr. Anthony Penna Boston College Associate Vice President and Director of Campus Ministry

Edilma Hosein Reyes Boston College Associate Director, Advancement

David Trainor Boston College Vice President for Human Resourses

2

SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1

Pursuant to Fed. R. Civ. P. 33 and Fed. R. Civ. P. 26(a)(2)(C), Boston College

SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1

Pursuant to Fed. R. Civ. P. 33 and Fed. R. Civ. P. 26(a)(2)(C), Boston College hereby

supplements its Response to Interrogatory No. 1 by identifying Welkin E. Johnson, Ph.D., as an expert witness in this matter. A copy of Dr. Johnson's CV is attached hereto as Exhibit 1. Dr. Johnson is expected to present evidence concerning the following subjects: his background and research performed as a virologist and biologist; his knowledge of viruses, including their general characteristics, structure, infection and replication methods, and methods of transmission; his knowledge of studies concerning the transmission of viruses; studies and articles authored, co-authored or edited by Dr. Johnson; his knowledge and research concerning COVID-19 and variants thereof; the practices and policies developed and implemented by Boston College in the wake of the COVID-19 pandemic and the reason therefore; the

scientific studies and guidance from public health authorities Boston College consulted or relied upon in issuing its policies, including its mandatory vaccination policy; COVID-19 vaccination rates on

Name Place of Employment

Douglas W. Comeau, D.O. Boston College Director of University Health Services

Welkin E. Johnson, Ph.D. Boston College Professor and Chair of Biology Department

Patricia Lowe Boston College Associate Vice President, University Title IX/ADA Coordinator

Scott McCoy Boston College Associate Director of Landscape Services

Robert J. Nascimento, M.D. Boston College Head Team Physician and Medical Director of Sports Medicine

Fr. Anthony Penna Boston College Associate Vice President and Director of Campus Ministry

Edilma Hosein Reyes Boston College Associate Director, Advancement

David Trainor Boston College Vice President for Human Resources

3 ) campus and the impact of those rates on potential transmission of the virus; his knowledge and experience with the responsibilities and tasks performed by employees holding Mr. Agaj's former position; his knowledge and experience of the daily life, activities and interaction of students, faculty and staff members on the Boston College campus; and the risks and burdens posed by granting exemptions to Mr. Agaj and other individuals seeking exemptions.

ANSWERS AND QUESTIONS.

1) SO this statement by Mr. David Trainor Boston College Vice President for Human Resources proves that BOSTON COLLEGE what you are clearly saying is that BOSTON COLLEGE had never the intention of granting me and other employee's exemptions for covid 19 vaccine. And all the process of exemptions was a FRAUD and you have made false statements as i will demonstrate below.

EXHIBIT 1 e-mail from Mr. David Trainor Boston College Vice President for Human Resources AUGUST 13 -2021

———————————————————————————————————————————

The following is a summary of the facts and opinions Dr. Johnson will present: In the wake of the COVID-19 pandemic, Boston College created a COVID-19 Committee, tasked with formulating and implementing policies for the safety and protection of the Boston College Community, of which Dr. Johnson was a member. Prior to availability of vaccines, Boston College implemented a myriad of policies including masking, mandatory testing, quarantines for those infected, contact-tracing, and disciplinary measures to control and prevent the spread of COVID-19. Dr. Johnson was responsible for the creation of a COVID-19 state-certified testing lab at Boston College. Once COVID-19 vaccination became available, in reliance on scientific studies and guidance from public health authorities, Boston College imposed a mandatory vaccination policy on April 23, 2021. Boston College determined that mandating vaccination for all students, faculty, and staff was the best way to protect against severe illness, hospitalization, and death, and reduce the transmission of COVID-19. Boston College's decision to require students, faculty and staff to be vaccinated against COVID-19 was based on scientific studies, opinions and analysis, as well as the recommendation of the Center for Disease Control and Prevention ("CDC"), the Department of Health and Human Services, and the Massachusetts Department of Public Health that vaccination was the best way to protect against severe illness, hospitalization, and death, and reduce the transmission of COVID-19.

