EXHIBIT    1

 Gmail

Avenir Agaj <agaja@bc.edu>

## COVID-19 Vaccination Exemption Denial

**David Trainor** <trainodc@bc.edu>                                                                    Fri, Aug 6, 10:28
To: David Trainor <david.trainor@bc.edu>

Dear Colleague:

   Boston College has an obligation to help safeguard the health and safety of the entire Boston College community during the current Covid-19 pandemic, which has profoundly affected our community. In order to help fulfill this obligation, the University has imposed a vaccination requirement on all employees and students who intend to be on campus for the fall semester. The University did so after careful consideration of alternatives, and consideration of the consequences of opening up the campus to unvaccinated individuals. As you are aware, the University permitted employees to request exemption from the vaccination requirement for bona fide religious and medical reasons. The University reviewed all requests for exemption. Denials of exemption were based on a number of factors, including inadequate information or explanation of the basis for the request, and the undue hardship that would follow from permitting unvaccinated faculty and staff on campus, with potentially serious health consequences for all members of the Boston College community.

   As you know from previous communications, Boston College denied your request for an exemption from the vaccination requirement. We urge you to join the many thousands of your colleagues at Boston College who have chosen to be vaccinated.

   If you choose to be vaccinated, the current deadline to upload proof of your vaccination is Friday, August 13, 2021. If you have had one dose of a two-dose vaccination regimen by August 13, 2021, please upload proof of that first dose by August 13 and please inform us of the date for the second dose. We want to work with all those who choose to be vaccinated close to the August 13 deadline.

   If you do not upload proof of your vaccination by August 13, you will not be permitted on campus after the 13th. In that event, we will contact you during the week of August 16 concerning your status.

Thank you.

[Quoted text hidden]

 Gmail

Avenir Agaj <agaja@bc.edu>

## CRITICAL: Vaccine Record Incomplete

**David P. Trainor, Vice President, Human Resources** <donotreply@bc.edu>    Fri, Aug 13, 17:05
To: <agaja@bc.edu>

Dear Colleague:

Boston College implemented a requirement that as of close of business on August 13, 2021 all faculty and staff must show proof of being fully vaccinated against COVID-19. This requirement is a condition of continued employment.

As of close of business today (August 13, 2021), you have failed to upload proof of a vaccine. As such, effective August 14, 2021, you are NOT authorized to access BC's campus or your work space. Your respective vice president or dean has been informed that you have failed to comply with the University's requirement as of this time.

Human Resources will be in contact with you directly during the week of August 16, 2021 to determine next steps. In the meantime, you are not to come to campus. If you have any questions or believe this email was sent to you in error, please email hr@bc.edu.

Thank you for your attention to this important matter.

David P. Trainor
[Quoted text hidden]