EXHIBIT    2

TO:    **Boston College Vendors, Contractors, Suppliers**
FROM:  **Procurement Services, Boston College**
DATE:  **August 18, 2020**
RE:    **COVID-19 Boston College Requirements for Vendors, Contractors and Suppliers**

**Please Read this Important Notice in Its Entirety: It is Effective Immediately.**

I hope this letter finds you and your organization well, especially during these challenging times. As Boston College works toward the safe re-opening of our campus and the return of our students, faculty and staff in the coming weeks, the safety and well-being of our community and your workforces is of utmost importance. We want to communicate a few long standing and new requirements with regard to our working relationship.

Boston College seeks to mitigate the spread of COVID-19, also known as 2019 novel coronavirus, and has established procedures informed by medical professionals and applicable guidance issued from local, state, and federal public health authorities. Everyone who enters any Boston College facility is responsible for helping to prevent and control the spread of the COVID-19 infection. Due to the number of vendors, contractors, and suppliers interacting with the College, we are unable to accommodate requests to sign company specific or individual forms or letters relative to the College's compliance with COVID-19 regulations and guidance. Instead, Boston College provides the following statement:

*Boston College has established policies informed by medical professionals and applicable guidance issued from local, state, and federal public health authorities, including guidance from the Centers for Disease Control and Prevention ("CDC") and the Massachusetts Department of Public Health (MADOH) (collectively the "Guidelines"). Boston College requires all vendors, contractors, and suppliers to comply with all federal, state and local guidance regarding Covid-19, including providing facemasks and personal protective equipment ("PPE") for their employees while on the College's campus. Please see other requirements listed below under Minimal Standard Operating Procedures.*

Boston College has established <u>Minimal Standard Operating Procedures</u> for all vendors, suppliers, and contactors to Boston College.

**Minimal Standard Operating Procedures for Vendors, Contractors and Suppliers (MSOP)**

Boston College is restricting visits to the campus at this time. Only those vendors, suppliers, contactors, and visitors that must be on campus are allowed. If you must be on campus, please adhere to the following MSOP:

- You are required to conduct and pass a daily health self-assessment prior to coming to campus.
  - https://www.bc.edu/content/dam/bc1/top-tier/sites/reopening/COVID-19%20Daily%20Checklist.pdf
- Do not arrive on campus if you have any symptoms of COVID-19.
- If you have been in contact with someone with COVID-19 in the last 14 days, you are prohibited from campus for 14 days while you quarantine.
- A face covering that complies with MADPH and/or CDC guidelines must be worn at all times when providing services or visiting campus. Please note that Boston College is not able to supply

vendors or visitors with face coverings or other personal protective equipment unless stated otherwise in their Boston College contract.
- Vendors, suppliers, contactors and visitors should routinely clean and wipe down high-touch surfaces in the area(s) within their work zone(s) and must follow CDC guidance for cleaning and disinfection and use products that are effective against the virus that causes COVID-19. Please note that Boston College is unable to provide cleaning supplies unless otherwise stated in their Boston College contract.
- Social distancing practices (link is external) must be followed at all times. Activities that do not allow for social distancing must be reviewed and approved by the vendor and contractor's primary Boston College contact.
- Boston College is now a smoke free, tobacco free campus and as such smoking or the use of tobacco products is not allowed on any Boston College property.
- Boston College requires background checks on your employees if they visit campus.

All vendors, contractors, and suppliers sending employees to the College to visit or to provide a service are deemed to have acknowledged that (i) they have received this Notice, (ii) will comply with the requirements of this Notice, and (iii) have informed those employees about the College's policies and requirements, and their obligations to comply. Failure to comply may cause denial of entry onto the College campus and cancellation of the work. Questions regarding these requirements should be directed to purchase@bc.edu.

Paul McGowan
Director – Procurement Services
Boston College
617-552-3055