EXHIBIT    4



TO:        Boston College Vendors, Contractors, Suppliers

FROM:   Procurement Services, Boston College

DATE:    October 5, 2021

RE:        **UPDATED POST COVID-19 Requirements for Vendors, Contractors and Suppliers**

**Please Read this Important Notice in Its Entirety: It is Effective Immediately.**

I hope this letter finds you and your organization well, especially after these challenging times. Over the past few months Boston College has worked diligently toward the safe return of our students, faculty and staff to campus for the start to the 2021-2022 academic year. To that end, more than 99% of students, faculty and staff are fully vaccinated.

Boston College seeks to continue to mitigate the spread of COVID-19, and has established procedures informed by medical professionals and applicable guidance issued from local, state, and federal public health authorities. Everyone who enters any Boston College facility is responsible for helping to prevent and control the spread of the COVID-19 infection. Due to the number of vendors, contractors, and suppliers interacting with the College, we are unable to accommodate requests to sign company specific or individual forms or letters relative to the College's compliance with COVID-19 regulations and guidance. Instead, Boston College provides the following statement:

*Boston College has established policies informed by medical professionals and applicable guidance issued from local, state, and federal public health authorities, including guidance from the Centers for Disease Control and Prevention ("CDC") and the Massachusetts Department of Public Health (MADOH) (collectively the "Guidelines"). Boston College requires all vendors, contractors, and suppliers to comply with all federal, state and local guidance regarding Covid-19.*

*We are strongly encouraging all of our vendors, contractors and suppliers to get vaccinated if they are going to be on our campus. Anyone not fully vaccinated against COVID-19 is required to wear a mask at all times while on Boston College's campus, both indoors and outdoors.*

*Please see other requirements listed below under Minimal Standard Operating Procedures.*

Boston College has established <u>Minimal Standard Operating Procedures</u> for all vendors, suppliers, and contractors to Boston College.

**Minimal Standard Operating Procedures for Vendors, Contractors and Suppliers (MSOP):**
Boston College is no longer restricting visits to the campus at this time. Only those vendors, suppliers, contactors, and visitors that must be on campus are allowed. If you must be on campus, please adhere to the following MSOP:

- Do not arrive on campus if you have any symptoms of COVID-19.
- If you have been in contact with someone with COVID-19 in the last 14 days, you are prohibited from campus for 14 days while you quarantine, unless you are fully vaccinated against the coronavirus. If fully vaccinated and identified as a close contact, you must follow local DPH guidelines in regard to follow-up testing, as quarantine is not required.  It is recommended to mask while on campus until a negative PCR test result is obtained, ideally between days 3 to 5 after exposure.
- A face covering that complies with MADPH and/or CDC guidelines must be worn at all times if you are not fully vaccinated against COVID-19 when providing services or visiting campus. Please note that Boston College is not able to supply vendors or visitors with face coverings or other personal protective equipment unless stated otherwise in their Boston College contract.
- Vendors, suppliers, contactors and visitors should routinely clean and wipe down high-touch surfaces in the area(s) within their work zone(s) and must follow CDC guidance for cleaning and disinfection and use products that are effective against the virus that causes COVID-19. Please note that Boston College is unable to provide cleaning supplies unless otherwise stated in their Boston College contract.
- <u>Social Distancing Practices</u> (CDC Control and Prevention Link) must be followed at all times. Activities that do not allow for social distancing must be reviewed and approved by the vendor and contractor's primary Boston College contact.
- Boston College is now a smoke free, tobacco free campus and as such smoking or the use of tobacco products is not allowed on any Boston College property.
- Boston College requires background checks on your employees if they visit campus.

All vendors, contractors, and suppliers sending employees to the University to visit or to provide a service are deemed to have acknowledged that (i) they have received this Notice, (ii) will comply with the requirements of this Notice, and (iii) have informed those employees about the University's policies and requirements, and their obligations to comply. Failure to comply may cause denial of entry onto the Boston College campus and cancellation of the work. Questions regarding these requirements should be directed to <u>purchase@bc.edu</u>.

Paul McGowan
Director – Procurement Services, Boston College
617-552-3055