EXHIBIT    5

# COVID Testing Results

## COVID-19 Testing Results

### Cumulative Totals 8/16/21—2/13/22

# 203,569

---

**Boston College Community Tests Performed**



# 2,870

---

**Total Positives**

# 159,429

---

**Undergrad Tests Performed**

# 2,290

**Undergrads Testing Positive**

Cumulative Positivity Rate: 1.41%

## Spring Semester Week 4, 2/7/22—2/13/22

# 9,182

**Boston College Community Tests Performed**

## 365

**Total Positives**

# 7,078

**Undergrad Tests Performed**