EXHIBIT    6



Results (/Patient/Results/Inbox)          Profile (/Patient/Profile/EditDemog)

Security (/Patient/Profile/EditSecurity)     Password (/Patient/ResetPassword/Index)

| Accession # | Result Status | Collected | Reported | Provider |
|---|---|---|---|---|
| BI-~~·····~~ (/Patient/Results/LabReport? indirRef=8add3f6281&rptType=) | Final | 11/14/2021 01:24 PM (/Patient/Results/LabReport? indirRef=8add3f6281&rptType=) | 11/14/2021 21:57 | |
| BI-~~·····~~ (/Patient/Results/LabReport? indirRef=c22fcacb29&rptType=) | Final | 10/10/2021 01:11 PM (/Patient/Results/LabReport? indirRef=~~·····~~ype=) | 10/10/2021 22:57 | |
| ~~·····~~ (/Patient/Results/LabReport? indirRef=6b792abd94&rptType=) | Final | 09/07/2021 03:25 PM (/Patient/Results/LabReport? indirRef=~~·····~~rptType=) | 09/08/2021 06:15 | |
| BI-KD~~····~~D (/Patient/Results/LabReport? indirRef=ca8aa6fd60&rptType=) | Final | 09/07/2021 08:34 AM (/Patient/Results/LabReport? indirRef=~~·····~~&rptType=) | 09/08/2021 10:22 | |
| BI-HFTYH~~····~~R (/Patient/Results/LabReport? indirRef=1~~····~~ptType=) | Final | 08/11/2021 09:20 AM (/Patient/Results/LabReport? indirRef=~~····~~rptType=) | 08/11/2021 18:42 | Comeau, Douglas |
| BI-~~····~~ (/Patient/Results/LabReport? indirRef=e~~····~~tType=) | Final | 08/03/2021 01:00 PM (/Patient/Results/LabReport? indirRef=~~····~~ptType=) | 08/03/2021 22:14 | Comeau, Douglas |
| BI-Z9~~····~~D (/Patient/Results/LabReport? indirRef=~~····~~Type=) | Final | 06/01/2021 11:04 AM (/Patient/Results/LabReport? indirRef=~~····~~Type=) | 06/02/2021 01:28 | Comeau, Douglas |
| BI-9O~~····~~ (/Patient/Results/LabReport? indirRef=~~····~~pe=) | Final | 05/03/2021 01:53 PM (/Patient/Results/LabReport? indirRef=~~····~~tType=) | 05/04/2021 07:07 | Comeau, Douglas |
| YOU~~····~~ (/Patient/Results/LabReport? indirRef=~~····~~ype=) | Final | 04/05/2021 11:24 AM (/Patient/Results/LabReport? indirRef=~~····~~pe=) | 04/05/2021 18:56 | Comeau, Douglas |

| | | | | |
|---|---|---|---|---|
| ~~TORGSFANIUPAXBTB~~ (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | Final | 03/15/2021 08:13 AM (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | 03/16/2021 00:07 | Comeau, Douglas |
| ~~RSDB4YPWZPIXXF~~ (/Patient/Results/LabReport? indirRef=~~b2806d8a908~~&rptType=) | Final | 02/22/2021 08:18 AM (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | 02/22/2021 20:56 | Comeau, Douglas |
| ~~BLHKEQL9ODROWD~~ (/Patient/Results/LabReport? indirRef=~~050430795e~~&rptType=) | Final | 02/01/2021 08:11 AM (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | 02/01/2021 19:21 | Comeau, Douglas |
| ~~3MFFNNAUSOOWION~~ (/Patient/Results/LabReport? indirRef=~~5c86852c~~&rptType=) | Final | 01/19/2021 08:09 AM (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | 01/19/2021 18:31 | Comeau, Douglas |
| ~~SQBGYZYL5UG4Z8PY~~ (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | Final | 01/11/2021 09:43 AM (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | 01/11/2021 22:11 | Comeau, Douglas |
| ~~NWDRNLANZ8CXBQO~~ (/Patient/Results/LabReport? indirRef=~~cb3c4a7740~~&rptType=) | Final | 12/15/2020 01:52 PM (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | 12/16/2020 06:41 | Comeau, Douglas |
| ~~AFSNEN66PACZ2UD~~ (/Patient/Results/LabReport? indirRef=~~ca5220f2~~&rptType=) | Final | 12/07/2020 08:03 AM (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | 12/07/2020 18:31 | Comeau, Douglas |
| ~~NIEGFGGF9AEXEn~~ (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | Final | 11/04/2020 01:51 PM (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | 11/05/2020 05:40 | Comeau, Douglas |
| ~~02QVWOISRGYPDDNC~~ (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | Final | 10/28/2020 09:06 AM (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | 10/28/2020 21:10 | Comeau, Douglas |
| P3K81~~...~~ (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | Final | 10/19/2020 01:28 PM (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | 10/20/2020 02:10 | Comeau, Douglas |
| W06Y4~~MPDOVD82DR~~ (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | Final | 09/18/2020 08:27 AM (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | 09/19/2020 02:50 | Comeau, Douglas |

