EXHIBIT    7

 An official website of the United States government Here's how you know



**Official websites use .gov**

A .gov website belongs to an official government organization in the United States.

**Secure .gov websites use HTTPS**

A lock ( 🔒 ) or https:// means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.



Vaccines & Immunizations

# COVID-19 Vaccine Emergency Use Instructions (EUI) Resources



CDC issued initial Emergency Use Instructions (EUI) for the Pfizer-BioNTech COVID-19 vaccine on November 17, 2021, and another EUI for the Moderna COVID-19 vaccine on February 11, 2022.

New EUI for these vaccines were issued March 1, 2024. EUI provide information about emergency use of FDA-approved medical products that may not be included in or differ in some way from the information provided in the FDA-approved labeling (package insert). See below the CDC-issued EUI fact sheets for healthcare providers and recipients/caregivers regarding Pfizer-BioNTech COVID-19 vaccine, Moderna COVID-19 vaccine, and FAQs.

## For Healthcare Providers

Pfizer-BioNTech Vaccine EUI Fact Sheet 📄

Moderna Vaccine EUI Fact Sheet 📄

## For Recipients and Caregivers

Pfizer-BioNTech Vaccine EUI Fact Sheet 📄

Moderna Vaccine EUI Fact Sheet 📄



**EUI FAQs**

Find answers to your questions about EUI

Last Reviewed: March 1, 2024

 Centers for Disease Control and Prevention





# COVID-19



COVID-19 Home

# Selected Adverse Events Reported after COVID-19 Vaccination

Updated Sept. 12, 2023

COVID-19 vaccine recommendations have been updated as of October 3, 2023 to add 2023-2024 updated Novavax COVID-19 vaccine. The content on this page will be updated to align with the new recommendations. Learn more.

At the April 19, 2023 meeting of the Advisory Committee on Immunization Practices, CDC presented data ⬚ related to further analyses of a preliminary safety signal for persons ages 65 years and older who received the updated (bivalent) Pfizer-BioNTech COVID-19 vaccine in one safety monitoring system, the Vaccine Safety Datalink (VSD). Other safety monitoring systems have not observed similar findings. As time has passed and more safety data have accumulated, the initial finding has decreased, and scientists believe factors other than vaccination might have contributed to the initial finding. The current evidence does not support the existence of a safety issue. FDA and CDC will continue to evaluate data as they are available and update the public as needed.

## Safety of COVID-19 Vaccines

Some people have no side effects. Many people have reported side effects—such as headache, fatigue, and soreness at the injection site—that are generally mild to moderate and go away within a few days.

# What You Need to Know

- The benefits of COVID-19 vaccination continue to outweigh any potential risks.
- Severe reactions after COVID-19 vaccination are rare.
- CDC recommends everyone ages 6 months and older get vaccinated to protect against COVID-19 and its potentially severe complications.
- Millions of people in the United States have received COVID-19 vaccines under the most intense safety monitoring program in U.S. history.
- CDC, the U.S. Food and Drug Administration (FDA), and other federal agencies continue to monitor the safety of COVID-19 vaccines.

# Anaphylaxis after COVID-19 Vaccination

**Anaphylaxis after COVID-19 vaccination is rare.** It has occurred at a rate of approximately 5 cases per one million vaccine doses administered. Anaphylaxis, a severe type of allergic reaction, can occur after any kind of vaccination. If it happens, healthcare providers can effectively and immediately treat the reaction. Learn more about COVID-19 vaccines and allergic reactions, including anaphylaxis.

CDC scientists have conducted detailed reviews of cases of anaphylaxis and made their information available to health

providers and the public.

Scientific Publications about Anaphylaxis following COVID-19 Vaccination

Allergic Reactions Including Anaphylaxis After Receipt of the First Dose of Pfizer-BioNTech COVID-19 Vaccine ☑
Synopsis: CDC and FDA safety monitoring of the Pfizer-BioNTech COVID-19 vaccine in the Vaccine Adverse Event Reporting System (VAERS) identified 21 reports of anaphylaxis from the 1.89 million first doses of the vaccine administered from December 14 through 23, 2020, corresponding to an estimated rate of 11.1 cases per million doses administered; 17 of those cases (81%) had a history of allergies or allergic reactions. No deaths from anaphylaxis were reported.

