EXHIBIT   8

Case 1:24-cv-10884-JEK    Document 147-8    Filed 05/15/26    Page 2 of 12



**A turning point**

Two years after COVID lockdown began, the Uni
pandemic remains vigilant, but is shifting



In March 2020, Boston College cancelled on-campus classes, closed its residence halls, and suspended campus events and activities as the COVID-19 pandemic took hold across the United States. In the coming months, the University would enact a series of health and safety protocols and guidelines aimed at minimizing the virus' impact on the BC community, and enabling a cautious return to in-person classes and campus life.

Now, two years later, BC has reached a major turning point in its battle against COVID-19, according to the University's chief health administrator.

Dr. Douglas Comeau, director of University Health Services and Primary Care Sports Medicine, said that while continuing to remain vigilant, BC is changing its COVID-19 University-wide testing program, protocols, and guidelines, as the BC and wider communities learn to live with the virus and move from a pandemic to an endemic.

"Basically, the long-term treatment approach for COVID-19 will be more like current

influenza, or strep, or mononucleosis," said Comeau in an interview earlier this month. "COVID-19 may never go away completely, but we can treat it with a symptom-based approach and on more of a person-by-person basis, being particularly mindful of those who are most vulnerable to the virus."

In a letter last month to the University community, Comeau and Vice President for Human Resources David Trainor outlined the latest COVID-19 related developments: transitioning from required asymptomatic PCR surveillance testing, except for BC students, faculty, and staff with University-approved medical and religious vaccination exemptions; continued testing of students with COVID-19 symptoms at UHS and isolation of those



Dr. Douglas Comeau

who test positive; and the offering of a walk-in PCR test once a week for asymptomatic students, faculty, and staff at the Connell Recreation Center at least through March 31.

Comeau and Trainor also reported that 99.5 percent of BC students, faculty, and staff are fully vaccinated against COVID-19 and 100 percent of those eligible and authorized to be on campus have obtained booster shots. No member of the campus community has been seriously ill or hospitalized because of COVID-19 this academic year, they added, and no known virus transmission has occurred in any classrooms or laboratories. They also reiterated that BC continues to be mindful of the mental health of the campus community and sensitive to minimizing COVID-19-related anxieties.

# "With their consistent cooperation, BC students, faculty, and staff have enabled us to achieve one of the lowest infection rates among Boston-area higher education institutions, while having as normal an academic year as possible."

With the Baker administration urging colleges and universities to return to "near normal conditions" and focus on long-term endemic management strategies while strengthening mental health supports for students and personnel, BC administrators—in consultation with Boston and Newton public health officials—felt that the circumstances justified a change in the University response to COVID-19, said Comeau.

"The degree of cooperation from the BC community has definitely helped to mitigate the potential effect COVID-19 could have had here," he said. "While it doesn't completely prevent the transmission of the virus, COVID-19 vaccination compliance makes transmission more difficult, helps minimize chances for community members to contract the virus, and reduces the likelihood of getting seriously ill or hospitalized.

"With their consistent cooperation, BC students, faculty, and staff have enabled us to achieve one of the lowest infection rates among Boston-area higher education institutions, while having as normal an academic year as possible."

BC has endured some minor spikes in the number of COVID-19 infections during the past two years, mirroring positivity trends in the community around BC and at other universities and colleges at the time. But Comeau notes that these have been short lived and countered by the University's nimble approach to its coronavirus protocols, such as an expeditious and thorough contact tracing program that enabled the University to quickly isolate students who tested positive and quarantine their close contacts.

Remaining nimble, studying trends, and learning more about the nature of COVID-19 also helped the University guard against major outbreaks: When the Omicron variant was peaking late last year, for example, the University—mindful that students would be traveling back to BC from various locations across the United States and the world for the spring semester —announced a temporary masking period from January 14-31, a requirement for students to obtain a PCR test 72 hours prior to returning to campus, and updated isolation and quarantine protocols.

"The focus, especially for this academic year, has been to be as close to 'normal' as possible," said Comeau. "All along, BC has carefully weighed options for achieving that end in the context of what we've observed and learned about COVID-19. Not having to require masks, for example, led to a better classroom experience for students and faculty. So, while acknowledging that COVID-19 will remain a part of our lives, we will continue to move toward a pre-pandemic setting."

