UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS

_____

)
AVENIR AGAJ                              )
                    Plaintiff            )
                                         )
            V.                           )    Civil ACTION No. 1:24 –CV-10884-JEK
                                         )
BOSTON COLLEGE                           )
                                         )
                    Defendant            )
                                         )
_____)


MOTION TO VACATE THE MOTION FOR EXTENTION OF TIME TO FILE SUMMARY JUDGMENT FILED BY DEFENDANT BOSTON COLLEGE,GRANTED BY HONORABLE JUDGE MAGISTRATE HONORABLE JENNIFER C.BOAL.

AND MOTION TO RECUSE HONORABLE MAGISTRATE JUDGE JENNIFER C. BOAL AND HONORABLE JUDGE JULIA E. KOBICK FOR JUDICIAL MISCONDUCT BY PLAINTIFF AVENIR AGAJ .


PRO SE.

AVENIR AGAJ.

REQUEST THAT THE MOTION FOR EXTENTION OF TIME ECF 148 GRANTED TO DEFENDANT BOSTON COLLEGE BY MAGISTRATE JUDGE JENNIFER C. BOAL TO BE IMMIDEATLY VACATED FOR THE REASONS MENTIONED BELOW:

1)THE MOTION WAS GRANTED IN RETALIATION OF POSITION STATEMENT FILED BY ME THE PLAINTIFF AVENIR AGAJ 06/26/2026

2)THE MOTION WAS GRANTED IN VIOLATION OF RULE 6 COMPUTING AND EXTENDING TIME FOR MOTION PAPERS.VIOLATION OF MY RIGHT AS A PARTY TO RESPOND 14 DAY RULE FRCP.

3)THE GRANTED MOTION VIOLATE RULE 2.9 EX –PARTE COMMUNICATIONS

THAT DEFENETLY TOOK PLACE BETWEEN THE DEFENDANT AND THE COURT.

4)VIOLATION OF FRCP 16 SCHEDULING AND INCORRECTLY GRANTING A MOTION.

CONFIRMING THE BIAS TOWARDS ME THE PLAINTIFF AVENIR AGAJ.

5)RELIED ON CLEARLY ERRENOEUS FACTS AND MADE JUDGEMENT ENTIRELY UNSUPPORTED BY EVIDENCE.AND ACTED IRRATIONALLY DEMOSTRATED CLEAR BIAS.

EXHIBIT 3

EMAIL COMUNICATIONS CLERK HALEY CURRIE,MEREDITH DOTY ,FIONA BOR,AVENIR AGAJ

Dear Clerk Hutchins,

In connection with the above-referenced matter, on June 22, 2026, Defendant Trustees of Boston College filed a Motion for Extension of Time to File Summary Judgment Motion (ECF No. 148) requesting that the deadline be extended from July 6, 2026 to July 21, 2026.

The deadline for Plaintiff to Oppose the Motion for Extension of Time and the current deadline for filing dispositive motions are both July 6, 2026. Accordingly, we request a decision on the Motion for Extension of Time at the Court's earliest convenience.
 Thank you very much.
 Best,
Fiona
Dear Clerk Hutchins and Clerk Currie,

 In connection with the above-referenced matter, Defendant Trustees of Boston College writes pertaining to its recent Motion for Extension of Time to File Summary Judgment Motion (ECF 148). Based on the attached email from Mr. Agaj, we understand his recent filing (ECF 149) was intended to serve as an opposition to Boston College's motion.

Given that July 3, 2026 is a federal holiday, Boston College respectfully requests a ruling on its motion to extend the summary judgment deadline from July 6 to July 21, 2026 (ECF 148). In-house counsel for Boston College is on vacation and substantially unavailable through July 6, 2026.  Boston College is happy to seek leave to file a reply in further support of its motion if the Court deems it necessary.
 Thanks very much for your assistance,
Meredith Doty

Meredith Doty

RESPONSE Dear Clerk Hutchins and Clerk Currie, and Doty
In regards to your e-mail yesterday:
Based on the attached email from Mr. Agaj, we understand his recent filing (ECF 149) was intended to serve as an opposition to Boston College's motion.
Answer:
No !!!
Ms.Meredith Doty you clearly and intentionally understand wrong.
ECF 149 Text and Content is Clear!
You have been provided a copy!
Plaintiff Avenir Agaj Position Statement by Avenir Agaj (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14, # (15) Exhibit 15, # (16) Exhibit 16, # (17) Exhibit 17)
That document was not intended for opposition motion to Boston College Motion nor it mention it any where .

