**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AVENIR AGAJ, <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:24-CV-10884-JEK <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT OF WELKIN JOHNSON IN SUPPORT OF**
**TRUSTEES OF BOSTON COLLEGE'S MOTION FOR SUMMARY JUDGMENT**

I, Welkin Johnson, do hereby on oath depose and state as follows:

1. My current title is Boston College Professor of Biology. I was the Chairperson of the Boston College Biology Department from 2015-2024.

2. I graduated from University of California Berkeley in 1990 with a B.A. in Microbiology and Immunology. I graduated from Tufts University School of Medicine with a Ph.D. in Microbiology & Molecular Biology in 1998. From 1998-2001, I was a post-doctoral fellow in the Division of Microbiology, New England Primate Research Center at Harvard Medical School. I have authored or co-authored approximately 58 peer-reviewed research publications and approximately 24 additional publications on a variety of topics concerning viruses, retroviruses and other related matters. I have been designated as an expert witness in this case.

3. As a virologist and biologist, I have studied the general characteristics, structure, infection and replication methods, and methods of transmission of numerous viruses, including SARS-CoV-2 and certain variants thereof.

4.      In the wake of the COVID-19 pandemic, Boston College created a COVID-19 Committee, tasked with formulating and implementing policies for the safety and protection of the Boston College community. I was a member of this Committee.

5.      In connection with the policies and procedures implemented in response to the COVID-19 pandemic, I created a COVID-19 state-certified testing lab at Boston College which processed the Boston College community's COVID-19 tests. The lab began processing test results in September of 2020.

6.      Once COVID-19 vaccination became available, in reliance on scientific studies and guidance from public health authorities, Boston College imposed a mandatory vaccination policy on April 23, 2021. Boston College determined that mandating vaccination for all students, faculty, and staff was the best way to protect against severe illness, hospitalization, and death, and reduce the transmission of COVID-19. Boston College's decision to require students, faculty and staff to be vaccinated against COVID-19 was based on scientific studies, opinions and analysis, as well as the recommendation of the Center for Disease Control and Prevention ("CDC"), the Department of Health and Human Services, and the Massachusetts Department of Public Health that vaccination was the best way to protect against severe illness, hospitalization, and death, and reduce the transmission of COVID-19.

7.      The concept of vaccination predates modern medicine and the pharmaceutical industry by more than a thousand years, with the first documented application of what we now call vaccination occurring in China as far back as the 10th century. In contrast to drugs, which are used to inhibit virus or ameliorate symptoms after infection, vaccines work by activating the natural process of immunity as a proactive and preventative measure. Specifically, vaccination serves to slow the spread of a virus in a group or population, such that 1) fewer people become

2

infected; 2) of those who are vaccinated and still become infected, fewer progress to severe disease; and 3) of those who are vaccinated and still progress to disease, fewer suffer long-term physiological or neurological damage. Viruses are "obligatory intracellular parasites" which by definition are dependent on being able to infect and reproduce in susceptible hosts. For this reason, certain communities are optimal environments for respiratory viruses to survive and spread – examples include crowded urban centers, cruise ships, hospitals, military bases, and university campuses with large numbers of closely interacting students, faculty and staff. During the COVID-19 pandemic, the New York Times provided a continuous update on U.S. campus positivity rates, and in 2020 the New York Times college case tracker noted that while infection rates were high among students, most campus deaths from infection occurred among campus employees - suggesting that employees at universities were at even greater risk than students of suffering negative outcomes of infection (*Tracking the Coronavirus at U.S. Colleges and Universities,* The New York Times (last updated December 11, 2020), https://www.nytimes.com/interactive/2020/us/covid-college-cases-tracker.html). Prior to the availability of SARS-CoV-2 vaccines, universities, including Boston College, had to implement a wide range of expensive and sometimes disruptive policies (e.g. remote learning, masking, social distancing, limited access to in-person services, isolation and quarantine) in order to contain viral spread on campuses - see for example a report on the pre-mitigation strategies implemented by Boston University, which were similar to those implemented on the Boston College campus (Davidson H. Hamer et al., *Assessment of a COVID-19 Control Plan on an Urban University Campus During a Second Wave of the Pandemic*, JAMA Network Open Vol. 4, No. 6 (June 25, 2021), https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2781349#247850736). Prior to

3

widespread availability of COVID vaccines, mathematical models predicted that high levels of vaccination would be required to contain spread of SARS-CoV-2 and to prevent disease and death on university campuses.

8.      Vaccination was particularly important on college campuses like Boston College given the close proximity in which students, faculty and staff interact on a daily basis and the sheer number of individuals in its community. In 2021, Boston College had in excess of 15,000 students and 3,500 faculty and staff. In short, Boston College determined that mandatory vaccination was vital to protect the health and safety of the Boston College community.

