# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVENIR AGAJ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-CV-10884-JEK |
| | ) | |
| BOSTON COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF PATRICIA LOWE IN SUPPORT OF
## TRUSTEES OF BOSTON COLLEGE'S MOTION FOR SUMMARY JUDGMENT

I, Patricia Lowe, do hereby on oath depose and state as follows:

1.      I am the Associate Vice President for the Office of the Vice President for Human Resources ("OVPHR") and the University Title IX and ADA Coordinator at Boston College ("BC"). I have held this role since 2015. I have a B.A. from Boston College, a J.D. from Suffolk University Law School, and a M. Ed. from Creighton University. I report to David Trainor, BC's Vice President for Human Resources.

2.      As part of my duties, I work to ensure BC's compliance with many employment laws, including, among others, Title VII, Title IX, Section 504, the Americans with Disabilities Act, and Mass. G.L. c. 151B. I routinely review discrimination policies and procedures. I also oversee training and workshops for members of the BC community regarding well-being, growth, a sense of belonging, and Title IX.

3.      As part of my role, I regularly read federal and state guidelines, policies, and procedures relating to diversity, equity and inclusion. Among the organizations I rely upon for this information are the federal Equal Employment Opportunity Commission, the Massachusetts

Commission Against Discrimination, the American Association for Access Equity and Diversity and the National Employment Law Institute. I am also a member of the Job Accommodation Network.

4.      On April 23, 2021, BC's President, Father William P. Leahy, sent an email to the BC Community in which he announced that BC would require all students, faculty and staff to be vaccinated against COVID-19 before participating in any on-campus activities in the 2021-2022 academic year.  See Ex. 1.

5.      Subsequent communications were sent on May 10 and May 13, 2021 by Vice President Trainor to the BC community, detailing BC's vaccine mandate for the 2021-2022 academic year and the process for requesting a religious or medical exemption to the vaccination mandate. See Trainor Aff., Exs. 1 & 2.

6.      The form to request an exemption from the University's vaccine mandate was placed on the OVPHR website, which was then called the Office for Institutional Diversity and later merged with OVPHR. Edilma-Hosein Reyes, the Assistant Director of the OID at the time, and I were tasked with administering the process of reviewing and making decisions on exemption requests.

7.      BC routinely notified exemption applicants of our requirements. We required employees seeking an exemption on religious grounds to submit a letter from the applicant's pastor or spiritual advisor. Applicants for an exemption on medical grounds were required to submit a letter from the applicant's treating physician, stating that vaccination was contraindicated by the applicant's medical condition. BC denied requests for exemption by applicants who declined to provide documentation.

2

8.      On June 23, 2021, Avenir Agaj, an employee in the Grounds Department of BC at the time, submitted a COVID-19 Vaccination Exemption Request Form to the OID. See Ex. 2.

9.      The request form gave employees the ability to choose whether an exemption was for "Medical," "Religious," or "Other special circumstance." Mr. Agaj selected all three. See Ex. 2. In the box for describing special circumstances, Mr. Agaj wrote, "l) It would have an adverse effect on my immune system on medium and long term not to mention immediate side effects 2) It goes against my religius belives faith healing 3) As long as idemnity for vaccines is in place i dont feel safe having one [sic]" In the box which requested medical or religious documentation and any additional information, Mr. Agaj wrote, "Please grant me exemption for the reasons stated above[.]" Id.

10.     Based on guidance from the EEOC and the MCAD, BC decided that it was permissible and necessary for BC to request supporting documentation from applicants for COVID-19 vaccination exemptions.

11.     On June 23, 2021, upon receipt of Mr. Agaj's request form, Ms. Reyes emailed Mr. Agaj at 10:24 AM:

> Thank you for your email and request form. For medical exemptions, please provide, at minimum, a letter from your healthcare provider that clearly states the contraindication to vaccination. For religious documentation, please provide a letter from your spiritual leader or advisor that clearly states the religious reasoning for exemption.

Ex. 3.

12.     At 10:28 AM on June 23, Mr. Agaj responded to Ms. Reyes' email, stating, "Your request is in clear violation of my rights i dont have to provide you further info on my health records disability act religius belives nor anything else for that matter have a nice day [sic]." Ex. 3.

13.	At 11:01 AM on June 23, Mr. Agaj sent Ms. Reyes a second email that day, stating:

> Hi Your request to provide documents about my medical record or religious belives violates my rights under disability act 151B religius freedoms ACLU and privacy laws lB chapter 214 Title 1 Part 3. Frankly you should not demand that i provide proof. Please recpect my rights! Have a nice day Avenir Agaj [sic].

