**COVID-19 Vaccination Exemption Request Form**

Please complete this form and submit it to the Office for Institutional Diversity, **accommodation@bc.edu**. Completion of this form will serve as your request to be exempt from the required COVID-19 vaccination of all faculty and staff. This information and other related documentation will be treated confidentially and kept separate from your personnel file.

| **Name:** Avenir Agaj | **Email:** agaja@bc.edu | **Eagle ID** 71865483-57274203 |
|---|---|---|
| **Department:** Grounds | **Title:** Mr | **VP/Dean Name:** |
| **Campus Address/Building:** 300 Hammond Pond Parkway | **Extension:** | **Mobile Phone:** 8575440780 |

**EXEMPTION REQUEST**

Please check reason for your exemption request:

- ☑ Medical
- ☑ Religious
- ☑ Other special circumstance (please describe below)

| Please describe your special circumstance for requesting an exemption from the required COVID-19 vaccination. |
|---|
| 1()It would have an adverse effect on my immune system on   Medium and long term not to mention imidiate side effects |
| I2) It goes against my religius belives faith healing |
| 3)As long as idemnity for vaccines is in place i dont feel safe having one. |

| Please provide supporting **medical** or **religious** documentation and any any additional information you believe may be of assistance while we review your request for an exemption from the COVID-19 Vaccination requirement. |
|---|
| Please grant me exemption  for the reasons stated above |
| Respect my rights |
| |
| |
| |
| |

**Signature** Avenir Agaj                    **Date** 06/23/2021

**CONFIDENTIAL**                                                                 BC001306