**From:** Avenir Agaj <agaja@bc.edu>
**Sent:** Wednesday, June 23, 2021 10:28 AM EDT
**To:** Office for Institutional Diversity Human Resource <accommodation@bc.edu>
**Subject:** Re: vaccine exemption

Your request is in clear violation   of my rights  i dont have to provide you further info on my health records disability act religius belives  nor anything else for that matter have a nice day

On Wed, Jun 23, 2021 at 10:24, Office for Institutional Diversity Human Resource <accommodation@bc.edu> wrote:

Good morning Avenir,

Thank you for your email and request form.  For medical exemptions, please provide, at minimum, a letter from your healthcare provider that clearly states the contraindication to vaccination. For religious documentation, please provide a letter from your spiritual leader or advisor that clearly states the religious reasoning for exemption.

Edilma

Edilma Reyes Hosein
Assistant Director
Office for Institutional Diversity, Human Resources
Boston College
129 Lake Street, Brighton Campus,  Room 215
Phone: (617) 552-2373 | Fax: (617) 552-0699 | W:www.bc.edu/diversity
**Diversity and Inclusion: A Shared Responsibility**
-------
Links to download a fillable application form:

1. COVID-19 Vaccination Exemption Application Form
2. Reasonable Accommodation Application Form, and the process policy
3. Special Accommodation Request Form (from June 1 to August 13, 2021)
4. COVID-19 Test Exemption Request Form (from June 1 to August 13, 2021)

If you have additional questions, please also visit Reopening Boston College and read the Guide and FAQ for Returning to the Workspace for employees and faculty.

On Wed, Jun 23, 2021 at 9:28 AM igs London-UK <goagic@gmail.com> wrote:

**CONFIDENTIAL**                                                                                   **BC001292**