**From:** Avenir Agaj <agaja@bc.edu>
**Sent:** Wednesday, June 23, 2021 11:01 AM EDT
**To:** Office for Institutional Diversity Human Resource <accommodation@bc.edu>
**CC:** Patricia Lowe <narcisse@bc.edu>
**Subject:** Re: vaccine exemption

Hi Your request to provide documents about my medical record or religious belives violates  my rights under disability act 151B   religius freedoms ACLU and privacy laws  1B chapter 214 Title 1 Part 3.Frankly you should not demand that i provide proof.Please recpect my rights !Have a nice day Avenir Agaj.

On Wed, Jun 23, 2021 at 10:24, Office for Institutional Diversity Human Resource <accommodation@bc.edu> wrote:

> Good morning Avenir,
>
> Thank you for your email and request form.  For medical exemptions, please provide, at minimum, a letter from your healthcare provider that clearly states the contraindication to vaccination. For religious documentation, please provide a letter from your spiritual leader or advisor that clearly states the religious reasoning for exemption.
>
> Edilma
>
> Edilma Reyes Hosein
> Assistant Director
> Office for Institutional Diversity, Human Resources
> Boston College
> 129 Lake Street, Brighton Campus,  Room 215
> Phone: (617) 552-2373 | Fax: (617) 552-0699 | W:www.bc.edu/diversity
> **Diversity and Inclusion: A Shared Responsibility**
> -------
> Links to download a fillable application form:
>
> 1. COVID-19 Vaccination Exemption Application Form
> 2. Reasonable Accommodation Application Form, and the process policy
> 3. Special Accommodation Request Form (from June 1 to August 13, 2021)
> 4. COVID-19 Test Exemption Request Form (from June 1 to August 13, 2021)
>
> If you have additional questions, please also visit Reopening Boston College and read the Guide and FAQ for Returning to the Workspace for employees

**CONFIDENTIAL**

**BC001293**