**From:** Office for Institutional Diversity Human Resource <accommodation@bc.edu>
**Sent:** Thursday, June 24, 2021 9:48 AM EDT
**To:** Avenir Agaj <agaja@bc.edu>
**Subject:** Re: vaccine exemption

Good morning Avenir,
Thank you for your email response to our request for supporting documentation.  Title VII permits the University to request said explanation or documentation.

At this time, Boston College is unable to effectively evaluate your exemption request without some explanation or documentation of the nature of your medical or religious belief and how it applies to the vaccine requirements.


Patricia


Patricia Lowe, J.D., CDE
Executive Director
Office for Institutional Diversity, Human Resources
Boston College
129 Lake Street, Brighton Campus, Room 215
Phone: (617) 552-2373 | Fax: (617) 552-0699 | W:www.bc.edu/diversity
**Diversity and Inclusion: A Shared Responsibility**
-------
Links to download a fillable application form:

1. COVID-19 Vaccination Exemption Application Form
2. Reasonable Accommodation Application Form, and the process policy
3. Special Accommodation Request Form (from June 1 to August 13, 2021)
4. COVID-19 Test Exemption Request Form (from June 1 to August 13, 2021)

If you have additional questions, please also visit Reopening Boston College and read the Guide and FAQ for Returning to the Workspace for employees and faculty.


On Wed, Jun 23, 2021 at 11:12 AM Avenir Agaj <agaja@bc.edu> wrote:

Hi
Your request to ask me  to provide physical proof of vaccination is in clear violation of the disability act 151 B ,Religius fredom act RFRA Privacy law 1B chapter 214 title 1 Part 3.Please respect my rights. Have a nice day Avenir Agaj.
On Wed, Jun 23, 2021 at 10:24, Office for Institutional Diversity Human Resource <accommodation@bc.edu> wrote:

Good morning Avenir,

Thank you for your email and request form.  For medical exemptions, please provide, at minimum, a letter from your healthcare provider that clearly states the contraindication to vaccination. For religious documentation, please provide a letter from your spiritual leader or advisor that clearly states the religious reasoning for exemption.


Edilma

Edilma Reyes Hosein
Assistant Director
Office for Institutional Diversity, Human Resources
Boston College
129 Lake Street, Brighton Campus, Room 215
Phone: (617) 552-2373 | Fax: (617) 552-0699 | W:www.bc.edu/diversity
**Diversity and Inclusion: A Shared Responsibility**
-------
Links to download a fillable application form:

1. COVID-19 Vaccination Exemption Application Form
2. Reasonable Accommodation Application Form, and the process policy
3. Special Accommodation Request Form (from June 1 to August 13, 2021)
4. COVID-19 Test Exemption Request Form (from June 1 to August 13, 2021)

If you have additional questions, please also visit Reopening Boston College and read the Guide and FAQ for Returning to the Workspace for employees and faculty.

On Wed, Jun 23, 2021 at 9:28 AM igs London-UK <igoagic@gmail.com> wrote:

**CONFIDENTIAL**

**BC001299**