**From:** Avenir Agaj <agaja@bc.edu>
**Sent:** Wednesday, June 30, 2021 4:44 PM EDT
**To:** Office for Institutional Diversity Human Resource <accommodation@bc.edu>
**Subject:** Re: Request for Supporting Documentation

Hi thanks for the E-mail to me this is not a gentle reminder is an ULTIMATUM .Rest assure  i will take action agaist any retaliation and denial of my request for vaccine exemption. Avenir Agaj

On Wed, Jun 30, 2021 at 13:06, Office for Institutional Diversity Human Resource <accommodation@bc.edu> wrote:

Good afternoon Avenir,

A gentle reminder, we have not yet received your supporting documentation. This will allow us to begin the review process of your request.   Should we not receive documentation within five (5) business days of receipt of this email, we will move forward in our denial process.


Please let me know if you have any questions,


Edilma
Edilma Reyes Hosein
Assistant Director
Office for Institutional Diversity, Human Resources
Boston College
129 Lake Street, Brighton Campus,  Room 215
Phone: (617) 552-2373 | Fax: (617) 552-0699 | W:www.bc.edu/diversity
**Diversity and Inclusion: A Shared Responsibility**
-------
Links to download a fillable application form:

1. COVID-19 Vaccination Exemption Application Form
2. Reasonable Accommodation Application Form, and the process policy
3. Special Accommodation Request Form (from June 1 to August 13, 2021)
4. COVID-19 Test Exemption Request Form (from June 1 to August 13, 2021)

If you have additional questions, please also visit Reopening Boston College and read the Guide and FAQ for Returning to the Workspace for employees and faculty.

**CONFIDENTIAL**                                                                                              **BC001311**