

**Office for Institutional Diversity Human Resource <accommodation@bc.edu>**

## Request for COVID-19 Vaccination Exemption
1 message

**Office for Institutional Diversity Human Resource** <accommodation@bc.edu>    Thu, Jul 8, 2021 at 4:12 PM
To: Avenir Agaj <agaja@bc.edu>

Good afternoon Avenir,

Thank you for forwarding your request for a COVID-19 vaccination exemption request to the Office for Institutional Diversity.

In consultation with campus ministry, it has been concluded that the information you provided does not adequately support a religious exemption.  Your request for an exemption to the University's vaccination requirements has been denied.

 Before participating in any on-campus activity related to the 2021-2022 academic year you must be fully vaccinated against COVID-19.  Please visit the Mass.gov vaccination website to a location near you.

Office for Institutional Diversity, Human Resources
Boston College
129 Lake Street, Brighton Campus, Room 215
Phone: (617) 552-2373 | Fax: (617) 552-0699 | W:www.bc.edu/diversity
**Diversity and Inclusion: A Shared Responsibility**
-------
Links to download a fillable application form:

1. COVID-19 Vaccination Exemption Application Form
2. Reasonable Accommodation Application Form, and the process policy
3. Special Accommodation Request Form (from June 1 to August 13, 2021)
4. COVID-19 Test Exemption Request Form (from June 1 to August 13, 2021)

If you have additional questions, please also visit Reopening Boston College and read the Guide and FAQ for Returning to the Workspace for employees and faculty.

**CONFIDENTIAL**    **BC001372**