**From:** Avenir Agaj <agaja@bc.edu>
**Sent:** Monday, July 26, 2021 7:22 AM EDT
**To:** Office for Institutional Diversity Human Resource <accommodation@bc.edu>
**Subject:** Re: Request for COVID-19 Vaccination Exemption
**Attachment(s):** "COVID-19_Vaccination_Exemption_Request_Form 1.pdf"

Good morning Avenir Agaj here i am resubmiting my exemption form for covid -19 vaccine have a nice day!

On Thu, Jul 8, 2021 at 16:12, Office for Institutional Diversity Human Resource <accommodation@bc.edu> wrote:

Good afternoon Avenir,

Thank you for forwarding your request for a COVID-19 vaccination exemption request to the Office for Institutional Diversity.

In consultation with campus ministry, it has been concluded that the information you provided does not adequately support a religious exemption.  Your request for an exemption to the University's vaccination requirements has been denied.

Before participating in any on-campus activity related to the 2021-2022 academic year you must be fully vaccinated against COVID-19.  Please visit the Mass.gov vaccination website to a location near you.

Office for Institutional Diversity, Human Resources
Boston College
129 Lake Street, Brighton Campus, Room 215
Phone: (617) 552-2373 | Fax: (617) 552-0699 | W:www.bc.edu/diversity
**Diversity and Inclusion: A Shared Responsibility**
-------
Links to download a fillable application form:

1.  COVID-19 Vaccination Exemption Application Form
2.  Reasonable Accommodation Application Form, and the process policy
3.  Special Accommodation Request Form (from June 1 to August 13, 2021)
4.  COVID-19 Test Exemption Request Form (from June 1 to August 13, 2021)

If you have additional questions, please also visit Reopening Boston College and read the Guide and FAQ for Returning to the Workspace for employees and faculty.

**CONFIDENTIAL**                                                                                                  **BC001332**

## COVID-19 Vaccination Exemption Request Form

Please complete this form and submit it to the Office for Institutional Diversity, **accommodation@bc.edu**. Completion of this form will serve as your request to be exempt from the required COVID-19 vaccination of all faculty and staff. This information and other related documentation will be treated confidentially and kept separate from your personnel file.

| **Name:** Avenir Agaj | **Email:** agaja@bc.edu | **Eagle ID** 71865483-57274203 |
| --- | --- | --- |
| **Department:** Grounds | **Title:** MR | **VP/Dean Name:** |
| **Campus Address/Building:** 300 Hammond Park way | **Extension:** | **Mobile Phone:** 8575440780 |

## EXEMPTION REQUEST

Please check reason for your exemption request:

☑ Medical
☑ Religious
☑ Other special circumstance (please describe below)

| Please describe your special circumstance for requesting an exemption from the required COVID-19 vaccination. |
| --- |
| Please grant me an exemption because i rely only on Folk Medicine of Ethnobotany and Religious Prayer for my medical care. |
| I Do Declare that my sincere religious held beliefs as practicant ,believer and descendant of the faith of BOGOMILS ,which forbids me to have a covid-19 Vaccine |
| The way the covid -19 vaccine is made and distributed goes against my Faith and Morals |

| Please provide supporting **medical** or **religious** documentation and any any additional information you believe may be of assistance while we review your request for an exemption from the COVID-19 Vaccination requirement. |
| --- |
| The Covid -19 vaccine is a Health Risk for healthy people , |
| My religious belives as BOGOMIL forbits me to take any thing that risks my health and spiritual wellbeing |
| My body is my Temple it is my duty an obligation to keep it pure,free from filth. |
| May i also remind you again of my rights under the 1St Amendment also of |
| Aticle 9 of The Human Rights act 1998 and the bill of rights. |
| Please Grant Me The Covid -19 Vaccine Exemption |

**Signature** Avenir Agaj                    **Date**  07/25/2021

CONFIDENTIAL                    BC001335