

**BOSTON COLLEGE**
DEPARTMENT OF HUMAN RESOURCES

August 19, 2021
CONFIDENTIAL

Avenir Agaj
14 Paul Street
Burlington, MA 01803

**Delivered in Hand**

Dear Avenir:

As you know, Boston College instituted as a condition of employment a requirement that all faculty and staff be vaccinated against COVID-19 in an effort to safeguard the health and safety of the entire campus community. The University set a deadline of August 13, 2021 for members of the faculty and staff to provide proof of vaccination, unless they had been granted an exemption to the vaccination requirement for legitimate medical or religious reasons. As of close of business on August 13, 2021, you have not provided proof of vaccination as required by the University and therefore do not meet the aforementioned condition for employment.

I write to inform you that you are being relieved of your duties as Landscape Worker effective immediately and will be involuntarily separated from Boston College effective August 31, 2021. You will receive payment for any unused vacation time as of August 13, 2021 on or before August 31, 2021. Effective September 1, 2021, you will no longer be covered by the University's health plan and as of the date of this letter you are no longer eligible to participate in other University benefits.

If you are in a position where you require continuation of your medical, dental, and/or vision insurance beyond August 2021, you will be eligible for COBRA coverage for up to eighteen (18) months. Please contact the Benefits Office to discuss COBRA coverage and premium costs as well as any other benefits related questions you may have.

Boston College will not contest an application for unemployment compensation provided you remain otherwise eligible. In addition, we ask that you make arrangements to return property of the University, including but not limited to all

BC000672

documents and records (whether electronic or hard copies), credit cards, computers, laptops, computer equipment and software, cellular telephones and cellular telephone equipment, keys, pagers, and access cards to the University.

Thank you for your service to Boston College. We wish you the very best in your future endeavors.

Sincerely,

William J. Murphy
Associate Vice President, Human Resources

cc.    AREA Vice President
       Jack Burke, Director of Benefits
       Personnel File

My signature below acknowledges receipt of this letter of involuntary separation.

X _AVENIR  AGA;_               X _08/19/2021_
NAME                          Date

BC000673