**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AVENIR AGAJ,             )<br><br>       Plaintiff,       )<br><br>      v.                )<br><br>BOSTON COLLEGE,     )<br><br>      Defendant.      ) | Civil Action No. 1:24-CV-10884-JEK |

**AFFIDAVIT OF MEREDITH WILSON DOTY IN SUPPORT OF**
**TRUSTEES OF BOSTON COLLEGE'S MOTION FOR SUMMARY JUDGMENT**

I, Meredith Wilson Doty, hereby depose and state as follows:

1. I am a partner at Rose Law Partners LLP and counsel to Trustees of Boston College ("Boston College" or "Defendant") in this matter. I make this affidavit to bring before this Court a document relevant to Boston College's Motion for Summary Judgment.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of excerpts from Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories, dated March 13, 2025.

SIGNED UNDER PENALTIES OF PERJURY THIS 21st DAY OF JULY.

*/s/ Meredith Wilson Doty*
Meredith Wilson Doty

## CERTIFICATE OF SERVICE

I, Meredith Wilson Doty, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

*/s/ Meredith Wilson Doty*
Meredith Wilson Doty

Date: July 21, 2026