**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AVENIR AGAJ,<br><br>                    *Plaintiff,*<br><br>     v.<br><br>BOSTON COLLEGE,<br><br>                    Defendant. | Civil Action No. 1:24-cv-10884<br><br>**PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES** |

Pursuant to Federal Rule of Civil Procedure 33 and Local Rule 33.1, Plaintiff, Avenir Agaj ("Plaintiff") hereby objects and responds to Defendant's First Set of Interrogatories as follows:

These responses are made solely for the purpose of, and in relation to, this action. Each response is given subject to all appropriate objections (including but not limited to objections concerning competency, relevancy, materiality, propriety, and admissibility), which would require the exclusion of any statement contained herein if the request were asked of, or any statement contained herein was made by, a witness present and testifying in court. All such objections and grounds therefore are reserved and may be interposed at the time of trial.

Except for facts explicitly admitted herein, no admission of any nature whatsoever is to be implied or inferred. The fact that any request herein has been responded upon should not be taken as an admission, or a concession, of the existence of any facts set forth or assumed by such request, or that such response constitutes evidence of any fact thus set forth or assumed. All responses must be construed as given on the basis of present recollection.

RANDAZZA | LEGAL GROUP

covid vaccine as condition of employment on the other hand we are asked to sign a waiver beforehand stating that we are taking the vaccine on free will and voluntary. brief we are asked to lie.

d) The way vaccines are made and distributed goes against my faith and morals, and I regard it as an act of submission to other faiths.

e) Our ancestors Bogomils were burned at the stake because they refuse to be corrupt and convert. And Boston College knows that very well.

**INTERROGATORY NO. 4:**

State in detail all facts upon which you relied in 2021 in support of your contention that the COVID-19 vaccine is ineffective and harmful to your body.

**RESPONSE TO INTERROGATORY NO. 4:**

a) Prevention it does not protect humans from getting COVID-19.

b) Does not prevent the spread of COVID-19.

c) Has adverse side effects as vaccine.

d) On healthy individuals is an unnecessary health risk.

e) And I believe it is no longer in recommended for use or authorized in the USA.

f) During my employment at Boston College I believe it was not fully approved only authorized by FDA, CDS for emergency use only (EUI).

**INTERROGATORY NO. 5:**

State in detail the frequency, location, day(s), and time(s) during which you engaged in religious observations in connection with your practice of Bogomilism, (a) before March 1, 2020; and (b) after March 1, 2020.

- 8 -
Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

document exchanged in discovery, including third-party discovery.  Plaintiff reserves the right to seasonably supplement this response in a timely manner before trial.

**INTERROGATORY NO. 19:**

Identify all expert witnesses you intend to call or are considering calling at trial; and for each, state the subject matter on which the expert is expected to testify, state the substance of the facts and opinions to which the expert is expected to testify, and provide a summary of the grounds for each opinion.

**RESPONSE TO INTERROGATORY NO. 19:**

**OBJECTION.  Plaintiff objects to this interrogatory to the extent it exceeds the requirements of Fed. R. Civ. P. 26 and/or the Local Rules.  Subject to the foregoing objection, Plaintiff responds as follows:**

Plaintiff has made no determination as to what expert witnesses will be called at trial. Plaintiff reserves the right to call any expert witness identified in any pleading, exhibit, deposition, or document exchanged in discovery, including third-party discovery.  Plaintiff reserves the right to seasonably supplement this response in a timely manner before trial.

Dated: March 14, 2025

As to Objections,

/s/ Jay M. Wolman
Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorneys for Plaintiff*

RANDAZZA | LEGAL GROUP

Civil Action No. 1:24-cv-10884

### <u>VERIFICATION OF INTERROGATORY RESPONSES</u>

I, Avenir Agaj, am Plaintiff in the above-captioned matter. I have reviewed the Responses in these Answers and Objections to Defendant's First Set of Interrogatories, and I hereby declare under penalty of perjury that the foregoing responses are true and correct to the best of my knowledge and understanding.

Dated: __Mar 13, 2025__     By: _AVENIR AGAJ_

Avenir Agaj

Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

Civil Action No. 1:24-cv-10884

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2025, a true and correct copy of the foregoing

document was served via e-mail as follows:

ROSE LAW PARTNERS LLP
Alan D. Rose
adr@rose-law.net
Meredith Wilson Doty
mwd@rose-law.net

*Counsel for Defendant*


/s/ Jay M. Wolman
Jay M. Wolman

Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884