UNITED STATES DISTRICT COURT

FOR THE

DISTRICT COURT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| AVENIR AGAJ | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| | ) | |
| BOSTON COLLEGE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

PLAINTIFF's OPPOSITION MOTION TO DEFENDANT TRUSTEES OF BOSTON COLLEGE MOTION FOR SUMMARY JUDGMENT.

PRO SE.

Plaintiff AVENIR AGAJ respectfully submits this Opposition Motion to Defendants TRUSTEES of BOSTON COLLEGE of its Motion for Summary Judgment.

Pursuant to federal Rule of Civil Procedures 56 and Local Rule 56.1, Plaintiff Avenir Agaj respectfully submits this Opposition Motion to Defendants Trustees of Boston College Motion for Summary Judgment.

In support of this opposition motion Plaintiff AVENIR AGAJ relies up on the accompanying Plaintiffs Memorandum of Law in Opposition, Plaintiffs Opposition to Concise Statement of Material Facts, Plaintiffs Avenir Agaj  Affidavit in Opposition to the Affidavit of Welkin Johnson,Ph.D, Affidavit in Opposition to the Affidavit of Charles Baldwin, Affidavit in Opposition to the Affidavit of David Trainor, Affidavit in Opposition to the Affidavit of Patricia Lowe, Affidavit in Opposition to the Affidavit of

Fr. Anthony Penna, Affidavit in Opposition to the Affidavit of Meredith Doty filed herewith .

Plaintiff: Avenir Agaj, a former landscaper for the UNIVERSITY BOSTON COLLEGE

Defendant: Boston College. Filing Date: April 5, 2024, in the U.S. District Court for the District of Massachusetts (Docket No. 1:24-cv-10884).

• Core Issue: Plaintiff Avenir Agaj alleges that his termination in 2021 for refusing the COVID-19 vaccine on religious grounds violated his First Amendment religious rights and Title VII of the Civil Rights Act of 1964, 42 U.S.C / 2000 et seq...and M.G.L 151B / 4 of employment protections discrimination statutes.

Absent an exemption, Agaj could not comply with Boston College's vaccine requirement without transgressing the religious beliefs he identifies in his complaint," Kobick wrote. "Agaj chose not to be vaccinated and was terminated in direct response to that choice."

• The mandate: Agaj was fired in 2021 after refusing to receive the covid 19 vaccine due to his personal health risks and spiritual tenets.

• Boston College allowed and granted  exemption unvaccinated students, staff, faculty based on their social status and connections, also did not mandate vaccines or testing for contractors, vendors, suppliers, the which were allowed to enter and work in campus freely during all the duration of the pandemic including landscapers contractor's while on the other hand  mandating an experimental covid 19 vaccine which was authorized only for emergency use (EUA) by the, FDA not even disclosing any side effects before use ,further more  without even an agreement from the union breaching the contract and making it a condition of employment for Boston College employees.

 Religious Grounds: Plaintiff AVENIR AGAJ identified as an adherent of the 10-th century BOGOMIL faith and a folk medicine practitioner (ETHNOBOTANY) stating that the vaccine conflicted with his religious duty to avoid risks to his spiritual and physical well-being. Court Decision: A federal judge Hon JULIA E.KOBICK allowed Plaintiff Avenir Agaj's lawsuit to move forward past initial motions, ruling that his claims regarding religious discrimination and wrongful termination could proceed in court.

• Legal status: Plaintiff Avenir Agaj alleged that the termination violated his First Amendment religious rights and Title VII of the Civil Rights Act of 1964 , 42 U.S.C / 2000 et seq...and M.G.L 151B / 4 of employment protections.

The court permitted the lawsuit to advance past the motion stages Plaintiff Avenir Agaj believed the COVID-19 vaccine would pose a risk to his health, and that the College's vaccination requirement thus conflicted with a tenet of the Bogomil faith requiring adherents to abstain from taking action that would pose a risk to their health or spiritual wellbeing," U.S. District Court Judge Julia Kobick wrote in her ruling.

1) On the termination letter Boston College instituted as a condition of employment a requirement that ALL faculty and staff to be vaccinated against COVID –19 in an effort to safeguard the health of the entire campus community. As close of business on August 13 , 2021 you have not provided proof of vaccination as required by the University therefore do not meet the condition of employment.
2) Reason for termination the Defendant Boston College It also argued that, as a Catholic institution, its COVID-19 vaccine mandate was an exercise of its religious rights under the First Amendment—the same basis Agaj used in his lawsuit.
3) Reason for termination simply because Plaintiff Avenir Agaj "might get sick"
4) Reason for termination of undue hardship.
So, the defendant Boston College said one thing at the time of termination and something else later to a court and i state that the defendant defenses have been severely impaired.

WEREFORE Plaintiff Avenir  Agaj request that the court DENIES, Defendants BOSTON COLLEGE Motion for Summary Judgment on all counts and allow the case to proceed forward into a JURY Trial.

PLAINTIFF  ALSO REQUEST FOR AN ORAL ARGUMENT IN PERSON

Respectfully submitted

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been sent via e-mail to Mr. ALAN D. ROSE,Ms Meredith Doty Counsel for Defendant BOSTON COLLEGE.

And A Copy was filed on the   UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MASSACHUSETTS Clerks office.

PRO SE. AVENIR AGAJ on behalf of itself Plaintiff

14 PAUL STREET                                      Avenir Agaj Signed:  *AVENiR AGAJ*

BURLINGT0N                                          Date: AUGUST 11,2O26

MA,01803

 CELL:  857-544-0780                          Aviaga10@hotmail.com