# EXHIBIT 1

Case 1:24-cv-10884-JEK & Document 167-1 Filed 08/11/26 Page 2 of 49

# Doing Business With BC

ANNOUNCEMENTS

**2022-Jan: Temporary Masking Period: January 14-31, 2022**

Given upcoming global and domestic travel by members of the BC community, as well as the current high levels of transmissibility of the Omicron variant, the University will institute a temporary masking requirement on campus whenever physical distancing cannot be maintained. This masking period will be from Friday, January 14, corresponding with the return of students, through Monday, January 31, 2022.

**2021-Oct:** UPDATED POST COVID-19 Requirements for Vendors, Contractors and Suppliers

**Please Read the Above Important Notice in Its Entirety: It is Effective Immediately**

*"We are strongly encouraging all of our vendors, contractors and suppliers to get vaccinated if they are going to be on our campus. Anyone not fully vaccinated against COVID-19 is required to wear a mask at all times while on Boston College's campus, both indoors and outdoors."*

Case 1:24-cv-10884-JEK    Document 167-1    Filed 08/11/26    Page 3 of 49



## Contact

Purchasing/Sourcing: 617-552-3055

Accounts Payable: 617-552-3366



## Directions

(https://goo.gl/maps/XkELtcBNNCuRy1eP9)

---

**OFFICE OF THE FINANCIAL VICE PRESIDENT & TREASURER**

129 Lake St., Suite 540

Chestnut Hill, MA 02467

617-552-4191

About

Departments



Copyright © 2024 Trustees of Boston College



TO:        Boston College Vendors, Contractors, Suppliers
FROM:    Procurement Services, Boston College
DATE:     October 5, 2021
RE:         <mark>UPDATED POST COVID-19 Requirements for Vendors, Contractors and Suppliers</mark>

**Please Read this Important Notice in Its Entirety: It is Effective Immediately.**

I hope this letter finds you and your organization well, especially after these challenging times. Over the past few months Boston College has worked diligently toward the safe return of our students, faculty and staff to campus for the start to the 2021-2022 academic year. To that end, more than 99% of students, faculty and staff are fully vaccinated.

Boston College seeks to continue to mitigate the spread of COVID-19, and has established procedures informed by medical professionals and applicable guidance issued from local, state, and federal public health authorities. Everyone who enters any Boston College facility is responsible for helping to prevent and control the spread of the COVID-19 infection. Due to the number of vendors, contractors, and suppliers interacting with the College, we are unable to accommodate requests to sign company specific or individual forms or letters relative to the College's compliance with COVID-19 regulations and guidance. Instead, Boston College provides the following statement:

*Boston College has established policies informed by medical professionals and applicable guidance issued from local, state, and federal public health authorities, including guidance from the Centers for Disease Control and Prevention ("CDC") and the Massachusetts Department of Public Health (MADOH) (collectively the "Guidelines").  Boston College requires all vendors, contractors, and suppliers to comply with all federal, state and local guidance regarding Covid-19.*

*We are strongly encouraging all of our vendors, contractors and suppliers to get vaccinated if they are going to be on our campus.  Anyone not fully vaccinated against COVID-19 is required to wear a mask at all times while on Boston College's campus, both indoors and outdoors.*

*Please see other requirements listed below under Minimal Standard Operating Procedures.*

Boston College has established <u>Minimal Standard Operating Procedures</u> for all vendors, suppliers, and contractors to Boston College.

**Minimal Standard Operating Procedures for Vendors, Contractors and Suppliers (MSOP):**
Boston College is no longer restricting visits to the campus at this time. Only those vendors, suppliers, contactors, and visitors that must be on campus are allowed. If you must be on campus, please adhere to the following MSOP:

- Do not arrive on campus if you have any symptoms of COVID-19.
- If you have been in contact with someone with COVID-19 in the last 14 days, you are prohibited from campus for 14 days while you quarantine, unless you are fully vaccinated against the coronavirus. If fully vaccinated and identified as a close contact, you must follow local DPH guidelines in regard to follow-up testing, as quarantine is not required.  It is recommended to mask while on campus until a negative PCR test result is obtained, ideally between days 3 to 5 after exposure.
- A face covering that complies with MADPH and/or CDC guidelines must be worn at all times if you are not fully vaccinated against COVID-19 when providing services or visiting campus. Please note that Boston College is not able to supply vendors or visitors with face coverings or other personal protective equipment unless stated otherwise in their Boston College contract.
- Vendors, suppliers, contactors and visitors should routinely clean and wipe down high-touch surfaces in the area(s) within their work zone(s) and must follow CDC guidance for cleaning and disinfection and use products that are effective against the virus that causes COVID-19. Please note that Boston College is unable to provide cleaning supplies unless otherwise stated in their Boston College contract.
- **Social Distancing Practices** (CDC Control and Prevention Link) must be followed at all times. Activities that do not allow for social distancing must be reviewed and approved by the vendor and contractor's primary Boston College contact.
- Boston College is now a smoke free, tobacco free campus and as such smoking or the use of tobacco products is not allowed on any Boston College property.
- Boston College requires background checks on your employees if they visit campus.

All vendors, contractors, and suppliers sending employees to the University to visit or to provide a service are deemed to have acknowledged that (i) they have received this Notice, (ii) will comply with the requirements of this Notice, and (iii) have informed those employees about the University's policies and requirements, and their obligations to comply. Failure to comply may cause denial of entry onto the Boston College campus and cancellation of the work. Questions regarding these requirements should be directed to purchase@bc.edu.

Paul McGowan
Director – Procurement Services, Boston College
617-552-3055



TO:        Boston College Vendors, Contractors, Suppliers

FROM:    Procurement Services, Boston College

DATE:     June 2, 2021

RE:        **UPDATED POST COVID-19 Requirements for Vendors, Contractors and Suppliers**

**Please Read this Important Notice in Its Entirety: It is Effective Immediately.**

I hope this letter finds you and your organization well, especially after these challenging times. As Boston College works toward the safe re-opening of our campus and the return of our students, faculty and staff in the coming weeks and months, the safety and well-being of our community and your workforces is of utmost importance.  We want to communicate a few long standing and new requirements with regard to our working relationship.

Boston College seeks to continue to mitigate the spread of COVID-19, and has established procedures informed by medical professionals and applicable guidance issued from local, state, and federal public health authorities. Everyone who enters any Boston College facility is responsible for helping to prevent and control the spread of the COVID-19 infection. Due to the number of vendors, contractors, and suppliers interacting with the College, we are unable to accommodate requests to sign company specific or individual forms or letters relative to the College's compliance with COVID-19 regulations and guidance. Instead, Boston College provides the following statement:

*Boston College has established policies informed by medical professionals and applicable guidance issued from local, state, and federal public health authorities,  including guidance from the Centers for Disease Control and Prevention ("CDC") and the Massachusetts Department of Public Health (MADOH)  (collectively the "Guidelines").  Boston College requires all vendors, contractors, and suppliers to comply with all federal, state and local guidance regarding Covid-19.  **Starting June 2, 2021, we welcome back to campus Vendors, Contractors, and Suppliers. However, anyone not fully vaccinated will be required to wear a mask on campus when physical distancing cannot be maintained.**

*\*\* Please see other requirements listed below under Minimal Standard Operating Procedures.*

Boston College has established <u>Minimal Standard Operating Procedures</u> for all vendors, suppliers, and contactors to Boston College.

