# EXHIBIT   3



Results (/Patient/Results/Inbox)    Profile (/Patient/Profile/EditDemog)

Security (/Patient/Profile/EditSecurity)    Password (/Patient/ResetPassword/Index)

| Accession # | Result Status | Collected | Reported | Provider |
|---|---|---|---|---|
| BI-~~████~~ (/Patient/Results/LabReport? indirRef=8add3f6281&rptType=) | Final | 11/14/2021 01:24 PM (/Patient/Results/LabReport? indirRef=8add3f6281&rptType=) | 11/14/2021 21:57 | |
| BI-OW~~████~~ (/Patient/Results/LabReport? indirRef=c22fcacb29&rptType=) | Final | 10/10/2021 01:11 PM (/Patient/Results/LabReport? indirRef=~~████~~&rptType=) | 10/10/2021 22:57 | |
| BI-SM~~████~~ (/Patient/Results/LabReport? indirRef=6b792abd94&rptType=) | Final | 09/07/2021 03:25 PM (/Patient/Results/LabReport? indirRef=~~████~~&rptType=) | 09/08/2021 06:15 | |
| BI-K~~████~~D (/Patient/Results/LabReport? indirRef=ca8aa6fd60&rptType=) | Final | 09/07/2021 08:34 AM (/Patient/Results/LabReport? indirRef=~~████~~&rptType=) | 09/08/2021 10:22 | |
| BI-HFTYH~~████~~ (/Patient/Results/LabReport? indirRef=1~~████~~&rptType=) | Final | 08/11/2021 09:20 AM (/Patient/Results/LabReport? indirRef=~~████~~&rptType=) | 08/11/2021 18:42 | Comeau, Douglas |
| BI-~~████~~ (/Patient/Results/LabReport? indirRef=eb~~████~~Type=) | Final | 08/03/2021 01:00 PM (/Patient/Results/LabReport? indirRef=~~████~~&rptType=) | 08/03/2021 22:14 | Comeau, Douglas |
| BI-Z9~~████~~ (/Patient/Results/LabReport? indirRef=~~████~~Type=) | Final | 06/01/2021 11:04 AM (/Patient/Results/LabReport? indirRef=~~████~~&rptType=) | 06/02/2021 01:28 | Comeau, Douglas |
| BI-9O~~████~~ (/Patient/Results/LabReport? indirRef=~~████~~pe=) | Final | 05/03/2021 01:53 PM (/Patient/Results/LabReport? indirRef=~~████~~Type=) | 05/04/2021 07:07 | Comeau, Douglas |
| YOU~~████~~ (/Patient/Results/LabReport? indirRef=~~████~~Type=) | Final | 04/05/2021 11:24 AM (/Patient/Results/LabReport? indirRef=~~████~~&pe=) | 04/05/2021 18:56 | Comeau, Douglas |

| | | | | |
|---|---|---|---|---|
| ~~JOR...~~ (/Patient/Results/LabReport? indir~~Ref=...~~) | Final | 03/15/2021 08:13 AM (/Patient/Results/LabReport? indirRef=~~...~~ptType=) | 03/16/2021 00:07 | Comeau, Douglas |
| ~~RD...~~ (/Patient/Results/LabReport? indir~~Ref=...~~pType=) | Final | 02/22/2021 08:18 AM (/Patient/Results/LabReport? indirRef=~~...~~ptType=) | 02/22/2021 20:56 | Comeau, Douglas |
| ~~BL...~~ (/Patient/Results/LabReport? indir~~Ref=050430705&rptType~~) | Final | 02/01/2021 08:11 AM (/Patient/Results/LabReport? indirRef=~~...~~rptType=) | 02/01/2021 19:21 | Comeau, Douglas |
| ~~SMT...~~ (/Patient/Results/LabReport? indir~~Ref=...~~) | Final | 01/19/2021 08:09 AM (/Patient/Results/LabReport? indirRef=~~...~~&rptType=) | 01/19/2021 18:31 | Comeau, Douglas |
| ~~S...ZYL5UG4Z8...Y~~ (/Patient/Results/LabReport? indir~~Ref=...~~) | Final | 01/11/2021 09:43 AM (/Patient/Results/LabReport? indirRef=1~~...~~4&rptType=) | 01/11/2021 22:11 | Comeau, Douglas |
| ~~...AN28...XBQD~~ (/Patient/Results/LabReport? indir~~Ref=...~~ype=) | Final | 12/15/2020 01:52 PM (/Patient/Results/LabReport? indirRef=c~~...~~ptType=) | 12/16/2020 06:41 | Comeau, Douglas |
| ~~A...6...CZ...~~ (/Patient/Results/LabReport? indirRef=~~...~~ype=) | Final | 12/07/2020 08:03 AM (/Patient/Results/LabReport? indirRef=e~~...~~rptType=) | 12/07/2020 18:31 | Comeau, Douglas |
| ~~N...~~ (/Patient/Results/LabReport? indirR~~ef=...~~rptType=) | Final | 11/04/2020 01:51 PM (/Patient/Results/LabReport? indirRef=~~...~~ptType=) | 11/05/2020 05:40 | Comeau, Douglas |
| ~~OZQW...~~ (/Patient/Results/LabReport? indirRef=~~...~~e=) | Final | 10/28/2020 09:06 AM (/Patient/Results/LabReport? indirRef=~~...~~ype=) | 10/28/2020 21:10 | Comeau, Douglas |
| P3K~~...~~ (/Patient/Results/LabReport? indirRef=4~~...~~ptType=) | Final | 10/19/2020 01:28 PM (/Patient/Results/LabReport? indirRef=~~...~~ype=) | 10/20/2020 02:10 | Comeau, Douglas |
| W06Y4~~...~~DOVD8~~...~~ (/Patient/Results/LabReport? indirRef=~~...~~rptType=) | Final | 09/18/2020 08:27 AM (/Patient/Results/LabReport? indir~~Ref=...~~) | 09/19/2020 02:50 | Comeau, Douglas |

16 TESTS NEGATIVE

© CareEvolve™ | CRSP

POWERED BY ELLKAY


**BROAD** INSTITUTE

CRSP ... 370 Charles St CAMBRIDGE MA 02141
617-714-7000

BC1
Boston College
140 Commonwealth Avenue
CHESTNUT HILL, MA 02467

| PATIENT NAME | PHONE | DOB | AGE | SEX | |
|---|---|---|---|---|---|
| AGAJ , AVENIR | | | Yrs | M | |

| REQUISITION # | COLLECTED DATE | REPORTED DATE | ORDERING MD | PATIENT ID | LAB MRN |
|---|---|---|---|---|---|
| BI-HFTY | 8/11/2021 9:20 AM | 8/11/2021 6:42 PM | Comeau, Douglas | 71865483 | C222923 |

| Test Description | Results | Lab |
|---|---|---|
| | | CRSP |

SARS-CoV2 Real-time Reverse Transcriptase (RT)-PCR **NEGATIVE**
Diagnostic Assay

**Covid19_Diagnostic**            **Source: AN SWAB**            (Status: Final 08/11/2021 06:42 PM)

2019-novel Coronavirus (2019-nCoV) not detected by the qRT-PCR assay.
Consider testing for other respiratory viruses or re-collecting for
2019-nCoV testing. Note: Optimum timing for peak viral levels during
infections caused by 2019-nCoV have not been determined. Collection of
multiple specimens from the same patient may be necessary to detect the
virus.

Methods and Limitations:
This Laboratory Developed Test is a high-throughput version of the CDC
2019-nCoV Realtime RT-PCR test and has been validated in accordance with
the guidance issued by the College of American Pathologists (Mar
19,2020) and the FDA (Feb 29th, 2020). This test has not been FDA
cleared or approved but is being run under the FDAs Emergency Use
Authorization (EUA) mechanism. This test was validated for dry nasal
swabs. Method: RNA is isolated from respiratory specimens using
MagMAX-96 Viral RNA Isolation Kits (Thermo Fisher Scientific); RNA is
reverse transcribed to cDNA, and subsequently amplified in a Real-Time
PCR Instrument (Applied Biosystems ViiA7). This system provides
qualitative detection of nucleic acid from SARS-CoV-2. For more detailed
information on the test methods and limitations as well as for Fact
Sheets for both Patients and Healthcare providers see
https://broad.io/covid19test-factsheetv3. Positive results are
indicative of active infection with SARS-CoV-2 but do not rule out
bacterial infection or co-infection with other viruses. The agent
detected may not be the definite cause of disease. Negative results do
not preclude SARS-CoV-2 infection and should not be used as the sole
basis for patient management decisions. False negative results may occur
if amplification inhibitors are present in the specimen or if inadequate
numbers of organisms are present in the specimen due to improper
collection, transportation, or handling. If the virus mutates in the
RT-PCR target region, SARS-CoV-2 may not be detected or may be detected
less predictably. Inhibitors or other types of interference may produce
a false negative result.

Testing performed under the direction of Heidi L. Rehm, PhD, FACMG

**Performing Laboratory Information**
CRSP - Broad Institute - Clinical Research Sequencing Platform, LLC 320 Charles Street  CAMBRIDGE MA 02141 Heidi
Rehm, Ph.D.



**CITY OF NEWTON, MASSACHUSETTS**
Boston College Neighborhood Council

## Meeting Notes

Ruthanne Fuller
Mayor

Barney S. Heath
Director
Planning & Development

Members

Councilor Lisle Baker
Councilor Emily Norton
Lynn Yetra
Karine Alexander
Ken Lyons
Thomas Keady
Barney Heath

**Date:** Tuesday, September 28, 2021

**Time:**  6:00 p.m.

**Place:**  Zoom conference

**Council Members Present:** Councilor Lisle Baker, Karine Alexander, Lynn Yetra, Barney Heath, and Tom Keady (BC)

**Also Present:** Councilor Bowman, Jeanne Levesque (BC), William Mills (BC), Devra Bailin, Gavin Zhang, Nathan Niaronov

1.  **Update on COVID-19 Measures/Protocols**

Ms. Levesque provided a COVID-19 update and explained that anyone—students, faculty, staff—returning to campus in the fall had to be vaccinated unless they had a qualified exemption (medical or religious). The BC community has a 99.3% vaccination rate. Everyone returning to the campus was tested in August.  The College is also administering targeted asymptomatic testing, as well as testing for those with symptoms. She noted that BC is complying with the mask mandates in Boston and in Newton.

Councilor Baker commented that he had heard that BC is not mandating masks in the classrooms.  He noted that these are large spaces with a lot of people and he does not believe this is the correct protocol.  He added that some faculty members have expressed concern.  Mr. Keady responded that there are less than 100 people on campus who are not vaccinated due to exemptions. Even parents who came for the parents' weekend had to show vaccination cards to attend.  BC feels there is very little likelihood of break-through infections. Councilor Bowman agreed with Councilor Baker and noted that many colleges are seeing break-through infections.  This is a problem especially for facility members who have small children.  Mr. Keady reiterated that in public spaces, everyone must be masked. He will bring the concern to Father Leahy.

2.  **Facilities/Construction Update**

Ms. Levesque explained that the Integrated Science and Society Building, which is on the middle campus, will be completed in December of this year with occupancy anticipated for January 2022.  The small project regarding accessibility to the basketball building will be started soon. Ms. Levesque also mentioned that BC is updating its master plan. Councilor Bowman mentioned that there has been concern about construction parking blocking bike lanes.

She was advised to contact Ms. Levesque when such problems arise so they can be dealt with promptly. Ms. Yetra asked whether the master plan is likely to be on the Newton side of the campus. Ms. Levesque stated that there is nothing presently planned near Ms. Yetra's neighborhood. Mr. Keady mentioned that they are exploring possible locations for a new student center but cannot say what locations they are looking at. BC also has to plan for improvements to the property acquired from Pine Manor in Brookline.

### 3. Hammond Pond Parkway Project—Lane Reduction & Ped/Bicycle Improvements

Ms. Levesque noted that BC sent comments and concerns prepared by their consultant Vanasse to DCR but has heard nothing back. The concerns included queuing at the intersection, cut-through traffic on the campus, the need for two left-turn lanes onto Beacon, and safety of pedestrians and bicyclists. Councilor Baker noted that he also had written concerns which were sent to DCR, corroborated by the City's traffic engineers, especially relating to the intersection. Councilor Bowman stated that most concerns focus on the queuing length and that the intersection as designed is not safe. Mr. Keady commented that the reduction of travel lanes to accommodate bike paths will have significant traffic impacts. He noted that BC should be invited to meet with DCR.

Mr. Heath commented that DCR is planning a meeting in November and was assured, in response to Ms. Alexander's question, that it would be open to the public. Mr. Heath will be sure to send the notice of the DCR meeting to the Council. Ms. Levesque noted that there have been no updates to the DCR website in a long time.

### 4. Other Business

Councilor Baker asked who at BC should be contacted if there are issues for residents on Manet Road relating to partying. Mr. Mills noted that Steve Montgomery is the faculty member who keeps an eye on off-campus student activities. He wanted to make sure it was understood that the recent complaints on Manet did not relate to a student event; it was parents and students having a cookout after the football game. The police responded and then left. Mr. Keady suggested that they discuss this issue further offline.

Ms. Yetra reported that there have been several visiting team busses that are dropping off on Rochester and Colby Roads. She suggests better directions be given to visiting teams. Mr. Keady noted that there has turnover at BC but Mr. Mills and Ms. Levesque are re-educating people on the rules and will be there to respond to any issues. Ms. Yetra noted that it had not been an issue in the past so she just wanted to make BC aware.

### 5. Next Meeting—January 2022

It was agreed that the next meeting will be held in after the first of the year. The meeting ended at 6:56 p.m.



Ruthanne Fuller
Mayor

Barney S. Heath
Director
Planning & Development

Members

Councilor Lisle Baker
Councilor Emily Norton
Lynn Yetra
Karine Alexander
Ken Lyons
Thomas Keady
Barney Heath

# CITY OF NEWTON, MASSACHUSETTS
## Boston College Neighborhood Council

## Meeting Notes

**Date:** Thursday, January 27, 2022

**Time:**  6:00 p.m.

**Place:**  Zoom conference

**Council Members Present:** Councilor Lisle Baker, Councilor Norton, Lynn Yetra, and Tom Keady (BC)

**Also Present:** Councilor Laredo, Jeanne Levesque (BC), William Mills (BC), Devra Bailin, and sueIPhone (wouldn't identify)

### 1.  BC Opening—COVID-19 Update

Ms. Levesque provided a COVID-19 update and explained that students returned from break on January 18th.  Before returning they were required to provide a 72 hour PCR or a 24 hour rapid test. The vaccination rate of everyone—students, faculty, staff—is 99.3%; everyone must have the booster by February 9.  The University continues to administer surveillance testing.  As posted on their dashboard for last week, they administered 9190 tests with 261 positives (mostly undergraduates). 120 students are in isolation at Pine Manor. As is true for most of the area, the University saw a drop in COVID positives. The University has also temporarily mandated masks at all times inside until January 31st.  She noted that BC continues to comply with the mask mandates in Boston and in Newton.

Councilor Norton asked whether the College is seeing mental health impacts. Mr. Keady said this is the number one issue for undergraduates.  Ms. Levesque noted that they have increased counselling available, as well as increasing the number of outdoor activities and programming for students.

### 2.  Facilities/Construction Update

Ms. Levesque explained that BC's new Integrated Science Building aka 245 Beacon Street containing the Schiller Institute, recently opened this month.  It contains, inter alia, R & D, classrooms, computer science, entrepreneurship, and the new Human Centered Engineering program.

 As noted last time, the University is moving forward with a small addition to Conte Forum in addition to renovating space in the building to create new locker rooms and support space for the men's and women's basketball programs, new offices and rehearsal space for the band, and  improved

accessibility.  BC is currently working on project approvals with the Boston Planning and Development Agency and has filed a building permit application with the Inspectional Services Department.

BC has scheduled a February 1st, 6:30 p.m.  Zoom meeting and invited abutters to the Newton Soccer/LAX field to meet with Athletic Director Patrick Kraft and the new men's and women's head soccer coaches and head lacrosse coach, review any operational issues/neighborhood issues from this past season and discuss possible upgrades to the sound system at the field.

