# EXHIBIT   4

Case 1:24-cv-10884-JEK    Document 167-1    https://ronesaaveela.com/2022/03/11/the-healing-bogomils/



# The Healing Bogomils

by Ronesa Aveela | Mar 11, 2022 | Books, Bulgaria, Bulgarian Art | 0 comments

This is an excerpt from our forthcoming *77½ Magical Healing Herbs* book.

~~~

Bogomilism is a unique moment in Bulgarian history, originating during the tenth century, although the period of the sect's history is shrouded in darkness by both the Church and the Communists. Bogomil (singular) is a word that means "dear to God," from the Slavic Bog (God) and mil (dear). The sect believed in personal spiritual knowledge rather than adherence to Orthodox teachings. Many of the written works of the Bogomili (plural) were destroyed as heretical and controversial, because of their views about both Satan and Christ, among other things. New studies and publications about Bogomilism, however, have emerged in recent years.

There is more to Bogomili than their suppressed viewpoints. They were famous anti-feudal reformers and freedom-loving preachers. They believed in self-government, common ownership of goods, and equality of all community members. They brought literacy to people by writing books in native languages, rather than the Latin prescribed for Church documents. And they encouraged their followers to think and interpret everything they heard or read. All these ideals made the Bogomili dangerous to the feudal society they lived in, and they were persecuted and burned at the stake as witches.

Case 1:24-cv-10884-JEK    Document 167-4    Filed 08/11/26    Page 3 of 44
https://...com/...healing-bogomils/



Bogomili – Illustration copyright Keazim Issinov (used with permission of the artist)

More important to the topic of this book, Bogomili were great healers. Vasiliy Vrach, a medieval physician and Bogomil leader, is credited with being the creator of the Bogomil healing practice. The people lived in harmony with nature and used herbs and natural remedies to cure diseases. They believed that diseases had a bad origin, from Satan and other dark, supernatural forces like vampires, Rusalki (water spirits, often called a mermaid), and Samodivi. These beliefs are preserved today in various Bulgarian rituals.

Bogomili were averse to alcohol. According to them, it was an open door to all other sins and betrayals, the devil's work created to corrupt and kill the spirit. They preached the avoidance of meat, and the higher officials in the group gave up animal products altogether. The people led a life that embraced the natural rhythm and healing properties of foods and herbs. According to them, this way of life prepared them for a spiritual rebirth.

In recent times, a Bulgarian healer called Emil Elmazov discovered a Bogomil recipe book called *Zeleinik* (Зелейник), which describes natural healing procedures, summarized into five practices: prognosis, herbal treatment, fluid treatment with four

liquids, narichania (old Bulgarian rituals in which the ill person participates), and magical rites. The treatments include using herbs, milk, honey, wine, and other ingredients. Even today, honey is a popular homeopathic remedy in Bulgaria and has its roots with the Thracians.

But the cures didn't stop there. Prayers and invocations were also essential. In addition, it was important for the healer to hold back all emotions, both those of excitement and anguish, in order to maintain his life energy for healing. This simple but important rule must have been difficult to achieve for people who choose medicine for a career. As we say, no one can drink from an empty cup.

## Search

Search

## Archives

August 2026

April 2026

March 2026

February 2026

January 2026

October 2025

July 2025

June 2025

May 2025

April 2025

February 2025

April 2024

March 2024

February 2024

December 2023

**The Bogomil movement in Bulgaria is connected to ethnobotany, which is the study of how people use plants.** 🔗

## Explanation

### Ethnobotany

The study of how a specific culture uses native plants. The word comes from the Greek words ethnos (people) and botanikos (herbs). 🔗

### Bogomil movement

A historical movement in Bulgaria that influenced the country's medical ethnobotany. 🔗

### Bulgarian medical ethnobotany

Includes folk medicine from the Thracians, the Ottoman Empire, the Bulgarian Renaissance, and the Bogomil movement. 🔗

### Traditional use of plants

Many plants have multiple uses, such as food, medicine, shelter, dyes, and fibers. For example, the leaves of the yaupon holly were used as a caffeinated tea by some American Indian tribes. 🔗

Ethnobotany is a multidisciplinary field that contributes to research for new pharmaceuticals. It also considers cultural and ethical perspectives, and the evolutionary history of plants. 🔗

Ethnobotany can help us understand how to sustainably use plants and protect ecosystems. However, many plants can be poisonous or hazardous if not prepared or dosed correctly. 🔗

# COVID-19 Vaccination Exemption Request Form

Please complete this form and submit it to the Office for Institutional Diversity, **accommodation@bc.edu**. Completion of this form will serve as your request to be exempt from the required COVID-19 vaccination of all faculty and staff. This information and other related documentation will be treated confidentially and kept separate from your personnel file.

| Name: Avenir Agaj | Email: agaja@bc.edu | | Eagle ID 71865483-57274203 |
|---|---|---|---|
| Department: Grounds | Title: MR | | VP/Dean Name: |
| Campus Address/Building: 300 Hammond Park way | Extension: | | Mobile Phone: 8575440780 |

## EXEMPTION REQUEST

Please check reason for your exemption request:

☑ Medical
☑ Religious
☑ Other special circumstance (please describe below)

| Please describe your special circumstance for requesting an exemption from the required COVID-19 vaccination. |
|---|
| Please grant me an exemption because i rely only on Folk Medicine of Ethnobotany and Religious Prayer for my medical care. |
| I Do Declare that my sincere religious held beliefs as practicant ,believer and descendant of the faith of BOGOMILS ,which forbids me to have a covid-19 Vaccine |
| The way the covid -19 vaccine is made and distributed goes against my Faith and Morals |

| Please provide supporting **medical** or **religious** documentation and any any additional information you believe may be of assistance while we review your request for an exemption from the COVID-19 Vaccination requirement. |
|---|
| The Covid -19 vaccine is a Health Risk for healthy people , |
| My religious belives as BOGOMIL forbits me to take any thing that risks my health and spiritual wellbeing |
| My body is my Temple it is my duty an obligation to keep it pure,free from filth. |
| May i also remind you again of my rights under the 1St Amendment also of |
| Aticle 9 of The Human Rights act 1998 and the bill of rights. |
| Please Grant Me The Covid -19 Vaccine Exemption |

**Signature** Avenir Agaj                 **Date** 07/25/2021

# Chapter 1
# Ethnobotany in the Balkans: *Quo Vadis?*

Andrea Pieroni and Cassandra L. Quave

## 1.1  Beginnings

### *1.1.1  Andrea*

One spring day, 15 years ago, I (AP) visited the Warburg Library in London in search of some old medico-folkloric papers focusing on the Mediterranean area. While I was searching for this, I noticed a hidden, old, dusty, monograph, which captured my attention since it was located at the edge between the Mediterranean and the Eastern European sections. It was Leopold Glück's work on folkloric medicine and ethnobotany in Bosnia, probably the first modern ethnobotanical work ever written in Southeastern Europe (Glück 1894); I had never heard of it before, neither had I ever found this reference, and I still remember the trepidation with which I copied the monograph and ran home to read it.

But my (AP's) interest in the ethnobiology of the Balkans and, even well before, in that of Balkan diasporas (Pieroni et al. 2002a, b; Pieroni and Quave 2005; Quave and Pieroni 2005; Nebel et al. 2006; di Tizio et al. 2012) actually began before that morning. I believe that it all started in August 1991, when the ship *Vlora*, overcrowded with several thousand desperate Albanians who tried to escape their country after the fall of the Communist regime and the economic collapse, arrived at the port of Bari, Italy. Those unforgettable images, which were aired live on Italian television, cut my skin like a knife, and were shocking, at least for a young Italian university student, who had never been confronted with something similar before.

