# EXHIBIT   5

 Gmail

Avenir Agaj <agaja@bc.edu>

---

## CRITICAL: Vaccine Record Incomplete

---

**David P. Trainor, Vice President, Human Resources** <donotreply@bc.edu>    Fri, Aug 13, 17:05
To: <agaja@bc.edu>

Dear Colleague:

Boston College implemented a requirement that as of close of business on August 13, 2021 all faculty and staff must show proof of being fully vaccinated against COVID-19. This requirement is a condition of continued employment.

As of close of business today (August 13, 2021), you have failed to upload proof of a vaccine. As such, effective August 14, 2021, you are NOT authorized to access BC's campus or your work space. Your respective vice president or dean has been informed that you have failed to comply with the University's requirement as of this time.

Human Resources will be in contact with you directly during the week of August 16, 2021 to determine next steps. In the meantime, you are not to come to campus. If you have any questions or believe this email was sent to you in error, please email hr@bc.edu.

Thank you for your attention to this important matter.

David P. Trainor
[Quoted text hidden]

 Gmail

## COVID-19 Vaccination Exemption Denial

**David Trainor** <trainodc@bc.edu>                                                                       Fri, Aug 6, 10:28
To: David Trainor <david.trainor@bc.edu>

Dear Colleague:

Boston College has an obligation to help safeguard the health and safety of the entire Boston College community during the current Covid-19 pandemic, which has profoundly affected our community. In order to help fulfill this obligation, the University has imposed a vaccination requirement on all employees and students who intend to be on campus for the fall semester. The University did so after careful consideration of alternatives, and consideration of the consequences of opening up the campus to unvaccinated individuals. As you are aware, the University permitted employees to request exemption from the vaccination requirement for bona fide religious and medical reasons. The University reviewed all requests for exemption. Denials of exemption were based on a number of factors, including inadequate information or explanation of the basis for the request, and the undue hardship that would follow from permitting unvaccinated faculty and staff on campus, with potentially serious health consequences for all members of the Boston College community.

As you know from previous communications, Boston College denied your request for an exemption from the vaccination requirement. We urge you to join the many thousands of your colleagues at Boston College who have chosen to be vaccinated.

If you choose to be vaccinated, the current deadline to upload proof of your vaccination is Friday, August 13, 2021. If you have had one dose of a two-dose vaccination regimen by August 13, 2021, please upload proof of that first dose by August 13 and please inform us of the date for the second dose. We want to work with all those who choose to be vaccinated close to the August 13 deadline.

If you do not upload proof of your vaccination by August 13, you will not be permitted on campus after the 13th. In that event, we will contact you during the week of August 16 concerning your status.

Thank you.

[Quoted text hidden]

## BOSTON COLLEGE

**Avenir Agaj <agaja@bc.edu>**

---

# Vaccine Tracking Reminder
1 message

---

**David P. Trainor, Vice President, Human Resources** <donotreply@bc.edu>          Wed, Jun 9, 2021 at 1:02 PM
To: agaja@bc.edu

Dear Colleagues,

You are receiving this email because our records indicate that you have not uploaded your vaccine record into PeopleSoft.  To date, 49% of the Boston College faculty and staff population have successfully uploaded their CDC Vaccination Card.

Please follow the steps below to let us know when you have received a full vaccine dose.

1. Login to the Agora Portal
2. Click the "PeopleSoft Human Resources Services" link located in the "Human Resources" section
3. Confirm your identity through BC's 2-Step Verification process.
   a. To login to Peoplesoft Human Resources while off campus, you will need to connect to a BC VPN and confirm your identity through BC's 2-step Verification
4. From the Main Menu select Self Service then Personal Information and select Update COVID-19 Record
5. Enter the date of your completed COVID vaccination in the date prompt, click the Add Attachment button and upload your CDC COVID-19 Vaccination Record Card.
   a. Your vaccination date will appear on the page. Click Save to submit your record.
6. If you have tested positive for COVID-19, please include your positive test date under the COVID-19 Testing Record tab
7. If you have any questions, please reach out to HR@bc.edu

Exemptions will be granted for legitimate religious and medical reasons. To request an exemption, please fill out the COVID-19 Vaccination Exemption Form which can be found on the Office for Institutional Diversity website.

