UNITED STATES DISTRICT COURT

FOR THE

DISTRICT COURT OF MASSACHUSETTS

_____

)

**AVENIR AGAJ**                     )

        **Plaintiff**        )

                         )

    **V.**                             )     Civil ACTION No. 1:24 –CV-10884-JEK

                         )

**BOSTON COLLEGE**               )

                         )

      **Defendant**        )

                         )

_____)

FILED
Clerk's Office
USDC, Mass.
Date 8/11/26
By
Deputy Clerk

## PLAINTIFF 's AVENIR AGAJ AFFIDAVIT IN OPPOSITION TO THE AFFIDAVIT OF WELKIN JOHNSON

PRO SE.

Plaintiff AVENIR AGAJ respectfully submits this Affidavit in Opposition to the Affidavit of Welkin Johnson.

I, Welkin Johnson, do hereby on oath depose and state as follows:

12. If Agaj were to remain unvaccinated in the Fall of 2021, he would have posed a safety and health risk to individuals with whom he worked directly at Boston College, to the other staff members with whom he worked, and to the greater Boston College community. Allowing Mr. Agaj to work unvaccinated would have caused an undue burden to Boston College because it would have increased the likelihood of COVID-19 infection among staff, faculty and students at Boston College. As part of his responsibilities, Mr. Agaj came into contact, in enclosed spaces, with numerous members of the Boston College community, including faculty and staff. I also

understand that Mr. Agaj regularly performed tasks with other team members, the majority of which required physical activity. The performance of such physical activities increases the risk of potential transmission due to increased breathing and sweating. The release of respiratory droplets increases with higher physical activity levels, thus increasing risk of potential transmission. Potential transmission also increases with other factors often associated with physical work, such as an inability to wash hands frequently due to working in a location removed from restrooms or faucets. In addition, as of 2021, there was also a concern about surface transmission; that is, the possibility that an infected individual or individual carrying the virus touched common doorknobs and equipment, and other individuals could become infected by contacting the same commonly touched surface.

*1)PLAINTIFF'S FACTUAL REPLY AND ARGUMENT IN OPPOSITION TO AFFIDAVIT OF WELKIN JOHNSON.*

**On 04/15/2026 on VERIFICATION Dr.Walkin JOHNSON Stated**

I, Welkin Johnson, hereby state that I have read the foregoing Supplemental Interrogatory Answers, that the information contained in them is derived from various sources, and that while I do not have direct knowledge of all matters set forth in the Answers, the Answers are accurate to the best of my knowledge and belief. Signed under the pains and penalties of perjury, this _____day of April, 2026

**EXHIBIT 1 VERIFICATION DATED O4/15/2026**

1)REPLY. And i can confirm that i have never spoken or interacted  with Dr Johnson.

2)REPLY.Welking Johnson  admits he has no direct knowledge on all the matters set forth and the information derived from various sources.

3) REPLY. Mr Welking Johnson cannot prove with facts If Agaj were to remain unvaccinated in the Fall of 2021, he would have posed a safety and health risk to individuals with whom he worked directly at Boston College, to the other staff members with whom he worked, I can prove that i did not. Never got COVID-19, during my employment EXHIBIT 2.

Never got a vaccine,   ,I did not get Severe illness hospitalisation , vaccines did not prevent transmition of covid,and neither i am dead, how can i give you a disease that i don't have, these are facts,

Therefore, Dr Welking Johson evaluation is based on prejudice toward the unvaccinated individual, financial interest with his employer not on facts.

NO IF OR BUT.

13. Due to the highly transmissible nature of COVID, Mr. Agaj, if he became infected, could have readily passed the virus on to other individuals in the Boston College community, who could have then infected others. There was no alternative measure (e.g., masking, social distancing), that was as effective as vaccination in reducing the risk that Mr. Agaj, or other unvaccinated individuals, posed to the community. Contact tracing, which is aimed at notifying individuals of potential exposure and preventing further transmission, has Case 1:24-cv-10884-JEK Document158 Filed 07/21/26 Page/7of8 limited effectiveness and generally only prevents a fraction of onward transmissions from contacts. Because it only takes one person to set off a chain of transmission, the risk of having just one person who can transmit the virus poses a significant risk to other individuals. This was especially true given the breakthrough infections caused by the Delta variant. Every additional person on the Boston College campus who was unvaccinated increased the possibility of infection.

1)REPLY. I was hired during the pandemic when my employer knew and accepted the risks and the possibility that an employee might get ill. Covid pandemic did not begin on the day i  started of my employment not it ended on the day of termination.

Covid infections happen to all vaccinated and unvaccinated and you are not in control. CDC Study shows 74% of the people infected in Massachusetts covid out break were fully vaccinated. EXHIBIT 3 july 30 ,2021.

14. —_ Boston College determined that any increased risk of transmission of COVID-19 within its community would negatively impact its reputation of providing a reasonably safe environment for students, faculty and staff to learn, live or work, given the ongoing conditions during the pandemic.

REPLY. Boston College cared only about getting rich during the pandemic. Exhibit 4

BC endowment increases by 1.2 billion date 10/8/2021

They allowed unvaccinated contractors, vendors ,suppliers on campus EXHIBIT 5.

**UPDATED POST COVID REQUIREMENT S FOR VENDORS,CONTRACTORS SUPPLIERS**

**DATE JUNE 2,2021    OCTOBER 5 ,2021**

**In conclusion, Plaintiff Avenir Agaj i state that the facts and testimony presented by Dr . Welkin Johnson is not true.**

**Respectfully submitted,**

**CERTIFICATE OF SERVICE**

**I hereby certify that a copy of this document has been sent via e-mail to Mr. ALAN D. ROSE,Ms Meredith Doty Counsel for Defendant BOSTON COLLEGE.**

**And A Copy was filed on the  UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MASSACHUSETTS Clerks office.**

**PRO SE. AVENIR AGAJ on behalf of itself Plaintiff**

 **Signed under the pains and penalties of perjury,    this  11  day of August 2026**

**14 PAUL STREET**

**BURLINGT0N**



                                  **Avenir    Agaj**

**MA,01803**

**CELL:  857-544-0780**                    Aviaga10@hotmail.com

KALTRA SHENAJ PIMENTEL
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires October 15, 2032