EXHIBIT    1

Docusign Envelope ID: E0A23D67-9FDD-8764-838E-67441DFFEC69

## VERIFICATION

I, Welkin Johnson, hereby state that I have read the foregoing Supplemental Interrogatory Answers, that the information contained in them is derived from various sources, and that while I do not have direct knowledge of all matters set forth in the Answers, the Answers are accurate to the best of my knowledge and belief.

Signed under the pains and penalties of perjury, this _____ day of April, 2026.

4/15/2026

Signed by:

*Welkin Johnson*

D36019C4F58843B...

Welkin Johnson, Ph.D.
Boston College

8