EXHIBIT    2

 **BROAD** INSTITUTE

CRSP 320 Charles St CAMBRIDGE MA 02141
617-714-7000

BC1
Boston College
140 Commonwealth Avenue
CHESTNUT HILL, MA 02467

| PATIENT NAME | PHONE | DOB | AGE | SEX | | |
|---|---|---|---|---|---|---|
| AGAJ , AVENIR | | | ●Yrs | M | PATIENT ID | LAB MRN |
| REQUISITION # | COLLECTED DATE | REPORTED DATE | ORDERING MD | | 71865483 | C222923 |
| BI-HFTY | 8/11/2021 9:20 AM | 8/11/2021 6:42 PM | Comeau, Douglas | | | Lab |

| Test Description | Results | |
|---|---|---|
| | | CRSP |

SARS-CoV2 Real-time Reverse Transcriptase (RT)-PCR    **NEGATIVE**
Diagnostic Assay

**Covid19_Diagnostic**                    **Source: AN SWAB**                    **(Status: Final  08/11/2021 06:42 PM)**

2019-novel Coronavirus (2019-nCoV) not detected by the qRT-PCR assay.
Consider testing for other respiratory viruses or re-collecting for
2019-nCoV testing. Note: Optimum timing for peak viral levels during
infections caused by 2019-nCoV have not been determined. Collection of
multiple specimens from the same patient may be necessary to detect the
virus.

Methods and Limitations:
This Laboratory Developed Test is a high-throughput version of the CDC
2019-nCoV Realtime RT-PCR test and has been validated in accordance with
the guidance issued by the College of American Pathologists (Mar
19,2020) and the FDA (Feb 29th, 2020). This test has not been FDA
cleared or approved but is being run under the FDAS Emergency Use
Authorization (EUA) mechanism. This test was validated for dry nasal
swabs. Method: RNA is isolated from respiratory specimens using
MagMAX-96 Viral RNA Isolation Kits (Thermo Fisher Scientific); RNA is
reverse transcribed to cDNA, and subsequently amplified in a Real-Time
PCR Instrument (Applied Biosystems ViiA7). This system provides
qualitative detection of nucleic acid from SARS-CoV-2. For more detailed
information on the test methods and limitations as well as for Fact
Sheets for both Patients and Healthcare providers see
https://broad.io/covid19test-factsheetv3. Positive results are
indicative of active infection with SARS-CoV-2 but do not rule out
bacterial infection or co-infection with other viruses. The agent
detected may not be the definite cause of disease. Negative results do
not preclude SARS-CoV-2 infection and should not be used as the sole
basis for patient management decisions. False negative results may occur
if amplification inhibitors are present in the specimen or if inadequate
numbers of organisms are present in the specimen due to improper
collection, transportation, or handling. If the virus mutates in the
RT-PCR target region, SARS-CoV-2 may not be detected or may be detected
less predictably. Inhibitors or other types of interference may produce
a false negative result.

Testing performed under the direction of Heidi L. Rehm, PhD, FACMG

**Performing Laboratory Information**

CRSP - Broad Institute - Clinical Research Sequencing Platform, LLC 320 Charles Street  CAMBRIDGE MA 02141 Heidi
Rehm, Ph.D.

A VENIR
A GPI

Results (/Patient/Results/Inbox)    Profile (/Patient/Profile/EditDemog)

Security (/Patient/Profile/EditSecurity)    Password (/Patient/ResetPassword/Index)

