# EXHIBIT    4

Support The Heights
**Click here to donate**







HEIGHTS NEWSLETTER

'THE HEIGHTS' NEWSLETTER UPDATES THREE TIMES A WEEK
CLICK HERE TO SUBSCRIBE

SPONSORS

Search ...

SEARCH

# BC Endowment Increases by $1.2 Billion in Past Year

By Erin Shannon

October 8, 2021   Updated October 12, 2021 at 2:17 pm

........................

Boston College's endowment grew by almost $1.2 billion—or 46 percent—to reach a total of $3.8 billion in the past fiscal year. The large gains reflect significant returns on BC's investments, according to the Boston Business Journal.

In a statement to *The Heights*, University Spokesman Jack Dunn attributed the endowment increase to the work of a variety of BC staff and committees.

"Boston College's return on its endowment during the past year, ending June 30th, was 46.4%, which is attributable to excellent leadership by the Investment and Endowment Committee of the Boston College Board of Trustees and BC's Chief Investment Officer John Zona," Dunn wrote.

BC's gains in the past year—from June 2020 to June 2021—are 19 percent higher than the median endowment gains for colleges in the United States, which were 27 percent, according to Bloomberg.

"The investment results, on top of an infusion of federal stimulus funds, are a welcome financial balm for schools that have grappled with revenue declines as the pandemic curtailed enrollment," the article reads.