UNITED STATES DISTRICT COURT

FOR THE

DISTRICT COURT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| **AVENIR AGAJ** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **V.** | ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| | ) | |
| **BOSTON COLLEGE** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | |

FILED
Clerk's Office
USDC, Mass.
Date 8/11/26
By av
Deputy Clerk

PLAINTIFF 's AVENIR AGAJ AFFIDAVIT IN OPPOSITION TO THE

AFFIDAVIT OF CHARLES BALDWIN

PRO SE.

Plaintiff AVENIR AGAJ respectfully submits this Affidavit in Opposition to the Affidavit of  Charles Baldwin.

I, Charles Baldwin, do hereby on oath depose and state as follows:

1. My current title is Supervisor, Landscape Services at Boston College.

2. I supervised the work of Avenir Agaj when he was employed by Boston College as Landscaper II from on or about October 22, 2020, until August 31, 2021

*1)PLAINTIFF'S FACTUAL REPLY AND ARGUMENT IN OPPOSITION TO AFFIDAVIT OF CHARLES BALDWIN .*

1) REPLY . I was hired as Landscaper Level III not Landscaper II, there is a difference in pay and skills you should know that as supervisor. Later i found out that Boston College stole my wages from day one by hiring me as level 3 but paying me as level 3.

2) I was hired on 10/19/2020 and not on October 22,2020 as u stated.

Therefore you are lying under oath you should checked you facts.

EXHIBIT 1 hiring letter, EXHIBIT 2 PAY scale landscapers Boston College.

12.A significant part of the duties of landscape workers was event management for meetings, conferences, club gatherings, barbeques, and other activities.

REPLY. Could you provide evidence on any of that because i state that i did not participate on any of them activities. Again is a false statement.

14. Mr. Agaj was required to wear a mask while at work, to engage in social

distancing, and was subject to Boston College's COVID-19 testing policies. Facilities Department employees were also requested to follow procedures specific to them, in order to minimize the spread of COVID. Despite these precautions, employees in the department were consistently testing positive for COVID. One positive test result would generally snowball, leading to one to four landscapers out of work for days. Positive COVID tests were constantly ongoing at this time.

REPLY.1) Could you provide information that i was personally ever informed that one of my colleagues had covid.

2)Did i ever called sick due to covid during my employment?

16. | Once vaccinations became available and Boston College imposed its vaccination requirement, the positive test results dramatically declined by the end of August 2021. Attendance at work improved dramatically.

REPLY .Could you provide evidence of that.

17. | To accommodate Mr. Agaj's request to work unvaccinated, Boston College would necessarily have had to engage in alternative measures to ensure the safety of the Boston College community, though none of those measures would be likely as successful as vaccination. These measures would have created a substantial increased cost to Boston College, particularly considering the increased risk of COVID-19 infection at the time of Mr. Agaj's termination. For example, alternative measures such as repeated testing; monitoring Mr. Agaj's compliance with Case 1:24-

cv-10884-JEK Document159 Filed 07/21/26 Page5of6  masking or social distancing; keeping Mr. Agaj fully separated from immunocompromised individuals; and strategically coordinating and/or limiting the number of individuals with whom Mr. Agaj worked would require Boston College to expend significant time and resources and disrupt the work of his department. Such coordination may not have even been possible for Boston College to undertake, given the ever-changing responsibilities of Mr. Agaj's position and the variety and number of individuals with whom he worked and came into contact. It would not have been possible to assign Mr. Agaj single-person tasks for weeks or months on end because the majority of the work required by landscapers was performed in pairs for safety reasons. Moreover, even if it was possible to assign Mr. Agaj sufficient single-person work, it would require other landscapers to assume many of Mr. Agaj's essential duties and increase the burden on them, to complete assignments requiring physical labor.

REPLY.1) Does unvaccinated means sick?

2)Since when is unlawful to get sick?

3)Did you ever have covid CHARLIE BALDWIN?

4)Did you cause yourself undue hardship?

5)Name a job that i  could not do while been unvaccinated.

6)Did i ever worked with landscaper contractors.

7.Provide evidence.

18. | Moreover, Mr. Agaj's requested accommodation would have caused an undue

burden to Boston College because Mr. Agaj, as an unvaccinated individual, would have potentially jeopardized the health and safety of members of the Boston College community, including but not limited to: Mr. Agaj; the other landscape workers; the students who worked with the landscape workers; and the Boston College employees, students, and guests who came into contact with Mr. Agaj across the Boston College campus

REPLY.1) First of all the information regarding covid vaccines and exemptions is confidential you were not supposed to have access.

2)Since when you are a medical expert and speak this certainty that if i continued to work, I would have infected everyone, is there a fact that i never tested positive and called sick during my employment.

**3) To determine an undue hardship is above your pay grade that is a job for the Hr department.**

**In conclusion, Plaintiff Avenir Agaj i state that the facts and testimony presented by Mr Charlie Baldwin is not true.**

**Respectfully submitted,**

**CERTIFICATE OF SERVICE**

**I hereby certify that a copy of this document has been sent via e-mail to Mr. ALAN D. ROSE,Ms Meredith Doty Counsel for Defendant BOSTON COLLEGE.**

**And A Copy was filed on the UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MASSACHUSETTS Clerks office.**

**PRO SE. AVENIR AGAJ on behalf of itself Plaintiff**

**Signed under the pains and penalties of perjury,    this 11 day of August 2026**

**14 PAUL STREET**

**BURLINGT0N**

**MA,01803**

**CELL:  857-544-0780**

**Avenir    Agaj**

Aviaga10@hotmail.com

