# EXHIBIT    1



## BOSTON COLLEGE
DEPARTMENT OF HUMAN RESOURCES

10/8/2020

Avenir Agaj
3239 WASHINGTON ST  Apt 1
JAMAICA PLAIN, MA  02130

Dear Avenir:

I am pleased to confirm in writing the University's offer to you  for the position of Landscape Worker III, Sun-Thurs 7am-3:30pm in the  Grounds Maintenance department starting October 19, 2021.  Please note, this offer is contingent on you acquiring either pesticide applicators license or irrigation technician certificate within six months of your start date .

This is regular Full-Time position entailing a 40-hour workweek.  Your salary of $27.96 per hour will be paid to you each Friday beginning the second week of your employment.  You must receive your pay through the University's direct deposit program.

You will have a six-month probationary period, and, upon successful completion, will be offered regular employee status. You will become a member of the Service Employees' International Union, Local 254, SEIU-BJ 30 days from your date of hire.  Union dues will then be deducted from your paycheck.

You are scheduled for a New Employee Orientation on October 19, 2020 from 9:00am to 12:30pm in the Human Resources Office located on the Brighton Campus, 129 Lake Street. This program includes benefits information as well as an introduction to the University. Benefits information is also available via the web at www.bc.edu/benefits. Shortly, you will receive an additional email containing information to assist you in accessing your BC New Hire Self Service Forms as well as obtaining a BC Username.

Congratulations and welcome to Boston College!  I trust you will find both personal and professional rewards as a result of your association with the University.  Please feel free to contact me or any member of the Human Resources staff if we can be of assistance at any time.

Sincerely,

John Bogdan
Director of Employment