# EXHIBIT    2

MEMORANDUM OF AGREEMENT
BETWEEN
BOSTON COLLEGE
AND
SERVICE EMPLOYEES' INTERNATIONAL UNION, LOCAL 32BJ
LANDSCAPE SERVICES

Effective June 1, 2019, Appendix A of the collective bargaining agreement shall be amended to reflect the following new classifications and wage rates (Job Descriptions Attached):

1. New Landscape Services Classifications and Rates:
   - LANDSCAPE WORKER I ($27.55)
   - LANDSCAPE WORKER II ($27.96)
   - LANDSCAPE WORKER III ($28.37)    ← PAID
   - GARDENER I ($29.55)              → SHOUL HAVE PAID
   - GARDENER II ($30.06)

2. The current $0.90 lead differential shall continue to apply to the Landscape Worker and Gardener classifications. The Backup Heavy Equipment differential shall no longer apply to the Landscape Services classifications. Applicator's License differential shall not apply to the Landscaper III or Gardener classifications. Those members currently eligible for a light construction differential shall remain eligible.

3. With the exception of the Lead positions noted in paragraph 6, above, all other Landscape Services classifications currently listed in Appendix A shall be eliminated, including the "1st 12 months" and "2nd 12 months" positions/rates.

4. While "Heavy Equipment Operator" classifications shall no longer be considered official Landscape Services classifications, the current wage rate for Heavy Equipment Operators shall continue to apply to employees currently in the classification (i.e. grandfathering three (3) Heavy Equipment Operators at current rate of pay). Aside from the grandfathered wage rate, such employees shall otherwise be classified under one of the new classifications agreed to in the MOA.

5. For current members holding a MA Hoisting License 2B, the 2B license will be accepted in place of the 2A requirement for open positions.