UNITED STATES DISTRICT COURT

FOR THE

DISTRICT COURT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| AVENIR AGAJ | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| | ) | |
| BOSTON COLLEGE | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

FILED
Clerk's Office
USDC, Mass.
Date 8/11/26
By    aw
Deputy Clerk

PLAINTIFF 's AVENIR AGAJ AFFIDAVIT IN OPPOSITION TO THE

AFFIDAVIT OF DAVID TRAINOR

PRO SE.

Plaintiff AVENIR AGAJ respectfully submits this Affidavit in Opposition to the Affidavit of  David Trainor.

I, David Trainor, do hereby on oath depose and state as follows:

2.  Given the importance of vaccination, Boston College decided to grant requests for exemption only in limited circumstances for medical and religious reasons. On May 10, 2021, I sent an email to the BC community, which detailed BC's vaccine mandate for the 2021-2022 academic year. I explained that, "The University will consider medical or religious exemptions from the mandatory vaccination requirement, and guidelines and procedures for such requests will be communicated in the coming days."

**1)PLAINTIFF'S FACTUAL REPLY AND ARGUMENT IN OPPOSITION TO AFFIDAVIT OF DAVID TRAINOR**

**REPLY .1)This email does not state anywhere that vaccines would be a condition of employment or mandatory. See email.**

**5.On August 6, 2021, I emailed Mr. Agaj, and informed him, "If you do not upload proof of your vaccination by August 13, you will not be permitted on campus after the 13th. In that event, we will contact you during the week of August 16 concerning your status."**
**REPLY .That is not true because i came 08/19/2021 in person to pick up my termination letter which was delivered by Mr. JOHN BOGDAN DIRECTOR OF EMPLOYMENT**
**EXHIBIT 1.**
**Why i was allowed to enter BOSTON COLLEGE if i was deemed such a high risk person.**

**6.On August 13, 2021, BC's deadline by which all students, faculty, and staff were required to upload proof of vaccination, Mr. Agaj's vaccination status was still outstanding, and BC had not received any supporting documentation for his exemption request. He was subsequently terminated on August 19, 2021.**

**REPLY. 1) I was asked to upload my exemption form see email 13 may.**

**2)To request an exemption, please fill out the covid–19 request form.**

**NOTHING ELSE. May 13 email.**

**9) Approximately 40 employees applied for religious exemptions from the vaccine requirement. If BC had granted all 40 exemptions, the University would have incurred increased costs and burdens to ensure the employees did not transmit the virus. BC would have needed to test these individuals for COVD-19 3-4 times per week, as well as test any person in proximity to an unvaccinated individual. During the pandemic, BC hired temporary nurses to take the swabs, and I worked with others to track individuals who missed tests. BC then sent all employee swabs to the Broad Institute for processing to maintain confidentiality and ensure that no employee processed another employee's test. Had approximately 40 more employees been unvaccinated on-campus, BC would have had increased testing costs. In addition, BC would have needed to arrange for these unvaccinated employees to be separated from others,**

which was an increased challenge for employees whose jobs required movement around campus. BC would have needed Case 1:24-cv-10884-JEK Document160_ Filed 07/21/26 Page4of5 to inform unvaccinated employees' supervisors, while maintaining the privacy of the unvaccinated employees' vaccination status.

REPLY.1)SO If BC had granted all 40 exemptions, the University would have incurred increased costs and burdens to ensure the employees did not transmit the virus. Why did you ask me to fill out the exemption forms if you clearly had no intention of granting exemption. Is that not fraud?

10. I have reviewed the Affidavit of Charles Baldwin, Supervisor of Landscape Services at Boston College. I fully concur in Supervisor Baldwin's description of Mr. Agaj's job duties and the consequences to Boston College of attempting to accommodate Mr. Agaj's request to be exempted from the vaccination mandate.
REPLY.1) You  fired me and before knowing what i was even doing as a job.

2)Why unvaccinated contractors,vendors,suppliers and 100 exempted employees do not create you undue hardship but i Plaintiff Avenir AGAJ did even though never got covid during my employment?

12 Neither I, nor, to my knowledge, anyone at BC, discriminated against Mr. Agaj on the basis of his creed, his religion or on any other basis.

REPLY .You sir Discriminated,harassed,coerced,retaliated agains me because of my RELIGION of BOGOMILS and my medical practice ETHNBOTANY that is a fact!

In conclusion, Plaintiff Avenir Agaj i state that the facts and testimony presented by Mr David Trainor is not true.

Respectfully submitted,

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been sent via e-mail to Mr. ALAN D. ROSE,Ms Meredith Doty Counsel for Defendant BOSTON COLLEGE.

And A Copy was filed on the  UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MASSACHUSETTS Clerks office.

**PRO SE. AVENIR AGAJ on behalf of itself Plaintiff**

**Signed under the pains and penalties of perjury,    this 11  day of August 2026**

**14 PAUL STREET**

_AVENIR AGAJ_

**Avenir    Agaj**

**BURLINGT0N**

**MA,01803**

**CELL:  857-544-0780**

Aviaga10@hotmail.com

KALTRA SHENAJ PIMENTEL
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires October 15, 2032