EXHIBIT    1



CC Network    11:48    77%

John Bogdan >

iMessage
Thu, Aug 19, 10:43

Can I call you later?

Sure thanks

Who is this?

Avenir Agaj

Do you want to stop by and pick it up?



iMessage

Sent from my iPhone



CC Network  11:49  77%

**John Bogdan**

I am not allowed at bc grounds

For this purpose you can come visit lake street

Ok i will come and pick it up after the storm passes just let me know where



iMessage



Thu, Aug 19, 13:05

Done

**BOSTON COLLEGE**
DEPARTMENT OF HUMAN RESOURCES

August 19, 2021
CONFIDENTIAL

Avenir Agaj
14 Paul Street
Burlington, MA 01803

**Delivered in Hand**

Dear Avenir:

As you know, Boston College instituted as a condition of employment a requirement that all faculty and staff be vaccinated against COVID-19 in an effort to safeguard the health and safety of the entire campus community. The University set a deadline of August 13, 2021 for members of the faculty and staff to provide proof of vaccination, unless they had been granted an exemption to the vaccination requirement for legitimate medical or religious reasons. As of close of business on August 13, 2021, you have not provided proof of vaccination as required by the University and therefore do not meet the aforementioned condition for employment.

I write to inform you that you are being relieved of your duties as Landscape Worker effective immediately and will be involuntarily separated from Boston College effective August 31, 2021. You will receive payment for any unused vacation time as of August 13, 2021 on or before August 31, 2021. Effective September 1, 2021, you will no longer be covered by the University's health plan and as of the date of this letter you are no longer eligible to participate in other University benefits.

If you are in a position where you require continuation of your medical, dental, and/or vision insurance beyond August 2021, you will be eligible for COBRA coverage for up to eighteen (18) months. Please contact the Benefits Office to discuss COBRA coverage and premium costs as well as any other benefits related questions you may have.

Boston College will not contest an application for unemployment compensation provided you remain otherwise eligible. In addition, we ask that you make arrangements to return property of the University, including but not limited to all

iMessage



CC Network   11:49   77%

John Bogdan >

I am leaving at 330

So anytime before then

Thu, Aug 19, 14:12

Thank you i will be there in 10 min

Read 8/19/21

iMessage



 CC Network  11:49  77%

  John Bogdan >



documents and records (whether electronic or hard copies), credit cards, computers, laptops, computer equipment and software, cellular telephones and cellular telephone equipment, keys, pagers, and access cards to the University.

Thank you for your service to Boston College. We wish you the very best in your future endeavors.

Sincerely,

William J. Murphy
Associate Vice President, Human Resources

cc.    AREA Vice President
Jack Burke, Director of Benefits
Personnel File

My signature below acknowledges receipt of this letter of involuntary separation.

NAME _____    Date _____



I am leaving at 330

So anytime before
..

  iMessage

     

CC Network    18:16    70%

< 

August 13, 2021
14:41

+1 (617) 771-3338 >

Edit

Hi Avenir. Its Chris Laflamme from BC.
Just wanted to check in to see if you were interested in taking the package that was offered. Please let me know as soon as possible. thank you