UNITED STATES DISTRICT COURT

FOR THE

DISTRICT COURT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| **AVENIR AGAJ** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **V.** | ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| | ) | |
| **BOSTON COLLEGE** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

_____)

FILED
Clerk's Office
USDC, Mass.
Date 8/11/26
By   aw
Deputy Clerk

## PLAINTIFF 's AVENIR AGAJ AFFIDAVIT IN OPPOSITION TO THE

## AFFIDAVIT OF PATRICIA LOWE

_____

PRO SE.

Plaintiff AVENIR AGAJ respectfully submits this Affidavit in Opposition to the Affidavit of Patricia Lowe.

I, Patricia Lowe, do hereby on oath depose and state as follows:

On April 23, 2021, BC's President, Father William P. Leahy, sent an email to the BC Community in which he announced that BC would require all students, faculty and staff to be vaccinated against COVID-19 before participating in any on-campus activities in the 2021- 2022 academic year.

1)PLAINTIFF'S FACTUAL REPLY AND ARGUMENT IN OPPOSITION TO AFFIDAVIT OF PATRICIA LOWE.

**REPLY.1 No mandatory or condition of employment .**

**5.Subsequent communications were sent on May 10 and May 13, 2021 by Vice President Trainor to the BC community, detailing BC's vaccine mandate for the 2021-2022 academic year and the process for requesting a religious or medical exemption to the vaccination mandate.**
**REPLY 2. No mandatory vaccine mandate as condition of employment.**

**Because Mr. Agaj's request was incomplete, it was not forwarded to Fr. Penna for review. No explanation for his exemption requests, notified Mr. Agaj that it had denied his request for exemption. See Ex. 7.**

**REPLY. 1)When my request for exemption was send to OID i was told in consultation with the campus ministry it has been concluded that....has been denied.EXHIBIT1.**

**Email July 26 ,2021 now you are saying that my request was not forwarded to Fr. Penna**
**2) On the email you send me on June 20,2021 Title VII permits the university to request said EXPLANATION or DOCUMENTATION.EXHIBIT 2**
**Why did you not consider my EXPLANATION and engage in the process after my request?**
**3) Why did you not respont to the email . JUNE 29 ,2021 from CHRISTINE LAFLAMME, MANAGER OF HUMAN RESOURSES.**
**Hi Patricia**
**Just wanted to check in on Avenir's exemption(cc'd) on this email. He said that he had resubmitted the form but hadn't heard anything.**
**IF YOU NEED A COPY OF THE FORM OR ANYTHING ADDITIONAL, PLEASE LET HIM KNOW. Thanks. Ms Patricia Lowe never replied .EXHIBIT 3.**
**4) on june 30,2021 email DAVID TRAINOR /PATRICIA LOWE**
**No problem here,Follow our process. EXHIBIT 4.**
**5)David Trainor email. August 5,2021**
**6)EXHIBIT 6 . emails Christine Laflamme confirming my attempt to receive an exemption and explain my situation.But BOSTON COLLEGE refused to listen.**

**24.Neither I, nor, to my knowledge, anyone at BC, discriminated against Mr. Agaj on the basis of his creed, his religion or on any other basis.**
**REPLY.1)Yes you know and you did!**

**25. Permitting unvaccinated students, faculty and/or staff on the BC campus has potentially serious health consequences for all members of the BC community and would impose an undue hardship on BC.**

**REPLY. 1)How do you know that?**

**2) That is not your job and this statement confirms prejudice towards my denial request.**

**3) Why you don't have a vaccine mandate today?**

**In conclusion, Plaintiff Avenir Agaj i state that the facts and testimony presented by Ms Patricia Lowe is not true.**

**Respectfully submitted,**

**CERTIFICATE OF SERVICE**

**I hereby certify that a copy of this document has been sent via e-mail to Mr. ALAN D. ROSE,Ms Meredith Doty Counsel for Defendant BOSTON COLLEGE.**

**And A Copy was filed on the UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MASSACHUSETTS Clerks office.**

**PRO SE. AVENIR AGAJ on behalf of itself Plaintiff**

**Signed under the pains and penalties of perjury,    this 11 day of August 2026**

**14 PAUL STREET**

**BURLINGT0N**

**MA,01803**

**CELL:  857-544-0780**

_AVENIR AGA_

**Avenir    Agaj**

Aviaga10@hotmail.com



KALTRA SHENAJ PIMENTEL
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires October 15, 2032