# EXHIBIT    2

**From:** Office for Institutional Diversity Human Resource <accommodation@bc.edu>
**Sent:** Thursday, June 24, 2021 9:48 AM EDT
**To:** Avenir Agaj <agaja@bc.edu>
**Subject:** Re: vaccine exemption

Good morning Avenir,

Thank you for your email response to our request for supporting documentation.  Title VII permits the University to request said explanation or documentation.

At this time, Boston College is unable to effectively evaluate your exemption request without some explanation or documentation of the nature of your medical or religious belief and how it applies to the vaccine requirements.

Patricia

Office for Institutional Diversity, Human Resources
Boston College
129 Lake Street, Brighton Campus, Room 215
**Phone:** (617) 552-2373 | **Fax:** (617) 552-0699 | **W:**www.bc.edu/diversity
**Diversity and Inclusion: A Shared Responsibility**

-------

Links to download a fillable application form:

1. COVID-19 Vaccination Exemption Application Form
2. Reasonable Accommodation Application Form, and the process policy
3. Special Accommodation Request Form (from June 1 to August 13, 2021)
4. COVID-19 Test Exemption Request Form (from June 1 to August 13, 2021)

If you have additional questions, please also visit Reopening Boston College and read the Guide and FAQ for Returning to the Workspace for employees and faculty.