EXHIBIT    3



# Avenir Agaj

1 message

---

**Christine Laflamme** <christine.laflamme@bc.edu>                Thu, Jul 29, 2021 at 10:24 AN
Reply-to: christine.laflamme@bc.edu
To: Patricia Lowe <narcisse@bc.edu>
Cc: Avenir Agaj <agaja@bc.edu>

Hi Patricia,
Just wanted to check in on Avenir's exemption(cc'd on this email). He said that he had resubmitted the form but hadn't heard anything. If you need a copy of the form or anything additional, please let him know. Thanks.

---

Chris Laflamme
Manager, Human Resources
Facilities Business Service Center, Boston College
(617) 552-0325
fax (617) 830-8305