EXHIBIT   4

8/9/2021                                    BC Mail - Re: Request for Supporting Documentation



**Office for Institutional Diversity Human Resource** ███████████

## Re: Request for Supporting Documentation
1 message

**David Trainor** ███████████                                    Wed, Jun 30, 2021 at 7:08 PM
To: Office for Institutional Diversity Human Resource ███████████
Cc: Patricia Lowe ███████████

No problem here. Follow our process.

Sent from my iPhone

> On Jun 30, 2021, at 7:06 PM, Office for Institutional Diversity Human Resource ███████████
> wrote:

Hello Patricia and David,  FYI

Edilma
Edilma Reyes Hosein
Assistant Director
Office for Institutional Diversity, Human Resources
Boston College
129 Lake Street, Brighton Campus, Room 215
Phone: (617) 552-2373 | Fax: (617) 552-0699 | W:www.bc.edu/diversity
**Diversity and Inclusion: A Shared Responsibility**
--------
Links to download a fillable application form:

   1. COVID-19 Vaccination Exemption Application Form
   2. Reasonable Accommodation Application Form, and the process policy
   3. Special Accommodation Request Form (from June 1 to August 13, 2021)
   4. COVID-19 Test Exemption Request Form (from June 1 to August 13, 2021)

If you have additional questions, please also visit Reopening Boston College and read the Guide
and FAQ for Returning to the Workspace for employees and faculty.

---------- Forwarded message ----------
From: **Avenir Agaj** <agaja@bc.edu>
Date: Wed, Jun 30, 2021 at 4:44 PM
Subject: Re: Request for Supporting Documentation
To: Office for Institutional Diversity Human Resource ███████████

Hi thanks for the E-mail to me this is not a gentle reminder is an ULTIMATUM .Rest assure  i will take action
agaist any retaliation and denial of my request for vaccine exemption. Avenir Agaj

> On Wed, Jun 30, 2021 at 13:06, Office for Institutional Diversity Human Resource ███████████
> ███████████ wrote:
> Good afternoon Avenir,
>
> A gentle reminder, we have not yet received your supporting documentation. This will allow
> us to begin the review process of your request.   Should we not receive documentation
> within five (5) business days of receipt of this email, we will move forward in our denial
> process.