# EXHIBIT    5

# BOSTON COLLEGE

**Avenir Agaj <agaja@bc.edu>**

---

## CRITICAL: Condition of Employment
1 message

---

**David P. Trainor, Vice President, Human Resources** <donotreply@bc.edu>      Thu, Aug 5, 2021 at 12:55 PM
To: agaja@bc.edu

Dear Colleagues,

You are receiving this email because our records indicate that you have not uploaded your vaccine record into PeopleSoft.

The University is requiring vaccination against Covid-19 to help protect the health and safety of all students, faculty, and staff, and to permit Boston College to resume, to the extent possible, a return to normal operations. In light of the recent surge in the Delta variant nationally, the University is increasingly concerned about the risks to individuals who are not vaccinated, and the risks that these individuals present to the University community.

*Being fully vaccinated by August 13th is a condition of employment and required in order to return to campus this fall.* Any employee who is not fully vaccinated will not be permitted to enter the campus after 5:00pm on Friday, August 13th. Human Resources will follow up with individuals who are not in compliance the week of August 16th.

Please note the deadlines for receiving your first vaccine dose and requesting an exemption have passed. However, if you plan to be vaccinated, we encourage you to do so. Please reach out to hr@bc.edu if this is the case.

If you have completed your vaccine dose, please text or email your CDC vaccination card directly to hr@bc.edu and HR will upload your card for you. If you prefer to upload it to PeopleSoft, you can find the instructions here.

Thank you,

David Trainor, Vice President, Human Resources

---