# EXHIBIT    6

BOSTON
COLLEGE

Avenir Agaj <agaja@bc.edu>

## Re: Hi Chistine
1 message

**Avenir Agaj** <agaja@bc.edu>                                     Tue, Jun 29, 2021 at 2:20 PM
To: christine.laflamme@bc.edu

Thank you i will have a nice Day.

On Tue, Jun 29, 2021 at 13:11, Christine Laflamme <christine.laflamme@bc.edu> wrote:
> Hi Avenir,
> thank you for sending this. Please let me know if you hear anything in the next day or two. If not, I will reach out to find someone to contact for you. Thanks.
>
>
> ---------------------------------------
> Chris Laflamme
> Manager, Human Resources
> Facilities Business Service Center, Boston College
> (617) 552-0325
> fax (617) 830-8305
>
>
> On Tue, Jun 29, 2021 at 12:23 PM Avenir Agaj <agaja@bc.edu> wrote:
>>
>>
>> ---------- Forwarded message ---------
>> From: **Avenir Agaj** <agaja@bc.edu>
>> Date: Tue, Jun 29, 2021 at 12:20
>> Subject: Hi Chistine
>> To: <accommodations@bc.edu>
>>
>>
>> I Have uploaded my request for vaccine exemption but so far it has not been approved i again will ask for one .I ask to who ever is in charge to grant me one .I have my reasons not to have one and that should be the end of the matter. .Here is the copy of the form please respect my rights.Best Regards Avenir Agaj

I Have uploaded my request for vaccine exemption but so far it has not been approved i again will ask for one .I ask to who ever is in charge to grant me one .I have my reasons not to have one and that should be the end of the matter. .Here is the copy of the form please respect my rights.Best Regards Avenir Agaj

---

**Christine Laflamme** <christine.laflamme@bc.edu>                    Tue, Jul 27, 2021 at 11:18 AM
Reply-to: christine.laflamme@bc.edu
To: Avenir Agaj <agaja@bc.edu>

Please be sure to check in with Patricia Lowe in case you need any other documentation. If you haven't heard anything by tomorrow, please let me know. thanks

_____

Chris Laflamme
Manager, Human Resources
Facilities Business Service Center, Boston College
(617) 552-0325
fax (617) 830-8305

[Quoted text hidden]

---

**Avenir Agaj** <agaja@bc.edu>                    Thu, Jul 29, 2021 at 9:01 AM
To: christine.laflamme@bc.edu

Good morning Christine thanks for the E-mail Avenir Agaj here i have not heard anything from any one so far, just letting you know.Have a nice day!
[Quoted text hidden]

---

**Christine Laflamme** <christine.laflamme@bc.edu>                    Thu, Jul 29, 2021 at 10:23 AM
Reply-to: christine.laflamme@bc.edu
To: Avenir Agaj <agaja@bc.edu>

ok. I will reach out to them and include you on the email. Thanks.

_____

Chris Laflamme
Manager, Human Resources
Facilities Business Service Center, Boston College
(617) 552-0325
fax (617) 830-8305

[Quoted text hidden]

 

---

## Re: Hi Christine
4 messages

---

**Avenir Agaj** <agaja@bc.edu>                                    Mon, Jul 26, 2021 at 7:25 AM
To: christine.laflamme@bc.edu

Good morning Christine Avenir Agaj here i am resubmiting my exemption form for covid-19 Vaccine here is a copy
have a nice day!

On Wed, Jul 14, 2021 at 12:32, Avenir Agaj <agaja@bc.edu> **wrote:**


On Wed, Jul 14, 2021 at 10:29, Christine Laflamme <christine.laflamme@bc.edu> **wrote:**
HI Avenir,
please resend your exemption request to accommodation@bc.edu
The previous email said accommodations@bc.edu, **but I don't believe that is a valid address.**
Hoping you receive a response from them after resending.
Sorry for the confusion. Thanks.


—————————————————————
Chris Laflamme
Manager, Human Resources
Facilities Business Service Center, Boston College
(617) 552-0325
fax (617) 830-8305


On Tue, Jun 29, 2021 at 2:21 PM Avenir Agaj <agaja@bc.edu> **wrote:**
Thank you i will have a nice Day.

On Tue, Jun 29, 2021 at 13:11, Christine Laflamme <christine.laflamme@bc.edu> **wrote:**
Hi Avenir,
thank you for sending this. Please let me know if you hear anything in the next day or two. If not, I will reach
out to find someone to contact for you. Thanks.


—————————————————————
Chris Laflamme
Manager, Human Resources
Facilities Business Service Center, Boston College
(617) 552-0325
fax (617) 830-8305


On Tue, Jun 29, 2021 at 12:23 PM Avenir Agaj <agaja@bc.edu> **wrote:**


———— Forwarded message ————
From: **Avenir Agaj** <agaja@bc.edu>
Date: Tue, Jun 29, 2021 at 12:20
Subject: Hi Chistine
To: <accommodations@bc.edu>

# BOSTON COLLEGE

Avenir Agaj <agaja@bc.edu>

---

## Re: Hi Chistine

1 message

---

**Avenir Agaj** <agaja@bc.edu>
To: christine.laflamme@bc.edu

Wed, Jul 14, 2021 at 12:31 PM

Hi Christine  thanks for the e-mail but my request was denied for the examption even though i stated more than 1 reason for it .I think that my request was not taken seriously ,and there is no doubt in my mind now that BC in the first place never had the intention of granting me an exemption regardless of my reasons.Here is another copy

On Wed, Jul 14, 2021 at 10:29, Christine Laflamme <christine.laflamme@bc.edu> wrote:
> HI Avenir,
> please resend your exemption request to accommodation@bc.edu
> The previous email said accommodations@bc.edu, but I don't believe that is a valid address.
> Hoping you receive a response from them after resending.
> Sorry for the confusion. Thanks.
>
>
> ----------------------------------------
> Chris Laflamme
> Manager, Human Resources
> Facilities Business Service Center, Boston College
> (617) 552-0325
> fax (617) 830-8305
>
>
> On Tue, Jun 29, 2021 at 2:21 PM Avenir Agaj <agaja@bc.edu> wrote:
>> Thank you i will have a nice Day.
>>
>> On Tue, Jun 29, 2021 at 13:11, Christine Laflamme <christine.laflamme@bc.edu> wrote:
>>> Hi Avenir,
>>> thank you for sending this. Please let me know if you hear anything in the next day or two. If not, I will reach out to find someone to contact for you. Thanks.
>>>
>>>
>>> ----------------------------------------
>>> Chris Laflamme
>>> Manager, Human Resources
>>> Facilities Business Service Center, Boston College
>>> (617) 552-0325
>>> fax (617) 830-8305
>>>
>>>
>>> On Tue, Jun 29, 2021 at 12:23 PM Avenir Agaj <agaja@bc.edu> wrote:
>>>>
>>>> ---------- Forwarded message ---------
>>>> From: **Avenir Agaj** <agaja@bc.edu>
>>>> Date: Tue, Jun 29, 2021 at 12:20
>>>> Subject: Hi Chistine
>>>> To: <accommodations@bc.edu>
>>>>
>>>>
>>>> I Have uploaded my request for vaccine exemption but so far it has not been approved i again will ask for one .I ask to who ever is in charge to grant me one .I have my reasons not to have one and that should be the end of the matter. .Here is the copy of the form please respect my rights.Best Regards Avenir Agaj