UNITED STATES DISTRICT COURT

FOR THE

DISTRICT COURT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| | ) |
| **AVENIR AGAJ** | ) |
| Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| **BOSTON COLLEGE** | ) |
| | ) |
| Defendant | ) |
| | ) |

_____)

Civil ACTION No. 1:24 –CV-10884-JEK

F I L E D
Clerk's Office
USDC, Mass.
Date 8/11/26
By ___
Deputy Clerk

**PLAINTIFF 's AVENIR AGAJ AFFIDAVIT IN OPPOSITION TO THE**

**AFFIDAVIT OF ANTHONY PENNA**

_____

**PRO SE.**

Plaintiff AVENIR AGAJ respectfully submits this Affidavit in Opposition to the Affidavit of  Fr. Anthony Penna.

I, Fr. Anthony Penna, do hereby on oath depose and state as follows:

4.  On December 17, 2020, Pope Francis, the head of the Catholic Church, examined the "Note on the morality of using some anti-Covid-19 vaccines" and ordered its publication. Ultimately, the Vatican issued the note on December 21, 2020. See Ex. 1. The Note referred to vaccination for Covid-19 and the "duty to protect one's own health but also...the duty to preserve the common good" against the "grave danger" of the "otherwise uncontainable spread of a serious pathological agent." See Ex. 1, J¥ 3, 5.

*1)PLAINTIFF'S FACTUAL REPLY AND ARGUMENT IN OPPOSITION TO AFFIDAVIT OF ANTHONY PENNA.*

**REPLY .1) 5. At the same time, practical reason makes evident that vaccination is not, as a rule, a moral obligation and that, therefore, it must be voluntary.**

**On the same note .Is clear must be volontary**

**6.Boston College is a Jesuit, Catholic institution. Boston College's vaccination policy adhered to and was informed by Church teaching on this subject.**
**REPLY 2.Why do you permit VACCINE  exemptions. National Catholic Center vaccine exemption Letter July 7 2021. EXHIBIT1.**
**LISA DOMSKI case. EXHIBIT 2.**

**7.In 2021, I was tasked with reviewing requests for religious exemption from Boston College's COVID-19 vaccination requirement from students, faculty and staff. In order for a request to be granted, Boston College required that the request establish that the requester's religion have, as a fundamental tenet of its religion, opposition to the use of vaccinations, and that the request be supported by a pastor or faith leader. Boston College would also have to be satisfied that the stated reason was religious in nature, as opposed to, for example, objection to vaccination based on moral, ethical, philosophical, or personal concerns. With these guidelines and principles in place, Boston College denied almost all requests for religious exemptions.**

**REPLY. What are your views on my SENCERE HELD RELIGIUS BELIEFS AS BOGOMIL now that you know.**

**8.Approximately 40 requests were submitted by Boston College employee seeking exemptions on: a) religious grounds; and b) religious and medical grounds. Only one request was granted on religious grounds. I have no recollection of reviewing Mr. Agaj's exemption request. Because Mr. Agaj's request was incomplete, it was denied.**

**REPLY.1) How do you know it was incomplete if you never looked at it.**
**2)Was told you looked and examen it.**

**In conclusion, Plaintiff Avenir Agaj i state that the facts and testimony presented by Fr Anthony Penna  is not true.**

Respectfully submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document has been sent via e-mail to Mr. ALAN D. ROSE,Ms Meredith Doty Counsel for Defendant BOSTON COLLEGE.

And A Copy was filed on the  UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MASSACHUSETTS Clerks office.

PRO SE. AVENIR AGAJ on behalf of itself Plaintiff

Signed under the pains and penalties of perjury,   this  11  day of August 2026

**14 PAUL STREET**

**BURLINGT0N**                                                          Avenir    Agaj

**MA,01803**

**CELL:  857-544-0780**                              Aviaga10@hotmail.com

KALTRA SHENAJ PIMENTEL
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires October 15, 2032