# EXHIBIT    1

  

# THE NATIONAL CATHOLIC BIOETHICS CENTER

JULY 7, 2021

# Vaccine Exemption Template Letter

f 🐦 in ❤

*This resource explains how the Catholic Church's teachings may lead individual Catholics to decline certain vaccines. It is intended for Catholics who have made a sure judgment in conscience to refuse a vaccine and should be adapted to fully reflect their beliefs and reasoning. It is not a decision-making guide and does not address all legal, medical, and moral considerations. The NCBC has provided such guidance here. It is not a determination that an exemption will be granted.*

To view a PDF version of this document, complete with detailed references, click here.

[Date]

To Whom It May Concern,

I am a baptized Catholic seeking an exemption from an immunization requirement. This letter explains how the Catholic Church's teachings may lead individual Catholics, including me, [name], to decline certain vaccines.

The Roman Catholic Church teaches that a person may be required to refuse a medical intervention, including a vaccination, if his or her informed conscience comes to this sure judgment. While the Catholic Church does not prohibit the

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

OK

authoritative Church teachings demonstrate the principled religious basis on which a Catholic may determine that he or she ought to refuse certain vaccines:

·      Vaccination is not morally obligatory in principle and so must be voluntary.

·      There is a general moral duty to refuse the use of medical products, including certain vaccines, that are produced using human cells lines derived from direct abortions. It is permissible to use such vaccines only under certain case-specific conditions, based on a judgment of conscience.

·      A person's informed judgments about the proportionality of medical interventions are to be respected unless they contradict authoritative Catholic moral teachings.

·      A person is morally required to obey his or her sure conscience.

A Catholic may judge it wrong to receive certain vaccines for a variety of reasons consistent with these teachings, and there is no authoritative Church teaching universally obliging Catholics to receive any vaccine. An individual Catholic may invoke Church teaching to refuse a vaccine developed or produced using abortion-derived cell lines. More generally, a Catholic might refuse a vaccine based on the Church's teachings concerning therapeutic proportionality. Therapeutic proportionality is an assessment of whether the benefits of a medical intervention outweigh the undesirable side-effects and burdens in light of the integral good of the person, including spiritual, psychological, and bodily goods. It can also extend to the good of others and the common good, which likewise entail spiritual and moral dimensions and are not reducible to public health. The judgment of therapeutic proportionality must be made by the person who is the potential recipient of the intervention in the concrete circumstances, not by public health authorities or by other individuals who

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

OK

vaccination is not a universal obligation and a person must obey the judgment of his or her own informed and certain conscience. In fact, the *Catechism of the Catholic Church* instructs that following one's conscience is following Christ Himself:

In all he says and does, man is obliged to follow faithfully what he knows to be just and right. It is by the judgment of his conscience that man perceives and recognizes the prescriptions of the divine law: "Conscience is a law of the mind; yet [Christians] would not grant that it is nothing more; . . . [Conscience] is a messenger of him, who, both in nature and in grace, speaks to us behind a veil, and teaches and rules us by his representatives. Conscience is the aboriginal Vicar of Christ."

Therefore, if a Catholic comes to an informed and sure judgment in conscience that he or she should not receive a vaccine, then the Catholic Church requires that the person follow this certain judgment of conscience and refuse the vaccine. The *Catechism* is clear: "Man has the right to act in conscience and in freedom so as personally to make moral decisions. 'He must not be forced to act contrary to his conscience. Nor must he be prevented from acting according to his conscience, especially in religious matters.'"

Sincerely in Christ,

[Name]



**PREVIOUS**

**Vaccine Exemption Resource for Individuals**

**NEXT**

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our

website run effectively.

OK

**The National Catholic Bioethics Center** provides education, guidance, and resources to the Church and society to uphold the dignity of the human person in health care and biomedical research, thereby sharing in the ministry of Jesus Christ and his Church. The NCBC envisions a world in which the integral understanding of the human person underlying Catholic teaching on respect for human life and dignity is better understood and more widely embraced in America and worldwide.

Unless otherwise stated, all site content (excluding photos and "Making Sense of Bioethics" thumbnail images) is copyright © 2024, The National Catholic Bioethics Center, Broomall, PA. All rights reserved. The NCBC is a 501(c)(3) nonprofit organization and all donations are tax-deductible.

**The National Catholic Bioethics Center** 600 REED ROAD, SUITE 102, BROOMALL, PA, 19008, UNITED STATES  215-877-2660  INFO@NCBCENTER.ORG

**Main Phone (215) 877-2660 ■ Fax (215) 877-2688 ■ Store (215) 871-2011**

**Membership (215) 871-2004 ■ Education (215) 871-2013**

**CONTACT US    PRIVACY POLICY    STORE POLICIES**

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

OK

8/11/2026, 11:35 AM