EXHIBIT    2



NATIONAL CATHOLIC
REGISTER

https://www.ncregister.com/cna/catholic-woman-awarded-12-7-
million-in-religious-discrimination-lawsuit-over-covid-vaccine

# Catholic Woman Awarded $12.7 Million in Religious Discrimination Lawsuit Over COVID Vaccine

The jury found that BCBSM engaged in unlawful religious discrimination against Domski by denying an accommodation based on a sincerely held religious belief.

Domski, who was employed as an information technology specialist, was working remotely when she requested the accommodation and did not have in-person interactions with other employees. (photo: M-foto / Shutterstock)

Tyler Arnold/CNA | Nation | November 13, 2024

A jury awarded a Catholic Michigan woman $12.7 million in a religious discrimination lawsuit after her former employer — Blue Cross Blue Shield of Michigan (BCBSM) — refused to give her a religious exemption from the company's COVID-19 vaccine mandate and fired her.

The woman, Lisa Domski, submitted a religious exemption request to the company because the three COVID-19 vaccines approved at the time had been developed or tested using fetal cell lines that originated from abortions, according to court documents.

In her request, Domski wrote that taking the vaccine "would be a terrible sin and distance my relationship with God." BCBSM determined that her position did not meet the criteria for a religious exemption.

Domski, who was employed as an information technology specialist, was working remotely when she requested the accommodation and did not have in-person interactions with other employees. She was fired on Jan. 5, 2022, after working for BCBSM for nearly 15 years.

The Catechism of the Catholic Church teaches that abortion "is gravely contrary to the moral law" and that "life must be protected with the utmost care from the moment of conception." It calls every abortion a "moral evil" and refers to abortion and infanticide as "abominable crimes."

However, the Vatican Congregation for the Doctrine of the Faith said in December 2020 that it is morally permissible for Catholics to receive the vaccines even when they were created using cell lines from tissue obtained by two abortions. The statement adds that obtaining the vaccine "does not constitute formal cooperation with the abortion" but emphasized that the statement is not "a moral endorsement of the use of cell lines proceeding from aborted fetuses."

Although the Vatican approved the use of the vaccine, the office declared that vaccination "must be voluntary" and that anyone who refuses to receive a vaccine produced with cell lines from aborted fetuses for reasons of conscience "must do their utmost to avoid ... becoming vehicles for the transmission of the infectious agent."

**Domski's Lawyer Explains the Case**

Jon Marko, the principal attorney at Marko Law who represented Domski, told CNA that his client is "a devout Catholic and she also believes abortion is a sin and it's a sin against God."

When it came to religious exemptions, Marko said BCBSM "definitely didn't take her seriously and they definitely didn't take others seriously," especially when it came to religious exemption requests "with regard to fetal cells." He said 3 out of 4 requests were denied, which implies that BCBSM treated employees as though they were "making it up or

Case 1:24-cv-10834-JEK Document 172-2 Filed 08/11/26 Page 4 of 8

[were] not sincere."

The jury found that BCBSM engaged in unlawful religious discrimination against Domski by denying an accommodation based on a sincerely held religious belief. The jury found that the company had violated both federal and state laws that prohibit religious discrimination.

Domski was awarded nearly $1.7 million in front pay and back pay damages and another $1 million in noneconomic damages. She also received $10 million in punitive damages, which are only awarded in civil cases when the jury determines that the defendant acted in a malicious or reckless manner.

Marko told CNA that the punitive damages are "meant to deter a defendant from future misconduct to punish them, to set an example, and that's what they did."

"Standing up for your rights isn't easy," Marko said. "... She had to choose between her career and her conscience and she gave up her career instead of giving up her faith, and it's a very difficult decision."

When reached for comment, BCBSM provided CNA with a statement that said the company "worked to promote the health and safety of our colleagues, stakeholders, and communities" through policies that included a vaccine mandate.

The statement claimed "Blue Cross designed an accommodation process that complied with state and federal law and respected the sincerely held religious beliefs of its employees."

"While Blue Cross respects the jury process and thanks the individual jurors for their service, we are disappointed in the verdict," the statement added. "Blue Cross is reviewing its legal options and will determine its path forward in the coming days."

