UNITED STATES DISTRICT COURT

FOR THE

DISTRICT COURT OF MASSACHUSETTS

_____

)

**AVENIR AGAJ** )

        **Plaintiff** )

                       )

**V.** )     Civil ACTION No. 1:24 –CV-10884-JEK

                       )

**BOSTON COLLEGE** )

        **Defendant** )

                       )

_____)

FILED
Clerk's Office
USDC, Mass.
Date 8/11/26
By aw
Deputy Clerk

PLAINTIFF 's AVENIR AGAJ AFFIDAVIT IN OPPOSITION TO THE

AFFIDAVIT OF MEREDITH WILSON DOTY

_____

**PRO SE.**

**Plaintiff AVENIR AGAJ respectfully submits this Affidavit in Opposition to the Affidavit of Meredith Wilson Doty.**

**I, Meredith Wilson Doty, hereby depose and state as follows:**

2. **Attached hereto as Exhibit 1 is a true and accurate copy of excerpts from Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories, dated March 13,**

*1)PLAINTIFF'S FACTUAL REPLY AND ARGUMENT IN OPPOSITION TO AFFIDAVIT OF MEREDITH WILSON DOTY.*

**REPLY. EXHIBIT 1 .PLAINTIFFS ANSWERS AND OBJECTIONS TO DEFENDANT FIRST SET OF INTERREGATORIES IN FULL.**
**EXHIBIT 2 DEFENDANT BOSTON COLLEGE ANSWERS AND OBJECTIONS TO PLAINTIFF FIRS SET OF INTERREGATORIES.**

**In conclusion, Plaintiff Avenir Agaj i state that the facts and testimony of MEREDITH WOLSON DOTY  not in full.**
**Respectfully submitted,**

**CERTIFICATE OF SERVICE**

**I hereby certify that a copy of this document has been sent via e-mail to Mr. ALAN D. ROSE,Ms Meredith Doty Counsel for Defendant BOSTON COLLEGE.**

**And A Copy was filed on the  UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MASSACHUSETTS Clerks office.**

**PRO SE. AVENIR AGAJ on behalf of itself Plaintiff**

**Signed under the pains and penalties of perjury,   this 11  day of August 2026**

**14 PAUL STREET**

**BURLINGT0N**

**MA,01803**

**CELL:  857-544-0780**

Avenir    Agaj

Aviaga10@hotmail.com

KALTRA SHENAJ PIMENTEL
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires October 15, 2032