EXHIBIT    1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVENIR AGAJ,<br><br>               Plaintiff,<br><br>v.<br><br>BOSTON COLLEGE,<br><br>               Defendant. | Civil Action No. 1:24-cv-10884<br><br>**PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES** |

Pursuant to Federal Rule of Civil Procedure 33 and Local Rule 33.1, Plaintiff, Avenir Agaj ("Plaintiff") hereby objects and responds to Defendant's First Set of Interrogatories as follows:

These responses are made solely for the purpose of, and in relation to, this action. Each response is given subject to all appropriate objections (including but not limited to objections concerning competency, relevancy, materiality, propriety, and admissibility), which would require the exclusion of any statement contained herein if the request were asked of, or any statement contained herein was made by, a witness present and testifying in court. All such objections and grounds therefore are reserved and may be interposed at the time of trial.

Except for facts explicitly admitted herein, no admission of any nature whatsoever is to be implied or inferred. The fact that any request herein has been responded upon should not be taken as an admission, or a concession, of the existence of any facts set forth or assumed by such request, or that such response constitutes evidence of any fact thus set forth or assumed. All responses must be construed as given on the basis of present recollection.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1:**

Explain when you first learned about Bogomilism, including how you first learned of Bogomilism, and when you first began observing its tenets and/or practicing Bogomilism.

**RESPONSE TO INTERROGATORY NO. 1:**

**OBJECTION. This interrogatory is and shall be counted as three distinct interrogatories. Notwithstanding the foregoing objection, Plaintiff responds as follows:**

a) I first learned about Bogomilism on or about: 1990

b) I first learned about Bogomilism from: my grandmother's mother's side.

c) I first began observing the tenets of Bogomilism and/or practicing it on or about: 1990 onwards to the present day.

**INTERROGATORY NO. 2:**

State each and every fact upon which you intend to rely in your claim that your religious belief is sincerely held.

**RESPONSE TO INTERROGATORY NO. 2:**

**OBJECTION. This interrogatory calls for a legal conclusion and is otherwise vague and incomprehensible. Notwithstanding the foregoing objection, Plaintiff responds as follows:**

a) Oath on the Holy Bible and the New Testament as Bogomil that should salve the doubts (sacred books to every Christian).

b) The fact that I lost my job to obey my sincere religious beliefs as Bogomil believer and practicant by refusing to submit, corrupt, lie. Sell and harm intentionally my body, soul and spiritual well being by allowing the filthy, harmful substance of covid vaccine (with

Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

the evils deed) to defile my body and surrender to the corrupt for profit. I have a great gift of health I was blessed by God. (good against evil) Bogomil faith tenet.

c) Information from the Holy Bible that I was obeying to god will on preserving my body as temple of the holy spirit, and as such should be treated with reverence and respect.

d) Corinthians 6:19 – 20 (holy bible)

e) Leviticus 19

f) Corruption, deception, coercion, hypocrisy, lies, financial profits, and most important expose Boston College actions of abandon of the true Jesus Christ teachings.

g) Bogomilism and ethnobotany are connected.

h) And any other information I might present or recover in the future.

i) Coronavirus and Christ by John Pipper

j) 199 Promises of God by Barbour Publishing Inc.

k) Heretics by G.K. Chesterton

**INTERROGATORY NO. 3:**

State in detail all facts upon which you rely in support of your allegation in Sentence 10 of your Complaint that your Bogomil faith precludes vaccination, including vaccination against COVID-19.

**RESPONSE TO INTERROGATORY NO. 3:**

**OBJECTION. This interrogatory mischaracterized the complaint. Subject to the foregoing objection, Plaintiff responds as follows:**

a) Corinthians 6:19-20, Leviticus 19, Holy Bible and the New Testament.

b) We as Bogomils regard covid vaccination as a clear attempt to religious conversion.

c) As corruption of the body as a temple of the holy spirit. One hand we are asked to take

- 7 -

Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

covid vaccine as condition of employment on the other hand we are asked to sign a waiver beforehand stating that we are taking the vaccine on free will and voluntary. brief we are asked to lie.

d) The way vaccines are made and distributed goes against my faith and morals, and I regard it as an act of submission to other faiths.

e) Our ancestors Bogomils were burned at the stake because they refuse to be corrupt and convert. And Boston College knows that very well.

**INTERROGATORY NO. 4:**

State in detail all facts upon which you relied in 2021 in support of your contention that the COVID-19 vaccine is ineffective and harmful to your body.

