UNITED STATES DISTRICT COURT

FOR THE

DISTRICT COURT OF MASSACHUSETTS

F I L E D
Clerk's Office
USDC, Mass.
Date 8/11/26
By CW
Deputy Clerk

AVENIR AGAJ                          )

    Plaintiff                       )
                                         )

  V.                               )    Civil ACTION No. 1:24 –CV-10884-JEK
                                         )

BOSTON COLLEGE                       )

    Defendant                      )
                                         )

## PLAINTIFFS STATEMENT OF ADDITIONAL MATERIAL FACTS

PRO SE.

Plaintiff AVENIR AGAJ respectfully submits this Statement of Additional Material Facts to show the court that genuine material fact exist, which legally requires the case to proceed to JURY trial. As plaintiff Avenir Agaj my response is to introduce my own narrative of facts to defeat their motion.

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1,

Let me start by the the policy making of the defendant Boston College regarding vaccine mandate after all that was the reason i was given for my termination.

1)      Exhibit file 1 CONTRACTOR,VENDOR,SUPPLIER,EMPLOYEE

**Covid Vaccine policy for vendors,contractors,suppliers, Paul McGovan Director of Procurement Services,Boston College**

Dated January 2022, /  Otober 5,2021,      /  June 2,2021,   /   August 18,2020

**We are strongly encouraging all of our vendors, contractors and suppliers to get vaccinated if they are going to be on our campus. Anyone not fully vaccinated against COVID-19 isrequired to wear a mask at all times while on Boston College's campus, both indoors and outdoors. Why this flexibility with them and not staff???**

**Why we were made to beg for our jobs ,our rights and others were not?**

Under  in independent  contractor policy

**The individual is free from control and direction by the University in connection with the performance of the service. In order to be considered an independent contractor, the individual must be able to bring his or her own approach to the performance of the task. This does not mean that the individual must be free from all direction, but his or her activities and duties should be carried out with minimal instruction and the University should have the right to control or direct only the result of the work, not the means and methods of accomplishing the result. A statement of 1 This Policy does not apply when hiring full-time students of Boston College. For the hiring undergraduate and graduate students, see: www.bc.edu/studentemployment. independent control and direction should be explicitly set forth in a contractual services agreement and carried out accordingly during the course of the relationship. An independent contractor should be allowed to dictate the hours that he or she will work on the job, though the University may restrict on-site activities to certain times in order to account for campus activities.**

**Service Agreement BOSTON COLLEGE.**

**P18 / P 23 STATES**

**Equal Employment Opportunity: BC is an affirmative action employer and complies with all laws relating to Equal Employment Opportunity and Civil Rights, including Executive Order 11246, as amended; section 503 of the Rehabilitation Act of 1973, as amended; and the Vietnam Era Veterans Readjustment Assistance Act of 1974, as amended. This contractor and subcontractor shall abide by the requirements of 41 CFR §§ 60-1.4(a), 60-300.5(a),and 60-741.5(a). These regulations prohibit**

discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities, and prohibit discrimination against all individuals based on their race, color, religion, sex, or national origin. Moreover, these regulations require that covered prime contractors and subcontractors take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, national origin, protected veteran status or disability. This purchase order/contract is issued upon the condition that the Vendor complies with all of the aforementioned laws and regulations.

23

Employee Conduct: Service Provider shall be responsible for the actions of its employees, agents, and independent contractors here under and for the payment of all taxes, wages, benefits and other costs associated with such persons. While on Boston College's premises, all employees, agents and independent contractors of Service Provider shall comply with all applicable Boston College policies and procedures. In addition, Boston College shall retain the right to require the Service Provider at any time to remove from college property any employee, agent, or representative of the Service Provider whose conduct, appearance, or performance is reasonably deemed by the College to be unacceptable.

So it is clear that Boston College had the opportunity to create an equal opportunity but decided not to.

