UNITED STATES DISTRICT COURT

FOR THE

DISTRICT COURT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2026 AUG 25 P 2:43
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| AVENIR AGAJ | ) | |
| Plaintiff | ) | |
| V. | ) | Civil ACTION No. 1:24 –CV-10884-JEK |
| BOSTON COLLEGE | ) | |
| Defendant | ) | |

PLAINTIFFS POSITION ON WRIT OF MANDAMUS DENIAL BY THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT DISTRICT COURT OF MASSACHUSETTS

No. 26 - 1887

PRO SE.

IN RE. AVENIR AGAJ PETITIONER.

PURSUANT Fed. R. App. P. 21(d)(1)

IN RE: AVENIR AGAJ,

Petitioner.

Before

Montecalvo, Aframe, and Dunlap,

**Circuit Judges.**

**JUDGMENT Entered: August 10, 2026 .**

**Petitioner seeks recusal of Judge Kobick and Magistrate Judge Boal under 28 U.S.C. § 455(a), which requires a judge's recusal in "any proceeding in which his impartiality might reasonably be questioned." The appearance of bias is gauged by a qualified beholder: "we ask whether a reasonable person, fully informed of all the relevant facts, would fairly question the trial judge's impartiality. The facts proven below must dictate the answer to this question, not the unverified suspicions harbored by the [petitioner] or the innuendo interspersed throughout both Case: 26-1887 Document: 00118489048 Page:2 Date Filed: 08/10/2026 Entry ID: 6832830 [his] recusal motion[s] and [his] mandamus petition." In re United States, 158 F.3d at 31 (emphasis**

**omitted).**

**We have carefully reviewed the petition and the underlying district court record. We conclude that petitioner has not satisfied the "exacting" standard generally applicable to mandamus petitions that seek the recusal of a judge. In re Bulger, 710 F.3d at 45-46. Accordingly, petitioner's petition for a writ of mandamus is denied.**

**1) PLAINTIFF AVENIR AGAJ REQUEST FOR PETITION REHEARING IN PERSON FOR WRIT OF MANDAMUS by other CIRCUIT JUDGES since Judge MONTECALVO,DUNLAP. Intentionally failed to disclose conflicts and of interest with the Defendant Boston College which incidentally is the same violation under 28 U.S.C. § 455 which i plaintiff was seeking relief EXHIBIT 4/5 Affidavit of Fact Plaintiff Avenir Agaj**

**FURTHER MORE HAVE IGNORED THE INDISPUTED FACTS DOCKET SHEETS AND E-MAILS...EXHIBIT 1,2**

**Affidavit of Fact Plaintiff Avenir Agaj.**

**Boston College is already preparing the ground for a possible appeal by placing Judges which have connections like MONTECALVO, DUNLAP to rule on this favor. Another portion of the Model Code, Rule 2.4, states that a judge should not allow outside interests to influence their conduct or judgement. The rule also says judges shouldn't even "convey the impression" that other persons may be in a position of influence.**

**For specific examples of recusals, you can refer to: <u>State v. Wakefield</u> (intimate relationship); <u>Domville v. State</u> (social media friend of prosecutor); <u>In Re Badeaux</u> (close personal friend); or <u>In the Matter of Judicial Disciplinary Proceedings Against Ziegler</u> (spouse involved in case).**

**Recusal worthiness is in the eye of the beholder. If it looks to an independent and objective observer to be a conflict, recusal is required.**

**Presiding judges don't just rule over their cases, they rule over their entire courthouse. What Due Process Means for a Plaintiff........??????**

**Due process under the Fifth and Fourteenth Amendments guarantees fundamental fairness, which includes:**

- **Notice: Advance warning of court actions, hearings, or filings.**
- **An opportunity to be heard: A meaningful chance to present evidence, rebut testimony, and argue the case before a court.**
- **An impartial tribunal: A neutral judge or decision-maker without bias or conflicts of interest.**
  **NONE OF THAT IS CURRENTLY POSSIBLE GIVEN THE SITUATION !!!**

  **If a plaintiff is denied due process in a legal proceeding, any resulting unfavorable judgment or order can be declared void or set aside, and the plaintiff has the right to challenge the action through procedural remedies.**

