# EXHIBIT 2

1:53 PM

**To:** Haley Currie
<Haley_Currie@mad.uscourts.gov>

**Subject:** Re: 1:24-cv-10884-JEK Agaj v. Boston College

**CAUTION - EXTERNAL:**

Hello Ms clerk Haley Currie
Avenir Agaj here .How are you today . I was browsing the internet and came across this information regarding an motion denial.
ORDER ON PLAINTIFF'S MOTION TO VOID PROTECTIVE ORDER
[Docket No. 97]
November 12, 2025
Boal, M.J.
Unrepresented Plaintiff Avenir Agaj has moved to void the protective order in this case Civil Action No. 24-CV-10884-JEK
1)

For the following reasons, I deny the motion. by the Honorable /s/
Jennifer C. Boal
JENNIFER C. BOAL
U.S. MAGISTRATE JUDGE

I have a question why the court failed to inform me about it??? Would you be able to send me the certificate of service regarding this document or any other documents filed.

2 ) I would like to receive the complete list of all the filings ECF of documents from August 2025 up until today 12/15/2025. I have not received any correspondence from the defendant Boston College or the US District Court since September 2025. Looking forward to hear from you.

Thank you!
Have a great day.
Best
Avenir Agaj

Get Outlook for Android

**From:** Haley Currie
<[illegible]>
**Sent:** Wednesday, September 24, 2025 5:07:33 PM
**To:** Ave Aga
<[illegible]>

**Subject:** RE: 1:24-cv-10884-JEK Agaj v. Boston College

Mr. Agaj,

Please see the attached order just entered in your case referring matters to the magistrate judge. Thank you!

**Haley Currie**
Clerk's Office
United States District Court - Massachusetts
One Courthouse Way, Suite 2300 Boston, MA 02210

**From:** Ave Aga <aviaga10@hotmail.com>
**Sent:** Wednesday, September 24, 2025 3:55 PM
**To:** Haley Currie <Haley_Currie@mad.uscourts.gov>
**Subject:** Re: 1:24-cv-10884-JEK Agaj v. Boston College

**CAUTION - EXTERNAL:**

Hello
Ms.**Haley Currie**
*Courtroom Deputy* to the

# RE: 1:24-cv-10884-JEK Agaj v. Boston College

---

**From:** Haley Currie
Haley_Currie@mad.uscourts.gov
**To:** Ave Aga aviaga10@hotmail.com
**Cc:** Aaron Hutchins
Aaron_Hutchins@mad.uscourts.gov
**Sent:** Tuesday, December 16, 2025 at 7:54AM

Hi Mr. Agaj,

As noted at ECF 114 – this case was referred to Magistrate Judge Boal's session. I am cc'ing her clerk here because the case is not with Judge Kobick at this time. He will be able to help you.

**Haley Currie**
Clerk's Office
United States District Court - Massachusetts
One Courthouse Way, Suite 2300 Boston, MA 02210

**From:** Ave Aga
<aviaga10@hotmail.com>
**Sent:** Monday, December 15, 2025

<Aaron_Hutchins@mad.uscourts.gov>

**Subject:** Good morning!

**CAUTION - EXTERNAL:**

Good morning Mr.

**Aaron Hutchins, Esq.**

**Courtroom Deputy to the Hon.**

**Jennifer C. Boal**

**United States District Court**

**District of Massachusetts**

**Case Name:** Agaj v. Boston College

**Case Number:** 1:24-cv-10884-JEK

I received the documents You mailed Saturday December 20 /2025 .

I have a few questions to Ask!

1. Why i was NOT informed by you or the court for the decisions taken by Honorable Judge Jennifer C.Boal on November 12/2025.

2. Please Explain in Detail why i was treated EXPARTE (in writing please )????

3. Can you also confirm that i have NOT been contacted or informed in any way by the United States District Court of Massachusetts from September 24 till December 15 /2025.

4. It looks to me that a lot of things have happened and i was not given the opportunity to respond .

5.

6. Looking forward to hear from you! Thank you

7. Best Regards.

8. Avenir Agaj

Get Outlook for Android

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# RE: Good morning!

---

**From:** Aaron Hutchins

[redacted]

**To:** Ave Aga [redacted]

**Sent:** Monday, December 22, 2025 at 9:35 AM

Avenir Agaj,

The court was not aware that you had not received documentation until you brought it to our attention.

The court will ensure you receive any future correspondence/orders issued by the Court.

---

**Aaron Hutchins, Esq.**
**Courtroom Deputy to the Hon.**
**Jennifer C. Boal**
**United States District Court**
**District of Massachusetts**
**1 Courthouse Way - Suite 2325**
**Boston, MA 02210**
[redacted]

**From:** Ave Aga <[redacted]>
**Sent:** Monday, December 22, 2025 9:31 AM
**To:** Aaron Hutchins