# EXHIBIT 3

BOSTON COLLEGE | LAW

# FEDERAL *PRO SE* LEGAL ASSISTANCE CLINIC



## Free Legal Assistance for Self-Represented Civil Litigants in the U.S. District Court for the District of Massachusetts (Boston, Springfield, and Worcester)

*John Joseph Moakley United States Courthouse | 1 Courthouse Way, Boston, MA 02210*

Boston College Law School's *Pro Se* Legal Assistance Program provides free limited legal assistance to non-incarcerated individuals who are representing themselves or planning to represent themselves in civil lawsuits in the U.S. District Court for the District of Massachusetts (Boston, Springfield, and Worcester). The Boston College Program is not part of, nor run by, the United States District Court. Information given to Program staff is confidential.

The Program provides free information, advice, and limited scope legal assistance. It seeks to enhance access to justice and improve the litigation process for litigants and the Court by helping *pro se* litigants navigate the court system. The Program assists litigants with federal civil cases, including cases involving civil rights, employment discrimination, labor law, and social security benefits. The Program cannot assist individuals while they are incarcerated, but can provide assistance to litigants once they are released from custody.

## Services We Can Provide Include:

- Explaining federal court rules and procedures
- Providing brief legal counseling
- Advising you about potential federal claims prior to filing suit
- Reviewing and editing draft pleadings and correspondence with the Court
- Assisting you with motion practice and discovery requests and responses

## Office Hours & Appointments:

The Program is primarily holding virtual consultations remotely by phone or zoom, with in-person consultations at the Moakley Courthouse when appropriate.

To schedule an appointment:

bclawclinic@bc.edu
*Email is preferred and will result in faster response time*

Leave a voice message at 617-552-LAWS (5297)

www.bc.edu/bclawclinic