# EXHIBIT 4

The Federalist Society
https://fedsoc.org

# Joshua D. Dunlap



Apr 23, 2018 — Jon received his B.A. from Boston College, where he graduated magna cum laude and Phi Beta Kappa. He earned his J.D.