# EXHIBIT 6

Our Team › Alan D. Rose

# Alan D. Rose

## FOUNDER, MANAGING PARTNER



Download vCard

adr@rose-law.net

## About

Alan D. Rose founded Rose Law Partners (then Rose & Associates) in 1995 and is the firm's Managing Partner. He represents clients in a wide variety of civil litigation matters and defends individuals and companies in governmental and regulatory investigations and prosecutions. He is a Fellow of the American College of Trial Lawyers. Alan has been recognized as one of the Top 100 Lawyers in Massachusetts by *Boston Magazine* and is listed in Best Lawyers in America® since 1995, for his expertise in Commercial Litigation, Education Law, Bet-the-Company Litigation, White Collar Criminal Defense, and Labor and Employment Litigation. From 2002 to 2006, he served by appointment of the Supreme Judicial Court of Massachusetts on the Board of Bar Overseers, including serving as its Chairman from 2005 to 2006. In June 2011, the First Circuit Court of Appeals appointed him Chair of the First Circuit Rules Advisory Committee. In 2014, he served as a member of the United States District Court's Merit Selection Panel for Magistrate Judges. He is also a member of the SJC's Committee on Judicial Performance Evaluation.

Alan has tried over 50 cases to verdict in state and federal courts in Massachusetts and argued more than 30 appeals before the United States Court of Appeals for the First Circuit, the Massachusetts Appeals Court, and the Supreme Judicial Court. He has handled leading cases in many substantive areas of the law. He has also represented major political figures and leading business people in the defense of governmental investigations into fraud, securities fraud, and corruption and has represented corporations, non-profits, and witnesses in internal corporate and federal grand jury investigations. He also negotiates separation and severance agreements for high-level corporate and financial executives. He has testified

in state and federal court as an expert witness on ethical issues.

Alan represents and advises colleges and universities in a wide variety of matters, including faculty and student matters, tenure denials and revocations, and general commercial litigation. He has handled matters for many Boston-area universities and other institutions in New England and has represented numerous university presidents, trustees, deans, provosts, tenure committees, and department chairs. He has overseen and advised on Title IX investigations and is a member of Harvard Law School's Adjudicatory panel on sexual harassment cases.

On April 9, 2013, at the conclusion of a three-week trial, a federal jury returned verdicts for Rose Law Partners' hospital clients in a False Claims Act case alleging research misconduct. On March 16, 2015, the United States Court of Appeals for the First Circuit affirmed the jury verdict. This is one of the few cases involving alleged research misconduct ever tried to a jury.

Alan and his wife Janet live in Wellesley, where they raised their son and five daughters.

Alan was a member of the Winsor School Corporation and is a former President of City Mission Society in Boston.

AMERICAN COLLEGE OF TRIAL LAWYERS

Super Lawyers

ALAN D. ROSE, SR. 2026 RECOGNIZED BY Best Lawyers

AV PREEMINENT

THE BEST LAWYERS IN AMERICA

Super Lawyers

UNITED STATES COURTS FOR THE FIRST CIRCUIT
OFFICE OF THE CIRCUIT EXECUTIVE
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 3700
BOSTON, MA 02210

GARY H. WENTE
CIRCUIT EXECUTIVE
617-748-9613

SUSAN J. GOLDBERG
DEPUTY CIRCUIT EXECUTIVE
617-748-9614

For immediate release

Contact: Susan J. Goldberg
(617) 748-9614

# PRESS RELEASE

## RULES ADVISORY COMMITTEE SELECTED FOR THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

BOSTON (May 17, 2010) — Chief Judge Sandra Lynch of the United States Court of Appeals for the First Circuit announced today that three new members were appointed to the Court's Rules Advisory Committee. Karen A. Pelczarski of Blish & Cavanagh, LLP in Rhode Island, John M. Garcia of Garcia & Fernandez Law Offices in Puerto Rico and Alan D. Rose of Rose, Chinitz & Rose in Massachusetts will replace retiring members Deming Sherman, Samuel Cespedes, and Miriam Conrad, respectively.

Pursuant to 28 U.S.C. § 2077, the new members were selected to the Committee to make recommendations regarding the rules of practice and internal operating procedures for the First Circuit Court of Appeals and the First Circuit Judicial Council. Chief Judge Lynch noted that, "the Rules Advisory Committee plays an integral role in the operation of the Court and we are extremely indebted to those who serve." She thanked the retiring members for their commendable service and welcomed the new members.

Our Team › Meredith Wilson Doty

# Meredith Wilson Doty

PARTNER



Download vCard

mwd@rose-law.net

## About

Meredith Wilson Doty joined Rose Law Partners (then Rose, Chinitz & Rose) in 2006. Meredith's practice is concentrated in the fields of complex business litigation, employment litigation, and college and university law. Meredith's business litigation practice includes the representation of publicly and privately held corporations and individuals in disputes regarding breaches of contract, breaches of fiduciary obligations, and business torts, in both federal and state court. Meredith has broad experience in employment and malpractice disputes. Meredith has also represented Boston-area universities in faculty, staff and student matters, as well as general commercial litigation.

Meredith previously served as an Assistant Attorney General in the Trial Division of the Office of the Massachusetts Attorney General. As an AAG, Meredith defended the Commonwealth in lawsuits including tort, civil rights, employment, and eminent domain cases.

## Experience

Rose Law Partners (2006 to present)
Assistant Attorney General, Commonwealth of Massachusetts, Trial Division (2004 to 2006)
Testa, Hurwitz & Thibeault, Associate, Litigation Department (2001 to 2004)

## Honors & Awards

Super Lawyers®, Massachusetts Rising Stars (2008 to 2015)

## Court & Bar Admissions

Massachusetts

United States District Court for the District of Massachusetts

United States Court of Appeals for the First Circuit

## Bar & Professional Associations

Boston Bar Association

Massachusetts Bar Association

## Education

Georgetown University, B.A., *cum laude*, 1997

University of Connecticut School of Law, J.D., *cum laude*, 2001; *Connecticut Law Review*

## Contact Us Today

**YOUR CASE DESERVES THE RIGHT COUNSEL**

We're available to discuss your matter and offer trusted guidance from the

moment you reach out. Call (617) 712-0230 or send us a message using the form below.

First Name

Last Name

Phone

Email

Are you a new client?

How can we help you?

By submitting, you agree to receive text messages from Rose Law Partners at the number provided, including those related to your inquiry, follow-ups, and review requests, via automated technology. Consent