**Exhibit 2: Paragraphs to be Stricken or Disregarded from Plaintiff's Statement of Additional Material Facts (ECF 174)**

| Add'l Fact Para No.[1] | Reason(s) |
|---|---|
| 1 | Statements derive from unauthenticated documents, are hearsay, argumentative, and are not material to the issues raised in the summary judgment motion. |
| 2 | Statements derive from unauthenticated documents, are hearsay and are not material to the issues raised in the summary judgment motion. |
| 3 | Statements derive from unauthenticated documents, are hearsay, argumentative, and are not material to the issues raised in the summary judgment motion. |
| 4 | Statements are rhetorical questions, argumentative, hearsay, lack foundation, appear to be derived in part from unauthenticated documents and are not material to the issues raised in the summary judgment motion. |
| 5 | Statements are argumentative, lack foundation, hearsay, appear to be derived in part from unauthenticated documents and are not material to the issues raised in the summary judgment motion. |
| 6 | Statements appear to be derived from inadmissible documents and are hearsay. Statements as to outside contractors in the last two sentences of paragraph 6 are not material to the issues raised in the summary judgment motion. |
| 8 | Statement refers to unauthenticated photographs, is unsupported by the record, is incomprehensible, argumentative and/or immaterial to the issues raised in the summary judgment motion. |
| 9 | Statements are derived from unauthenticated documents, are unsupported by the record, are hearsay, argumentative, contain legal conclusions and are immaterial to the issues raised in the summary judgment motion. |
| 11 | Statements are hearsay, derived from unauthenticated documents and are not material to the issues raised in the summary judgment motion. |
| 12 | Statements are derived from unauthenticated documents or hearsay, argumentative and are not material to the issues raised in the summary judgment motion. |
| 13 | Statements are hearsay, derived from unauthenticated documents, and are not material to the issues raised in the summary judgment motion. |
| 14 | Statements are rhetorical questions, unintelligible in part, inadmissible under M.G.L. c. 151A, § 46, are hearsay, and are not material to the issues raised in the summary judgment motion. |
| 16 | Statements are hearsay, derive from an unauthenticated document, and are not material to the issues raised in the summary judgment motion. |
| 17 | Statements are hearsay, derive from an unauthenticated document, and are not material to the issues raised in the summary judgment motion. |
| 18 | Statements are hearsay, derive from unauthenticated documents, are argumentative and not material to the issues raised in the summary judgment motion. |
| 21 | Not a concise statement of material fact, but the title or description of an unauthenticated document, and not material to the issues raised in the summary judgment motion. |

[1] These paragraph numbers correspond to the annotated version of Plaintiff's Statement of Additional Facts ("Additional Statement") submitted by Boston College as Exhibit 1 to its Response to Plaintiff's Additional Statement.

| Add'l Fact Para No.[1] | Reason(s) |
|---|---|
| 22 | Not a concise statement of material fact, but the title or description of an unauthenticated document, and not material to the issues raised in the summary judgment motion. |
| 26 | Not a concise statement of material fact, but the title or description of an unauthenticated document, and not material to the issues raised in the summary judgment motion. |
| 27 | Not a concise statement of material fact, but the title or description of an unauthenticated document, inadmissible hearsay, and immaterial to the issues raised in the summary judgment motion. |
| 28 | Not a concise statement of material fact, but the title or description of an unauthenticated document, is inadmissible hearsay, and immaterial to the issues raised in the summary judgment motion. |
| 30 | Not a concise statement of material fact, but the title or description of an unauthenticated document, and immaterial to the issues raised in the summary judgment motion. |
| 31 | Statements are inadmissible hearsay, opinion testimony from an undisclosed witness, and immaterial to the issues raised in the summary judgment motion. |
| 32 | Not a concise statement of material fact, but the title or description of a document, is derived from an unauthenticated document, and is inadmissible hearsay. |
| 34 | Not a concise statement of material fact, but the title or description of a document, and is hearsay. |
| 35 | Not a concise statement of material fact, but the title or description of a document, and is hearsay. |
| 36 | Not a concise statement of material fact, but the title or description of an unauthenticated document, is hearsay, and not material to the issues raised in the summary judgment motion. |
| 37 | Not a concise statement of material fact, but the title or description of a document, and is immaterial to the issues raised in the summary judgment motion. |
| 38 | Not a concise statement of material fact, but the title or description of a document, is hearsay, not material to the issues raised in the summary judgment motion, and is inadmissible on summary judgment. |
| 39 | Not a concise statement of material fact, but the title or description of a document, is hearsay, not material to the issues raised in the summary judgment motion, and contains opinion testimony from an undisclosed witness. |
| 41 | Statements derive from an unauthenticated document, are inadmissible hearsay, and are immaterial to the issues raised in the summary judgment motion. |
| 42 | Statements contain argumentative, unsupported statements that contain legal conclusions, and are immaterial to the issues raised in the summary judgment motion. |
| 43 | Not a concise statement of material fact, but the title or description of a document, is argumentative, and immaterial to the issues raised in the summary judgment motion. |
| 44 | Statement is argumentative, contains legal conclusions, and contains a conclusory unsupported statement. |