**Exhibit 3: Plaintiff's Exhibit Pages to be Stricken or Disregarded**

| ECF Cite | Exhibit | Offered to Prove | Ground |
|---|---|---|---|
| **167-1, pp. 2-3** | *Doing Business with BC*, Procurement Services Announcement | That BC treated contractors differently from employees | Unauthenticated; hearsay; immaterial. |
| **167-1, pp. 4-9 and 168-5, pp. 2-5** | *COVID-19 Requirements for Vendors Contractors and Suppliers*, October 5, 2021, June 2, 2021, August 18, 2020 | That BC treated contractors differently from employees | Unauthenticated; immaterial: vaccination status of vendors and contractors is not material to BC's undue hardship defense. |
| **167-1, pp. 10-11** | BC Independent Contractor Policy | That contractors were free of the mandate | Unauthenticated; immaterial; governs contractor classification, not Plaintiff's employment or the exemption process |
| **167-1, pp. 12-14** | BC Service Agreement | Contractor terms | Unauthenticated; immaterial. |
| **167-1, pp. 15-16** | 245 Beacon Street Website | BC construction spending | Unauthenticated; hearsay; immaterial. |
| **167-1, pp. 17-22** | *John F. Fish to be honored at Wall Street Council event*, University Communications, March 2026<br><br>*John Fish*, Forbes Profile as of July 28, 2026 | Board Member's net worth | Unauthenticated; hearsay; immaterial and irrelevant. |
| **167-1, pp. 23-31** | *Suffolk Completes Boston College Integrated Sciences Center*, Boston Real Estate Times, February 7, 2022<br><br>*BC Libraries Renovations Summer 2021" Scott Britton*, Office of the University Librarian, April 23, 2021<br><br>Scott Baker, *BC's Construction Projects All Currently Under Active Construction*, The Heights, June 3, 2020 | BC construction activity/BC's use of contractors | Unauthenticated; hearsay; immaterial; BC's construction activity does not bear on the exemption process or undue hardship. |
| **167-1, pp. 34-36** | Internet Search-results for Boston College Landscape Services | That BC uses outside landscapers | Unauthenticated internet search results with no indicia of reliability; hearsay; immaterial. |
| **167-1, pp. 37-39** | *Campus Move-In Services*, Olympia Office Movers | That BC used outside movers/contractors | Unauthenticated; hearsay; immaterial. |
| **167-1, pp. 40-43** | Photographs | What his truck looked like | Unauthenticated photographs; not material to the grounds of BC's motion. |

| ECF Cite | Exhibit | Offered to Prove | Ground |
|---|---|---|---|
| **167-1, pp. 44-47** | *Agreement between BC and SEIU Local 32BJ*, 2020-2025 | Job classification / wage terms | Unauthenticated; hearsay; immaterial; classification and pay do not bear on the grounds of BC's motion. |
| **167-2, pp. 2-4** | *Boston College Financial Statement Summary 2020-2021* | BC's wealth (to rebut undue hardship) | Immaterial; undue hardship concerns burden to particular business operations, not BC's endowment. |
| **167-2, pp. 5-6 and 168-4, p. 2** | *BC Endowment Increases by $1.2 Billion in Past Year*, The Heights, October 12, 2021 | BC's wealth (to rebut undue hardship) | Unauthenticated hearsay; immaterial; undue hardship concerns burden to particular business operations, not BC's endowment. |
| **167-2, pp. 7-11** | Erin Shannon, *FEMA Announces S 7.4 million in Reimbursements for BC's COVID-19 Testing Costs*, The Heights, September 23, 2022<br><br>*FEMA Awards More Than $3.3 Million to Boston College for COVID-19 Testing Costs*, FEMA, August 29, 2022<br><br>*FEMA Awards More Than $4 Million to Boston College for COVID-19 Testing Costs*, FEMA, September 20, 2022<br><br>*FEMA Awards Over $2.2 Million to Boston College for COVID Testing Staff Costs*, FEMA, November 14, 2023 | That BC was reimbursed for testing. | Immaterial; post-dates the 2021 decision at issue; reimbursement does not bear on undue hardship at the time of denial. To the extent offered for its truth, hearsay. |
| **167-2, pp. 12-17** | Boston College *Higher Education Emergency Relief Fund (HEERF)* Website | That BC received relief funding | Immaterial to BC's motion. |
| **167-2, pp. 18-28** | Agaj's Department of Unemployment Assistance Claim and Decision, August 21, 2021 | The DUA proceeding/outcome | Barred as evidence in a separate action by G.L. c. 151A, § 46; immaterial to the Title VII question. |
| **167-3, pp. 2-4 and 168-2, pp. 2-4** | Broad Institute Test Results | Plaintiff tested negative for COVID-19 during his employment | Unauthenticated and inadmissible hearsay; contains handwritten annotations and is not in admissible form; immaterial; Plaintiff's test results do not bear on the prospective risk of transmission or on whether he submitted a complete exemption request. |
| **167-3, pp. 5-9** | *Meeting Notes*, City of Newton, Massachusetts, Boston College Neighborhood Council, September 28, 2021<br><br>*Meeting Notes*, City of Newton, Massachusetts, Boston College Neighborhood Council, January 27, 2022 | BC's COVID statistics/masking posture | Statements within the minutes are hearsay offered for their truth; immaterial, and post-date events at issue. |

