**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AVENIR AGAJ,<br>Plaintiff,<br>v.<br>BOSTON COLLEGE,<br>Defendant. | Civil Action No. 1:24-CV-10884-JEK |

**DEFENDANT TRUSTEES OF BOSTON COLLEGE'S**
**RESPONSE TO PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS**

Defendant Trustees of Boston College ("Boston College") hereby responds to Plaintiff Avenir Agaj's Statement of Additional Material Facts ("Additional Statement").[1] In order to respond to Plaintiff's mostly unnumbered paragraphs, Boston College has re-numbered Plaintiff's Statement as set forth below.[2]

**1) Exhibit file 1 CONTRACTOR,VENDOR,SUPPLIER,EMPLOYEE**

1. Covid Vaccine policy for vendors,contractors,suppliers, Paul McGovan Director of Procurement Services,Boston College

Dated January 2022, / Otober 5,2021, / June 2,2021, / August 18,2020

We are strongly encouraging all of our vendors, contractors and suppliers to get vaccinated If they are going to be on our campus. Anyone not fully vaccinated against COVID-19 is required to wear a mask at all times while on Boston College's campus, both indoors and outdoors. Why this flexibility with them and not staff???

Why we were made to beg for our jobs ,our rights and others were not?

[1] Boston College has separately filed a Motion to Deem Certain Facts Admitted and to Strike or Disregard Plaintiff's Improper Summary Judgment Submissions, and supporting Memorandum, requesting that the Court strike or disregard Agaj's Additional Statement, or, alternatively, strike specific paragraphs of the Additional Statement and certain supporting exhibits. ECF 176, 177.

[2] For the convenience of the Court, Boston College has submitted an annotated version of Agaj's Additional Statement which includes the numbers Boston College assigned to paragraphs for purposes of responding. See Ex. 1.

**Response**: The paragraph is objectionable on the grounds that the statements derive from unauthenticated documents, are hearsay, argumentative, and are not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike or disregard this paragraph because it is not material to the issues raised in the summary judgment motion. Boston College denies that "Covid Vaccine policy for vendors,contractors,suppliers, Paul McGovan Director of Procurement Services,Boston College. Dated January 2022, / Otober 5,2021, / June 2,2021, / August 18,2020" appears as it is quoted in ECF 167-1, pages 1-9. Boston College admits that ECF 167-1, pages 4-9, consist of Notices dated October 5, 2021, June 2, 2021, August 18, 2020 from Paul McGowan, Director, Procurement Services. Boston College admits that the following language appears at ECF 167-1, pages 2 and 4: "We are strongly encouraging all of our vendors, contractors and suppliers to get vaccinated if they are going to be on our campus. Anyone not fully vaccinated against COVID-19 is required to wear a mask at all times while on Boston College's campus, both indoors and outdoors." Boston College denies the last two sentences of paragraph 1 and denies that they appear in ECF 167-1, pages 1-9.

2. Under in independent contractor policy

The individual is free from control and direction by the University in connection with the performance of the service. In order to be considered an independent contractor, the individual must be able to bring his or her own approach to the performance of the task. This does not mean that the individual must be free from all direction, but his or her activities and duties should be carried out with minimal instruction and the University should have the right to control or direct only the result of the work, not the means and methods of accomplishing the result. A statement of 1 This Policy does not apply when hiring full-time students of Boston College. For the hiring undergraduate and graduate students, see: www.bc.edu/studentemployment. independent control and direction should be explicitly set forth in a contractual services agreement and carried out accordingly during the course of the relationship. An Independent contractor should be allowed to dictate the hours that he or she will work on the job, though the University may restrict on-site activities to certain times in order to account for campus activities.

**Response**: The paragraph is objectionable on the grounds that the statements derive from unauthenticated documents, are hearsay and are not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike or disregard this paragraph because it is not material to the issues raised in the summary judgment motion. Boston College admits that the language beginning with "The individual" and ending with "campus activities" appears at ECF 167-1, pages 10-11, paragraph 1 and footnote 1.

3. Service Agreement BOSTON COLLEGE.

P18 / P 23 STATES

Equal Employment Opportunity: BC is an affirmative action employer and complies with all laws relating to Equal Employment Opportunity and Civil Rights, including Executive Order 11246, as amended; section 503 of the Rehabilitation Act of 1973, as amended; and the Vietnam Era Veterans Readjustment Assistance Act of 1974, as amended. This contractor and subcontractor shall abide by the requirements of 41 CFR §§ 60-1.4(a), 60-300.5(a),and 60-741.S(a). These regulations prohibit discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities, and prohibit discrimination against all individuals based on their race, color, religion, sex, or national origin. Moreover, these regulations require that covered prime contractors and subcontractors take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, national origin, protected veteran status or disability. This purchase order/contract is issued upon the condition that the Vendor complies with all of the aforementioned laws and regulations.

23

Employee Conduct: Service Provider shall be responsible for the actions of its employees, agents, and independent contractors here under and for the payment of all taxes, wages, benefits and other costs associated with such persons. While on Boston College's premises, all employees, agents and independent contractors of Service Provider shall comply with all applicable Boston College policies and procedures. In addition, Boston College shall retain the right to require the Service Provider at any time to remove from college property any employee, agent, or representative of the Service Provider whose conduct, appearance, or performance is reasonably deemed by the College to be unacceptable.

