# EXHIBIT 1

**MEMORANDUM OF AGREEMENT**
**BETWEEN**
**BOSTON COLLEGE**
**AND**
**SERVICE EMPLOYEES' INTERNATIONAL UNION , LOCAL 32BJ**
**LANDSCAPE SERVICES**

Effective June 1, 2019, Appendix A of the collective bargaining agreement shall be amended to reflect the following new classifications and wage rates (Job Descriptions Attached):

1. New Landscape Services Classifications and Rates:
   - LANDSCAPE WORKER I ($27.55)
   - LANDSCAPE WORKER II ($27.96)
   - LANDSCAPE WORKER III ($28.37)
   - GARDENER I ($29.55)
   - GARDENER II ($30.06)

2. The current $0.90 lead differential shall continue to apply to the Landscape Worker and Gardener classifications. The Backup Heavy Equipment differential shall no longer apply to the Landscape Services classifications. Applicator's License differential shall not apply to the Landscaper III or Gardener classifications. Those members currently eligible for a light construction differential shall remain eligible.

3. With the exception of the Lead positions noted in paragraph 6, above, all other Landscape Services classifications currently listed in Appendix A shall be eliminated, including the "1st 12 months" and "2nd 12 months" positions/rates.

4. While "Heavy Equipment Operator" classifications shall no longer be considered official Landscape Services classifications, the current wage rate for Heavy Equipment Operators shall continue to apply to employees currently in the classification (i.e. grandfathering three (3) Heavy Equipment Operators at current rate of pay). Aside from the grandfathered wage rate, such employees shall otherwise be classified under one of the new classifications agreed to in the MOA.

5. For current members holding a MA Hoisting License 2B, the 2B license will be accepted in place of the 2A requirement for open positions.

**AGREED**

On Behalf of SEIU, Local 32BJ

Date: ____________

On Behalf of Boston College

Date: 9-25-19

**Landscape Worker III**
**Job Description**

Provide maintenance of exterior campus landscape to include lawns, gardens, flower beds, hedges, walkways, plazas, streets and all associated components such as trees, shrubs, irrigation systems. Stabilization, repair and replace fences, walls, curbs, etc.

Duties, functions and responsibilities may include: mow lawns, string trim, basic pruning of ornamental plants and hedges, weed planting beds, rake leaves, hand-pick loose trash, external barrels, dumpsters, etc., stabilization, repair, and replacement of fences, gates and masonry features; clean out drainage ditches and culverts. Loading operations for materials handling.

Mix fertilizer according to instructions and calibrate sprayers to apply fertilizers as directed; calculate appropriate application rates; spray lawns, shrubs, and trees with fertilizer, herbicides, and insecticides.

Assist with snow removal operations. Duties, functions and responsibilities may include: hand shoveling stairs and walkways, spreading ice melt products, operating truck mounted plows and sanding equipment. Operate skid-steer loaders and loading equipment involved in snow removal operations and as needed in support of other Landscape Services operations.

Support the University with office moves and furniture moves, special event and function setups. Duties include moving furniture, setting up chairs and tables, moving equipment, transporting equipment/boxes from campus to/from warehouse, and other duties as assigned.

Whenever Management determines it possible, the Landscaper III may be assigned to work with a Gardener in order to assist in Gardening duties which will expand the Landscaper III's skills and relevant experience.

This job description is intended to provide a summary of the position. It is not an exhaustive list of all of the duties. An employee may be required to perform other duties that are related to the primary functions listed in the job description.

**Requirements**

- **Valid Massachusetts driver's license**
- **Must be able to lift and/or carry 50 lbs.**

- **Valid MA Hoisting License 2A**

- **Valid Ma Pesticide Applicators license or Irrigation Association Irrigation Technician Certification (or equivalent as determined by Management)**