# EXHIBIT 2

Dear Colleague:

As of close of business today (August 13, 2021), our records indicate that you have not reached full vaccination against COVID-19. You will be considered fully inoculated once you have reached fourteen days after your final vaccine dose.

You may continue to come to campus and work but you must wear a mask at all times when at BC. The mask must be worn both indoors and outdoors while on campus, even if working in your office or workspace. Once you have completed the fourteen-day period, you will no longer be required to wear a mask. Your respective vice president or dean has been informed of your status.

If you have any questions or believe this email was sent to you in error, please email [redacted]

Thank you for your attention to this important matter.

David P. Trainor
Vice President, Human Resources

A

Dear Colleague:

Boston College implemented a requirement that as of close of business on August 13, 2021 all faculty and staff must show proof of being fully vaccinated against COVID-19. This requirement is a condition of continued employment.

As of close of business today (August 13, 2021), you have failed to upload proof of a vaccine. As such, effective August 14, 2021, you are NOT authorized to access BC's campus or your work space. Your respective vice president or dean has been informed that you have failed to comply with the University's requirement as of this time.

Human Resources will be in contact with you directly during the week of August 16, 2021 to determine next steps. In the meantime, you are not to come to campus. If you have any questions or believe this email was sent to you in error, please email [redacted]

Thank you for your attention to this important matter.

David P. Trainor
Vice President, Human Resources



Gmail

Avenir Agaj <agaja@bc.edu>

**CRITICAL: Vaccine Record Incomplete**

**David P. Trainor, Vice President, Human Resources** <donotreply@bc.edu> Fri, Aug 13, 17:05
To: <agaja@bc.edu>

Dear Colleague:

Boston College implemented a requirement that as of close of business on August 13, 2021 all faculty and staff must show proof of being fully vaccinated against COVID-19. This requirement is a condition of continued employment.

As of close of business today (August 13, 2021), you have failed to upload proof of a vaccine. As such, effective August 14, 2021, you are NOT authorized to access BC's campus or your work space. Your respective vice president or dean has been informed that you have failed to comply with the University's requirement as of this time.

Human Resources will be in contact with you directly during the week of August 16, 2021 to determine next steps. In the meantime, you are not to come to campus. If you have any questions or believe this email was sent to you in error, please email hr@bc.edu.

Thank you for your attention to this important matter.

David P. Trainor
[Quoted text hidden]