**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| AVENIR AGAJ, Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:24-CV-10884-JEK |
| BOSTON COLLEGE, Defendant. | ) | |

**DEFENDANT TRUSTEES OF BOSTON COLLEGE'S MOTION TO ENJOIN PLAINTIFF FROM FILING CERTAIN PAPERS WITHOUT LEAVE OF COURT**

Pursuant to 28 U.S.C. § 1651 and this Court's inherent authority to manage its docket and to control the conduct of proceedings before it, Defendant Trustees of Boston College ("Boston College") respectfully moves for an order requiring Plaintiff, Avenir Agaj, to obtain leave of court before making further filings in this action until the Court rules on Boston College's Motion for Summary Judgment, on the terms set forth in the Proposed Order attached hereto.

Plaintiff has moved seven times to recuse or disqualify the judges assigned to this case and has been denied each time. He has accused those judges, two of their courtroom deputies, two judges of the Court of Appeals, Boston College's counsel, Boston College's expert, a former Boston College employee, a state clerk magistrate, and his own former attorney in this matter of criminal or other serious misconduct, without evidentiary support. And he has repeatedly filed papers that the Federal Rules of Civil Procedure and this Court's Local Rules do not permit. Two cautions from this Court directed at him have not altered that conduct.

The grounds for this Motion are set forth in the accompanying Memorandum of Law and Exhibits attached thereto.

Boston College requests an order providing as follows:

1. Plaintiff shall obtain leave of court before filing any paper other than (a) an opposition to a motion filed in compliance with Local Rule 7.1(b)(2); and (b) a response to an order of this Court. A paper for which Local Rule 7.1(b)(3) requires leave is not exempt from this requirement.
2. The motion for leave shall state why the proposed paper is (a) authorized by the Federal Rules or Local Rules, (b) directly relevant to a claim remaining in this action or to a motion presently pending, and (c) not duplicative of information already presented.
3. The Court will determine whether the submitted filing complies with paragraph 2. If it does, the Court will grant the motion for leave to file, and the filing will be docketed. If the filing does not comply with paragraph 2, the Court will not allow its docketing.
4. No paper filed by Plaintiff may contain an accusation that an identified person has engaged in criminal conduct, fraud, bribery, perjury, forgery, or judicial misconduct, unless the accusation is relevant to his remaining claim and the paper identifies the specific evidence supporting each such accusation.
5. No paper filed by Plaintiff may seek relief on a claim that has been dismissed in this action or in any other proceeding or reassert a contention that this Court or the First Circuit has already rejected, unless the paper identifies an intervening change in fact or law.
6. No paper filed by Plaintiff may contain matter that is immaterial, impertinent, or scandalous.

7. Any paper filed in violation of subparagraphs 4 through 6 may be stricken in whole or in part.

8. Upon motion of either party, or on its own motion, the Court may extend, modify, or vacate the Order. Nothing in the order shall restrict Plaintiff's right to appeal from any order or judgment.

WHEREFORE, Boston College respectfully requests that the Court allow this Motion and enter the Proposed Order attached hereto, together with such other and further relief as the Court deems just and proper.

Respectfully submitted,

TRUSTEES OF BOSTON COLLEGE

By its attorneys,

*<u>/s/ Alan D. Rose</u>*
Alan D. Rose (BBO # 427280)
Meredith Wilson Doty (BBO # 652220)
Jessica L. Perillo (BBO # 717733)
ROSE LAW PARTNERS LLP
185 Dartmouth St., Suite 602
Boston, MA 02116
(617) 536-0040 (Office)
(617) 536-4400 (Fax)
adr@rose-law.net
mwd@rose-law.net
jlp@rose-law.net

Date: October 19, 2026

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Meredith W. Doty, hereby certify that on October 7, 2026, I emailed *pro se* plaintiff, Avenir Agaj, in a good faith attempt to resolve or narrow the issues raised in Boston College's Motion. Mr. Agaj responded to my email on October 7, 2026 opposing the relief sought by this Motion.

*/s/ Meredith W. Doty*
Meredith W. Doty

Date: October 19, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that I caused this document to be filed through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and/or electronic copies will be sent to those indicated as non-registered participants.

*/s/ Alan D. Rose*
Alan D. Rose

Date: October 19, 2026