**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AVENIR AGAJ,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON COLLEGE,<br><br>Defendant. | Civil Action No. 1:24-CV-10884-JEK |

**PROPOSED ORDER**

Upon consideration of Defendant Trustees of Boston College's Motion to Enjoin Plaintiff from Filing Certain Papers Without Leave of Court, and the memorandum and exhibits submitted in support, the Motion is ALLOWED. It is hereby ORDERED that:

1. Plaintiff Avenir Agaj shall obtain leave of court before filing any paper other than (a) an opposition to a motion filed in compliance with Local Rule 7.1(b)(2); and (b) a response to an order of this Court. A paper for which Local Rule 7.1(b)(3) requires leave is not exempt from this requirement.

2. A request for leave under paragraph 1 of this Order shall be made by motion and attach the proposed paper. The motion shall state in clear terms why the proposed paper is (a) authorized by the Federal Rules of Civil Procedure and the Local Rules of this court; (b) directly relevant to a claim remaining in this action or to a motion presently pending before the Court; and (c) not duplicative of information already presented to the Court.

3. The Court will review the motion for leave and proposed paper. If the Court determines that the proposed paper satisfies each of the requirements in paragraph 2 and complies with paragraphs 4 through 6 of this Order, the Court will allow the motion and the

paper will be docketed. If the Court determines that the proposed paper does not, the motion will be denied and the paper will not be docketed.

4. No paper filed by Plaintiff, whether filed with leave or without, shall contain an accusation that an identified person has engaged in criminal conduct, fraud, bribery, perjury, forgery, or judicial misconduct, unless the paper is accompanied by a statement identifying the specific admissible factual evidence supporting each accusation.

5. No paper filed by Plaintiff, whether filed with leave or without, shall seek relief on a claim that has been dismissed in this action or in any other proceeding, or reassert a contention that this Court or the First Circuit has already rejected, unless the paper identifies an intervening change in fact or law.

6. No paper filed by Plaintiff, whether filed with leave or without, shall contain matter that is immaterial, impertinent, or scandalous.

7. Any paper filed in violation of paragraphs 4 through 6 of this Order may be stricken in whole or in part.

8. This Order shall not apply to the entry of appearance or any filing of an attorney who enters an appearance on behalf of Plaintiff.

9. This Order shall remain in effect until the Court has resolved the summary judgment motion pending in this action. Upon motion of either party, or on its own motion, the Court may extend, modify, or vacate this Order. Nothing in this Order restricts Plaintiff's right to appeal from any order or judgment of this Court.

SO ORDERED.

Date: ______________________

______________________
Julia E. Kobick
United States District Judge