UNITED STATES DISTRICT COURT

FOR THE

DISTRICT COURT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2026 OCT 20 P 3:33
U.S. DISTRICT COURT
DISTRICT OF MASS.

AVENIR AGAJ )

Plaintiff )

V. ) Civil ACTION No. 1:24 –CV-10884-JEK

BOSTON COLLEGE )

Defendant )

NOTICE OF FILING PLAINTIFFS MOTION FOR RELIEF FROM ORDER RE-PETITION REHEARING AND RECONSIDERATION FOR WRIT OF MANDAMUS IN PERSON.

FILED TO UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT DISTRICT COURT OF MASSACHUSETTS No. 26 - 1887

PRO SE.

PLAINTIFF AVENIR AGAJ,

IN THE LIGHT OF THE NEW DISCOVERY RESPECTFULLY SUBMITTS FOR THE RECORDS TO THE PARTIES AND THE COURT THE FOLLOWING DOCUMENTS AS REQUIRED BY THE RULE 11 FRCP.

1) PLAINTIFFS MOTION FOR RELIEF FROM ORDER RE-PETITION REHEARING AND RECONSIDERATION FOR WRIT OF MANDAMUS IN PERSON.

2) PLAINTIFFS AFFIDAVIT OF FACT IN SUPPORT OF MOTION FOR RELIEF FROM ORDER RE-PETITION REHEARING AND RECONSIDERATION FOR WRIT OF MANDAMUS IN PERSON

**3) EXHIBIT 1 ORDER ISUED**

**4) EXHIBIT 2. BC law article. April 21. May 22 2026. D.BARRON CHIEF JUDGE.**

**5) EXHIBIT 3. CHIEF JUDGE D.BARRON PERSONAL connection with defendant BOSTON COLLEGE. BC LAW MAY 22, 2026. His godfather, Sanford Katz, was a legendary BC Law professor.**

**6) EXHIBIT 4. BC LAW .April 29 2016 conversation with judge D.BARRON**

**7 )EXHIBIT 5 .Judicial Ethics and Anti-Corruption Act. Sen E. WARREN.**

**8) EXHIBIT 6. QUESTIONS AND ANSWERS REGARDING WRIT OF MANDAMUS.**

**SEN .THOM TILLIS, JUDGE MONTECALVO QUESTION 15 /16 MANDAMUS**

**I hereby certify that a copy of this document has been sent via e-mail to Mr. ALAN D. ROSE, Ms Meredith Doty, MS Jessica L. Perillo, Counsel for Defendant BOSTON COLLEGE.**

**And A Copy was filed on the UNITED STATES DISTRICT COURT OF APPEAL FOR THE DISTRICT COURT OF MASSACHUSETTS Clerks office.**

**And A Copy was filed on the UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MASSACHUSETTS Clerks office.**

**PRO SE. AVENIR AGAJ on behalf of itself Plaintiff .**

**Signed Today 20 day of OCTOBER 2026**

**14 PAUL STREET** **Signed :** Avenir Agaj

**Avenir Agaj**

**BURLINGTON**

**MA,01803**

**CELL: 857-544-0780** **Aviaga10@hotmail.com**