FILED
IN CLERKS OFFICE
2026 OCT 20 P 3:34
U.S. DISTRICT COURT
DISTRICT OF MASS.

# EXHIBIT 2

BC LAW

BOSTON COLLEGE LAW SCHOOL MAGAZINE ONLINE

COMMENCEMENT

# David J. Barron Named Commencement Speaker

The Chief Judge of the US First Circuit Court of Appeals will address graduates on May 22.

April 21, 2026



First Circuit Court of Appeals Chief Judge David J. Barron delivers 2026 Commencement address

David J. Barron, whose distinguished academic career led him into public service and now to being Chief Judge of the US First Circuit Court of Appeals, will be Boston College Law School's 2026 Commencement speaker. This year's Commencement will be held in the Maloney Lawn Tent on BC's Chestnut Hill campus on May 22.

Before being appointed to the First Circuit bench in 2014, Barron served as Acting Assistant Attorney General for the Office of Legal Counsel for the US Justice Department. Prior to that, he had been a professor at Harvard Law School, where he continues to teach part time as the Louis D. Brandeis Visiting Professor of Law.

After graduating from Harvard Law School, Barron clerked for Judge Stephen Reinhardt of the US Court of Appeals for the Ninth Circuit and for Justice John Paul Stevens of the US Supreme Court.

Areas of Barron's teaching and scholarship have included war powers and national security law, constitutional separation of powers, administrative law, federalism, and local government law. In addition to many academic publications, Barron is co-author of a casebook on local government law and the author of the book *Waging War: The Clash Between Presidents and Congress, 1776 to ISIS*. He is also a member of the American Academy of Arts and Sciences and the American Law Institute.

## MOST POPULAR

1

ALUMNI ROUNDUP

The Latest Alumni Updates

By Timothy Karcz

2

EVENTS

Annual Heritage Banquet Honors BLSA Students &

Alumni

3

GREAT CASE

Four Students, One Sensational Case

By David Reich

4

THE RAPPAPORT CENTER

New Rappaport Fellows Named

By Alexis Albert

5

RANKINGS

BC Law Soars to #20 in US News Ranking

LAW

**Boston College Law School Magazine Online**

Home The Magazine Featured Alumni Campus Law Events Class Notes About Connect

## Other BC Law Websites

Boston College Law School   Advancement   Impact Blog   Donate   Contact

## BC Law Magazine Mailing List

SIGN UP

© 2026 Boston Boston College Law School