FILED
IN CLERKS OFFICE
2026 OCT 20 P 3:35
U.S. DISTRICT COURT
DISTRICT OF MASS.

# EXHIBIT 6

**Questions from Senator Thom Tillis**
**for Lara E. Montecalvo**
**Nominee to be US Circuit Judge for the**
**First Circuit**

1. **Do you believe that a judge's personal views are irrelevant when it comes to interpreting and applying the law?**

   Response: Yes.

2. **What is judicial activism? Do you consider judicial activism appropriate?**

   Response: I understand the term "judicial activism" to refer to a judge's insertion or of his or her own personal views into legal matters before the court on which they sit. I would consider this judicial approach inappropriate. The duty of a federal judge is to apply the law as it exists, fairly and impartially, and without regard to that judge's personal views or opinions.

3. **Do you believe impartiality is an aspiration or an expectation for a judge?**

   Response: It is the duty and responsibility of every judge to maintain impartiality. Every federal judge is duty-bound to maintain their oath. If confirmed, I will swear an oath to "administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all duties incumbent upon me . . . under the Constitution and laws of the United States." If confirmed, I will faithfully adhere to this oath and faithfully and impartially apply Supreme Court and First Circuit precedent.

4. **Should a judge second-guess policy decisions by Congress or state legislative bodies to reach a desired outcome?**

   Response: No. Judges are not policymakers and are duty-bound to apply the law to the facts as presented irrespective of that judge's personal beliefs as to the desirability of the resulting outcome.

5. **Does faithfully interpreting the law sometimes result in an undesirable outcome? How, as a judge, do you reconcile that?**

   Response: Yes. The role of a federal judge is to apply the law to the facts as presented without regard to that judge's personal beliefs as to the desirability of the outcome. If confirmed, I would unreservedly and faithfully apply Supreme Court and First Circuit precedent and would render decisions consistent with that precedent.

6. **Should a judge interject his or her own politics or policy preferences when interpreting and applying the law?**

13. **In some judicial districts, plaintiffs are allowed to request that their case be heard within a particular division of that district. When the requested division has only one judge, these litigants are effectively able to select the judge who will hear their case. In some instances, this ability to select a specific judge appears to have led to individual judges engaging in inappropriate conduct to attract certain types of cases or litigants. I have expressed concerns about the fact that nearly one quarter of all patent cases filed in the U.S. are assigned to just one of the more than 600 district court judges in the country.**

    a. **Do you see "judge shopping" and "forum shopping" as a problem in litigation?**

    Response: I have not had occasion to study "judge shopping" or "forum shopping" within a particular judicial district and have not formed an opinion on the issue. These are also not issues that I have experienced as a practicing lawyer.

    b. **If so, do you believe that district court judges have a responsibility not to encourage such conduct?**

    Response: Please see my response to Question 13 (a).

    c. **Do you think it is *ever* appropriate for judges to engage in "forum selling" by proactively taking steps to attract a particular type of case or litigant?**

    Response: Though I am unfamiliar with this issue, as described above, a federal judge's duty is to faithfully and impartially apply the law in any case before that judge. If confirmed, I commit that I will not take steps to proactively encourage certain types of cases or litigants to come before me.

14. **When a particular type of litigation is overwhelmingly concentrated in just one or two of the nation's 94 judicial districts, does this undermine the perception of fairness and of the judiciary's evenhanded administration of justice?**

    Response: I have not had occasion to professionally study this topic and therefore cannot provide an opinion.

    a. **If litigation does become concentrated in one district in this way, is it appropriate to inquire whether procedures or rules adopted in that district have biased the administration of justice and encouraged forum shopping?**

    Response: I have not had occasion to professionally study this topic and therefore cannot provide an opinion.

    b. **To prevent the possibility of judge-shopping by allowing patent litigants to select a single-judge division in which their case will be heard, would you support a local rule that requires all patent cases to be assigned randomly to judges across the district, regardless of which division the judge sits in? Should such a rule apply only where a single judge sits in a division?**

Response: I have not had occasion to professionally study this topic and therefore cannot provide an opinion.

**15. Mandamus is an extraordinary remedy that the court of appeals invokes against a district court only when the petitioner has a clear and indisputable right to relief and the district judge has clearly abused his or her discretion. Nearly every issuance of mandamus may be viewed as a rebuke to the district judge, and repeated issuances of mandamus relief against the same judge on the same issue suggest that the judge is ignoring the law and flouting the court's orders.**

**a. If a single judge is repeatedly reversed on mandamus by a court of appeals on the same issue within a few years' time, how many such reversals do you believe must occur before an inference arises that the judge is behaving in a lawless manner?**

Response: I have not had occasion to professionally study the frequency of mandamus reversals by the courts of appeal and do not have a basis for an opinion on this issue.

**b. Would five mandamus reversals be sufficient? Ten? Twenty?**

Response: I have not had occasion to professionally study the frequency of mandamus reversals by the courts of appeal and do not have a basis for an opinion on this issue.