FILED
IN CLERKS OFFICE
2026 NOV -2 P 2:42
U.S. DISTRICT COURT
DISTRICT OF MASS.

# EXHIBIT 1

# Re: Agaj v. Boston College, 1:24-cv-10884-JEK

---

**From:** Ave Aga aviaga10@hotmail.com
**To:** Meredith Doty mwd@rose-law.net
**Cc:** Jessica L. Perillo jlp@rose-law.net, Alan D. Rose, Sr. adr@rose-law.net, Fiona Bor afb@rose-law.net
**Sent:** Wednesday, October 7 at 4:09 PM

Good Day  Ms Doty i plaintiff Avenir Agaj i will oppose this motion and will file a motion to strike in opposition as these matters are in public interest and all information is relevant to the case .
The Truth Shall Be Told!!!

That is my position! I bid you good day! Make sure you send me a copy of all the documents filed with the court this time and do not proceed EXPARTE like you did before !!!

Best regards Plaintiff Avenir Agaj!

Get Outlook for Android

---

**From:** Meredith Doty <mwd@rose-law.net>
**Sent:** Wednesday, 07 October 2026 10:13:20
**To:** Ave Aga <aviaga10@hotmail.com>
**Cc:** Jessica L. Perillo <jlp@rose-law.net>; Alan D. Rose, Sr. <adr@rose-law.net>; Fiona Bor <afb@rose-law.net>
**Subject:** Agaj v. Boston College, 1:24-cv-10884-JEK

Dear Mr. Agaj,

Boston College intends to file a Motion to Enjoin Plaintiff from Filing Certain Papers Without Leave of Court. The motion asks the Court to require that you obtain leave before filing any paper in this action other than (1) an opposition to a motion filed in compliance with Local Rule 7.1(b)(2); and (2) a response to an order of the Court.

It also asks the Court to direct that no paper filed in this action (a) contain an accusation that an identified person has engaged in criminal conduct, fraud, bribery, perjury, forgery, or judicial misconduct unless the paper identifies the specific evidence supporting that accusation; (b) seek relief on a claim that has been dismissed, or reassert a contention this Court or the Court of Appeals has already rejected, unless the

paper identifies an intervening change in fact or law; or (c) contain matter that is immaterial, impertinent, or scandalous.

The grounds are the Court's inherent authority to manage its own docket and the All Writs Act, 28 U.S.C. § 1651. The order Boston College proposes would expire once the Court resolves summary judgment.

Pursuant to Local Rule 7.1(a)(2), please let us know by 5 pm today, October 7, whether you assent to the motion, oppose it, or have any other position.

Thank you,
Meredith Doty

**Meredith Doty**

ROSE
LAW PARTNERS LLP

185 Dartmouth Street, Suite 602
Boston, MA 02116
(617) 536-0040 - Office
(617) 536-4400 - Fax

www.rose-law.net

*CONFIDENTIALITY NOTE:*
*The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have*