Vaccination was particularly important on college campuses like Boston College given the close proximity in which students, faculty and staff interact on a daily basis and the sheer number of individuals in its community. In 2021, Boston College had in excess of 15,000 students and 3,500 employees. In short, Boston College determined that mandatory vaccination was vital to protect the health and safety of the Boston College community. As a result of BC's vaccination policy, Boston College achieved a ~99.3% vaccination rate among students, faculty, and staff. A fully vaccinated community was essential to Boston College's mission to continue to provide an in-person education to its students during the pandemic. Studies demonstrate that the closer to 100% vaccination rate a community achieved, the better the chances of eliminating the spread of the COVID-19 virus. For example, if a community was only 95% vaccinated, there would be 5-7 people at risk of spreading COVID-19 for every 100 people. In comparison, if a community reached a 99% vaccination rate, only one A person out of every 100 would be at risk of spreading COVID-19. The high vaccination rate at Boston College lessened the spread of infections among those on campus, and likely lessened hospitalizations and serious illnesses among those on campus. Dr. Johnson reviewed the pertinent literature and provided a summary report for an article titled Scientific Support for the Implementation of Mandatory SARS-CoV-2 Vaccination Policies on University Campuses, dated August 23, 2023, attached hereto as Exhibit 2,

which demonstrates that vaccination requirements were effective at reducing the spread of infection, hospitalization, and serious illness.[1] Notably, as of April 2021, the Delta variant rapidly caused a new wave of COVID-19 infections, with cases rising sharply from April/May 2021 and displacing the previous Alpha The following are three of the articles reviewed by Dr. Johnson: (a) Junge, Matthew et al. "Safe reopening of university campuses is possible with COVID-19 vaccination." ONE, September 29, 2021 (b) Paltiel, A. David et al. "Assessing COVID-19 Prevention Strategies to Permit the Safe Opening of Residential Colleges in Fall 2021." Annals of Internal Medicine, August 31, 2021; and (c) Action,

Riley K. et al. "The Effect of Vaccine Mandates on Disease Spread: Evidence from College Covid-19 Mandates." National Bureau of Economic Research, July 2022.

variant to become the primary strain by July 2021. The Delta variant was designated as a Variant of Concern (VOC) by the CDC and WHO in May 2021. The Delta variant was roughly 60% more transmissible than the Alpha variant and twice as likely to cause hospitalization, especially in unvaccinated individuals. It spread faster, caused severe disease more quickly, and carried mutations that partially evaded immunity, resulting in higher breakthrough infections. A Delta variant breakthrough infection occurred when a fully vaccinated person (≥14 days post vaccination) tests positive for SARS-CoV-2. While Delta's high viral load made these infections more common, vaccines remained highly effective at preventing severe illness, hospitalization, and death.

If Agaj were to remain unvaccinated in the Fall of 2021, he would have posed a safety

and health risk to individuals with whom he worked directly at BC, to the other staff members with whom he worked, and to the greater BC community. Allowing Mr. Agaj to work unvaccinated would have caused an undue burden to Boston College because it would have increased the likelihood of COVID-19 infection among staff, faculty and students at Boston College. Mr. Agaj, as part of his responsibilities, came into contact, in enclosed spaces, with numerous members of the Boston College community, including faculty and staff. Mr. Agaj's position also regularly required him to perform tasks with other team members, the majority of which required physical activity. The performance of such physical activities increases the risk of potential transmission due to increased breathing and sweating. The release of respiratory droplets increases with higher physical activity levels, thus increasing risk of potential transmission. Potential transmission also increases with other factors often associated with physical work such as an inability to wash hands frequently due to working in a location removed from restrooms or faucets. In addition, as of 2021, there was also a concern about surface transmission; that is, the possibility that an infected individual

or individual carrying the virus touched common doorknobs and equipment, and other individuals could become infected by contacting the same commonly touched surface. Landscapers shared multiple forms of equipment for a myriad of tasks they perform. Because it only takes one person to set off a chain of transmission, the risk of having just one person who can transmit the virus poses a significant risk to other individuals. This was especially true given the breakthrough infections caused by the Delta variant. Boston College reserves its right to supplement this answer as may be necessary.

VERIFICATION I, Welkin Johnson, hereby state that I have read the foregoing Supplemental Interrogatory Answers, that the information contained in them is derived from various sources, and that while I do not have direct knowledge of all matters set forth in the Answers, the Answers are accurate to the best of my knowledge and belief. Signed under the pains and penalties of perjury, this 15 day of April, 2026.