*16 TESTS NEGATIVE* (handwritten)

© CareEvolve™ | CRSP

POWERED BY ELLKAY

 **BROAD** INSTITUTE

CLINICAL RESEARCH
SEQUENCING PLATFORM

**CRSP**
320 Charles St.CAMBRIDGE MA 02141
617-714-7000

BC1
Boston College
140 Commonwealth Avenue
CHESTNUT HILL, MA 02467

| PATIENT NAME | PHONE | DOB | AGE | SEX |
|---|---|---|---|---|
| AGAJ , AVENIR | ~~~~~~~~ | ~~~~~~~~ | Yrs | M |

| REQUISITION # | COLLECTED DATE | REPORTED DATE | ORDERING MD | PATIENT ID | LAB MRN |
|---|---|---|---|---|---|
| BI-HFTY~~~~~~ | 8/11/2021 9:20 AM | 8/11/2021 6:42 PM | Comeau, Douglas | 71865483 | C222923 |

| Test Description | Results | Lab |
|---|---|---|
| SARS-CoV2 Real-time Reverse Transcriptase (RT)-PCR Diagnostic Assay | **NEGATIVE** | **CRSP** |

**Covid19_Diagnostic**              **Source: AN SWAB**              (Status: Final 08/11/2021 06:42 PM)

2019-novel Coronavirus (2019-nCoV) not detected by the qRT-PCR assay. Consider testing for other respiratory viruses or re-collecting for 2019-nCoV testing. Note: Optimum timing for peak viral levels during infections caused by 2019-nCoV have not been determined. Collection of multiple specimens from the same patient may be necessary to detect the virus.

Methods and Limitations:
This Laboratory Developed Test is a high-throughput version of the CDC 2019-nCoV Realtime RT-PCR test and has been validated in accordance with the guidance issued by the College of American Pathologists (Mar 19,2020) and the FDA (Feb 29th, 2020). This test has not been FDA cleared or approved but is being run under the FDAs Emergency Use Authorization (EUA) mechanism. This test was validated for dry nasal swabs. Method: RNA is isolated from respiratory specimens using MagMAX-96 Viral RNA Isolation Kits (Thermo Fisher Scientific); RNA is reverse transcribed to cDNA, and subsequently amplified in a Real-Time PCR Instrument (Applied Biosystems ViiA7). This system provides qualitative detection of nucleic acid from SARS-CoV-2. For more detailed information on the test methods and limitations as well as for Fact Sheets for both Patients and Healthcare providers see https://broad.io/covid19test-factsheetv3. Positive results are indicative of active infection with SARS-CoV-2 but do not rule out bacterial infection or co-infection with other viruses. The agent detected may not be the definite cause of disease. Negative results do not preclude SARS-CoV-2 infection and should not be used as the sole basis for patient management decisions. False negative results may occur if amplification inhibitors are present in the specimen or if inadequate numbers of organisms are present in the specimen due to improper collection, transportation, or handling. If the virus mutates in the RT-PCR target region, SARS-CoV-2 may not be detected or may be detected less predictably. Inhibitors or other types of interference may produce a false negative result.

Testing performed under the direction of Heidi L. Rehm, PhD, FACMG

---

**Performing Laboratory Information**

CRSP - Broad Institute - Clinical Research Sequencing Platform, LLC 320 Charles Street  CAMBRIDGE MA 02141 Heidi Rehm, Ph.D.

Clinical Sequencing Research Platform
320 Charles St. Cambridge, MA 02141

CLIA ID No: 22D2055652
genomics@broadinstitue.org

Clinical Director: Heidi Rehm, Ph.D. FACMG
Massachusetts Clinical Laboratory License No: 3306

-- End of Report --                                                    Page    1