Reports of Anaphylaxis After Receipt of mRNA COVID-19 Vaccine in the US—December 14, 2020-January 18, 2021 ☑
Synopsis: From December 14, 2020, through January 18, 2021, CDC safety monitoring of mRNA COVID-19 vaccines in VAERS identified 66 reports of anaphylaxis: 47 cases following receipt of the Pfizer-BioNTech vaccine and 19 cases following receipt of the Moderna vaccine. No deaths from anaphylaxis were reported. Continued safety monitoring of mRNA COVID-19 vaccines has confirmed that anaphylaxis following vaccination is rare.

Allergic Reactions Including Anaphylaxis After Receipt of the First Dose of Moderna COVID-19 Vaccine— United States, December 21, 2020-January 10, 2021
Synopsis: From December 21, 2020, through January 10, 2021, CDC safety monitoring of the Moderna COVID-19 vaccine in VAERS identified 10 cases of anaphylaxis from a reported 4,041,396 first doses of the vaccine, corresponding to an estimated 2.5 cases per million doses administered. In nine of those cases, anaphylaxis symptoms began within 15 minutes of vaccination. No deaths from anaphylaxis were reported.

# Reports of Deaths after COVID-19 Vaccination

Multiple factors contribute to reports of death after COVID-19 vaccination, including heightened public awareness of COVID-19 vaccines, requirements under FDA authorization for COVID-19 vaccines that healthcare providers report any death after COVID-19 vaccination to VAERS (even if it is unclear whether the vaccine was the cause), and reporting requirements in CDC vaccine provider agreements. People receiving COVID-19 vaccines are less likely to die from COVID-19 and its complications **and are at no greater risk of death** from non-COVID causes, than unvaccinated people.

CDC scientists and partners have performed detailed assessments of deaths after COVID-19 vaccination and made the information available to healthcare providers and the public.

Scientific Publications about Death following COVID-19 Vaccination

A Safety Study Evaluating Non-COVID-19 Mortality Risk Following COVID-19 Vaccination ☑
Synopsis: This study found that rates of death among people who received COVID-19 vaccines were lower than those of people who did not receive COVID-19 vaccines. In the largest study of its kind to date, the authors found no increased risk of death among people who received the Pfizer-BioNTech, Moderna, or Johnson and Johnson's Janssen (J&J/Janssen) COVID-19 vaccines.

COVID-19 Vaccination and Non-COVID-19 Mortality Risk—Seven Integrated Health Care Organizations, United States December 14, 2020-July 31, 2021
Synopsis: Using data from the Vaccine Safety Datalink (VSD), this study found that rates of death among people who received COVID-19 vaccines were lower than those of people who did not receive COVID-19 vaccines. The authors determined that there is no increased risk of death among COVID-19 vaccine recipients, reinforcing the safety of COVID-19 vaccines currently authorized for use in the United States.

Finding Rates for VAERS Death Reports Following COVID-19 vaccination, December 11 2020-November 17, 2021

Synopsis: The authors of this study analyzed VAERS reports of death after COVID-19 vaccination and found that rates of death after vaccination were lower than background rates of death from any cause in the general population. The findings in this study do not suggest an association between COVID-19 vaccination and overall increased rates of death.

Safety of mRNA vaccines administered during the initial 6 months of the US COVID-19 vaccination programme: an observational study of reports to the Vaccine Adverse Event Reporting System and v-safe

Synopsis: The authors of this study reviewed the initial six months of mRNA COVID-19 vaccine safety data from December 2020 through June 2021 in VAERS and v-safe and found that the most commonly reported side effects of mRNA vaccines were mild and short in duration and that the majority of reported adverse events were not serious. The authors also confirmed previously reported rare adverse events after COVID-19 vaccination.

# Guillain-Barré Syndrome (GBS) after COVID-19 Vaccination

GBS is a rare disorder in which the body's immune system damages nerve cells, causing muscle weakness and sometimes paralysis. GBS has largely been observed among people ages 50 years and older.