Meanwhile, added Comeau, UHS has integrated many pandemic-driven practices into its operation, including a more expedient and responsive phone triage system and an efficacious use of telehealth resources.

But it's not just UHS that has learned from the pandemic, he said: Many students are purchasing their own at-home COVID-19 antigen tests and showing increased self-reliance in monitoring their health and that of their friends, acquaintances, and roommates.

"In general, most Americans seem to be at least more mindful about protecting their health, and being aware of those around them. Will that lesson stick? One would hope so."

"Obviously, we should not become lax or overconfident, but the BC community as a whole should feel good about how we've handled this challenge together...[and] pay tribute to and be thankful for the spirit of caring and cooperation that is so prevalent."

Of late, Comeau has reflected on when he was named UHS director in the summer of 2020, still trying to comprehend the nature of the pandemic while determining how to combat it—as were the colleagues he worked with in shaping BC's short- and long-term COVID-19 strategies.

"Having been at Boston Medical Center before assuming my current role, my colleagues and I treated hospitalized patients with no known underlying medical problems who subsequently died from this coronavirus. It was a lot to take in," he said. "When I transitioned full-time to Boston College, I did not know many individuals outside of UHS and the Athletics Department, but that changed very quickly. What I found were so many individuals from a wide range of departments and divisions that were willing to step up, and gladly spent time and energy to help the BC community. If we hadn't had this team, we wouldn't have gotten the job done.

"Obviously, we should not become lax or overconfident, but the BC community as a whole should feel good about how we've handled this challenge together. We've been a very motivated University, one that's progressed from the disappointment of sending students home in the spring of 2020; to operating with necessary restrictions—but as close to normal as possible—during the heart of the pandemic during 2020-2021, particularly with our decision to remain in-person on campus; and then to near-normal operating conditions right from the

Case 1:24-cv-10884-JEK    Document 147-8    Filed 05/15/26    Page 7 of 12

start of the 2021-2022 academic year to this day.

"That is something to look back on and to appreciate. It's also something that calls us to pay tribute to and be thankful for the spirit of caring and cooperation that is so prevalent in our BC community."

*Sean Smith | University Communications | March 2022*



Copyright © 2024 Trustees of Boston College

Case 1:24-cv-10884-JEK   Document 147-8   Filed 05/15/26   Page 8 of 12



https://www.ncregister.com/cna/parents-professor-vow-to-keep-speaking-out-against-boston-college-s-booster-mandate

# Parents, Professor Vow to Keep Speaking Out Against Boston College's Booster Mandate

Criticism of the mandate hasn't altered Boston College's position.

![Boston College chapel building]

Boston College is a private university established in 1863 in Chestnut Hill, Newton, Massachusetts MA, USA. (photo: Wangkun Jia / Shutterstock)

Joe Bukuras/CNA | Nation | February 18, 2022

BOSTON — A petition and telephone campaign by parents and others opposed to Boston College's COVID-19 booster shot mandate failed to stop the school's requirement from taking effect, but some critics of the policy say they're not done speaking out.

Among them is Peter Ireland, an economics professor at the Jesuit-run university. Though

he is fully vaccinated and has received the booster, he says he has "serious ethical problems" about the university's stance, citing the vaccines' possible side effects. He also questions whether the booster requirement will be repeated in a few months and continue indefinitely.

"There just doesn't seem to be an off ramp," Ireland told CNA.

A Jan. 5 letter from university officials Dr. Douglas Comeau and David Trainor said that Boston College students, faculty, and staff who wish to be on campus at any point during the spring semester had to get the booster shot by Feb. 9.

In response, a petition was launched asking the school for a wide range of exemptions to the booster mandate. To date, the petition has garnered more than 1,000 signatures, many of which are identified as parents of Boston College students.

In another attempt to stop the mandate, a group of parents set up a phone call campaign, coined "CALL IT OFF," on Jan. 31. The campaign, created by "BC Moms," planned to have an alumnus or parent call the office of president Jesuit Father William Leahy, every 10 minutes voicing their concerns about the mandate. Parents, who told CNA that the campaign went as planned, called the office of Executive Vice President Michael Lochhead, as well.