Now according to FCRP federal court rules of procedure i have 14 days to file an opposing motion in court. Those 14 are not up,,, you the defendant counsel asking for a ruling before the time is up violated the FCRP and is not the first time ,,,,same goes for the Judge Magistrate Honorable Jennifer C.Boal for granting your motion to extend time. That is clear another example of bias and prejudice against me the plaintiff Avenir Agaj with the intend to favor the defendant Boston College and is a violation of the FCRP and you have proceeded Ex-Parte and have colluded.
Now i still intend to file a opposition motion against Boston College motion to extend time within my 14 days legal right and i will file also a motion to vacate the order  to extend time by  Honorable Judge Magistrate Jennifer C.Boal.
I hope this will clarify the situation.
I bid you good day!

Good morning,

These documents were received on Friday and were scanned into the system for us to docket this morning. We received notification of the input of these items and docketed them backdated to 6/26/2026 which is when they were time stamped by the employee who opened the mail. These items have not been tampered with – they were entered exactly how we received them on Friday.

The Court is not obligated to inform you when any filing is made that you or opposing counsel sends in or files for the Court's review. The Court's obligation is to send orders that were entered by the Court. I can confirm that at 11:20 AM, when these documents were entered, you received email notification of this filing. Please see below.

United States District Court
District of Massachusetts
Notice of Electronic Filing

The following transaction was entered on 6/29/2026 at 11:20 AM EDT and filed on 6/26/2026

Case Name:        Agaj v. Boston College
Case Number:      1:24-cv-10884-JEK
Filer:            Avenir Agaj

Document Number:  149
Docket Text:
Plaintiff Avenir Agaj Position Statement by Avenir Agaj (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14, # (15) Exhibit 15, # (16) Exhibit 16, # (17) Exhibit 17)(Currie, Haley)

Good morning Mr Court
Clerk Aaron Hutchins, Ms. Haley Currie.
On the 2026 June 26 at 3:23 PM
In US District Court was filed by me Plaintiff Avenir Agaj The Document :
Plaintiff Avenir Agaj Position Statement together with 17 Exhibits.

1.  I would like to why the court has not sent me a confirmation receipt through pacer system?
2.  Do you intend to tamper with the evidence?

3. How do you justify this delay after all The court clerk is only supposed to scan and publish the information received and not edit or tamper or redact any of the information contained?

That would be obstruction of justice!

I am forwarding you a copy of my filing for the record.

Looking forward to hear from you! Best regards Plaintiff Avenir Agaj!

Haley Currie

Clerk's Office

United States District Court - Massachusetts

One Courthouse Way, Suite 2300 Boston, MA 02210

In response...

1. Well, the court should have granted me PACER access in the first place as is my legal right as Plaintiff. So that would have prevented the EX- Parte Communications between You the Court And the Defendant Counsel of Boston College.

2. It is not the first time that these delays from the clerk's office in Us District Court have happened and the documents presented as evidence have not properly scanned and altered so my allegations are well founded and based on facts.

3. Since previosly you have intentionally failed to inform me for filing and proceeding you have colluded with the defendant counsel of Boston College that is an undenied fact.

4. This case it appears to change hands as pleased between the Honorable Judges Julia E.Kobick and Honorable Magistrate Judge Jennifer C.Boal and it is clear that the Court has not shown the courtesy to me as plaintiff informed beforehand for these changes, that is another fact.

I bid you good day

Best Regards

Plaintiff Avenir Agaj.

THEREFORE, I PLAINTIFF AVENIR AGAJ REQUEST RELIEF BY THE COURT THAT THE MOTION TO EXTEND TIME FILED BY THE DEFENDANT BOSTON COLLEGE AND GRANTED BY HONORABLE JUUDGE MAGISTRATE JENNIFER C.BOAL BE VACATED WITH IMMIDEATE EFFECT AS IT VIOLATES THE FRCP 6/16 RULE.

AND MOTION TO RECUSE TO BE GRANTED FOR BOTH HONORABLE MAGISTRATE JENIFFER C. BOAL AND HONORABLE JUDGE JULIA E. KOBICK FROM THE CASE PURSUANT 28 US CODE 144 JUDICIAL MISCONDUCT BECAUSE OF INAPPROPIATE

**BEHAVIOUR AND ETHICAL VIOLATION BY THESE JUDGES THAT COMPROMISES THEIR IMPARTIALITY, INTEGRITY AND THE PROPER ADMINISTRATION OF JUSTICE BY ENGAGING REPEATLY ON BIAS AND PREJUDICE AND EX – PARTE COMMUNICATIONS WITH THE DEFENDANT BOSTON COLLEGE.**

PRO SE AVENIR AGAJ                                    DATE 07/06/2026

14 PAUL STREET
BURLINGTON                                    SIGNED: AVENIR AGAJ
MA,01803
E-MAIL aviaga10@hotmail.com