9.      In April 2021, the Delta variant rapidly caused a new wave of COVID-19 infections, with cases rising sharply from April/May 2021 and displacing the previous Alpha variant to become the primary strain by July 2021. Death rates spiked significantly in the summer of 2021 due to the Delta variant. The Delta variant was designated as a Variant of Concern (VOC) by the Centers for Disease Control and the World Health Organization in May 2021. The Delta variant was roughly 60% more transmissible than the Alpha variant and twice as likely to cause hospitalization, especially in unvaccinated individuals. It spread faster, caused severe disease more quickly, and carried mutations that partially evaded immunity, resulting in higher breakthrough infections. A Delta variant breakthrough infection occurred when a fully vaccinated person (≥14 days post-vaccination) tests positive for SARS-CoV-2. While Delta's high viral load made these infections more common, vaccines remained highly effective at preventing severe illness, hospitalization, and death.

10.     As a result of Boston College's vaccination policy, Boston College achieved an ~99.3% vaccination rate among students, faculty, and staff. A fully vaccinated community was essential to Boston College's mission to continue to provide an in-person education to its

4

students during the pandemic. Studies demonstrate that the closer to 100% vaccination rate a community achieves, the better the chances of eliminating spread of the COVID-19 virus. For example, if a community is 95% vaccinated, 1 out of every 20 individuals is potentially at risk of spreading COVID-19. In this situation, gatherings of 20-100 people will include on average 1-5 unvaccinated individuals. By comparison, if the same community reaches a 99% vaccination rate, on average only one person in a gathering of 100 people would be at risk of carrying and spreading the virus, and most smaller groups will have 0-1 individuals with the potential to carry and spread the virus. Groups of this size range (20-100 people) form regularly on university campuses, in spaces that include (but are not limited to) classrooms and lecture halls, laboratories, dormitories, cafeterias, libraries, waiting rooms, break rooms, workshops, recreational facilities, shuttle buses and bus stops, and administrative office suites. A campus community is also dynamic, with students, faculty and staff moving within and between spaces and assembling into new groups throughout the day. Under such circumstances, even a small increase in vaccination rates (from 95% to 99%) can translate into a significant reduction in the risk of infection and disease. The high vaccination rate at Boston College lessened the spread of infections among those on campus, and likely lessened hospitalizations and serious illness among those who became infected.

11.    I have served as a faculty member at Boston College since 2012. Given my work and presence on campus over the last 14 years, I have become directly familiar with tasks performed by landscapers employed by Boston College on its campus. Those tasks are diverse and various, and include everything from moving furniture from office to office, moving desks and chairs in classrooms, weeding flower beds, and snow removal.

5

12.     If Agaj were to remain unvaccinated in the Fall of 2021, he would have posed a safety and health risk to individuals with whom he worked directly at Boston College, to the other staff members with whom he worked, and to the greater Boston College community. Allowing Mr. Agaj to work unvaccinated would have caused an undue burden to Boston College because it would have increased the likelihood of COVID-19 infection among staff, faculty and students at Boston College. As part of his responsibilities, Mr. Agaj came into contact, in enclosed spaces, with numerous members of the Boston College community, including faculty and staff. I also understand that Mr. Agaj regularly performed tasks with other team members, the majority of which required physical activity. The performance of such physical activities increases the risk of potential transmission due to increased breathing and sweating. The release of respiratory droplets increases with higher physical activity levels, thus increasing risk of potential transmission. Potential transmission also increases with other factors often associated with physical work, such as an inability to wash hands frequently due to working in a location removed from restrooms or faucets. In addition, as of 2021, there was also a concern about surface transmission; that is, the possibility that an infected individual or individual carrying the virus touched common doorknobs and equipment, and other individuals could become infected by contacting the same commonly touched surface.

13.     Due to the highly transmissible nature of COVID, Mr. Agaj, if he became infected, could have readily passed the virus on to other individuals in the Boston College community, who could have then infected others. There was no alternative measure (e.g., masking, social distancing), that was as effective as vaccination in reducing the risk that Mr. Agaj, or other unvaccinated individuals, posed to the community. Contact tracing, which is aimed at notifying individuals of potential exposure and preventing further transmission, has

6

limited effectiveness and generally only prevents a fraction of onward transmissions from contacts. Because it only takes one person to set off a chain of transmission, the risk of having just one person who can transmit the virus poses a significant risk to other individuals. This was especially true given the breakthrough infections caused by the Delta variant. Every additional person on the Boston College campus who was unvaccinated increased the possibility of infection.

14.    Boston College determined that any increased risk of transmission of COVID-19 within its community would negatively impact its reputation of providing a reasonably safe environment for students, faculty and staff to learn, live or work, given the ongoing conditions during the pandemic.

Signed under the pains and penalties of perjury, this __17__ day of __July__ 2026.

Welkin Johnson, Ph.D.
Boston College

7

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

*/s/ Alan D. Rose*
Alan D. Rose

Date: July 21, 2026