Ex. 4.

14.	At 11:12 AM on June 23, Mr. Agaj sent Ms. Reyes a third email that day, stating: "HI Your request to ask me to provide physical proof of vaccination Is In clear violation of the disability act 151 B, Religlus fredom act RFRA Privacy law 1B chapter 214 title 1 Part 3. Please respect my rights. Have a nice day Avenir Agaj [sic]." Ex. 5.

15.	On June 24, 2021, I emailed Mr. Agaj to inform him that Title VII does permit BC to request supporting documentation for vaccination exemption requests. I also informed him that BC was unable to "effectively evaluate [his] exemption request without some explanation or documentation of the nature of [his] medical or religious belief and how it applies to the vaccination requirement." See Ex. 5.

16.	On June 30, 2021, Ms. Reyes sent Mr. Agaj an email to remind him that, "we have not yet received your supporting documentation" for the exemption request and that if we, "do not receive documentation within five (5) business days…we will move forward in our denial process." See Ex. 6.

17.	On June 30, 2021, Mr. Agaj responded to Ms. Reyes email, "Hi thanks for the E-mail to me this Is not a gentle reminder Is an ULTIMATUM . Rest assure i will take action ageist any retaliation and denial of my request for vaccine exemption. Avenir Agaj [sic]." See Ex. 6.

18.     Due to Mr. Agaj's refusal to provide explanation or documentation of the nature of his medical condition or religious beliefs, BC did not have sufficient information to approve his request for exemption from BC's vaccination mandate. Mr. Agaj did not explain or document how vaccination was contraindicated by his medical condition. Furthermore, he did not explain how vaccination would violate a tenet or principle of his religious beliefs.

19.     On July 8, 2021, the OID, having received no explanation for his exemption requests, notified Mr. Agaj that it had denied his request for exemption.  See Ex. 7.

20.     On July 26, 2021, Mr. Agaj submitted a new COVID-19 Vaccination Exemption Request Form. See Ex. 8. In the section of the form which asked applicants to describe their special circumstance for requesting an exemption, Mr. Agaj wrote:

> Please grant me an exemption because i rely only on Folk Medicine of Ethnobotany and Religious Prayer for my medical care. I Do Declare that my sincere relgious held beliefs as practicant ,believer and descendant of the faith of BOGOMILS, which forbids me to have a covid-19 Vaccine. The way the covid -19 vaccine is made and distributed goes against my Faith and Morals.

Ex. 8.   In the section of the form which requested supporting medical or religious documentation and any additional information, Mr. Agaj wrote:

> The Covid -19 vaccine is a Health Risk for healthy people. My religious belives as BOGOMIL forbits me to take any thing that risks my health and spiritual wellbeing. My body is my Temple it is my duty an obligation to keep it pure, free from filth. May i also remind you again of my rights under the 1St Amendment also of Aticle 9 of The Human Rights act 1998 and the bill of rights. Please Grant Me The Covid -19 Vaccine Exemption.

Id.  Mr. Agaj did not include any supporting documents with his new request. BC had previously informed him of the documentation requirement. Mr. Agaj's July 26 exemption form was the first time he referred to ethnobotany or his Bogomils religion. BC had already denied Mr. Agaj's request for exemption because he had declined to respond to our requests for documentation. His new request for exemption came with no documentation supporting his

Docusign Envelope ID: 3DDF39E1-4AAD-85A4-835D-3FAB0854963B

request.  Because Mr. Agaj's request was incomplete, it was not forwarded to Fr. Penna for review.

21.     On August 6, 2021, Vice President Trainor informed Mr. Agaj that he would not be permitted on campus after August 13 if he did not upload proof of his vaccination and that he would be contacted the week of August 16 regarding his status. Trainor Aff., Ex. 4.

22.     On August 13, 2021, BC's deadline by which all students, faculty, and staff were required to upload proof of vaccination, Mr. Agaj's vaccination status was still outstanding, and BC had not received any supporting documentation for his exemption request.

23.     On August 19, 2021, Boston College notified Mr. Agaj that his employment with Boston College was terminated. See Ex. 9.

24.     Neither I, nor, to my knowledge, anyone at BC, discriminated against Mr. Agaj on the basis of his creed, his religion or on any other basis.

25.     Permitting unvaccinated students, faculty and/or staff on the BC campus has potentially serious health consequences for all members of the BC community and would impose an undue hardship on BC.


Signed under the pains and penalties of perjury, this ___21___ day of July, 2026.



Patricia Lowe
Boston College

6

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.


*/s/ Alan D. Rose*
Alan D. Rose

Date: July 21, 2026