**Minimal Standard Operating Procedures for Vendors, Contractors and Suppliers (MSOP):**
Boston College is no longer restricting visits to the campus at this time. Only those vendors, suppliers, contactors, and visitors that must be on campus are allowed. If you must be on campus, please adhere to the following MSOP:

- Do not arrive on campus if you have any symptoms of COVID-19.
- If you have been in contact with someone with COVID-19 in the last 14 days, you are prohibited from campus for 14 days while you quarantine.
- A face covering that complies with MADPH and/or CDC guidelines must be worn at all times if you are not vaccinated when providing services or visiting campus. Please note that Boston College is not able to supply vendors or visitors with face coverings or other personal protective equipment unless stated otherwise in their Boston College contract.
- Vendors, suppliers, contactors and visitors should routinely clean and wipe down high-touch surfaces in the area(s) within their work zone(s) and must follow CDC guidance for cleaning and disinfection and use products that are effective against the virus that causes COVID-19. Please note that Boston College is unable to provide cleaning supplies unless otherwise stated in their Boston College contract.
- Social distancing practices (CDC Guidance) must be followed at all times. Activities that do not allow for social distancing must be reviewed and approved by the vendor and contractor's primary Boston College contact.
- Boston College is now a smoke free, tobacco free campus and as such smoking or the use of tobacco products is not allowed on any Boston College property.
- Boston College requires background checks on your employees if they visit campus.

All vendors, contractors, and suppliers sending employees to the College to visit or to provide a service are deemed to have acknowledged that (i) they have received this Notice, (ii) will comply with the requirements of this Notice, and (iii) have informed those employees about the College's policies and requirements, and their obligations to comply. Failure to comply may cause denial of entry onto the College campus and cancellation of the work. Questions regarding these requirements should be directed to purchase@bc.edu.

Paul McGowan
Director – Procurement Services
Boston College
617-552-3055

TO:      Boston College Vendors, Contractors, Suppliers
FROM:   Procurement Services, Boston College
DATE:    August 18, 2020
RE:      COVID-19 Boston College Requirements for Vendors, Contractors and Suppliers

**Please Read this Important Notice in Its Entirety: It is Effective Immediately.**

I hope this letter finds you and your organization well, especially during these challenging times. As Boston College works toward the safe re-opening of our campus and the return of our students, faculty and staff in the coming weeks, the safety and well-being of our community and your workforces is of utmost importance.  We want to communicate a few long standing and new requirements with regard to our working relationship.

Boston College seeks to mitigate the spread of COVID-19, also known as 2019 novel coronavirus, and has established procedures informed by medical professionals and applicable guidance issued from local, state, and federal public health authorities. Everyone who enters any Boston College facility is responsible for helping to prevent and control the spread of the COVID-19 infection. Due to the number of vendors, contractors, and suppliers interacting with the College, we are unable to accommodate requests to sign company specific or individual forms or letters relative to the College's compliance with COVID-19 regulations and guidance. Instead, Boston College provides the following statement:

*Boston College has established policies informed by medical professionals and applicable guidance issued from local, state, and federal public health authorities, including guidance from the Centers for Disease Control and Prevention ("CDC") and the Massachusetts Department of Public Health (MADOH) (collectively the "Guidelines").  Boston College requires all vendors, contractors, and suppliers to comply with all federal, state and local guidance regarding Covid-19, including providing facemasks and personal protective equipment ("PPE") for their employees while on the College's campus.  Please see other requirements listed below under Minimal Standard Operating Procedures.*

Boston College has established Minimal Standard Operating Procedures for all vendors, suppliers, and contactors to Boston College.

**Minimal Standard Operating Procedures for Vendors, Contractors and Suppliers (MSOP)**

Boston College is restricting visits to the campus at this time. Only those vendors, suppliers, contactors, and visitors that must be on campus are allowed. If you must be on campus, please adhere to the following MSOP:

- You are required to conduct and pass a daily health self-assessment prior to coming to campus.
  - https://www.bc.edu/content/dam/bc1/top-tier/sites/reopening/COVID-19%20Daily%20Checklist.pdf
- Do not arrive on campus if you have any symptoms of COVID-19.
- If you have been in contact with someone with COVID-19 in the last 14 days, you are prohibited from campus for 14 days while you quarantine.
- A face covering that complies with MADPH and/or CDC guidelines must be worn at all times when providing services or visiting campus. Please note that Boston College is not able to supply

- vendors or visitors with face coverings or other personal protective equipment unless stated otherwise in their Boston College contract.
- Vendors, suppliers, contactors and visitors should routinely clean and wipe down high-touch surfaces in the area(s) within their work zone(s) and must follow CDC guidance for cleaning and disinfection and use products that are effective against the virus that causes COVID-19. Please note that Boston College is unable to provide cleaning supplies unless otherwise stated in their Boston College contract.
- Social distancing practices (link is external) must be followed at all times. Activities that do not allow for social distancing must be reviewed and approved by the vendor and contractor's primary Boston College contact.
- Boston College is now a smoke free, tobacco free campus and as such smoking or the use of tobacco products is not allowed on any Boston College property.
- Boston College requires background checks on your employees if they visit campus.

All vendors, contractors, and suppliers sending employees to the College to visit or to provide a service are deemed to have acknowledged that (i) they have received this Notice, (ii) will comply with the requirements of this Notice, and (iii) have informed those employees about the College's policies and requirements, and their obligations to comply. Failure to comply may cause denial of entry onto the College campus and cancellation of the work. Questions regarding these requirements should be directed to purchase@bc.edu.

Paul McGowan
Director – Procurement Services
Boston College
617-552-3055



## Independent Contractor Policy

### Policy Statement

The University is committed to hiring individuals who perform services for the University in accordance with applicable law, including laws and regulations pertaining to the proper classification of individuals as independent contractors or employees. It is the policy of Boston College to have all proposed independent contractor service agreements with individuals reviewed for proper classification prior to engaging the individual. Prior to committing to pay an individual for services, the University will determine whether the individual will be classified as an employee or independent contractor in accordance with the guidance and procedures described below.

### Background

Under Massachusetts and Federal law, the University is required to meet a number of obligations with respect to the treatment of employees, including wage and hour requirements and payroll withholding requirements. The consequences of misclassifying employees as independent contractors may cause the University to fail to meet these obligations and give rise to significant liabilities, including tax liabilities and penalties, criminal sanctions, and civil liability. The University has adopted this policy to guide hiring managers and to establish procedures to ensure that individuals are properly classified.[1]

### Making the Independent Contractor Classification

Massachusetts independent contractor law is generally more stringent than the guidance provided by the Internal Revenue Service. Under Massachusetts law, an individual receiving payment from Boston College is presumed to be an employee of the University unless all three of the following classification conditions are satisfied. An individual's hiring preference is not relevant to the classification determination.