Ms. Levesque also mentioned that the City of Boston recently approved a 2-year renewal of BC's master plan first approved by the City in 2009.

Mr. Baker asked whether any improvements are being proposed for the Newton portion of the campus.  Mr. Keady mentioned that they are exploring two possible locations for a new student center but cannot say at this time what locations they are looking at, although he confirmed they are in Newton.  They are still dealing with cost estimates for the project.  He assured Mr. Baker that BC will brief the Mayor and the City Council before publicly announcing the location.

### 3.   Update on Pine Manor

Mr. Keady was pleased to share the good news that integration plans with Pine Manor College are proceeding with the start of a cost-free summer enrichment program in 2022 called The Academy for students in grades 8-12 as part of the Pine Manor Institute for Student Success' mission to enhance opportunities for underrepresented first-generation students. BC also announced the creation of a two-year residential college division of the University offering an associate degree program for 100 students beginning in the 2024-2025 academic year. Messina College, named after the first Jesuit school founded in Sicily in 1548, will be located on the Pine Manor campus and will prepare students for studies in a bachelor's program or for professional careers. Messina College students will have full access to BC's campus programs and facilities and successful students will be eligible to apply for transfer to BC to complete a bachelor's degree.  The last class of Pine Manor College students will be graduating in May. (There are only 25 students living on campus and 25 online.)  On July 1, 2022, the integration of the two schools will be complete and BC will be the new operating entity.  Although BC is currently using the Pine Manor campus to isolate COVID positive students, the campus has the capacity house about 400 students in the future.  The facilities need a lot of work over the next years to improve the campus.

### 4.   Hammond Pond Parkway Project—Lane Reduction & Ped/Bicycle Improvements

Ms. Levesque noted that BC sent comments and concerns following the last public meeting held by DCR on November 10, 2021 and shared the report prepared by their transportation consultant Vanasse & Associates with DCR.  Tonight, DCR will be presenting its plans to the Newton Conservation Commission. Both Ms. Levesque and Councilor Baker noted one of the major concerns was queuing at the intersection of Beacon Street and Hammond Pond Parkway. Councilor Baker noted that the Conservation Commission is not concerned with the intersection.

### 5.   Other Business

# CITY OF NEWTON, MASSACHUSETTS
## Boston College Neighborhood Council

Councilor Baker thanked the College for the very helpful update.  No one else had any further comments or issues.

## 6.  Next Meeting—early June 2022

It was agreed that the next meeting will be held in early June.  Ms. Bailin was asked to make sure the date chosen does not conflict with school graduations in Newton. The meeting ended at 6:30 p.m.

An update on the University's COVID-19 vaccination rate and testing results, plus a Q&A with University Health Services Director Dr. Douglas Comeau and virologist and Department of Biology Professor and Chair Welkin Johnson.

**Q. What percentage of the BC community has been vaccinated against COVID-19?**

**A. Comeau:** As of Monday, August 30, 99.3 percent of the Boston College community has been vaccinated, including 99.3 percent of BC faculty and staff, and 99.1 percent of undergraduate students. Counting University-approved exemptions, 100 percent of those intending to be on campus have complied with BC vaccination protocols.

**Q. What is BC's testing policy for COVID-19?  Will test results be shared with the BC community?**

**A. Comeau:** All BC students, faculty, and staff who plan to be on campus this semester were required to be tested for COVID-19 prior to the start of classes on August 30.  University Health Services will conduct symptomatic and targeted asymptomatic surveillance testing throughout the academic year.

Weekly tests results will be posted each Monday on the BC Forward website. The results to date are as follows:

**PRE-SEMESTER TESTING TOTALS: 8/16/21 —> 8/29/21**

Boston College Community Tests Performed: 15,878

Total Positives: 46

Positivity Rate: 0.290%

Undergrads Tests Performed: 8,723

Undergrads Testing Positive: 32

Undergrads in Isolation: 29* (18 in isolation housing, 11 home)

Total Recovered: 6 (3 undergraduates)

**Q. Why are there positive test results on a campus where 99 percent of community members have been vaccinated?**

**A. Johnson:** The important takeaway is that the vaccine is protective. It is clear globally that the COVID-19 vaccine is stemming the spread of the virus, but it is also important to note that it is not 100 percent effective. There is a small but significant minority of cases where vaccinated people get breakthrough infections; if they are infected with the Delta variant, they tend to make virus at levels similar to unvaccinated people, which means vaccinated, infected people can spread the virus. So that is a concern. But the other thing to know, which is very clear from the data, is that vaccination keeps people out of hospitals. Even with vaccine breakthrough infections, people are generally having mild symptoms or no symptoms at all.

Growing up, almost everyone got the common cold, probably more frequently as a kid. The reason virtually almost no one is hospitalized for the cold now is because our immune systems are pretty effective at dealing with the rhinoviruses that causes the common cold. What the COVID-19 vaccine does is it makes our immune systems effective at dealing with the SARS coronavirus. So it's a very positive thing. The vaccine is having a very important effect, but people have to remember that the vaccine is not a guarantee that they will not get or spread the virus.

**Q. What can we do at Boston College to protect the community and ourselves?**

Case 1:24-cv-10884-JEK     Document 167-3     Filed 08/11/26     Page 12 of 65

**A. Comeau**: Because breakthrough infections do exist, we as a Boston College community, despite remarkable vaccination rates, still want to be cognizant of maintaining appropriate health protocols, which include not going out if we are sick, getting tested if we experience symptoms of COVID-19, and limiting our presence in places that do not have the high vaccination rates that we have at Boston College.

Even though Massachusetts is the second most-vaccinated state in the United States as of last week, and our Boston College community has a 99 percent-plus vaccination rate, the city and surrounding area outside of the Boston College community may not be as highly vaccinated. So we urge our Boston College community members to use an abundance of caution when they go into public places—whether it be social situations, bars, restaurants, or other places outside of the Boston College community—to help protect themselves.

**Q. What about mask usage?**

**A. Comeau:** Boston College has met the requirements of the City of Boston that masks be worn in indoor spaces on campus that are open to the public, including dining halls, the BC Bookstore in Maloney Hall, the McMullen Museum, and Conte Forum.  By September 2, the University will also be in compliance with the City of Newton's regulations regarding mask usage in indoor spaces that are open to the public, including dining halls and the BC Bookstore in McElroy Commons.

Given the impressively high vaccination rate among students, faculty, and staff, and the desire to have as normal a year as possible, Boston College has chosen not to begin the school year with masks in classrooms and laboratories. However, the University intends to be vigilant and flexible in responding to COVID-19, and will make adjustments as needed, including use of masks in classrooms and labs should the campus positivity rate rise to higher than desired levels. We continue to encourage students, faculty, and staff who wish to wear masks in classrooms and other indoor places on campus to do so.

**Q. In general, why is the Delta variant creating a resurgence of positive COVID-19 cases, and are there other variants about which we need to be concerned?**

**A. Johnson:** The Delta variant is highly transmissible. It is better at attacking the human respiratory pathway and in an uncontrolled infection produces very high levels of virus. So somebody who is infected can also be expelling and transmitting more virus than somebody with a well-controlled infection.

On a positive note, the vaccine still works well against the Delta variant. It protects most people from infection. And even those who get infected with the Delta variant are overwhelmingly not being hospitalized. When we look at who is winding up in the hospital or in the ICU, it is people who are not vaccinated.

**A. Comeau:** As of last week, 98 percent of hospitalizations from COVID-19 involved unvaccinated individuals.

The issue is that many vaccinated people feel like they have invincibility because they have been vaccinated, especially those who have been exposed to COVID in the past and obtained the COVID-19 vaccination for further protection. Unfortunately, the vaccine is not 100 percent effective; we still have to keep our guard up in situations where there could be exposure risk.

**Q. What steps will Boston College take in managing the coronavirus this semester?**

**A. Comeau:** Similar to last year, we have a lot of flexibility not only with our on-campus COVID-19 management, but also with our on-campus testing. We are going to monitor trends in the Boston College community so we can make testing adjustments accordingly. We have an on-campus lab, but we also have external resources to test as frequently as we need to. We still have daily 24-hour care at University Health Services where we can take care of any symptomatic patient, and we can perform a point-of-care PCR or antigen test, but also send further confirmatory PCR testing to our on-campus lab. We are offering targeted asymptomatic surveillance testing in which we are focusing on high contact individuals, but we will also include other members of the Boston College community in weekly testing. We will adjust the number of tests every week, based on our positivity trends.

In looking at last year's data, it showed that our targeted asymptomatic surveillance strategy was effective in mitigating COVID-19 on campus. Clusters were identified early on and frequency of testing was increased, in addition to contact tracing that took place almost immediately after a positive test was rendered within a four to six hour period. By doing this and following our isolation and quarantine protocols, we were able to limit the number of positive cases on campus. Now, with a highly vaccinated community, those students who do test positive for COVID-19 will still have to go to isolation, but their close contacts will not have to quarantine because they have been vaccinated. The close contacts will be tested, but they will not be required to quarantine, in accordance with CDC guidelines.

**Q. What about those who have been granted an exemption for medical or religious purposes?**

**A. Comeau:** With a 99 percent-plus vaccination rate on campus, we have very few faculty, staff, and students who have been approved for a University exemption. Those who have an exemption will be required to wear masks, indoors and outdoors at all times, except when eating, drinking and, in the case of students, sleeping in their residence hall. In addition to mask wearing, these individuals will be required to test regularly, starting at a rate of twice weekly.

**Q. What is your prognosis for the pandemic in the coming months?**

**A. Comeau:** It is very hard in medicine to have a prognosis for a disease, particularly in the case of a pandemic. We as physicians and as scientists are learning every day about the ramifications of COVID, its variants, and its effect on the world. Looking ahead to the next month or so, I believe that the overall COVID-19 positivity rate will go down. There are other variants on the horizon, such as Lambda, which we will continue to monitor daily with the CDC, the Mass. Department of Public Health, and also local epidemiologists and infectious disease specialists, but I am optimistic for the future.

**A. Johnson:** The world has never been better prepared in terms of having the tools, surveillance methods, and vaccine technology to actually deal with a global pandemic like

this. We have everything we need to control it and suppress it. The remaining piece is to get everybody to comply and get vaccinated. That is our best defense against COVID-19.

**Q. What is your advice regarding booster shots for those who have been fully vaccinated?**

**A. Comeau:** Booster shots for those who received Pfizer and Moderna vaccinations will be available after September 20th for the regular community at local pharmacies. For those who received the Janssen, or Johnson & Johnson, vaccination it was recently announced that they will be having a booster shot, but it is not yet available. The CDC recommends a booster dose eight months after you have been fully vaccinated. As a doctor, I would definitely recommend getting the booster shot because it can be of help from a protective standpoint.

**Q. What immediate steps can people take to protect themselves and their families?**

**A. Comeau:** Just like any other illness, appropriate hygiene is of the utmost importance. So washing your hands frequently with warm soapy water, paying attention to your surroundings, and getting tested if you start to have symptoms. Symptoms of COVID-19 include nasal congestion, sore throat, fever, chills, and even GI illness. If you have these symptoms you should stay home. Or if you are a student on campus you should call University Health Services and be evaluated and tested for COVID.

**A. Johnson:** On a personal note, I keep a mask with me all the time. I don't assume, especially in crowded situations outside of Boston College, to know what is going on with other people. I think it is also important as a community that we respect and understand that everyone's situation is different. So we may have colleagues who have children at home under 12, who are understandably anxious. And so I keep the mask with me for those reasons. If I am meeting in close quarters with somebody who prefers for personal reasons that I wear a mask, I will. It is the right thing to do to help reassure them. Everybody, of course, is free to wear a mask wherever and whenever they want, and I think keeping it with you and being prepared to use it when in doubt is a good idea.

*University Communications | August 2021*



Copyright © 2026 Trustees of Boston College

# COVID Testing Results

## COVID-19 Testing Results

## Cumulative Totals 8/16/21—2/13/22

# 203,569

**Boston College Community Tests Performed**

# 2,870

**Total Positives**

# 159,429

**Undergrad Tests Performed**

# 2,290

---

## Undergrads Testing Positive

Cumulative Positivity Rate:    1.41%

# Spring Semester Week 4,  2/7/22—2/13/22

# 9,182

---

## Boston College Community Tests Performed

# 365

---

## Total Positives

# 7,078

---

## Undergrad Tests Performed

Case 1:24-cv-10884-JEK    Document 167-3    Filed 08/11/26    Page 19 of 65    https://www.bc.edu/bc-web/sites/bc-forward/covid-testing-re...

# 351

## Undergrads Testing Positive

Weekly Positivity Rate:  3.98%

**Fall Semester Week 1, 8/30/21—9/5/21**

# Fall Semester Week 1, 8/30/21—9/5/21

# 4,523

## Boston College Community Tests Performed

# 11

## Total Positives

# 3,524

## Undergrad Tests Performed

# 9

---

## Undergrads Testing Positive

Weekly Positivity Rate: 0.24%

**Fall Semester Week 2, 9/6/21—9/12/21**

---

**Fall Semester Week 3, 9/13/21—9/19/21**

---

**Fall Semester Week 4, 9/20/21—9/26/21**

---

**Fall Semester Week 5, 9/27/21—10/3/21**

---

**Fall Semester Week 6, 10/4/21—10/10/21**

---

**Fall Semester Week 7, 10/11/21—10/17/21**

---

**Fall Semester Week 8, 10/18/21—10/24/21**

---

**Fall Semester Week 9, 10/25/21—10/31/21**

---

**Fall Semester Week 10, 11/1/21—11/7/21**

---

**Fall Semester Week 11, 11/8/21—11/14/21**

---

**Fall Semester Week 12, 11/15/21—11/21/21**

---

**Fall Semester Week 13, 11/22/21—11/28/21**

---

**Fall Semester Week 14, 11/29/21—12/5/21**

**Fall Semester Week 15, 12/6/21—12/12/21**

**Fall Semester Week 16, 12/13/21—12/19/21**

**Pre-Semester Week, 1/10/22—1/17/22**

**Spring Semester Week 1, 1/18/22—1/23/22**

**Spring Semester Week 2, 1/24/22—1/30/22**

**Spring Semester Week 3, 1/31/22—2/6/22**

## BC Community Vaccination Rate: 99.3%

140 Commonwealth Avenue

Chestnut Hill, MA 02467



**BOSTON COLLEGE**

Copyright © 2024 Trustees of Boston College

# VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, mRNA) AND PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19)

You are being offered either COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine to prevent Coronavirus Disease 2019 (COVID-19) caused by SARS-CoV-2.

This Vaccine Information Fact Sheet for Recipients and Caregivers comprises the Fact Sheet for the authorized Pfizer-BioNTech COVID-19 Vaccine and also includes information about the FDA-licensed vaccine, COMIRNATY (COVID-19 Vaccine, mRNA).

The FDA-approved COMIRNATY (COVID-19 Vaccine, mRNA) and the FDA-authorized Pfizer-BioNTech COVID-19 Vaccine under Emergency Use Authorization (EUA) have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.[1]

COMIRNATY (COVID-19 Vaccine, mRNA) is an FDA-approved COVID-19 vaccine made by Pfizer for BioNTech. It is approved as a 2-dose series for prevention of COVID-19 in individuals 16 years of age and older. It is also authorized under EUA to provide:
- a two-dose primary series in individuals 12 through 15 years;
- a third primary series dose in individuals 12 years of age and older who have been determined to have certain kinds of immunocompromise; and
- a single booster dose in individuals:
  - 65 years of age and older
  - 18 through 64 years of age at high risk of severe COVID-19
  - 18 through 64 years of age whose frequent institutional or occupational exposure to SARS-CoV-2 puts them at high risk of serious complications of COVID-19 including severe COVID-19

The Pfizer-BioNTech COVID-19 Vaccine has received EUA from FDA to provide:
- a two-dose primary series in individuals 12 years of age and older;
- a third primary series dose for individuals 12 years of age and older who have been determined to have certain kinds of immunocompromise; and
- a single booster dose in individuals:
  - 65 years of age and older

---

[1] The licensed vaccine has the same formulation as the EUA-authorized vaccine and the products can be used interchangeably to provide the vaccination series without presenting any safety or effectiveness concerns. The products are legally distinct with certain differences that do not impact safety or effectiveness.