A. Pieroni (✉)
University of Gastronomic Sciences, Piazza Vittorio Emanuele 9, Pollenzo 12060, Italy
e-mail: a.pieroni@unisg.it

C. L. Quave
Department of Dermatology and Center for the Study of Human Health, Emory University
School of Medicine, 550 Asbury Circle, Candler Library 107, Atlanta, GA 30322, USA
e-mail: cquave@emory.edu

© Springer Science+Business Media New York 2014                                                        1
A. Pieroni, C. L. Quave (eds.), *Ethnobotany and Biocultural Diversities in the Balkans*,
DOI 10.1007/978-1-4939-1492-0_1

2                                                           A. Pieroni and C. L. Quave

**Fig. 1.1** Gorani man
from NE Albania showing
*Sambucus nigra.* (Photo:
Cassandra L. Quave)



Without the *Vlora*, I believe that my life would have not been the same and without this shock I would have never become an ethnobotanist and surely never an ethnobotanist working in the Balkans and on Balkan diasporas. For more than 15 years, I have been travelling all over many places in the Balkans, and especially within the Albanian territories, touching several locations, from the most isolated mountainous areas to the new, super-busy, vibrant urban centers. This region remains to me still today—as it has been maybe for those "Westerners" who visited the region and described the local medical and food folklore and attached customs one century ago (Cozzi 1909; Cozzi 1914; Durham 1923; Doda and Nopcsa 2007)—an incredibly potent space: Because of its austere landscape, the warm, touching hospitality of its people, the fascinating mosaic of cultural and religious differences, the dense history and heritage, the surviving attachment of the locals to "their" customs, and, among them, plant uses (Fig. 1.1).

### 1.1.2 Cassandra

My (CLQ) story with the Balkans began 13 years ago in the tiny Arbëreshë village of Ginestra, located in Southern Italy. The Arbëreshë are the descendants of Albanians who immigrated to Italy in several migration waves almost five centuries ago. Uniquely, the Arbëreshë language represents an ancient form of Albanian, and is listed as an endangered language (Moseley 2010). We (CLQ and AP) spent many months conducting field research on the use of local wild plants for food (Pieroni et al. 2002a) and medicine (Pieroni et al. 2002b; Quave et al. 2008), and also studied other folkloric practices related to emic perspectives concerning health and healing (Quave and Pieroni 2002; Quave and Pieroni 2005).

It was during this time that my fascination with the Balkans began—even before I had ever actually traveled there. This experience with Arbëreshë communities

1  Ethnobotany in the Balkans: *Quo Vadis?*                                    3

**Fig. 1.2** Elderly Serbian
traditional environmental
knowledge (*TEK*) holder in
Pešter, Buđevo, SW Serbia.
(Photo: Andrea Pieroni)



opened the door to my curiosity concerning the people, languages, and cultures
of the Balkans, and Albania, in particular. This fascination only deepened when I
married an Arbërëshë man from Ginestra, and now his history, his ancestors, and
his linguistic roots have become part of my family. The research that we (AP and
CLQ) undertake is deeply personal to me because it reflects not only our academic
interests but also a piece of the traditional knowledge and heritage that is passed
down to my children (Fig. 1.2).

## 1.2   A Path Forward

The draft idea for this edited book was conceived 2 years ago while we (AP and CLQ)
were in Kukës, Albania, during a rainy and (in the mountains) even snowy May.
We were there to conduct field research among the Gorani and Albanians inhabit-
ing the isolated highlands at the borders between Albanian and Kosovo. The main
conceptual linchpin of this book was that the Balkans represent for ethnobiological
studies—and for ethnobotany in particular—an extraordinary, unique arena, given
the incomparable biological and cultural complexity of this territory within Europe.

### 1.2.1   *The Role of Ethnobotany*

Recent field studies published in international journals have confirmed—certainly
within the frame of a clear coexistence of old practices and "modern" uses—a re-
markable resilience of ethnobotanical knowledge (Pieroni et al. 2003; Redžić 2006;

4    A. Pieroni and C. L. Quave

**Fig. 1.3** Albanian woman holding *Chenopodium bonus-henricus*, one of the most appreciated wild vegetables in the area, Rrogam, Northern Albania. (Photo: Andrea Pieroni)



**Fig. 1.4** Elderly woman from the Venetian diaspora in Romania sitting in her home garden. (Photo: Andrea Pieroni)



Jarić et al. 2007; Redzic 2007; Dogan et al. 2008; Pieroni 2008; Pieroni and Giusti 2008; Pieroni 2010; Redzic 2010a, b; Šarić-Kundalić et al. 2010; Menković et al. 2011; Mustafa et al. 2011; Nedelcheva et al. 2011; Nedelcheva and Dogan 2011; Papp et al. 2011; Šarić-Kundalić et al. 2011; Dénes et al. 2012; Molnár 2012; Mustafa et al. 2012; Pieroni et al. 2012; Babai and Molnár 2013; Łuczaj et al. 2013a; b; Papp et al. 2013; Rexhepi et al. 2013; Savikin et al. 2013; Zlatković et al. 2014). We strongly believe that exactly this complexity, which has also been one of the driving forces for the turbulent recent and less recent history of the area, could represent however the key turning point for fostering a peaceful, viable, environmentally and socially sustainable future.

Ethnobotany is, in fact, not just about recording lists of plants and plant uses, but, in a more visionary and fascinating way, it is about a deep understanding of how socio-ecological microsystems work. It is about the exploration of how, over the centuries, the complex interplay between biota and human societies have fostered

the creation of landscapes, food habits, emic strategies of health-seeking behaviors, social relations, and even concepts of beauty: in other words, the diversity of life in all its forms (Maffi and Woodley 2010; Figs. 1.3 and 1.4).

### 1.2.2   Traditional Environmental Knowledge

Traditional environmental knowledge (TEK) has been defined as a "cumulative body of knowledge, practice and belief evolving by adaptive processes and handed down through generations by cultural transmission, about the relationship of living beings (including humans) with one another and with their environment" (Berkes 1999). The TEK of the Balkans, then, holds an enormous potential, still largely untapped. Moreover, TEK is becoming central today in many strategies aimed at shaping truly sustainable future for the region. This encompasses multiple perspectives, for example:

- Community-based strategies of in situ and ex situ (botanical gardens) biocultural conservation
- Small-scale herbal markets
- Niche food products
- Handicrafts and folkloric museums
- Ecotourism
- Reconciliation policies among different ethnic and religious groups in rural and mountainous areas

We believe that not only the scientific community (which for ethnobiology is always made up of natural, medical, and social scientists, as well as by scholars of the humanities) but also, and especially, external stakeholders (both from the public and private sectors, as well as international bodies and organizations) may be interested in learning more about the relations between plants and people in this fascinating area of the globe. Differently from one century and more ago, when medicinal plants from the Balkans were already traded into Western Europe, today, despite the dominant position that southeastern herbal raw material still has in Europe (Kathe et al. 2003; Londoño et al. 2008; Tomićević et al. 2011), the goal of medicinal and wild food plants-centered studies should be on a better understanding of the local perceptions of plants, which are crucial in turn for both serving truly community-based food sovereignty and public health policies. To reach this goal, both local and international actors (scholars, NGOs, SMEs, institutions, farmers' associations) need to work together.

Thus, within this framework, the ethnobiological approach here offers a holistic perspective on human–environment/biota relations. This concept emerged in the 1980s (ISE 2012) with the purpose of bridging the gap between scientists and traditional societies (including local and Indigenous communities) in the common understanding that only a comprehensive view of the biocultural environment is able to foster long-term, sustainable solutions that contribute to the well-being of all biota.