Thank you,

David Trainor
Vice President, Human Resources



**Avenir Agaj <agaja@bc.edu>**

---

## Vaccine Tracking Reminder
1 message

---

**David P. Trainor, Vice President, Human Resources** <donotreply@bc.edu>　　　　Wed, Jun 16, 2021 at 2:24 PM
To: agaja@bc.edu

Dear Colleagues,

You are receiving this email because our records indicate that you have not uploaded your vaccine record into PeopleSoft. To date, **61%** of the Boston College faculty and staff population have successfully uploaded their CDC Vaccination Card.

Please follow the steps below to let us know when you have received a full vaccine dose.

1. Login to the Agora Portal
2. Click the "PeopleSoft Human Resources Services" link located in the "Human Resources" section
3. Confirm your identity through BC's 2-Step Verification process
   a. To login to Peoplesoft Human Resources while off campus, you will need to connect to a BC VPN and confirm your identity through BC's 2-step Verification
4. From the Main Menu select Self Service then Personal Information and select Update COVID-19 Record
5. Enter the date of your completed COVID vaccination in the date prompt, click the Add Attachment button and upload your CDC COVID-19 Vaccination Record Card.
   a. Your vaccination date will appear on the page. Click Save to submit your record.
6. If you have tested positive for COVID-19, please include your positive test date under the COVID-19 Testing Record tab
7. If you have any questions, please reach out to HR@bc.edu

Exemptions will be granted for legitimate religious and medical reasons. To request an exemption, please fill out the COVID-19 Vaccination Exemption Form which can be found on the Office for Institutional Diversity website.

Thank you,

David Trainor
Vice President, Human Resources

# BOSTON COLLEGE

**Avenir Agaj <agaja@bc.edu>**

## Vaccine Tracking Reminder

1 message

---

**David P. Trainor, Vice President, Human Resources** <donotreply@bc.edu>      Thu, Jun 24, 2021 at 9:09 AM
To: agaja@bc.edu

---

Dear Colleagues,

You are receiving this email because our records indicate that you have not uploaded your vaccine record into PeopleSoft.  In an effort to assist you in planning your effort to comply with the University's requirement that faculty and staff be fully vaccinated by August 13th, please note that you must receive the first dose (or single dose in the case of Janssen) of the vaccine by the following dates:

| | |
|---|---|
| Moderna: | 7/2/2021 |
| Pfizer: | 7/9/2021 |
| Janssen: | 7/30/2021 |

Please follow the steps below to let us know when you have received a full vaccine dose.

1. Login to the Agora Portal
2. Click the "PeopleSoft Human Resources Services" link located in the "Human Resources" section
3. Confirm your identity through BC's 2-Step Verification process
   a. To login to Peoplesoft Human Resources while off campus, you will need to connect to a BC VPN and confirm your identity through BC's 2-step Verification
4. From the "Main Menu" select "Self Service" then "Personal Information" and select "Update COVID-19 Record"
5. Enter the date of your completed COVID vaccination in the date prompt, click the "Add Attachment" button and upload your CDC COVID-19 Vaccination Record Card.
   a. Your vaccination date will appear on the page. Click "Save" to submit your record.
6. If you have tested positive for COVID-19, please include your positive test date under the COVID-19 Testing Record tab
7. If you have any questions, please reach out to HR@bc.edu

Exemptions will be granted for legitimate religious and medical reasons. To request an exemption, please fill out the COVID-19 Vaccination Exemption Form which can be found on the Office for Institutional Diversity website.

Thank you,

David Trainor
Vice President, Human Resources

# BOSTON COLLEGE

Avenir Agaj <agaja@bc.edu>

---

## Re: Vaccine Tracking Reminder

1 message

---

**Avenir Agaj** <agaja@bc.edu>
To: "David P. Trainor, Vice President, Human Resources" <donotreply@bc.edu>

Fri, Jun 25, 2021 at 6:08 AM

On Thu, Jun 24, 2021 at 09:09, David P. Trainor, Vice President, Human Resources <donotreply@bc.edu> wrote:

Dear Colleagues,

You are receiving this email because our records indicate that you have not uploaded your vaccine record into PeopleSoft. In an effort to assist you in planning your effort to comply with the University's requirement that faculty and staff be fully vaccinated by August 13th, please note that you must receive the first dose (or single dose in the case of Janssen) of the vaccine by the following dates:

Moderna: 7/2/2021
Pfizer: 7/9/2021
Janssen: 7/30/2021

Please follow the steps below to let us know when you have received a full vaccine dose.