| Accession # | Result Status | Collected | Reported | Provider |
|---|---|---|---|---|
| BI~~...~~ (/Patient/Results/LabReport?indirRef=8add3f6281&rptType=) | Final | 11/14/2021 01:24 PM (/Patient/Results/LabReport?indirRef=8add3f6281&rptType=) | 11/14/2021 21:57 | |
| BI-OW~~...~~ (/Patient/Results/LabReport?indirRef=c22fcacb29&rptType=) | Final | 10/10/2021 01:11 PM (/Patient/Results/LabReport?indirRef=~~...~~&rptType=) | 10/10/2021 22:57 | |
| BI-SM~~...~~ (/Patient/Results/LabReport?indirRef=6b792abd94&rptType=) | Final | 09/07/2021 03:25 PM (/Patient/Results/LabReport?indirRef=~~...~~&rptType=) | 09/08/2021 06:15 | |
| BI-KD~~...~~DD (/Patient/Results/LabReport?indirRef=ca8aa6fd60&rptType=) | Final | 09/07/2021 08:34 AM (/Patient/Results/LabReport?indirRef=~~...~~&rptType=) | 09/08/2021 10:22 | |
| BI-HFTYH~~...~~R (/Patient/Results/LabReport?indirRef=1a~~...~~ptType=) | Final | 08/11/2021 09:20 AM (/Patient/Results/LabReport?indirRef=~~...~~&rptType=) | 08/11/2021 18:42 | Comeau, Douglas |
| BI-3~~...~~ (/Patient/Results/LabReport?indirRef=eb~~...~~Type=) | Final | 08/03/2021 01:00 PM (/Patient/Results/LabReport?indirRef=~~...~~&rptType=) | 08/03/2021 22:14 | Comeau, Douglas |
| BI-Z9~~...~~OSD (/Patient/Results/LabReport?indirRef=~~...~~Type=) | Final | 06/01/2021 11:04 AM (/Patient/Results/LabReport?indirRef=~~...~~ptType=) | 06/02/2021 01:28 | Comeau, Douglas |
| BI-9O~~...~~ (/Patient/Results/LabReport?indirRef=~~...~~pe=) | Final | 05/03/2021 01:53 PM (/Patient/Results/LabReport?indirRef=~~...~~Type=) | 05/04/2021 07:07 | Comeau, Douglas |
| YOU~~...~~ (/Patient/Results/LabReport?indirRef=~~...~~Type=) | Final | 04/05/2021 11:24 AM (/Patient/Results/LabReport?indirRef=~~...~~pe=) | 04/05/2021 18:56 | Comeau, Douglas |

| | Final | 03/15/2021 08:13 AM | 03/16/2021 00:07 | Comeau, Douglas |
| (/Patient/Results/LabReport? indirRef=...&rptType=) | | (/Patient/Results/LabReport? indirRef=...rptType=) | | |
| | Final | 02/22/2021 08:18 AM | 02/22/2021 20:56 | Comeau, Douglas |
| (/Patient/Results/LabReport? indirRef=...&rptType=) | | (/Patient/Results/LabReport? indirRef=...rptType=) | | |
| | Final | 02/01/2021 08:11 AM | 02/01/2021 19:21 | Comeau, Douglas |
| (/Patient/Results/LabReport? indirRef=...&rptType=) | | (/Patient/Results/LabReport? indirRef=...&rptType=) | | |
| | Final | 01/19/2021 08:09 AM | 01/19/2021 18:31 | Comeau, Douglas |
| (/Patient/Results/LabReport? indirRef=...&rptType=) | | (/Patient/Results/LabReport? indirRef=...&rptType=) | | |
| | Final | 01/11/2021 09:43 AM | 01/11/2021 22:11 | Comeau, Douglas |
| (/Patient/Results/LabReport? indirRef=...Type=) | | (/Patient/Results/LabReport? indirRef=1...4&rptType=) | | |
| | Final | 12/15/2020 01:52 PM | 12/16/2020 06:41 | Comeau, Douglas |
| (/Patient/Results/LabReport? indirRef=...Type=) | | (/Patient/Results/LabReport? indirRef=c...rptType=) | | |
| | Final | 12/07/2020 08:03 AM | 12/07/2020 18:31 | Comeau, Douglas |
| (/Patient/Results/LabReport? indirRef=...ype=) | | (/Patient/Results/LabReport? indirRef=e...&rptType=) | | |
| | Final | 11/04/2020 01:51 PM | 11/05/2020 05:40 | Comeau, Douglas |
| (/Patient/Results/LabReport? indirRef=...&rptType=) | | (/Patient/Results/LabReport? indirRef=...ptType=) | | |
| | Final | 10/28/2020 09:06 AM | 10/28/2020 21:10 | Comeau, Douglas |
| (/Patient/Results/LabReport? indirRef=...e=) | | (/Patient/Results/LabReport? indirRef=...ype=) | | |
| P3K... | Final | 10/19/2020 01:28 PM | 10/20/2020 02:10 | Comeau, Douglas |
| (/Patient/Results/LabReport? indirRef=4...&rptType=) | | (/Patient/Results/LabReport? indirRef=...rptType=) | | |
| W06Y4...PD0VD... | Final | 09/18/2020 08:27 AM | 09/19/2020 02:50 | Comeau, Douglas |
| (/Patient/Results/LabReport? indirRef=...&rptType=) | | (/Patient/Results/LabReport? indirRef=...ype=) | | |

*16 TESTS NEGATIVE*

© CareEvolve™ | CRSP

POWERED BY ELLKAY