**Thousands of Similar Lawsuits**

Across the country, thousands of employees have filed lawsuits against employers after being denied exemptions for COVID-19 vaccine mandates, many of which are grounded in religious objections to the vaccines. Marko himself is representing 170 people to whom BCBSM denied exemptions.

Other employers have also been forced to pay millions of dollars to aggrieved workers whose requests for religious exemptions for COVID-19 vaccine mandates were denied. In 2022, 500

workers secured a $10.3 million settlement with the Illinois–based NorthShore University Health System after being denied exemptions. Last month, a jury awarded $1 million each to six people who were denied religious accommodations by Bay Area Rapid Transit in San Francisco.

Similar lawsuits are still ongoing across the country.

*Keywords:* covid   covid vaccines

---

Copyright © 2025 EWTN News, Inc. All rights reserved. EIN 27-4581132

Reproduction of material from this website without written permission, or unlicensed commercial use or monetization of National Catholic Register RSS feeds is strictly prohibited.

**Exit mobile version**

# Catholic Woman Wins $12.7 Million in Religious Discrimination Case Over Vaccine Mandate

 Geoffrey Peters

5 hours ago



Domski told a <u>U.S. District Court in Michigan</u> that receiving the vaccine "would be a terrible sin" that would harm "my relationship with God." However, Blue Cross, a leading health insurance company, concluded that her stance did not qualify for a religious exemption.

An information technology specialist working remotely with no in-person interactions with colleagues, Domski requested the accommodation but was terminated in January 2022 after <u>nearly 38 years of employment with BCBSM</u>. She <u>filed a complaint claiming</u> that her termination violated both federal and state anti-discrimination laws.

John Marko, Domski's attorney, <u>said she was a devout Catholic and that she submitted a written statement</u> to Blue Cross detailing her beliefs along with the name and contact information of her priest.

The insurance company did not reach out to Domski's priest, according to Marko, who added that she was told she would be terminated if she failed to get the vaccine.

The attorney stated that Domski was awarded a total of $13 million, including $10 million in punitive damages, $1.3 million in front pay, $1 million for pain and suffering, and $315,000 in back pay.

"Our forefathers fought and died for the freedom for each American to practice his or her own religion," the attorney <u>said</u> in a statement. "Neither the government nor a corporation has a right to force an individual to choose between his or her career and conscience."

<u>Added the attorney:</u> "Lisa refused to renounce her faith and beliefs and was wrongfully terminated from the only job she had ever known." The jury's verdict sends a message to Blue Cross that "religious discrimination has no place in America and affirms each person's right to religious freedom."

Blue Cross, Marko stated, neither took his client seriously nor others who refused to be vaccinated, particularly regarding religious exemption requests related to fetal cells.

The attorney noted that, in fact, three out of four requests were denied, suggesting that Blue Cross treated employees as if their claims were fabricated or "not sincere."

<u>According to the Catechism of the Catholic Church,</u> abortion is "gravely contrary to the

1/4/25, 07:03

moral law" and that "life must be protected with the utmost care from the moment of conception." It describes every abortion as a "moral evil" and labels abortion and infanticide as "abominable crimes."

The Vatican's Congregation for the Doctrine of the Faith clarified in December 2020 that it is morally permissible for Catholics to receive vaccines developed using cell lines derived from two abortions. While the statement explained that receiving such vaccines "does not constitute formal cooperation with the abortion," it also emphasized that this does not imply "a moral endorsement of the use of cell lines proceeding from aborted fetuses."

Although the Vatican approved the use of the vaccine, it stated that vaccination "must be voluntary." It also stressed that individuals who refuse vaccines produced with cell lines from aborted fetuses for reasons of conscience must make every effort to "avoid ... becoming vehicles for the transmission of the infectious agent."

Photo credits: COVID-19 vaccines for City Employees via Rawpixel. CC0 1.0.

Categories: Catholicism, Christianity, Featured, Issues, Religion News

Tags: COVID-19, Vatican

**World Religion News**

**Back to top**