**RESPONSE TO INTERROGATORY NO. 4:**

a) Prevention it does not protect humans from getting COVID-19.

b) Does not prevent the spread of COVID-19.

c) Has adverse side effects as vaccine.

d) On healthy individuals is an unnecessary health risk.

e) And I believe it is no longer in recommended for use or authorized in the USA.

f) During my employment at Boston College I believe it was not fully approved only authorized by FDA, CDS for emergency use only (EUI).

**INTERROGATORY NO. 5:**

State in detail the frequency, location, day(s), and time(s) during which you engaged in religious observations in connection with your practice of Bogomilism, (a) before March 1, 2020; and (b) after March 1, 2020.

- 8 -
Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

**RESPONSE TO INTERROGATORY NO. 5:**

**OBJECTION.   This interrogatory is and shall be counted as two distinct interrogatories.  This interrogatory is overbroad in time and scope.  Notwithstanding the foregoing objection, Plaintiff responds as follows:**

Every day of my life from 1990 to the present day I was practicing the Bogomilism faith. My sincere religious beliefs are permanent and not temporary like Jesuits at Boston College. In nature where mostly outdoors, through my travels.

**INTERROGATORY NO. 6:**

Explain in detail your practice of ethnobotany, including any connection to your Bogomil faith, and any medical treatment you receive and/or preventative practice you follow in accordance with this practice.

**RESPONSE TO INTERROGATORY NO. 6:**

**OBJECTION.   This interrogatory is overbroad in time and scope.   It seeks information beyond the scope of the pending complaint and defenses.  Notwithstanding the foregoing objection, Plaintiff responds as follows:**

You don't have to look far for that the connection between Bogomils and ethnobotany are in the Holy Bible, over 200 plants are mentioned on the holy bible. Also, the Bogomils elders are well known physicians, and healers. Ethnobotany is not only part of my sincere held religious beliefs but also part of my culture. Healing yourself by Joy Gardner is an example. Homeopathic Medicine by Trevor Smith MD.

**INTERROGATORY NO. 7:**

Identify each and every vaccine you have received or taken, identifying the following with respect to each:

Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

(a) the name of the vaccine;

(b) the date the vaccine was taken or received by you;

(c) the name and address of the dispensing party;

(d) the location where such vaccine was administered; and

(e) the reason for such vaccine.

**RESPONSE TO INTERROGATORY NO. 7:**

None.

**INTERROGATORY NO. 8:**

Identify each and every pharmaceutical and/or medicinal drug you have received or taken, identifying the following with respect to each:

(a) the name of the pharmaceutical or medicinal drug;

(b) the date the pharmaceutical or medicinal drug was taken or received by you;

(c) the name and address of the dispensing party;

(d) the location where such pharmaceutical and/or medicinal drug was administered; and

(e) the reason for such pharmaceutical and/or medicinal drug.

**RESPONSE TO INTERROGATORY NO. 8:**

**OBJECTION. This interrogatory is overbroad in time and scope. It seeks information beyond the scope of the pending complaint and defenses. Plaintiff reasserts his above objection to "pharmaceutical and/or medicinal drug" as vague and incomprehensible. Notwithstanding the foregoing objection, Plaintiff responds as follows:**

None.

**INTERROGATORY NO. 9:**

Describe in detail all religious and medical exemptions you have made, including the date

Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

of such request(s), the bases for the exemption requests, and the result of the exemption request.

**RESPONSE TO INTERROGATORY NO. 9:**

**OBJECTION. This interrogatory is vague and incomprehensible. Plaintiff will assume this interrogatory seeks information about requests made, not exemptions he himself has granted. Subject to the foregoing objection, Plaintiff responds as follows:**

I made only two requests for exemption related to covid vaccine to Boston College.

The first was done before I was informed that getting a covid vaccine would be a condition of employment my request was denied. Email Hosein, Lowe, Trainor no problem there follow our protocol. Regarding my exemption.

The second one was done after I was informed that covid vaccine would be a condition of employment and it was done in order to amend and asked to reconsider Boston College my religious and medical objections.

I was encouraged by Christine LaFlamme to resubmit my request and in the which I clearly stated my sincere held religious beliefs as Bogomil also my medical practice ethnobotany. Emails LaFlamme, Agaj, cc Lowe.

After my second exemption request Boston College did not engage in interactive process and denied my request on the 6 Aug. 2021 email Mr. David Trainor. He claimed no basis for the request and undue hardship and provided no evidence to me on any of those claims during my employment. Boston college has the dates.