After all who is going tu build a 150 million building 245 Beacon Street if Suffolk construction does not? After all Mr. JOHN FISH chairman and CEO and Boston College Board of Trustees chair will get medal of excellence. Why Mr FISH does not put his own money at BC but relies on federal government help to run the place. After all he is worth only a cheeky 7.5 billion.

Now i understand why contractors did not had to take vaccine because they work for him in door out door no problem just fire the union employees. HENRY FORD text book. Major projects going in 2021    Schillier institute NEIL LIBRARY,THEOLOGY AND MIISTRY LIBRARY,BAPST AND BURNS all done with unvaccinated contractors mostly.

Landscape Services Additionally they oversee campus snow removal with the help of in-house staff and multiple CONTRACTORS.BC brings in licensed commercial landscaping companies from greater BOSTON areas and Newton.Boston College hires external landscape architects and construction consultants and campus move in services like Olimpia Office Movers.

In regards of my job this is the picture of the truck i was assigned, Limo trucks was reserved for management who always traveled alone .

Regarding my job that picture tell you about my undue hardship on the masters of BOSTON COLLEGE

Now to clear Boston there is no signed condition of employment on vaccine in Boston College employee book or contract. My termination was illegal, and it was a breach of contract. The union said: The union and management will continue to bargain around the subject of mandatory vaccination. We recognize that some people are concerned about the vaccine.

My hiring letter LANSCAPER level III.My termination letter no say of undue hardship and i was lied too the last day.

THIS CONCLUDES MY FIRST SET OF EXHIBITS FILE 1.WHICH SHOULD BE INCLUDED AS EVIDENCE.

2)      Exhibit file 2. FINANCE SUMMARY BOSTON COLLEGE

Boston College Financial Statement Summary 2020-2021

The financial statements also reflect a historic endowment return contributing in excess of $1.1 billion to the University's balance sheet as well as government support provided though the CARES Act, used for student aid and University support to off-set COVID-19 related expenses and lost revenue. Statement of Financial position (Total Assets, Liabilities, and Net Assets) The University's total assets at May 31, 2021 were $6.4 billion, which was $1,236.3 million or 24% higher than at the end of the previous fiscal year. The Bc Endowment increased by 1.2 billion in 2021.

FEMA gave Boston College 7.4 million in Reimbursement for BC COVID –19 TESTING COSTS between AUGUST 2020- January 2022 and in July 2020 and June 2021 and Boston College claim undue hardship because of me.

HEERF III Funds, or The American Rescue Plan (ARP)

The American Rescue Act was signed into law on March 11, 2021 and contains funding for higher education. Boston College received its HEERF III Grant award notifcation on May 17, 2021 and in accordance with the requirements of the ARP(a)(1), no less than $8,715,557 ,FAFSA, to cover expenses related to the disruption of campus operations due to the COVID pandemic for a total of $1,278,20

**Claimant Information Claimant Name: Avenir Agaj**

**Employer Name: BOSTON COLLEGE**

**140 COMMONWEALTH AVE**

**CHESTNUT HILL, MA 02467 www.mass.gov/duaTHE COMMONWEALTH OF MASSACHUSETTS EXECUTIVE OFFICE OF LABOR AND WORKFORCE DEVELOPMENT DEPARTMENT OF UNEMPLOYMENT ASSISSTANCE BOSTON COLLEGE August 21, 2021 DUA ASSISTANCE UNEMPLOYMENT MA.**