  **REST ASSURED I WILL ......**

**2)The Docket sheet and e-mails September –November 2025, between Plaintiff Avenir Agaj and Ms. Haley Currie Court Clerk to District Judge Julia E. Kobick and Mr. Aaron Hutchins Clerk to Magistrate Judge Jennifer C. Boal and other materials in support confirms intentional FAILURE TO GIVE NOTICE to me Plaintiff Avenir Agaj, Repeated EX-PARTE communications between this Court, my former attorney Mr. Jay M. Wolman and opposing counsel Mr. Alan D.Rose and is a clear indication of conspiracy against me the plaintiff with the intent of obstruction of justice by violating my DUE PROCESS constitutional rights. Furthermore, District Judge Julia E. Kobick failure to DISCLOSE conflicts of interest with the defendant Boston College another fact to consider, and denial access to PACER system proves why i was not given access the intent was to proceed EX- PARTE and obstruct the CRITICAL DISCOVERY PROCESS and possibly dismiss the case on a technicality like ABANDOMENT.**

**Same goes with Magistrate Judge Jennifer C. Boal the which openly engaged on EX-PARTE communication during September –November 2025 with the Defendant Counsel Mr Alan D. Rose (the untouchable). She repeatedly ruled on motions to favor**

**the Defendant Boston College intentionally obstructing the discovery process and went even further to deny me the right to respond within 14 days by ruling early on the motions creating a clear advantage to the defendant Boston College.**

**Both District Judge Julia E . Kobick and Magistrate Judge Jennifer C. Boal have the clear intention of not following the LAW and are doing all the possible to prevent that this case makes it to a JURY TRIAL the which would EXPOSE the defendant Boston College Lies, Theft, Systematic Public Corruption, Religious and Medical Discrimination, Harrasement, Retaliaton. I made it clear my position to the court that i want TRUTH and JUSTICE not a settlement with defendant Boston College which i personally regard as BRIBERY and violates the tenet of my faith as BOGOMIL Descendent, Practicant and Believer.**

**In Conclusion and based on true facts i PLAINTIFF REQUEST FOR PETITION REHEARING FOR WRIT OF MANDAMUS UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT DISTRICT COURT OF MASSACHUSETTS by another panel of JUDGES where any proceeding in which his impartiality might not reasonably be questioned meaning free from defendants Boston College connections and conflicts of interest.**

**Attached to this document will be:**

**EXHIBIT A.**

**1). PLAINTIFF REQUEST FOR PETITION REHEARING FOR WRIT OF MANDAMUS**

**2).PLAINTIFFS AFFIDAVIT OF FACT IN SUPPORT OF REQUEST FOR PETITION REHEARING FOR WRIT OF MANDAMUS**

**EXHIBIT 1.**

**DOCKET SHEET SEPTEMBER-NOVEMBER-DECEMBER 2025.**

**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT DISTRICT COURT OF MASSACHUSETTS JUDMENT Montecalvo,Aframe, and Dunlap**

**Entered: August 10, 2026 No. 26 - 1887**

**EXHIBIT 2.**

**E- mail Exchange Plaintiff Avenir Agaj , Ms. Haley Currie Court Clerk to District Judge Julia E. Kobick and Mr. Aaron Hutchins Clerk to Magistrate Judge Jennifer C. Boal December 2025.**

**EXHIBIT 3**

**BOSTON COLLEGE connections and promotion of his business at UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MASSACHUSETTS CLERKS OFFICE.**

**EXHIBIT 4.**

**JOSHUA D. DUNLAP BOSTON COLLEGE.**

**EXHIBIT 5.**

**1).LARA E. MONTECALVO MAGNA CUM LAUDE FROM BOSTON COLLEGE LAW SCHOOL IN 2000.**

**2).BC LAW LARA MONTECALVO 00 . NOMINATED FOR FIRST CIRCUIT**

**3).LARA MONTECALVO 00. ADDRESSES GRADS AT COMMENCEMENT 2024 BOSTON COLLEGE LAW SCHOOL.**

**EXHIBIT 6.**

**1).ALAN D. ROSE. (the untouchable).**

**2)RULES ADVISORY COMMITEE SELECTED FOR THE UNITED STATES COURT OF APPEALS FOR THE FIRTS CIRCUIT. ALAN D. ROSE.**

**3).Meredith Wilson Doty . Revolving door associate.**

**EXHIBIT 7.(FOR THE RECORDS)**

**1)PETITION FOR WRIT OF MANDAMUS**

**2)EXHIBITS 1-12 FILED IN UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT DISTRICT COURT OF MASSACHUSETTS .**

**PRO SE. AVENIR AGAJ on behalf of itself Plaintiff**

**Today 25 day of August2026**

**14 PAUL STREET** **Signed :** AVENIR AGAJ

**BURLINGT0N** **Avenir Agaj**

**MA,01803**

**CELL: 857-544-0780** **Aviaga10@hotmail.com**