| ECF Cite | Exhibit | Offered to Prove | Ground |
|---|---|---|---|
| **167-3, pp. 22-30** | *Vaccine Information Fact Sheet for Recipients and Caregivers About Comirnaty (Covid-19 Vaccine, Mrna) and Pfizer-Biontech Covid-19 Vaccine To Prevent Coronavirus Disease 2019 (Covid-19),* Revised September 22, 2021<br><br>*COVID-19 Vaccine Emergency Use Instructions*, Centers for Disease Control and Prevention, Reviewed March 1, 2024 | Vaccine risk profile / EUA status of the vaccine | Immaterial: the vaccine's general risk profile does not bear on undue hardship. To the extent offered for its truth, hearsay. |
| **167-3 pp 39-41** | *BC Surpasses Previous COVID-19 Record, 1000 Cases*, The Heights, February 7, 2022 | That cases rose despite the mandate | Unauthenticated; hearsay; immaterial and post-dates the relevant events. |
| **167-3, pp. 42-43** | Search results for "Is the COVID vaccine no longer approved?"<br><br>*Vaccines & Immunizations*, Centers for Disease Control and Prevention | Vaccine approval status | Unauthenticated internet search results; hearsay to the extent offered for the truth; immaterial. |
| **167-3, pp. 44-51** | Roya Hosseini and Nayaree Askari, *A review of neurological side effects of COVID-19 vaccination*, European Journal of Medical Research*,* June 18, 2022 | Vaccine harm | Unauthenticated hearsay and, in substance, undisclosed expert opinion Plaintiff cannot introduce through an exhibit; immaterial. |
| **167-3, pp. 52-54** | Darcy Jiminez, *Pfizer forecasts $26bn of Covid-19 vaccine revenue after first-quarter success*, Verdict Media*,* May 5, 2021 | Vaccine manufacturer profit motive | Unauthenticated; hearsay; immaterial: vaccine manufacturer revenue does not bear on BC's motion |
| **167-3, pp. 61-65** | *Selected Adverse Events Reported after COVID-19 Vaccination*, CDC, Updated Sept. 12, 2023 | Vaccine adverse events | Immaterial and post-dates the relevant events; hearsay to the extent offered for its truth. |
| **167-4, pp. 1-4** | Ronesa Aveela, *The Healing Bogomils*, March 11, 2022 | Content of Plaintiff's asserted faith | Unauthenticated; hearsay; immaterial to BC's motion. Nor was this information provided to BC during the decision at issue. |
| **167-4, pp. 5** | Search results for the Bogomil movement and ethnobotany | Content of Plaintiff's asserted faith | Unauthenticated internet search results; hearsay; immaterial to BC's motion. Nor was this information provided to BC during the decision at issue. |
| **167-4, pp. 7-14** | Andrea Pieroni and Cassandra L. Quave, *Ethnobotany in the Balkans: Quo Vadis?* | Content of Plaintiff's asserted faith | Unauthenticated; hearsay and, in substance, undisclosed expert opinion Plaintiff cannot introduce through an exhibit; immaterial to BC's motion. Nor was this information provided to BC during the decision at issue. |
| **167-4, pp. 15-29** | *Heretic Bogomil Christianity Balkan* | Content of Plaintiff's asserted faith | Unauthenticated; hearsay; immaterial to BC's motion. Nor was this information provided to BC during the decision at issue. |

| ECF Cite | Exhibit | Offered to Prove | Ground |
|---|---|---|---|
| **167-4, pp. 30-31** | *The Undefiled*<br><br>*1 Corinthians 6:19-20* | Religious beliefs | Unauthenticated; hearsay; immaterial to BC's motion. |
| **167-4, p. 32-33** | *Atonement Lutheran Church* | Religious beliefs | Unauthenticated; hearsay; immaterial to BC's motion. |
| **167-4, pp. 34-40** | Edward Pentin, *Pfizer and the Vatican*, January 15, 2022 | Moral/religious view of vaccination | Unauthenticated; hearsay; immaterial to BC's motion. |
| **167-4, pp. 43-44** | Adamg, *Boston College asserts it had a religious-freedom right to make employees get Covid-19 shots*, Universal Hub, November 27, 2024 | A characterization of BC's litigation position | Unauthenticated; hearsay; reporter's paraphrase is not a party admission; immaterial; argumentative. |
| **168-3, pp. 2-6** | Berkeley Lovelace Jr., *CDC study shows 74% of people infected in Massachusetts Covid outbreak were fully vaccinated*, CNBC, July 30, 2021 | The vaccination did not prevent infection or transmission | Unauthenticated; hearsay; immaterial; whether breakthrough infections occurred does not bear on whether Plaintiff completed the exemption process or on undue hardship. |
| **169-2, p. 2** | Landscape Services Payscale, Effective June 1, 2019 | Plaintiff's pay grade | Unauthenticated; contains handwritten annotations and is not in admissible form; immaterial; Plaintiff's classification and pay have no bearing on the grounds of BC's motion; wage claims are barred by res judicata and have been dismissed from this action. |
| **172-1, pp. 2-5** | *Vaccine Exemption Template Letter*, The National Catholic Bioethics Center | That a template religious-exemption letter exists | Unauthenticated; hearsay; immaterial: a generic third-party template letter Plaintiff never submitted does not bear on whether his exemption request was complete. |
| **172-2, pp. 2-8** | Tyler Arnold, *Catholic Woman Awarded $12.7 Million in Religious Discrimination Lawsuit Over COVID Vaccine*, National Catholic Register, November 13, 2024<br><br>Geoffrey Peters, *Catholic Woman Wins $12.7 Million in Religious Discrimination Case Over Vaccine Mandate*, World Religion News | That another plaintiff won a religious discrimination vaccine verdict against a different employer | Unauthenticated; hearsay; immaterial and irrelevant: the outcome of a different case against a different employer on different facts has no bearing on BC's motion. |