So it is clear that Boston College had the opportunity to create an equal opportunity but decided not to.

**Response:** The paragraph is objectionable on the grounds that the statements derive from unauthenticated documents, are hearsay, argumentative, and are not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike or disregard this

paragraph because it is not material to the issues raised in the summary judgment motion. Boston College admits that this paragraph contains the quoted language titled "Equal Employment Opportunity", and the quoted language titled "Employee Conduct", both located at ECF 167-1, page 14. Boston College denies the last sentence of paragraph 3 and denies that it appears in ECF 167-1, pages 12-14.

4. After all who Is going tu build a 150 million building 245 Beacon Street if Suffolk construction does not? After all Mr. JOHN FISH chairman and CEO and Boston College Board of Trustees chair will get medal of excellence. Why Mr FISH does not put his own money at BC but relies on federal government help to run the place. After all he is worth only a cheeky 7.5 billion.

**Response:** This paragraph is inadmissible. The paragraph is objectionable on the grounds that the statements are rhetorical questions, argumentative, hearsay, lack foundation, appear to be derived in part from unauthenticated documents and are not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike or disregard this paragraph and ECF 167-1, pages 15-22, because they are inadmissible and not material to the issues raised in the summary judgment motion.

5. Now i understand why contractors did not had to take vaccine because they work for him in door out door no problem just fire the union employees. HENRY FORD text book. Major projects going in 2021 Schillier institute NEIL LIBRARY,THEOLOGY AND MIISTRY LIBRARY ,BAPST AND BURNS all done with unvaccinated contractors mostly.

**Response**: This paragraph is inadmissible. The paragraph is objectionable on the grounds that the statements are argumentative, lack foundation, hearsay, appear to be derived in part from unauthenticated documents and are not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike this paragraph and ECF 167-1, pages 23-31, because they are inadmissible and not material to the issues raised in the summary judgment motion.

6. Landscape Services Additionally they oversee campus snow removal with the help of in-house staff and multiple CONTRACTORS.BC brings in licensed commercial landscaping companies from greater BOSTON areas and Newton.Boston College hires external landscape architects and construction consultants and campus move in services like Olimpia Office Movers.

**Response**: This paragraph is objectionable on the grounds that the statements appear to be derived from inadmissible documents and hearsay, and the statements as to outside contractors are not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike or disregard pages 34-36 and 37- 39 of ECF 167-1 because they are unauthenticated internet search results or internet pages, and the last two sentences of paragraph 6 because they are based on inadmissible documents and are not material to the issues raised in the summary judgment motion. Boston College admits that landscapers oversee snow removal and that Boston College hires outside commercial companies for large scale projects. Boston College denies that Plaintiff has provided any record evidence of the hiring of such contractors during his employment.

7. In regards of my job this is the picture of the truck i was assigned, Limo trucks was reserved for management who always traveled alone .

**Response:** This paragraph is objectionable on the grounds that the statement refers to unauthenticated photographs, is unsupported by the record and/or is not material to the issues raised in the summary judgment motion. Boston College admits that the first clause of this paragraph refers to unauthenticated photographs at ECF 167-1, pages 40-42. The second clause of this paragraph is unsupported by any record evidence and therefore denied.

8. Regarding my job that picture tell you about my undue hardship on the masters of BOSTON COLLEGE

**Response:** This paragraph is inadmissible. This paragraph is objectionable on the grounds that the statement refers to unauthenticated photographs, is unsupported by the record, is

incomprehensible, argumentative and/or not material to the issues raised in the summary judgment motion. Boston College has moved to strike this paragraph and denies this paragraph.

9. Now to clear Boston there is no signed condition of employment on vaccine in Boston College employee book or contract. My termination was illegal, and it was a breach of contract. The union said: The union and management will continue to bargain around the subject of mandatory vaccination. We recognize that some people are concerned about the vaccine.

**Response:** This paragraph is objectionable on the grounds that the statement refers to or is derived from unauthenticated documents, is unsupported by the record, is hearsay, argumentative, contains legal conclusions and/or is not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike or disregard this paragraph and pages 44-47 of ECF 167-1 because they are unauthenticated, hearsay and not material to the issues raised in the summary judgment motion. Boston College denies the first two sentences of paragraph 9. Further answering, Boston College refers to paragraphs 20-22, and 25 of ECF 167. Boston College denies the third sentence of this paragraph as it is not supported by the documents in Plaintiff's ECF 167-1. Boston College admits that the last sentence of this paragraph appears at page 47 of an unauthenticated document at ECF 167-1, pages 46-47.

10. My hiring letter LANSCAPER level III.My termination letter no say of undue hardship and i was lied too the last day.

**Response**: This paragraph is objectionable on the grounds that the statement is argumentative and contains conclusions unsupported by the record. Boston College admits that the first sentence of this paragraph refers to a document at ECF 169-1 which speaks for itself. Boston College admits that the second sentence refers to a document at ECF 167-1, pages 48-49, which speaks for itself. Further answering, Boston College refers to ECF 160-4. Boston College

denies that Plaintiff was "lied to the last day" and the remaining allegations of the second sentence of this paragraph.