ANSWERS and QUESTIONS.

1)FACT is that BOSTON COLLEGE contradicts you in your statement by implementing an entirely different policy regarding VENDORS, SUPPLIERS, CONTRACTORS, as the following documents from PROCUREMENT SERVICE ,Boston College.

EXHIBIT 2   (2 PAGES)

Covid –19 Boston College Requirement for VENDORS, CONTRACTORS,SUPPLIERS

DATED AUGUST 18 ,2020

---

EXHIBIT 3     (2 PAGES)

UPDATED Covid –19 Boston College Requirement for VENDORS, CONTRACTORS,SUPPLIERS

DATED: JUNE  2,2021

---

EXHIBIT 4   (2 PAGES)

**UPDATED POST Covid –19 Boston College Requirement for VENDORS, CONTRACTORS, SUPPLIERS**

**DATED : OCTOBER 5,2021**

**All the above documents are from Mr . Paul McGowan**

**Director –Procurement  Service**

**BOSTON COLLEGE**

---

**NOW this policy clearly states the following:**

**Starting June 2, 2021, we welcome back to campus Vendors, Contractors, and Suppliers. However, anyone not fully vaccinated will be required to wear a mask on campus when physical distancing cannot be maintained. Boston College seeks to continue to mitigate the spread of COVID-19, and has established procedures informed by medical professionals and applicable guidance issued from local, state, and federal public health authorities. Everyone who enters any Boston College facility is responsible for helping to prevent and control the spread of the COVID-19 infection. Due to the number of vendors, contractors, and suppliers interacting with the College, we are unable to accommodate requests to sign company specific or individual forms or letters relative to the College's compliance with COVID-19 regulations and guidance. Instead, Boston College provides the following statement:**

**Boston College has established policies informed by medical professionals and applicable guidance issued from local, state, and federal public health authorities, including guidance from the Centers for Disease Control and Prevention ("CDC") and the Massachusetts Department of Public Health (MADOH) (collectively the "Guidelines"). Boston College requires all vendors, contractors, and suppliers to comply with all federal, state and local guidance regarding Covid19.**

**We are strongly encouraging all of our vendors, contractors and suppliers to get vaccinated if they are going to be on our campus. Anyone not fully vaccinated against COVID-19 is required to wear a mask at all times while on Boston College's campus, both indoors and outdoors.**

**That was BOSTON COLLEGE**

NOW Mr .Welkin Johnson, Ph.D. Boston College you are the so called EXPERT on the matter of COVID –19 could you please explain to me and all the interested parties how this policy makes sense because earlier on your statement you said under oath that:

If Agaj were to remain unvaccinated in the Fall of 2021, he would have posed a safety

and health risk to individuals with whom he worked directly at BC, to the other staff members with whom he worked, and to the greater BC community. Allowing Mr. Agaj to work unvaccinated would have caused an undue burden to Boston College because it would have increased the likelihood of COVID-19 infection among staff, faculty and students at Boston College. Mr. Agaj, as part of his responsibilities, came into contact, in enclosed spaces, with numerous members of the Boston College community, including faculty and staff. Mr. Agaj's position also regularly required him to perform tasks with other team members, the majority of which required physical activity. The performance of such physical activities increases the risk of potential transmission due to increased breathing and sweating. The release of respiratory droplets increases with higher physical activity levels, thus increasing risk of potential transmission.

Potential transmission also increases with other factors often associated with physical work such as an inability to wash hands frequently due to working in a location removed from restrooms or faucets. In addition, as of 2021, there was also a concern about surface transmission; that is, the possibility that an infected individual or individual carrying the virus touched common doorknobs and equipment, and other individuals could become infected by contacting the same commonly touched surface. Landscapers shared multiple forms of equipment for a myriad of tasks they perform. Because it only takes one person to set off a chain of transmission, the risk of having just one person who can transmit the virus poses a significant risk to other individuals. This was especially true given the breakthrough infections caused by the Delta variant. Boston College reserves its right to supplement this answer as may be necessary.

ARGUMENT.