Based on an analysis of data from the Vaccine Safety Datalink (VSD), the rate of GBS within the first 21 days following J&J/Janssen COVID-19 vaccination was found to be 21 times higher than after Pfizer-BioNTech or Moderna (mRNA) COVID-19 vaccination. After the first 42 days, the rate of GBS was 11 times higher following J&J/Janssen COVID-19 vaccination. The analysis found no increased risk of GBS after Pfizer-BioNTech or Moderna vaccination.

Similarly, CDC found higher than expected rates of GBS reported ☑ to VAERS after J&J/Janssen COVID-19 vaccination but not after mRNA COVID-19 vaccination. These observations contributed to the preferential recommendation by the Advisory Committee on Immunization Practices (ACIP) to use mRNA COVID-19 vaccines over the J&J/Janssen COVID-19 vaccine, which is no longer available in the United States.

CDC and FDA will continue to monitor for and evaluate reports of GBS occurring after COVID-19 vaccination and will share more information as it becomes available.

# Myocarditis and Pericarditis after COVID-19 Vaccination

Myocarditis and pericarditis after COVID-19 vaccination are rare. Myocarditis is inflammation of the heart muscle, and pericarditis is inflammation of the outer lining of the heart. Most patients with myocarditis or pericarditis after COVID-19 vaccination responded well to medicine and rest and felt better quickly, and most cases have been reported after receiving mRNA COVID-19 vaccines.

To date, evidence indicates that the benefits of mRNA COVID-19 vaccination outweigh the risk of myocarditis. CDC and FDA will continue to monitor for and evaluate reports of myocarditis and pericarditis after COVID-19 vaccination. Learn more about myocarditis and pericarditis, including clinical considerations, after mRNA COVID-19 vaccination.

Data from VSD and from VAERS indicate that rates of myocarditis after COVID-19 vaccination are highest among males in their late teens and early 20s, usually following the second dose of the vaccine.

CDC scientists have conducted detailed reviews of cases of myocarditis and pericarditis after COVID-19 vaccines and have made the information available to healthcare providers and the public.

Scientific Publications about Myocarditis and Pericarditis following COVID-19 Vaccination

Incidence of Myocarditis Pericarditis Following mRNA COVID-19 Vaccination Among Children and Younger Adults in the United States ☑

Synopsis: Using VSD data, this study found that from December 14, 2020, through May 31, 2022 (for people ages 18-39 years) and from December 14, 2020, through August 20, 2022 (for people ages 5-17 years), 320 potential cases of myocarditis and pericarditis developed within 1-98 days after vaccination. Out of 320 potential cases, 224 were verified, with 137 occurring 0-7 days after vaccination: 18 after the first dose and 119 after the second dose. Adolescent males were shown to have higher incidence of myocarditis and pericarditis.

USA: a follow-up surveillance study [Z]

Synopsis: This study found that approximately 80% of patients diagnosed with myocarditis after receiving an mRNA COVID-19 vaccine were considered recovered by healthcare providers at least 90 days following onset of symptoms. CDC collected the data through follow-up surveys for people ages 12-29 years for whom a report of myocarditis after mRNA COVID-19 vaccination was made to VAERS from December 2020 through November 2021.

Risk of myocarditis and pericarditis following BNT162b2 and mRNA-1273 COVID-19 vaccination [Z]

Synopsis: The authors of this study reviewed health records of a diverse population to assess any risk of myocarditis or pericarditis associated with receiving an mRNA-1273 (Moderna) or BNT162b2 (Pfizer-BioNTech) vaccine. From December 14, 2020, through January 15, 2022, 41 cases of myocarditis and pericarditis were reported after receipt of the Pfizer-BioNTech vaccine, and 38 were reported after receipt of the Moderna vaccine. In most cases, patients were hospitalized for one day or less, but no patients required intensive care. Both vaccines showed an increased risk of myocarditis and pericarditis among young males ages 18-39 years. Risk of myocarditis and pericarditis was higher after receipt of the Moderna vaccine than after receipt of the Pfizer-BioNTech vaccine within 0-7 days after administration.