On the signup form, parents left comments opposing the mandates. One parent said that it is "unnecessary and dangerous" to force a low risk population to take an experimental vaccine.

An alumnus and now university parent, Bob Hymans, told CNA that he considers the school's mandate to be immoral.

"We're still in the preliminary studies and keep finding out more about these vaccines on a daily basis," he said. "So, in my opinion it's immoral to mandate anybody take an experimental treatment where they can't possibly have informed consent."

Hymans didn't want his son, who is a freshman, to get the booster because he says it's an "experimental drug." Ultimately, his son got the booster shot ahead of the deadline, he said, adding that he fears for his son's health now.

Criticism of the mandate hasn't altered Boston College's position.

"Boston College remains firm in its COVID-19 policies, which are based on public health

recommendations and created to help protect the health and wellbeing of the University community," university spokesman Jack Dunn told CNA on Feb. 14

Dunn said that 99.3% of students, faculty, and staff were vaccinated at the start of the school year, and "a similar percentage" complied with the booster requirement.

"There is widespread support among students, faculty, and staff for a fully vaccinated and boostered campus community," Dunn said.

The only exceptions to the university's booster requirement were for those who have previously obtained a religious or medical exemption. But several parents told CNA that exemptions are rarely granted. CNA asked the university how many exemptions they granted but did not receive a response.

### 'The Emergency is Over'

Ireland, the economics professor, said he thought it was "a little weird" that he had to get vaccinated in the first place to keep his job, especially because he already had contracted the virus. Nevertheless, he went along, he said, trusting what experts had told him.

He said hoped that after he got vaccinated that masking on campus would no longer be necessary. Yet despite near-perfect compliance with the vaccination mandate, Boston College recently recorded its second highest COVID-19 positivity rate among students, prompting the school to re-institute a mask mandate that lasted from Jan. 14 through Jan. 31.

Ireland, who said he reluctantly ended up getting the booster for fear of losing his job, argued that the vaccine has not delivered on its promise of reducing the spread of COVID-19. He also fears that next school year a fourth shot could be on the way.

Ireland says one of his concerns is the possibility of "adverse side effects," especially in younger men.

A nine-month study of the effect of mRNA COVID-19 vaccines in the Journal of the American Medical Association published in January 2022 found that the risk of post-vaccination myocarditis, an inflammation of the heart muscle, "was increased across multiple age and sex strata and was highest after the second vaccination dose in adolescent males and young

men." The study's authors noted that the risk "should be considered in the context of the benefits of COVID-19 vaccination."

The study reported that out of the 192,405,448 persons receiving at least one dose of either mRNA vaccine, there were 1,991 reports of myocarditis to the federal government's Vaccine Adverse Event Reporting System. The study says that 1,626 of the reported cases were confirmed and the median age was 21. More than 8 out of 10 myocarditis cases were found to be in men.

The New England Journal of Medicine also published a recent study among patients in a large Israeli healthcare system who had received at least one dose of the Pfizer–BioNTech mRNA vaccine which showed a link between the vaccine and myocarditis. The study estimated 2.13 cases per 100,000 people, with the highest occurrences being among male patients between the ages of 16 and 29 years of age. "Most cases of myocarditis were mild or moderate in severity," the authors noted.

The Centers for Disease Control and Prevention (CDC) confirms that cases of myocarditis and pericarditis, an inflammation of the outer lining of the heart, have been reported after mRNA COVID-19 vaccination, "especially in male adolescents and young adults." The CDC says the conditions typically develop after the second dose of the vaccine and within a week of vaccination.

There has not been a chance for long-term studies on the vaccines, and that makes the choice to get vaccinated difficult for many people, Ireland says. And given the current data showing the ineffectiveness of vaccines to stop the spread, he agrees with Hyman and other parents that the mandate is immoral.

"If you're going to mandate that someone goes through a medical procedure, there had better be a compelling reason," Ireland said.

"It had better be an emergency, and the emergency is over," he said, adding that he plans to continue to speak out against mandatory booster shots.

*Keywords:* boston college   booster mandate   parent protest   vaccine mandate

Copyright © 2026 EWTN News, Inc. All rights reserved. EIN 27-4581132

Reproduction of material from this website without written permission, or unlicensed commercial use or monetization of National Catholic Register RSS feeds is strictly prohibited.