1. **The individual is free from control and direction by the University in connection with the performance of the service.** In order to be considered an independent contractor, the individual must be able to bring his or her own approach to the performance of the task. This does not mean that the individual must be free from all direction, but his or her activities and duties should be carried out with minimal instruction and the University should have the right to control or direct only the result of the work, not the means and methods of accomplishing the result. A statement of

---

[1] This Policy does not apply when hiring full-time students of Boston College. For the hiring undergraduate and graduate students, see: www.bc.edu/studentemployment.

independent control and direction should be explicitly set forth in a contractual services agreement and carried out accordingly during the course of the relationship. An independent contractor should be allowed to dictate the hours that he or she will work on the job, though the University may restrict on-site activities to certain times in order to account for campus activities.

2. **The service is performed outside the usual course of the business of the University.** The services performed by the individual must be incidental to the operations of the University rather than a necessary component. The services will be necessary – and the individual must be classified as an employee – if the service forms a regular and continuing part of Boston College's operations. For example, adjunct faculty members should be treated as employees, because they provide services that are integral to the University's educational activities of teaching and research, while it may be possible, on the other hand, to classify someone hired to design a website as an independent contractor because this service is incidental to University operations.

3. **The individual is customarily engaged in an independently established trade, occupation profession or business of the same nature as that involved in the service performed.** To be an independent contractor, the individual must be performing work for the University as part of an independent enterprise and hold himself or herself out to the public as a service provider. The person must be capable of performing the services for other employers and should not be solely dependent on Boston College for work. The fact that an individual performs work for the University off-site is not relevant; the test is whether the person is regularly engaged in providing such services for others. The individual's status as sole proprietor or partnership is irrelevant to this condition.

## Independent Contractor Hiring Procedures

Hiring departments must apply the guidelines in this policy when considering engaging an independent contractor. Prior to hiring an independent contractor, the new vendor must complete the Independent Contractor Questionnaire form as part of Boston College's W9 Form, and submit the form to Procurement's Accounts Payable unit. Accounts Payable will review the W9 and Independent Contractor form and make an initial determination regarding the classification. If the independent contractor engagement is approved, Procurement Services will request a Personal Services Agreement from the hiring department prior to processing any invoices for payment. If Accounts Payable is unable to clearly determine that the individual should be classified as an independent contractor, the form will be routed to Human Resources for review to determine of the individual will be classified and hired as an employee.

BC USER DEPARTMENT _____

# BOSTON COLLEGE
## Chestnut Hill, MA  02467
# SERVICE AGREEMENT

This Agreement sets forth the terms and conditions for the performance of professional services by _____ (hereafter referred to as the "Supplier"  "Service Provider" or "Vendor") with offices located _____ for the Trustees of Boston College, with offices at 140 Commonwealth Avenue, Chestnut Hill, MA 02467.

**Grant Funded contracts complete this section:**
If this project is grant funded, the services will be performed under Boston College Project ID _____ sponsored by _____ (hereafter referred to as the "Sponsor") as awarded to **Boston College** under the direction of _____(hereafter referred to as the **"Principal Investigator"**).

## All  Agreements:

1. Contract term (Period of Service):   From ("Effective Date")                    to

2. Termination:  Either party may terminate this Agreement for any reason upon 60 days written notice to the other party. Termination under this clause will not affect any obligations incurred under this Agreement prior to termination.  If Consultant fails to perform any of its obligations under this Agreement and such failure continues for thirty (30) days after notice of such failure is given by Boston College to Consultant, then Boston College may immediately, or at any time thereafter, terminate this Agreement for cause by written notice to Consultant, without prejudice to any remedies (whether set forth in this Agreement or provided for by law or in equity) which might otherwise be available to Boston College for such failure. Upon such termination, Boston College shall be obligated only with respect to compensation for work satisfactorily performed and non-cancelable reimbursable expenses incurred through the date of termination.

3. Authorized Total **Not to Exceed** Amount:   $_____

4. In consideration for the performance of services,   Boston College shall pay the Service Provider the Authorized Total as listed in section three (3) for the satisfactory completion of services described in the Scope of Services and within the stated Period of Services. All hourly rates, in line detail, must be include in the **Scope of Services**. The Service Provider will be responsible for all costs incurred in excess of the authorized amount. Payment is predicated upon acceptance by BC of deliverables as stated in the attached Scope of Services, Attachment C.  If grant related, it is understood and agreed by the parties that Sponsor, if listed above, has awarded Boston College grant monies to be used for the Project and that Sponsor has secured certain approval rights over the content generated from the use of such grant money; therefore, the Project will not be considered complete until Sponsor has given final approval.

5. Travel:  Travel **IS NOT** allowed as an additional expense under this contract

6. Scope and Location of Services to be Performed:  The Service Provider agrees to perform **services and submit deliverables** as specified in the **Scope of Services**, included as part of this Agreement as **Attachment C,** and within the specified Period of Services. Service Provider shall report to the BC authorized Project Manager/Principal Investigator.

7. Payment: Payment will be made based on submission of original, **signed** invoices to Boston College Procurement Services indicating **actual costs incurred** for the referenced billing period and associated services to Boston College (and in accordance with Progress Chart). **The invoices must identify a unique invoice number, the Service Provider's legal name and address, description of completed services/deliverables, dates performed, associated rates and the applicable purchase order number.**  All suppliers to Boston College must complete the vendor information sheet and W-9 form available on www.bc.edu/supplier before payments can be made.

8. Payment Terms:  Boston College payment terms are Net 30 from the date of an approved invoice listing the applicable Purchase Order number and a underline invoice number.  Approved invoices are those invoices for which a final approval has been given for payment by Boston College.  Boston College will issue payments by ACH.  Vendors must complete the Authorization Form for Direct Deposit payments found on the Boston College web site, www.bc.edu/supplier.

9. Taxes:  Service Provider shall be solely responsible for the payment of any and all taxes or fees, relating to Service Provider's activities under this Agreement or receipt by Service Provider or his/her/its employees of compensation therefore, including, without limitation, all Federal, state, and local income taxes, all taxes or contributions required under the social security, unemployment insurance, servicer's compensation or other laws, and any licensing fees, sales

or use taxes, or other taxes or fees arising from Service Provider's activities hereunder. Service Provider and Boston College shall cooperate in the purchase or rental of any supplies, materials, equipment or services which may be required hereunder so as to utilize any exemption from sales or other taxes that may result from Boston College's status as a nonprofit educational organization.  Boston College's tax-exempt information is available at www.bc.edu/tax.