Revised: 22 September 2021

- o **18 through 64 years of age at high risk of severe COVID-19**
- o **18 through 64 years of age whose frequent institutional or occupational exposure to SARS-CoV-2 puts them at high risk of serious complications of COVID-19 including severe COVID-19**

This Vaccine Information Fact Sheet contains information to help you understand the risks and benefits of COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine, which you may receive because there is currently a pandemic of COVID-19. Talk to your vaccination provider if you have questions.

This Fact Sheet may have been updated. For the most recent Fact Sheet, please see www.cvdvaccine.com.

## WHAT YOU NEED TO KNOW BEFORE YOU GET THIS VACCINE

### WHAT IS COVID-19?
COVID-19 disease is caused by a coronavirus called SARS-CoV-2. You can get COVID-19 through contact with another person who has the virus. It is predominantly a respiratory illness that can affect other organs. People with COVID-19 have had a wide range of symptoms reported, ranging from mild symptoms to severe illness leading to death. Symptoms may appear 2 to 14 days after exposure to the virus. Symptoms may include: fever or chills; cough; shortness of breath; fatigue; muscle or body aches; headache; new loss of taste or smell; sore throat; congestion or runny nose; nausea or vomiting; diarrhea.

### WHAT IS COMIRNATY (COVID-19 VACCINE, mRNA) AND HOW IS IT RELATED TO THE PFIZER-BIONTECH COVID-19 VACCINE?

COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series.[1]

For more information on EUA, see the "**What is an Emergency Use Authorization (EUA)?**" section at the end of this Fact Sheet.

### WHAT SHOULD YOU MENTION TO YOUR VACCINATION PROVIDER BEFORE YOU GET THE VACCINE?
**Tell the vaccination provider about all of your medical conditions, including if you:**
- have any allergies
- have had myocarditis (inflammation of the heart muscle) or pericarditis (inflammation of the lining outside the heart)
- have a fever

---

[1] The licensed vaccine has the same formulation as the EUA-authorized vaccine and the products can be used interchangeably to provide the vaccination series without presenting any safety or effectiveness concerns. The products are legally distinct with certain differences that do not impact safety or effectiveness.

Revised: 22 September 2021

- have a bleeding disorder or are on a blood thinner
- are immunocompromised or are on a medicine that affects your immune system
- are pregnant or plan to become pregnant
- are breastfeeding
- have received another COVID-19 vaccine
- have ever fainted in association with an injection

**HOW IS THE VACCINE GIVEN?**
The vaccine will be given to you as an injection into the muscle.

Primary Series: The vaccine is administered as a 2-dose series, 3 weeks apart. A third dose may be administered at least 4 weeks after the second dose to individuals who are determined to have certain kinds of immunocompromise.

Booster Dose: A single booster dose of the vaccine may be administered to individuals:
- 65 years of age and older
- 18 through 64 years of age at high risk of severe COVID-19
- 18 through 64 years of age whose frequent institutional or occupational exposure to SARS-CoV-2 puts them at high risk of serious complications of COVID-19 including severe COVID-19

The vaccine may not protect everyone.

**WHO SHOULD <u>NOT</u> GET THE VACCINE?**
You should not get the vaccine if you:
- had a severe allergic reaction after a previous dose of this vaccine
- had a severe allergic reaction to any ingredient of this vaccine.

**WHAT ARE THE INGREDIENTS IN THE VACCINE?**
The vaccine includes the following ingredients: mRNA, lipids ((4-hydroxybutyl)azanediyl)bis(hexane-6,1-diyl)bis(2-hexyldecanoate), 2 [(polyethylene glycol)-2000]-N,N-ditetradecylacetamide, 1,2-Distearoyl-sn-glycero-3-phosphocholine, and cholesterol), potassium chloride, monobasic potassium phosphate, sodium chloride, dibasic sodium phosphate dihydrate, and sucrose.

**HAS THE VACCINE BEEN USED BEFORE?**
Yes. In clinical trials, approximately 23,000 individuals 12 years of age and older have received at least 1 dose of the vaccine. Data from these clinical trials supported the Emergency Use Authorization of the Pfizer-BioNTech COVID-19 Vaccine and the approval of COMIRNATY (COVID-19 Vaccine, mRNA). Millions of individuals have received the vaccine under EUA since December 11, 2020.

**WHAT ARE THE BENEFITS OF THE VACCINE?**
The vaccine has been shown to prevent COVID-19.

The duration of protection against COVID-19 is currently unknown.

**WHAT ARE THE RISKS OF THE VACCINE?**
There is a remote chance that the vaccine could cause a severe allergic reaction. A severe allergic reaction would usually occur within a few minutes to one hour after getting a dose of the vaccine. For this reason, your vaccination provider may ask you to stay at the place where you received your vaccine for monitoring after vaccination. Signs of a severe allergic reaction can include:
- Difficulty breathing
- Swelling of your face and throat
- A fast heartbeat
- A bad rash all over your body
- Dizziness and weakness

Myocarditis (inflammation of the heart muscle) and pericarditis (inflammation of the lining outside the heart) have occurred in some people who have received the vaccine. In most of these people, symptoms began within a few days following receipt of the second dose of vaccine. The chance of having this occur is very low. You should seek medical attention right away if you have any of the following symptoms after receiving the vaccine:
- Chest pain
- Shortness of breath
- Feelings of having a fast-beating, fluttering, or pounding heart

Side effects that have been reported with the vaccine include:
- severe allergic reactions
- non-severe allergic reactions such as rash, itching, hives, or swelling of the face
- myocarditis (inflammation of the heart muscle)
- pericarditis (inflammation of the lining outside the heart)
- injection site pain
- tiredness
- headache
- muscle pain
- chills
- joint pain
- fever
- injection site swelling
- injection site redness
- nausea
- feeling unwell
- swollen lymph nodes (lymphadenopathy)
- decreased appetite
- diarrhea

Revised: 22 September 2021

- vomiting
- arm pain
- fainting in association with injection of the vaccine

These may not be all the possible side effects of the vaccine. Serious and unexpected side effects may occur. The possible side effects of the vaccine are still being studied in clinical trials.

**WHAT SHOULD I DO ABOUT SIDE EFFECTS?**
If you experience a severe allergic reaction, call 9-1-1, or go to the nearest hospital.

Call the vaccination provider or your healthcare provider if you have any side effects that bother you or do not go away.

Report vaccine side effects to FDA/CDC Vaccine Adverse Event Reporting System (VAERS). The VAERS toll-free number is 1-800-822-7967 or report online to https://vaers.hhs.gov/reportevent.html. Please include either "COMIRNATY (COVID-19 Vaccine, mRNA)" or "Pfizer-BioNTech COVID-19 Vaccine EUA", as appropriate, in the first line of box #18 of the report form.

In addition, you can report side effects to Pfizer Inc. at the contact information provided below.

| Website | Fax number | Telephone number |
|---|---|---|
| www.pfizersafetyreporting.com | 1-866-635-8337 | 1-800-438-1985 |

You may also be given an option to enroll in v-safe. V-safe is a new voluntary smartphone-based tool that uses text messaging and web surveys to check in with people who have been vaccinated to identify potential side effects after COVID-19 vaccination. V-safe asks questions that help CDC monitor the safety of COVID-19 vaccines. V-safe also provides second-dose reminders if needed and live telephone follow-up by CDC if participants report a significant health impact following COVID-19 vaccination. For more information on how to sign up, visit: www.cdc.gov/vsafe.

**WHAT IF I DECIDE NOT TO GET COMIRNATY (COVID-19 VACCINE, mRNA) OR THE PFIZER-BIONTECH COVID-19 VACCINE?**
Under the EUA, it is your choice to receive or not receive the vaccine. Should you decide not to receive it, it will not change your standard medical care.

**ARE OTHER CHOICES AVAILABLE FOR PREVENTING COVID-19 BESIDES COMIRNATY (COVID-19 VACCINE, mRNA) OR PFIZER-BIONTECH COVID-19 VACCINE?**
Other vaccines to prevent COVID-19 may be available under Emergency Use Authorization.

5                                                    Revised: 22 September 2021

## CAN I RECEIVE THE COMIRNATY (COVID-19 VACCINE, mRNA) OR PFIZER-BIONTECH COVID-19 VACCINE AT THE SAME TIME AS OTHER VACCINES?

Data have not yet been submitted to FDA on administration of COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine at the same time with other vaccines. If you are considering receiving COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine with other vaccines, discuss your options with your healthcare provider.

## WHAT IF I AM IMMUNOCOMPROMISED?

If you are immunocompromised, you may receive a third dose of the vaccine. The third dose may still not provide full immunity to COVID-19 in people who are immunocompromised, and you should continue to maintain physical precautions to help prevent COVID-19. In addition, your close contacts should be vaccinated as appropriate.

## WHAT IF I AM PREGNANT OR BREASTFEEDING?

If you are pregnant or breastfeeding, discuss your options with your healthcare provider.

## WILL THE VACCINE GIVE ME COVID-19?

No. The vaccine does not contain SARS-CoV-2 and cannot give you COVID-19.

## KEEP YOUR VACCINATION CARD

When you get your first dose, you will get a vaccination card to show you when to return for your next dose(s) of the vaccine. Remember to bring your card when you return.

## ADDITIONAL INFORMATION

If you have questions, visit the website or call the telephone number provided below.

To access the most recent Fact Sheets, please scan the QR code provided below.

| Global website | Telephone number |
|---|---|
| www.cvdvaccine.com<br> | 1-877-829-2619<br>(1-877-VAX-CO19) |

## HOW CAN I LEARN MORE?

- Ask the vaccination provider.
- Visit CDC at https://www.cdc.gov/coronavirus/2019-ncov/index.html.
- Visit FDA at https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization.
- Contact your local or state public health department.

Revised: 22 September 2021

**WHERE WILL MY VACCINATION INFORMATION BE RECORDED?**
The vaccination provider may include your vaccination information in your state/local jurisdiction's Immunization Information System (IIS) or other designated system. This will ensure that you receive the same vaccine when you return for the second dose. For more information about IISs visit: https://www.cdc.gov/vaccines/programs/iis/about.html.

**CAN I BE CHARGED AN ADMINISTRATION FEE FOR RECEIPT OF THE COVID-19 VACCINE?**
No. At this time, the provider cannot charge you for a vaccine dose and you cannot be charged an out-of-pocket vaccine administration fee or any other fee if only receiving a COVID-19 vaccination. However, vaccination providers may seek appropriate reimbursement from a program or plan that covers COVID-19 vaccine administration fees for the vaccine recipient (private insurance, Medicare, Medicaid, Health Resources & Services Administration [HRSA] COVID-19 Uninsured Program for non-insured recipients).

**WHERE CAN I REPORT CASES OF SUSPECTED FRAUD?**
Individuals becoming aware of any potential violations of the CDC COVID-19 Vaccination Program requirements are encouraged to report them to the Office of the Inspector General, U.S. Department of Health and Human Services, at 1-800-HHS-TIPS or https://TIPS.HHS.GOV.

**WHAT IS THE COUNTERMEASURES INJURY COMPENSATION PROGRAM?**
The Countermeasures Injury Compensation Program (CICP) is a federal program that may help pay for costs of medical care and other specific expenses of certain people who have been seriously injured by certain medicines or vaccines, including this vaccine. Generally, a claim must be submitted to the CICP within one (1) year from the date of receiving the vaccine. To learn more about this program, visit www.hrsa.gov/cicp/ or call 1-855-266-2427.

**WHAT IS AN EMERGENCY USE AUTHORIZATION (EUA)?**
An Emergency Use Authorization (EUA) is a mechanism to facilitate the availability and use of medical products, including vaccines, during public health emergencies, such as the current COVID-19 pandemic. An EUA is supported by a Secretary of Health and Human Services (HHS) declaration that circumstances exist to justify the emergency use of drugs and biological products during the COVID-19 pandemic.

The FDA may issue an EUA when certain criteria are met, which includes that there are no adequate, approved, available alternatives. In addition, the FDA decision is based on the totality of scientific evidence available showing that the product may be effective to prevent COVID-19 during the COVID-19 pandemic and that the known and potential benefits of the product outweigh the known and potential risks of the product. All of these criteria must be met to allow for the product to be used in the treatment of patients during the COVID-19 pandemic.

This EUA for the Pfizer-BioNTech COVID-19 Vaccine and COMIRNATY will end when the Secretary of HHS determines that the circumstances justifying the EUA no longer

7                                          Revised: 22 September 2021

exist or when there is a change in the approval status of the product such that an EUA is no longer needed.



Manufactured by
Pfizer Inc., New York, NY 10017

BIONTECH
Manufactured for
BioNTech Manufacturing GmbH
An der Goldgrube 12
55131 Mainz, Germany

LAB-1451-9.3

Revised: 22 September 2021

 Scan to capture that this Fact Sheet was provided to vaccine recipient for the electronic medical records/immunization information systems.

Barcode Date: 08/2021

 An official website of the United States government Here's how you know ⌄



**Official websites use .gov**

A .gov website belongs to an official government organization in the United States.

🔒

**Secure .gov websites use HTTPS**

A lock ( 🔒 ) or https:// means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.



Vaccines & Immunizations

# COVID-19 Vaccine Emergency Use Instructions (EUI) Resources



CDC issued initial Emergency Use Instructions (EUI) for the Pfizer-BioNTech COVID-19 vaccine on November 17, 2021, and another EUI for the Moderna COVID-19 vaccine on February 11, 2022.

New EUI for these vaccines were issued March 1, 2024. EUI provide information about emergency use of FDA-approved medical products that may not be included in or differ in some way from the information provided in the FDA-approved labeling (package insert). See below the CDC-issued EUI fact sheets for healthcare providers and recipients/caregivers regarding Pfizer-BioNTech COVID-19 vaccine, Moderna COVID-19 vaccine, and FAQs.

## For Healthcare Providers

Pfizer-BioNTech Vaccine EUI Fact Sheet 📕

Moderna Vaccine EUI Fact Sheet 📕

## For Recipients and Caregivers

Pfizer-BioNTech Vaccine EUI Fact Sheet 📕

Moderna Vaccine EUI Fact Sheet 📕



**EUI FAQs**

Find answers to your questions about EUI

Last Reviewed: March 1, 2024

Click here to don



Saturday,
August 8, 2026

  

*For a Greater Boston College*
Independent Since 1970

MORE

News     On Campus     Top Story

# BC Surpasses 100 Undergrad Cases of COVID-19

Erin Shannon • December 20, 2021

Boston College exceeded 100 undergraduate cases of COVID-19 for the first time this semester, according to an update to the BC Forward website.

BC's undergraduate positivity rate this past week was 1.25 percent, the highest reported so far this academic year, with 112 undergraduate students testing positive out of 8,950 tests.

The University's recent increase in cases coincides with a national wave of concern over the new Omicron variant of COVID-19. Three of the 15 cases of Omicron reported so far in Massachusetts were found in the Boston area, according to *The Boston Globe*.

The number of undergraduate positives this past week surpassed BC's previous semester high of 94 cases recorded the week prior, between Dec. 6 and Dec. 12. The cases this past week, which included the final days leading up to Winter Break, bring the total number of undergraduate cases this semester to 533.

The University also reported an overall positivity rate of 1.23 percent last week, with 132 total positives out of 10,726 tests. The non-undergraduate positivity rate is 1.13 percent, with 20 positive cases out of 1,776 tests performed.

There are 129 undergraduates in isolation as of Monday, with 25 in isolation housing and 104 recovering at home. The total number of undergraduates who have recovered from COVID-19 this semester is 404, BC reported.

On Dec. 8, *The Boston Globe* reported that all BC community members on campus for the spring semester would be required to receive COVID-19 vaccine booster shots. Six days later, on Dec. 14, the University officially announced the booster mandate in an email to the BC community, asking that students, faculty, and staff upload their updated vaccination cards by Feb. 9.

BC's community vaccination rate is 99.3 percent, according to the BC Forward website. The only people exempt from the booster shot requirement will be those granted exemptions from the original vaccination requirement.