6                                                      A. Pieroni and C. L. Quave



**Fig. 1.5** The author (AP) with one of the last remaining families of Nistrovë, Reka Valley, Macedonian side of the Mt. Korab, Western Macedonia. (Photo: Andrea Pieroni)

## 1.3 Overview

The chapters in this book cover several different areas of the Balkan Peninsula: Albania, Serbia, Montenegro, Kosovo, Bosnia and Herzegovina, Macedonia, Bulgaria, as well as the contiguous territories of coastal Croatia and central Romania. This overview of Balkan ethnobotany is not intended, however, to be comprehensive, nor to show the geographical variety of ethnobotany only. Our aim for this volume is to offer instead a panoramic view of the slightly different approaches and accents occurring in the Balkan ethnobotany: from studies focusing specifically on wild food plants, to others, which focus on wild medicinal plant remedies and their potential applications, from surveys connecting plant perceptions to historical trajectories to studies that focus more on cross-cultural and anthropological perspectives. We have organized the chapters by general topic: (I) From Folk Medicine to the Medicinal Plant Trade, (II) Balkan Traditional Plant-Based Foods: Beyond the Ottoman Cuisine, and (III) Building Small-Scale, Environmentally and Socially Sustainable Economies. We believe that this broad compilation may offer a synthetic view on the current state of the art, but, much more interestingly, may also inspire new or further research into these mosaics (Figs. 1.5 and 1.6).

### 1.3.1 Dedication and Concluding Remarks

Finally, we would like to make a special note of who we wish to dedicate this edited volume. On 1 January 2013, a few of us received an email from our friend and colleague Sulejman Redzic, University of Sarajevo, containing a couple of his most recent ethnobotanical works conducted in Bosnia as attachments. Just a couple of



**Fig. 1.6** An Albanian man describes how to eat local wild plants, such as this *Rumex* sp. (Photo: Cassandra L. Quave)

days later Sulejman disappeared, only to be found dead a few weeks later (in circumstances that still remain obscure) close to a river in the outskirts of Sarajevo, in the Republika Sprska of Bosnia. We will never forget that day and the pain, which is still with all of us as we write, who were also Sulejman's friends and colleagues.

Sulejman was not only a terrific plant ecologist and ethnobotanist but also a scholar happily engaged within Bosnian civil society. He was a scholar who went through the horrible days of the Siege of Sarajevo in the 1990s by helping his people to cope with the daily lack of food resources via radio programs aimed at spreading information concerning wild plants to eat during this period of famine. We would ask that the readers keep this picture in their minds while going through the book.

Ethnobotany is best described as the science of survival (Prance 2007), and indeed it was the Balkan ethnobotanical knowledge that helped to sustain local communities also during the sad days of the horrible atrocities and famine that occurred less than two decades ago in this region. We believe that ethnobotany and TEK are inextricably linked to the destiny of all of our Balkan friends; and, as an inseparable companion, it is something to be cherished and cared for.

## References

Babai D, Molnár Z (2013) Multidimensionality and scale in a landscape ethnoecological partitioning of a mountainous landscape (Gyimes, Eastern Carpathians, Romania). J Ethnobiol Ethnomed 9:11

Berkes F (1999) Sacred ecology: traditional ecological knowledge and resource management. Taylor & Francis, Philadelphia

Cozzi E (1909) Malattie, morte, funerali nelle montagne d'Albania. Anthropos 4:903–918

Cozzi E (1914) Credenze e superstizioni nelle montagne dell'Albania. Anthropos 9:449–476

Dénes A, Papp N, Babai D, Czúcz B, Molnár Z (2012) Wild plants used for food by Hungarian ethnic groups living in the Carpathian Basin. Acta Soc Botan Pol 81(4):381–396

8                                                          A. Pieroni and C. L. Quave

di Tizio A, Luczaj LJ, Quave CL, Red S, Pieroni A (2012) Traditional food and herbal uses of wild plants in the ancient South-Slavic diaspora of Mundimitar/Montemitro (Southern Italy). J Ethnobiol Ethnomed 8:21

Doda BE, Nopcsa F (2007) Albanisches Bauernleben in oberen Rekatal dei Dibra (Makedonien). LIT, Vienna

Dogan Y, Nedelcheva AM, Obratov-Petković D, Padure IM (2008) Plants used in traditional handicrafts in several Balkan countries. Indian J Tradit Knowl 7(1):157–161

Durham E (1923) Some Balkan remedies for diseases. Man 23:131–135

Glück L (1894) Skizzen aus der Volksmedicin und dem medicinischen Aberglauben in Bosnien und der Hercegovina. Wiss MitthBosnien Herceg 2:392–454

ISE (2012) International Society of Ethnobiology Constitution. http://ethnobiology.net/about/ise-constitution/. Accessed 18 Aug 2014

Jarić S, Popović Z, Mačukanović-Jocić M, Djurdjević L, Mijatović M, Karadžić B, Mitrović M, Pavlović P (2007) An ethnobotanical study on the usage of wild medicinal herbs from Kopaonik Mountain (Central Serbia). J Ethnopharmacol 111(1):160–175

Kathe W, Honnef S, Heym A (2003) Medicinal and aromatic plants in Albania, Bosnia-Herzegovina, Bulgaria, Croatia and Romania. BfN, Bonn

Londoño PT, Doka D, Becker H (2008) Collection of medicinal and aromatic plants in Albania—an analysis given by examples of the surroundings of Peshkopi (Dibër Region). Zeitschrift Arznei Gewurzpflanzen 13(4):153–160

Luczaj L, Fressel N, Perković S (2013a) Wild food plants used in the villages of the Lake Vrana Nature Park (northern Dalmatia, Croatia). Acta Soc Botan Pol 82(4):275–281

Luczaj L, Zovkokoncic M, Milicevic T, Dolina K, Pandza M (2013b) Wild vegetable mixes sold in the markets of Dalmatia (southern Croatia). J Ethnobiol Ethnomed 9:2

Maffi L, Woodley E (2010) Biocultural diversity conservation: a global sourcebook. Routledge, London

Menković N, Šavikin K, Tasić S, Zdunić G, Stešević D, Milosavljević S, Vincek D (2011) Ethnobotanical study on traditional uses of wild medicinal plants in Prokletije Mountains (Montenegro). J Ethnopharmacol 133(1):97–107

Molnár Z (2012) Classification of pasture habitats by Hungarian herders in a steppe landscape (Hungary). J Ethnobiol Ethnomed 8:28

Moseley C (2010) Atlas of the world's languages in danger, 3rd ed. UNESCO Publishing, Paris

Mustafa B, Hajdari A, Pajazita Q, Syla B, Quave CL, Pieroni A (2011) An ethnobotanical survey of the Gollak region, Kosovo. Genet Resour Crop Evol 59(5):1–16

Mustafa B, Hajdari A, Krasniqi F, Hoxha E, Ademi H, Quave CL, Pieroni A (2012) Medical ethnobotany of the Albanian Alps in Kosovo. J Ethnobiol Ethnomed 8:6

Nebel S, Pieroni A, Heinrich M (2006) Ta chorta: wild edible greens used in the Graecanic area in Calabria, Southern Italy. Appetite 47(3):333–342

Nedelcheva A, Dogan Y (2011) Usage of plants for weather and climate forecasting in Bulgarian folk traditions. Indian J Tradit Knowl 10(1):91–95

Nedelcheva A, Dogan Y, Obratov-Petkovic D, Padure IM (2011) The traditional use of plants for handicrafts in southeastern Europe. Hum Ecol 39(6):813–828

Papp N, Bartha S, Boris G, Balogh L (2011) Traditional uses of medicinal plants for respiratory diseases in Transylvania. Nat Prod Commun 6(10):1459–1460

Papp N, Birkás-Frendl K, Farkas A, Pieroni A (2013) An ethnobotanical study on home gardens in a Transylvanian Hungarian Csángó village (Romania). Genet Resour Crop Evol 60:1423–1432

Pieroni A (2008) Local plant resources in the ethnobotany of Theth, a village in the Northern Albanian Alps. Genet Resour Crop Evol 55(8):1197–1214

Pieroni A (2010) People and plants in Lëpushë. Traditional medicine, local foods, and post-communism in a North Albanian village. In: Pardo de Santayana M, Pieroni A, Puri R (eds) Ethnobotany in the new Europe: people, health and wild plant resources. Berghahn, New York, pp 16–50

Pieroni A, Giusti ME (2008) The remedies of the folk medicine of the Croatians living in Cicarija, northern Istria. Coll Antropol 32(2):623–627

# Heretic Bogomil Christianity Balkan

&  זאב בן אריה (https://tarbuyotolami.com/en/author/)
- (/zahavzotar8

🗀  Balkan Spiritual History (https://tarbuyotolami.com/en/
category/articles/balkan-spiritual-history/)  /  Gnosticism and Mystic
Christianity (https://tarbuyotolami.com/en/category/articles/
gnosticism-and-mystic-christianity/)

## The Heretic Church – Introduction

Throughout Christian history, there were mystical heretical
movements that interpreted the Christian story in different
ways and even had additional writings beyond those in the
New Testament. In Bulgaria, these movements were popular
from the 10th century until the 14th century and were
collectively known as the "Bogomils." The tradition began very
early, perhaps even during the life of Jesus himself, who was
considered by some to be an enlightened spiritual teacher who
passed secret knowledge to a closed circle of disciples.