1. Login to the Agora Portal
2. Click the "PeopleSoft Human Resources Services" link located in the "Human Resources" section
3. Confirm your identity through BC's 2-Step Verification process
    a. To login to Peoplesoft Human Resources while off campus, you will need to connect to a BC VPN and confirm your identity through BC's 2-step Verification
4. From the "Main Menu" select "Self Service" then "Personal Information" and select "Update COVID-19 Record"
5. Enter the date of your completed COVID vaccination in the date prompt, click the "Add Attachment" button and upload your CDC COVID-19 Vaccination Record Card.
    a. Your vaccination date will appear on the page. Click "Save" to submit your record.
6. If you have tested positive for COVID-19, please include your positive test date under the COVID-19 Testing Record tab
7. If you have any questions, please reach out to HR@bc.edu

Exemptions will be granted for legitimate religious and medical reasons. To request an exemption, please fill out the COVID-19 Vaccination Exemption Form which can be found on the Office for Institutional Diversity website.

Thank you,

David Trainor
Vice President, Human Resources

Good Morning Mr Vice President
I Did fill out the form as requested for an exemption but you are requiring me to proove my reasons for it.Please grant me the exemption for the vaccine. Best regards Avenir Agaj

# BOSTON COLLEGE

Avenir Agaj <agaja@bc.edu>

---

## Re: Vaccine Tracking Reminder

1 message

---

**Avenir Agaj** <agaja@bc.edu>            Wed, Jun 30, 2021 at 4:12 PM
To: "David P. Trainor, Vice President, Human Resources" <donotreply@bc.edu>

Hi Mr Vice President David Trainor
May i also remind you of my opposition to mandatory vaccination, Please dont send me reminders about vaccination , i can say that i made it fairly clear on the last e- mail my opposition on the matter.My freedom and my health are above any job. Best regards Avenir Agaj , for the record here is a copy of the form of vaccine exemption.
On Wed, Jun 30, 2021 at 09:43, David P. Trainor, Vice President, Human Resources <donotreply@bc.edu> wrote:

Dear Colleagues,

You are receiving this email because our records indicate that you have not uploaded your vaccine record into PeopleSoft. In an effort to assist you in planning your effort to comply with the University's requirement that faculty and staff be fully vaccinated by August 13th, please note that you must receive the first dose (or single dose in the case of Janssen) of the vaccine by the following dates:

| | |
|---|---|
| Moderna: | 7/2/2021 |
| Pfizer: | 7/9/2021 |
| Janssen: | 7/30/2021 |

Please follow the steps below to let us know when you have received a full vaccine dose.

1. Login to the Agora Portal
2. Click the "PeopleSoft Human Resources Services" link located in the "Human Resources" section
3. Confirm your identity through BC's 2-Step Verification process
    a. To login to Peoplesoft Human Resources while off campus, you will need to connect to a BC VPN and confirm your identity through BC's 2-step Verification
4. From the "Main Menu" select "Self Service" then "Personal Information" and select "Update COVID-19 Record"
5. Enter the date of your completed COVID vaccination in the date prompt, click the "Add Attachment" button and upload your CDC COVID-19 Vaccination Record Card.
    a. Your vaccination date will appear on the page. Click "Save" to submit your record.
6. If you have tested positive for COVID-19, please include your positive test date under the "COVID-19 Testing Record" tab
7. If you have any questions, please reach out to HR@bc.edu

Exemptions will be granted for legitimate religious and medical reasons. To request an exemption, please fill out the COVID-19 Vaccination Exemption Form which can be found on the Office for Institutional Diversity website.

Thank you,

David Trainor
Vice President, Human Resources

---

📄 **COVID-19_Vaccination_Exemption_Request_Form.pdf**

# BOSTON COLLEGE

Avenir Agaj <agaja@bc.edu>

---

## Vaccination Upload Incomplete

1 message

---

**David P. Trainor, Vice President, Human Resources** <donotreply@bc.edu>      Wed, Jul 7, 2021 at 11:46 AM
To: agaja@bc.edu

Dear Colleagues,

You are receiving this email because our records indicate that you have not uploaded your vaccine record into PeopleSoft. *Being fully vaccinated by August 13th is a condition of employment and required in order to return to campus this fall.*

In an effort to assist you in planning your effort to comply with the University's requirement, please note that you must have received the first dose (or single dose in the case of Janssen) of the vaccine by the following dates:

> Moderna: 7/2/2021
> Pfizer: 7/9/2021
> Janssen: 7/30/2021

Please follow the steps below to let us know when you have received a full vaccine dose.