**INTERROGATORY NO. 10:**

State the name, home and business addresses, phone number(s), occupation, and employers of each and every person who has knowledge of your religious beliefs and practices.

Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

**RESPONSE TO INTERROGATORY NO. 10:**

**OBJECTION.  This interrogatory is overbroad in time and scope.  Notwithstanding the foregoing objection, Plaintiff responds as follows:**

I keep and regard my sincere religious held beliefs as Bogomil private to avoid religious discrimination in employment like in my case with Boston College. That is my right under the privacy law. Unless is a condition of employment and informed from the start.

Boston college never asked for my religious beliefs during my hiring but asked a lot during my firing.

I otherwise refer to all individuals identified in these responses and in the documents produced wherein I identify my religious beliefs to others.

**INTERROGATORY NO. 11:**

State the name, home and business addresses, phone number, occupation, and employer of each and every pastor or faith or religious leader with whom you communicated concerning the COVID-19 vaccine.

**RESPONSE TO INTERROGATORY NO. 11:**

Jay Danowitz, MD, 37 Broadway, Arlington, MA, 02474.

**INTERROGATORY NO. 12:**

Describe in detail any and all communications, between you and BC or any other person or entity, concerning the allegations in your Complaint regarding your request for exemption from BC's vaccination requirement, identifying in your answer with respect to each relevant communication:

(a) the date and place of such communication;

(b) the form of such communication (whether by telephone, in writing, by e-mail, in-person or otherwise);

(c) any document or documents prepared to record or in any way preserve any part or all of the substance of what was said during such communication;

(d) the identity of each person involved in such communication; and

(e) the substance of each such communication.

**RESPONSE TO INTERROGATORY NO. 12:**

**OBJECTION. Plaintiff objects to this interrogatory to the extent it seeks information within Defendant's possession. Notwithstanding the foregoing objection, Plaintiff responds as follows:**

Plaintiff otherwise refers to the documents produced regarding his request for accommodation and as produced in response to Defendant's document requests.

**INTERROGATORY NO. 13:**

Itemize with specificity each and every item of damages, including financial and emotional, which you contend you have incurred or will incur as a result of any conduct on the part of BC or its representatives, and for all such claimed damages:

(a) give an itemized account of all alleged damages, losses, expenses, and other costs;

(b) identify all individuals who are aware of such damages, losses, expenses, and other costs; and

(c) identify all documents evidencing such damages, losses, expenses, and other costs.

**RESPONSE TO INTERROGATORY NO. 13:**

**OBJECTION. This interrogatory is and shall be counted as three distinct interrogatories. This interrogatory is overbroad in time and scope. Plaintiff objects to the**

extent this interrogatory seeks any accounting of his incurred attorneys' fees, which will be otherwise provided in accordance with Fed. R. Civ. P. 54 at the appropriate time. Notwithstanding the foregoing objection, Plaintiff responds as follows:

a) Itemized Accounting:

   a. Lost Wages: $300000 USD

   b. Stolen wages, parking fees, union dues, missing vacation time hours, poor record keeping hours etc. Accrued interest $25,000 USD.

   c. Benefit loss, retirement, medical, dental, insurance, printed mailed documents. $6000 USD.

   d. Legal fees, to be continued…$900000 USD damages punitive, front pay, mental distress due to case litigation pro se in different courts and organizations, MCAD, EEOC, Newton Court, Suffolk Superior Court.

b) Individuals: Myself and Defendant

c) Documents: Plaintiff otherwise refers to the documents produced in response to Plaintiff's related requests for production.

**INTERROGATORY NO. 14:**

Describe all efforts that you took to mitigate any and all damages you claim to have suffered, as a result of the termination of your employment by BC, identifying in your answer:

(a) the length of time you remained unemployed;

(b) any unemployment compensation or benefits you received;

(c) the length of time between the termination of your employment with BC and taking steps to seek new employment;

Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

(d) any employment secured following your termination from BC, including the position(s) held, the date of employment(s), and accompanying compensation; and

(e) any treatment you sought or obtained to mitigate or treat the emotional distress you claim to have suffered.