**3 Was the claimant fired (discharged) because of poor job performance**

**(not for misconduct or for disobeying a rule or policy)?**

**discharge no covid vaccine- What reason(s) did the claimant give for what s/he did?**

**discharge no covid vaccine-**

**If you (the employer) were harmed by what s/he did, explain how:**

**n/a**

**- How did the claimant know that what s/he did would harm you (the employer)?**

**n/a**

**- Did the claimant know s/he might be disciplined for doing that?**

**yes**

**4 Person to contact if we need more information:**

**Name: angela turrin Position: claims rep**

**I certify under penalty of perjury that the above information is true and correct**

**Finding of fact decision DUA MA.**

**3)                         EXHIBIT FILE 3 MEDICAL DOCUMENTS**

**Employment covid test records during my employment at Boston College 16 test result NEGATIVE.**

**CITY OF NEWTON, MASSACHUSETTS Boston College Neighborhood Council Meeting Notes**
**Date: Tuesday, September 28, 2021Time: 6:00 p.m. Place: Zoom conference**
**Council Members Present: Councilor Lisle Baker, Karine Alexander, Lynn Yetra, Barney Heath, and Tom Keady (BC)**
**Also Present: Councilor Bowman, Jeanne Levesque (BC), William Mills (BC), Devra Bailin, Gavin Zhang, Nathan Niaronov**
**1. Update on COVID-19 Measures/Protocols**
**Ms. Levesque provided a COVID-19 update and explained that anyone— students, faculty, staff—returning to campus in the fall had to be vaccinated unless they had a qualified exemption (medical or religious). The BC community has a 99.3% vaccination rate. Everyone returning to the campus was tested in**
**August. The College is also administering targeted asymptomatic testing, as well as testing for those with symptoms. She noted that BC is complying with the mask mandates in Boston and in Newton.**
**Councilor Baker commented that he had heard that BC is not mandating masks in the classrooms. He noted that these are large spaces with a lot of people and he does not believe this is the correct protocol. He added that some Faculty members have expressed concern. Mr. Keady responded that there are less than 100 people on campus who are not vaccinated due to exemptions. Even parents who came for the parents' weekend had to show vaccination cards to attend. BC feels there is very little likelihood of break-through Infections. Councilor Bowman agreed with Councilor Baker and noted that Many colleges are seeing break-through infections. Mr. Keady reiterated that in public spaces, everyone must be masked. He will bring the concern to Father Leahy.**
**Again**

**CITY OF NEWTON, MASSACHUSETTS**

**Boston College Neighborhood Council**

**Meeting Notes Date: Thursday, January 27, 2022 Time: 6:00 p.m. Place: Zoom conference**

Council Members Present: Councilor Lisle Baker, Councilor Norton, Lynn Yetra, and Tom Keady (BC) Also Present: Councilor Laredo, Jeanne Levesque (BC), William Mills (BC), Devra Bailin, and sueIPhone (wouldn't identify)

## 1. BC Opening—COVID-19 Update

Ms. Levesque provided a COVID-19 update and explained that students returned from break on January 18th. Before returning they were required to provide a 72 hour PCR or a 24 hour rapid test. The vaccination rate of everyone—students, faculty, staff—is 99.3%; everyone must have the booster by February 9. The University continues to administer surveillance testing. As posted on their dashboard for last week, they administered 9190 tests with 261 positives (mostly undergraduates). 120 students are in isolation at Pine Manor. As is true for most of the area, the University saw a drop in COVID positives. The University has also temporarily mandated masks at all times inside until January 31st. She noted that BC continues to comply with the mask mandates in Boston and in Newton.

Councilor Norton asked whether the College is seeing mental health impacts. Mr. Keady said this is the number one issue for undergraduates. Ms. Levesque noted that they have increased counselling available, as well as increasing the number of outdoor activities and programming for students.

Just 1. exemption request right?

> Mr. Keady responded that there are
> less than 100 people on campus who are not vaccinated due to exemptions.
>
> As posted on their dashboard for last week, they administered 9190 tests with 261 positives (mostly undergraduates). 120 students are in isolation at Pine Manor.

## Update on COVID-19 vaccination rate and testing results: 8-30-2021

Campus & Community / Announcements - Published on August 31, 2021

An update on the University's COVID-19 vaccination rate and testing results, plus a Q&A with University Health Services Director Dr. Douglas Comeau and virologist and Department of Biology Professor and Chair Welkin Johnson.