**2) Exhibit file 2. FINANCE SUMMARY BOSTON COLLEGE**

11. Boston College Financial Statement Summary 2020-2021.

The financial statements also reflect a historic endowment return contributing in excess of $1.1 billion to the University's balance sheet as well as government support provided though the CARES Act, used for student aid and University support to off-set COVID-19 related expenses and lost revenue. Statement of Financial position (Total Assets, Liabilities, and Net Assets) The University's total assets at May 31, 2021 were $6.4 billion, which was $1,236.3 million or 24% higher than at the end of the previous fiscal year. The Bc Endowment increased by 1.2 billion in 2021.

**Response:** The paragraph is objectionable on the grounds that the statements are hearsay, derived from unauthenticated documents and are not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike or disregard Paragraph 11 because it is not material to the issues raised in the summary judgment motion. Boston College admits that the language in the first two sentences appears at ECF 167-2, page 2. Boston College admits the title of the document at ECF 167-2, page 5 states "BC Endowment Increases by $1.2 Billion in Past Year."

12. FEMA gave Boston College 7.4 million in Reimbursement for BC COVID -19 TESTING COSTS between AUGUST 2020- January 2022 and in July 2020 and June 2021 and Boston College claim undue hardship because of me.

**Response:** The paragraph is objectionable on the grounds that the statements derive from unauthenticated documents or hearsay, are argumentative and not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike or disregard Paragraph 12 because it is not material to the issues raised in the summary judgment motion. Boston College admits that the language, "FEMA Announces $7.4 million in Reimbursements for BC's COVID-19 Testing Costs" appears in ECF 167-2, page 7 and that page 11 of ECF 167-2

discusses reimbursement for "the cost of hiring extra staff and paying existing staff to operate the school's inhouse testing program between July 2020 and June 2021." Boston College denies the remaining allegations in paragraph 12.

13. HEERF III Funds, or The American Rescue Plan (ARP)

The American Rescue Act was signed into law on March 11, 2021 and contains funding for higher education. Boston College received its HEERF III Grant award notification on May 17, 2021 and in accordance with the requirements of the ARP(a)(1), no less than $8,715,557 ,FAFSA, to cover expenses related to the disruption of campus operations due to the COVID pandemic for a total of $1,278,20

**Response:** The paragraph is objectionable on the grounds that the statements are hearsay, derived from unauthenticated documents, and are not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike or disregard Paragraph 13 because it is not material to the issues raised in the summary judgment motion. Boston College admits that the title of the document at ECF 167-2, page 12 is "Higher Education Emergency Relief Funds (HEERF, CARES Act, American Rescue Act Plan). Boston College also admits that the language "The American Rescue Act was signed into law on March 11, 2021 and contains funding for higher education. Boston College received its HEERF III Grant award notification on May 17, 2021 and in accordance with the requirements of the ARP(a)(1), no less than $8,715,557 will be used to provide emergency financial aid grants to students" appears at ECF 167-2, page 12. Boston College admits that the language "Boston College has also distributed grants of up to $1,000 to 1,418 graduate and law students with the highest demonstrated financial need, as calculated by the FAFSA, to cover expenses related to the disruption of campus operations due to the COVID pandemic for a total of $1,278,200" appears at page 13 of ECF 167-2.

14. Claimant Information Claimant Name: Avenir Agaj.

Employer Name: BOSTON COLLEGE.

140 COMMONWEALTH AVE

CHESTNUT HILL, MA 02467. www.mass.gov/duaTHE COMMONWEALTH OF MASSACHUSETTS EXECUTIVE OFFICE OF LABOR AND WORKFORCE DEVELOPMENT DEPARTMENT OF UNEMPLOYMENT ASSISSTANCE BOSTON COLLEGE August 21, 2021.
DUA ASSISTANCE UNEMPLOYMENT MA.

3 Was the claimant fired (discharged) because of poor job performance
(not for misconduct or for disobeying a rule or policy)?
discharge no covid vaccine- What reason(s) did the claimant give for what s/he did?
discharge no covid vaccine. –
If you (the employer) were harmed by what s/he did, explain how:
n/a.
- How did the claimant know that what s/he did would harm you (the employer)?
n/a.
- Did the claimant knows/he might be disciplined for doing that?
yes.
4 Person to contact if we need more information:
Name: angela turrin Position: claims rep.
I certify under penalty of perjury that the above information is true and correct.
Finding of fact decision DUA MA.

**Response:** This paragraph is inadmissible. The paragraph is objectionable on the grounds that the statements are rhetorical questions, unintelligible in part, inadmissible under M.G.L. c. 151A, § 46, are derived from inadmissible documents, are hearsay, and are not material to the issues raised in the summary judgment motion. Boston College has moved to strike this paragraph and ECF 167-2, pages 18-28, pursuant to M.G.L. c. 151A, § 46.

**3) EXHIBIT FILE 3 MEDICAL DOCUMENTS**

15. Employment covid test records during my employment at Boston College 16 test result NEGATIVE.

**Response:** The paragraph is objectionable on the grounds that the statements are hearsay, derived from unauthenticated documents with unauthenticated handwriting, and are not material to the issues raised in the summary judgment motion. Boston College admits that the paragraph

appears to refer to a written document at ECF 167-3, pages 2-4, which speaks for itself. Boston College denies that the face of the document reflects negative test results.