1) NOW COULD YOU PLEASE EXPLAIN HOW MEDICALLY MAKES SENSE THAT A VENDOR, CONTRACTOR, SUPPLIER ARE ALLOWED TO BE AND PERFORM HIS/HER DUTIES ON CAMPUS WHILE NOT BEEN VACCINATED AND TESTED AND I AM NOT.EVEN MORE SO WHEN I AM PERFORMING MY DUTIES TOGETHER WITH THE SAME CONTRACTORS LIKE LOADING THEIR TRUCKS WITH MULCH,SNOW REMOVAL ,OR LIKE IS THE CASE OF OLIMPIA MOVERS WORKING TOGETHER AT CONTE FORUM AND CHANGING STAGING FROM BASKETBALL TO HOCKEY.

SO, IT IS OK TO BE AN UNVACCINATED CONTRACTOR, VENDOR, SUPPLIER AT BOSTON COLLEGE, BUT IS NOT OK TO BE AN EMPLOYEE.

QUESTION?

1) HOW IS NOT THIS DISCRIMINATION?????

2)AFTER MY EMPLOYMENT INVOLONTARY TERMINATION AT BOSTON COLLEGE DID COVID INFECTIONS STOPED?

EXHIBIT 5 (2 PAGES) COVID TESTING RESULTS BOSTON COLLEGE

8/16/21 ---- 2/13/22   2870 CASES  2/7/22----2/13/22   365 CASES IN A WEEK

KEEP UP THE GOOD WORK EXPERTS!!

3)HOW MY PRESENCE AS UNVACCINATED EMPLOYEE ON CAMPUS AT BOSTON COLLEGE CREATES UNDUE HARDSHIP BUT THE PRESENCE OF UNVACCINATED AND UNTESTED VENDORS, CONTRACTORS, AND SUPPLIERS DOES NOT?

4)HOW DO YOU EXPLAIN THE FACT BY YOUR OMISSION THAT COVID 19 VACCINATION DOES NOT PREVENT PEOPLE FROM GETTING COVID 19 BUT HERE YOU ARE REQUESTING EMPLOYEES TO GET ONE UNDER FALSE PRETENCE

CoV-2. While Delta's high viral load made these infections more common, vaccines remained highly effective at preventing severe illness, hospitalization, and death.

5) COULD YOU EXPLAIN PLEASE THE FACT THAT DURING MY EMPLOYMENT AT BOSTON COLLEGE I WAS TESTED 16 TIMES AND EVERY ONE OF THEM TESTS RESULED NEGATIVE BUT HERE YOU ARE CLAIMING THAT I WOULD HAVE BEEN A RISK FOR ALL THE COMMUNITY WHY??

EXHIBIT 6  (3 PAGES) TESTING REPORT AVENIR AGAJ.

6)COULD YOU EXPLAIN THE FACT THAT EVEN THOUGH I DID NOT GET COVID 19 VACCINE I DID NOT END UP SEVERELY ILL, IN HOSPITAL OR DEAD?

7) COULD YOU EXPLAIN HOW CAN I GIVE ANYONE A DESEASE THAT I DONT HAVE AND I NEVER GOT?

8)WAS I RIGHT NOT TO TAKE A COVID VACCINE CONSIDERING THE OUTCOME?

9)I AM PERFECTLY HEALTHY WHY DO YOU WANT ME TO RISK MY HEALTH AND ABANDON MY  SINCERILY HELD RELIGIOUS BELIEFS( BOGOMIL )AND TRUST IN GOD AS THE DEVINE HEALER AND  MEDICAL PRACTICE ETHNOBOTANY ,BY LETTING YOU LOT PUTING THAT FILTH INSIDE ME THE SO CALLED COVID-19  VACCINE THE WHICH

WAS AUTHORISED FOR EMERGENCY USE ONLY (EUA)GRANT YOU IDEMNITY AND LIE IN A FORM THAT I AM TAKING IT VOLONTARILY AND LET MY EMPLOYER FINANCIALLY PROFIT, WHILE RISK THE FOLLOWING POTENTIAL SERIOUS AND LIFE THREATNING SIDE EFFECTS THE WHICH YOU AS AN EXPERT WONT EVEN MENTION?