Myocarditis or Pericarditis Following mRNA COVID-19 Vaccination [Z]

Synopsis: This study revealed that a longer period between mRNA COVID-19 vaccine doses one and two may lower the risk of myocarditis and pericarditis. Data from VSD were evaluated for reported rates of myocarditis or pericarditis after receipt of an mRNA vaccine (Moderna or Pfizer-BioNTech). Results showed reported rates of myocarditis or pericarditis were higher after vaccination with Moderna than with Pfizer-BioNTech and were higher among adolescents and young adult males following the second dose.

Myocarditis Cases Reported After mRNA-Based COVID-19 Vaccination in the US from December 2020 to August 2021 [Z]

Synopsis: This study found that there was a small but increased risk for myocarditis following receipt of mRNA-based COVID-19 vaccines. After a review of reports submitted to VAERS, this study found that the risk of myocarditis was highest following the second vaccine dose among adolescents and young adult males.

# Thrombosis with Thrombocytopenia Syndrome (TTS) after COVID-19 Vaccination

**Thrombosis with thrombocytopenia syndrome (TTS) has been rarely observed after J&J/Janssen COVID-19 vaccination** and has occurred in approximately 4 cases per one million doses administered. TTS is a rare but serious adverse event that causes blood clots in large blood vessels and low platelets (blood cells that help form clots).

A review of reports indicates a causal relationship between the J&J/Janssen COVID-19 vaccine and TTS. This observation contributed to the preferential recommendation by ACIP to use mRNA COVID-19 vaccines over the J&J/Janssen COVID-19 vaccine, which is no longer available in the United States.

CDC scientists have conducted detailed reviews of TTS cases and have made the information available to healthcare providers and the public.

Scientific Publications about Thrombosis with thrombocytopenia syndrome following COVID-19 Vaccination

US Case Reports of Cerebral Venous Sinus Thrombosis With Thrombocytopenia After Ad26.COV2.S Vaccination, March 2 to April 21, 2021 [Z]

Synopsis: This study revealed that, of the approximately 7 million doses of J&J/Janssen COVID-19 vaccine given from March 2 through April 12, 2021, VAERS received 12 reports of cerebral venous sinus thrombosis (CVST) with thrombocytopenia among women ages 18 to 59 years. All were hospitalized; 10 were admitted to intensive care units (ICUs). As of April 21, 2021, 4 patients had been sent home, 2 had been moved to hospital units outside of ICU, 3 were continuing ICU care, and 3 had died. The review shows that U.S. cases of CVST and thrombocytopenia after J&J/Janssen vaccination were clinically similar to CVST cases in Europe after Oxford/AstraZeneca COVID-19 vaccination, a similar vector vaccine as the J&J/Janssen COVID-19 vaccine.

Case Series of Thrombosis with Thrombocytopenia Syndrome After COVID-19 Vaccination—United States, December 2020 to August 2021

Synopsis: Clinicians from the Clinical Immunization Safety Assessment (CISA) Project reviewed VAERS reports of TTS following COVID-19 vaccination. Of over 14.1 million doses of J&J/Janssen vaccine and 351 million doses of mRNA vaccines administered from December 14, 2020, through August 31, 2021, CISA confirmed 57 reports of TTS: 54 following receipt of the J&J/Janssen vaccine and 3 following receipt of mRNA vaccines. Most cases of TTS following J&J/Janssen vaccination occurred in females and in people younger than 50 years, and all cases involved hospitalization. The reporting rate of TTS cases after J&J/Janssen vaccination was 3.83 per one million doses administered, whereas the rate following mRNA vaccination was consistent with the background rate of TTS (.0085 per million doses administered). This analysis concluded that TTS is a rare but serious adverse event associated with J&J/Janssen COVID-19 vaccination.

Updates on Thrombosis with Thrombocytopenia Syndrome (TTS) [1.3 MB, 39 Pages]

Synopsis: This December 16, 2021 CDC presentation to the Advisory Committee on Immunization Practices (ACIP) showed that the TTS case reporting rate (3.8 per one million doses) following J&J/Janssen COVID-19 vaccination in the U.S. was higher than that previously presented. Reporting rates for men ages 40-49 years and for women ages 50-64 years were similar to women ages 18-29 years (about 4-5 per one million doses). U.S. TTS deaths following J&J/Janssen vaccination had typical features of severe CVST and were more common than those known during previous presentations to ACIP. The TTS death reporting rate was approximately 2 per one million doses in women ages 30-49 years, and the proportion of TTS cases involving death did not decrease after the J&J/Janssen vaccination pause.