10. Intellectual Property:  Service Provider agrees that all works, materials, information and creations of any kind made or developed by Service Provider, alone or jointly with anyone, in performing the Services and/or provided by Service Provider to BC (collectively, the "Work Product"), and all patent rights, copyrights, trademarks, trade secrets and other intellectual property rights, throughout the world, in and to the Work Product (collectively, the "Rights"), will be the exclusive property of BC.  To the maximum extent possible, all Work Product will be a "work for hire" under U.S. copyright law. Except to the extent the copyright in the Work Product is owned by BC as a "work for hire," Service Provider hereby assigns to BC all right, title and interest in and to the Work Product and the Rights.  Upon BC's request, Service Provider agrees to execute any and all further documents to perfect the assignment of Rights to BC. The Service Provider agrees to exert no claims to ownership of Services Product or items that may be derived from their use. The Service Provider agrees to take no action, including independent publication, which may infringe upon the rights of the Boston College and/or its agents or employees. All information and other data developed or acquired or furnished to the Service Provider in the performance of this Agreement shall be used only in connection with the services purchased under this Agreement.

11. Warranty; Third-Party Rights.  Service Provider warrants that all Work Product will be original to Service Provider and will not infringe the intellectual property rights or other rights of any third party.  If the Work Product includes or incorporates any works in which Rights are owned by a third party or which are derivative of third-party Rights, Service Provider shall be responsible for securing all rights necessary to assign the Rights in the Work Product to BC as provided above.  Service Provider shall not include or incorporate in the Work Product any works under the terms of any open source or other license without securing BC's prior written permission in each case.

12. Status of Service Provider.  In acting hereunder, the status of Service Provider shall be that of an independent contractor and not that of an agent or employee of Boston College. Service Provider shall have no power or authority to act on behalf of Boston College or in its name or to bind Boston College, either directly or indirectly, in any matter or thing whatsoever. Except for its obligation to pay Service Provider's fee and expenses as set forth herein, Boston College shall have no liability to anyone for any costs or expenses that Service Provider may incur.

13. Transition. Upon the termination of this Agreement for any reason, or at any time during the term of this Agreement later than three (3) months from the Effective Date, Service Provider, upon BC's request, shall: (i) deliver to BC and install upon BC's hardware, or the hardware of BC's designated representative, the source code, object code, documentation and any other software or materials related to the Work  Product; (ii) take all other steps necessary to promptly transfer all ongoing rights and obligations under any third party agreements relating to the Project (including without limitation, software license and maintenance agreements) to BC; and (iii) perform up to five (5) hours of transition assistance over a period not to exceed thirty (30) days from BC's exercise of the option at no extra cost to BC.

14. Trademark Usage. Service Provider shall not use any Boston College content or Boston College trademarks, trade names, service marks, logos or other identifiers owned, controlled, or licensed by Boston College or by any affiliate of Boston College ("College Marks") in any manner other than as expressly provided for in the Agreement, without Boston College's prior written approval.

15. Warranty of Service: Service Provider warrants that it will use commercially reasonable efforts to ensure the Work Product will substantially conform to the required purpose for a period of three hundered sixty five (365) days immediately following the Period of Services (provided Boston College makes no changes to the Work Product, the server, the hardware, or any technology related to any of them).

16. Conformance to Laws, Regulations, and Policies:  The Service Provider shall observe and abide by all applicable laws, regulations, and policies pertaining to the services performed under this Agreement.

17. Governing Law: This Agreement shall be governed by and interpreted in accordance with the laws of the Commonwealth of Massachusetts (excluding its conflict of laws rules). All disputes shall be resolved in the applicable state or federal courts of Massachusetts. The parties consent to the jurisdiction of such courts and waive any jurisdictional or venue defenses otherwise available.



18. Equal Employment Opportunity: BC is an affirmative action employer and complies with all laws relating to Equal Employment Opportunity and Civil Rights, including Executive Order 11246, as amended; section 503 of the Rehabilitation Act of 1973, as amended; and the Vietnam Era Veterans Readjustment Assistance Act of 1974, as amended. **This contractor and subcontractor shall abide by the requirements of 41 CFR §§ 60-1.4(a), 60-300.5(a), and 60-741.5(a). These regulations prohibit discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities, and prohibit discrimination against all individuals based on their race, color, religion, sex, or national origin. Moreover, these regulations require that covered prime contractors and subcontractors take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, national origin, protected veteran status or disability.** This purchase order/contract is issued upon the condition that the Vendor complies with all of the aforementioned laws and regulations.

19. Section 508/504 of the Rehabilitation Act Compliance: Boston College requires that technology created under any federal or state grant be Section 508 compliant. Boston College also requires that non federal or state grants be Section 504 compliant. Compliance requires that all systems and equipment provide be accessible for those with disabilities. The guidelines for 508/504 compliance can be found at http://www.section508.gov. "Supplier will develop the Work Product in such a manner so as it to be accessible to individuals with visual impairments and, where appropriate hearing impairments, meaning that the deliverables shall enable individuals with visual or hearing impairments to have the same access to information, the ability to engage in the same interactions, and the ability to enjoy the same access to the deliverables as are provided to non-disabled individuals, with substantially equivalent ease of use."

20. Debarment and Suspension: If this Agreement is executed for services to be performed under Federal sponsorship, the Service Provider certifies that it is not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by any Federal department or agency.

21. Indemnification: Service Provider agrees to indemnify and hold harmless BC, and its officers, trustees, employees and agents, from and against all claims, actions, suits, damages, liabilities and costs (including, without limitation, legal fees) resulting from or arising out of (i) any claim that the Work Product infringes or violates the rights of any third party; or (ii) any of Service Provider's actions under this Agreement. Service Provider's indemnification obligations shall survive any termination of this Agreement.

22. Insurance: Service Provider shall provide statutory servicer's compensation insurance and general comprehensive and contractual liability insurance in sufficient amounts as included in Attachment B. Certificates of Insurance shall be furnished to Boston College Risk Management at the following address:

Trustees of Boston College
Attn: Risk Management
St. Clements Hall, Room 002
140 Commonwealth Avenue
Chestnut Hill, MA 02467

23. Employee Conduct: Service Provider shall be responsible for the actions of its employees, agents, and independent contractors here under and for the payment of all taxes, wages, benefits and other costs associated with such persons. While on Boston College's premises, all employees, agents and independent contractors of Service Provider shall comply with all applicable Boston College policies and procedures. In addition, Boston College shall retain the right to require the Service Provider at any time to remove from College property any employee, agent, or representative of the Service Provider whose conduct, appearance, or performance is reasonably deemed by the College to be unacceptable.

24. Privacy and Confidentiality: Boston College requires that all service providers/vendors/consultants doing business with Boston College review and sign the Privacy and Security Addendum, attached herein as **Attachment A.** Service Provider agrees to maintain all information provided by BC or acquired by Consultant in the course of performing the Services in strict confidence and to use such information solely for the purpose of performing the Services. Upon the completion of the Services, Consultant will destroy any tangible or electronic forms of BC information or, at BC's request, return any materials including the information to BC.

25. Sustainability: Boston College promotes the use of "green" initiatives throughout the campus. As a Service Provider/vendor/consultant for Boston College, utilization of environmentally friendly practices when it is financially deemed efficient and effective is required.