"Boston College has benefited from an extremely high level of vaccination this semester (99.3%) that has helped keep our community safe and has enabled our students, faculty, and staff to experience as normal a year as possible," the email reads. "Vaccinations and boosters are helping to make COVID-19 a manageable illness."

Some colleges in the Boston area have shifted their COVID-19 protocols due to concern about the Omicron variant—students at Tufts University finished their final exams online, while Northeastern University has banned spectators at athletic events, according to wbur.

All BC community members must also be tested for COVID-19 before the first day of spring semester classes on Jan. 18.

Faculty and staff will be tested between Jan. 10 and Jan. 14, on-campus students will be tested during move-in days between Jan. 15 and Jan. 17, and off-campus students should be tested before engaging in on-campus activities, "preferably during the January 10-14 period," the email reads.

"As we know, COVID-19 will be with us for the foreseeable future and we must learn to live with the virus," the email reads. "We assure you that the University will remain vigilant and flexible in our approach. We are grateful for all those who have helped safeguard the health of our campus community and we ask for your continued cooperation and assistance."

*Featured Image by Nicole Vagra / Heights Staff*

Leave a Comment

COVID-19

# More in News



Boston College To Rename 245 Beacon As Hayden Hall, Establish Theatre Fund After $55 Million Gift



Boston College Ranks No. 21 in LinkedIn's 2026 List of Best Colleges for Long-Term Success



Boston College Names Corey Kelly Vice President for Student Affairs

Case 1:24-cv-10884-JEK    Document 167-3    Filed 08/11/26    Page 34 of 65

# Spring 2022 FAQ

## Is pre-arrival testing required for students?

Yes.  The University will require that all students obtain a COVID-19 PCR test within 72 hours prior to their return to Boston College in January, and email the results to covidtesting@bc.edu (mailto:covidtesting@bc.edu).

## Do I need to be tested after arriving at Boston College?

Yes. In addition to pre-arrival student COVID-19 testing, the University will require that all students, faculty, and staff who plan to participate in activities on campus during the spring semester be tested for COVID-19 prior to January 18.

Faculty and staff should test between Monday, January 10, and Friday, January 14 (see schedule below).  Testing for students who reside on campus will occur during their move-in January 15-17, as scheduled through Residential Life.  Undergraduates who live off campus and graduate/professional students should test as soon as they return to the area and before engaging in on-campus activities, preferably during the January 10-14 period.  All COVID-19 tests will take place in the Margot Connell Recreation Center's MAC Courts during the following times:

Monday, January 10 | 8:00 a.m. - 6:00 p.m.
Tuesday, January 11 | 8:00 a.m. - 6:00 p.m.
Wednesday, January 12 | 6:30 a.m. - 6:00 p.m.
Thursday, January 13 | 8:00 a.m. - 6:00 p.m.
Friday, January 14 | 8:00 a.m. - 5:00 p.m.
Saturday, January 15 | 8:00 a.m. - 7:00 p.m.
Sunday, January 16 | 8:00 a.m. - 7:00 p.m.
Monday, January 17 | 8:00 a.m. - 7:00 p.m.

## Do students, faculty and staff need to wear masks?

Yes. The University has instituted a temporary masking period from January 14-31, 2022.

## Do I need to have a COVID-19 booster?

Yes. All faculty, staff, and students must obtain a COVID-19 booster and upload their card (see below) by February 9, 2022.

## Will BC provide COVID-19 Booster shots?

Boston College will continue to offer COVID-19 vaccination booster clinics early next semester, including each day during the initial testing period January 10-17. Please find below the initial schedule and link for appointment sign-up.

Monday, January 10 | 8:00 a.m. - 1:00 p.m.
Tuesday, January 11 | 8:00 a.m. - 1:00 p.m.
Wednesday, January 12 | 8:00 a.m. - 10:00 a.m.
Thursday, January 13 | 8:00 a.m. - 10:00 a.m.
Friday, January 14 | 8:00 a.m. - 7:00 p.m.
Saturday, January 15 | 8:00 a.m. - 7:00 p.m.
Sunday, January 16 | 8:00 a.m. - 7:00 p.m.
Monday, January 17 | 8:00 a.m. - 7:00 p.m.

https://www.appointmentquest.com/scheduler/2250024227?schedule=bostoncollege (https://www.appointmentquest.com/scheduler/2250024227?schedule=bostoncollege)

## How do I upload my vaccination record?

Students should upload COVID-19 Vaccination Record Cards to the Agora Health Services Portal following the steps below:

Go to Agora Portal - Other Services - Health Services

1. Select the IMMUNIZATION ICON on the Agora Health Services portal.  Choose via the drop down menu the COVID vaccination booster icon, and record the vaccination booster date. Click SUBMIT to save;
2. Take a picture of the vaccination card or document and save it on your computer or phone to upload into the Portal (https://services.bc.edu (https://bostoncollege.cmail19.com/t/d-l-qtjlllk-ttulhrxkr-j/)), found under OTHER SERVICES;
3. Choose the UPLOAD ICON and upload the picture under the COVID vaccination booster in

the drop-down menu (Note: the drop-down menu is below the list of "documents available to upload"). Click SELECT FILE, choose the file that you are uploading, and hit the UPLOAD button.

Faculty and staff should also upload their Vaccination Cards via the Agora Portal (https://login.bc.edu/nidp/idff/sso?id=21&sid=3&option=credential&sid=3&target=https%3A%2F%2Fservices.bc.edu%2Fcommoncore%2Fmyservices.do):

1. Click the "PeopleSoft Human Resources Services" link located in the "My Services" section;
2. Confirm your identity through BC's 2-Step Verification process;
3. To log in to PeopleSoft Human Resources while off campus, you will need to connect to a BC VPN (https://www.bc.edu/bc-web/offices/its/support/account-network-access/vpn-redirect.html)and confirm your identity through BC's 2-Step Verification (https://www.bc.edu/content/bc-web/offices/its/support/security/2-step.html);
4. From the "Main Menu" select "Self Service" then "Personal Information" and select "Update COVID-19 Record";
5. To upload your CDC COVID-19 Vaccination Record Card, follow the instructions on the page and click "Save";
6. If you have tested positive for COVID-19, please include your positive test date under the "COVID-19 Testing Record" tab;
7. If you have any questions, please reach out to HR@bc.edu (mailto:hr@bc.edu).

## What should I do if I test positive for COVID-19?

*Regardless of vaccination status, individuals who test positive:*

- Must remain in isolation for five days, whether having symptoms or not (with the day of positive test counting as day zero);
- Are eligible to leave isolation after five days if they have decreasing symptoms and no fever; individuals with fever must remain in isolation until fever-free (UHS may also test students in University isolation housing before release);
- Must wear a mask indoors and outdoors for five days after release from isolation when unable to maintain appropriate physical distancing.

## What if I am a close contact of someone who tests positive for COVID-19?

You must follow the quarantine protocols:

- Close contacts who have received their booster or who are fully vaccinated with Moderna within the last six months, Pfizer within the last 5 months, or J&J within the last two months:
  - Will not have to quarantine, unless they have symptoms;
  - Must wear a mask indoors and outdoors for 10 days when unable to maintain physical distancing;
  - Test on Day 2-3 and Day 5-7 after exposure to an individual testing positive and if symptomatic at any time during the 10-day period.
- Close contacts who have not yet received their booster, but are eligible, and those with University-approved religious or medical COVID-19 vaccination exemption:
  - Must quarantine for 5 days;
  - Must wear a mask indoors and outdoors after release from quarantine for 5 days when unable to maintain physical distancing;
  - Test on Day 2-3 and Day 5-7 after exposure to an individual testing positive and if symptomatic at any time during the 10-day period.

## Do I still need to check my symptoms before coming to campus?

Yes. Please continue to utilize the BC Daily Symptom Checker before coming to campus (bc.edu/check (https://bc.edu/check)).  Faculty and staff should contact their primary care physician and students should inform University Health Services immediately upon experiencing one of the following: new loss of taste or smell, shortness of breath or cough (not associated with allergies) OR two of the following: fever, muscle/body aches, sore throat, headache, nausea/vomiting, diarrhea, fatigue, or congestion or runny nose (not associated with allergies).

## Are individuals who have recently tested positive for COVID-19 outside of Boston College exempt from testing during the week of January 10th?

Faculty and staff who have tested positive for COVID-19 outside of Boston College within the past 100 days (90 days since clearing isolation) are exempt from mandatory testing during the week of January 10. They should immediately contact Human Resources and their supervisor to share their positive COVID-19 test result. Students who have tested positive outside of BC during this timeframe should contact University Health Services with their positive test result via covidtesting@bc.edu (mailto:covidtesting@bc.edu).

140 Commonwealth Avenue

Case 1:24-cv-10884-JEK     Document 167-3     Filed 08/11/26     Page 38 of 65

Chestnut Hill, MA 02467



Copyright © 2024 Trustees of Boston College



Make a difference in their future and guarantee your own

Get guaranteed retirement income for life

LEARN MORE


TIAA



The
**HEIGHTS**
For a Greater Boston College
Independent Since 1970

| DIVERSITY AUDIT | READ OUR E-EDITION | NEWS | SPORTS | ARTS | OPINIONS | METRO | MAGAZINE | MULTIMEI |

⌂ Home    BC Surpasses Previous COVID-19 Record, 1000 Cases for the Semester



BOSTON COLLEGE CARROLL SCHOOL OF MANAGEMENT | THE WINST FOR LEADERSH
CHAM
TAN
POLICIN
RO
PROFESSOR
Marc
WWW.BC.EDU/WINSTON

HEIGHTS NEWS

STAY INFORMED
TWICE-WEEKLY UPDATES
THE HEIGHTS NEWSLETTER

# BC Surpasses Previous COVID-19 Record, 1000 Cases For The Semester

By Erin Shannon

February 7, 2022   Updated February 7, 2022 at 11:16 pm

........................

Boston College surpassed its all-time record for COVID-19 cases on campus for the second week in a row, with 394 undergraduates positive out of 7,158 tests this past week—a positivity rate of 5.5 percent—according to the BC Forward website.

Email Address

Sign Up



Search ...

The University also surpassed 1,000 undergraduate COVID-19 cases on campus this semester, reporting 1,320 total cases since pre-testing began on Jan. 10. In the fall semester, BC recorded 502 undergraduate cases overall.

BC's undergraduate positivity rate increased .58 percent from the week prior, which saw a positivity rate of 4.92 percent. BC also re[ undergraduate positivity rate of 1.52 percent, with 22 cases out of 1,444 tests this past week.



The temporary mask mandate on campus—announced on Jan. 5 amid a nationwide surge of the Omicron variant—expired last Tues any changes to the University's current COVID-19 policy, BC is one of the only colleges in the Boston area to not have an indoor ma on campus.

Several nearby universities have announced changes as they transition to an "endemic" phase of the pandemic.

Northeastern University, for example, suspended its isolation housing for students who test positive for COVID-19.

Harvard University also announced on Jan. 12 that it would stop providing isolation housing and halt its contact tracing program.

Though BC's positivity rate slightly increased again this week, Massachusetts' seven-day positivity rate—six percent as of Thursday decreasing since Jan. 11, according to data from the Centers for Disease Control and Prevention.

*Featured Image by Nicole Vagra /*

COVID-19    Omicron

*February 7, 2022*

< ALC Announces the Return of Showdown,    Eagles Fall to Northeastern in Beanpot

## YOU MAY ALSO LIKE







**BC Ends Asymptomatic Surveillance Testing, Cites Community Vaccination Rates**

**University Reports Slight Drop in Undergraduate COVID-19 Cases**

**Newton to Remove Public Indoor Mask Mandate Effective Feb. 18**

## LEAVE A REPLY

You must be logged in to post a comment.

Copyright © 2018 The Heights. All rights reserved.



Est. 1919 - Independent Since 1970

NEWS
SPORTS
ARTS
MAGAZINE
METRO
OPINIONS
PHOTO

ABOUT
CONTACT
JOIN THE HEIGHTS
ADVERTISE
NEWSLETTER
DONATE
DIVERSITY AUDIT
TO GREATER HEIGHTS

# People also ask

## Is the COVID vaccine no longer approved?

Original Pfizer and Moderna COVID-19 vaccines no longer authorized in the U.S. On **April 18, 2023**, the FDA announced that the original Pfizer and Moderna COVID-19 vaccines are no longer authorized for use in the U.S. Instead, the bivalent (updated) version of the vaccines will be used for all vaccine doses.

https://www.goodrx.com

FDA COVID-19 Vaccine Approval - GoodRx




## Vaccines & Immunizations

referred to as 2024–2025 Novavax COVID-19 Vaccine.

The 2023–2024 Moderna, Novavax, and Pfizer-BioNTech COVID-19 vaccines are no longer recommended and should not be used.

There is no preferential recommendation for the use of any one COVID-19 vaccine over another when more than one recommended and age-appropriate vaccine is available.

Hosseini and Askari
*European Journal of Medical Research*    (2023) 28:102
https://doi.org/10.1186/s40001-023-00992-0

European Journal
of Medical Research

**REVIEW**                                                                    **Open Access**

# A review of neurological side effects of COVID-19 vaccination



Roya Hosseini[1] and Nayere Askari[1,2]*

## Abstract

Following the COVID-19 virus epidemic, extensive, coordinated international research has led to the rapid development of effective vaccines. Although vaccines are now considered the best way to achieve collective safety and control mortality, due to the critical situation, these vaccines have been issued the emergency use licenses and some of their potential subsequence side effects have been overlooked. At the same time, there are many reports of side effects after getting a COVID-19 vaccine. According to these reports, vaccination can have an adverse event, especially on nervous system. The most important and common complications are cerebrovascular disorders including cerebral venous sinus thrombosis, transient ischemic attack, intracerebral hemorrhage, ischemic stroke, and demyelinating disorders including transverse myelitis, first manifestation of MS, and neuromyelitis optica. These effects are often acute and transient, but they can be severe and even fatal in a few cases. Herein, we have provided a comprehensive review of documents reporting neurological side effects of COVID-19 vaccines in international databases from 2020 to 2022 and discussed neurological disorders possibly caused by vaccination.

**Keywords**  SARS Covid-2, COVID-19, Vaccine, Neurological side effects, Thrombosis, Myelitis

## Background

In December 2019, the SARS Covid-2 virus was introduced to the world. A virus that was much more contagious than SARS Covid-1 and spread to different parts of the world in a short time. Following that situation in 2020, the World Health Organization had to declare a global health emergency. This virus is known to cause widespread lung infection and hypoxia [1]. As of November 2022, 630.3 million people have been diagnosed with COVID-19 and 6.58 million deaths worldwide, according to WHO figures [2].

In early 2021, the first vaccines were introduced to stop the pandemic. Also, approximately 68.2% of the world's population has been fully vaccinated against this disease. There are four major strategies for producing COVID-19 vaccines, including nucleic acid-based vaccine (DNA–mRNA), viral vector (replication–non-replication), live inactivated (or attenuated) virus, and protein (spike protein or its subunits). In nucleic acid and adenovirus-based vaccines, fragments of the virus mRNA or genome enter human cells and induce the production of viral proteins [3]. These viral proteins are eventually identified as antigens and stimulate antibody production. In vaccines containing inactive or protein viruses, virus particles and proteins, as antigens, trigger the immune system [4]. As of November 2021, 11 candidate vaccines for COVID-19 have been approved by the World Health Organization for mass vaccination after leaving phase 3 of clinical studies. However, in order to prove the effectiveness of the vaccine in terms of safety and side effects, the implementation of phase 4 of clinical studies is necessary. Because the results of the phase 4 studies are the proper criteria for how the vaccine works in the real world [5].

*Correspondence:
Nayere Askari
askari.nr@uk.ac.ir
[1] Department of Biology, Faculty of Sciences, Shahid Bahonar University of Kerman, P.O.Box 76135-133, Kerman, Islamic Republic of Iran
[2] Immunoregulation Research Center, Shahed University, Tehran, Islamic Republic of Iran



© The Author(s) 2023. **Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated in a credit line to the data.

Hosseini and Askari *European Journal of Medical Research*    (2023) 28:102

Vaccines have always been known to be the most effective and safest drugs; however, different side effects have been identified for them, for example, the link between influenza, hepatitis, and HPV vaccines with demyelinating syndromes has been discovered, and the injection of influenza vaccine is a reason for the incidence of narcolepsy in young people [6].