Heretical Christian sects generally relied on additional gospels
beyond the canonical ones, which appeared until the 4th
century. An example is the Gospel of Thomas, which begins
with the words: "These are the secret words taught by the living
Jesus. Whoever knows them will not taste death."

The heretic Christian mystical movement claimed the
possibility of unmediated knowledge of God, which Jesus
taught, and was therefore called "Gnostic" (knowledge). It was
a natural continuation of mystical currents in Judaism, such as
the Essenes, the Persian religion, the mysteries of the ancient
classical world, and the teachings of Hermeticism and Neo-

מדיניות קוקיס ותקנון

Case 1:24-cv-10884-JEK    Document 167-4    Filed 08/11/26    Page 16 of 44

centuries AD. Recently, an archive of a Gnostic community in Egypt, named Nag Hammadi, was discovered, shedding new light on the scope, depth, and distribution of this movement, which for a time posed a real threat to the primacy of "regular" Christianity.

The Gnostic movement had many esoteric writings presenting the basic concepts of its belief system, emphasizing the dual division into body and spirit. While the terminology can change, this division is at the core of human understanding and experience. Right now, our body is here, but our thoughts can be elsewhere. Hence, duality is a basic motif and archetype in life.

The Gnostics saw duality as a component of religious knowledge. Knowing means recognizing the way the world is built, based on the understanding that the world comprises two realms originating from two opposing forces. These realms are the world of matter and the world of spirit, and the two forces are the force of good and the force of evil. The good originates from God and is related to the spirit, while the bad originates from Satan and is related to matter. However, knowing is also an understanding achieved through an unmediated connection to the truth of things, to the source.

The Gnostics believed that the spiritual world was created first, as a pure and perfect world that is part of God. Then, as a result of some cosmic accident, the world of matter was born, created by a force that rebelled against God and opposed Him—Satan. Following this, a reverse process occurred: into this evil world of matter, divine power entered through the creation of man. According to their belief, the devil attempted to create man but was unable to breathe a soul into his nose, so he called upon

מדיניות קוקיס ותקנון

Case 1:24-cv-10884-JEK   Document 167-4   Filed 08/11/26   Page 17 of 44

nose, thereby bringing light into the world.

Only those who know themselves, the Gnostics, succeed in connecting to their soul, which originates from the divine light. When the day comes, the material world will be redeemed by the divine power within man, and the good forces will return to rule the world, restoring it to a spiritual sta

The Gnostic teachings appeared in several religions of the world even before the appearance of Christianity. However, Christian Gnostics believed that the moment when the good force, the spark of light, intervened again in the world's actions was connected with the appearance of Jesus. For them, Jesus is the archetype of the spiritual man, and is therefore called the "Son of Man." He is the Alpha—the beginning—and the Omega—the end. The appearance of Jesus in the world caused the strengthening and liberation of the world of light and good within the realms of darkness, matter, and evil. The entry of the nature of Jesus into us occurs at the time of the second birth, when we join the Gnostic Christian community through the ordination ceremony.

The Gnostic movement developed mainly in Egypt in the 2nd and 3rd centuries AD. After the conversion of the Roman Empire to Christianity and the consolidation of Christian dogma by church councils in the 4th century, the Gnostic movements were outlawed, and the Gnostics were persecuted as heretics. However, by then, their teachings had enough power to penetrate into the institution of Christian monasticism, appearing in Sinai, in the deserts of Syria, and in distant places such as Ethiopia and Armenia. As a result, Gnostic ideas were incorporated, under different names, into the developing Christian thought and mysticism.

Various heretical groups continued to exist outside the sphere of influence of the empire and Orthodox Christianity, as well as secretly within it. Thus, we find the Paulicians in Syria and Armenia in the 7th century AD, the Manichaeans in southern Iraq who exist to this day, the "Adoptionists" (who claimed that Jesus was an adopted son of God, not a natural son) in the protectorate of Antioch in the 3rd century AD, and more.

In the Middle Ages, the Gnostic movement and sects reappeared in Christian Europe and won many hearts and minds, especially in two main places: in the Balkans, it was the Bogomil movement that started in Bulgaria and Macedonia and eventually found a home in Bosnia. In Europe, it was the Cathar movement, which arose from Bogomilism and other sources, and found a home in southern France and northern Italy. Both movements were persecuted by the Christian Church and eventually destroyed and disappeared.

*מוזיקאים אחווה לבנה*

# The emergence of the Bogomils in the Balkan

The Bogomils were a heretical Gnostic sect that combined Christian mysticism with ideas of equality, freedom, and fraternity of love, expressing a desire for social and personal

מדיניות קוקיס ותקנון

reform. They appeared in the Bulgarian Empire at the beginning of the 10th century, spread rapidly, and influenced all of Europe in the following centuries until they were finally suppressed and destroyed by the Church in the 14th century. The Bogomils influenced the emergence of the Cathar movement in France, and their ideas entered Balkan folklore and the theosis tradition as it appeared on Mount Athos in the 13th century AD. They also had an impact on the revivalist movement of the "White Brotherhood" in the 20th century.

The Bogomils rejected anything that did not come from the soul and claimed inner guidance, a sort of unwritten covenant of the souls with God. The movement began as a synthesis of Paulician and Messalian ideas (Gnostic sects that flourished in Armenia and Asia Minor beginning in the 6th century AD) and a desire to reform the Bulgarian Orthodox Church and society. It was founded by a teacher named Bogomil (meaning "Lover of God"), who preached the new gospel starting around 930 CE and gained great popularity.

The movement flourished during the heyday of the First Bulgarian Empire and, after the time of Simeon I, spread to Byzantium, Serbia, Bosnia, and Croatia. It appealed mainly to exploited and poor peasants as well as intellectual elites who favored social equality in the spirit of the Gospel.

Simeon I expanded the Bulgarian Empire at the beginning of the 10th century at the expense of the Byzantine Empire. He settled Armenians and Syrians throughout his kingdom who had been expelled from Armenia by the Byzantines due to their Paulician and Messalian faith. These exiles spread their Gnostic beliefs in the new land. Simultaneously, a process of forced conversion began throughout the kingdom, targeting the remaining pagan population. The pagan masses, opposing

institutionalized Christianity, instead embraced the teachings of the foreign preachers.

During the reign of Tsar Peter in the 10th century, a process of feudalization began in Bulgaria, subordinating previously independent peasants to powerful lords and the Church. The development of large latifundia (land estates controlled by nobles) led to growing hostility among the peasants towards the government. Tsar Peter encouraged Byzantine Christianity over the teachings of Cyril and Methodius, resulting in the people distancing themselves from the established Church. Economic difficulties led to rebellions and the spread of the Bogomil heresy. [1].

The Bogomils rejected any form of authority: church, state, and hierarchy. They refused to pay taxes, work as tenant farmers, or serve in the army. Because they believed that the visible world was the creation of evil, they avoided churches and institutions, rejected any ritual, and promoted only the pure and spiritual, the monastic, and the inner.

Initially, this movement was close in spirit to monasticism, involving disdain for work and reliance on God to provide for their needs. However, over time, their perception changed, and evidence of their community life suggests that they encouraged productive work and participated in it collectively. Bogomilism spread among autocratic agricultural communities that took the early Christians as an example of a holy cooperative community.