1. Login to the Agora Portal
2. Click the "PeopleSoft Human Resources Services" link located in the "Human Resources" section
3. Confirm your identity through BC's 2-Step Verification process
   a. To login to Peoplesoft Human Resources while off campus, you will need to connect to a BC VPN and confirm your identity through BC's 2-step Verification
4. From the "Main Menu" select "Self Service" then "Personal Information" and select "Update COVID-19 Record"
5. Enter the date of your completed COVID vaccination in the date prompt, click the "Add Attachment" button and upload your CDC COVID-19 Vaccination Record Card.
   a. Your vaccination date will appear on the page. Click "Save" to submit your record.
6. If you have tested positive for COVID-19, please include your positive test date under the "COVID-19 Testing Record" tab
7. If you have any questions, please reach out to HR@bc.edu

Exemptions will be granted for legitimate religious and medical reasons. To request an exemption, please fill out the COVID-19 Vaccination Exemption Form which can be found on the Office for Institutional Diversity website.

Thank you,

David Trainor, Vice President, Human Resources

# BOSTON COLLEGE

**Avenir Agaj <agaja@bc.edu>**

## Vaccination Upload Incomplete

1 message

**David P. Trainor, Vice President, Human Resources** <donotreply@bc.edu>
To: agaja@bc.edu

Wed, Jul 14, 2021 at 2:12 PM

Dear Colleagues,

You are receiving this email because our records indicate that you have not uploaded your vaccine record into PeopleSoft. *Being fully vaccinated by August 13th is a condition of employment and required in order to return to campus this fall.*

In order to assist you in planning your effort to comply with the University's requirement, please note that you must have received the first dose (or single dose in the case of Janssen) of the vaccine by the following dates:

| | |
|---|---|
| Moderna: | 7/2/2021 |
| Pfizer: | 7/9/2021 |
| Janssen: | 7/30/2021 |

Please follow the steps below to let us know when you have received a full vaccine dose. If you prefer to text or email your card directly to hr@bc.edu, HR will upload your card for you.

1. Login to the Agora Portal
2. Click the "PeopleSoft Human Resources Services" link located in the "Human Resources" section
3. Confirm your identity through BC's 2-Step Verification process
   a. To login to Peoplesoft Human Resources while off campus, you will need to connect to a BC VPN and confirm your identity through BC's 2-step Verification
4. From the "Main Menu" select "Self Service" then "Personal Information" and select "Update COVID-19 Record"
5. Enter the date of your completed COVID vaccination in the date prompt, click the "Add Attachment" button and upload your CDC COVID-19 Vaccination Record Card.
   a. Your vaccination date will appear on the page. Click "Save" to submit your record.
6. If you have tested positive for COVID-19, please include your positive test date under the "COVID-19 Testing Record" tab
7. If you have any questions, please reach out to HR@bc.edu

Exemptions will be granted for legitimate religious and medical reasons. The deadline for all exemption requests is August 1st. To request an exemption, please fill out the COVID-19 Vaccination Exemption Form which can be found on the Office for Institutional Diversity website.

Thank you,

David Trainor, Vice President, Human Resources

# BOSTON COLLEGE

Avenir Agaj <agaja@bc.edu>

## CRITICAL: Condition of Employment
1 message

**David P. Trainor, Vice President, Human Resources** <donotreply@bc.edu>      Wed, Jul 28, 2021 at 2:11 PM
To: agaja@bc.edu

Dear Colleagues,

You are receiving this email because our records indicate that you have not uploaded your vaccine record into PeopleSoft. *Being fully vaccinated by August 13th is a condition of employment and required in order to return to campus this fall.*

Once completed, please text or email your CDC vaccination card directly to hr@bc.edu and HR will upload your card for you. If you prefer to upload it to PeopleSoft, you can find the instructions here.

In an effort to assist you in planning your effort to comply with the University's requirement, please note that you must have received the first dose (or single dose in the case of Janssen) of the vaccine by the following dates:

> Moderna:    7/2/2021
> Pfizer:       7/9/2021
> Janssen:    7/30/2021

Exemptions will be granted for legitimate religious and medical reasons. The deadline for all exemption requests is August 1st. To request an exemption, please fill out the COVID-19 Vaccination Exemption Form which can be found on the Office for Institutional Diversity website.