**RESPONSE TO INTERROGATORY NO. 14:**

**OBJECTION. This interrogatory is and shall be counted as five distinct interrogatories. Notwithstanding the foregoing objection, Plaintiff responds as follows:**

a) Length of Unemployment: 4 months.

b) Unemployment Compensation Received: $5,008 USD

c) Length of Time before Seeking New Employment: Immediately, during other employments.

d) Employment Secured: September 2021

e) Treatment: Ethnobotany, religious prayer and faith healing to and from God as divine physician, as is the tradition of the Bogomils.

**INTERROGATORY NO. 15:**

Describe in detail your roles and responsibilities while employed by BC, including but not limited to position(s) held, day-to-day duties, and interactions with faculty, staff, and students.

**RESPONSE TO INTERROGATORY NO. 15:**

**OBJECTION. Plaintiff objects to this interrogatory to the extent it seeks information within Defendant's possession. Notwithstanding the foregoing objection, Plaintiff responds as follows:**

Landscaper level 3 all the duties requested to my position.

Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

**INTERROGATORY NO. 16:**

Identify every lawsuit within the past 10 years to which you have been a party, including the court where the lawsuit was filed, the docket number, the names of the other parties, and the result of the lawsuit. You may exclude from your answer the claims you filed against BC in Newton District Court, the Massachusetts Commission Against Discrimination, the Equal Employment Opportunity Commission, Massachusetts Superior Court, and this Court.

**RESPONSE TO INTERROGATORY NO. 16:**

None.

**INTERROGATORY NO. 17:**

Identify all witnesses you intend to call or are considering calling at trial.

**RESPONSE TO INTERROGATORY NO. 17:**

Plaintiff has made no determination as to what witnesses will be called at trial. Plaintiff reserves the right to call any witness identified in any pleading, exhibit, deposition, or document exchanged in discovery, including third-party discovery. Plaintiff reserves the right to seasonably supplement this response in a timely manner before trial.

**INTERROGATORY NO. 18:**

Identify all evidence you intend to or are considering introducing at trial excluding testimony from live witnesses.

**RESPONSE TO INTERROGATORY NO. 18:**

Plaintiff has made no determination as to what documents will be introduced at trial. Plaintiff reserves the right to introduce any document identified in any pleading, exhibit, deposition, or document exchanged in discovery as well as any exhibit filed in this matter or

Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

document exchanged in discovery, including third-party discovery. Plaintiff reserves the right to seasonably supplement this response in a timely manner before trial.

**INTERROGATORY NO. 19:**

Identify all expert witnesses you intend to call or are considering calling at trial; and for each, state the subject matter on which the expert is expected to testify, state the substance of the facts and opinions to which the expert is expected to testify, and provide a summary of the grounds for each opinion.

**RESPONSE TO INTERROGATORY NO. 19:**

**OBJECTION. Plaintiff objects to this interrogatory to the extent it exceeds the requirements of Fed. R. Civ. P. 26 and/or the Local Rules. Subject to the foregoing objection, Plaintiff responds as follows:**

Plaintiff has made no determination as to what expert witnesses will be called at trial. Plaintiff reserves the right to call any expert witness identified in any pleading, exhibit, deposition, or document exchanged in discovery, including third-party discovery. Plaintiff reserves the right to seasonably supplement this response in a timely manner before trial.

Dated: March 13, 2025

As to Objections,

/s/ Jay M. Wolman
Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorneys for Plaintiff*

Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

Civil Action No. 1:24-cv-10884

## VERIFICATION OF INTERROGATORY RESPONSES

I, Avenir Agaj, am Plaintiff in the above-captioned matter. I have reviewed the Responses in these Answers and Objections to Defendant's First Set of Interrogatories, and I hereby declare under penalty of perjury that the foregoing responses are true and correct to the best of my knowledge and understanding.

Dated: _____        By: _____
                                             Avenir Agaj

Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

Civil Action No. 1:24-cv-10884

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2025, a true and correct copy of the foregoing document was served via e-mail as follows:

ROSE LAW PARTNERS LLP
Alan D. Rose
adr@rose-law.net
Meredith Wilson Doty
mwd@rose-law.net

*Counsel for Defendant*

/s/ Jay M. Wolman
Jay M. Wolman

- 19 -
Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories
1:24-cv-10884

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVENIR AGAJ,<br><br>              Plaintiff,<br><br>v.<br><br>BOSTON COLLEGE,<br><br>              Defendant. | Civil Action No. 1:24-cv-10884<br><br>**PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT'S SECOND SET OF INTERROGATORIES** |

Pursuant to Federal Rule of Civil Procedure 33 and Local Rule 33.1, Plaintiff, Avenir Agaj ("Plaintiff") hereby objects and responds to Defendant's Second Set of Interrogatories as follows:

These responses are made solely for the purpose of, and in relation to, this action. Each response is given subject to all appropriate objections (including but not limited to objections concerning competency, relevancy, materiality, propriety, and admissibility), which would require the exclusion of any statement contained herein if the request were asked of, or any statement contained herein was made by, a witness present and testifying in court. All such objections and grounds therefore are reserved and may be interposed at the time of trial.