Q. What percentage of the BC community has been vaccinated against COVID-19?

A. Comeau: As of Monday, August 30, 99.3 percent of the Boston College community has been vaccinated, including 99.3 percent of BC faculty and staff, and 99.1 percent of undergraduate students. Counting University-approved exemptions, 100 percent of those intending to be on campus have complied with BC vaccination protocols.

Q. Why are there positive test results on a campus where 99 percent of community members have been vaccinated?

A. Johnson: The important takeaway is that the vaccine is protective. It is clear globally that the COVID-19 vaccine is stemming the spread of the virus, but it is also important to note that it is not 100 percent effective. There is a small but significant minority of cases where vaccinated people get breakthrough infections; if they are infected with the Delta variant, they tend to make virus at levels similar to unvaccinated people, which means vaccinated, infected people can spread the virus. The vaccine is having a very important effect, but people have to remember that the vaccine is not a guarantee that they will not get or spread the virus. Q. What can we do at Boston College to protect the community and ourselves?

Q. What about those who have been granted an exemption for medical or religious purposes?

A. Comeau: With a 99 percent-plus vaccination rate on campus, we have very few faculty, staff, and students who have been approved for a University exemption. Those who have an exemption will be required to wear masks, indoors and outdoors at all times, except when eating, drinking and, in the case of students, sleeping in their residence hall. In addition to mask wearing, these individuals will be required to test regularly, starting at a rate of twice weekly. Q. What is your prognosis for the pandemic in the coming months?

A. Comeau: It is very hard in medicine to have a prognosis for a disease, particularly in the case of a pandemic. We as physicians and as scientists are learning every day about the ramifications of COVID, its variants, A. Johnson: The world has never been

better prepared in terms of having the tools, surveillance methods, and vaccine technology to actually deal with a global pandemic like this. We have everything we need to control it and suppress it. The remaining piece is to get everybody to comply and get vaccinated. That is our best defense against COVID-19. Now, with a highly vaccinated community, those students who do test positive for COVID-19 will still have to go to isolation, but their close contacts will not have to quarantine because they have been vaccinated.

Covid positive data August 2021.Boston College.

Vaccine  information Fact sheet revised 22 september 2021

Covid 19  vaccine  emergency use instructions  EUI Resourses  date 17 November 2021

BC surpasses 100 under grad cases of covid December 2021.

Spring 2022 FAQ

BC SURPASES PEVIOUS COVID-19 RECORDS 1OOO CASES FOR THE SEMESTER DATED FEBRUARY 7 ,2022

THE 2023-2024 Moderna ,Novavax  and Pfizer –BioNTech are no longer recommended and should not be used CDC April 18- 2023

A review of neurological side effects of Covid Vaccinations

Pfizer forecast 26 bn of covid  vaccine revenue 2021.

A turning point? More like a U Turn. Dr Douglas Comeau BC. March 2022

Basically, the long-term treatment approach for COVID-19 will be more like current influenza, or strep, or mononucleosis," said Comeau in an interview earlier this month. "COVID-19 may never go away completely, but we can treat it with a symptom-based approach and on more of a person-by-person basis, being particularly mindful of those who are most vulnerable to the virus

Selected adverse events reported after COVID –19 Vaccinations' 12,2023

4 )        Exhibit file 4 RELIGION AND ETHNOBOTANY

**The Healing BOGOMILS ,March 2022**

**There is more to Bogomili than their suppressed viewpoints. They were famous anti-feudal reformers and freedom-loving preachers. They believed in self-government, common ownership of goods, and equality of all community members. They brought literacy to people by writing books in native languages, rather than the Latin prescribed for Church documents. And they encouraged their followers to think and interpret everything they heard or read. All these ideals made the Bogomili dangerous to the feudal society they lived in, and they were persecuted and burned at the stake as witches. More important to the topic of this book, Bogomili were great healers. Vasiliy Vrach, a medieval physician and Bogomil leader, is credited with being the creator of the Bogomil healing practice. The people lived in harmony with nature and used herbs and natural remedies to cure diseases. But the cures didn't stop there. Prayers and invocations were also essential. In addition, it was important for the healer to hold back all emotions, both those of excitement and anguish, in order to maintain his life energy for healing. This simple but important rule must have been difficult to achieve for people who choose medicine for a career.**