16. CITY OF NEWTON, MASSACHUSETTS Boston College Neighborhood Council

Meeting Notes.
Date: Tuesday, September 28, 2021Time: 6:00 p.m. Place: Zoom conference
Council Members Present: Councilor Lisle Baker, Karine Alexander, Lynn Yetra, Barney Heath, and Tom Keady (BC) Also Present: Councilor Bowman, Jeanne Levesque (BC), William Mills (BC), Devra Bailin, Gavin Zhang, Nathan Niaronov.
1. Update on COVID-19 measures/Protocols.
Ms. Levesque provided a COVID-19 update and explained that anyone—students, faculty, staff—returning to campus in the fall had to be vaccinated unless they had a qualified exemption (medical or religious). The BC community has a 99.3% vaccination rate. Everyone returning to the campus was tested in
August. The College is also administering targeted asymptomatic testing, as
well as testing for those with symptoms. She noted that BC is complying with
the mask mandates in Boston and in Newton.
Councilor Baker commented that he had heard that BC is not mandating masks in the classrooms. He noted that these are large spaces with a lot of people and he does not believe this is the correct protocol. He added that some Faculty members have expressed concern. Mr. Keady responded that there are less than 100 people on campus who are not vaccinated due to exemptions. Even parents who came for the parents' weekend had to show vaccination cards to attend. BC feels there is very little likelihood of break-through Infections. Councilor Bowman agreed with Councilor Baker and noted that Many colleges are seeing break-through infections. Mr. Keady reiterated that in public spaces, everyone must be masked. He will bring the concern to Father
Leahy.
Again

<u>**Response**</u>**:** This paragraph is inadmissible. The paragraph is objectionable on the grounds that the statements are hearsay, derive from an unauthenticated document, and are not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike or disregard this paragraph and pages 5-6 of ECF 167-3. Boston College admits that that the quoted language, besides the word "again" in the final line, appears on page 5 of ECF 167-3.

17. CITY OF NEWTON, MASSACHUSETTS

Boston College Neighborhood Council

Meeting Notes Date: Thursday, January 27, 2022 Time: 6:00 p.m. Place: ZoomcConference

Council Members Present: Councilor Lisle Baker, Councilor Norton, Lynn Yetra, and Tom Keady (BC) Also Present: Councilor Laredo, Jeanne Levesque (BC), William Mills (BC), Devra Bailin, and suelPhone (wouldn't identify)

1. BC Opening-COVID-19 Update

Ms. Levesque provided a COVID-19 update and explained that students returned from break on January 18th. Before returning they were required to provide a 72 hour PCR or a 24 hour rapid test. The vaccination rate of everyone-students, faculty, staff-is 99.3%; everyone must have the booster by February 9. The University continues to administer surveillance testing. As posted on their dashboard for last week, they administered 9190 tests with 261 positives (mostly undergraduates). 120 students are in isolation at Pine Manor. As is true for most of the area, the University saw a drop in COVID positives. The University has also temporarily mandated masks at all times inside until January 31st. She noted that BC continues to comply with the mask mandates in Boston and in Newton.

Councilor Norton asked whether the College is seeing mental health impacts. Mr. Keady said this is the number one issue for undergraduates. Ms. Levesque noted that they have increased counselling available, as well as increasing the number of outdoor activities and programming for students.

**Response:** This paragraph is inadmissible. The paragraph is objectionable on the grounds that the statements are hearsay, derive from an unauthenticated document, and are not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike or disregard this paragraph and pages 7-9 of ECF 167-3. Boston College admits that that the quoted language appears on page 7 of ECF 167-3.

18. Just 1. exemption request right?

Mr. Keady responded that there are less than 100 people on campus who are not vaccinated due to exemptions.

As posted on their dashboard for last week, they administered 9190 tests with 261 positives (mostly undergraduates). 120 students are in isolation at Pine Manor.

**Response:** This paragraph is inadmissible. The paragraph is objectionable on the grounds that the statements are hearsay, derive from unauthenticated documents, are argumentative and/or are not material to the issues raised in the summary judgment motion. Boston College has filed a motion to strike or disregard this paragraph. Boston College denies the first sentence of this

paragraph and further states that the number of religious exemptions granted to employees did not include exemptions granted for medical reasons or exemptions granted to students. See ECF 172, ¶ 8. Boston College admits that the second and third sentences of this paragraph quote from portions of written documents at ECF 167-3, pages 5 and 7.

19. Update on COVID-19 vaccination rate and testing results: 8-30-2021

Campus & Community/ Announcements - Published on August 31, 2021

An update on the University's COVID-19 vaccination rate and testing results, plus a Q&A with University Health Services Director Dr. Douglas Comeau and virologist and Department of Biology Professor and Chair Welkin Johnson.

Q. What percentage of the BC community has been vaccinated against COVID-19?

A. Comeau: As of Monday, August 30, 99.3 percent of the Boston College community has been vaccinated, including 99.3 percent of BC faculty and staff, and 99.1 percent of undergraduate students. Counting University-approved exemptions, 100 percent of those intending to be on campus have complied with BC vaccination protocols.

Q. Why are there positive test results on a campus where 99 percent of community members have been vaccinated?

A. Johnson: The important takeaway is that the vaccine is protective. It is clear globally that the COVID-19 vaccine is stemming the spread of the virus, but it is also important to note that it is not 100 percent effective. There is a small but significant minority of cases where vaccinated people get breakthrough infections; if they are infected with the Delta variant, they tend to make virus at levels similar to unvaccinated people, which means vaccinated, infected people can spread the virus. The vaccine is having a very important effect, but people have to remember that the vaccine is not a guarantee that they will not get or spread the virus. Q. What can we do at Boston College to protect the community and ourselves?