ANAPHYLAXIS,

GUILLAN BARRE SYNDROME(GBS)

MYOCARDITIS,

PERICARDITIS,

THROMBOSIS WITH THROMBOCYTOPENIA SYNDROME (TTS)

 DEATHS AFTER COVID – 19 VACCINES.

NOT TO MENTION

PAIN, REDNESS, SWELLING, FEVER, CHILLS, TIREDNESS, HEADACHE, MUSLE PAIN, NAUSEA AND OTHERS?


EXHIBIT 7 (15 PAGES)

A) (CDC) COVID VACCINE EMERGENCY USE INSTRUCTIONS(EUI)

B) SELECTED ADVERSE EVENTS REPORTED AFTER COVID 19 VACCINE (CDC)

C) FACT SHEET FOR RECIPIENT AND CAREGIVERS BY PFIZER.


10)HOW COME BOSTON COLLEGE WITHDRAW THE COVID MANDATE 5 MONTHS AFTER MY INVOLONTARY TERMINATION?

11) WHY BOSTON COLLEGE CHANGED POLICY IF COVID VACCINE WAS SO BENEFICIAL AND Dr. Douglas Comeau, director of University Health Services and Primary Care Sports Medicine, said that while continuing to remain vigilant, BC is changing its COVID-19 University-wide testing program, protocols, and guidelines, as the BC and wider communities learn to live with the virus and move from a pandemic to an endemic.

"Basically, the long-term treatment approach for COVID-19 will be more like current influenza, or strep, or mononucleosis, said Dr. Douglas Comeau in an interview earlier this month.

"COVID-19 may never go away completely, but we can treat it with a symptom-based approach and on more of a person-by-person basis, being particularly mindful of those who are most vulnerable to the virus.

ALSO Parents, Professor Vow to Keep Speaking Out Against Boston College's Booster Mandate

Among them is Peter Ireland, an economics professor at the Jesuit-run universty though he is fully vaccinated and has received the booster, he says he has "serious ethical problems" about the university's stance, citing the vaccines' possible side effects. He also questions whether the booster requirement will be repeated in a few months and continue indefinitely. " There just doesn't seem to be an off ramp," Ireland told CNA

11)WHAT CHANGED?

EXHIBIT 8 (6 PAGES )

A) A TURNING POINT DR .DOUGLAS COMEAU.MARCH 2022

B) Parents, Professor Vow to Keep Speaking Out Against Boston College's Booster Mandate PITER IRELAND.

IN CONCLUSION

I PLAINTIFF AVENIR AGAJ WOULD LIKE TO SAY TO YOUR MR Welkin Johnson  THE EXPERT AND THE DEFENDANT BOSTON COLLEGE THAT YOUR TESTIMONY IS BASED ON ASSUMPTIONS AND NOT FACTS.

THEREFORE, I DISMISS YOUR TESTIMONY AS PERJURY BECAUSE IS NOT BASED ON TRUE FACTS THAT HAVE OCCURRED LIKE I DISSMIS YOUR FINAL STATEMENT THAT ANSWERS ARE ACCURATE TO THE BEST OF YOUR KNOWLEDGE AND BELIEF.

MORE LIKELY THE TRUTH IS TO YOUR BEST FINANCIAL INTEREST.

SINCE YOU ARE NOT DIRECTY INVOLVED AND HAVE NO DIRECT KNOWLEDGE WHY DID YOU TAKE AN OATH UNDER PENALTY OF PERJURY AND ARE WILLING TO BE CLEARLY A FALSE WITNESS.

Welkin Johnson, hereby state that I have read the foregoing Supplemental Interrogatory Answers, that the information contained in them is derived from various sources, and that while I do not have direct knowledge of all matters set forth in the Answers, the Answers are accurate to the best of my knowledge and belief. Signed under the pains and penalties of perjury, this 15 day of April, 2026.

**IN THE CONTEXT (1 KINGS 21: ) (FALSE WITNESS).**

**PRO SE.**

**AVENIR AGAJ**

**14 PAUL STREET**

**BURLINGT0N**

 **MA,01803**

**857-544-0780**

**Aviaga10@hotmail.com**

**AVENIR AGAJ.**

**SIGNED:** *AVENIR AGEj*

**DATE: 05/15/2026**