Use of the Janssen (Johnson & Johnson) COVID-19 Vaccine: Updated Interim Recommendations from the Advisory Committee on Immunization Practices - United States, December 2021

Synopsis: Cases of TTS and GBS have been reported after receiving the J&J/Janssen COVID-19 vaccine. On December 16, 2021, after reviewing updated vaccine effectiveness and safety data, ACIP made a preferential recommendation for mRNA (Pfizer-BioNTech or Moderna) COVID-19 vaccines over the J&J/Janssen COVID-19 vaccine for people ages 18 years and older in the United States.

## Related Pages

> Safety of COVID-19 Vaccines

> Vaccine Adverse Event Reporting System (VAERS): What Reports Mean and How VAERS Works

> COVID-19 Vaccine Safety Publications

Last Updated Sept. 12, 2023

# What to Expect after Getting a COVID-19 Vaccine

**The COVID-19 shot may cause side effects in some people. Side effects should go away in a few days.**

## COMMON SIDE EFFECTS



**On the arm where you got the shot:**

- Pain
- Redness
- Swelling

**In the rest of your body:**

- Fever
- Chills
- Tiredness
- Headache
- Muscle pain
- Nausea

### Ask the facility healthcare provider (or facility staff) for help if:

- The redness or pain where you got the shot gets worse after 24 hours
- Your side effects are worrying you
- Your side effects do not seem to be going away after a few days

## HELPFUL TIPS



If you have pain, headache, or fever, ask a healthcare provider (or facility staff) if you can have medicine.

**If you are sore where you got the shot:**

- Apply a clean, cool, wet washcloth over the area
- Use or move your arm gently

**If you have a fever:**

- Drink a lot of water
- Get plenty of rest
- Dress lightly

## REMEMBER




Side effects may make you feel a little sick or even make it hard to do daily activities, but they should go away in a few days.

Some COVID-19 vaccines need 2 shots to work. You should get the second shot even if you have side effects after the first shot, unless a doctor tells you not to.

COVID-19 vaccines may not fully protect you until a week or two after your final shot. It takes time for your body to build protection after any vaccination.

**Even after your COVID-19 vaccination, when you are in a correctional facility, it's important to continue wearing your mask, try to stay at least 6 feet away from others as much as possible, and wash your hands often.**



cdc.gov/coronavirus



**FACT SHEET FOR RECIPIENTS AND CAREGIVERS**

**EMERGENCY USE AUTHORIZATION (EUA) OF**
**THE PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS**
**DISEASE 2019 (COVID-19)**
**IN INDIVIDUALS 12 YEARS OF AGE AND OLDER**

You are being offered the Pfizer-BioNTech COVID-19 Vaccine to prevent Coronavirus Disease 2019 (COVID-19) caused by SARS-CoV-2. This Fact Sheet contains information to help you understand the risks and benefits of the Pfizer-BioNTech COVID-19 Vaccine, which you may receive because there is currently a pandemic of COVID-19.

The Pfizer-BioNTech COVID-19 Vaccine is a vaccine and may prevent you from getting COVID-19. There is no U.S. Food and Drug Administration (FDA) approved vaccine to prevent COVID-19.

Read this Fact Sheet for information about the Pfizer-BioNTech COVID-19 Vaccine. Talk to the vaccination provider if you have questions. It is your choice to receive the Pfizer-BioNTech COVID-19 Vaccine.

The Pfizer-BioNTech COVID-19 Vaccine is administered as a 2-dose series, 3 weeks apart, into the muscle.

The Pfizer-BioNTech COVID-19 Vaccine may not protect everyone.

This Fact Sheet may have been updated. For the most recent Fact Sheet, please see www.cvdvaccine.com.

**WHAT YOU NEED TO KNOW BEFORE YOU GET THIS VACCINE**

**WHAT IS COVID-19?**
COVID-19 disease is caused by a coronavirus called SARS-CoV-2. This type of coronavirus has not been seen before. You can get COVID-19 through contact with another person who has the virus. It is predominantly a respiratory illness that can affect other organs. People with COVID-19 have had a wide range of symptoms reported, ranging from mild symptoms to severe illness. Symptoms may appear 2 to 14 days after exposure to the virus. Symptoms may include: fever or chills; cough; shortness of breath; fatigue; muscle or body aches; headache; new loss of taste or smell; sore throat; congestion or runny nose; nausea or vomiting; diarrhea.