26. Business Continuity Plan: Boston College requires all vendors contracting with Boston College to have an up-to-date plan to continue business required under the resulting contract, during a temporary system outage or emergency situation. Details of the plan should be included as part of your RFP response. Full plans must be made available at the request of Boston College.

27. Term Extension: Boston College has the option to add additional years at a maximum increase cost increase of 3% per year, or the increase in the CPI-U, whichever is the lesser.



HIGHER EDUCATION                                                        CHESNUT HILL, MA

# 245 Beacon Street

**SQ. FT.**            **OWNER**                **ARCHITECT**
156,500               Boston College           Payette

JUMP TO: **Introduction**

EXPLORE THE SUFFOLK SYSTEM



## Integrated Science and Society Center

### 245 BEACON STREET

The Schiller Institute for Integrated Science and Society (IISS) is the largest single investment in the sciences at Boston College and supports the university's expanding research and academic programs. The building provides space for the Computer Science Department, the Edmund H. Shea Jr. Center for Entrepreneurship, and a range of science and global public health initiatives. It includes labs, classrooms, a 188-seat auditorium, maker space, a café, and collaborative areas designed to promote innovation and interdisciplinary work.



JUMP TO: **Introduction**

EXPLORE THE SUFFOLK SYSTEM



# John F. Fish to be honored at Wall Street Council event

Suffolk chairman and CEO and BC Board of Trustees chair will receive President's Medal for Excellence

University Communications | March 2026

Boston College Board of Trustees Chair John F. Fish, a respected voice and thought leader in business and construction communities, will be honored at the 36th annual Boston College Wall Street Business Leadership Council Tribute Dinner on April 23. The event will take place at the newly renovated and restored Waldorf Astoria Hotel in New York City.

Organized by the Wall Street Business Leadership Council—a network of more than 2,000 BC alumni, parents, and friends who work in and represent the New York financial community—the dinner provides financial aid for BC's Gabelli Presidential Scholars Program, a four-year honors program that combines rigorous coursework, community service, international experience, and internships. Over the past 35 years, the event has raised more than $60 million in scholarship funds.

During the program, University President William P. Leahy, S.J., will present Fish with the President's Medal for Excellence in recognition of his life's work and contributions to society.

Currently serving his second nonconsecutive term as chair of the Boston College Board of Trustees, Fish is the first non-alumnus in the history of BC to serve in that role. He has been active on the BC board since 2006, and has also served as chair of the University's Board of Regents. He is co-chair of the *Soaring Higher* capital campaign for Boston College, and has spearheaded the dramatic increase in revenue generated from BC's annual Pops on the Heights Barbara and Jim Cleary Scholarship Gala, which raises money for financial aid.

Under his leadership as chairman and CEO of Suffolk, a national contractor that builds, innovates, and invests, the company has become one of the nation's leading privately held builders, generating more than $9 billion in annual revenue and ranking #23 on Engineering News Record's "Top 400 Contractors."

He is former chair of the Real Estate Roundtable, a national public policy advocate for the U.S. commercial real estate industry, a founding member and director of the Massachusetts Competitive Partnership, and a former chairman of the Federal Reserve Bank of Boston. He also serves on the Real Estate Board of New York, the Partnership for New York City, and the National Business Roundtable. He chairs Brigham and Women's Hospital, serves as vice chair of the Mass General Brigham executive committee, and is on the board of the Feinstein Institutes for Medical Research.

A graduate of Bowdoin College, he holds a bachelor's degree in political science. He received an honorary doctorate of engineering technology from Wentworth Institute of Technology, and has received honorary degrees from Regis College and Curry College.

He and his wife, Cyndy, have three daughters, Christina J.D. '13, Jennifer M.B.A. '18, and Caroline M.S. '23.

Find more about the Wall Street Business Leadership Council Tribute Dinner, and ticket information (https://tributedinner.bc.edu/).



Copyright © 2026 Trustees of Boston College

7/28/26, 07:42

 **PROFILE**

# John Fish

**$3.6B**

**Real Time Net Worth**
as of 7/28/26
#1160 in the world today



MICHAEL PRINCE

 **From the Editor**    Last Updated Mar 10, 2026, 1:01am EDT

- John Fish is the CEO and sole owner of the $7.5 billion (2025 revenues) Suffolk Construction, New England's largest general contractor.

- Fish founded Suffolk in 1982 after his father seeded him $80,000 to start a non-union contractor in Boston.

- Fish expanded Suffolk's U.S. footprint through the 1990s and 2000s, constructing buildings in the commercial, healthcare, higher-ed, K-12, airport, life sciences and gaming sectors.

- Since 2019 Suffolk he has invested

over $50 million across more than 50 construction tech startups, including robotics and AI ventures.

- Today Suffolk has 3500 employees. It has built over 200 million square feet of commercial real estate in the U.S. over the last 20 years.

ADVERTISEMENT

**Wealth History**

TAP TO REVEAL NET WORTH BY YEAR



2024      2025      2026

**Forbes Lists**

Sort by

**More Articles**

# Forbes

© 2026 Forbes Media LLC. All Rights Reserved.

AdChoices      Privacy Statement    ✓✗  Your Privacy Choices    Cookie Preferences
Terms of Service    Digital Terms of Sale    Contact Us    Send Us Feedback    Report a Security Issue
Jobs At Forbes    Forbes Accolades    Forbes Press Room    Advertise



# Suffolk Completes Boston College Integrated Sciences Center

By **Boston Real Estate Times** - February 7, 2022



BOSTON— **Suffolk** has delivered the 245 Beacon Street integrated science facility for **Boston College**.
The $150-million building is the largest single investment in the sciences at Boston College.

The new state-of-the-art science center will be home to the Schiller Institute for Integrated Science and Society and 150,000 square feet of classrooms, labs, faculty offices, collaboration and maker spaces to teach and conduct research in computer science robotics, prototype research and nanotechnology research.

"Suffolk is thrilled to have successfully delivered this incredible integrated science center to Boston College on schedule and on budget," said Jeffrey Gouveia, General Manager of Suffolk Northeast. "We are proud to have played a role in managing construction of this state-of-the-art building for exploring the worlds of science, technology, entrepreneurship and innovation while developing solutions to address our greatest global challenges."

Suffolk managed construction of the building in the heart of an operational and vibrant Boston College campus. As a result of early planning and close collaboration with Boston College and the trade partners, the project team was able to minimize risk and address challenges related to the heavy student traffic, campus location and accelerated schedule.

**Boston Real Estate Times**

≡ MENU

# BC Libraries Renovations Summer 2021

  by Scott Britton    April 23, 2021

 To avoid disrupting study in the (typically) crowded libraries, summer is often the only time that significant renovations can occur in the BC Libraries, and this summer is no exception. We are expecting some serious dust and noise in the O'Neill Library, the Theology and Ministry Library, and the Bapst/Burns building. Please expect periodic restrictions to spaces and collections and all the typical construction noise (we do provide ear plugs to the needy).  In each of the projects, contractors will be following BC Covid Protocols while on campus. Here are more details about what to expect during and after the renovations.