Because COVID-19 vaccines are urgently approved, meaning they do not complete the standard clinical trials, the adverse effects of each vaccine should be closely monitored. It is necessary to pay attention to the fact that in mass vaccination, due to different races, disease history, age, lifestyle, and other effective factors, the incidence of adverse effects of vaccination is higher. According to data from the CDC, VAERS, and EMA databases, the short-term outcome of COVID-19 vaccination is promising, but in the medium and long term, especially with some vaccines, side effects have been reported that are worrisome. VST is the most severe disorder that should be diagnosed and controlled immediately. Therefore, physicians and personnel of medical centers related to these patients should recognize these complications and intervene as soon as possible.

### Search method
Research, Review, and Case Report articles related to adverse effects of COVID-19 vaccination from 2020 to February 2022 were searched and reviewed in Google Scholar, PubMed, and NCBI databases. Many Case Report articles were not considered due to the lack of a convincing link between the complication and vaccination. Keywords used for this search included COVID-19, SARS-CoV-2, vaccination, side effects, complications, vascular thrombosis, thrombocytopenia, myelitis, demyelination, and all kind of mRNA vaccines, Adenovirus vaccine, Pfizer, AstraZeneca, Johnson & Johnson, Moderna, Sinovac, Sinopharm, Sputnik, and Covaxin. For ease of understanding the various side effects of COVID-19 vaccination, the main categories are shown in Fig. 1.

### Neurological complications following COVID-19 vaccination
According to reports published in the VAERS database, COVID-19 vaccines have several local and systemic neurological complications that occur in different people, from mild to severe, depending on age, sex, history of the disease, and pre-existing immunity [7]. Complications usually appear within one day to 1 month after injection and are usually acute, transient, and self-limiting, but in severe cases lead to hospitalization and intensive care [8]. On the other hand, women have the highest incidence of neurological complications because they induce a stronger immune response against foreign antigens, which can lead to the targeting of self-antigens and lead to autoimmune disorders [9]. Adverse reactions after the second dose of the vaccine are reported more than in the first dose [5].

Mild neurological effects of the COVID-19 vaccine include weakness, numbness, headache, dizziness, imbalance, fatigue, muscle spasms, joint pain, and restless leg syndrome are more common, while tremors, tinnitus, and herpes zoster are less common. On the other hand, severe neurological complications included Bell's palsy, Guillain–Barre syndrome (GBS), stroke, seizures, anaphylaxis, and demyelinating syndromes such as transverse myelitis and acute encephalomyelitis [10]. Among these, the most dangerous neurological complication



**Fig. 1** Classification of neurological complications observed after COVID-19 vaccination

Hosseini and Askari *European Journal of Medical Research*    *(2023) 28:102*

caused by COVID-19 vaccines, especially adenovirus-based, is cerebral venous sinus thrombosis in women of childbearing age [8].

According to the WHO, in the case of side effects of inactivated virus-based vaccines, especially Sinopharm, the most common local and systemic adverse reactions are injection site reactions, fatigue, fever, headache, and allergic dermatitis, which are self-limiting, and the person does not need to be hospitalized [11, 12]. It is noteworthy that rare and scattered reports have been published on the side effects of Sinopharm and other inactivated virus-based vaccines (Table 1). Vaccine reactivity has been linked to a temporary increase in inflammatory cytokines that act on blood vessels, muscles, and other tissues. In other words, we will observe the flu-like syndrome for several consecutive days after vaccination [13]. According to a recent report on the Sputnik vaccine, side effects are included headache, joint pain, fever, and flu-like symptoms [14]. According to published information on the side effects of other adenovirus vaccines, it is essential to properly evaluate the efficacy of the Sputnik vaccine and publish relevant data to decide on its side effects. COVID-19 vaccination can sometimes have severe side effects on nervous system, including the brain, spinal cord, cranial nerves, and peripheral nerves, and has been shown to have adverse vascular, metabolic, inflammatory, and functional effects on the brain [1].

The two main mechanisms, ectopic immune reactions, and molecular mimicry, have been proposed for the pathogenicity of vaccines and how these complications occur.

## Headache

The first and most common systemic side effect of COVID-19 vaccines is headache, which is mild to severe and is felt in the frontal area of the head. Post-vaccination headaches can be caused by stress, vascular spasm, and intracerebral or subarachnoid hemorrhage. Vaccines

based on mRNA and adenovirus have been reported to be most likely to cause headaches [26].

## Vascular complications in the brain

Due to the activity of the immune system, after the injection of COVID-19 vaccines, especially adenovirus-based type, thrombocytopenia, cerebral venous sinus thrombosis, ischemic stroke and intracerebral hemorrhage, have also been reported [27]. The proposed mechanism for thrombocytopenia is the synthesis of IgG antibodies against platelet factor 4 (PF4), which activates platelets and blood clots in large venous arteries [28]. Adenovirus-based vaccines are at the forefront of causing this complication due to the transfer of the nucleic acids encoding the viral spike (S) protein. Due to the leakage of these genetic materials and their binding to factor 4 platelet, autoimmunity develops [29]. Venous sinus thrombosis is associated with excessive coagulation. Vaccine viral antigens activate platelets or indirectly cause blood to clot by activating complement pathways and increasing thrombin production. Venous sinus thrombosis and cerebral hemorrhage are more common in women between the ages of 30 and 50 than in men (Table 2) [8].

## Acute neurological disorders

These disorders include, transverse myelitis, acute diffuse encephalomyelitis (ADEM), Bell's palsy, GBS, encephalopathy and seizures. Each type of vaccine can play a different role in increasing the risk of manifestation of these disorders (Tables 2, 3). The COVID-19 vaccine-related convulsions can be attributed to the synthesis and release of spike proteins, which cause severe inflammation and hyperthermia. Hyperthermia, in turn, increases glial cell activity and increases blood–brain barrier permeability. Following these events, as expected, peripheral blood cells and albumin enter the brain and disrupt the osmotic balance [10]. In connection with brain disorders, the possible mechanism is the entry of inflammatory mediators secreted by peripheral blood cells into the brain and the destruction of myelin and axonal degeneration. The presence of SARS-CoV-2 spike domain S1 antibodies in CSF may explain neurological complications after vaccination, such as encephalopathy and seizures [61].

Transverse myelitis is an inflammation of a part of the spinal cord that usually occurs after infection and is associated with impaired sensory, motor, and autonomic function (bladder and intestines) in areas below the area of inflammation in the spinal cord. The mechanism of induction of this disorder is the development of autoimmunity by molecular mimicry. In fact, the viral antigens of the vaccine stimulate an immunological response in the spinal cord [62]. Transverse myelitis has been observed after injection of mRNA and adenovirus-based

**Table 1** Reported neurological complications for inactivated virus-based vaccines

| Vaccine name | Complications | References |
| --- | --- | --- |
| Inactivated virus | | |
| Sinovac | Headache | [11, 12] |
| | Transverse myelitis | [15–18] |
| | Bell's palsy | [19] |
| | Acute disseminated encephalomyelitis | [15, 20] |
| | neuromyelitis optica | [21] |
| Sinopharm | Multiple sclerosis relapse | [9, 22] |
| | Neuromyelitis optica | [21] |
| Covaxin | Bell's palsy | [19, 23–25] |

Hosseini and Askari *European Journal of Medical Research*    *(2023) 28:102*    Page 4 of 8

**Table 2** Reported neurological complications for adenovirus-based vaccines

| Vaccine name | Complications | References |
|---|---|---|
| Adenovirus-based vaccine | | |
| AstraZeneca | Headache | [8] |
| | Cerebral venous sinus thrombosis | [30–38] |
| | Transverse myelitis | [16–18, 39–44] |
| | GBS | [45–48] |
| | Bell's palsy | [19, 23–25] |
| | Acute disseminated encephalomyelitis | [49] |
| | Intracerebral hemorrhage | [10, 50] |
| | Ischemic stroke | [19] |
| | Encephalopathy | [51] |
| | Parsonage–Turner syndrome | [52] |
| | Herpes zoster | [53] |
| | Tinnitus and cochleopathy | [54] |
| | Seizures | [10] |
| | Unilateral and bilateral optic neuritis | [10] |
| Johnson & Johnson | Cerebral venous sinus thrombosis | [31, 34, 38] |
| | Transverse myelitis | [16–18, 39] |
| | GBS | [55–58] |
| | Transient ischemic attack | [59] |
| Sputnik | Headache | [14] |
| | Multiple sclerosis | [60] |

vaccines, and it is noteworthy that mRNA-based vaccines can cause exacerbation or early manifestation of MS and neuromyelitis optica. More generally, the majority of demyelinating syndromes are related to mRNA-based vaccines, followed by adenovirus-based vaccines. According to reports, these complications are more common in men and women between the ages of 20 and 60 [9].

COVID-19 vaccination also affects the cranial and peripheral nerves and causes side effects such as Bell's palsy (facial nerve palsy—7 cranial nerve), abducens nerve palsy (lateral rectus ocular muscle nerve palsy—6 cranial nerve), impaired vision, olfactory, hearing, Guillain–Barre syndrome (GBS), small fiber neuropathy, Parsonage–Turner syndrome, and also herpes zoster. In this case, too, the known mechanism is the induction of autoimmunity by molecular mimicry. Bell's palsy and small fiber neuropathy are more commonly observed in mRNA-based vaccines [63, 64]. GBS is also a peripheral nerves and nerve roots injury that presents with severe motor weakness and paralysis of the legs or four limbs and is more common in the elderly after vaccination with adenovirus-based vaccines [65]. There have been many reports of the Pfizer vaccine being associated with olfactory [66], visual [67], auditory [68, 69], and

sometimes abducens nerve palsy. Olfactory dysfunction ranges from a lack of sense of smell to an olfactory hallucination (phantosmia) that results from a bilateral disturbance or enhancement of the olfactory pathway and the olfactory bulb. Hearing disorders can vary from hearing loss to tinnitus and dizziness. Also, there is ample evidence that the Pfizer and AstraZeneca vaccines are associated with optic nerve inflammation and vision disorders and are more common in middle-aged people [70].

Herpes zoster is a disease that occurs as a result of the reactivation of the varicella-zoster virus (VZV) after receiving the COVID-19 vaccine. The process that causes the disorder is probably explained by the fact that the varicella-zoster virus CD8+ killer cells, after vaccination, are temporarily unable to control VZV due to the extensive change of simple CD8+ cells to the COVID-19 virus CD8+ killer cells. Therefore, vaccination is like a shock to the recurrence of VZV and subsequent herpes zoster [71]. mRNA-based vaccines can increase the risk of herpes zoster [72]. There was a recent report of Ramsey Hunt Syndrome (RHS after the Pfizer vaccination. RHS leads to facial nerve palsy, vestibulocochlear neuropathy, and glossopharyngeal nerve neuropathy, so it causes numbness of the face, tongue,

Hosseini and Askari *European Journal of Medical Research*   *(2023) 28:102*

**Table 3** Reported neurological complications for mRNA-based vaccines

| Vaccine name | Complications | References |
|---|---|---|
| mRNA-based vaccine | | |
| Pfizer | Headache | [73, 74] |
| | First manifestation of multiple sclerosis | [75–77] |
| | Transverse myelitis | [78, 79] |
| | GBS | [55, 56, 80–83] |
| | Bell's palsy | [19, 23–25, 84–86] |
| | Acute disseminated encephalomyelitis | [37] |
| | Neuromyelitis optica | [21, 76] |
| | Small fiber neuropathy | [64, 77] |
| | Encephalopathy | [10] |
| | Olfactory dysfunction and phantosmia | [66, 88] |
| | Tinnitus and cochleopathy | [89] |
| | abducens nerve palsy | [90] |
| | Parsonage–Turner syndrome | [1] |
| | Seizers | [10] |
| | Herpes zoster | [91, 92] |
| | Akathisia | [93] |
| | Delirium | [1] |
| | Intracerebral hemorrhage | [94] |
| | Ischemic stroke | [10, 95] |
| | Transient ischemic attack | [10] |
| Moderna | Transverse myelitis | [15, 17, 96] |
| | First manifestation of multiple sclerosis | [76, 94] |
| | Bell's palsy | [19, 97] |
| | Encephalopathy | [98] |
| | Small fiber neuropathy | [77] |
| | Herpes zoster | [91, 99] |
| | Epilepsy | [100, 101] |
| | Intracerebral hemorrhage | [102] |

and hearing loss. In addition, skin blisters have been observed in the ear area, leading us to hypothesize that reactivation of VZV could be a cause for RHS as well as Bell's palsy [71].

## Conclusion

According to the vaccine study literature, adverse effects have always been part of the mass vaccination strategy, but ultimately the desired effects of the vaccination are more significant. Side effects of COVID-19 vaccination have been reported more frequently in people with a history of immune-related diseases or who are more sensitive to age and physiological conditions. The most important and most common complications are cerebral venous sinus thrombosis (more about AstraZeneca), transverse myelitis (more about Pfizer, Moderna, AstraZeneca, and Johnson & Johnson), Bell's palsy (more about Pfizer, Moderna, AstraZeneca), GBS (more about Pfizer, AstraZeneca, and Johnson & Johnson), and the first manifestation of MS (more about Pfizer). Finally, discovering whether these disorders are accidental or whether the vaccine is the main cause of them requires future studies, ongoing efforts to gather evidence, and long-term monitoring.

**Acknowledgements**
Not applicable.

**Author contributions**
RH: carried out the searched publications, classified the documents, and wrote the manuscript draft. NA: supervised the study and reviewed the manuscript. All authors read and approved the final manuscript.

**Funding**
Not applicable.

**Availability of data and materials**
Not applicable.

Hosseini and Askari *European Journal of Medical Research*    *(2023) 28:102*

## Declarations

### Ethics approval and consent to participate
Not applicable.

### Consent for publication
Not applicable.

### Competing interests
Not applicable.

Received: 18 June 2022   Accepted: 4 January 2023
Published online: 25 February 2023