In places with significant Bogomil communities, such as Plovdiv, they created a democratic organization led by elders and perfect ones called emissaries. It seems that the Bogomils did not have an overall hierarchical ecclesiastical organization

Case 1:24-cv-10884-JEK    Document 167-4    Filed 08/11/26    Page 21 of 44

and there was no Bogomil Pope, as some scholars have tended to think. Instead, each community had twelve elders who acted as a kind of supreme council.

The Bogomils believed that God had two sons: the older one was called Satanel and the younger one, Michael. The elder rebelled against his father and became an evil spirit. After his fall, he created the heavens and the earth and tried in vain to create a man to serve him. The attempt was unsuccessful, and he had to turn to God for help in the process of breathing life into the body and bringing in the human spirit. Hence, within the world of physical evil, there is a spark of divine light associated with the human spirit.

After man was created, he was allowed to work the land on the condition that he subordinate himself to the owner of the land, Satanel. Then the Archangel Michael was sent to the world in the form of the Holy Spirit and appeared through the figure of Jesus. The Holy Spirit (Michael) entered Jesus in the form of a dove at the time of his baptism, giving him the power to break the covenant that bound man to Satan and was held on a clay tablet. Jesus defeated Satan and freed his prey from him, but the devil created a new evil spirit to attack the redeemer, which is represented by the crucifixion and the Orthodox Church.

The Bogomils had their own literature in Slavic. A recurring motif in their books is the world as a place of struggle between good and evil. This dualistic cosmology appears in the microcosm—man—and in the macrocosm—the universe— leading to an internal struggle. The books also testify to the connection of the Bogomils to Slavic folklore. They adopted Slavic culture, influenced it, and were influenced by folk beliefs.

According to several versions of the Bogomil books and

Case 1:24-cv-10884-JEK    Document 167-4    Filed 08/11/26    Page 22 of 44

traditions, Jesus was not born to Mary; instead, she found him in a cave. He was an illusion of a body and adopted a physical form to complete his mission in the world, which was to bind the devil and throw him into the underworld, leaving humans teachings and knowledge through which they could attain salvation.

In one of the books used by the Bogomils, called "The Story of Adam and Eve," it is told that a contract was signed between Adam and Satan, stating that man belongs to Satan until the appearance of the Christian Jesus. The devil is inside man, in his body, from birth, and must be removed through asceticism and a life of purity.

Those who led the fight against the forces of evil were the perfect ones, individuals from among the Bogomils who chose to dedicate their lives to God. The perfects were the chosen ones who saw themselves and were seen by others as the true Christians, the children of the Spirit. They were called Theodokoi, God-bearers (a name similar to that of Mary in Orthodox Christianity). The perfects avoided marriage and anything else that pollutes the spirit, such as wine and meat (they believed the tree of knowledge was the vine that Satan planted in the Garden of Eden).

According to Oblansky, the Bogomils had great success among the Bulgarian popular monastic movement and monasteries. The characteristics of the monastic movement at that time were very similar to their own and matched the principles of their faith: denial of this world, constant prayer, reliance on the Holy Scriptures, and asceticism. Many of the monks were ignorant of the distinctions between Orthodox Christianity and heretical Christianity. They saw the perfects of the Bogomils as exemplary people and their teachings as truth, and for that

מדיניות קוקיס ותקנון

https://tarbuyotolami.com/en/heretic-bogomil-christianity-

The Bogomils practiced baptism by laying on of hands rather than baptizing in water. Marriage was not considered a sacrament, and the wine and bread in the Eucharist ceremony did not actually become the flesh and blood of Jesus; instead, they were seen as allegories for the Gospels and apostles. They regarded the cross, the worship of icons, and saints as idolatry. According to their belief, before the crucifixion, the figure of light of Jesus left his body and passed on. What was crucified was only the physical body, making the crucifixion of no importance. They rejected John the Baptist and some books of the Bible and the New Testament. According to their concept, on the Day of Judgment, people would be judged by God and not by Jesus.

The Bogomils attached great importance to the prayer "Our Father in Heaven" and would repeat it over and over again. They prayed a fixed number of prayers, four times a day and four times at night, bowing while saying the words "Our Father in Heaven" without making the sign of the cross. Sunday was a day of prayer and fasting. Prayer was conducted in homes, not in churches, which they considered the abode of the devil. In addition to this prayer, they probably had other prayers of their own.

Beyond praying, studying the teachings, and striving for a life of purity, the Bogomils also had secret spiritual practices. A monk from that time named Kosmas described a practice in which they opened the five doors, representing the five senses, and closed the physical doors of their houses, thereby achieving concentration in prayer. This technique bears a resemblance to Eastern meditation practices.

Case 1:24-cv-10384-JEK    Document 167-4    Filed 08/11/26    Page 24 of 44

The practices and worship of the Bogomils were inclusive of women, who were equal members and could become perfects just like the men (in which case they lived celibate lives). Teachers were of both sexes, and even confession could be conducted between both sexes.

Apparently, the last great Bulgarian kings, Samuel and his son (in the 11th century), sympathized with the Bogomils (see the chapter on the Trajan Gate), which sheds new light on the brutal struggle between them and the Byzantines. After the conquest of Bulgaria by the Byzantine emperor Basil II in 1018, many Bulgarian nobles moved to Constantinople and brought the Bogomilian faith with them, where it underwent processes of refinement, deepening, and development. From Constantinople, it spread to other parts of the world, including southern France, Italy, Russia, Serbia, and Bosnia, eventually returning to Bulgaria in its advanced form.

In the 12th century, two main streams of Bogomilism emerged in the Balkans. The first was the "Dragovites" (named after a village in southern Macedonia) who advocated extreme dualism, according to which Satan is an independent being. The second was the "Bulgarian" stream, which continued the tradition of moderate dualism, asserting that Satan is subordinate to God. Towards the end of the 12th century, the Bogomil movement developed rules and rituals that emphasized the differences between it and mainstream Christianity. New communities were founded in Asia Minor, Dalmatia, and Byzantium. Bogomilism grew and became so influential that it posed a threat to the Church establishment and government, leading to a series of new persecutions.

At the beginning of the period of the Second Bulgarian Empire, the Bogomil movement grew stronger and spread. However,

Hesychasm on Mount Athos in the 13th century, which served
as substitutes for their mysticism, the strength and attraction
of Bogomilism weakened. By the 14th century, their numbers
dwindled, and with the appearance of the Ottomans, many
Bogomils converted to Islam. It is claimed that the Pomak
people in the Rhodope Mountains were once Bogomils who
converted to Islam for this reason, and the same is said for the
Muslims of Bosnia. [2].

<div dir="rtl">ריקודי האחווה הלבנה הרי רילה בולגריה</div>

## The White Brotherhood and the Bogomils

According to Eliade, the worldview of Bogomilism remained in
Southeastern Europe and continued to influence it in two ways:
first, through the apocryphal writings attributed to the Bogomil
priest Jeremiah, which are still read in certain circles; and
second, through folklore tales. For example, a sleepy and tired
God appears in these stories in the same way he appears in the
Bogomil books, representing a folk interpretation of the hidden
God.

In the 20th century, various New Age movements began to
appear in different parts of the world, claiming to be direct or
indirect descendants of early Christian Gnosticism. Some

<div dir="rtl">מדיניות קוקיס ותקנון</div>

declared themselves to be the successors of the Bogomils in Bulgaria, the " White Brotherhood" founded by Peter Dunov in the early 20th century, claimed that its members continued the spiritual line of the Bogomils. Dunov even asserted that the believers were reincarnated Bogomil souls who had reappeared at this time to apply their teachings in a reformed and better way than before.

Dunov provides an interesting account of the appearance of the Bogomils and their faith. According to him, Tsar Simeon the First had three sons: the first, who would later become his successor, Tsar Boris; the second, who became the founder of Bulgarian monasticism, Saint John of Rila; and the third, an unknown son named Boyan (the Magician), who founded the Bogomil movement. Boyan was the eldest and destined to be king. To complete his education, he was sent to the Magnaura Academy in Constantinople, where he met people from Persia who recognized him as suitable for the acceptance of the Secret Doctrine. They educated him in magic and mysticism.