As a reminder, anyone who is not fully vaccinated must wear a mask and maintain physical distance from others on campus.

Thank you,

David Trainor, Vice President, Human Resources

BOSTON
COLLEGE                                                     Avenir Agaj <agaja@bc.edu>

---

## *Time Sensitive*: Additional COVID Test Required

1 message

---

**Dr. Douglas Comeau, Director, University Health Services and Primary Care Sports Medicine**     Mon, Aug 2, 2021 at
<donotreply@bc.edu>                                                                               11:13 AM
To: avenir.agaj@bc.edu



# BOSTON COLLEGE

Dear Avenir Agaj,

The University is currently conducting limited asymptomatic surveillance COVID-19 testing
and you have been selected for required testing.

*Please report to the main entrance of the Margot Connell Recreation Center (next to
Walsh Hall) anytime Tuesday, August 3 (1:00 p.m. - 4:00 p.m.) or Wednesday, August 4
(6:30 a.m. - 12:30 p.m.).*

You are free to walk-in at your convenience during the hours outlined above.

**BEFORE YOU ARRIVE**
Complete the BC Daily Symptom Check.

**IF NOT CLEARED FOR ACCESS**
If you are experiencing any of the common COVID-19 symptoms as outlined by the
CDC and contained in the Eagles Care Pledge, and BC Daily Symptom Check,
**STAY HOME**:

- Students: **STAY HOME** and contact your primary care physician or University
  Health Services **IMMEDIATELY** (617-552-3225) to report symptoms and to
  seek guidance with regard to prompt COVID-19 evaluation.
- Faculty and Staff: **STAY HOME**, contact your primary care physician, and call
  your supervisor.

**IF CLEARED FOR ACCESS**

- When checking in, show BC Daily Symptom Check screen with your unique
  confirmation code:
  - **Avenir Agaj**
  - **B-ST0801-00129**

2. Click the "PeopleSoft Human Resources Services" link located in the "My Services" section

3. Confirm your identity through BC's 2-Step Verification process.

> a. To login to Peoplesoft Human Resources while off campus, you will need to connect to a <u>BC VPN</u> and confirm your identity through <u>BC's 2-step Verification</u>

4. From the "Main Menu" select "Self Service" then "Personal Information" and select "Update COVID-19 Record"

5. Follow the instructions on the page and click "Save" to submit your COVID-19 Immunization Record. You will be asked to upload your CDC COVID-19 Vaccination Record Card to submit your form.

6. If you have tested positive for COVID-19, please include your positive test date under the "COVID-19 Testing Record" tab

7. If you have any questions, please reach out to HR@bc.edu

--------------------------------------
Chris Laflamme
Manager, Human Resources
Facilities Business Service Center, Boston College
(617) 552-0325
fax (617) 830-8305

## INVESTIGATIVE DISPOSITION

Case Name:              Avenir Agaj v. Boston College
MCAD Docket No.:        21BEM01863
EEOC Docket No.:        16C-2021-01642
No. of Employees:       25+
Investigator:           María F. Sánchez, Compliance Officer
Recommendation:         **Lack of Probable Cause**

---

Introduction

On September 29, 2021, Complainant filed a complaint with the Commission alleging that Respondent, Boston College, discriminated against him on the basis of Creed in violation of M.G.L. c. 151B, Section 4, Paragraphs 1, 1A and Title VII of the Civil Rights Act of 1964.

Complainant's Allegations

Complainant alleges the following. Complainant identifies his religion as Bogomils. On October 19, 2020, Respondent hired Complainant as a Landscaper. In July 2021, David Trainer ("Trainer"), Respondent's Vice President of Human Resources, emailed all staff notifying them that the COVID-19 vaccine was mandatory for all employees and a condition of their employment. On June 23, 2021, Complainant submitted a vaccination exemption form citing his medical practice of ethnobotany and religious beliefs as reasons for not receiving the vaccine. That same day, Complainant received an email from Respondent's Officer for Institutional Diversity of Human Resources, Patricia Lowe ("Lowe"), asking Complainant to provide additional documentation from a religious leader and a healthcare provider supporting his exemption requests. Complainant replied that he did not have access to such documents.