Except for facts explicitly admitted herein, no admission of any nature whatsoever is to be implied or inferred. The fact that any request herein has been responded upon should not be taken as an admission, or a concession, of the existence of any facts set forth or assumed by such request, or that such response constitutes evidence of any fact thus set forth or assumed. All responses must be construed as given on the basis of present recollection.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 20:**

Do you contend that your Bogomil faith precludes or prohibits all vaccinations, including COVID-19 vaccinations? If so, state the complete factual basis for any such contention, including but not limited to the specific vaccines precluded or prohibited.

**RESPONSE TO INTERROGATORY NO. 20:**

Plaintiff refers to his response to Interrogatory No. 3 and further states yes, every time. The evil man works and serves for the Devil by means of corruption, lies, deception, blackmail, temptation, conversion, force to submit, and any other evil deeds including profits, like Dr. Fauci and many others.

Key elements to Bogomil – an unseen God created everything. Each person has a choice to do good or bad. Choosing bad or evil has a consequence. The consequence is separation from God. Each person is responsible for their own actions and must answer for them. For the Bogomil, they are two supreme forces that govern the universe good and evil. Though the world is corrupt, there are some people who try to keep their bodies holy and pure at all times. It is not that they are not sinners, but they abstain from sins and put in their prime so that they will not defile their bodies. This group of people will walk with the Lord in white garments because they are worthy (Revelation 3).

If you do anything you believe is not right, you are sinning. Violating our conscience is a sin. Conscience is something that God created for us to use and understand right versus wrong. You must recognize that God is greater than any virus or vaccine, whether or not you receive a Covid vaccine. Natural immunity exists and I am the living proof. I never got a Covid vaccine and I never got Covid. Our body is a temple of the Holy Spirit and should be treated with reverence

Plaintiff's Answers and Objections to Defendant's Second Set of Interrogatories
1:24-cv-10884

RANDAZZA | LEGAL GROUP

and respect (Corinthians 6:19:20). Glorify God in your body. God is always right, and his will be done.

**INTERROGATORY NO. 21:**

Please identify all physicians, therapists, and other healthcare or medical care providers, including their full names and addresses, who have provided any medical care, treatment, consultation, or examination to you, from October 10, 1997 to the present date. For each provider, please also state:

(a): The approximate date(s) of each visit, consultation, or treatment; and

(b): The nature of the treatment or services provided.

**RESPONSE TO INTERROGATORY NO. 21:**

**OBJECTION. This interrogatory is excessive in time, seeking over 27 years of medical history; Plaintiff will provide only as to the past 5 years, which is reasonable. This request is irrelevant and seeks immaterial information as Plaintiff has not put his physical health at issue in this case; Plaintiff will only identify the provider(s), and will not provide further answers except on order of the Court. Subject to the foregoing objections, Plaintiff responds as follows:**

The above request is in clear violation of my right of medical privacy guaranteed under HIPAA, ADA, GINA, FEHA, and other laws both federal and state. Nevertheless, an answer was already provided regarding this matter.

Plaintiff's Answers and Objections to Defendant's Second Set of Interrogatories
1:24-cv-10884

Dated: May 2, 2025

As to Objections,

/s/ Jay M. Wolman
Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorneys for Plaintiff*

Plaintiff's Answers and Objections to Defendant's Second Set of Interrogatories
1:24-cv-10884

Civil Action No. 1:24-cv-10884

## <u>VERIFICATION OF INTERROGATORY RESPONSES</u>

I, Avenir Agaj, am Plaintiff in the above-captioned matter. I have reviewed the Responses in these Answers and Objections to Defendant's Second Set of Interrogatories, and I hereby declare under penalty of perjury that the foregoing responses are true and correct to the best of my knowledge and understanding.

Dated 04/24/2025    By: *AVENIR AGAJ*

_Avenir Agaj

RANDAZZA | LEGAL GROUP

- 9 -

Plaintiff's Answers and Objections to Defendant's Second Set of Interrogatories
1:24-cv-10884