 **As we say, no one can drink from an empty cup.**

**The BOGOMIL movement in Bulgaria is connected to ETHNOBOTANY.**

**AVENIR AGAJ Covid –19 Vaccination Exemption request form. 07/25/2021**

**Chapter 1 ETHNOBOTANY in the Balkans QUO VADIS,**

**Heretic Bogomil Christianity Balkans.**

**THE UNDEFILED Revelation 3:4 Mathew 10:28**

**CORINTHIANS 6:19-20 TEMPLES OF THE HOLY SPIRIT.**

**ATONEMENT LUTHERAN CHURCH**

**Pfizer and the VATICAN JANUARY 15,2022**

**Note on morality of using some anti covid –19 vaccine**

**5. At the same time, practical reason makes evident that vaccination is not, as a rule, a moral obligation and that, therefore, it must be voluntary. In any case, from the ethical point of view, *the morality of vaccination depends not only on the duty to***

*protect one's own health, but also on the duty to pursue the common good.* In the absence of other means to stop or even prevent the epidemic, the common good may recommend vaccination, especially to protect the weakest and most exposed. Those who, however, for reasons of conscience, refuse vaccines produced with cell lines from aborted fetuses, must do their utmost to avoid, by other prophylactic means and appropriate behavior, becoming vehicles for the transmission of the infectious agent. In particular, they must avoid any risk to the health of those who cannot be vaccinated for medical or other reasons, and who are the most vulnerable.

**National Catholic Register.**

A jury awarded a Catholic Michigan woman $12.7 million in a religious discrimination lawsuit after her former employer — Blue Cross Blue Shield of Michigan (BCBSM) — refused to give her a religious exemption from the company's COVID-19 vaccine mandate and fired her.

The woman, Lisa Domski, submitted a religious exemption request to the company because the three COVID-19 vaccines approved at the time had been developed or tested using fetal cell lines that originated from abortions, according to court documents.

In her request, Domski wrote that taking the vaccine "would be a terrible sin and distance my relationship with God." BCBSM determined that her position did not meet the criteria for religious exemption.

If a catholic woman God Bless her, received 12.7 million How much should a BOGOMIL get ?This also proves that the Defendant Boston College did not had a religious belive to mandate vaccines because they removed the mandates, this proves that their religious beliefs are temporary and not permanent like mine.

**UNIVERSAL HUB 11/27/2024**

Boston College asserts it had a religious freedom right to make employees get Covid-19 shots.

Well that proves that the defendant BOSTON COLLEGE fired me the plaintiff AVENIR AGAJ because of my RELIGIOUS as BOGOMIL.

5)                    **EXHIBIT FILE  5    EMAILS**

**VACCINE TRACKING E-MAILS FROM JUNE 9/2021 TO AUGUST 2/2021**

hristine Laflamme <christine.laflamme@bc.edu> Thu, Jul 29, 2021 at 10:24 AM
Reply-to: christine.laflamme@bc.edu
To: Patricia Lowe <narcisse@bc.edu>
Cc: Avenir Agaj <agaja@bc.edu>
Hi Patricia,
Just wanted to check in on Avenir's exemption (cc'd on this email). He said that
he had resubmitted the form but hadn't heard anything. If you need a copy of
the form or anything additional, please let him know. Thanks.
----------------------------------------
Chris Laflamme
Manager, Human Resources
Facilities Business Service Center, Boston College
Emails Christine Laflamme Manager, Human Resources facilities business
Service Center, Boston College.
V Christine Laflamme <christine.laflamme@bc.edu> Thu, Jul 29, 10:23
Reply to: <christine.laflamme@bc.edu>
To: Avenir Agaj <agaja@bc.edu>
ok. I will reach out to them and include you on the email. Thanks.
Christine Laflamme <christine.laflamme@bc.edu> Tue, Jul 13, 16:05
Reply to: <christine.laflamme@bc.edu>
To: Avenir Agaj <agaja@bc.edu>
Hi,
Just wanted to make sure that someone has been in touch with you regarding
your request. If not, please let me know.
Thanks
----------------------------------------
Chris Laflamme
Manager, Human Resources
On Thu, Jul 29, 2021 at 9:01 AM Avenir Agaj <agaja@bc.edu> wrote:
Good morning Christine thanks for the E-mail Avenir Agaj here i have not heard
anything from any one so far, just letting you know. Have a nice day!
On Tue, Jul 27, 2021 at 11:18, Christine Laflamme
<christine.laflamme@bc.edu> wrote:Please be sure to check in with Patricia
Lowe in case you need any other documentation. If you haven't heard