Q. What about those who have been granted an exemption for medical or religious purposes?

A. Comeau: With a 99 percent-plus vaccination rate on campus, we have very few faculty, staff, and students who have been approved for a University exemption. Those who have an exemption will be required to wear masks, indoors and outdoors at all times, except when eating, drinking and, in the case of students, sleeping in their residence hall. In addition to mask wearing, these individuals will be required to test regularly, starting at a rate of twice weekly. Q. What is your prognosis for the pandemic in the coming months?

A. Comeau: It is very hard in medicine to have a prognosis for a disease, particularly in the case of a pandemic. We as physicians and as scientists are learning every day about the ramifications of COVID, its variants, A. Johnson: The world has never been better prepared in terms of having the tools, surveillance methods, and vaccine technology to actually deal with a global pandemic like this. We have everything we need to control it and suppress it. The remaining piece is to get

everybody to comply and get vaccinated. That is our best defense against COVID-19. Now, with a highly vaccinated community, those students who do test positive for COVID-19 will still have to go to isolation, but their close contacts will not have to quarantine because they have been vaccinated.

**Response:** The paragraph is objectionable on the grounds that the statements are hearsay and derive from unauthenticated documents. Boston College admits that portions of the document ECF 167-3, pages 10-15 are quoted in paragraph 19. Boston College denies that it has been quoted accurately, in order, or without modification. Boston College admits that the quoted language beginning with "An update on the University's COVID-19 vaccination rate" and ending with "BC vaccination protocols" appears in a written document at ECF 167-3, page 10. The quoted language beginning with "Q. Why are there positive test results" and ending with "people can spread the virus" appears in a written document at ECF 167-3, page 11. The quoted language beginning with "The vaccine is having a very" and ending with "community and ourselves?" appears in a written document at ECF 167-3, later on page 11. The quoted language beginning with "Q. What about those who have been granted" and ending with "the ramifications of COVID, its variants," appears in a written document at ECF 167-3, page 14. The quoted language ending with "the ramifications of COVID, its variants," stops mid-sentence. The quoted language beginning with "A. Johnson: The world has never" and ending with "That is our best defense against COVID-19" appears in a written document at ECF 167-3, at the bottom of page 14 and the top of page 15. The quoted language beginning with "Now, with a highly vaccinated community" and ending with "because they have been vaccinated" appears in a written document at ECF 167-3, at the top of page 14. Boston College denies that "Update on COVID-19 vaccination rate and testing results: 8-30-2021Campus & Community/ Announcements - Published on August 31, 2021" appears in the document or any other document in ECF 167-3.

20. Covid positive data August 2021.Boston College.

**<u>Response:</u>** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of an unauthenticated document. Boston College admits that this paragraph refers to a written document at ECF 167-3, pages 17-21, which speaks for itself.

21. Vaccine information Fact sheet revised 22 september 2021

**<u>Response:</u>** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of an unauthenticated document. Boston College admits that this paragraph refers to a written document at ECF 167-3, pages 22-29, which speaks for itself. Boston College has filed a motion to strike or disregard Paragraph 21 and ECF 167-3, pages 22-29 because they are not material to the issues raised in the summary judgment motion.

22. Covid 19 vaccine emergency use instructions EUI Resourses date 17 November 2021

**<u>Response:</u>** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of an unauthenticated document. Boston College admits that this paragraph refers to a written document at ECF 167-3, page 30, which speaks for itself. Boston College has filed a motion to strike or disregard Paragraph 22 and ECF 167-3, page 30 because they are not material to the issues raised in the summary judgment motion and ECF 167-3, page 30, is inadmissible hearsay.

23. BC surpasses 100 under grad cases of covid December 2021.

**<u>Response</u>:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of an unauthenticated document. Boston College admits

that this paragraph refers to a written document at ECF 167-3, pages 31-33, which speaks for itself.

24. Spring 2022 FAQ

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of an unauthenticated document. Boston College admits that this paragraph refers to a written document at ECF 167-3, pages 34-38, which speaks for itself.

25. BC SURPASES PEVIOUS COVID-19 RECORDS 1000 CASES FOR THE SEMESTER DATED FEBRUARY 7 ,2022

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of an unauthenticated document. Boston College admits that this paragraph refers to a written document at ECF 167-3, pages 39-41, which speaks for itself.

26. THE 2023-2024 Moderna ,Novavax and Pfizer-BioNTech are no longer recommended and should not be used CDC April 18- 2023

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of an unauthenticated document. Boston College has filed a motion to strike or disregard this paragraph and pages 42-43 of ECF 167-3 because they are not material to the issues raised in the summary judgment motion and pages 42-43 of ECF 167-3 are unauthenticated internet search results. Boston College admits that this paragraph refers to unauthenticated documents at ECF 167-3, pages 42-43.

27. A review of neurological side effects of Covid Vaccinations

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of an unauthenticated document. Boston College has filed a motion to strike or disregard this paragraph and pages 44-51 of ECF 167-3, because they are inadmissible hearsay and not material to the issues raised in the summary judgment motion. Boston College admits that this paragraph refers to a written document at ECF 167-3, pages 44-51.