**WHAT IS THE PFIZER-BIONTECH COVID-19 VACCINE?**
The Pfizer-BioNTech COVID-19 Vaccine is an unapproved vaccine that may prevent COVID-19. There is no FDA-approved vaccine to prevent COVID-19.

Revised: 25 June 2021

The FDA has authorized the emergency use of the Pfizer-BioNTech COVID-19 Vaccine to prevent COVID-19 in individuals 12 years of age and older under an Emergency Use Authorization (EUA).

For more information on EUA, see the "**What is an Emergency Use Authorization (EUA)?**" section at the end of this Fact Sheet.

**WHAT SHOULD YOU MENTION TO YOUR VACCINATION PROVIDER BEFORE YOU GET THE PFIZER-BIONTECH COVID-19 VACCINE?**
**Tell the vaccination provider about all of your medical conditions, including if you:**
- have any allergies
- have had myocarditis (inflammation of the heart muscle) or pericarditis (inflammation of the lining outside the heart)
- have a fever
- have a bleeding disorder or are on a blood thinner
- are immunocompromised or are on a medicine that affects your immune system
- are pregnant or plan to become pregnant
- are breastfeeding
- have received another COVID-19 vaccine
- have ever fainted in association with an injection

**WHO SHOULD GET THE PFIZER-BIONTECH COVID-19 VACCINE?**
FDA has authorized the emergency use of the Pfizer-BioNTech COVID-19 Vaccine in individuals 12 years of age and older.

**WHO SHOULD NOT GET THE PFIZER-BIONTECH COVID-19 VACCINE?**
You should not get the Pfizer-BioNTech COVID-19 Vaccine if you:
- had a severe allergic reaction after a previous dose of this vaccine
- had a severe allergic reaction to any ingredient of this vaccine.

**WHAT ARE THE INGREDIENTS IN THE PFIZER-BIONTECH COVID-19 VACCINE?**
The Pfizer-BioNTech COVID-19 Vaccine includes the following ingredients: mRNA, lipids ((4-hydroxybutyl)azanediyl)bis(hexane-6,1-diyl)bis(2-hexyldecanoate), 2 [(polyethylene glycol)-2000]-N,N-ditetradecylacetamide, 1,2-Distearoyl-sn-glycero-3-phosphocholine, and cholesterol), potassium chloride, monobasic potassium phosphate, sodium chloride, dibasic sodium phosphate dihydrate, and sucrose.

**HOW IS THE PFIZER-BIONTECH COVID-19 VACCINE GIVEN?**
The Pfizer-BioNTech COVID-19 Vaccine will be given to you as an injection into the muscle.

The Pfizer-BioNTech COVID-19 Vaccine vaccination series is 2 doses given 3 weeks apart.

If you receive one dose of the Pfizer-BioNTech COVID-19 Vaccine, you should receive a second dose of this same vaccine 3 weeks later to complete the vaccination series.

Revised: 25 June 2021

**HAS THE PFIZER-BIONTECH COVID-19 VACCINE BEEN USED BEFORE?**
The Pfizer-BioNTech COVID-19 Vaccine is an unapproved vaccine. In clinical trials, approximately 23,000 individuals 12 years of age and older have received at least 1 dose of the Pfizer-BioNTech COVID-19 Vaccine.

**WHAT ARE THE BENEFITS OF THE PFIZER-BIONTECH COVID-19 VACCINE?**
In an ongoing clinical trial, the Pfizer-BioNTech COVID-19 Vaccine has been shown to prevent COVID-19 following 2 doses given 3 weeks apart. The duration of protection against COVID-19 is currently unknown.