## O'Neill Library

The 5th floor of O'Neill Library will start the second phase of the "student formation" project on May 25. If all goes according to plan, it will be completed on August 20. *During that time there will be no access to O'Neill level 5; if you need items from that floor (call numbers A-D), request them via Interlibrary Loan.* In 2019, an unused server room was cleared out and turned into a 3,000 square foot study space. Phase 2 will include the construction of 5-6 small group study rooms and refurbishment of the existing study rooms. More walls will come down to open up the new study space, visually connecting it to the atrium and physically connecting it to the Boston-facing

study area. When it's completed, people will be able to walk around all four sides of the atrium.



Architect's rendering of new glass-fronted study rooms in O'Neill Library's 5th floor study space

Last summer, library staff relocated and shifted the 5th floor collection so that several ranges of shelving could be removed.  The result was a larger study space overlooking the Boston skyline. This summer, the space will be finished with a mix of new seating for both small groups and individual researchers.  At the north end of the area will be a mixed-use study/collaboration room with flexible furniture.



Architect's rendering of O'Neill Library 5th floor study space overlooking Boston

skyline.

Less visible but critical to the enjoyment of the 5th floor will be an HVAC upgrade. This will have the most impact on library use, requiring restricted access to the entire floor for most of the summer. When the floor is inaccessible, books can be paged for pickup the next day. Finally, the bathrooms on the 5th floor will be redone- a very visible and equally critical necessity for the full enjoyment of this area.

# Bapst & Burns Libraries



Scaffolding outside the Bapst Library entrance in Summer 2020

At the Bapst/Burns building, exterior work will continue for another summer. This year the project will involve replacing the roofing tiles on the north end of the building, restoring exterior masonry, and temporary removal and restoration of windows in Burns Library. Although the majority of the work will be in and around Burns Library, the College Road side of Gargan Hall and the Kresge Reading Room will also undergo masonry restoration, so noise will likely be an issue throughout Bapst Library as well.

The project will begin on Monday, April 26, with work in and around Ford Tower. Scaffolding will be erected around the Commonwealth Ave and College Rd sides of the building immediately after Commencement (May 24), and will remain in place through early October.



Workmen erecting scaffolding in Burns Library on Saturday, April 24, 2021.
Photo credit: John Walsh

Burns Library will be closed to researchers from Wednesday, May 19 through Monday, June 7 before resuming services on Tuesday, June 8. Burns will maintain research services 3 days a week during the summer, but these days will shift to Tuesday, Wednesday, and Thursdays and appointments will be required for all researchers, including BC affiliates.

It is important to note that portions of the Burns collection will be

removed from work areas, stored for the duration of the project and will be inaccessible to researchers. As always, contact Burns Library before visiting to confirm that what you need will be available. Entrances to Burns Library will change during construction; staff will provide up to date information for scheduled researchers, but please check the Burns LIbrary website and posted signage for updates.

## Theology & Ministry Library

The final stage of the HVAC upgrade to the Theology and Ministry Library (TML) will also occur this summer. The antiquated fan coil units, which are located around the perimeter of the building on all floors, have been the weak link in the Library's heating and cooling system since the replacement of the central HVAC system back in 2019.

The project will begin shortly after Commencement and continue through the summer and possibly into the fall. Work on the project will be done in zones, so discrete areas of the building will be inaccessible to users during the time when fan coil units in that zone are being replaced. Since sound carries readily at the TML, noise may be a factor throughout the project. Once the work is completed, however, there should be much greater control over temperature and relative humidity, and the total HVAC system should (finally) be operating at peak efficiency.

Posted in article  ·



## Published by Scott Britton

Associate University Librarian, Public Services, Office of the University Librarian View all posts by Scott Britton

Click here to don



# The
# ◑HEIGHTS

*For a Greater Boston College*
Independent Since 1970

 f ⊙ X

Q

MORE

News    On Campus

# BC's Construction Projects All Currently Under Active Construction

Scott Baker • June 3, 2020

BC's Construction Projects All Currently Under Active Construction

Boston College's major construction projects are all currently under active construction, as the City of Boston begins a phased reopening of construction. Construction has resumed for Phase II of the Harrington Athletics Center, the only project within Boston city limits that had to shut down due to coronavirus restrictions. The University has implemented measures to mitigate the spread of the coronavirus during construction work, according to Vice President of Facilities Management Dan Bourque.

"They were doing temperature checks in the morning, [and] people would attest that they did not have any of the symptoms," Bourque said. "It was socially distanced as much as practical, and they would wear face masks as needed. And they installed additional hand washing stations, and we did additional cleaning."

Other major ongoing projects at BC include construction of the Schiller Institute for Integrated Science and Society, a steam line under Gasson Quad, restoration of the Bapst Library, construction on the former site of the Flynn Recreation Complex, and renovations

Case 1:24-cv-10384-JEK   Document 167-1   Filed 08/11/28   Page 31 of 49

in Rubenstein Hall.

With the exception of the Flynn Recreation Complex lot construction and the Harrington Center, each of these projects are located outside of Boston, where construction was allowed to continue. The Flynn Recreation Complex lot construction did not need to shut down during the pandemic, Bourque said.

Phase II of the Harrington Center—which will be named the Pete Frates Center after the former BC baseball player and ALS advocate who died in December—is scheduled for completion in late September. Construction was originally slated to finish this summer.

Bourque said that the Schiller Institute is scheduled for completion in December 2021, and construction on the building has been ongoing throughout the COVID-19 pandemic. BC is in the process of erecting structural steel for the building, and Bourque estimates that 60 percent of the structural steel erection has been completed.

The construction work on the Bapst Library, which was first built in 1928, is focused on restoration and preservation of the building, particularly on limestone that has degraded over the years. In addition to replacing some of the limestone, BC is also repointing some of the joints between the limestone, puddingstone, and granite stone; replacing clay tile on the roof; and cutting and repainting stonework in the main stair tower.

The Bapst Library will remain open while construction continues through the late fall, according to Bourque.

BC is also renovating kitchens and bathrooms in Tower D of Rubenstein Hall, the last of the residence hall's four towers to receive this renovation, Bourque said. Rubenstein will also have 16 new beds once construction is completed in August, as new rooms will fill spaces in the building that were recently vacated by the maintenance crew.

Construction on the lot where the Flynn Recreation Complex used to stand is scheduled to be completed in July. The site will have one tennis court, three basketball courts, and more parking spaces.