## References

1. Garg RK, Paliwal VK. Spectrum of neurological complications following COVID-19 vaccination. Neurol Sci. 2021. https://doi.org/10.1007/s10072-021-05662-9.
2. who.int. https://covid19.who.int/mapFilter=deaths. Accessed 13 Novr 2022
3. Nagy A, Alhatlani B. An overview of current COVID-19 vaccine platforms. Comput Struct Biotechnol J. 2021;19:2508–17.
4. Abraham G, Bhalala OG, de Bakker PI, Ripatti S, Inouye M. Towards a molecular systems model of coronary artery disease. Curr Cardiol Rep. 2014;16(6):1–10.
5. Al Khames Aga QA, Alkhaffaf WH, Hatem TH, Nassir KF, Batineh Y, Dahham AT, Shaban D, Al Khames Aga LA, Agha MY, Traqchi M. Safety of COVID-19 vaccines. J Med Virol. 2021;93(12):6588–94.
6. Karussis D, Petrou P. The spectrum of post-vaccination inflammatory CNS demyelinating syndromes. Autoimmun Rev. 2014;13(3):215–24.
7. Dutta S, Kaur R, Charan J, Bhardwaj P, Ambwani SR, Babu S, Goyal JP, Haque M. Analysis of neurological adverse events reported in VigiBase from COVID-19 vaccines. Cureus. 2022. https://doi.org/10.7759/cureus.21376.
8. Finsterer J. Neurological side effects of SARS-CoV-2 vaccinations. Acta Neurol Scand. 2022;145(1):5–9.
9. Ismail II, Salama S. A systematic review of cases of CNS demyelination following COVID-19 vaccination. J Neuroimmunol. 2022;362: 577765.
10. Assiri SA, Althaqafi RM, Alswat K, Alghamdi AA, Alomairi NE, Nemenqani DM, Ibrahim ZS, Elkady A. Post COVID-19 vaccination-associated neurological complications. Neuropsychiatr Dis Treat. 2022;18:137.
11. Ghiasi N, Valizadeh R, Arabsorkhi M, Hoseyni TS, Esfandiari K, Sadighpour T, Jahantigh HR. Efficacy and side effects of Sputnik V, Sinopharm and AstraZeneca vaccines to stop COVID-19; a review and discussion. Immunopathologia Persa. 2021;7(2):31.
12. Saeed BQ, Al-Shahrabi R, Alhaj SS, Alkokhardi ZM, Adrees AO. Side effects and perceptions following Sinopharm COVID-19 vaccination. Int J Infect Dis. 2021;111:219–26.
13. Zhang Y, Zeng G, Pan H, Li C, Hu Y, Chu K, Han W, Chen Z, Tang R, Yin W. Safety, tolerability, and immunogenicity of an inactivated SARS-CoV-2 vaccine in healthy adults aged 18–59 years: a randomised, double-blind, placebo-controlled, phase 1/2 clinical trial. Lancet Infect Dis. 2021;21(2):181–92.
14. Kadyrova I, Yegorov S, Negmetzhanov B, Kolesnikova Y, Kolesnichenko S, Korshukov I, Baiken Y, Matkarimov B, Miller MS, Hortelano GH. Sputnik-V reactogenicity and immunogenicity in the blood and mucosa: a prospective cohort study. medRxiv. 2022. https://doi.org/10.1038/s41598-022-17514-3.
15. Cao L, Ren L. Acute disseminated encephalomyelitis after severe acute respiratory syndrome coronavirus 2 vaccination: a case report. Acta Neurol Belg. 2021;122(3):793–5.
16. Erdem NŞ, Demirci S, Özel T, Mamadova K, Karaali K, Çelik HT, Uslu FI, Özkaynak SS. Acute transverse myelitis after inactivated COVID-19 vaccine. Ideggyogyaszati Szemle. 2021;74(7–08):273–6.
17. Khan E, Shrestha AK, Colantonio MA, Liberio RN, Sriwastava S. Acute transverse myelitis following SARS-CoV-2 vaccination: a case report and review of literature. J Neurol. 2021;269(3):1121–32.
18. Malhotra HS, Gupta P, Prabhu V, Garg RK, Dandu H, Agarwal V. COVID-19 vaccination-associated myelitis. QJM: An Int J Med. 2021. https://doi.org/10.1093/qjmed/hcab069.
19. Corrêa DG, Cañete LAQ, Dos Santos GAC, de Oliveira RV, Brandão CO, da Cruz Jr LCH. Neurological symptoms and neuroimaging alterations related with COVID-19 vaccine: Cause or coincidence? Clin Imaging. 2021;80:348–52.
20. Ozgen Kenangil G, Ari BC, Guler C, Demir MK. Acute disseminated encephalomyelitis-like presentation after an inactivated coronavirus vaccine. Acta Neurol Belg. 2021;121(4):1089–91.
21. Chen S, Fan X-R, He S, Zhang J-W, Li S-J. Watch out for neuromyelitis optica spectrum disorder after inactivated virus vaccination for COVID-19. Neurol Sci. 2021;42(9):3537–9.
22. Seyed Ahadi M, Ghadiri F, Naser Moghadasi A. Acute attack in a patient with multiple sclerosis 2 days after COVID vaccination: a case report. Acta Neurol Belg. 2021. https://doi.org/10.1007/s13760-021-01775-2.
23. Burrows A, Bartholomew T, Rudd J, Walker D. Sequential contralateral facial nerve palsies following COVID-19 vaccination first and second doses. BMJ Case Reports CP. 2021;14(7): e243829.
24. Ercoli T, Lutzoni L, Orofino G, Muroni A, Defazio G. Functional neurological disorder after COVID-19 vaccination. Neurol Sci. 2021;42(10):3989–90.
25. Ish S, Ish P. Facial nerve palsy after COVID-19 vaccination–A rare association or a coincidence. Indian J Ophthalmol. 2021;69(9):2550.
26. Ekizoglu E, Gezegen H, Yalınay Dikmen P, Orhan EK, Ertaş M, Baykan B (2021) The characteristics of COVID-19 vaccine-related headache: Clues gathered from the healthcare personnel in the pandemic. Cephalalgia. 42(4–5):366–75.
27. Schulz JB, Berlit P, Diener HC, Gerloff C, Greinacher A, Klein C, Petzold GC, Piccininni M, Poli S, Röhrig R. COVID-19 vaccine-associated cerebral venous thrombosis in Germany. Ann Neurol. 2021;90(4):627–39.
28. Iba T, Levy JH, Warkentin TE. Recognizing vaccine-induced immune thrombotic thrombocytopenia. Crit Care Med. 2022;50(1): e80.
29. McGonagle D, De Marco G, Bridgewood C. Mechanisms of immuno-thrombosis in vaccine-induced thrombotic thrombocytopenia (VITT) compared to natural SARS-CoV-2 infection. J Autoimmun. 2021;121: 102662.
30. Bourguignon A, Arnold DM, Warkentin TE, Smith JW, Pannu T, Shrum JM, Al Maqrashi ZA, Shroff A, Lessard M-C, Blais N. Adjunct immune globulin for vaccine-induced immune thrombotic thrombocytopenia. New Engl J Med. 2021;385(8):720–8.
31. Clark RT, Johnson L, Billotti J, Foulds G, Ketels T, Heard K, Hynes EC. Early outcomes of bivalirudin therapy for thrombotic thrombocytopenia and cerebral venous sinus thrombosis after Ad26. COV2.S vaccination. Ann Emergency Med. 2021;78(4):511–4.
32. D'agostino V, Caranci F, Negro A, Piscitelli V, Tuccillo B, Fasano F, Sirabella G, Marano I, Granata V, Grassi R. A rare case of cerebral venous thrombosis and disseminated intravascular coagulation temporally associated to the COVID-19 vaccine administration. J Personal Med. 2021;11(4):285.
33. Franchini M, Testa S, Pezzo M, Glingani C, Caruso B, Terenziani I, Pognani C, Bellometti SA, Castelli G. Cerebral venous thrombosis and thrombocytopenia post-COVID-19 vaccination. Thromb Res. 2021;202:182–3.
34. García-Azorín D, Do TP, Gantenbein AR, Hansen JM, Souza MNP, Obermann M, Pohl H, Schankin CJ, Schytz HW, Sinclair A. Delayed headache after COVID-19 vaccination: a red flag for vaccine induced cerebral venous thrombosis. J Headache Pain. 2021;22(1):1–5.
35. George G, Friedman KD, Curtis BR, Lind SE. Successful treatment of thrombotic thrombocytopenia with cerebral sinus venous thrombosis following Ad26. COV2. S vaccination. Am J Hematol. 2021;96(8):E301–3.
36. Ramdeny S, Lang A, Al-Izzi S, Hung A, Anwar I, Kumar P. Management of a patient with a rare congenital limb malformation syndrome after SARS-CoV-2 vaccine-induced thrombosis and thrombocytopenia (VITT). Br J Haematol. 2021. https://doi.org/10.1111/bjh.17619.
37. Scully M, Singh D, Lown R, Poles A, Solomon T, Levi M, Goldblatt D, Kotoucek P, Thomas W, Lester W. Pathologic antibodies to platelet factor 4 after ChAdOx1 nCoV-19 vaccination. New Engl J Med. 2021;384(23):2202–11.
38. Sharifian-Dorche M, Bahmanyar M, Sharifian-Dorche A, Mohammadi P, Nomovi M, Mowla A. Vaccine-induced immune thrombotic

thrombocytopenia and cerebral venous sinus thrombosis post COVID-19 vaccination; a systematic review. J Neurol Sci. 2021;428: 117607.

39. Gao J-J, Tseng H-P, Lin C-L, Shiu J-S, Lee M-H, Liu C-H. Acute transverse myelitis following COVID-19 vaccination. Vaccines. 2021;9(9):1008.

40. Notghi AA, Atley J, Silva M. Lessons of the month 1: Longitudinal extensive transverse myelitis following AstraZeneca COVID-19 vaccination. Clin Med (Northfield Il). 2021;21(5): e535.

41. Pagenkopf C, Südmeyer M. A case of longitudinally extensive transverse myelitis following vaccination against Covid-19. J Neuroimmunol. 2021;358: 577606.

42. Tahir N, Koorapati G, Prasad S, Jeelani HM, Sherchan R, Shrestha J, Shayuk M. SARS-CoV-2 vaccination-induced transverse myelitis. Cureus. 2021. https://doi.org/10.7759/cureus.16624.

43. Vegezzi E, Ravaglia S, Buongarzone G, Bini P, Diamanti L, Gastaldi M, Prunetti P, Rognone E, Marchioni E. Acute myelitis and ChAdOx1 nCoV-19 vaccine: casual or causal association? J Neuroimmunol. 2021;359: 577686.

44. Voysey M, Clemens SAC, Madhi SA, Weckx LY, Folegatti PM, Aley PK, Angus B, Baillie VL, Barnabas SL, Bhorat QE. Safety and efficacy of the ChAdOx1 nCoV-19 vaccine (AZD1222) against SARS-CoV-2: an interim analysis of four randomised controlled trials in Brazil, South Africa, and the UK. The Lancet. 2021;397(10269):99–111.

45. Allen CM, Ramsamy S, Tarr AW, Tighe PJ, Irving WL, Tanasescu R, Evans JR. Guillain-Barré syndrome variant occurring after SARS-CoV-2 vaccination. Ann Neurol. 2021;90(2):315–8.

46. Bonifacio GB, Patel D, Cook S, Purcaru E, Couzins M, Domjan J, Ryan S, Alareed A, Tuohy O, Slaght S. Bilateral facial weakness with paraesthesia variant of Guillain-Barré syndrome following Vaxzevria COVID-19 vaccine. J Neurol Neurosurg Psychiatry. 2021. https://doi.org/10.1136/jnnp-2021-327027.

47. Hasan T, Khan M, Khan F, Hamza G. Case of Guillain-Barré syndrome following COVID-19 vaccine. BMJ Case Reports CP. 2021;14(6): e243629.

48. Kohli S, Varshney M, Mangla S, Jaiswal B, Chhabra PH. Guillain-Barré syndrome after COVID-19 vaccine: should we assume a causal Link? Int J Med Pharm Case Rep: 20-24. 2021. https://doi.org/10.9734/ijmpcr/2021/v14i130124.

49. Permezel F, Borojevic B, Lau S, de Boer HH. Acute disseminated encephalomyelitis (ADEM) following recent Oxford/AstraZeneca COVID-19 vaccination. Forensic Sci Med Pathol. 2021. https://doi.org/10.1007/s12024-021-00440-7.

50. Bjørnstad-Tuveng TH, Rudjord A, Anker P. Fatal cerebral haemorrhage after COVID-19 vaccine. Tidsskrift for Den norske legeforening. 2021. https://doi.org/10.4045/tidsskr.21.0312.

51. Baldelli L, Amore G, Montini A, Panzera I, Rossi S, Cortelli P, Guarino M, Rinaldi R, D'Angelo R. Hyperacute reversible encephalopathy related to cytokine storm following COVID-19 vaccine. J Neuroimmunol. 2021;358: 577661.

52. Antonio Crespo Burillo J, Martinez CL, Arguedas CG, Pueyo FJM. Amyotrophic neuralgia secondary to Vaxzevria (AstraZeneca) COVID-19 vaccine. Neurologia (Barc, Ed impr). 2021. https://doi.org/10.1016/j.nrleng.2021.05.002.

53. Alpalhão M, Filipe P. Herpes Zoster following SARS-CoV-2 vaccination–a series of four cases. J Eur Acad Dermatol Venereol. 2021. https://doi.org/10.1111/jdv.17555.

54. Tseng P-T, Chen T-Y, Sun Y-S, Chen Y-W, Chen J-J. The reversible tinnitus and cochleopathy followed first-dose AstraZeneca COVID-19 vaccination. QJM An Int J Med. 2021. https://doi.org/10.1093/qjmed/hcab210.

55. Finsterer J, Scorza FA, Scorza CA. Post SARS-CoV-2 vaccination Guillain-Barre syndrome in 19 patients. Clinics. 2021. https://doi.org/10.6061/clinics/2021/e3286.

56. Introna A, Caputo F, Santoro C, Guerra T, Ucci M, Mezzapesa DM, Trojano M. Guillain-Barré syndrome after AstraZeneca COVID-19-vaccination: a causal or casual association? Clin Neurol Neurosurg. 2021;208: 106887.

57. Jain E, Pandav K, Regmi P, Michel G, Altshuler I. Facial diplegia: a rare, atypical variant of Guillain-Barré syndrome and Ad26. COV2. S Vaccine. Cureus. 2021. https://doi.org/10.7759/cureus.16612.

58. Loza AMM, Holroyd KB, Johnson SA, Pilgrim DM, Amato AA. Guillain-Barré syndrome in the placebo and active arms of a COVID-19 vaccine clinical trial: temporal associations do not imply causality. Neurology. 2021;96(22):1052–4.

59. Malik B, Kalantary A, Rikabi K, Kunadi A. Pulmonary embolism, transient ischaemic attack and thrombocytopenia after the Johnson & Johnson COVID-19 vaccine. BMJ Case Reports CP. 2021;14(7): e243975.

60. Etemadifar M, Sigari AA, Sedaghat N, Salari M, Nouri H. Acute relapse and poor immunization following COVID-19 vaccination in a rituximab-treated multiple sclerosis patient. Hum Vaccin Immunother. 2021;17(10):3481–3.

61. Fan H-T, Lin Y-Y, Chiang W-F, Lin C-Y, Chen M-H, Wu K-A, Chan J-S, Kao Y-H, Shyu H-Y, Hsiao P-J. COVID-19 vaccine-induced encephalitis and status epilepticus. QJM: An Int J Med. 2022. https://doi.org/10.1093/qjmed/hcab335.

62. Román GC, Gracia F, Torres A, Palacios A, Gracia K, Harris D. Acute transverse myelitis (ATM): clinical review of 43 patients with COVID-19-associated ATM and 3 post-vaccination ATM serious adverse events with the ChAdOx1 nCoV-19 vaccine (AZD1222). Front Immunol. 2021;12:879.

63. Ozonoff A, Nanishi E, Levy O. Bell's palsy and SARS-CoV-2 vaccines. Lancet Infect Dis. 2021;21(4):450–2.

64. Waheed W, Carey ME, Tandan SR, Tandan R. Post COVID-19 vaccine small fiber neuropathy. Muscle Nerve. 2021;64(1):E1.

65. Dyer O. Covid-19: Regulators warn that rare Guillain-Barré cases may link to J&J and AstraZeneca vaccines. Br Med J Publ Gr. 2021. https://doi.org/10.1136/bmj.n1786.

66. Keir G, Maria NI, Kirsch CF. Unique imaging findings of neurologic phantosmia following Pfizer-BioNtech COVID-19 vaccination: a case report. Top Magn Reson Imaging. 2021;30(3):133–7.

67. Santovito LS, Pinna G. Acute reduction of visual acuity and visual field after Pfizer-BioNTech COVID-19 vaccine 2nd dose: a case report. Inflammation Res. 2021;70(9):931–3.

68. Parrino D, Frosolini A, Gallo C, De Siati RD, Spinato G, de Filippis C. Tinnitus following COVID-19 vaccination: report of three cases. Int J Audiol. 2021. https://doi.org/10.1080/14992027.2021.1931969.

69. Wichova H, Miller ME, Derebery MJ. Otologic manifestations after COVID-19 vaccination: the house ear clinic experience. Otol Neurotol. 2021;42(9): e1213.

70. Žorić L, Rajović-Mrkić I, Čolak E, Mirić D, Kisić B. Optic neuritis in a patient with seropositive myelin oligodendrocyte glycoprotein antibody during the post-COVID-19 period. Int Med Case Rep J. 2021;14:349.

71. Woo CJ, Chou OHI, Cheung BMY. Ramsay Hunt syndrome following COVID-19 vaccination. Postgrad Med J. 2022. https://doi.org/10.1136/postgradmedj-2021-141022.

72. McMahon DE, Amerson E, Rosenbach M, Lipoff JB, Moustafa D, Tyagi A, Desai SR, French LE, Lim HW, Thiers BH. Cutaneous reactions reported after Moderna and Pfizer COVID-19 vaccination: a registry-based study of 414 cases. J Am Acad Dermatol. 2021;85(1):46–55.