When Boyan returned to Bulgaria, he called people from all over the kingdom to the village of Osmar, near the capital Preslav, and announced the establishment of a movement that would encourage equality, love, and brotherhood. His assistant was a high officer in the army named "Bogomil," and the movement was named after him.

According to Dunov, the appearance of the Bogomils (and also the "White Brotherhood") in Bulgaria is related to the fact that the Bulgarians were the first people in Europe to pray in their own language. The Bulgarians are a cultured and educated people who knew how to challenge and criticize Church dogma; the apostles Clement and Nahum developed free and profound thought that allowed many Bulgarians to accept the

מדיניות קוקיס ותקנון

Dunov explained that there were three streams of ancient esoteric spiritual schools, collectively called Bogomils. The first was Hermeticism, which started in Egypt and moved to Thrace through Persia, appearing in the teachings of Orpheus who lived in the Rhodope Mountains. From there, it moved to Pythagoras and the School of Plato, who taught the purification of the soul and reincarnation. The second stream was that of the Essenes, who operated in the Judean desert 2,000 years ago. The third stream was the Bogomils in the Balkans. These three branches of Bogomilism stem from a spiritual center, a council of light beings called the "White Brotherhood," headed by the Spirit of Christ (the spiritual manifestation of Jesus).

Dunov argued that the mistake of the Bogomils in the Middle Ages was declaring war on evil. He believed that fighting evil gives it power, and instead, one should ignore it. The "White Brotherhood" movement he founded is composed of Bogomils who have returned to this world, but this time they will not be persecuted. They will spread love in the world and know how to accommodate those who oppose them. "The White Brotherhood" continues the tradition founded by Boyan the "Magician," and according to Dunov: "Whoever wants to learn about the life of the Bogomils should see the life of our brotherhood."

Dunov describes an unfamiliar facet of Bogomil life: they had an underground social network throughout Bulgaria. They met in forests and mountains at night, and the perfects lived in caves guarded by young men and would go out to spread the word. They lived in communities where work was a value and helping the weak was the norm, with the rich working

Case 1:24-cv-10884-JEK    Document 167-4    Filed 08/11/26    Page 28 of 44

alongside the poor. Additionally, they were vegetarians. The ordination in the Holy Spirit of the Bogomils is mirrored in the movement performed at the end of the Paneurhythmic Dance of the White Brotherhood, with hands placed on the head while saying the prayer "May the peace of God prevail."

It should be remembered that Bogomilism appeared against the background of the oppressive feudal society of the Middle Ages. Dunov's portrayal of an ideal society based on equality, mutual support, and composed of pure and holy people reflects this context. Some believe that the Bogomil ideas, which spread all over Europe, filled the continent with mystical brotherhoods and eventually contributed to the Renaissance.

read articles about – the White Brotherhood

## Bibliography

Butler, T. J. (2010). The bosnian bogomils or "krstjani". *Duh Bosne, 5*(2)

Feldthusen, E. W. In search of a missing link: THE BOGOMILS AND ZOROASTRIANISM.

Fichtenau, H. (2010). *Heretics and scholars in the high middle ages, 1000-1200* Penn State Press.

Frassetto, M. (2008). *The great medieval heretics: Five centuries of religious dissent* BlueBridge.

Lambert, M. D. (1998). *The cathars* Blackwell Oxford.

Obolensky, D. (2004). *The bogomils: A study in balkan neo-manichaeism* Cambridge University Press.

[1] The frustrated Tsar wrote to the Byzantine Church asking for

מדיניות קוקיס ותקנון

advice in dealing with heresy and received a reply from the scholar and monk Theophylact in 950. This reply detailed the beliefs of the Bogomils and later became an important document for understanding their teachings.

[2] The Bogomils spread to Serbia in the 12th century, but Stefan Nemanja, the first king of the historical Nemanja dynasty, persecuted and burned them. As a result, many emigrated to Bosnia, where they made contact with the independent Bosnian Church, which adopted their teachings.

*אגם חמישי שבעת האגמים הרי רילה בולגריה*

TAGS: BALKAN SPIRITUALITY (HTTPS://TARBUYOTOLAMI.COM/EN/ TAG/BALKAN-SPIRITUALITY/), BULGARIAN HISTORY (HTTPS:// TARBUYOTOLAMI.COM/EN/TAG/BULGARIAN-HISTORY/)

# Leave a Reply

מדיניות קוקיס ותקנון

# The Undefiled

Though the world is corrupt, but there are some people who try their best to keep their bodies' holy and pure at all times. It is not as if they are not sinners but they abstain from sins and put in their prime so that they will not defile their bodies. This group of people will walk with the Lord in white garment because they are worthy **Revelation 3: 4**. Do you belong to this category of people? If not, change today before the wrath of Him who can destroy the body and soul descends into your life because of your pollution **Matthew 10: 28**.

1 Corinthians 6:19-20 essentially states that Christians are not their own, as they were "bought at a price" by God, meaning their bodies belong to Him and should therefore be used to glorify Him in everything they do; essentially, their bodies are considered "temples of the Holy Spirit" and should be treated with reverence and respect. 🔗



ABOUT US     GET CONNECTED     LIVESTREAM

contempt for the riches of his kindness, forbearance and patience, not realizing that God's kindness is intended to lead you to repentance?

**Romans 2:1-4**

Rules for thee, not for me. Have you heard that clever rhyme before? It gets bandied about when people think those in authority make laws for others to follow but don't follow those laws themselves.

We might take the accusations against the UK Prime Minister Boris Johnson, for example. Allegedly, during COVID lockdown in the UK, he and members of his staff held parties, even though no one was supposed to have large gatherings. If true, it would appear Mr. Johnson was practicing, "Rules for thee, not for me."

The truth is we find this game easy to play, too. We condemn a sin. But when we find ourselves committing the same sin, we can somehow find all kinds of excuses to explain why it was okay for us to sin, when it is not okay for others. We have our reasons, and they are good reasons. No one else has a good reason to sin like that.

Take extramarital sex for example, that is, sex outside of God's design for it to be a gift for man and woman in marriage. When others do it, it's because they're giving into their sinful desires. When you do it, it's because you love each other and want to show that love even though you're not married.

Or cohabitation, that is, living together as though husband and wife even though you're not married. When God established marriage (Gen. 2), he intended that kind of companionship to be enjoyed by husband and wife, not by unmarried people. When others do it, it's because they're blatantly ignoring God's command. When you do it, you can come up with all kinds of reasons. Because you want to test out the marriage before committing. Because it makes financial sense. Because in your perspective this is the best solution.

One more example. Holding grudges. When others hold grudges against people who've hurt them, it's because they're being petty or unloving. They just need to let go and forgive. But when you hold a grudge, it's because that person deserves your wrath. They deserve to be punished.

There are two options then. Either accept that the sins of others may have valid excuses behind them. Or accept that there is no excuse for sin, either your sin or theirs, as God says through Paul.

> You, therefore, <u>have no excuse</u>, you who pass judgment on someone else, for at whatever point you judge another, you are condemning yourself, because you who pass judgment do the same things

**Romans 2:1**

Do Paul's words sting? They should. God accepts no excuse for sin. There is no good reason to break God's law. What guilt! What shame! For we hold ourselves up as moral paragons while condemning the actions of others, the same actions we ourselves do. "Rules for thee, not for me." What hypocrisy!

We realize, then, the complexity, the mire, the muck of sin. There are many times when it feels like we have no choice but to fulfill our sinful desires and to make every excuse for it. We try to treat sin as a simple yes or no question, but the truth is sin still clings to us so deeply we often can't even avoid it. "What a wretched man I am! Who will rescue me from this body that is subject to death?" (Romans 7:24).