On August 6, 2021, Trainer emailed Complainant informing him that his vaccination exemption request was denied. Trainer stated that part of the reason for the denial was Complainant's inadequate explanation of the basis for his request and that an undue hardship would be posed upon Respondent by allowing Complainant to be unvaccinated. Trainer's message informed Complainant that if he chose to be vaccinated, Complainant needed to submit proof of vaccination by August 13, 2021; and if Complainant failed to provide proof of vaccination he would no longer be permitted on campus. Complainant did not get vaccinated. On August 13, 2021, Trainer emailed Complainant, this time to inform him that as of August 14, 2021, Complainant was no longer allowed to access campus for failing to comply with the vaccine requirements. On August 31, 2021, Complainant's employment was terminated. Complainant believes his accommodation was denied based on his religious creed and medicinal practices.

Respondent's Position

Respondent denies discriminating against Complainant and asserts the following. Boston College ("Respondent" or "the College"), is a private higher education institution. On October 8, 2020, Respondent hired Complainant as a Landscaper III. Complainant's job mainly consisted of duties within Respondent's Landscape Services, including mowing, raking, weeding, setting up tables, and cleaning up after games and events. In his role, Complainant was in constant contact with

Avenir Agaj v. Boston College
21BEM01863                                    1

other employees within Landscape Services, was in contact with students who worked with the landscape crew during the summer and came into contact with the larger Boston College community on a daily basis.

In the Spring of 2021, the College determined that all students, faculty, and staff who were in-person in the upcoming Fall 2021 semester must be vaccinated. Respondent notified employees of the vaccination requirements and offered further resources for employees who wanted to request exemptions based on medical or religious reasons. On June 23, 2021, Complainant completed and emailed his exemption request form indicating that vaccination could have adverse effects on his immune system and that the required vaccination went against his religious beliefs. Complainant's request did not include any documentation or explanations. On the same day, the Office for Institutional Diversity requested that Complainant provide documentation supporting his exemption requests.

On June 24, 2021, Lowe emailed Complainant informing him that Respondent did not have enough documentation to decide on his request and asked that he submit additional information. On June 26, 2021, Respondent emailed Complainant once again asking him to submit supporting documentation within five days of receipt of the email. Complainant did not provide any supporting documentation and his request for exemption was denied on July 8, 2021. On July 26, 2021, Complainant submitted a new request for exemption stating that the vaccine posed a health risk for healthy people and that his Bogomils faith forbid him from taking anything that could put his physical and spiritual health at risk. Complainant once again failed to submit any supporting documentation. On August 6, 2021, with the College's deadline for submitting proof of vaccination approaching, Complainant was sent an email urging him to become vaccinated. Complainant did not become vaccinated. On August 19, 2021, Complainant was notified that Respondent terminated his employment for failure to comply with the College's vaccination requirement.

Summary of Investigation and Analysis

*Religious Accommodation*
To establish a prima facie case of discrimination based on Respondent's failure to accommodate his religious practice, Complainant must show that: (1) he had sincerely held religious beliefs that required him to follow, or refrain from, a certain practice; (2) he informed Respondent of his sincerely held religious beliefs or practice; and (3) Respondent refused to accommodate Complainant's sincerely held religious beliefs or practice. If Complainant proves his prima facie case, Respondent must then establish that it could not accommodate Complainant without incurring an undue hardship.

Complainant alleges that he had a sincerely held belief based in the Bogomils faith that required him to refrain from receiving the COVID-19 vaccination. On April 23, 2021, Respondent announced a mandatory COVID-19 vaccination policy that required all employees to become vaccinated by August 6, 2021. It is undisputed that Complainant informed Respondent that his beliefs conflicted with this policy when he requested a religious exemption on June 23, 2021. It is undisputed that Respondent denied Complainant's request to be exempted from the vaccine requirement.