anything by tomorrow, please let me know. thanks

-------------------------------------------

Chris Laflamme

On Mon, Jul 26, 2021 at 7:25 AM Avenir Agaj <agaja@bc.edu> wrote:

Good morning Christine Avenir Agaj here i am resubmitting my exemption form for covid-19 Vaccine here is a copy have a nice day!

On Wed, Jul 14, 2021 at 12:32, Avenir Agaj <agaja@bc.edu> wrote:

On Wed, Jul 14, 2021 at 10:29, Christine Laflamme <christine.laflamme@bc.edu> wrote:

HI Avenir,please resend your exemption request to accommodation@bc.edu The previous email said accommodations@bc.edu, but I don't believe that is a valid address.Hoping you receive a response from them after resending.

Sorry for the confusion. Thanks.

-------------------------------------------

Chris Laflamme

On Tue, Jun 29, 2021 at 2:21 PM Avenir Agaj <agaja@bc.edu> wrote:

Thank you i will have a nice Day.

On Tue, Jun 29, 2021 at 13:11, Christine Laflamme <christine.laflamme@bc.edu> wrote:

Hi Avenir, thank you for sending this. Please let me know if you hear anything in the next day or two. If not, I will reach out to find someone to contact for you. Thanks.

-------------------------------------------

Chris Laflamme

Manager, Human Resources

On Tue, Jun 29, 2021 at 12:23 PM Avenir Agaj <agaja@bc.edu> wrote:Subject: Hi Chistine

To: <accommodations@bc.edu>

I Have uploaded my request for vaccine exemption but so far it has not been approved i again will ask for one .I ask to who ever is in charge to grant me one .

have my reasons not to have one and that should be the end of the matter. .Here is the copy of the form please respect my rights. Best Regards Avenir Agaj

David TRAINOR email to Patricia Lowe, No problem here .Follow our process

David Trainors emails August 5/6/13 ,2021

Text CHRIS LAFLAME  August 13.2021

Texts JOHN BOGDAN AUGUST 19.2021

INVESTIGATIVE DISPOSITION MCAD NOVEMBER 28 /2023

EVEN IF COMPLAINANT  HAD SUBMITTED SUFFICENT DOCUMENTATION THAT HE HELD A SINCERELY HELD RELIGIOUS BELIEF,RESPONDENT  ASSERTS AND SUPPORTS WITH EVIDEDENCE THAT GRANTING COMPLAINANT   REQUEST TO BE EXEMPT FROM COVID VACCINE WOULD CREATE AN UNDUE HARDSHIP.

Well, the defendant hired me during the pandemic; the workplace was already interrupted.

Respectfully submitted,

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been sent via e-mail to Mr. ALAN D. ROSE,Ms Meredith Doty Counsel for Defendant BOSTON COLLEGE.

And A Copy was filed on the  UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MASSACHUSETTS Clerks office.

PRO SE. AVENIR AGAJ on behalf of itself Plaintiff

14 PAUL STREET                          Avenir Agaj Signed: *AVENiR AGAJ*

BURLINGT0N                              Date: AUGUST 11,2O26

MA,01803

CELL:  857-544-0780                     Aviaga10@hotmail.com