28. Pfizer forecast 26 bn of covid vaccine revenue 2021.

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of an unauthenticated document. Boston College has filed a motion to strike or disregard this paragraph and pages 52-54 of ECF 167-3, because they are inadmissible hearsay and not material to the issues raised in the summary judgment motion. Boston College admits that this paragraph refers to a written document at ECF 167-3, pages 52-54.

29. A turning point? More like a U Turn. Dr Douglas Comeau BC. March 2022

Basically, the long-term treatment approach for COVID-19 will be more like current influenza, or strep, or mononucleosis," said Comeau in an interview earlier this month. "COVID-19 may never go away completely, but we can treat it with a symptom-based approach and on more of a person-by-person basis, being particularly mindful of those who are most vulnerable to the virus

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of an unauthenticated document. Boston College admits that the language beginning with "Basically" and ending with "virus" appears in an unauthenticated document at ECF 167-3, pages 55-56. Boston College denies that the language "More like a U Turn" appears in the document.

30. Selected adverse events reported after COVID-19 Vaccinations' 12,2023

**<u>Response</u>:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of an unauthenticated document. Boston College has filed a motion to strike or disregard this paragraph and pages 61-65 of ECF 167-3 because they are not material to the issues raised in the summary judgment motion. Boston College admits that this paragraph refers to an unauthenticated document at ECF 167-3, pages 61-65.

**4) Exhibit file 4 RELIGION AND ETHNOBOTANY**

31. The Healing BOGOMILS ,March 2022

There is more to Bogomili than their suppressed viewpoints. They were famous antifeudal reformers and freedom-loving preachers. They believed in self-government, common ownership of goods, and equality of all community members. They brought literacy to people by writing books in native languages, rather than the Latin prescribed for Church documents. And they encouraged their followers to think and interpret everything they heard or read. All these ideals made the Bogomili dangerous to the feudal society they lived in, and they were persecuted and burned at the stake as witches. More important to the topic of this book, Bogomili were great healers. Vasiliy Vrach, a medieval physician and Bogomil leader, is credited with being the creator of the Bogomil healing practice. The people lived in harmony with nature and used herbs and natural remedies to cure diseases. But the cures didn't stop there. Prayers and invocations were also essential. In addition, it was important for the healer to hold back all emotions, both those of excitement and anguish, in order to maintain his life energy for healing. This simple but important rule must have been difficult to achieve for people who choose medicine for a career.

As we say, no one can drink from an empty cup.

**<u>Response</u>:** This paragraph is objectionable and inadmissible on the ground that it is hearsay and opinion testimony from an undisclosed witness. Boston College has filed a motion to strike or disregard this paragraph and pages 2-4 of ECF 167-4 because it is hearsay; opinion testimony from an undisclosed witness, and is not material to the issues in the summary judgment motion Boston College admits that the language in this paragraph appears in an unauthenticated document at ECF 167-4, pages 2-4. The language beginning with "There is more Bogomili" and ending with "remedies to cure diseases" appears at ECF 167-4, pages 2-3. The language

beginning with "But the cures didn't stop" and ending with "drink from an empty cup" appears at ECF 167-4, page 4.

32. The BOGOMIL movement in Bulgaria is connected to ETHNOBOTANY.

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of a document, and is derived from an unauthenticated document and inadmissible hearsay. Boston College has filed a motion to strike or disregard this paragraph and page 5 of ECF 167-4 because they are hearsay, page 5 of ECF 167-4 is unauthenticated internet search results and they are inadmissible on summary judgment. Boston College admits that this paragraph refers to an unauthenticated document at ECF 167-4, page 5.

33. AVENIR AGAJ Covld-19 Vaccination Exemption request form. 07/25/2021

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of a document. Boston College admits that this paragraph refers to a written document at ECF 167-4, page 6.

34. Chapter 1 ETHNOBOTANY in the Balkans QUO VADIS,

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of a document, and is hearsay. Boston College has filed a motion to strike or disregard this paragraph and pages 7-14 of ECF 167-4 because it is hearsay, contains opinion testimony from an undisclosed witness, and is inadmissible on summary judgment. Boston College admits that this paragraph refers to a written document at ECF 167-4, pages 7-14.

35. Heretic Bogomil Christianity Balkans.

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of a document, and is hearsay. Boston College has filed a motion to strike or disregard this paragraph and pages 15-29 of ECF 167-4 because they are hearsay, pages 15-29 of ECF 167-4 contains opinion testimony from an undisclosed witness, and they are inadmissible on summary judgment. Boston College admits that this paragraph refers to a written document at ECF 167-4, pages 15-29.

36. THE UNDEFILED Revelation 3:4 Mathew 10:28

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of an unauthenticated document, is hearsay, and is not material to the issues in the summary judgment motion. Boston College has filed a motion to strike or disregard this paragraph and ECF 167-4, page 30 because they are hearsay and not material to the issues raised in the summary judgment motion. Boston College admits that this paragraph refers to an unauthenticated document at ECF 167-4, page 30.

37. CORINTHIANS 6:19-20 TEMPLES OF THE HOLY SPIRIT.

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of a document. Boston College has filed a motion to strike or disregard this paragraph and ECF 167-4, page 31 because they are not material to the issues raised in the summary judgment motion. Boston College admits that this paragraph refers to a written document at ECF 167-4, page 31.