**WHAT ARE THE RISKS OF THE PFIZER-BIONTECH COVID-19 VACCINE?**
There is a remote chance that the Pfizer-BioNTech COVID-19 Vaccine could cause a severe allergic reaction. A severe allergic reaction would usually occur within a few minutes to one hour after getting a dose of the Pfizer-BioNTech COVID-19 Vaccine. For this reason, your vaccination provider may ask you to stay at the place where you received your vaccine for monitoring after vaccination. Signs of a severe allergic reaction can include:
- Difficulty breathing
- Swelling of your face and throat
- A fast heartbeat
- A bad rash all over your body
- Dizziness and weakness

Myocarditis (inflammation of the heart muscle) and pericarditis (inflammation of the lining outside the heart) have occurred in some people who have received the Pfizer-BioNTech COVID-19 Vaccine. In most of these people, symptoms began within a few days following receipt of the second dose of the Pfizer-BioNTech COVID-19 Vaccine. The chance of having this occur is very low. You should seek medical attention right away if you have any of the following symptoms after receiving the Pfizer-BioNTech COVID-19 Vaccine:
- Chest pain
- Shortness of breath
- Feelings of having a fast-beating, fluttering, or pounding heart.

Side effects that have been reported with the Pfizer-BioNTech COVID-19 Vaccine include:
- severe allergic reactions
- non-severe allergic reactions such as rash, itching, hives, or swelling of the face
- myocarditis (inflammation of the heart muscle)
- pericarditis (inflammation of the lining outside the heart)
- injection site pain
- tiredness
- headache
- muscle pain
- chills
- joint pain
- fever
- injection site swelling

Revised: 25 June 2021

- injection site redness
- nausea
- feeling unwell
- swollen lymph nodes (lymphadenopathy)
- diarrhea
- vomiting
- arm pain

These may not be all the possible side effects of the Pfizer-BioNTech COVID-19 Vaccine. Serious and unexpected side effects may occur. Pfizer-BioNTech COVID-19 Vaccine is still being studied in clinical trials.

4                                                      Revised: 25 June 2021

## WHAT SHOULD I DO ABOUT SIDE EFFECTS?

If you experience a severe allergic reaction, call 9-1-1, or go to the nearest hospital.

Call the vaccination provider or your healthcare provider if you have any side effects that bother you or do not go away.

Report vaccine side effects to FDA/CDC Vaccine Adverse Event Reporting System (VAERS). The VAERS toll-free number is 1-800-822-7967 or report online to https://vaers.hhs.gov/reportevent.html. Please include "Pfizer-BioNTech COVID-19 Vaccine EUA" in the first line of box #18 of the report form.

In addition, you can report side effects to Pfizer Inc. at the contact information provided below.

| Website | Fax number | Telephone number |
|---|---|---|
| www.pfizersafetyreporting.com | 1-866-635-8337 | 1-800-438-1985 |

You may also be given an option to enroll in v-safe. V-safe is a new voluntary smartphone-based tool that uses text messaging and web surveys to check in with people who have been vaccinated to identify potential side effects after COVID-19 vaccination. V-safe asks questions that help CDC monitor the safety of COVID-19 vaccines. V-safe also provides second-dose reminders if needed and live telephone follow-up by CDC if participants report a significant health impact following COVID-19 vaccination. For more information on how to sign up, visit: www.cdc.gov/vsafe.

## WHAT IF I DECIDE NOT TO GET THE PFIZER-BIONTECH COVID-19 VACCINE?

It is your choice to receive or not receive the Pfizer-BioNTech COVID-19 Vaccine. Should you decide not to receive it, it will not change your standard medical care.

## ARE OTHER CHOICES AVAILABLE FOR PREVENTING COVID-19 BESIDES PFIZER-BIONTECH COVID-19 VACCINE?

Currently, there is no approved alternative vaccine available for prevention of COVID-19. Other vaccines to prevent COVID-19 may be available under Emergency Use Authorization.

## CAN I RECEIVE THE PFIZER-BIONTECH COVID-19 VACCINE WITH OTHER VACCINES?

There is no information on the use of the Pfizer-BioNTech COVID-19 Vaccine with other vaccines.

## WHAT IF I AM PREGNANT OR BREASTFEEDING?

If you are pregnant or breastfeeding, discuss your options with your healthcare provider.

Revised: 25 June 2021

**WILL THE PFIZER-BIONTECH COVID-19 VACCINE GIVE ME COVID-19?**
No. The Pfizer-BioNTech COVID-19 Vaccine does not contain SARS-CoV-2 and cannot give you COVID-19.