Leave a Comment

Bapts Library    boston college    Harrington Center    Rubenstein Hall    schiller

Case 1:24-cv-10884-JEK Document 167-1 Filed 08/11/26 Page 32 of 49

# Facilities Services

Facilities Services is the operational arm of Facilities Management and is responsible for directly supporting the university mission. We are a dedicated team of 312 professionals, working 365 days a year to maintain, repair, and care for over 8 million square feet of buildings and 405 acres of land. Our stewardship extends across four major campuses - Chestnut Hill, Brighton, Newton, Brookline, and includes outlying properties in Dover, Weston, and Cohasset. We are responsible for everything from general building and infrastructure maintenance, cleaning of university spaces, landscape and hardscape upkeep - including snow removal - to managing a university warehouse and delivering all mail and packages. Our Athletic Maintenance department directly supports a Division 1, ACC athletics program. Throughout the year, we help bring hundreds of university events to life.

- **Trades Services** - Responsible for the operations and maintenance of buildings and most infrastructure of the univeristy. This department encompasses HVAC, Plumbing, Electrical, and Carpentry shops. In addition, the Trades Services Lockshop manages and services all mechanical locks, keys, and door hardware.
- **Custodial Services** - Responsible for the cleaning of buildings, pest control, and managing the university's recycling and waste stream. This department also conducts snow removal around all buildings.
- **Landscape Services** - Responsible for regular upkeep, maintenance, and enhancements of the university's landscape and hardscape. The team provides direct support for numerous outdoor events and handles small furniture moves. Additionally, they oversee campus snow removal with the help of in-house staff and multiple contractors.
- **Athletic Maintenance** - Provides direct support for all operations related to 25 men's and women's athletic teams. This includes event/game/match setups, monitoring, and breakdowns. The department is responsible for the care and maintenance of all athletics facilities, including natural and synthetic fields/turf.
- **Support Services & University Properties**
    - Mail & Package Services - Receive, process and deliver incoming packages, mail and all university distribution.
    - Warehouse & Storage Operations - Operates and maintains a 17,000 square foot rented warehouse in Watertown.
    - University Properties - Oversees and manages remote university properties in Dover (Connors Center), Weston, and Cohasset (Bellarmine House).
- **Sustainability** - Oversees and coordinates sustainability activities and initiatives across the campus. This department integrates the actions of students, staff, and faculty to promote a sustainable environment.

**FACILITIES MANAGEMENT**

facilities@bc.edu

Chestnut Hill, MA 02467

**Submit a Maintenance Request** 🔒 (http:// bc.edu/workrequest)

- **Specialized Tree & Hardscape Work:** For large-scale tree removal or complex masonry and hardscape projects, BC frequently brings in licensed commercial landscaping companies from the Greater Boston and Newton areas. 🔗

- **Snow Removal & Peak Seasons:** During heavy New England winters or peak campus turnover periods (like commencement and move-in), they contract supplementary local crews to assist in maintaining pathways and campus aesthetics. 🔗

 +4

Boston College primarily uses its own internal in-house teams— **Boston College Landscape Services**—to manage the grounds across its campuses (including the Newton Campus). However, the university regularly hires local commercial contractors and specialty firms for large-scale construction, seasonal grounds needs, and specialized landscaping projects. Boston College +2

.

## Local Contractors & Partners

While BC's core maintenance is internal, the university utilizes local contractors for specific needs:

- **Capital Projects & Expansions:** For major redevelopments (such as athletic complex renovations or acquiring neighboring properties), BC hires external landscape architects and construction consultants. 🔗



# Campus Move-In Services

Current Zip.

Your email

What services do you need?

**GET STARTED**

Olympia Office Movers has been the premier provider for campus move-in services for Boston, MA universities and Washington, DC colleges for over a decade.  From athletic events to the first day of the semester, prestigious schools and organizations depend on the Olympia's crew and relocation managers to deliver flawless logistics, expedite traffic, and make the perfect first impression.

Case 1:24-cv-10884-JEK   Document 167-1   Filed 08/11/26   Page 38 of 49

(https://olympiaofficemovers.com) (tel:+18002224744)

office movers

## Campus Move-In Services Include:

- A crew of friendly professional movers, ready to greet incoming students, parents, or event attendees
- Careful car or bus unloading into our pristine 4-wheeled bins for speedy and safe transport
- Individual unloading directly into dorms, rooms, or apartments
- Traffic directing and car parking

## Related Campus Services Include:

- Campus move-out services
- Vacation and academic break student storage:  *let Olympia provide packing materials, pick up students' belongings, store, and deliver to their new dorm at the start of the semester*
- Dorm reset services:  *our crew of furniture installers will re-configure dorms between semesters, dispose of old furniture, and install new furniture*



(https://olympiaofficemovers.com) (tel:+18002224744)

office movers

---

## Previous Clients



### Northeastern University



### M.I.T



### Harvard University



### Special Olympics



### Boston Univeristy



### Boston College







# AGREEMENT

### BETWEEN

# BOSTON COLLEGE



### AND

## SERVICE EMPLOYEES' INTERNATIONAL UNION

### LOCAL 32BJ



## 2020 - 2025

**32BJ SEIU**

**Stronger Together**

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**Local 32BJ
Headquarters**
25 West 18th Street
New York, NY 10011-1991
212.388.3800

**HÉCTOR J. FIGUEROA**
President

**LARRY ENGELSTEIN**
Executive Vice President

**KYLE BRAGG**
Secretary Treasurer

LENORE FRIEDLAENDER
Assistant to the President

**VICE PRESIDENTS**
SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
ROB HILL
DENIS JOHNSTON
GABE MORGAN
JOHN SANTOS
JOHN THACKER
KURT WESTBY

**Capital Area District**
Washington   202.387.3211
Baltimore     410.244.5970
Virginia       703.845.7760

**Connecticut District**
Hartford       860.560.8674
Stamford      203.602.6615

**District 1201**
215.923.5488

**Florida District**
305.672.7071

**Hudson Valley District**
914.637.7000

**Mid-Atlantic District**
215.226.3600

**National Conference of
Firemen and Oilers**
606.324.3445

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

# UNION NOTICE

# TENTATIVE AGREEMENT

## BETWEEN SEIU 32BJ AND BOSTON COLLEGE

### *THE BARGAINING COMMITTEE UNANYMOUSLY RECOMMENDS A YES VOTE ON THE FOLLOWING TERMS OF A 4 YEAR CONTRACT:*

## Wages/Financial:

**2.75% increases** on June 1st of 2021, 2022, 2023, and 2024 with an expiration of May 31, 2025.

**Signing Bonus** - Upon ratification, Boston College agrees to pay all members a lump sum amount of $1,000.00, minus applicable taxes and deductions (prorated according to regularly scheduled full-time hours of forty (40) hours per week, 52 weeks per year for seasonal or part-time employees).

**New Restricted Pesticide Differential** of $0.25/hour

**New Wastewater License Differential** of $0.25/hour

**New Snow Removal rate** equal to the new Landscaper 1 rate.

## Language/Operational:

**Revise the Sick Leave Incentive Program** by expanding eligibility from a one-year period to two (2) half year periods. Eliminate 2-year incentive ("grandfather" employees currently receiving the 2-year incentive).

**Establish quarterly shop meetings between stewards and supervisors to discuss contracting out decisions**, and reduce Labor-Management Committee meeting frequency from six times to three times per year.