73. Göbel CH, Heinze A, Karstedt S, Morscheck M, Tashiro L, Cirkel A, Hamid Q, Halwani R, Temsah M-H, Ziemann M. Clinical characteristics of headache after vaccination against COVID-19 (coronavirus SARS-CoV-2) with the BNT162b2 mRNA vaccine: a multicentre observational cohort study. Brain Commun. 2021;3(3):169.

74. Ramasamy MN, Minassian AM, Ewer KJ, Flaxman AL, Folegatti PM, Owens DR, Voysey M, Aley PK, Angus B, Babbage G. Safety and immunogenicity of ChAdOx1 nCoV-19 vaccine administered in a prime-boost regimen in young and old adults (COV002): a single-blind, randomised, controlled, phase 2/3 trial. The Lancet. 2020;396(10267):1979–93.

75. Havla J, Schultz Y, Zimmermann H, Hohlfeld R, Danek A, Kümpfel T. First manifestation of multiple sclerosis after immunization with the Pfizer-BioNTech COVID-19 vaccine. J Neurol. 2022;269(1):55–8.

76. Khayat-Khoei M, Bhattacharyya S, Katz J, Harrison D, Tauhid S, Bruso P, Houtchens MK, Edwards KR, Bakshi R. COVID-19 mRNA vaccination leading to CNS inflammation: a case series. J Neurol. 2021. https://doi.org/10.1007/s00415-021-10780-7.

77. Watad A, De Marco G, Mahajna H, Druyan A, Eltity M, Hijazi N, Haddad A, Elias M, Zisman D, Naffaa ME. Immune-mediated disease flares or new-onset disease in 27 subjects following mRNA/DNA SARS-CoV-2 vaccination. Vaccines. 2021;9(5):435.

78. Alshararni A. Acute transverse myelitis associated with COVID-19 vaccine: a case report. Int J Res Pharma Sci. 2021;12:2083–7.

79. McLean P, Trefts L. Transverse myelitis 48 hours after the administration of an mRNA COVID 19 vaccine. Neuroimmunology Reports. 2021;1: 100019.

80. Finsterer J. Exacerbating Guillain-Barré Syndrome Eight Days after vector-based COVID-19 vaccination. Case Rep Infect Dis. 2021. https://doi.org/10.1155/2021/3619131.

81. Ogbebor O, Seth H, Min Z, Bhanot N. Guillain-Barré syndrome following the first dose of SARS-CoV-2 vaccine: a temporal occurrence, not a causal association. IDCases. 2021;24: e01143.

82. Razok A, Shams A, Almeer A, Zahid M. Post-COVID-19 vaccine Guillain-Barré syndrome; first reported case from Qatar. Ann Med Surg. 2021;67: 102540.

83. Waheed S, Bayas A, Hindi F, Rizvi Z, Espinosa PS. Neurological complications of COVID-19: Guillain-Barre syndrome following Pfizer COVID-19 vaccine. Cureus. 2021. https://doi.org/10.7759/cureus.13426.

84. de Terreros Caro GG, Díaz SG, Alé MP, Gimeno MM. Bell's palsy following COVID-19 vaccination: a case report. Neurologia (Barcelona, Spain). 2021. https://doi.org/10.1016/j.nrleng.2021.04.002.

85. Obermann M, Krasniqi M, Ewers N, Fayad J, Haeberle U. Bell's palsy following COVID-19 vaccination with high CSF antibody response. Neurol Sci. 2021;42(11):4397–9.

86. Repajic M, Lai XL, Xu P, Liu A. Bell's Palsy after second dose of Pfizer COVID-19 vaccination in a patient with history of recurrent Bell's palsy. Brain Behav Immun Health. 2021;13: 100217.

87. Vogrig A, Janes F, Gigli GL, Curcio F, Del Negro I, D'Agostini S, Fabris M, Valente M. Acute disseminated encephalomyelitis after SARS-CoV-2 vaccination. Clin Neurol Neurosurg. 2021;208: 106839.

88. Konstantinidis I, Tsakiropoulou E, Hähner A, de With K, Poulas K, Hummel T. Olfactory dysfunction after coronavirus disease 2019 (COVID-19) vaccination. Int Forum Allergy Rhinol. 2021. https://doi.org/10.1002/alr.22809.

89. Ahmed SH, Waseem S, Shaikh TG, Qadir NA, Siddiqui SA, Ullah I, Waris A, Yousaf Z. SARS-CoV-2 vaccine-associated-tinnitus: a review. Ann Med Surg. 2022;75:103293.

90. Reyes-Capo DP, Stevens SM, Cavuoto KM. Acute abducens nerve palsy following COVID-19 vaccination. J Am Assoc Pediatr Ophthalmol Strabismus. 2021;25(5):302–3.

91. Chiu H-H, Wei K-C, Chen A, Wang W-H. Herpes zoster following COVID-19 vaccine: a report of three cases. QJM: An Int J Med. 2021;114(7):531–2.

92. Rodríguez-Jiménez P, Chicharro P, Cabrera L-M, Seguí M, Morales-Caballero Á, Llamas-Velasco M, Sánchez-Pérez J. Varicella-zoster virus reactivation after SARS-CoV-2 BNT162b2 mRNA vaccination: report of 5 cases. JAAD Case Rep. 2021;12:58–9.

93. Salinas MR, Dieppa M. Transient akathisia after the SARS-Cov-2 vaccine. Clin Park Relat Disord. 2021;4: 100098.

94. Finsterer J, Redzic Z. Symptomatic peduncular, cavernous bleeding following SARS-CoV-2 vaccination induced immune thrombocytopenia. Brain Hemorrhages. 2021;2(4):169–71.

95. Blauenfeldt RA, Kristensen SR, Ernstsen SL, Kristensen CCH, Simonsen CZ, Hvas AM. Thrombocytopenia with acute ischemic stroke and bleeding in a patient newly vaccinated with an adenoviral vector-based COVID-19 vaccine. J Thromb Haemost. 2021;19(7):1771–5.

96. Fitzsimmons W, Nance CS. Sudden onset of myelitis after COVID-19 vaccination: an under-recognized severe rare adverse event. SSRN. 2021. https://doi.org/10.2139/ssrn.3841558.

97. Martin-Villares C, Vazquez-Feito A, Gonzalez-Gimeno M, de la Nogal-Fernandez B. Bell's palsy following a single dose of mRNA SARS-CoV-2 vaccine: a case report. J Neurol. 2022;269(1):47–8.

98. Al-Mashdali AF, Ata YM, Sadik N. Post-COVID-19 vaccine acute hyperactive encephalopathy with dramatic response to methylprednisolone: a case report. Ann Med Surg. 2021;69: 102803.

99. Channa L, Torre K, Rothe M. Herpes zoster reactivation after mRNA-1273 (Moderna) SARS-CoV-2 vaccination. JAAD Case Rep. 2021;15:60–1.

100. Liu BD, Ugolini C, Jha P. Two cases of post-Moderna COVID-19 vaccine encephalopathy associated with nonconvulsive status epilepticus. Cureus. 2021. https://doi.org/10.7759/cureus.16172.

101. Šín R, Štruncová D. Status epilepticus as a complication after COVID-19 mRNA-1273 vaccine: a case report. World J Clin Cases. 2021;9(24):7218.

102. Athyros VG, Doumas M. A possible case of hypertensive crisis with intracranial haemorrhage after an mRNA anti-COVID-19 vaccine. Angiology. 2022;73(1):87–87.

## Publisher's Note

Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

**Ready to submit your research?  Choose BMC and benefit from:**

- fast, convenient online submission
- thorough peer review by experienced researchers in your field
- rapid publication on acceptance
- support for research data, including large and complex data types
- gold Open Access which fosters wider collaboration and increased citations
- maximum visibility for your research: over 100M website views per year

**At BMC, research is always in progress.**

**Learn more** biomedcentral.com/submissions

 BMC

PT

Features

# Pfizer forecasts $26bn of Covid-19 vaccine revenue after first-quarter success

According to the first-quarter results published by Pfizer this week, its coronavirus jab has reaped revenues of $3.5bn for the biopharma giant in the first three months of 2021.

Darcy Jimenez    May 5, 2021

Share



Credit: pio3 / Shutterstock.com

## The Revenue Impact of Pfizer's Covid-19 Vaccine

A s the company behind one of the world's leading Covid-19 vaccines, it will come as no surprise that Pfizer has seen impressive financial growth in this

PT

Pfizer this week, its coronavirus jab BNT162b2, made in partnership with BioNTech, has reaped revenues of $3.5bn for the biopharma giant in the first three months of 2021.

The company's Covid-19 vaccine was the first to be approved by regulators and is now available in over 50 countries. It is the most popular coronavirus jab being administered in the US, where it accounts for over 131 million of all Covid-19 vaccine doses given so far.

The financial results also revealed that Pfizer has vastly exceeded its Covid-19 vaccine sales forecast of $15bn, and now expects the jab to bring in $26bn of revenue in 2021 – an increase of 73% on previously anticipated figures – with 1.6 billion doses set to be delivered under current contracts. It's possible that even this adjusted forecast will prove to be an underestimate, with Pfizer expected to secure further lucrative supply contracts throughout the year.

Pfizer chairman and CEO Dr Albert Bourla said he was "extremely proud" of the way the company has begun 2021.

He commented: "Even excluding the growth provided from BNT162b2, our revenues grew 8% operationally, which aligns with our stated goal of delivering at least a 6% compound annual growth rate through 2025."

When comparing the success of leading Covid-19 vaccine makers, it's important to note that while Pfizer and BioNTech are providing their jabs at profit, not all

PT

supplying vaccines on a not-for-profit basis, charges between $4.30 and $10 for both shots.

Pfizer's total first-quarter revenues of $14.6bn were up 45% on the same period last year, and the company has emphasised that, even excluding profits made from its Covid-19 vaccine, it has seen 8% growth across the group. Oncology was the company's second biggest area after vaccines, bringing in profits of over $2.8bn in the first quarter. Its prostate cancer drug Xtandi, for example, saw operational growth of 28% in the period.

As well as its Covid-19 jab, other successful products, including the anticoagulant Eliquis and heart drugs Vyndamax and Vyndaqel, contributed to the company's impressive growth at the start of the year. Following these positive first-quarter results, Pfizer expects to see total revenues of between $71bn and $73bn in 2021.

Share

The leading site for news and procurement in the pharmaceutical industry

Powered by ⎯

© Verdict Media Limited 2024



In March 2020, Boston College cancelled on-campus classes, closed its residence halls, and suspended campus events and activities as the COVID-19 pandemic took hold across the United States. In the coming months, the University would enact a series of health and safety protocols and guidelines aimed at minimizing the virus' impact on the BC community, and enabling a cautious return to in-person classes and campus life.

Now, two years later, BC has reached a major turning point in its battle against COVID-19, according to the University's chief health administrator.

Dr. Douglas Comeau, director of University Health Services and Primary Care Sports Medicine, said that while continuing to remain vigilant, BC is changing its COVID-19 University-wide testing program, protocols, and guidelines, as the BC and wider communities learn to live with the virus and move from a pandemic to an endemic.

"Basically, the long-term treatment approach for COVID-19 will be more like current

influenza, or strep, or mononucleosis," said Comeau in an interview earlier this month. "COVID-19 may never go away completely, but we can treat it with a symptom-based approach and on more of a person-by-person basis, being particularly mindful of those who are most vulnerable to the virus."



Dr. Douglas Comeau

In a letter last month to the University community, Comeau and Vice President for Human Resources David Trainor outlined the latest COVID-19 related developments: transitioning from required asymptomatic PCR surveillance testing, except for BC students, faculty, and staff with University-approved medical and religious vaccination exemptions; continued testing of students with COVID-19 symptoms at UHS and isolation of those who test positive; and the offering of a walk-in PCR test once a week for asymptomatic students, faculty, and staff at the Connell Recreation Center at least through March 31.

Comeau and Trainor also reported that 99.5 percent of BC students, faculty, and staff are fully vaccinated against COVID-19 and 100 percent of those eligible and authorized to be on campus have obtained booster shots. No member of the campus community has been seriously ill or hospitalized because of COVID-19 this academic year, they added, and no known virus transmission has occurred in any classrooms or laboratories. They also reiterated that BC continues to be mindful of the mental health of the campus community and sensitive to minimizing COVID-19-related anxieties.

"With their consistent cooperation, BC students, faculty, and staff have enabled us to achieve one of the lowest infection rates among Boston-area higher education institutions, while having as normal an academic year as possible."

With the Baker administration urging colleges and universities to return to "near normal conditions" and focus on long-term endemic management strategies while strengthening mental health supports for students and personnel, BC administrators—in consultation with Boston and Newton public health officials—felt that the circumstances justified a change in the University response to COVID-19, said Comeau.

"The degree of cooperation from the BC community has definitely helped to mitigate the potential effect COVID-19 could have had here," he said. "While it doesn't completely prevent the transmission of the virus, COVID-19 vaccination compliance makes transmission more difficult, helps minimize chances for community members to contract the virus, and reduces the likelihood of getting seriously ill or hospitalized.

"With their consistent cooperation, BC students, faculty, and staff have enabled us to achieve one of the lowest infection rates among Boston-area higher education institutions, while having as normal an academic year as possible."

BC has endured some minor spikes in the number of COVID-19 infections during the past two years, mirroring positivity trends in the community around BC and at other universities and colleges at the time. But Comeau notes that these have been short lived and countered by the University's nimble approach to its coronavirus protocols, such as an expeditious and thorough contact tracing program that enabled the University to quickly isolate students who tested positive and quarantine their close contacts.

Remaining nimble, studying trends, and learning more about the nature of COVID-19 also helped the University guard against major outbreaks: When the Omicron variant was peaking late last year, for example, the University—mindful that students would be traveling back to BC from various locations across the United States and the world for the spring semester —announced a temporary masking period from January 14-31, a requirement for students to obtain a PCR test 72 hours prior to returning to campus, and updated isolation and quarantine protocols.

"The focus, especially for this academic year, has been to be as close to 'normal' as possible," said Comeau. "All along, BC has carefully weighed options for achieving that end in the context of what we've observed and learned about COVID-19. Not having to require masks, for example, led to a better classroom experience for students and faculty. So, while acknowledging that COVID-19 will remain a part of our lives, we will continue to move toward a pre-pandemic setting."

Meanwhile, added Comeau, UHS has integrated many pandemic-driven practices into its operation, including a more expedient and responsive phone triage system and an efficacious use of telehealth resources.

But it's not just UHS that has learned from the pandemic, he said: Many students are purchasing their own at-home COVID-19 antigen tests and showing increased self-reliance in monitoring their health and that of their friends, acquaintances, and roommates.

"In general, most Americans seem to be at least more mindful about protecting their health, and being aware of those around them. Will that lesson stick? One would hope so."

> "Obviously, we should not become lax or overconfident, but the BC community as a whole should feel good about how we've handled this challenge together...[and] pay tribute to and be thankful for the spirit of caring and cooperation that is so prevalent."

Of late, Comeau has reflected on when he was named UHS director in the summer of 2020, still trying to comprehend the nature of the pandemic while determining how to combat it—as were the colleagues he worked with in shaping BC's short- and long-term COVID-19 strategies.

"Having been at Boston Medical Center before assuming my current role, my colleagues and I treated hospitalized patients with no known underlying medical problems who subsequently died from this coronavirus. It was a lot to take in," he said. "When I transitioned full-time to Boston College, I did not know many individuals outside of UHS and the Athletics Department, but that changed very quickly. What I found were so many individuals from a wide range of departments and divisions that were willing to step up, and gladly spent time and energy to help the BC community. If we hadn't had this team, we wouldn't have gotten the job done.

"Obviously, we should not become lax or overconfident, but the BC community as a whole should feel good about how we've handled this challenge together. We've been a very motivated University, one that's progressed from the disappointment of sending students home in the spring of 2020; to operating with necessary restrictions—but as close to normal as possible—during the heart of the pandemic during 2020-2021, particularly with our decision to remain in-person on campus; and then to near-normal operating conditions right from the

start of the 2021-2022 academic year to this day.