Tune into Romans 2:4. "Or do you show contempt for the riches of his kindness, forbearance and patience, not realizing that God's kindness is intended to lead you to repentance?" We often don't see consequences for our sins immediately. Sometimes it takes many years. Sometimes there aren't any consequences.

But we should not take that to mean that what we're doing isn't sinful. God has told us what he considers sin. Instead, understand the reason for God's kindness, forbearance, and patience. He is kind, forbearing, and patience so that we may repent.

God wants us to repent of our sins. To give no excuse but to simply say, "I have offended the Holy God." He wants us to turn away from our sins. He invites us to turn to him for forgiveness of our guilt, our shame, our hypocrisy. If there were no hope for forgiveness, there'd be no need for his patience. But for the sake of his Son Jesus Christ who died to cover our guilt, shame, and hypocrisy, he patiently waits for us to come to him to be cleansed. "Thanks be to God, who delivers me through Jesus Christ our Lord!" (Romans 7:25).

## Subscribe

Sign up with your email address to receive this blog to your email.

Email Address

### SIGN UP

We respect your privacy.

⟨  The Divine Call                    Go for the Gold  ⟩

## CHURCH LOCATION + HOURS

4412 Legacy Drive
Plano, TX 75024

(469) 241-1270

M-F: 9:00 AM - 3:00 PM
Sundays: 8:00 AM - 12:00 PM



Ad

# Pfizer and the Vatican

Sources say Pope Francis met privately twice last year with Pfizer CEO Albert Bourla



Pfizer CEO Albert Bourla talks during a press conference with European Commission President after a visit to the Pfizer-BioNtech factory in Puurs, Belgium, April 23, 2021. (Photo: John Thys / Pool)

Edward Pentin  | Blogs | January 15, 2022

VATICAN CITY — The Register has learned that Pope Francis privately held undisclosed meetings with the CEO of Pfizer last year as questions arise over the efficacy of the vaccines in preventing transmission, which are now being mandated for all Vatican staff and visitors.

According to Vatican sources, the Holy Father twice met Pfizer CEO Albert

≡

Unlike most papal private audiences, these meetings were not announced by the Holy See Press Office, which did not respond to repeated requests to confirm the meetings.

A Pfizer spokesman said, "We can't confirm or deny as, per our policy, the movements of our executives are considered confidential."

Bourla's meetings with the Pope would not be the first such unannounced papal encounter in recent years. In November 2019, shortly before the COVID-19 health emergency began, the Pope privately received Melinda Gates. The meeting, well known in the Vatican, was not announced and has never been officially acknowledged.

Last May, Bourla took part in an online Vatican health conference titled



promoting vaccines produced by large pharmaceutical companies.



Other speakers at the meeting co-hosted by the Pontifical Council for Culture included Stephane Bancel, the CEO of Moderna, another large anti-COVID-19 vaccine producer, Dr. Anthony Fauci, President Joe Biden's chief medical officer, and Dr. Francis Collins, then director of the U.S. National Institutes of Health.

**First to Use Pfizer**

Vatican City State was one of the first authorities to administer vaccines after it signed a contract with Pfizer in late 2020 to exclusively offer its Pfizer-BioNTech pharmaceutical product to its staff. The first inoculations were rolled out in early 2021.

☰

A strong proponent of the vaccine in light of what it believes is a "continuation and worsening of the current health emergency," the Vatican has been mandating the Pfizer injection for all staff and visitors since Dec. 23.

From Jan. 31, triple vaccination (two doses plus the booster) will be required to enter Vatican territory. (Proof of recent recovery from COVID-19 can also gain admittance, and there are no requirements for public liturgies and general audiences.)



But the mandates have been imposed when effectiveness of all the COVID-19 vaccines at preventing spread of the disease is being questioned.

In December 2020, professor Andrea Arcangeli, director of the Vatican's Health and Hygiene Directorate, said the Vatican chose to use the Pfizer

≡

methods can be introduced after evaluating their effectiveness and full safety."

The 95% figure means that vaccinated people had a 95% lower risk of getting COVID-19 compared with the control group participants in trials, who weren't vaccinated. So in other words, Pfizer was telling the public that in its own clinical trial, vaccinated people were 20 times less likely than the control group to get COVID-19.

However, in a Jan. 10 interview with Yahoo News, Bourla acknowledged that the first two doses of the vaccine are now largely ineffective against the spread of the Omicron variant and that, although Omicron is "milder" than previous variants, because of the high infection rates, hospitalizations have been "going much higher in terms of severe disease, ICU occupation, etc."



"We know that the two doses of the vaccine have very limited protection, if any," Bourla told Yahoo News. "The three doses, with the booster, offer reasonable protection against hospitalization and death."

## Cases Continue Despite Vaccination

Despite the original 95% effectivity rate against the earlier variants that prompted the Vatican to sign a contract with Pfizer, Vatican personnel have been continuing to contract COVID-19 in the Vatican over the past year despite being double- or triple-vaccinated. The latest case is that of Bishop Brian Farrell, secretary of the Pontifical Council for Promoting Christian Unity, who is currently infected with COVID-19 despite having received the booster shot.


Vatican sources have also told the Register that as many as 14 Swiss Guards contracted COVID-19 in the second half of last year but the cases were never reported. All of them had had two Pfizer doses but almost no symptoms.

The Vatican has reported no cases of hospitalizations or deaths since the vaccine rollout, and throughout the pandemic, no COVID-19 deaths have been reported in Vatican City.

However, since the vaccine program began in early 2021, the Holy See Press Office has ceased reporting new cases of COVID-19, in contrast to 2020, when it regularly announced if any personnel or residents had been tested positive for the virus.

The last reported Vatican staff to be infected were Cardinal Giuseppe Bertello, then the president of Vatican City State, and the papal almoner, Cardinal Konrad Krajewski, in December 2020. Both survived the disease.

Despite concerns about the Pfizer vaccine being tainted by abortion, Vatican Secretary of State Cardinal Pietro Parolin appeared this week to rule out any conscience exemption right.

He told the Register that Vatican employees seeking an exemption because they oppose the vaccine's link to abortion "seems not to be justified" as the Pfizer product was only tested rather than produced using the cell lines derived from abortion.

The Pfizer-BioNTech vaccine has also caused adverse side effects including heart ailments and blood clotting especially in younger recipients, with some causing death. The U.S. Centers for Disease Control and Prevention insists these "reports are rare and the known and potential benefits of COVID-19 vaccination outweigh the known and potential risks [of these side effects]."

Thousands of these and other cases have nevertheless been reported on



   

CONGREGATION FOR THE DOCTRINE OF THE FAITH

## Note on the morality of using some anti-Covid-19 vaccines

The question of the use of vaccines, in general, is often at the center of controversy in the forum of public opinion. In recent months, this Congregation has received several requests for guidance regarding the use of vaccines against the SARS-CoV-2 virus that causes Covid-19, which, in the course of research and production, employed cell lines drawn from tissue obtained from two abortions that occurred in the last century. At the same time, diverse and sometimes conflicting pronouncements in the mass media by bishops, Catholic associations, and experts have raised questions about the morality of the use of these vaccines.

There is already an important pronouncement of the Pontifical Academy for Life on this issue, entitled "Moral reflections on vaccines prepared from cells derived from aborted human fetuses" (5 June 2005). Further, this Congregation expressed itself on the matter with the Instruction *Dignitas Personae* (September 8, 2008, cf. nn. 34 and 35). In 2017, the Pontifical Academy for Life returned to the topic with a Note. These documents already offer some general directive criteria.

Since the first vaccines against Covid-19 are already available for distribution and administration in various countries, this Congregation desires to offer some indications for clarification of this matter. We do not intend to judge the safety and efficacy of these vaccines, although ethically relevant and necessary, as this evaluation is the responsibility of biomedical researchers and drug agencies. Here, our objective is only to consider the moral aspects of the use of the vaccines against Covid-19 that have been developed from cell lines derived from tissues obtained from two fetuses that were not spontaneously aborted.