Avenir Agaj v. Boston College
21BEM01863                                    2

Investigation reveals evidence of an interactive dialogue. Both parties provided contemporaneous documentation and correspondence related to Complainant's religious exemption from June 2021 through October 2021, including Complainant's religious accommodation request. In reviewing a copy of Complainant's religious accommodation request, Complainant indicated, "I would have an adverse effect on my immune system on medium and long term not to mention immediate side effects. It goes against my religius [sic] believes faith healing. As long as indemnity for vaccines is in place, I don't feel safe having one. Please me exemption for the reasons stated above. Respect my rights." It is undisputed that the parties participated in an interactive dialogue regarding Complainant's request from June 23, 2021, through July 29, 2021, when Respondent provided Complainant with additional opportunities to supplement his religious exemption request with supporting documentation to support Complainant's religious objection to receiving the COVID-19 vaccination. Further review of email correspondence between Complainant and Respondent's Office for Institutional Diversity shows that once Complainant was asked to provide additional information regarding his religiously held beliefs, he indicated that he viewed such requests as ultimatums and that he would take further actions against Respondent if his exemption request was denied. Investigation reveals that once Complainant's exemption was denied on July 8, 2021, Complainant resubmitted an exemption request, this time noting that he used ethnobotany, that he identified as a Bogomil, and his spiritual beliefs forbade him from "taking anything that risks my health and spiritual wellbeing." The evidence shows that Complainant once again failed to submit additional context or documentation supporting the exemption beyond his personal beliefs and statements that Respondent would be violating his constitutional rights by denying a religious exemption request.

Even if Complainant had submitted sufficient documentation that he had a sincerely held religious belief, Respondent asserts and supports with evidence that granting Complainant's request to be exempt from receiving the COVID-19 vaccination would create an undue hardship because allowing Complainant to perform his job in person while unvaccinated would risk the safety of employees and students. Respondent provided a copy of Complainant's job description which included Complainant's frequent interaction with other landscape workers; students who worked with the landscape workers in the summer; and members of the College's community across campus. Additionally, part of Complainant's responsibilities included him working indoors where he came into contact with the wider Boston College community.

Respondent asserts and provided evidence that it was required to follow COVID-19 guidelines from the Centers for Disease Control and Prevention (CDC) and from the state of Massachusetts. Respondent provided a copy of Boston College's President William P. Lahey communication to the Boston College community notifying them that in accordance with CDC and Massachusetts protocols, all students, faculty, and staff were required to become vaccinated against COVID-19. Respondent asserts and provided evidence that when it transitioned staff and students back to campus, it created policies, and a COVID-19 taskforce to review strategies on keeping the campus safe during the pandemic. These strategies included the COVID-19 vaccination requirement and requiring masking. Given the nature of Complainant's position, investigation reveals evidence to support that allowing Complainant to interact with other staff and the larger BC community while unvaccinated would pose an undue hardship for Respondent and that the

essential functions of Complainant's position could not be fulfilled remotely. For the foregoing reasons, a finding of Lack of Probable Cause is recommended.

*Termination on the Basis of Religious Creed*
To establish a prima facie case of discriminatory termination based on religious creed, Complainant must show that (1) he is a member of the protected class, (2) he was adequately performing the duties of his job, (3) his employment was terminated, and (4) he was replaced by someone not of his protected class or his employment was terminated under circumstances that give rise to a reasonable inference of discrimination based on religious creed. If Complainant establishes the prima facie case, Respondent may show that legitimate, nondiscriminatory reasons exist for the termination. If Respondent succeeds in offering such reasons, Complainant must then show that Respondent's reasons are pretextual.

Complainant is a member of the protected class by virtue of his religious creed. Since Respondent did not terminate Complainant's employment for performance-related concerns, it does not dispute that Complainant had adequate performance. Complainant's failure to comply with Respondent's Vaccine Policy mandating proof of COVID-19 vaccination ultimately led to Respondent terminating Complainant's employment on August 19, 2021. However, as discussed above, Respondent has provided evidence to support a legitimate nondiscriminatory reason for terminating Complainant's employment: exempting Complainant from the Vaccine Policy would pose an undue burden to Respondent's operations. Investigation revealed insufficient evidence of pretext. Accordingly, a finding of Lack of Probable Cause is recommended.

Conclusion

A finding of Lack of Probable Cause is recommended for Complainant's claims of discrimination based on Creed against Respondent.


/s/María F. Sánchez                          /s/Eric Allbright
María F. Sánchez                             Eric Allbright
Investigator                                 Attorney Advisor


Disposition

Pursuant to section 5 of M.G.L. c. 151B, and in conformity with the foregoing findings, I have this day determined that a **Lack of Probable Cause** is being rendered on this case. Complainant will be afforded the opportunity to appeal this decision.

Sunila Thomas George                         _____November 28, 2023_____
Investigating Commissioner                   Date


Avenir Agaj v. Boston College
21BEM01863                          4