38. ATONEMENT LUTHERAN CHURCH

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of a document, is hearsay and is not material to the issues in the summary judgment motion. Boston College has filed a motion to strike or disregard

this paragraph and pages 32-33 of ECF 167-4 because they are hearsay, pages 32-23 of ECF 167-4 contains opinion testimony from an undisclosed witness, they are inadmissible on summary judgment and not material to the issues raised in the summary judgment motion. Boston College admits that this paragraph refers to a written document at ECF 167-4, pages 32-33.

39. Pfizer and the VATICAN JANUARY 15,2022

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of a document, is hearsay and is not material to the issues in the summary judgment motion. Boston College has filed a motion to strike or disregard this paragraph and pages 34-40 of ECF 167-4 because they are hearsay, contain opinion testimony from an undisclosed witness, and are not material to the issues raised in the summary judgment motion. Boston College admits that this paragraph refers to a written document at ECF 167-4, pages 34-40.

40. Note on morality of using some anti covid -19 vaccine

5. At the same time, practical reason makes evident that vaccination is not, as a rule, a moral obligation and that, therefore, it must be voluntary. In any case, from the ethical point of view, *the morality of vaccination depends not only on the duty* to *protect* one's *own health, but also on the duty* to *pursue the common good.* In the absence of other means to stop or even prevent the epidemic, the common good may recommend vaccination, especially to protect the weakest and most exposed. Those who, however, for reasons of conscience, refuse vaccines produced with cell lines from aborted fetuses, must do their utmost to avoid, by other prophylactic means and appropriate behavior, becoming vehicles for the transmission of the infectious agent. In particular, they must avoid any risk to the health of those who cannot be vaccinated for medical or other reasons, and who are the most vulnerable.

**Response:** Boston College admits that the quoted language appears in a written document at ECF 167-4, pages 41-42.

41. National Catholic Register.

A jury awarded a Catholic Michigan woman $12.7 million in a religious discrimination lawsuit after her former employer – Blue Cross Blue Shield of Michigan (BCBSM) – refused to give her a religious exemption from the company's COVID-19 vaccine mandate and fired her.

The woman, Lisa Domski, submitted a religious exemption request to the company because the three COVID-19 vaccines approved at the time had been developed or tested using fetal cell lines that originated from abortions, according to court documents.

In her request, Domski wrote that taking the vaccine "would be a terrible sin and distance my relationship with God." BCBSM determined that her position did not meet the criteria for religious exemption.

**Response:** This paragraph is objectionable on the grounds that derives from an unauthenticated document, is inadmissible hearsay, and is not material to the issues raised by the summary judgment motion. Boston College has filed a motion to strike or disregard this paragraph and pages 2-8 of ECF 172-2 because they are hearsay and not material to the issues raised in the summary judgment motion. Boston College admits that the language in this paragraph appears at ECF 172-2, pages 2-3.

42. If a catholic woman God Bless her, received 12.7 million How much should a BOGOMIL get ?This also proves that the Defendant Boston College did not had a religious belive to mandate vaccines because they removed the mandates, this proves that their religious beliefs are temporary and not permanent like mine.

**Response:** This paragraph is objectionable on the grounds that is argumentative, contains legal conclusions, and is unsupported by the record. Boston College has filed a motion to strike or disregard this paragraph because it contains conclusory, unsupported statements that are not material to the issues raised in the summary judgment motion. Boston College denies this paragraph and further cites to ECF 162, ¶¶ 4-6.

43. UNIVERSAL HUB 11/27/2024

Boston College asserts it had a religious freedom right to make employees get Covid-19 shots.

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of a document. Boston College admits that this paragraph refers to an unauthenticated document at ECF 167-4, pages 43-44. Boston College has filed a motion to strike or disregard this paragraph and pages 43-44 of ECF 167-4 because

they are argumentative and not material to the issues raised in the summary judgment motion and ECF 167-4, pages 43-44 are inadmissible hearsay.

44. Well that proves that the defendant BOSTON COLLEGE fired me the plaintiff AVENIR AGAJ because of my RELIGIOUS as BOGOMIL.

**Response:** This paragraph is objectionable on the grounds that is argumentative and contains legal conclusions. Boston College denies this paragraph. Boston College has filed a motion to strike or disregard this paragraph as it contains a conclusory unsupported statement.

**5) EXHIBIT FILE 5 EMAILS**

45. VACCINE TRACKING E-MAILS FROM JUNE 9/2021 TO AUGUST 2/2021

hristine Laflamme <christine.laflamme@bc.edu> Thu, Jul 29, 2021 at 10:24 AM
Reply-to: christine.laflamme@bc.edu
To: Patricia Lowe <narcisse@bc.edu>
Cc: Avenir Agaj <agaja@bc.edu>
Hi Patricia,
Just wanted to check in on Avenir's exemption (cc'd on this email). He said that he had resubmitted the form but hadn't heard anything. If you need a copy of the form or anything additional, please let him know. Thanks.
--------------------------------
Chris Laflamme
Manager, Human Resources
Facilities Business Service Center, Boston College
Emails Christine Laflamme Manager, Human Resources facilities business
Service Center, Boston College.
V Christine Laflamme <christine.laflamme@bc.edu> Thu, Jul 29, 10:23
Reply to: <christine.laflamme@bc.edu>
To: Avenir Agaj <agaja@bc.edu>
ok. I will reach out to them and include you on the email. Thanks.
Christine Laflamme <christine.laflamme@bc.edu> Tue, Jul 13, 16:05
Reply to: <christine.laflamme@bc.edu>
To: Avenir Agaj <agaja@bc.edu>
Hi,
Just wanted to make sure that someone has been in touch with you regarding your request. If not, please let me know.
Thanks
--------------------------------
Chris Laflamme
Manager, Human Resources

On Thu, Jul 29, 2021 at 9:01 AM Avenir Agaj <agaja@bc.edu> wrote:
Good morning Christine thanks for the E-mail Avenlr Agaj here i have not heard anything from any one so far, just letting you know. Have a nice day!
On Tue, Jul 27, 2021 at 11 :18, Christine Laflamme
<christine.latlamme@bc.edu> wrote:Please be sure to check in with Patricia Lowe in case you need any other documentation. If you haven't heard anything by tomorrow, please let me know. thanks
--------------------------------
Chris Laflamme
On Mon, Jul 26, 2021 at 7:25 AM Avenir Agaj <agaja@bc.edu> wrote:
Good morning Christine Avenir Agaj here i am resubmitting my exemption form for covid-19 Vaccine here is a copy have a nice day!
On Wed, Jul 14, 2021 at 12:32, Avenir Agaj <agaja@bc.edu> wrote:
On Wed, Jul 14, 2021 at 10:29, Christine Laflamme
<christine.laflamme@bc.edu> wrote:
HI Avenir,please resend your exemption request to accommodation@bc.edu The previous email said accommodations@bc.edu, but I don't believe that is a valid address.Hoping you receive a response from them after resending. Sorry for the confusion. Thanks.
--------------------------------
Chris Laflamme
On Tue, Jun 29, 2021 at 2:21 PM Avenir Agaj <agaja@bc.edu> wrote:
Thank you i will have a nice Day.
On Tue, Jun 29, 2021 at 13:11, Christine Laflamme
<christine.laflamme@bc.edu> wrote:
Hi Avenir, thank you for sending this. Please let me know if you hear anything in the next day or two. If not, I will reach out to find someone to contact for you.
Thanks.
--------------------------------
Chris Laflamme
Manager, Human Resources
On Tue, Jun 29, 2021 at 12:23 PM Avenir Agaj <agaja@bc.edu> wrote:Subject: Hi Chistine
To: <accommodations@bc.edu>
I Have uploaded my request for vaccine exemption but so far it has not been approved i again will ask for one .I ask to who ever is in charge to grant me one .
have my reasons not to have one and that should be the end of the matter .. Here is
the copy of the form please respect my rights. Best Regards Avenir Agaj

**Response:** Boston College admits that, with the exception of the email dated July 13, 2021 at 16:05, this paragraph quotes from written documents at ECF 171-3, page 2 and ECF 171-6, pages 2-5. Boston College denies that it has been quoted accurately, in order, or without modification. Boston College denies that the email dated July 13, 2021 at 16:05 appears in the summary judgment record.

46. David TRAINOR email to Patricia Lowe, No problem here .Follow our process

**Response:** Boston College admits that this paragraph refers to a written document at 171-4, page 2, dated June 30, 2021, which contains the language "No problem here. Follow our process."

47. David Trainors emails August 5/6/13 ,2021

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of a document. Boston College admits that this paragraph refers to written documents at ECF 167-5, pages 2-11, which speak for themselves.

48. Text CHRIS LAFLAME August 13.2021

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of a document. Boston College admits that this paragraph refers to a written document at ECF 170-1, page 7, which speaks for itself.

49. Texts JOHN BOGDAN AUGUST 19.2021

**Response:** This paragraph is objectionable on the grounds that it is not a concise statement of material fact, but the title or description of a document. Boston College admits that this paragraph refers to a written document at ECF 170-1, pages 2-6, which speaks for itself.

50. INVESTIGATIVE DISPOSITION MCAD NOVEMBER 28 /2023

EVEN IF COMPLAINANT HAD SUBMITTED SUFFICENT DOCUMENTATION THAT HE HELD A SINCERELY HELD RELIGIOUS BELIEF,RESPONDENT ASSERTS AND SUPPORTS WITH EVIDEDENCE THAT GRANTING COMPLAINANT REQUEST TO BE EXEMPT FROM COVID VACCINE WOULD CREATE AN UNDUE HARDSHIP.

**Response:** Boston College admits that this paragraph contains language that appears in the MCAD Investigative Disposition dated November 28, 2023 at 167-5, page 16, which speaks for itself.

51. Well, the defendant hired me during the pandemic; the workplace was already interrupted.

**Response:** Boston College admits that Agaj was hired during the pandemic, prior to COVID-19 vaccination becoming available. ECF 167 ¶ 2. Otherwise denied.

Respectfully submitted,

TRUSTEES OF BOSTON COLLEGE

By its attorneys,

*/s/ Alan D. Rose*
Alan D. Rose (BBO # 427280)
Meredith Wilson Doty (BBO # 652220)
ROSE LAW PARTNERS LLP
185 Dartmouth St., Suite 602
Boston, MA 02116
(617) 536-0040 (Office)
(617) 536-4400 (Fax)
adr@rose-law.net
mwd@rose-law.net

Date: August 25, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

*/s/ Alan D. Rose*
Alan D. Rose

Date: August 25, 2026