**KEEP YOUR VACCINATION CARD**
When you get your first dose, you will get a vaccination card to show you when to return for your second dose of Pfizer-BioNTech COVID-19 Vaccine. Remember to bring your card when you return.

**ADDITIONAL INFORMATION**
If you have questions, visit the website or call the telephone number provided below.

To access the most recent Fact Sheets, please scan the QR code provided below.

| Global website | Telephone number |
|---|---|
| www.cvdvaccine.com | 1-877-829-2619 (1-877-VAX-CO19) |

**HOW CAN I LEARN MORE?**
- Ask the vaccination provider.
- Visit CDC at https://www.cdc.gov/coronavirus/2019-ncov/index.html.
- Visit FDA at https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization.
- Contact your local or state public health department.

**WHERE WILL MY VACCINATION INFORMATION BE RECORDED?**
The vaccination provider may include your vaccination information in your state/local jurisdiction's Immunization Information System (IIS) or other designated system. This will ensure that you receive the same vaccine when you return for the second dose. For more information about IISs visit: https://www.cdc.gov/vaccines/programs/iis/about.html.

**CAN I BE CHARGED AN ADMINISTRATION FEE FOR RECEIPT OF THE COVID-19 VACCINE?**
No. At this time, the provider cannot charge you for a vaccine dose and you cannot be charged an out-of-pocket vaccine administration fee or any other fee if only receiving a COVID-19 vaccination. However, vaccination providers may seek appropriate reimbursement from a program or plan that covers COVID-19 vaccine administration fees for the vaccine recipient (private insurance, Medicare, Medicaid, Health Resources & Services Administration [HRSA] COVID-19 Uninsured Program for non-insured recipients).

Revised: 25 June 2021

## WHERE CAN I REPORT CASES OF SUSPECTED FRAUD?

Individuals becoming aware of any potential violations of the CDC COVID-19 Vaccination Program requirements are encouraged to report them to the Office of the Inspector General, U.S. Department of Health and Human Services, at 1-800-HHS-TIPS or https://TIPS.HHS.GOV.

## WHAT IS THE COUNTERMEASURES INJURY COMPENSATION PROGRAM?

The Countermeasures Injury Compensation Program (CICP) is a federal program that may help pay for costs of medical care and other specific expenses of certain people who have been seriously injured by certain medicines or vaccines, including this vaccine. Generally, a claim must be submitted to the CICP within one (1) year from the date of receiving the vaccine. To learn more about this program, visit www.hrsa.gov/cicp/ or call 1-855-266-2427.

## WHAT IS AN EMERGENCY USE AUTHORIZATION (EUA)?

The United States FDA has made the Pfizer-BioNTech COVID-19 Vaccine available under an emergency access mechanism called an EUA. The EUA is supported by a Secretary of Health and Human Services (HHS) declaration that circumstances exist to justify the emergency use of drugs and biological products during the COVID-19 pandemic.

The Pfizer-BioNTech COVID-19 Vaccine has not undergone the same type of review as an FDA-approved or cleared product. FDA may issue an EUA when certain criteria are met, which includes that there are no adequate, approved, available alternatives. In addition, the FDA decision is based on the totality of scientific evidence available showing that the product may be effective to prevent COVID-19 during the COVID-19 pandemic and that the known and potential benefits of the product outweigh the known and potential risks of the product. All of these criteria must be met to allow for the product to be used in the treatment of patients during the COVID-19 pandemic.

The EUA for the Pfizer-BioNTech COVID-19 Vaccine is in effect for the duration of the COVID-19 EUA declaration justifying emergency use of these products, unless terminated or revoked (after which the products may no longer be used).

Revised: 25 June 2021



Manufactured by
Pfizer Inc., New York, NY 10017

**BIONTECH**
Manufactured for
BioNTech Manufacturing GmbH
An der Goldgrube 12
55131 Mainz, Germany

LAB-1451-4.2a
Revised: 25 June 2021

 Scan to capture that this Fact Sheet was provided to vaccine recipient for the electronic medical records/immunization information systems.

Barcode Date: 05/2021

Revised: 25 June 2021