**Add a "vaccination day"** for members who have, as of July 30, 2021, provided/uploaded documentation showing they received one dose of the Johnson and Johnson COVID vaccine or two doses of either the Pfizer or Moderna COVID vaccines (or upon acceptance of medical or

---

**New England District 615**
Roxana Rivera, District Leader

EXHIBIT 3)

26 West Street, 3rd Floor
Boston, MA 02111-1207
617.523.6150, Toll Free: 888.734.8615

# 32BJ SEIU

**Stronger Together**

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**Local 32BJ
Headquarters**
25 West 18th Street
New York, NY 10011-1991
212.388.3800

**HÉCTOR J. FIGUEROA**
President

**LARRY ENGELSTEIN**
Executive Vice President

**KYLE BRAGG**
Secretary Treasurer

LENORE FRIEDLAENDER
Assistant to the President

**VICE PRESIDENTS**
SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
ROB HILL
DENIS JOHNSTON
GABE MORGAN
JOHN SANTOS
JOHN THACKER
KURT WESTBY

**Capital Area District**
Washington  202.387.3211
Baltimore   410.244.5970
Virginia    703.845.7760

**Connecticut District**
Hartford    860.560.8674
Stamford    203.602.6615

**District 1201**
215.923.5488

**Florida District**
305.672.7071

**Hudson Valley District**
914.637.7000

**Mid-Atlantic District**
215.226.3600

**National Conference of
Firemen and Oilers**
606.324.3445

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

# UNION BARGAINING UPDATE

## BOSTON COLLEGE

May 17, 2021

For the last one-and-a-half months, our union bargaining committee has been meeting with the BC administration to try to negotiate a new contract. The current contract expires on 5/31/21.

We have made it clear to the administration that our overriding priority is to get a fair wage increase. We deserve a wage increase that will not only enable us to be a little better off financially at the end of the contract than we were at the beginning of it, but also, and especially, one that will acknowledge and show appreciation for the immense sacrifices we have all made during the last year.

When the pandemic hit a year ago, we agreed to extend the contract for a year without any wage increase. While the pandemic raged and most people worked from the safety and comfort of their homes, we came to work every day. As we worked to maintain the campus and keep it functioning during the pandemic, we continually exposed ourselves to the risks of COVID infection. We did what BC wanted and needed us to do to get through the pandemic. Now we want, and expect, BC to show they value and respect what we did (and continue to do) by giving us a wage increase that acknowledges our efforts.

We are also looking to improve other aspects of the contract, including break schedules and ways to minimize sub-contracting. At the same time, we are opposing concessions that BC wants, including making it more difficult to qualify for overtime premium pay and for paid sick leave.

We expect to have more information soon. For more details, contact your stewards / bargaining committee:

| | |
|---|---|
| John Balis | Nick Mastropoli |
| Anthony Erwin | Steve Murphy |
| Dave Farrell | Mike Raffi |
| Jesus Flores | Joe Russo |
| Kathy LeBlanc | Savas Saviidas |

**New England District 615**
Roxana Rivera, District Leader

26 West Street, 3rd Floor
Boston, MA 02111-1207
617.523.6150, Toll Free: 888.734.8615

# 32BJ SEIU

## Stronger Together

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**Local 32BJ
Headquarters**
25 West 18th Street
New York, NY 10011-1991
212.388.3800

**HÉCTOR J. FIGUEROA**
President

**LARRY ENGELSTEIN**
Executive Vice President

**KYLE BRAGG**
Secretary Treasurer

**LENORE FRIEDLAENDER**
Assistant to the President

**VICE PRESIDENTS**

SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
ROB HILL
DENIS JOHNSTON
GABE MORGAN
JOHN SANTOS
JOHN THACKER
KURT WESTBY

**Capital Area District**
Washington  202.387.3211
Baltimore   410.244.5970
Virginia    703.845.7760

**Connecticut District**
Hartford    860.560.8674
Stamford    203.602.6615

**District 1201**
215.923.5488

**Florida District**
305.672.7071

**Hudson Valley District**
914.637.7000

**Mid-Atlantic District**
215.226.3600

**National Conference of
Firemen and Oilers**
606.324.3445

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

---

In the meantime, the Union encourages every member who is able to volunteer to be vaccinated.

**Boston College is offering a vaccination clinic at Conte Forum starting today, May 17th through Wednesday May 19th for your convenience.**

We recognize that some people are concerned about the vaccine, but people who are willing to get vaccinated should volunteer because the vaccines are not just about protecting yourself. They are about protecting the people around you, your co-workers and fellow members, and the community at large - especially those who are at the greatest risk of serious medical consequences of COVID-19 and those who are unable to get vaccinated due to medical or other reasons. Solidarity is more important now than ever.

In solidarity,



Shawn Lynch

SEIU 32BJ, Boston

---

**New England District 615**
Roxana Rivera, District Leader

26 West Street, 3rd Floor
Boston, MA 02111-1207
617.523.6150, Toll Free: 888.734.8615



**BOSTON COLLEGE**
DEPARTMENT OF HUMAN RESOURCES

August 19, 2021
CONFIDENTIAL

Avenir Agaj
14 Paul Street
Burlington, MA 01803

**Delivered in Hand**

Dear Avenir:

As you know, Boston College instituted as a condition of employment a requirement that all faculty and staff be vaccinated against COVID-19 in an effort to safeguard the health and safety of the entire campus community. The University set a deadline of August 13, 2021 for members of the faculty and staff to provide proof of vaccination, unless they had been granted an exemption to the vaccination requirement for legitimate medical or religious reasons. As of close of business on August 13, 2021, you have not provided proof of vaccination as required by the University and therefore do not meet the aforementioned condition for employment.

I write to inform you that you are being relieved of your duties as Landscape Worker effective immediately and will be involuntarily separated from Boston College effective August 31, 2021. You will receive payment for any unused vacation time as of August 13, 2021 on or before August 31, 2021. Effective September 1, 2021, you will no longer be covered by the University's health plan and as of the date of this letter you are no longer eligible to participate in other University benefits.

If you are in a position where you require continuation of your medical, dental, and/or vision insurance beyond August 2021, you will be eligible for COBRA coverage for up to eighteen (18) months. Please contact the Benefits Office to discuss COBRA coverage and premium costs as well as any other benefits related questions you may have.

Boston College will not contest an application for unemployment compensation provided you remain otherwise eligible. In addition, we ask that you make arrangements to return property of the University, including but not limited to all

documents and records (whether electronic or hard copies), credit cards, computers, laptops, computer equipment and software, cellular telephones and cellular telephone equipment, keys, pagers, and access cards to the University.

Thank you for your service to Boston College.  We wish you the very best in your future endeavors.

Sincerely,

William J. Murphy
Associate Vice President, Human Resources

cc.    AREA Vice President
       Jack Burke, Director of Benefits
       Personnel File


My signature below acknowledges receipt of this letter of involuntary separation.


X _AVENIR  AGA_____    X 08/19/2021___
   NAME                      Date