"That is something to look back on and to appreciate.  It's also something that calls us to pay tribute to and be thankful for the spirit of caring and cooperation that is so prevalent in our BC community."

*Sean Smith | University Communications | March 2022*



Copyright © 2024 Trustees of Boston College

 Centers for Disease
Control and Prevention



# COVID-19

COVID-19 Home



# Selected Adverse Events Reported after COVID-19 Vaccination

Updated Sept. 12, 2023

COVID-19 vaccine recommendations have been updated as of October 3, 2023 to add 2023-2024 updated Novavax COVID-19 vaccine. The content on this page will be updated to align with the new recommendations. Learn more.

At the April 19, 2023 meeting of the Advisory Committee on Immunization Practices, CDC presented data ▨ related to further analyses of a preliminary safety signal for persons ages 65 years and older who received the updated (bivalent) Pfizer-BioNTech COVID-19 vaccine in one safety monitoring system, the Vaccine Safety Datalink (VSD). Other safety monitoring systems have not observed similar findings. As time has passed and more safety data have accumulated, the initial finding has decreased, and scientists believe factors other than vaccination might have contributed to the initial finding. The current evidence does not support the existence of a safety issue. FDA and CDC will continue to evaluate data as they are available and update the public as needed.

## Safety of COVID-19 Vaccines

Some people have no side effects. Many people have reported side effects—such as headache, fatigue, and soreness at the injection site—that are generally mild to moderate and go away within a few days.

# What You Need to Know

- The benefits of COVID-19 vaccination continue to outweigh any potential risks.
- Severe reactions after COVID-19 vaccination are rare.
- CDC recommends everyone ages 6 months and older get vaccinated to protect against COVID-19 and its potentially severe complications.
- Millions of people in the United States have received COVID-19 vaccines under the most intense safety monitoring program in U.S. history.
- CDC, the U.S. Food and Drug Administration (FDA), and other federal agencies continue to monitor the safety of COVID-19 vaccines.

# Anaphylaxis after COVID-19 Vaccination

**Anaphylaxis after COVID-19 vaccination is rare.** It has occurred at a rate of approximately 5 cases per one million vaccine doses administered. Anaphylaxis, a severe type of allergic reaction, can occur after any kind of vaccination. If it happens, healthcare providers can effectively and immediately treat the reaction. Learn more about COVID-19 vaccines and allergic reactions, including anaphylaxis.

CDC scientists have conducted detailed reviews of cases of anaphylaxis and made the information available to healthcare

providers and the public.

Scientific Publications about Anaphylaxis following COVID-19 Vaccination

Allergic Reactions Including Anaphylaxis After Receipt of the First Dose of Pfizer-BioNTech COVID-19 Vaccine [↗]
Synopsis: CDC and FDA safety monitoring of the Pfizer-BioNTech COVID-19 vaccine in the Vaccine Adverse Event Reporting System (VAERS) identified 21 reports of anaphylaxis from the 1.89 million first doses of the vaccine administered from December 14 through 23, 2020, corresponding to an estimated rate of 11.1 cases per million doses administered; 17 of those cases (81%) had a history of allergies or allergic reactions. No deaths from anaphylaxis were reported.

Reports of Anaphylaxis After Receipt of mRNA COVID-19 Vaccines in the US—December 14, 2020-January 18, 2021 [↗]
Synopsis: From December 14, 2020, through January 18, 2021, CDC safety monitoring of mRNA COVID-19 vaccines in VAERS identified 66 reports of anaphylaxis: 47 cases following receipt of the Pfizer-BioNTech vaccine and 19 cases following receipt of the Moderna vaccine. No deaths from anaphylaxis were reported. Continued safety monitoring of mRNA COVID-19 vaccines has confirmed that anaphylaxis following vaccination is rare.

Allergic Reactions Including Anaphylaxis After Receipt of the First Dose of Moderna COVID-19 Vaccine— United States, December 21, 2020-January 10, 2021
Synopsis: From December 21, 2020, through January 10, 2021, CDC safety monitoring of the Moderna COVID-19 vaccine in VAERS identified 10 cases of anaphylaxis from a reported 4,041,396 first doses of the vaccine, corresponding to an estimated 2.5 cases per million doses administered. In nine of those cases, anaphylaxis symptoms began within 15 minutes of vaccination. No deaths from anaphylaxis were reported.

# Reports of Deaths after COVID-19 Vaccination

Multiple factors contribute to reports of death after COVID-19 vaccination, including heightened public awareness of COVID-19 vaccines, requirements under FDA authorization for COVID-19 vaccines that healthcare providers report any death after COVID-19 vaccination to VAERS (even if it is unclear whether the vaccine was the cause), and reporting requirements in CDC vaccine provider agreements. People receiving COVID-19 vaccines are less likely to die from COVID-19 and its complications **and are at no greater risk of death** from non-COVID causes, than unvaccinated people.

CDC scientists and partners have performed detailed assessments of deaths after COVID-19 vaccination and made the information available to healthcare providers and the public.

Scientific Publications about Death following COVID-19 Vaccination

A Safety Study Evaluating Non-COVID-19 Mortality Risk Following COVID-19 Vaccination [↗]
Synopsis: This study found that rates of death among people who received COVID-19 vaccines were lower than those of people who did not receive COVID-19 vaccines. In the largest study of its kind to date, the authors found no increased risk of death among people who received the Pfizer-BioNTech, Moderna, or Johnson and Johnson's Janssen (J&J/Janssen) COVID-19 vaccines.

COVID-19 Vaccination and Non-COVID-19 Mortality Risk—Seven Integrated Health Care Organizations, United States, December 14, 2020-July 31, 2021
Synopsis: Using data from the Vaccine Safety Datalink (VSD), this study found that rates of death among people who received COVID-19 vaccines were lower than those of people who did not receive COVID-19 vaccines. The authors determined that there is no increased risk of death among COVID-19 vaccine recipients, reinforcing the safety of COVID-19 vaccines currently authorized for use in the United States.

Reporting Rates for VAERS Death Reports Following COVID-19 Vaccination, December 14, 2020-November 17, 2021 ☑
Synopsis: The authors of this study analyzed VAERS reports of death after COVID-19 vaccination and found that rates of death after vaccination were lower than background rates of death from any cause in the general population. The findings in this study do not suggest an association between COVID-19 vaccination and overall increased rates of death.

Safety of mRNA vaccines administered during the initial 6 months of the US COVID-19 vaccination programme: an observational study of reports to the Vaccine Adverse Event Reporting System and v-safe ☑
Synopsis: The authors of this study reviewed the initial six months of mRNA COVID-19 vaccine safety data from December 2020 through June 2021 in VAERS and v-safe and found that the most commonly reported side effects of mRNA vaccines were mild and short in duration and that the majority of reported adverse events were not serious. The authors also

# Guillain-Barré Syndrome (GBS) after COVID-19 Vaccination

GBS is a rare disorder in which the body's immune system damages nerve cells, causing muscle weakness and sometimes paralysis. GBS has largely been observed among people ages 50 years and older.

Based on an analysis of data from the Vaccine Safety Datalink (VSD), the rate of GBS within the first 21 days following J&J/Janssen COVID-19 vaccination was found to be 21 times higher than after Pfizer-BioNTech or Moderna (mRNA) COVID-19 vaccination. After the first 42 days, the rate of GBS was 11 times higher following J&J/Janssen COVID-19 vaccination. The analysis found no increased risk of GBS after Pfizer-BioNTech or Moderna vaccination.

Similarly, CDC found higher than expected rates of GBS reported ☑ to VAERS after J&J/Janssen COVID-19 vaccination but not after mRNA COVID-19 vaccination. These observations contributed to the preferential recommendation by the Advisory Committee on Immunization Practices (ACIP) to use mRNA COVID-19 vaccines over the J&J/Janssen COVID-19 vaccine, which is no longer available in the United States.

CDC and FDA will continue to monitor for and evaluate reports of GBS occurring after COVID-19 vaccination and will share more information as it becomes available.

# Myocarditis and Pericarditis after COVID-19 Vaccination

Myocarditis and pericarditis after COVID-19 vaccination are rare. Myocarditis is inflammation of the heart muscle, and pericarditis is inflammation of the outer lining of the heart. Most patients with myocarditis or pericarditis after COVID-19 vaccination responded well to medicine and rest and felt better quickly, and most cases have been reported after receiving mRNA COVID-19 vaccines.

To date, evidence indicates that the benefits of mRNA COVID-19 vaccination outweigh the risk of myocarditis. CDC and FDA will continue to monitor for and evaluate reports of myocarditis and pericarditis after COVID-19 vaccination. Learn more about myocarditis and pericarditis, including clinical considerations, after mRNA COVID-19 vaccination.

Data from VSD and from VAERS indicate that rates of myocarditis after COVID-19 vaccination are highest among males in their late teens and early 20s, usually following the second dose of the vaccine.

CDC scientists have conducted detailed reviews of cases of myocarditis and pericarditis after COVID-19 vaccines and have made the information available to healthcare providers and the public.

Scientific Publications about Myocarditis and Pericarditis following COVID-19 Vaccination

Incidence of Myocarditis/Pericarditis Following mRNA COVID-19 Vaccination Among Children and Younger Adults in the United States ☑
Synopsis: Using VSD data, this study found that from December 14, 2020, through May 31, 2022 (for people ages 18-39 years) and from December 14, 2020, through August 20, 2022 (for people ages 5-17 years), 320 potential cases of myocarditis and pericarditis developed within 1-98 days after vaccination. Out of 320 potential cases, 224 were verified, with 137 occurring 0-7 days after vaccination: 18 after the first dose and 119 after the second dose. Adolescent males were shown to have higher incidence of myocarditis and pericarditis.

Outcomes at least 90 days onset of myocarditis after mRNA COVID-19 vaccination in adolescents and young adults in the

USA: a follow-up surveillance study ☑

Synopsis: This study found that approximately 80% of patients diagnosed with myocarditis after receiving an mRNA COVID-19 vaccine were considered recovered by healthcare providers at least 90 days following onset of symptoms. CDC collected the data through follow-up surveys for people ages 12-29 years for whom a report of myocarditis after mRNA COVID-19 vaccination was made to VAERS from December 2020 through November 2021.

Risk of myocarditis and pericarditis following BNT162b2 and mRNA-1273 COVID-19 vaccination ☑

Synopsis: The authors of this study reviewed health records of a diverse population to assess any risk of myocarditis or pericarditis associated with receiving an mRNA-1273 (Moderna) or BNT162b2 (Pfizer-BioNTech) vaccine. From December 14, 2020, through January 15, 2022, 41 cases of myocarditis and pericarditis were reported after receipt of the Pfizer-BioNTech vaccine, and 38 were reported after receipt of the Moderna vaccine. In most cases, patients were hospitalized for one day or less, but no patients required intensive care. Both vaccines showed an increased risk of myocarditis and pericarditis among young males ages 18-39 years. Risk of myocarditis and pericarditis was higher after receipt of the Moderna vaccine than after receipt of the Pfizer-BioNTech vaccine within 0-7 days after administration.

Myocarditis or Pericarditis Following mRNA COVID-19 Vaccination ☑

Synopsis: This study revealed that a longer period between mRNA COVID-19 vaccine doses one and two may lower the risk of myocarditis and pericarditis. Data from VSD were evaluated for reported rates of myocarditis or pericarditis after receipt of an mRNA vaccine (Moderna or Pfizer-BioNTech). Results showed reported rates of myocarditis or pericarditis were higher after vaccination with Moderna than with Pfizer-BioNTech and were higher among adolescents and young adult males following the second dose.

Myocarditis Cases Reported After mRNA-Based COVID-19 Vaccination in the US From December 2020 to August 2021 ☑

Synopsis: This study found that there was a small but increased risk for myocarditis following receipt of mRNA-based COVID-19 vaccines. After a review of reports submitted to VAERS, this study found that the risk of myocarditis was highest following the second vaccine dose among adolescents and young adult males.

# Thrombosis with Thrombocytopenia Syndrome (TTS) after COVID-19 Vaccination

Thrombosis with thrombocytopenia syndrome (TTS) has been rarely observed after J&J/Janssen COVID-19 vaccination and has occurred in approximately 4 cases per one million doses administered. TTS is a rare but serious adverse event that causes blood clots in large blood vessels and low platelets (blood cells that help form clots).

A review of reports indicates a causal relationship between the J&J/Janssen COVID-19 vaccine and TTS. This observation contributed to the preferential recommendation by ACIP to use mRNA COVID-19 vaccines over the J&J/Janssen COVID-19 vaccine, which is no longer available in the United States.

CDC scientists have conducted detailed reviews of TTS cases and have made the information available to healthcare providers and the public.

Scientific Publications about Thrombosis with thrombocytopenia syndrome following COVID-19 Vaccination

US Case Reports of Cerebral Venous Sinus Thrombosis With Thrombocytopenia After Ad26.COV2.S Vaccination, March 2 to April 21, 2021 ☑

Synopsis: This study revealed that, of the approximately 7 million doses of J&J/Janssen COVID-19 vaccine given from March 2 through April 12, 2021, VAERS received 12 reports of cerebral venous sinus thrombosis (CVST) with thrombocytopenia among women ages 18 to 59 years. All were hospitalized; 10 were admitted to intensive care units (ICUs). As of April 21, 2021, 4 patients had been sent home, 2 had been moved to hospital units outside of ICU, 3 were continuing ICU care, and 3 had died. The review shows that U.S. cases of CVST and thrombocytopenia after J&J/Janssen vaccination were clinically similar to CVST cases in Europe after Oxford/AstraZeneca COVID-19 vaccination, a similar vector vaccine as the J&J/Janssen COVID-19 vaccine.

Case Series of Thrombosis with Thrombocytopenia Syndrome After COVID-19 Vaccination—United States, December 2020 to August 2021 ☑

Synopsis: Clinicians from the Clinical Immunization Safety Assessment (CISA) Project reviewed VAERS reports of TTS following COVID-19 vaccination. Of over 14.1 million doses of J&J/Janssen vaccine and 351 million doses of mRNA vaccines administered from December 14, 2020, through August 31, 2021, CISA confirmed 57 reports of TTS: 54 following receipt of the J&J/Janssen vaccine and 3 following receipt of mRNA vaccines. Most cases of TTS following J&J/Janssen vaccination occurred in females and in people younger than 50 years, and all cases involved hospitalization. The reporting rate of TTS cases after J&J/Janssen vaccination was 3.83 per one million doses administered, whereas the rate following mRNA vaccination was consistent with the background rate of TTS (.0085 per million doses administered). This analysis concluded that TTS is a rare but serious adverse event associated with J&J/Janssen COVID-19 vaccination.

Updates on Thrombosis with Thrombocytopenia Syndrome (TTS)  🖹 [1.3 MB, 39 Pages]

Synopsis: This December 16, 2021 CDC presentation to the Advisory Committee on Immunization Practices (ACIP) showed that the TTS case reporting rate (3.8 per one million doses) following J&J/Janssen COVID-19 vaccination in the U.S. was higher than that previously presented. Reporting rates for men ages 40-49 years and for women ages 50-64 years were similar to women ages 18-29 years (about 4-5 per one million doses). U.S. TTS deaths following J&J/Janssen vaccination had typical features of severe CVST and were more common than those known during previous presentations to ACIP. The TTS death reporting rate was approximately 2 per one million doses in women ages 30-49 years, and the proportion of TTS cases involving death did not decrease after the J&J/Janssen vaccination pause.

Use of the Janssen (Johnson & Johnson) COVID-19 Vaccine: Updated Interim Recommendations from the Advisory Committee on Immunization Practices – United States, December 2021 ☑

Synopsis: Cases of TTS and GBS have been reported after receiving the J&J/Janssen COVID-19 vaccine. On December 16, 2021, after reviewing updated vaccine effectiveness and safety data, ACIP made a preferential recommendation for mRNA (Pfizer-BioNTech or Moderna) COVID-19 vaccines over the J&J/Janssen COVID-19 vaccine for people ages 18 years and older in the United States.

## Related Pages

> Safety of COVID-19 Vaccines

> Vaccine Adverse Event Reporting System (VAERS): What Reports Mean and How VAERS Works

> COVID-19 Vaccine Safety Publications

Last Updated Sept. 12, 2023