1. As the Instruction *Dignitas Personae* states, in cases where cells from aborted fetuses are employed to create cell lines for use in scientific research, "there exist differing degrees of responsibility"[1] of cooperation in evil. For example,"in organizations where cell lines of illicit origin are being utilized, the responsibility of those who make the decision to use them is not the same as that of those who have no voice in such a decision".[2]

2. In this sense, when ethically irreproachable Covid-19 vaccines are not available (e.g. in countries where vaccines without ethical problems are not made available to physicians and patients, or where their distribution is more difficult due to special storage and transport conditions, or when various types of vaccines are distributed in the same country but health authorities do not allow citizens to choose the vaccine with which to be inoculated) *it is morally acceptable to receive Covid-19 vaccines that have used cell lines from aborted fetuses in their research and production process.*

3. The fundamental reason for considering the use of these vaccines morally licit is that the kind of cooperation in evil (*passive material cooperation*) in the procured abortion from which these cell lines originate is, on the part of those making use of the resulting vaccines, *remote*. The moral duty to avoid such passive material cooperation is not obligatory if there is a grave danger, such as the otherwise uncontainable spread of a serious pathological agent[3]--in this case, the pandemic spread of the SARS-CoV-2 virus that causes Covid-19. It must therefore be considered that, in such a case, all vaccinations recognized as clinically safe and effective can be used in good conscience with *the certain knowledge that the use of such vaccines does not constitute formal cooperation with the abortion* from which the cells used in production of the vaccines derive. It should be emphasized, however, that the morally licit use of these types of vaccines, in the particular conditions that make it so, does not in itself constitute a legitimation, even indirect, of the practice of abortion, and necessarily assumes the opposition to this practice by those who make use of these vaccines.

4. In fact, the licit use of such vaccines does not and should not in any way imply that there is a moral endorsement of the use of cell lines proceeding from aborted fetuses.[4] Both pharmaceutical companies and governmental health agencies are therefore encouraged *to produce, approve, distribute and offer ethically acceptable vaccines that do not create problems of conscience* for either health care providers or the people to be vaccinated.

5. At the same time, practical reason makes evident that vaccination is not, as a rule, a moral obligation and that, therefore, it must be voluntary. In any case, from the ethical point of view, *the morality of vaccination depends not only on the duty to protect one's own health, but also on the duty to pursue the common good.* In the absence of other means to stop or even prevent the epidemic, the common good may recommend vaccination, especially to protect the weakest and most exposed. Those who, however, for reasons of conscience, refuse vaccines produced with cell lines from aborted fetuses, must do their utmost to avoid, by other prophylactic means and appropriate behavior, becoming vehicles for the transmission of the infectious agent. In particular, they must avoid any risk to the

health of those who cannot be vaccinated for medical or other reasons, and who are the most vulnerable.

6. Finally, there is also a moral imperative for the pharmaceutical industry, governments and international organizations *to ensure that vaccines, which are effective and safe from a medical point of view, as well as ethically acceptable, are also accessible to the poorest countries in a manner that is not costly for them.* The lack of access to vaccines, otherwise, would become another sign of discrimination and injustice that condemns poor countries to continue living in health, economic and social poverty.[5]

*The Sovereign Pontiff Francis, at the Audience granted to the undersigned Prefect of the Congregation for the Doctrine of the Faith, on 17 December 2020, examined the present Note and ordered its publication.*

Rome, from the Offices of the Congregation for the Doctrine of the Faith, on 21 December 2020, Liturgical Memorial of Saint Peter Canisius.

<div align="center">

Luis F. Card. Ladaria, S.I.

*Prefect*

+ S.E. Mons. Giacomo Morandi

*Titular Archbishop of Cerveteri*

*Secretary*

</div>

[1] Congregation for the Doctrine of the Faith, Instruction *Dignitas Personae* (8 th December 2008), n. 35; *AAS* (100), 884.

[2] *Ibid*, 885.

[3] Cfr. Pontifical Academy for Life, "Moral reflections on vaccines prepared from cells derived from aborted human foetuses", 5th June 2005.

[4] Congregation for the Doctrine of the Faith, Instruct. *Dignitas Personae*, n. 35: "When the illicit action is endorsed by the laws which regulate healthcare and scientific research, it is necessary to distance oneself from the evil aspects of that system in order not to give the impression of a certain toleration or tacit acceptance of actions which are gravely unjust. Any appearance of acceptance would in fact contribute to the growing indifference to, if not the approval of, such actions in certain medical and political circles".

[5] Cfr. Francis, *Address to the members of the "Banco Farmaceutico" foundation*, 19 September 2020.

Case 1:24-cv-10884-JEK   Document 167-4   Filed 08/11/26   Page 43 of 44

Hey, there! Log in / Register



Neighborhoods | Crime | The T | Development | Fire | Boston English | Boston Answers

*Home* » *Boston* » *Brighton*

## Boston College asserts it had a religious-freedom right to make employees get Covid-19 shots

By adamg on *Wed, 11/27/2024 - 2:48pm*

Boston College is fighting back against a worker who's suing it for disregarding what he claims is his religious right to not get a Covid-19 shot in a way that other organizations facing similar suits cannot: It argues it has its own religious rights under the First Amendment to require workers to get vaccinated.

In April, Avenir Agaj, who worked as a landscaper, sued BC in US District Court in Boston, arguing his 2021 firing violated his rights as a follower of Bogomil, a 10th-century gnostic Bulgarian breakaway from mainstream Christianity whose sacred texts were destroyed as heresies by both Catholic and Orthodox leaders but which he says bar him from ingesting "filth," such as vaccines.

In a response filed yesterday to his suit, Boston College argues that, as a Catholic institution, its demand that workers get vaccinated against Covid-19 or lose their jobs, was an exercise of its own religious rights under the First Amendment, in this case, because of a mandate by Pope Francis for Catholics to be vaccinated:

> Boston College is a Jesuit, Catholic institution. On December 17, 2020, Pope Francis, the head of the Catholic Church, ordered publication of a Note regarding vaccination in response to COVID-19. Ultimately issued by the Vatican on December 21, 2020, the Note referred to vaccination for COVID-19 and the "duty to protect one's own health but also... the duty to preserve the common good" against the "grave danger" of the "otherwise uncontainable spread of a serious pathological agent..." Boston College's vaccination policy adhered to and was informed by Church teaching on this subject.

Case 1:24-cv-10884-JEK    Document 167-4    Filed 08/11/26    Page 44 of 44

*In issuing and acting on its vaccination policy, Boston College was engaged in the free exercise of its religious beliefs.*

BC also argues that his initial application for a religious exemption did not even specify which religion he was an adherent of, let alone which of its specific tenets prohibited him from getting vaccinated, but that, in any case, it had more secular reasons for firing him - similar to those argued by government agencies and hospitals that have faced similar suits: BC says it had no way to provide a "reasonable accommodation" that would let Agaj stay employed, that in fact, granting his request would create "undue hardship." The filing does not detail just what sort of hardship the school would have faced.

The answer also implies BC has somehow obtained a detailed understanding of Bogomil beliefs:

*If Plaintiff had a sincerely held religious belief, or routinely followed a sincerely-held religious practice, which Boston College denies, Boston College's vaccination requirement was not in conflict with plaintiff's religious belief or religious practice.*

Earlier this month, a federal judge concluded that Agaj's follow-up to BC's denial of his exemption request did have just enough details of his beliefs to warrant letting him continue his case, if not enough to grant him victory and damages before trial:

*Agaj has made a prima facie showing that his bona fide religious beliefs and practice were the reason for the adverse employment action against him. Boston College's motion to dismiss will, accordingly, be denied as to Agaj's religious discrimination claims.*

**Neighborhoods:**   Brighton   Newton

**Topics:**   Religion   Work

**Free tagging:**   Covid-19   Lawsuits   Boston College

FACEBOOK        TWITTER        EMAIL        PRINT

Reply

Ad: